**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELIZABETH A. BLACK,

    Plaintiff,

v.                                         Case No: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.
_____

## NOTICE TO COUNSEL

**Megan Marie Collins**

    Pursuant to Local Rule 2.01, you are not a member of the Middle District of Florida and must be (re)admitted to practice in the Court due to the following:

    To maintain good standing in the bar of this Court, each attorney must pay a renewal fee set by administrative order and, unless exempted by the Chief Judge for good cause, must register with the Clerk of Court and maintain an e-mail address for electronic service by the Clerk during the attorney's membership in the bar of this Court.  An attorney who fails to pay timely the fees or fails without exemption to maintain a registered e-mail address is subject to removal from membership in the bar of this Court.(See Local Rule 2.01(d))

    Please review Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida for readmission to practice in the Middle District.  The Attorney Admission procedures are available at www.flmd.uscourts.gov under the Attorney Resources section (Tampa tab).

                                                                   SHERYL L. LOESCH, CLERK

                                                                   s/ A.D., Deputy Clerk