# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:16CV2117 23TGW

Plaintiff:
**Elizabeth A. Black,**
vs.
Defendant:
**National Board of Medical Examiners,**

For: Anthony J. DePalma
    Disability Rights Florida

Received by Vause's Process Service on the 25th day of July, 2016 at 12:00 pm to be served on **National Board of Medical Examiners c/o CT Corporation System as Registered Agent, 1015 15th Street NW, Suite 1000, Washington, DC 20005.** I, __Robert Briggs-Snodgrass__ hereby affirm that on the __26th__ day of __July__, 20__16__ at __2:40p__.m., executed service by delivering a true copy of the **Summons and Plaintiff's Initial Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving __Francisco Hernandez__ as __Corporate Operations SPecialist & Authorized__ Agent

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I am over the age of 18 and not a party to this action. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit.

*Robert B-N*
Robert Briggs-Snodgrass
PROCESS SERVER # _____
Appointed in accordance with State Statutes

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
(850) 656-2605

Our Job Serial Number: 2016005582

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Middle District of Florida

**Elizabeth A. Black**

    Plaintiff(s),

vs.

**National Board of Medical Examiners**

    Defendant(s).

Attorney: Anthony J. DePalma

Disability Rights Florida
2473 Care Dr., #200
Tallahassee FL 32308


*205172*

**Case Number: 8:16CV2117 23TGW**

Legal documents received by Vause's Process Service on **07/26/2016** at **12:59 PM** to be served upon **National Board of Medical Examiners, by serving CT Corporation Systems at 1015 15th St., NW, #1000, Washington, DC 20005**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **July 26, 2016** at **2:40 PM**, I did the following:

Served **National Board of Medical Examiners, by serving CT Corporation Systems** by delivering a conformed copy of the **Summons in a Civil Action; Plaintiff's Initial Complaint** to Francisco Hernandez as **Corporate Operations Specialist & Authorized Agent** of National Board of Medical Examiners, by serving CT Corporation Systems at **1015 15th St., NW, #1000 , Washington, DC 20005**.

**Description of Person Accepting Service:**
Sex: Male Age: 40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Hispanic Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Robert Briggs-Snodgrass**
Process Server

**Vause's Process Service**
P.O. Box 1777
Tallahassee FL 32302-1777

850-656-2605

Internal Job ID: **205172**

District of Columbia, ss
Subscribed and Sworn to before me
this 28 day of July, 2016

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Elizabeth A. Black | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:16CV2117 23TGW |
| National Board of Medical Examiners | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Board of Medical Examiners
c/o Agent
C.T. Corporation Systems
1015 15th Street NW, Suite 1000
Washington, D.C. 20005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony J. DePalma, Harold Bennett, Megan Collins
Disability Rights Florida
2473 Care Drive, Suite 200
Tallahassee, FL 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 2 2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*