IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

        Plaintiff,

vs.                                CASE NO.: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.

_____/

## PLAINTIFF'S NOTICE OF NO RELATED ACTION

Pursuant to Local Rule 1.04(d), the undersigned affirms that no similar or successive case exists with regard to this present action. The undersigned further certifies that a copy of this Notice will be served upon opposing counsel no later than fourteen days after opposing counsel's appearance in this matter.

Respectfully submitted this 11th day of August, 2016,

By: _____

                                                          **Anthony J. DePalma**
                                                          Florida Bar No. 16488
                                                          **Harold Bennett**
                                                          Florida Bar No. 0620297

        **Megan Collins**
        Florida Bar No. 0119112
        **Attorneys for Plaintiff**
        Disability Rights Florida
        2473 Care Drive, Suite #200
        Tallahassee, Florida 32308
        (850) 488-8640
        tonyd@disabilityrightsflorida.org
        haroldb@disabilityrightsflorida.org
        meganc@disabilityrightsflorida.org

2