UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

      Plaintiff,

vs.                       CASE NO.: 8:16-cv-02117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

      Defendant.

_____/

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant National Board of Medical Examiners ("NBME") states that it is a private non-profit corporation. NBME has no parent corporation, and no publicly held company owns any stock in NBME.

Dated: August 16, 2016         Respectfully submitted,

                                    /s/ Gregory A. Hearing
                                    GREGORY A. HEARING
                                    Florida Bar No. 817790
                                    ghearing@tsghlaw.com
                                    BENJAMIN BARD
                                    Florida Bar No. 95514
                                    bbard@tsghlaw.com
                                    Thompson, Sizemore, Gonzalez & Hearing, P.A.
                                    201 N. Franklin Street, Suite 1600
                                    Post Office Box 639 (33601)
                                    Tampa, Florida 33602

Tel: (813) 273-0050
Fax: (813) 273-0072
Local counsel for National Board of Medical Examiners

ROBERT A. BURGOYNE
robert.burgoyne@nortonrosefulbright.com
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501
Tel: (202) 662-4513
Fax: (202) 662-4643
Attorneys for National Board of Medical Examiners

MOTION FOR PRO HAC ADMISSION
PENDING

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Anthony J. DePalma, Esq.
Harold Bennett, Esq.
Megan Collins, Esq.
Disability Rights of Florida
2473 Care Drive, Suite #200
Tallahassee, Florida 32308
tonyd@disabilityrightsflorida.org
haroldb@disabilityrightsflorida.org
meganc@diabilityrightsflorida.org
Attorneys for Plaintiff

               */s/GREGORY A. HEARING*
               Attorney