UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK

      Plaintiff,

vs.                                        Case No.:  8:16-cv-02117-T-23TGW

NATIONAL BOARD OF MEDICAL
EXAMINERS,

      Defendant.
_____/

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

COMES NOW, ROBERT A. BURGOYNE of the law firm of Norton Rose Fulbright US LLP, and respectfully moves the Court for leave to appear *pro hac vice* on behalf of Defendant, National Board of Medical Examiners ("Defendant"), in the above-styled civil action.  Mr. Burgoyne certifies that he has satisfied all other requirements for admission to this Court *pro hac vice* as provided in Local Rule 2.02(a) and states as follows:

      1.     Robert A. Burgoyne and the law firm of Norton Rose Fulbright US LLP represent Defendant, National Board of Medical Examiners, in the above-styled action.  Gregory A. Hearing of the law firm of Thompson, Sizemore, Gonzalez & Hearing, P.A., will be serving as  co-counsel for Defendant.

      2.     In accordance with Local Rule 2.02(a), Mr. Burgoyne has simultaneously filed a Local Rule 2.02(a) Written Designation.  These documents are incorporated herein by reference.

3. Mr. Burgoyne is a member in good standing of the bars of Washington D.C. (active) and Pennsylvania (inactive) (see Exhibit A) as well as the courts listed in Exhibit B. Mr. Burgoyne has never been disciplined by any of these courts nor by any other courts or bars whatsoever.

4. Mr. Burgoyne has not appeared frequently or regularly in cases pending before the United States District Court for the Middle District of Florida.

5. Mr. Burgoyne is familiar with the local rules of this Court and the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of members of The Florida Bar.

### CERTIFICATE OF GOOD FAITH

In accordance with Local Rule 3.01(g), counsel for Defendant has conferred with counsel for Plaintiff and represents that counsel for Plaintiff does not oppose the relief requested.

### CONCLUSION

WHEREFORE, Mr. Burgoyne respectfully requests his Motion be granted and that he be given leave to appear *pro hac vice* on behalf of National Board of Medical Examiners.

Dated this 16th day of August, 2016.

Respectfully submitted,

*/s/GREGORY A. HEARING*
GREGORY A. HEARING
Florida Bar No. 817790
ghearing@tsghlaw.com
BENJAMIN W. BARD
Florida Bar No. 95514

2

>bbard@tsghlaw.com
>THOMPSON, SIZEMORE, GONZALEZ
>   & HEARING, P.A.
>Post Office Box 639
>Tampa, Florida  33601
>Tel:  (813) 273-0050
>Fax: (813) 273-0072
>
>*Local Counsel*
>
>ROBERT A. BURGOYNE
>Washington D.C. Bar No. 366757
>robert.burgoyne@nortonrosefulbright.com
>NORTON ROSE FULBRIGHT US LLP
>799 9th Street NW, Suite 1000
>Washington, DC  20001-4501
>Telephone:  (202) 662-4513
>Fax: (202) 662-4643
>
>ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Anthony J. DePalma, Esq.
>Harold Bennett, Esq.
>Megan Collins, Esq.
>Disability Rights of Florida
>2473 Care Drive, Suite #200
>Tallahassee, Florida 32308
>tonyd@disabilityrightsflorida.org
>haroldb@disabilityrightsflorida.org
>meganc@diabilityrightsflorida.org
>Attorneys for Plaintiff

>>*/s/GREGORY A. HEARING*
>>Attorney