

# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ROBERT A. BURGOYNE

was on **DECEMBER 13, 1982** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **August 10, 2016**.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
> Deputy Clerk

**EXHIBIT A**