**Court Admissions:  Robert A. Burgoyne**

| | | |
|---|---|---|
| US Supreme Court | 1988 | Active/Good Standing |
| US Court of Appeals for the District of Columbia | 1983 | Active/Good Standing |
| US Court of Appeals for the Second Circuit | 1990 | Active/Good Standing |
| US Court of Appeals for the Third Circuit | 1995 | Active/Good Standing |
| US Court of Appeals for the  Fourth Circuit | 1987 | Active/Good Standing |
| US Court of Appeals for the Fifth Circuit | 1983 | Active/Good Standing |
| US Court of Appeals for the Seventh Circuit | 1993 | Active/Good Standing |
| US Court of Appeals for the Ninth Circuit | 2010 | Active/Good Standing |
| US Court of Appeals for the Tenth Circuit | 1989 | Active/Good Standing |
| US Court of Appeals for the Eleventh Circuit | 1989 | Active/Good Standing |
| Court of Appeals, District of Columbia | 1982 | Active/Good Standing |
| US District Court for the Eastern District Of Pennsylvania | 2006 | Active/Good Standing |
| District of Columbia Bar (No. 366757) | 1982 | Active/Good Standing |
| Pennsylvania Bar (No. 77964) | 1996 | Inactive/Good Standing |

**EXHIBIT B**

48615044.1