UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK

    Plaintiff,

vs.                                                  Case No.:  8:16-cv-02117-T-23TGW

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.
_____/

## LOCAL RULE 2.02(a) WRITTEN DESIGNATION AND CONSENT-TO-ACT BY NON-RESIDENT ATTORNEY

Pursuant to Local Rule 2.02(a) of the United States District Court for the Middle District of Florida, ROBERT A. BURGOYNE, hereby files this Written Designation and Consent-to-Act and states as follows:

1.    I, along with the law firm of Norton Rose Fulbright US LLP, represent Defendant, National Board of Medical Examiners ("Defendant"), in the above-styled action. Gregory A. Hearing of the law firm of Thompson, Sizemore, Gonzalez & Hearing, P.A., will act as co-counsel for Defendant.

2.    I am a member in good standing of the bars of Washington D.C. (active) and Pennsylvania (inactive) as well as the courts listed in Exhibit A.  I have never been disciplined by any of these courts nor by any other courts or bars whatsoever.

3.    I have not appeared frequently or regularly in cases pending before the United States District Court for the Middle District of Florida.

4.    I hereby designate the following member of the bar of the United States

District Court of the Middle District of Florida, who resides in Florida, to receive all notices and papers for me and who shall be responsible for the progress of the case, including the trial in case of my default: Gregory A. Hearing, Florida Bar No. 817790, of Thompson, Sizemore, Gonzalez & Hearing, P.A., 201 N. Franklin Street, Suite 1600, Tampa, FL 33602.

5. Mr. Hearing, a resident member in good standing of The Florida Bar and this Court, accepts the designation pursuant to Local Rule 2.02(a) and all responsibilities assigned therein.

6. I am familiar with the local rules of this Court and the Code of Professional Responsibility and other ethical limitations and requirements governing the professional behavior of members of The Florida Bar.

7. I certify I have complied with the fee and e-mail registration requirements of Local Rule 2.01(d).

Dated this 10th day of August, 2016.

Respectfully submitted,

_____
ROBERT A. BURGOYNE
Washington D.C. Bar No. 366757
robert.burgoyne@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Telephone: (202) 662-4513
Fax: (202) 662-4643

2

                                                                     s/ GREGORY A. HEARING
GREGORY A. HEARING
Florida Bar No. 817790
ghearing@tsghlaw.com
BENJAMIN W. BARD
Florida Bar No. 95514
bbard@tsghlaw.com
THOMPSON, SIZEMORE, GONZALEZ
   & HEARING, P.A.
Post Office Box 639
Tampa, Florida 33601
Tel: (813) 273-0050
Fax: (813) 273-0072
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Anthony J. DePalma, Esq.
    Harold Bennett, Esq.
    Megan Collins, Esq.
    Disability Rights of Florida
    2473 Care Drive, Suite #200
    Tallahassee, Florida 32308
    tonyd@disabilityrightsflorida.org
    haroldb@disabilityrightsflorida.org
    meganc@diabilityrightsflorida.org

    Attorneys for Plaintiff

                                                          s/ GREGORY A. HEARING
Attorney