**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ELIZABETH A. BLACK,**

        **Plaintiff,**

vs.                              **CASE NO.:  8:16-cv-02117-T-23TGW**

**NATIONAL BOARD OF**
**MEDICAL EXAMINERS,**

        **Defendant.**
_____/

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

___ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

                                            Respectfully submitted,

                                            ***/s/GREGORY A. HEARING***
                                            GREGORY A. HEARING
                                            Florida Bar No. 817790
                                            ghearing@tsghlaw.com
                                            BENJAMIN W. BARD
                                            Florida Bar No. 95514
                                            bbard@tsghlaw.com
                                            THOMPSON, SIZEMORE, GONZALEZ
                                                & HEARING, P.A.
                                            Post Office Box 639
                                            Tampa, Florida  33601
                                            Tel:  (813) 273-0050

Fax: (813) 273-0072

*Local Counsel*

ROBERT A. BURGOYNE
Washington D.C. Bar No. 366757
robert.burgoyne@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001-4501
Telephone:  (202) 662-4513
Fax: (202) 662-4643

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

> Anthony J. DePalma, Esq.
> Harold Bennett, Esq.
> Megan Collins, Esq.
> Disability Rights of Florida
> 2473 Care Drive, Suite #200
> Tallahassee, Florida 32308
> tonyd@disabilityrightsflorida.org
> haroldb@disabilityrightsflorida.org
> meganc@diabilityrightsflorida.org
> Attorneys for Plaintiff

*/s/GREGORY A. HEARING*
Attorney