UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

    Plaintiff,

v.

CASE NO. 8:16-CV-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendant.

## ORDER

THIS CAUSE came on for consideration upon the Motion for Leave to Appear *Pro Hac Vice* (Doc. 11). The applicant represents that attorney Robert A. Burgoyne has complied with Local Rule 2.02. Accordingly, attorney Robert A. Burgoyne will be admitted to appear *pro hac vice* conditioned upon payment of the $150 admission fee.

It is, therefore, upon consideration,

ORDERED:

That the Motion for Leave to Appear *Pro Hac Vice* (Doc. 11) be, and the same is hereby, **GRANTED**. Accordingly, attorney Robert A. Burgoyne is admitted to appear in this court *pro hac vice* conditioned upon payment of the admission fee.

DONE and ORDERED at Tampa, Florida, this 17th day of August, 2016.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE