UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

    Plaintiff,

v.                                                       Case No: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.
_____

## NOTICE TO COUNSEL

## Robert A. Burgoyne

    Please review Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida for non-resident attorneys. Note the fourteen (14) day deadline. Please go to www.flmd.uscourts.gov under the Attorney Resources section for further information or call the Clerk's Office for the division in which you will be filing.

> Once the Special Admission Attorney Certification Form and fee have been filed and the motion to appear pro hac vice has been granted, counsel must register for a CM/ECF login and password.

                                                             SHERYL L. LOESCH, CLERK

                                                             s/ A.D., Deputy Clerk