IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

      Plaintiff,

vs.                                            CASE NO.: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

      Defendant.
_____/

## NOTICE OF SCHEDULED MEDIATION

      PLEASE BE ADVISED that this case has been scheduled for mediation to be held before Robert M. Daisley, Esq. on:

DATE AND TIME:      Tuesday, November 22, 2016, 1:30 P.M. (1/2 day)

LOCATION:      Daisley Mediation
                      4006 S MacDill Ave,
                      Tampa FL 33611

Respectfully submitted this 10th day of October, 2016,

By:

                                                **/S/**
                                        Harold Bennett, Esquire
                                        Attorney for Plaintiff
                                        Florida Bar No. 0620297
                                        1000 North Ashley Drive
                                        Suite 640
                                        Tampa, FL  33602
                                        (850) 488-8640
                                        haroldb@disabilityrightsflorida.org
                                        tonyd@disabilityrightsflorida.org
                                        meganc@disabilityrightsflorida.org

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on October 10, 2016, by using the CM/ECF system, which will send a notice of electronic filing to the following:

GREGORY A. HEARING
Florida Bar No.: 817790
ghearing@tsghlaw.com
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida  33602
Tel:  (813) 273-0050
Fax:  (813) 273-0072

BENJAMIN BARD
Florida Bar No.: 95514

Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida  33602
Tel:  (813) 273-0050
Fax:  (813) 273-0072

ROBERT A. BURGOYNE
Appearing *Pro Hac Vice*
D.C. Bar No.: 366757
robert.burgoyne@nortonrosefulbright.com
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501
Tel: (202) 662-4513
Fax:  (202) 662-4643

        /S/
Harold . Bennett, Esq.
Florida Bar No.   0620297
Disability Rights Florida
1000 North Ashley Drive, Suite 640
Tampa, Florida 33602
Phone:  (850)488-9071
Fax:  (850)488-8640
E-Mail: haroldb@DisabilityRightsFlorida.org