## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ELIZABETH A. BLACK,

        Plaintiff,

vs.                                                    CASE NO.: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.
_____/

## MEDIATION REPORT

In accord with the mediation order, a mediation occurred on **November 22, 2016.**

(a)     The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

        √         All individual parties and their respective trial counsel.

        √         Designated corporate representatives.

        **n/a**         Required claims professionals.

**(b)**     The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate: **None.**

    (c)    The result of the mediation:

_____    <u>The action completely settled</u>.  In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the mediator.

    Comments:

_____    <u>The action partially resolved.</u>  Lead counsel must file within ten days a joint stipulation resolving the settled claims.  The following issues remain:

    Comments:

_____    <u>The action neither settled nor failed to settle.</u>

    Comments:

√    **<u>The parties failed to settle</u>**.

    Comments:

Reported on November 23, 2016, in Tampa, Florida.

    ___*s/Robert M. Daisley*___
    Robert M. Daisley, Certified Federal Mediator
    ROBERT MICHAEL DAISLEY, P.A.
    4006 S. MacDill Ave.
    Tampa, FL  33611
    (813) 835-7722
    (813) 489-2988 (fax)
    rob@daisleymediation.com

cc:  Counsel of record (via CM/ECF)