IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

        Plaintiff,

vs.                                  CASE NO.: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

Now Comes Harold V. Bennett, III, pursuant to Local Rule 2.03(b), hereby respectfully moves the Court for leave to withdraw as c-counsel for Plaintiff Elizabeth Black, and states as grounds the following:

1. Disability Rights Florida is the legal firm providing representation to the Plaintiff.

2. Disability Rights Florida employees Harold V. Bennett, Tony DePalma, and Megan Collins entered notices of appearances as co-counsels for the Plaintiff.

3. Harold V. Bennett, III was employed as a staff attorney for Disability Rights Florida.

4. Effective December 30, 2016, Harold V. Bennett, III will no longer be employed by Disability Rights Florida.

5. Attorneys Tony DePalma and Megan Collins continue to represent the Plaintiff on behalf of Disability Rights Florida.

WHEREFORE, Harold V. Bennett, III respectfully move the Court for an Order permitting him to withdraw as Trial Attorney for Plaintiff Elizabeth Black in the above-styled case.

Dated on this 30th day of December, 2016, in Tampa, Florida.

                                       Respectfully submitted,

                                       **/S/**

                                       Harold V. Bennett, Esq.
Disability Rights Florida
Counsel for Petitioner
Florida Bar Number 0620297
1000 North Ashley Drive, Suite 640
Tampa, FL  33602
Telephone: (850) 488-9071, ext. 9784
Facsimile: (850) 488-8640
haroldb@disabilityrightsflorida.org

## **CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on December 30, 2016, by using the CM/ECF system, which will send a notice of electronic filing to the following:

GREGORY A. HEARING
Florida Bar No.: 817790
ghearing@tsghlaw.com
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida  33602
Tel:  (813) 273-0050
Fax: (813) 273-0072

BENJAMIN BARD
Florida Bar No.: 95514

Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida  33602
Tel:  (813) 273-0050
Fax: (813) 273-0072

ROBERT A. BURGOYNE
Appearing *Pro Hac Vice*
D.C. Bar No.: 366757
robert.burgoyne@nortonrosefulbright.com
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501
Tel: (202) 662-4513
Fax:  (202) 662-4643

     **/S/**
     Harold . Bennett, Esq.
     Florida Bar No.   0620297
     Disability Rights Florida
     1000 North Ashley Drive, Suite 640
     Tampa, Florida 33602
     Phone:  (850)488-9071
     Fax:  (850)488-8640
     E-Mail: haroldb@DisabilityRightsFlorida.org