## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ELIZABETH A. BLACK,

        Plaintiff,

vs.                                    CASE NO.: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.

_____/

## ADDENDUM TO PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 3.01(g), and with respect to Plaintiff's Motion to Withdraw as Counsel, ECF No. 22, filed on December 30, 2016, by Plaintiff's co-counsel Harold V. Bennett, III, Plaintiff states the following:

1) Plaintiff has conferred with counsel for Defendant in regards to Plaintiff's Motion to Withdraw as Counsel.

2) Counsel for Defendant has informed Plaintiff that Defendant does not oppose Plaintiff's Motion to Withdraw as Counsel.

Dated this 4th day of January, 2017, in Tallahassee, Florida.

                                  Respectfully submitted,

Anthony DePalma
FL Bar No. 16488
Disability Rights Florida
Co-counsel for Plaintiff
2473 Care Drive, Suite 200
Tallahassee, Florida 32304
Telephone: 850-488-9071, x. 9717
Fax: 850-488-8640
tonyd@disabilityrightsflorida.org

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on December 30, 2016, by using the CM/ECF system, which will send a notice of electronic filing to the following:

GREGORY A. HEARING
Florida Bar No. 817790
ghearing@tsghlaw.com
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida  33602
Tel: (813) 273-0050
Fax: (813) 273-0072

BENJAMIN BARD
Florida Bar No. 95514
bbard@tsghlaw.com
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida  33602
Tel: (813) 273-0050
Fax: (813) 273-0072

ROBERT A. BURGOYNE
Appearing Pro Hac Vice
D.C. Bar No.: 366757
robert.burgoyne@nortonrosefulbright.com
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501
Tel: (202) 662-4513
Fax: (202) 662-4643

Anthony DePalma
FL Bar No. 16488
Disability Rights Florida
Co-counsel for Plaintiff
2473 Care Drive, Suite 200
Tallahassee, Florida 32304
Telephone: 850-488-9071, x. 9717
Fax: 850-488-8640
tonyd@disabilityrightsflorida.org