UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

    Plaintiff,

v.                                          CASE No. 8:16-CV-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendant.
_____

## ORDER

THIS CAUSE came on for consideration upon the Motion to Withdraw as Counsel (Doc. 22). Attorney Harold V. Bennett, III, is no longer employed at Disability Rights Florida as a staff attorney. Attorneys Tony DePalma and Megan Collins will continue to represent the plaintiff.

It is, therefore, upon consideration,

ORDERED:

That the Motion to Withdraw as Counsel (Doc. 22) be, and the same is hereby, **GRANTED**. Accordingly, attorney Harold V. Bennett, III, is hereby **RELIEVED** of further representation of the plaintiff.

DONE and ORDERED at Tampa, Florida, this 4th day of January, 2017.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE