AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Elizabeth A. Black, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:16-cv-2117-T-23TGW |
| National Board of Medical Examiners, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elizabeth A. Black, Plaintiff

Date: _____

_____
*Attorney's signature*

Curtis Filaroski, FL Bar No. 0111972
*Printed name and bar number*

Disability Rights Florida
2473 Care Drive, Ste. 200
Tallahassee, FL 32304
*Address*

curtisf@disabilityrightsflorida.org
*E-mail address*

850-488-9071
*Telephone number*

850-488-8640
*FAX number*