UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

    Plaintiff,

v.                              CASE No. 8:16-CV-2117-T-23TGW

NATIONAL BOARD OF MEDICAL
EXAMINERS,

    Defendant.

_____

## ORDER

THIS CAUSE came on for consideration upon the Joint Motion to Amend Case Management and Scheduling Order (Doc. 26). The parties seek to amend certain deadlines in the Case Management and Scheduling Order. The parties submit that they are both in agreement with the motion. Accordingly, the motion will be granted.

It is, therefore, upon consideration

ORDERED:

That the Joint Motion to Amend Case Management and Scheduling Order (Doc. 26) be, and the same is hereby, GRANTED and the deadlines in this case are amended as follows:

    Discovery deadline:                            June 1, 2017

Discovery-related motions deadline:          June 15, 2017

Dispositive Motion deadline:                 July 1, 2017

DONE and ORDERED at Tampa, Florida, this 27th day of February, 2017.

*/s/ Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE