AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

| | |
|---|---|
| Elizabeth A. Black ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 8:16-cv-2117-T-23TGW |
| National Board of Medical Examiners ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elizabeth A. Black, Plaintifff

Date: 04/24/2017

*(signature)*
*Attorney's signature*

Ann Marie Cintron-Siegel, Fla Bar No.: 166431
*Printed name and bar number*

Disability Rights Florida
1930 Harrison Street, Suite 104
Hollywood, Fl 33020
*Address*

anns@disabilityrightsflorida.org
*E-mail address*

(850) 488-9071
*Telephone number*

(850) 488-8640
*FAX number*