**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ELIZABETH A. BLACK,

       Plaintiff,

vs.                                CASE NO.:  8:16-cv-02117-SDM-TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

       Defendant.
_____/

**INDEX TO DOCUMENTS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant National Board of Medical Examiners files the following documents in support of its Motion for Summary Judgment, filed contemporaneously herewith:

1. Stipulation Regarding the Alleged Impairment that is the Basis of Plaintiff's Claim in this Lawsuit (March 20, 2017)

2. Stipulation Regarding Plaintiff's Impairment and Use of Medical Records (April 14, 2017)

3. Excerpts from the Deposition of Elizabeth Black and Exhibits 4, 5, 9, 10, 11, 12, 14, 15, 17, 18, 33, 34, 40, 47, 50, and 51 (May 17, 2017)

        Ex. 4 - Elizabeth Black CV
        Ex. 5 - Elizabeth Black Pinellas County Schools application
        Ex. 9 - Elizabeth Black OLSAT score report
        Ex. 10 - Elizabeth Black MAT score report
        Ex. 11 - Elizabeth Black SAT score report
        Ex. 12 - Elizabeth Black MCAT score report
        Ex. 14 - Elizabeth Black Princeton University transcript
        Ex. 15 - Elizabeth Black Arcadia University transcript
        Ex. 17 - University of South Florida College of Medicine, Technical Standards for Medical Student Admission, Academic Progression and Graduation

        Ex. 18 - Documents provided by the University of Pennsylvania in response to subpoena
        Ex. 33 - University of South Florida Memorandum of Accommodations, March 11, 2013
        Ex. 34 - University of South Florida letters
        Ex. 40 - Emails between Elizabeth Black and Kira Zwygart
        Ex. 45 – Emails between Elizabeth Black and Deborah McCarthy
        Ex. 47 - Psychoeducational Evaluation
        Ex. 50 - Letters/memo on behalf of Elizabeth Black
        Ex. 51 - Request for Testing Accommodations

4. Excerpts from the Deposition of Kevin Murphy, Ph.D. and Exhibits 1-5 (May 11, 2017)

        Ex. 1 (Excerpt) - Kevin Richard Murphy, Ph.D. CV
        Ex. 2 - Materials provided to Dr. Murphy for review in connection with Ms. Black's request for accommodations
        Ex. 3 - December 29, 2014 letter from Dr. Murphy
        Ex. 4 - Materials provided to Dr. Murphy for review in connection with Ms. Black's request for accommodations
        Ex. 5 - February 26, 2016 letter from Dr. Murphy

5. Excerpts from the Deposition of Catherine Farmer, Psy.D. and Exhibit 10 (May 10, 2017)

        Ex. 10 - March 28, 2016 and March 2, 2015 letters to Elizabeth Black

6. Excerpts from the Deposition of Margaret Booth-Jones, Ph.D. (May 15, 2017)

7. Declaration of Catherine Farmer, Psy.D. (June 29, 2017)

8. Declaration of Bob Parrino and Exhibit A (May 17, 2017)

9. Declaration of Scott Fleischer, M.D. and Exhibits A and B (May 30, 2017)

10. Plaintiff's Response to Defendant National Board of Medical Examiners' First Set of Requests for Admissions (March 6, 2017)

11. ADHD Diagnostic Criteria, DSM-5

Dates of birth and social security numbers/taxpayer identification numbers have been redacted from these documents.

Dated:  June 30, 2017

Respectfully submitted,

/s/ Gregory A. Hearing
GREGORY A. HEARING
Florida Bar No. 817790
ghearing@tsghlaw.com
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin Street, Suite 1600
Post Office Box 639 (33601)
Tampa, Florida 33602
Tel:  (813) 273-0050
Fax: (813) 273-0072

ROBERT A. BURGOYNE
robert.burgoyne@nortonrosefulbright.com
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501
Tel:  (202) 662-4513
Fax:  (202) 662-4643

Attorneys for National Board of Medical Examiners

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Curtis Filaroski
Anthony J. DePalma
Megan Collins
Disability Rights of Florida
2473 Care Drive, Suite #200
Tallahassee, Florida 32308

curtisf@disabilityrightsflorida.org
tonyd@disabilityrightsflorida.org
meganc@diabilityrightsflorida.org

Attorneys for Plaintiff

                                                                  */s/ Gregory A. Hearing*
                                                                   Attorney