IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

        Plaintiff,

vs.                                              CASE NO.: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.
_____/

## STIPULATION REGARDING PLAINTIFF'S IMPAIRMENT AND USE OF MEDICAL RECORDS

      Plaintiff Elizabeth A. Black and defendant National Board of Examiners, by and through their undersigned counsel, hereby enter into the following stipulation in order to prevent the use of irrelevant records in this litigation, to prevent unnecessary discovery, and to otherwise promote the efficient resolution of this dispute:

*Recitations*

1. The complaint filed by Plaintiff in this case asserts a single claim under Title III of the Americans with Disabilities Act, as amended ("ADA").

2. Plaintiff's ADA claim is based upon her allegation that she is entitled to testing accommodations on the USMLE Step 1 examination because she has

1

been diagnosed with attention deficit hyperactivity disorder (ADHD), combined presentation. *See* Plaintiff's Initial Complaint, ¶ 7.

3. Plaintiff's claim in her complaint is based solely on her allegation that she has ADHD and, as a result, is substantially limited in one or more major life activities that would entitle her to testing accommodations under the ADA; her claim is not based on any medical condition other than ADHD -- mental, physical, psychological, or otherwise.

4. Defendant received, in response to a request for documents made to the University of Pennsylvania (UPenn), medical records of Plaintiff that do not relate to ADHD or any other mental or psychological impairment. Other third-parties may also have produced records that refer to medical conditions or services that are unrelated to ADHD or any other mental or psychological impairment.

5. In light of the above, the Parties are entering into this Stipulation to ensure that Plaintiff's irrelevant and confidential medical information is not used in or relied upon in this litigation.

### *Stipulations*

1. The Parties hereby stipulate to the irrelevancy of any medical information that does not relate to Plaintiff's alleged ADHD or to any other mental or psychological conditions. Accordingly, the Parties will not rely upon in this

2

litigation or request in any subsequent discovery any medical information that is not related to Plaintiff's alleged ADHD or to any other mental or psychological condition. This stipulation does not preclude, however, the use of any records that are relevant to Plaintiff's alleged ADHD or to any other mental or psychological condition, simply because those records might also refer to medical information that is not related to Plaintiff's alleged ADHD. To the extent records contain both 1) information relevant to Plaintiff's alleged ADHD or to any other mental or psychological condition and 2) information that is irrelevant and confidential medical information i.e. *ccf* (~~eg.~~ medical records about Plaintiff's physical condition), the irrelevant and confidential information shall not be relied upon or referenced by either Party in support of any claim or defense.

2. The Parties further stipulate that they will not make assertions or claims premised on any physical medical condition that Plaintiff might have, or otherwise argue in this lawsuit in a way that relies on medical records that are unrelated to Plaintiff's alleged ADHD or any other mental or psychological condition, or to her ADA claim.

3. Both Parties agree and acknowledge that the stipulations set forth in this Stipulation shall be enforceable by the Court.

**SO AGREED AND STIPULATED effective as of April 14, 2017:**

_____
CURTIS FILAROSKI
ANTHONY DEPALMA
MEGAN COLLINS
Disability Rights Florida
2473 Care Drive, Suite 200
Tallahassee, FL 32308

Attorneys for Ms. Black

_____
GREGORY A. HEARING
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin Street, Suite 1600
Post Office Box 639 (33601)
Tampa, Florida 33602

ROBERT A. BURGOYNE
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501

Attorneys for NBME