COPY

```
 1    IN THE UNITED STATES
      DISTRICT COURT FOR
 2    THE MIDDLE DISTRICT
      OF FLORIDA
 3    TAMPA DIVISION

 4    CASE NO.:  8:16-cv-2117-T-23TGW

 5

 6

 7

 8    ELIZABETH A. BLACK,

 9             Plaintiff,

10    -vs-

11    NATIONAL BOARD OF MEDICAL EXAMINERS,

12             Defendant.

13    ------------------------------------/

14

15

16    DEPOSITION OF:   ELIZABETH ANN BLACK

17    DATE TAKEN:      May 17, 2017

18    TIME:            8:06 a.m.

19    PLACE:           Thompson, Sizemore,
                         Gonzalez & Hearing, P.A.
20                     201 North Franklin Street, Suite 1600
                       Tampa, Florida  33602
21
22    REPORTED BY:     Michele Coburn
                       Professional Court Reporter
23

24               (Volume I, Pages 1 - 101)

25
```

```
 1     APPEARANCES:

 2

       CURTIS FILAROSKI, ESQUIRE
 3           Disability Rights Florida
             2473 Care Drive, Suite 200
 4           Tallahassee, Florida  32308
             850-488-9071
 5           850-488-8640
             CurtisF@DisabilityRightsFlorida.org
 6     -and-
       MEGAN COLLINS, ESQUIRE
 7           Disability Rights Florida
             1930 Harrison Street, Suite 104
 8           Hollywood, Florida  33020
             850-488-9071
 9           850-488-8640
             MeganC@DisabilityRightsFlorida.org
10
                 APPEARING ON BEHALF OF THE PLAINTIFF
11

12     ROBERT A. BURGOYNE, ESQUIRE
             Norton Rose Fulbright US, LLP
13           799 9th Street NW, Suite 1000
             Washington, D.C.  20001-4501
14           202-662-4513
             robert.burgoyne@nortonrosefulbright.com
15
                 APPEARING ON BEHALF OF THE DEFENDANT
16           (Pro Hac Vice)

17

       BENJAMIN W. BARD, ESQUIRE
18           Thompson, Sizemore, Gonzalez & Hearing, P.A.
             201 North Franklin Street, Suite 1600
19           Tampa, Florida  33602
             813-273-0050
20           813-273-0072
             bbard@tsghlaw.com
21
                 APPEARING ON BEHALF OF THE DEFENDANT
22

23     ALSO PRESENT:

24           Ann Marie Cintron-Siegel,
             Director of Advocacy, Education and Outreach
25           Disability Rights Florida
```

Elizabeth A. Black vs National Board of Medical Examiners
ELIZABETH ANN BLACK VOLUME I on 05/17/2017                          Page 3

1                              INDEX

2
                                                        PAGE
3
        Direct Examination by Mr. Burgoyne              9
4
        Cross-Examination by Mr. Filaroski              206
5
        Certificate of Reporter                         214
6
        Oath of Reporter                                215
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              ELIZABETH ANN BLACK,

 2   having been duly sworn, was examined and testified upon

 3   her oath as follows:

 4           THE WITNESS:  Uh-uh.

 5                   DIRECT EXAMINATION

 6   BY MR. BURGOYNE:

 7       Q    Elizabeth, as I mentioned, my name is Bob

 8   Burgoyne, and I'm one of the attorneys for the National

 9   Board of Medical Examiners.  As you know, we're here

10   today for your deposition in the lawsuit you've brought

11   against NBME.

12           If I ask you any questions today that you don't

13   understand, will you make a point of asking me to frame

14   it in a better way, a more intelligible way?

15       A    Yeah.

16       Q    And will you make a point of answering with

17   words, not nods so that the court reporter --

18       A    Yes.  Sorry.

19       Q    Oh, that's all right, if you haven't been

20   through this before.

21           Could you state your full name for the record?

22       A    Elizabeth Ann Black.

23           I apologize.  I have a cold, so --

24       Q    Not a problem.

25       A    That's why my voice is --
```

1       Q    And that reminds me.  Try to keep your voice up

2    just so that, again, we get a nice clean record.

3            Are you currently employed?

4       A    Yes.

5       Q    Who by?

6       A    Pinellas County School.

7       Q    What's the name of the school where you're

8    teaching?

9       A    Azalea Middle School.

10      Q    What ages are you teaching?

11      A    Sixth grade.  It's a wide range of ages, ten

12   to -- typically ten to twelve.

13      Q    Okay.  Do you have other responsibilities

14   besides teaching sixth grade at the school?  I mean, do

15   you coach any sports or anything like that?

16      A    No.  I'm a co-sponsor for National Junior Honor

17   Society, and I don't get paid for it.

18      Q    Okay.  How long have you worked for the

19   Pinellas County School Board?

20      A    Since August.

21      Q    August 2016?

22      A    Yes.

23      Q    Okay.  Do you enjoy teaching?

24      A    It's extremely difficult.

25      Q    I can imagine.

1    anything -- it's difficult.  I would say my

2    postbaccalaureate program was equally as difficult.

3        **Q    Okay.  In terms of the courses, the difficulty**

4    **of the subject matter?**

5        A    I would say -- no.  Yes -- in terms of the

6    stress and the amount of information and how quickly

7    you're doing it.  But it is manageable.

8        **Q    Okay.**

9        A    You don't have any sort of life outside of

10    medical school and there's no time for jobs.

11       **Q    Okay.  Is that true generally?  Medical school**

12    **students don't have jobs outside of classes?**

13       A    Uh-uh.  Oh, sorry.  Yes.

14       **Q    Okay.**

15       A    And you don't get -- most other graduate

16    students will get a stipend or there will be a TA or

17    something.  That's not an option for medical students.

18       **Q    Okay.  In your first year do you take any**

19    **written exams as part of the medical school curriculum?**

20       A    Like essays?

21       **Q    No.  Any type of written exam as opposed to**

22    **just being evaluated based on performance.  How were you**

23    **graded?**

24       A    You take exams.

25       **Q    And are any of those exams timed exams or**

1      time-limited exams?

2          A    Yes.

3          Q    Does that tend to be the case more often than

4      not?

5          A    I mean, they usually set a time limit.  Almost

6      all of my exams had a time limit; however, whether or

7      not you need the entire time to use them is another

8      story.

9          Q    Okay.

10         A    The tests varied.  Each exam for each thing

11     varied.

12         Q    Okay.  Based on the records produced in

13     discovery, it looks like you've had a very strong family

14     relationship.

15              Is that the case?  You have a good relationship

16     with your family?

17         A    Yes.  Yes.  I have a large family.

18         Q    Go ahead.

19         A    Okay.

20         Q    You've got a strong network of friends, I

21     gather, most of whom live outside of Tampa?

22         A    Uh-uh.

23         Q    And again, answer with words.

24         A    Yes.  Yes.  Sorry.

25         Q    That's all right.

1       Q    And you've been diagnosed as having attention

2   deficit hyperactivity disorder.   Correct?

3       A    Yes.

4       Q    Is it your understanding that having a

5   diagnosed impairment automatically entitles you to

6   accommodations under the ADA?

7       A    No.   You'd have to --

8            MR. FILAROSKI:   Objection to the extent it asks

9       for a legal conclusion.

10  BY MR. BURGOYNE:

11      Q    Yeah.   I'm just asking for your lay

12  understanding.

13      A    No.   You have to be substantially limited in

14  one or more areas of your life.

15      Q    Okay.   And what is your understanding about how

16  the ADA defines the concept of substantial limitation?

17      A    That it affects your life in a certain degree,

18  and I know that there were clarifications sent out about

19  that as well to make it pretty broad.   That's -- I don't

20  know.

21      Q    Do you have any understanding as to who you're

22  compared to when evaluating whether or not you're

23  substantially limited?

24      A    I understand that the NBME wants to compare me

25  to the general population, but medical students are not

1    the general population.  So anyone they're dealing with

2    is not general population.

3         Q    Okay.

4         A    I would expect to be evaluated against my

5    peers.

6         Q    Your medical school peers?

7         A    Uh-uh.

8         Q    Again, that's yes?

9         A    Yes.  Sorry.

10        Q    That's okay.

11             What are the major life activities in which you

12   believe you're substantially limited compared to your

13   medical school peers?

14        A    All of them.  How many categories do you want?

15        Q    Well, what are --

16        A    Academic, social.  Like what are your

17   designations?  I don't -- I'm affected by my ADHD in all

18   areas of my life.

19        Q    Okay.  Your complaint includes some allegations

20   relating to the differences between the DSM-V and the

21   DSM-IV manuals.

22             Do you recall that discussion?

23        A    Yes.  Primarily that the NBME was using the

24   DSM-IV to -- as their evaluating tool, when the DSM-V

25   had been out for at least a couple of years, to the

1    under both?

2         A    I think it's still -- I do qualify under both.

3    I was diagnosed under both.

4         Q    Right.

5         A    My initial diagnosis was under the DSM-IV in

6    2009, I believe.

7         Q    Dr. Fleischer?

8         A    Dr. Fleischer.  So that was very much DSM-IV.

9             I don't -- I don't know if Dr. Booth-Jones is

10   DSM-IV or V.  I think she was maybe DSM-V, actually.

11            So I've been diagnosed under both.  So, yes.  I

12   fit those categories.  However, based on what the

13   national board keeps saying, it was significant enough

14   to include in my -- the difference between DSM-IV and V

15   is significant enough to raise a question as to why they

16   keep using DSM-IV.

17        Q    Okay.

18        A    But again, do you have the definitions?

19        Q    Mercifully for you, not in your documents.

20   We've had other professionals who have testified about

21   the DSM, the differences between the two.

22        A    Right.  No.  I could look up the actual

23   definitions.

24        Q    Yeah.  Not to worry.

25            You mentioned Dr. Fleischer and

1    Dr. Booth-Jones.

2         Are those the two professionals who have

3    diagnosed you with ADHD?

4    A    Yes.   Done official testing and diagnoses.

5    Yes.

6    Q    Okay.   When did you first start taking

7    prescription medications to deal with any anxiety or

8    distractibility issues?

9    A    From Dr. Fleischer.   So the spring of 2009.

10   Q    Okay.   And we'll look at some documents.

11        March of 2009, roughly?

12   A    Yes.

13   Q    Okay.

14   A    I believe so.

15   Q    And he was the first physician to prescribe any

16   medications for you?

17   A    Uh-uh.   I probably took them for -- I don't

18   know when they stopped, but until I took the MCAT.

19   Q    Okay.

20   A    So probably three to five months max.   No.

21   Three months probably.   I don't know.

22   Q    Prior to that had you ever taken any

23   medications that had been prescribed for others?

24   A    For other people?

25   Q    Yes.

