# ELIZABETH A. BLACK
2116 Imperial Golf Course Blvd, Naples, FL 34110 • (609) 306-8808 • elizabeth.a.black@gmail.com

**EDUCATION**

| | |
|---|---|
| August 2011- May 2013 | **UNIVERSITY OF SOUTH FLORIDA COLLEGE OF MEDICINE**, Tampa, FL<br>Doctor of Medicine |
| May 2007- August 2008 | **UNIVERSITY OF PENNSYLVANIA**, Philadelphia, PA<br>Pre-Health Post Baccalaureate Program |
| September 2001- May 2005 | **PRINCETON UNIVERSITY**, Princeton, NJ<br>Bachelor of Arts in History; Minor - Latin American Studies<br>Senior Thesis Topic: The Impact of Social Movements on the Demise of the Argentine Military Regime from 1976 to 1983<br>**UNIVERSIDAD PAN AMERICANA**, Guadalajara, Mexico, Summer 2003 |

**EXPERIENCE**

| | |
|---|---|
| August 2016- Present | **AZALEA MIDDLE SCHOOL**, Saint Petersburg, FL<br>**Middle School Science Teacher**<br>• Teaching 6th grade comprehensive science, including laboratory classes<br>• Advisor to the National Junior Honor Society |
| January 2011- July 2011 | **PARTNERS IN HEALTH (PIH)**, Santo Domingo, Dominican Republic<br>**Consultant, Logistics and Procurement**<br>• Coordinated deliveries of donations and other goods for the completion of the PIH Mirebalais Teaching Hospital in Haiti<br>• Procured, prioritized delivery and organized the logistics of relief goods to Haiti through the Dominican Republic<br>• Maintained project finances |
| April 2010- January 2011 | **CLINTON HEALTH ACCESS INITIATIVE (CHAI)**, Santo Domingo, Dominican Republic<br>**Logistics and Procurement Analyst**<br>• Organized, coordinated and prioritized delivery of relief goods to Haiti (for PIH facilities) through the Dominican Republic<br>• Procured medical supplies, fuel and goods for PIH facilities in Haiti<br>• Tracked and organized project finances<br>• Assisted in the organized, successful transfer of HIV patients from a closing facility to new centers |
| September 2009- May 2010 | **SAINT THOMAS SCHOOL**, Santo Domingo, Dominican Republic<br>**High School Teacher**<br>• Taught Physical and Earth Sciences to eighth and ninth grades, including laboratory classes<br>• Taught Health to grades eight through ten<br>• Advisor to the National Honor Society |
| September 2008- June 2009 | **INTERNATIONAL FAMILY AIDS PROGRAM, COLUMBIA UNIVERSITY/CLINICA DE FAMILIA MIR**, La Romana, Dominican Republic<br>**Volunteer Internship**<br>• Organized and developed a sexual education and school outreach program curriculum<br>• Helped teach the sexual education class at local public schools<br>• Shadowed doctors during inpatient hospital visits, outpatient visits and surgery<br>• Contributed to the IFAP newsletter and created educational waiting room materials for the clinic<br>• Researched and wrote various site descriptions for the different programs and locations of the clinic |
| August 2006- May 2007 | **NEW YORK STATE PSYCHIATRIC INSTITUTE/COLUMBIA UNIVERSITY**, New York, NY<br>**Research Assistant**<br>• Mayer L.E., Klein D.A., Black E., Attia E., Shen W., Mao X., Shungu D.C., Punyanita M., Gallagher D., Wang J., et al. "Adipose tissue distribution after weight restoration and weight maintenance in women with anorexia nervosa." Am. J. Clin. Nutr. 2009;90:1132–1137. doi: 10.3945/ajcn.2009.27820.<br>• Poster/Presentation: Black EA, Mayer LS, Klein D, Walsh BT: Body Composition, Motivation to Exercise and Treatment Outcome in Weight-Restored Women with Anorexia Nervosa; International Conference on Eating Disorders hosted by the Academy for Eating Disorders, Baltimore, MD, 5/07 |



EXHIBIT
Black 4
5-17-17

- Coordinated research studies involving patients with anorexia nervosa, bulimia nervosa, binge eating disorder and obesity
- Responsible for subject recruitment and screening for research studies
- Assisted with grant and manuscript preparation; analyzed (SPSS), managed and input research data
- Administered research assessments, blood draws and ECGs to patients

October 2005- **SHEARMAN & STERLING LLP**, New York, NY
August 2006 **Legal Assistant**
- Worked with Real Estate/Property Group Partners/Associates on commercial real estate transactions
- Reviewed, drafted, revised and organized legal documents, surveys, title policies and general files in connection to financings, sales and various other real estate deals
- Conducted environmental research in connection to real estate transactions

**ADDITIONAL INFORMATION**
Student Leader, Health Disparities Scholarly Concentration, USF MCOM, Tampa, FL: July 2011-Present
Organized annual, multi-disciplinary Women's Health Night at the Judeo Christian Health Clinic, Tampa, FL: March 2012-Present
Integral founding member of Tampa Bay Street Medicine
Awarded the 2012 Scholarly Concentration Program's Summer Scholarly Award
Volunteer at New York-Presbyterian Columbia Hospital: Child Life Program: January 2007-May 2007
Medical Mission Trip Volunteer, Buen Samaritano Hospital, La Romana, Dominican Republic: March 2007
Volunteered at The Mid Atlantic Equine Center, New Jersey, foal sitting
NCAA Division I All-American Field Hockey: 2002, 2003; All Conference Ivy League: 2002, 2003, 2004
Member of the University Cottage Club, Princeton University
Proficient in Spanish