```
 1      A    For ADHD or for -- I had taken birth control.

 2      Q    No.  All for cognitive issues.

 3      A    No.

 4      Q    Are you aware of others who have taken similar

 5    medications?

 6      A    Like do I know anyone else that gets prescribed

 7    ADHD medication?

 8      Q    Did you know people at Princeton who were

 9    taking ADHD medications?

10      A    No.  I knew someone whose brother, the younger

11    brother had ADHD.  But, no.  Not to my knowledge.  None

12    of my close friends took ADHD medications.

13      Q    Okay.  So you took no ADHD or anxiety-related

14    medications from kindergarten through high school?

15      A    No.

16      Q    No, you did not?

17      A    No, I did not.

18      Q    And you took no such medications when you took

19    the SAT exam?

20      A    No, I did not.

21      Q    And you took no such medications at Princeton

22    University?

23      A    No, I did not.

24      Q    And you took no such medications during your

25    postbaccalaureate program at the University of
```

1    Pennsylvania?

2        A    No, I did not.

3        Q    And then you took no such medications while

4    working in any of the jobs, internships or volunteer

5    positions you had prior to March 2009?

6        A    No.

7        Q    So I believe in March 2009 you were almost 26.

8    So until that point you were able to deal with all

9    facets of your life without using any prescribed

10   stimulants or other medications?

11       A    Yeah.  I wouldn't -- I agree that I did it well

12   all the time.

13       Q    Okay.  Let's take a look at some documents.

14   Let me start by just asking you a few questions about

15   your complaint.

16            Your complaint was filed July 22nd, 2016.  And

17   one of the things it alleged is that you were presently

18   enrolled at USF's College of Medicine.

19       A    Uh-uh.

20       Q    Were you actually enrolled in July 2016?

21       A    I mean, I'm still technically a student there.

22   I haven't been kicked out.

23       Q    Right.

24            What do you understand by "enrolled" to mean?

25   You're a student, but you're not attending any classes

1    was 2- or $300, $400.

2        Q    Your complaint says that beginning with the

3    memo dated April 23rd, 2013, you took leaves of absence

4    to prepare for and take your Step 1 examination?

5        A    Uh-uh.  Yes.

6        Q    And we'll see in a minute that you took

7    multiple leaves of absence.

8        A    Yes.

9        Q    Were all the leaves of absence taken for

10   purposes of your studying for the Step 1 exam?

11       A    Yes.

12       Q    Is it unusual for students at USF to take

13   leaves of absence to take their Step 1 exam?

14       A    Unusual in the -- no, but -- yes and no.  The

15   majority of students do not take a leave of absence.

16   Are there other students that take leaves of absence to

17   study?  Yes.  The majority take the two months that were

18   given and can take it in that amount of time.  The

19   majority of students do.

20       Q    What's the two months you're referring to

21   there?

22       A    So second year will finish -- and I think it's

23   changed a little bit now.  But second year would finish

24   in February -- March -- it would finish in March, and

25   then you'd have two months, a month and a half of no

1    clinical -- before your clinical exams start -- sorry --

2    before your clinical rotations start and your exams

3    being done for second year for you to study and take

4    Step 1.

5         Q    Okay.  Your complaint alleges that when you

6    took the Step 1 exam the first time in July of 2014 you

7    were unable to finish any of the exam sections?

8         A    Yes.

9         Q    Okay.

10        A    For the majority -- well --

11        Q    Do you recall whether you left any questions

12   unanswered?

13        A    Yes.  I can say for sure the very first section

14   I didn't answer the first ten -- or the last ten

15   questions.  I didn't even get to put an answer.

16        Q    Okay.  And then you also indicated, I think, on

17   the other two exams you were unable to complete any of

18   the sections.  Is that correct?

19        A    Yes.  I never am able to read all of the

20   questions.

21        Q    Okay.  Do you recall whether you guessed on any

22   of the questions or did you just not reach them?

23        A    Both.

24        Q    Both?

25        A    Yeah.  As for which I did in which section, I

 1    structured field hockey program, same type of structure?

 2         A    It was like a job.  We were good, very good

 3    despite being an Ivy League school, which I feel that

 4    most people think aren't going to be good in sports.

 5    But we were very good.

 6         Q    And you confirmed in your Response Number 7

 7    that you had not requested accommodations from any

 8    employer or internship that you had had up to the date

 9    of these interrogatory responses.  Is that correct?

10         A    Yes.  I have not.

11         Q    And then you were asked to identify all

12    accommodations that you had ever requested from any

13    educational institution.

14         A    For 8, you mean?

15         Q    For Number 8.  Yes.

16         A    Uh-uh.

17         Q    And the only educational institution you

18    identified was the USF College of Medicine.

19              Was that an accurate answer?

20         A    Yes.

21         Q    Okay.  So that's the only educational

22    environment in which you have requested accommodations?

23         A    That's the only education -- it's the only

24    educational environment I have been in when I have a

25    diagnosis of ADHD.

1   questions or deny them if you think they're

2   inaccurate -- certain statements.

3       A    All right.

4       Q    All right.   And I assume you reviewed this

5   document --

6       A    Yes.

7       Q    -- before it was provided to us?

8       A    Yes.

9       Q    And try to make a point of letting me finish my

10  question.

11      A    Sorry.

12      Q    No.   That's all right.   It's difficult to do

13  and it's hard for the court reporter to get a clean

14  transcript.

15          You testified earlier that the only context in

16  which you have received any accommodations in an

17  academic environment was from the medical school.   Is

18  that correct?

19      A    Yes.

20      Q    Look at Interrogatory Response 8.   We asked you

21  to admit that you did not receive any accommodations on

22  any classroom tests that you took during elementary

23  school --

24      A    Uh-uh.

25      Q    -- middle school, high school or college.

```
 1   suing for a variety of reasons.  Right?

 2        Q    Absolutely.

 3             Was there a process for requesting formal

 4   accommodations from Princeton?

 5        A    I'm sure there was.  I wasn't aware of it, nor

 6   did I look it up.

 7        Q    Okay.  You never requested formal

 8   accommodations?

 9        A    I never requested formal accommodations because

10   at this point in time I didn't even know what I had.

11        Q    Okay.  So I take it if you had unlimited time

12   to do your exams at Princeton, the amount of time you

13   had to take tests did not affect your performance?

14        A    No.

15        Q    In other words, whatever grades you got was a

16   reflection of how well you knew the material?

17        A    I can't say that for sure.  But time -- I can

18   tell you that time was not a factor.

19        Q    Okay.  And you admit in here that you've never

20   received accommodations on any standardized test that

21   you've taken at any point in your life.  Is that

22   correct?

23        A    Yes.

24        Q    All right.  Take a look at your resume, which

25   will be Black Exhibit 4.
```

1      Q    Okay.

2      A    So I did take some -- so, no.  I guess it's not

3   completely accurate.  I took a couple of clinical

4   courses beyond 2013, like I told you earlier.

5      Q    Okay.  Let's get a general sense of your

6   chronology here.

7           You went to Princeton from 2001 to 2005?

8      A    Yes.

9      Q    It looks like from there your first job was at

10  Shearman & Sterling?

11     A    It was.

12     Q    And was that in New York City?

13     A    I was a legal assistant in a real estate group

14  in New York City.

15     Q    Okay.  And it looks like from there you went to

16  Columbia University where you were a research assistant?

17     A    Yes.  The eating disorder in New York State

18  Psychiatric Institute -- their eating disorder center.

19     Q    And then from there you went to your

20  postbaccalaureate program at the University of

21  Pennsylvania from May 2007 to August 2008?

22     A    Yes.

23     Q    And then it looks like you had a variety of

24  jobs in the Dominican Republic?

25     A    Yes.

Elizabeth A. Black vs National Board of Medical Examiners
ELIZABETH ANN BLACK VOLUME I on 05/17/2017                    Page 61

1          Q    For roughly not quite three years?

2          A    Yes.

3          Q    And then you went from there and enrolled in

4    USF medical school?

5          A    Yes.

6          Q    Okay.

7          A    In 2011.

8          Q    All right.  Now, looking at your resume here,

9    tell us what you did at Partners in Health.

10         A    I was technically a consultant in terms of how

11   they paid me.  And I did logistics and procurement,

12   particularly after the Haitian earthquake.  They had a

13   partnership with the Clinton Health Access Initiative,

14   CHAI.

15             And I did work for CHAI for a period of time

16   and specifically on their land bridge project, which is

17   what they called -- the way that we got any materials

18   and supplies into Haiti after the earthquake since all

19   airports and ports were basically demolished.

20             And I procured and did a variety of things in

21   the Dominican Republic, and I helped set up their

22   Dominican Republic office.

23         Q    You also indicated you maintained project

24   finances.

25             What did that involve?

1      A   Exactly what it says.

2      **Q   What does that mean:   maintain project**

3  **finances?   Were you responsible for the books, for the**

4  **financial books?**

5      A   Yeah.   To make sure that everything that I was

6  purchasing, procuring and shipping was within their

7  budget.

8      **Q   Were you in charge of the budget?**

9      A   No.   There was -- my boss was.

10     **Q   And what does that mean -- the reference to**

11 **logistics?**

12     A   It means that they called me and said, "Hey, we

13 need this random thing.   Find it at the best price and

14 ship it to Haiti."

15         So I would go anywhere from speaking to where

16 to find a rare cancer drug or carp, the fish, and then

17 said, "Who can I get to drive this?"   So I talked to

18 customs officials, border people and truck drivers.

19     **Q   Do you have any idea of what the rough budget**

20 **was for Partners in Health, how much money was sort of**

21 **involved in the activities of that?**

22     A   Oh, I'm sorry.   And I specifically for this job

23 as well -- besides the land bridge, one of the main

24 projects I was on was the building of their now

25 functional teaching hospital in Central Haiti in

 1    Mirebalais.  And I was the liaison between the Dominican

 2    architecture firm and construction company and did all

 3    of their logistics and shipments of materials as well.

 4         Q    Okay.

 5         A    In terms of a budget, hospitals are expensive

 6    to build.  I can find out.  I have no idea.

 7         Q    Okay.

 8         A    That was not of concern to me.

 9         Q    **And that was while you were at Partners in**

10    **Health?**

11         A    Uh-uh.  That was the other portion of my job.

12              So coordinated deliveries and donations of

13    other goods till the completion of the PIH Mirebalais

14    teaching hospital, and then my same work of giving --

15    making sure there were enough rehydration salts in the

16    country after the Nepalese UN officials gave the entire

17    country cholera.

18         Q    **All right.  And let me ask you one more thing**

19    **that I always try to remind witnesses and they don't**

20    **always do.  Talk a little slowly just so, again, the**

21    **court reporter can get everything down.**

22         A    I apologize.  I talk quickly.

23         Q    **I do, too, and it makes it challenging.**

24              **The Clinton Health Access Initiative --**

25         A    Yes.

1     Q    It looks like you did similar things for that

2     organization that you were doing?

3     A    I did.  Yes.

4     Q    Are those organizations related at all?

5     A    No.  They had a -- as I said previously, they

6     had an agreement.  Paul Farmer and Bill Clinton had bet

7     something -- something in the UN and made an agreement,

8     because Clinton Health Access Initiative -- the

9     Dominican Republic office had been one of their oldest

10    establishments, had a very good functioning system in

11    the DR.

12         And Partners in Health had been in Haiti since

13    the beginning, and it was just -- it fit naturally

14    between the two.  And I did work on specifically -- via

15    the Clinton Health Access Initiative initially for

16    Partners in Health.  And the land bridge project is what

17    it was called, and that was coordinating and getting us

18    relief supplies after the Haitian earthquake, as well as

19    doing some other jobs for CHAI as well.

20    Q    Okay.  So your responsibilities related to

21    logistics and then also procurement there as well?

22    A    Yes.  And I also worked in their HIV clinics.

23    Q    And then you were a high school teacher at

24    St. Thomas School in the Dominican Republic for a year?

25    A    About a year.  Yeah.

```
 1        A    It's a --

 2        Q    -- in an accurate manner?

 3        A    I'm sorry.  I did it again.

 4             It's a program that -- yes -- that is typically

 5     used in medicine and anyone doing research.  So to show

 6     that I have some level of competency in it is valuable.

 7        Q    And then you administered research assessments?

 8        A    Yes.

 9        Q    What type of research assessments?

10        A    A variety that I would say the most -- the

11     biggest one would be a SCID, S-C-I-D, and I forget what

12     it stands for.  But it is a general psychiatric

13     assessment to give to potential participants in studies

14     so that we can assure that the patients don't have other

15     comorbidities that would affect the results of the

16     studies.

17        Q    Okay.  Now, let's transition to Shearman &

18     Sterling where you were a legal assistant for -- again,

19     it looks like about a year?

20        A    Yes.

21        Q    And were you doing that because you thought you

22     might be interested in practicing law?

23        A    I wanted to work for a human rights

24     organization, and I thought my J.D. would be the best

25     way in.
```

1    Q    Okay.  It says here you worked with real estate

2    group, partners and associates on commercial real estate

3    transactions?

4    A    Yes.

5    Q    And knowing Shearman & Sterling, I assume those

6    were large, big-dollar transactions?

7    A    Yes.

8    Q    And Shearman & Sterling is one of the most

9    prestigious law firms in New York, isn't it?

10   A    It's up there.

11   Q    And what are some of the things you were

12   responsible for doing as a legal assistant?

13   A    You're probably very familiar.  But I reviewed.

14   I drafted.  It was very small little things.  Revised,

15   kept things, kept documents.  I did do environmental

16   reviews and title policy reviews for certain cases and

17   correct mistakes of the associates and the partners on

18   their documents.  Basically learn what the partner likes

19   and do it.

20   Q    Okay.

21   A    I make sure everyone else did it.

22   Q    And when you're reviewing policies and files,

23   you're reviewing them for accuracy?

24   A    Probably.  If I was reviewing policies and

25   files for the environmental reviews, I was looking for

```
 1    liens and any sort of -- I was going through EPA stuff

 2    and looking for previous history of environmental -- I

 3    don't know.  There was something that we would look in,

 4    some database or something.  I don't remember what it's

 5    called.

 6        Q    Did you get any performance reviews from

 7    Shearman & Sterling?

 8        A    They don't -- I asked for them.  They said no.

 9        Q    Okay.  What was the general feedback you got?

10        A    They can certify that I worked there.

11        Q    Okay.

12        A    And they said they don't give out any

13    information besides that I worked there to people.

14        Q    Was it your general sense that they were

15    pleased with your work?

16        A    Yeah.  I got good evaluations from them to go

17    work at Columbia.

18        Q    Okay.  There's a reference here to your being

19    awarded the 2012 Scholarly Concentration Program Summer

20    Scholarly Award.

21        A    Uh-uh.

22        Q    Who awarded that?

23        A    Whoever runs the Scholarly Concentration

24    Program at USF.  And it was awarded to a whole lot of

25    people.  It's not that prestigious.
```

1   could describe it.  It's a coed fraternity.  You,

2   actually, eat all of your meals there.

3       **Q   Okay.**

4       A   And the only people that live there are the

5   officers of the club.  But they were started back in --

6   way back in the day and -- because the university didn't

7   provide a place to eat.

8       **Q   Okay.**

9          (Black Exhibit 5 marked for identification.)

10  BY MR. BURGOYNE:

11      **Q   Exhibit 5 -- would you identify this document**

12  **for us?**

13      A   It looks like it's my application for teaching

14  right now --

15      **Q   Okay.**

16      A   -- to Pinellas County.

17      **Q   And on Page 2 it says, "Please indicate areas**

18  **for which you wish to be considered."**

19      A   Uh-uh.

20      **Q   Were you seeking any of those positions?  Those**

21  **were positions that you identified in completing the**

22  **application.**

23      A   Oh.  Yeah.  Well, yeah.  I don't -- this is

24  before I had -- this is like an online thing where you

25  just click anything, so I clicked as many things as I

1   could.

2       Q    Okay.  And you feel qualified, I take it, to

3   teach or perform all of these roles?

4       A    Yeah.

5       Q    Okay.  Page 3 -- this is just a summary of your

6   academic history.  You got a certificate of advanced

7   studies as a result of your postbaccalaureate work at

8   Penn?

9       A    Yeah.  They just give you a certificate because

10  it's technically undergraduate classes, so there's no

11  degree.

12      Q    Gotcha.

13           On Page 4 there's a discussion of qualification

14  exams?

15      A    Yes.

16      Q    Were you required to take any exams as part of

17  your application to teach?

18      A    Yes.

19      Q    What exams did you take?

20      A    I took the middle grade science.  I think

21  that's what they call it:  middle grade science exam.

22      Q    What kind of exam was that?

23      A    It was a couple hours, and probably all of you

24  in this room could pass it.

25      Q    Is it just multiple choice?  What is the format

1    of the exam?

2          A    Multiple choice.  Yes.

3          Q    Is it taken in a paper-and-pencil format or on

4    a computer?

5          A    Unfortunately, most tests are

6    computer-test-based now.

7          Q    Did you ask for any extra testing time in

8    taking that exam?

9          A    I did not.

10          Q    How about, it says are you a full-time teacher

11    now?

12          A    Uh-uh.  With a temporary certificate.

13          Q    Okay.  And I take it you passed that subject

14    exam?

15          A    I did.

16          Q    Okay.  Below when you're talking about your

17    prior --

18          A    I don't know how well I did on it, but they

19    just give you a passing score.

20          Q    Okay.  You discussed below some of your prior

21    teaching experience, and you say that you taught

22    physical and earth sciences in eighth and ninth grades?

23          A    Yes.

24          Q    Including laboratory classes?

25          A    Yes.

1     **Q    Okay.**

2     A    -- and the same way the Clonazepam was

3     prescribed.  So I didn't get both at the same time.

4     **Q    So according to the sheet, it was prescribed**

5     **for performance anxiety?**

6     A    Sure.  That's what they put.  Again, they have

7     to have diagnosing codes.

8     **Q    And then the next page is for the Meth- -- how**

9     **do you say that?**

10    A    Methylphenidate, and that is Ritalin.

11    **Q    Okay.**

12    A    So I would take -- oh, this is the

13    5 milligrams.  Yeah.

14    **Q    And it looks like you took this in order to**

15    **help you --**

16    A    The same way you take Adderall.

17    **Q    Okay.  For evening classes?**

18    A    So this is the same way that I have the

19    10 milligrams of Adderall to augment the 15 XR.  These

20    would be for -- I started taking Concerta, which I'm

21    sure you probably have in here.  Maybe not.

22    **Q    I don't recall that.**

23    A    Concerta, which is extended release Ritalin.

24    And I would take additional milligrams of Ritalin to

25    augment whatever I took in the morning.  If you're

```
 1        A    Mr. Yarnall was my fifth grade teacher.

 2             THE COURT REPORTER:  I'm sorry.  Mr. --

 3             THE WITNESS:  Mr. Yarnall, Y-a-r-n-a-l-l.

 4   BY MR. BURGOYNE:

 5        Q    All right.

 6             (Black Exhibit 9 marked for identification.)

 7   BY MR. BURGOYNE:

 8        Q    Could you tell us what Black Exhibit 9 is?

 9        A    It is the Otis-Lennon School Ability Test,

10   Sixth Edition.

11        Q    It looks like these are --

12        A    When I was six years old and seven months.

13        Q    It looks like these are from Grade 1, Grade 4

14   and Grade 7?

15        A    Sure.

16        Q    And are these standardized test results from

17   exams that you took in elementary school?

18        A    Yes.  I think these must be the Pennsylvania

19   ones they made us take or something.  I don't remember.

20        Q    And were these records that you supplied to

21   NBME?

22        A    Uh-uh.  Yes.

23        Q    And so far as you know, are these accurate

24   records?

25        A    Yeah.
```

Elizabeth A. Black vs National Board of Medical Examiners
ELIZABETH ANN BLACK VOLUME I on 05/17/2017                           Page 85

1        Q    All right.

2             (Black Exhibit 10 marked for identification.)

3    BY MR. BURGOYNE:

4        Q    Would you identify Black Exhibit 10 for us?

5        A    Metropolitan Achievement Test.   The first one

6    is sixth grade.  No.  Sorry.  I was six years old.   It

7    was first grade.

8        Q    If you just look through here, if you go to the

9    last one, it looks like the last one was when you were

10   13 years old.

11       A    It appears so.

12       Q    It looks like you were in middle school at that

13   point in the eighth grade?

14       A    It appears so.

15       Q    And do you see where there's a column there

16   that reports your national percentile rank?

17       A    I can see it.

18       Q    And for reading comprehension it shows you with

19   a 90-8.  The 8, I think is school.  Well, I'm not sure

20   what the 8 is.

21            What do you understand a 90th percentile to

22   mean?

23       A    Your question -- I'm confused by your question.

24       Q    Well, if you perform at the 90th percentile,

25   what does that mean?

```
 1        A    That I am -- I perform better than some other

 2   people, a significant number of other people.

 3        Q    Better than 90 percent of everyone else who

 4   tested?

 5        A    Sure.

 6        Q    Do you recall taking these?

 7        A    I'm not dumb.

 8        Q    No one has suggested that.

 9        A    You don't have to be dumb to have ADHD.

10        Q    Do you recall taking these achievement tests?

11        A    I can't say that I do.  I remember they were a

12   thing.  But, no.  I don't remember taking them at all.

13        Q    Do you recall these were standardized tests?

14        A    Yeah.  But paper.

15        Q    Paper-based?

16        A    Yeah.  I always had paper-based.  The MCAT just

17   moved to computers right when I took it, which was a

18   detriment to me.

19        Q    Okay.  You took the MCAT on computer?

20        A    Yes.

21        Q    Both times?

22        A    Yes.

23        Q    Okay.

24             (Black Exhibit 11 marked for identification.)

25        A    These are hard to get.
```

1    Q    Okay.  So your complaint when it says

2    10 percent wasn't accurate, was it?

3    A    I'd have to see the complaint.

4    Q    Okay.

5    A    It's low.

6    Q    Low compared to who?

7    A    Well, compared to everyone else if it's

8    32 percent.

9    Q    Everyone who took the MCAT on this occasion?

10   A    Right.  They score it each day.  And they scale

11   it just like Step 1.  The NBME scales your test against

12   everyone else.  So everyone is comparing you against

13   people that take the test -- your peers.

14   Q    All right.  Your peers --

15   A    Not the general population.  They compare you

16   against the people who take it.  So your peers -- well,

17   most of these people that take the MCAT aren't going to

18   medical school.

19   Q    Okay.  And most people in the general

20   population aren't taking the MCAT?

21   A    I don't know.  Some people that shouldn't take

22   the MCAT take it -- yeah -- and they don't go to medical

23   school.

24   Q    Okay.

25   A    They don't restrict you from taking the MCAT.

1   They restrict you from taking Step 1.

2        Q   Okay.  So if you scored in the 32nd percentile,

3   you did better than 32 percent of the other people who

4   took the MCAT during this administration?

5        A   Yeah.  Not someone you would want to see

6   doctoring.

7        Q   I assume there are many people in that universe

8   who go on to be very capable doctors.  I could be wrong.

9        A   No.  You are.

10       Q   All right.  Then what about the fact that you

11  took it again and that time you scored in the 73rd

12  percentile?  Correct?

13       A   That's what it says.

14       Q   Is that inaccurate?

15       A   No.  Yes.  73rd.

16       Q   All right.  And that meant that for that

17  administration you scored better than 73 percent of all

18  of the other individuals who took the MCAT?

19       A   Yes.

20       Q   Okay.

21       A   But again, that's of people who took the MCAT,

22  not of people who get into medical school and actually

23  matriculate.

24       Q   All right.  And you did not receive

25  accommodations on the MCAT.  Right?

1     A     No.   That's where I called and I didn't want to

2  give my name and decided not to apply for accommodations

3  because they flag your score report like the NBME does,

4  or did.

5           (Exhibit 13 marked for identification.)

6  BY MR. BURGOYNE:

7     Q     Okay.   Would you identify Black Exhibit 13 for

8  us?

9     A     This is my Princeton application, what I could

10 find of it.

11    Q     Okay.   And it looks like you applied for early

12 decision?

13    A     I did.

14    Q     Is this your handwriting on the first page?

15    A     It is.   It's not that neat anymore.

16    Q     Would you just take a minute to look over it

17 and confirm that this is a true and accurate copy of

18 this document?

19    A     Yes.   The best I could find.

20    Q     All right.   And this is dated October 14th,

21 2000.   Look, if you would -- this one doesn't have page

22 numbers.   I apologize.   But if you'll go to the fifth

23 page.

24    A     Part 2?   I'm sorry.   My little list of things.

25    Q     Yeah.   Your list of things.

```
 1        A   It would allow me to like skip a level of

 2   something or I got one credit from it.  But they

 3   didn't -- it didn't really count.  I think it allowed me

 4   in my certificate for my Latin American studies -- it

 5   allowed me to go up to a higher level of Spanish or

 6   something.

 7            Princeton doesn't think other courses are

 8   rigorous enough that aren't from them.

 9            (Exhibit 16 marked for identification.)

10   BY MR. BURGOYNE:

11        Q   Could you identify Black Exhibit 16 for me?

12        A   This is an AMCAS summary of my application for

13   2011 applying to medical school.

14        Q   Is this information you provided, do you know,

15   or is this general information they generate from --

16        A   So I provide it.  They check it.  And the GPA

17   and the hours -- I input it, and then I think they check

18   it.  So if this is the certified one, then it's been

19   certified by them.

20        Q   Okay.

21        A   And then my MCAT scores are sent to them, so

22   they certify all of it.

23        Q   All right.  That's all I had on that.

24        A   Oh, it was worse.

25            (Exhibit 17 marked for identification.)
```

 1   BY MR. BURGOYNE:

 2        Q    They must count some of your courses --

 3        A    2.9.

 4        Q    There's another AMCAS document that shows you

 5   with a 3.1, and we'll look at that in a minute.

 6        A    Okay.

 7        Q    I was going to ask you about that.

 8             Would you identify this document for us?

 9        A    It is USF College of Medicine Technical

10   Standards for Medical Student Admission, Academic

11   Progression and Graduation.

12        Q    And is that your signature at the bottom?

13        A    No.  It's my dad's.

14        Q    I assume he signed it on your behalf?

15        A    He did.

16        Q    All right.  And is the information he provided

17   to the school accurate?

18        A    Yes.

19        Q    All right.  So he was confirming that based on

20   the technical standards, you didn't have any conditions

21   that would require reasonable accommodations?

22        A    Based on the technical -- correct.

23        Q    And you did not have any conditions that would

24   prevent you from successfully completing the College of

25   Medicine curriculum?  He confirmed that for the school?

1          MR. BURGOYNE:  So just so we're clear, I'm

2     removing from the exhibit SR-18.

3          THE WITNESS:  I hope Elizabeth Robinson got her

4     recommendation.

5          MR. BURGOYNE:  And you've taken yours out, too,

6     Curtis?

7          MR. FILAROSKI:  Yeah.  I have.

8  BY MR. BURGOYNE:

9     Q    All right.  Continuing in, we get to your high

10  school transcript on SR-21.

11        Would you look over those few pages and confirm

12  that this is an accurate copy of your high school

13  transcript?

14    A    I'm sure it is if it was sent.

15    Q    Did you submit this to U Penn or did you take

16  steps to have it submitted?

17    A    I'm sure.  I'm sure I had it submitted.  I have

18  no idea if I submitted it or -- I feel like they always

19  want these in an official way, so -- but I don't

20  remember.

21    Q    All right.  Let's look a little bit at your

22  academic history on Page SR-21.

23    A    Okay.

24    Q    All right.  It looks like overall for every

25  course you took in which a grade was assigned other than

1    pass/fail you received As, with the exception of three

2    courses in which you received Bs.  Is that correct?  So

3    it looks like you got one B in ninth grade.

4         A    Physical science, Mr. Gottlieb.

5         Q    No Bs in the tenth grade.  All As.  Straight As

6    in the eleventh grades, and then two Bs your senior

7    year?

8         A    That's what it looks like.

9         Q    And one of those Bs was an AP honors English?

10        A    And AP calculus too.

11        Q    You understand the "H" on here -- that means

12   those were honors classes.  Is that correct?

13        A    Yes.  And the CP is college prep.  But they

14   also designate -- there was honors English as well, I

15   believe.  I don't know.  But they also designate that

16   they were AP courses.

17        Q    Okay.  So in the ninth grade five of your

18   courses were honors courses?

19        A    In the ninth grade?  Sure.  Spanish, physical

20   science, geometry, history and English.  Yes.

21        Q    And likewise, in the tenth grade five of the

22   courses you were taking were honors courses?

23        A    Sure.

24        Q    It looks like eleventh grade five honors

25   courses?

1    A    Yeah.

2    **Q    And then twelfth grade you had four honors**

3    **courses and two AP courses?**

4    A    Well, no.

5    **Q    What have you got there?**

6    A    Well, physics was college prep.  And then if

7    you're not designating -- and you feel you're

8    double-designating?

9    **Q    Oh, I see.**

10   A    Because AP -- it would be two AP courses,

11   one -- two honors courses, and a college prep course.

12   So two honors courses, two AP courses and a college

13   prep.

14   **Q    I was counting English, econ, calculus --**

15   A    Right.  But you're double-designating them:  AP

16   and honors.

17   **Q    Correct.  Two of the honors courses you took**

18   **were also AP courses.**

19   A    So they're going to be twice.

20   **Q    Right?**

21   A    Yeah.  They're just going to be counted twice.

22   **Q    Okay.  And then you've got honors English,**

23   **honors econ, honors calculus and honors Spanish.**

24   **So four honors courses?**

25   A    Sure.

1      Q     Okay.  And do you know what your overall class

2   rank was from high school?

3      A     Four.

4      Q     Fourth in your class?

5      A     I believe so.

6      Q     And it looks like the class was about 300

7   students?

8      A     320 I think.  Yeah.

9      Q     All right.  And then the next --

10      A     That's what got me into Princeton.

11      Q     Your high school performance?

12      A     They have a way -- my SAT score was low.  This

13   made up for it.  You had to meet a certain minimum, and

14   they have a formula to figure out -- a formula to figure

15   out if you pass a baseline of muster to get into the

16   school.  And your college -- your high school rank and

17   GPA are two of the components, as well as your SAT

18   scores.

19      Q     Gotcha.

20      A     So these are the parts that got me into

21   Princeton, not my SAT scores.

22      Q     All right.  The next page, SR-22.

23      A     Uh-uh.

24      Q     Does this appear to be an accurate summary of

25   your activities, honors and awards in high school?

 1    symptoms below that apply."  You didn't check those

 2    boxes?

 3         A    I don't know.

 4         Q    Don't know?  Okay.

 5         A    I don't know.

 6         Q    All right.  At the bottom where you say

 7    "current medications," one of them is "just started last

 8    week."

 9         A    Oh, I took -- yeah.  That was -- I had been

10    trying to get in to see him for a while.  He had a

11    waiting list.  And the social worker -- so "meeting

12    LCSW" -- that's the social worker I saw.

13              She referred me to some like hack of a

14    psychiatrist who met with me for like five minutes and

15    was like, "You should take this drug."  And I didn't

16    know if I wanted to take it.  And I took it --

17    eventually decided to take it and took it for about -- I

18    don't know -- probably a couple days, enough that

19    Dr. Fleischer said, "Just stop taking it.  You don't

20    need that."

21         Q    Okay.  And that's Clonazepam?

22         A    No.  That was the Venlafaxine, Effexor.  The

23    Clonazepam was from him, I believe.  Oh, maybe not.  I

24    don't know.

25         Q    There's one --

1      A    He gave me -- Klonopin is Clonazepam.  Klonopin

2   is the brand name for Clonazepam.

3      Q    All right.  So --

4      A    Which is what he prescribed me.  Whether or not

5   that's from that guy -- he didn't prescribe me

6   Venlafaxine.

7      Q    What is that for?

8      A    That's an SSRI.

9      Q    And for lay people, what are SSRIs?

10      A    For depression and anxiety.  However, there is

11   an SSRI that's approved, FDA-approved for ADHD.

12      Q    Okay.  And then --

13      A    They alter -- selective serotonin reuptake

14   inhibitor.  They create more serotonin in your brain.

15      Q    And what is the Clonazepam?  Is that also --

16      A    That's a benzodiazepine.

17      Q    In lay terms, what is that for?  Is that

18   treating anxiety?

19      A    Yes.  Most people don't take Clonazepam.  That

20   Clonazepam is one -- that would be -- the closest --

21   what does everybody take that's really short-acting when

22   they say they need to take one before like flying or

23   something?  Xanax.

24      Q    Xanax?

25      A    That's really short-acting.  The Clonazepam is

 1    one that they're not -- it's not used all that often.

 2         **Q    Okay.  So I'm clear, you had been prescribed**

 3    **the prior week Clonazepam.  So you were currently --**

 4         A    I don't know.  No.  I don't know if that was --

 5    so I am unclear about the Clonazepam one.

 6              The Venlafaxine was for sure from the -- so

 7    maybe he did and I can't remember about that.

 8              I do specifically remember he saw me for about

 9    five minutes, shoveled me through, gave me a

10    prescription.  And I thought he was terrible.

11              And I took about -- I don't know -- a couple

12    days' worth of it.  And SSRIs take about four weeks to

13    really work.  And once you are on them for a long time,

14    you have to taper off them.  This was early enough that

15    I went to see Dr. Fleischer and he said, "Just stop

16    taking it."

17              As for the Clonazepam, I'm not sure.  I do know

18    that Dr. Fleischer, as you see on Page 103, the first

19    page -- Clonazepam is Klonopin.

20         **Q    Okay.**

21         A    So he prescribed me that.  So I have no idea if

22    that was some random other guy or --

23         **Q    Okay.  When you say --**

24         A    He's not writing them.  The other guy was

25    wasn't writing them.

1     A    Okay.

2     Q    And you see there's sort of a series --

3     A    On 106?

4     Q    Yes.

5     A    Okay.  Oh, yeah.  I see it.  Uncooperative.

6     Q    And I saw from some of your other records

7  that -- but Dr. Fleischer -- his evaluation consisted of

8  an informal evaluation and interview?

9     A    Uh-uh.

10         So most diagnoses for ADHD involve a lengthy

11 history and interview and then also testing, but he

12 didn't do testing.  I don't remember.  I don't remember

13 it.  But we talked for a very long time.

14    Q    Okay.  And then as a result of your

15 conversation, he gave you two diagnoses:  GAD -- what

16 does that stand for?

17    A    I can imagine it would be generalized anxiety

18 disorder.

19    Q    And then the second one was ADD?

20    A    Attention deficit disorder.

21    Q    Okay.

22    A    But I can't say for sure.

23    Q    Okay.  And then the next page includes some

24 handwriting of his at the top, it looks like, and then a

25 recommendation and plan.

1    had prescribed --

2         A    The week before.

3         Q    Okay.

4         A    And I took it for two days.  And I didn't want

5    to take that either.

6         Q    Okay.

7         A    So, no.

8         Q    You first took the MCAT April 18th, 2009.

9    Does that sound right?  So this was shortly before

10   you took the MCAT, in all events, that you were seeing

11   Dr. Fleischer?

12        A    Yes.  It specifically was because per my

13   conditional acceptance with Jefferson, I had to take the

14   MCAT by March, whatever date -- I took it by April --

15   that date.

16        Q    Okay.

17        A    So I had a very end date.  And unfortunately

18   for me, my diagnosis and ability to actually start

19   studying -- it was for -- I got about a month of

20   studying.  Most people with Step 1 study for months and

21   months in order to be able to take this exam.

22        Q    To take what, the MCAT?

23        A    Both.

24        Q    Okay.  All right.

25        A    Yeah.

1      Q    You only had a month to prepare before you took

2    it the first time?

3      A    Probably, or a little less.

4           And I still had to take it and I still took it

5    just to -- because otherwise, I would lose my

6    conditional acceptance no matter what.

7      Q    Gotcha.  Okay.

8           Did you take any MCAT test prep programs?

9      A    Yeah.  Kaplan, I used a tutor, and I took

10   probably a couple.  I took one during my postbac program

11   that met certain nights -- or I don't remember when.

12   Maybe it was just in the spring.

13          After I didn't do well at all on the MCAT and

14   lost my conditional acceptance, then I came and -- I

15   moved back from the Dominican Republic and took a more

16   intensive Kaplan course where I went to someplace a

17   couple times a week.

18     Q    Okay.  That was in advance of the second time

19   you took it?

20     A    Yes.

21     Q    Okay.  Let's take a look at Black 21.

22          (Black Exhibit 21 marked for identification.)

23   BY MR. BURGOYNE:

24     Q    And this is your AMCAS application report from

25   the Association of American Medical Colleges.  Is that

 1   Dr. Fleischer back to the counseling center.

 2          And this indicated that you had come in with

 3   two presenting issues:  academic difficulties and study

 4   skills and attention deficit disorder.  Correct?

 5       A   Yes.

 6       Q   You enrolled in medical school in August of

 7   2011.  Correct?

 8       A   Yes.

 9       Q   Okay.  So this was pretty soon right after you

10   had gotten to USF.  Right?

11       A   Yes.  I can't remember exactly what date.  It

12   started in August.  But I specifically went to establish

13   myself as a patient so that during medical school, if I

14   needed it, I wouldn't have to go through all of the

15   steps in order to be established as a patient because I

16   knew it would be a process.

17       Q   On Page 2 there's a discussion of your

18   treatment history.  And it notes you were assessed by

19   Dr. Fleischer for inattention and anxiety in 2009, and

20   it refers to your getting counseling for anxiety and

21   inattention for studying and academic concerns in 2009.

22          Do you recall who you were getting counseling

23   from at that time?

24       A   That was the social worker that I saw that

25   referred me to Dr. Fleischer.

1      A    Yeah.   I don't know if I did this before

2    almost every time I saw them or what.   I don't know.

3      **Q    It looks like, whereas before you were going in**

4    **to get your Ritalin prescription --**

5      A    I still was.   I just also wanted to see a

6    counselor.

7      **Q    Okay.   So that's my question, basically.**

8         **So this is, apparently, when you first went in**

9    **to get counseling?**

10     A    Apparently.   Yeah.

11     **Q    Okay.   And do you recall what it was that**

12   **prompted you to go and get counseling at this time?   Is**

13   **there anything specific that --**

14     A    The fact that I moved to Tampa from a place

15   that I really liked and had a really great group of

16   friends and had a job that was super-fulfilling and

17   awesome to medical school in Tampa.   No offense to

18   Tampa, but it's not my favorite place.

19        The people -- I struggled with the people.   I

20   was 28.   They were 23.   The average age of my medical

21   school class was 23.4, I think.   So even in northeast

22   med schools the average age was at least usually 26 and

23   people had left the State of Florida.   Not the case

24   here.

25     **Q    Okay.   So the peer group was a little bit**

 1     younger than you were at the time?

 2         A    And they were medical students, which are less

 3     than ideal.

 4         Q    **No offense to medical students.**

 5         A    No offense to medical students, and I can say

 6     that because I am one.  The majority don't have the most

 7     amazing social skills.

 8         Q    **Okay.**

 9         A    So, yeah.

10         Q    **All right.**

11         A    Really trying to make sure that I tried to

12     maintain a balanced life within medical school.

13         Q    **Sure.**

14         A    And I was already going there to get my

15     medication.  So on the same day that I would see

16     Dr. Mukherjee or Feldman, whoever it became at the

17     counseling center, I would also see the counselor.  I

18     think they maxed you out at six times to see someone.

19              (Black Exhibit 25 marked for identification.)

20     BY MR. BURGOYNE:

21         Q    **Black 25 is similar to a document we looked at**

22     **before.  It's an initial consultation summary.**

23              **And it looks like this document would have been**

24     **prepared sort of contemporaneously with the document we**

25     **just looked at.  Is that correct?**

 1   computer testing for them in there, too.  But that's

 2   when I got my accommodations from USF.

 3            So SDS, student disability services -- that's

 4   through USF.  And they required this documentation to

 5   provide accommodations for me for USF.  And I don't know

 6   the testing -- it would have been, I would imagine, the

 7   official testing that I then did with Dr. Booth-Jones

 8   when the policy changes.

 9       Q    **The next page reflects a note from Dr. Phyllis**

10   **Feldman.**

11            **Do you remember Dr. Feldman?**

12       A    Yeah.  She's the reason there's so many

13   psychiatrists on that list.  Dr. Mukherjee had, I think,

14   like heart problems or some medical problems.  I started

15   to see her and realized that I liked her a lot better --

16       Q    **Okay.**

17       A    -- and then started to see her and then

18   Dr. Feldman had medical problems.

19       Q    **But Dr. Feldman was also managing your**

20   **medications?**

21       A    She's a psychiatrist.

22       Q    **She's a psychiatrist?**

23       A    She was the next Dr. Mukherjee.  So I saw her

24   for medication.

25       Q    **She says in here, "She has significant anxiety**

1    before major exams, such as the one she is studying for

2    now."

3              Is that a reference to the Step 1 exam?

4       A    I have no idea.

5       Q    Okay.  Then she also notes at the bottom you

6    were referred to Dr. Parrino for test anxiety.

7              Who is Dr. Parrino?

8       A    He's a Ph.D. psychologist that worked at USF.

9       Q    Did he have any sort of specialization in test

10   preparation or test anxiety?

11      A    He works with -- he works with a lot of

12   athletes.  Just performance.

13      Q    Performance issues?

14      A    Performance.  Yeah.  He has a special word he

15   calls it.  I don't know.

16      Q    Okay.

17           MR. FILAROSKI:  Are you doing all right?

18           MR. BURGOYNE:  Let's take a break.

19           (Lunch recess from 11:42 a.m. to 12:45 p.m.)

20           (Black Exhibit 27 marked for identification.)

21           MR. BURGOYNE:  All right.  Back on the record

22       after lunch.

23   BY MR. BURGOYNE:

24      Q    We've handed you Black Exhibit 27, which

25   consists of a series of counseling notes in the USF

```
 1        A   Most recently the one listed on -- I don't know

 2   the name of the document, but the one where I gave you

 3   the list of people.  The most recent one was --

 4        Q   Is that where Dr. Grimmond --

 5        A   Yeah.  Dr. Grimmond.

 6        Q   Okay.

 7        A   She was the last person I saw.

 8        Q   And she was at the health center?

 9        A   Yeah.

10        Q   All right.

11            (Black Exhibit 32 marked for identification.)

12   BY MR. BURGOYNE:

13        Q   Can you confirm that this is your handwriting?

14        A   Yes, it is.

15        Q   And this is your request to USF or your

16   application for accommodations to be provided to you by

17   the medical school?

18        A   Yes.  For disability -- students with

19   disability services.  Yes.

20        Q   And we'll see from the next document it looks

21   like this was prepared around March 2013.

22        A   The end of my second year of medical school.

23        Q   Okay.  How did you do your first year of

24   medical school?  There's a transcript somewhere, but I

25   can't seem to find it.
```

```
 1        A    Well, it's pass/fail, so --
 2        Q    Okay.  So you passed everything your first
 3   year?
 4        A    Yeah.
 5        Q    Okay.  And so up to that point you hadn't
 6   received any accommodations?
 7        A    No.
 8        Q    It says here you were seeking accommodations
 9   because your "ADHD affects my ability to concentrate and
10   focus to complete exams in a timely manner."
11             Does your -- do your ADHD symptoms affect you
12   in any other aspect of your academic work at medical
13   school?
14        A    What do you mean?
15        Q    Do you need accommodations for anything other
16   than taking exams in medical school?
17        A    Like doing what?
18        Q    Well, like have you ever requested the medical
19   school to give you accommodations other than additional
20   time when you're taking exams?
21        A    No.  I don't -- a standard accommodation for
22   someone with ADHD is to get time-and-a-half testing
23   accommodations and whatever the language is of not
24   having distracting -- decreased distractions.
25        Q    Okay.
```

 1        A    I don't know what other situation you're

 2   meaning.

 3        Q    Well, for example, some people say, "I need a

 4   note-taker."

 5             You never asked for a note-taker, for example?

 6        A    No.

 7        Q    So all I'm really trying to confirm is that the

 8   only accommodations you asked for from the medical

 9   school was time and a half on exams and a

10   distraction-free environment when you take exams?

11        A    Yes.

12        Q    Okay.  Next exhibit.

13             (Black Exhibit 33 marked for identification.)

14   BY MR. BURGOYNE:

15        Q    And could you just confirm that this is a

16   memorandum from Dr. Specter in the student affairs

17   office --

18        A    Yes.

19        Q    -- to him confirming you had been approved for

20   accommodations?

21        A    It is.

22        Q    That's an accurate summary of the

23   accommodations for which you were approved?

24        A    Time and a half and -- reduced -- yes.

25        Q    Okay.

1              (Black Exhibit 34 marked for identification.)

2     BY MR. BURGOYNE:

3          Q     Black Exhibit 34 is a collection of letters --

4     I think they are all to you -- letters, possibly emails,

5     but I think they're all letters -- confirming that you

6     had been granted either your initial leave of absence or

7     extensions of your leaves of absence?

8          A     Uh-uh.

9          Q     By my count, there are 15 leaves of absence

10    reflected here, although one letter appears to be

11    missing.  So 15 or 16 separate times you postponed your

12    return date to medical school.  Is that correct?

13         A     I have no idea.  I've never counted them.

14               The times of coming back are also arbitrary.

15         Q     Okay.

16         A     They were just designated by --

17         Q     Were they typically a month leave of absence,

18    or do you know?

19         A     No.  That's what I'm saying.  There's really no

20    rhyme or reason to how much it would be:  if the

21    academic review committee decided on something, if the

22    dean of student affairs Dr. Specter decided on

23    something, if I had decided on something.  There was no

24    rhyme or reason, so I have no idea what the number is.

25         Q     Okay.  Several of the leaves of absence were

1    taken in advance of your taking the first Step 1?

2         A    Yes.

3         Q    And at that point you had not requested

4    accommodations and you weren't waiting on NBME.  Is that

5    correct?

6         A    No.  I had inquired as to if they processed for

7    accommodations and found out that, once again, you guys

8    were still flagging test reports.  So I didn't apply for

9    accommodations.

10        Q    Why did you keep postponing taking the first

11   Step 1 exam?  Was that for purposes of studying?

12        A    Right.  And as I take practice exams and

13   attempt to take them in the time allotted, which that's

14   what I'd have to do since I didn't want to have my score

15   reports flagged -- I can't finish in that amount of

16   time, so I didn't feel prepared enough to take the exam.

17             Ideally, a medical student takes this exam once

18   and does well on it and moves along.  The fact that I'm

19   sitting here with three times failing, most medical

20   students wouldn't be here.

21        Q    All right.

22             (Black Exhibit 35 marked for identification.)

23   BY MR. BURGOYNE:

24        Q    Black Exhibit 35 is an email that was produced

25   to us by the medical school.  It's from Philip Tetreault

Elizabeth A. Black vs National Board of Medical Examiners
ELIZABETH ANN BLACK VOLUME II on 05/17/2017                                    Page 214

```
 1                    CERTIFICATE OF REPORTER

 2

 3      STATE OF FLORIDA)

 4      COUNTY OF HILLSBOROUGH)

 5

 6               I, MICHELE COBURN, Court Reporter and Notary

 7      Public, do hereby certify that I was authorized to and

 8      did stenographically report the foregoing deposition;

 9      that a review of the transcript was not requested; and

10      that the transcript is a true record of my stenographic

11      notes.

12

13               I further certify that I am not a relative,

14      employee, attorney, or counsel of any of the parties'

15      attorneys or counsel connected with the action, nor am I

16      financially interested in the action.

17

18               Dated:  May 24, 2017.

19

20

21

22                              _____
                                MICHELE COBURN
23

24

25
```

1                         CERTIFICATE OF OATH

2

3      STATE OF FLORIDA)

4      COUNTY OF HILLSBOROUGH)

5

6                I, MICHELE COBURN, Notary Public, State of

7      Florida, certify that the witness, ELIZABETH ANN BLACK,

8      personally appeared before me on the 17th day of May,

9      2017, and was duly sworn.

10

11               WITNESS my hand and official seal this 24th

12     day of May, 2017.

13

14

15

16

17

18               _____
                 MICHELE COBURN
19               Notary Public
                 State of Florida
20               Commission # FF169882
                 My Commission Expires:  11/21/18
21

22

23

24

25