Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 1 of 10 PageID 327

7/12/2016                SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

# Printable Application - Elizabeth Black

Click here to **PRINT** this page.

## General Information

At least one attachment exists : View attachment(s)

**Courtesy Title (optional)**
Ms.

**\*First Name**
Elizabeth

**Middle Initial**

**\*Last Name**
Black

**Suffix**

**Other Name(s)**
(e.g. maiden, former, AKA)

**\*Social Security Number (no dashes)**

**\*Permanent Email Address**
elizabeth.a.black@gmail.com

**Are you currently under contract with any Florida district?**
No

**If yes, please name district**

**\*When are you able to start work?**
08/01/2016

**Certified Information**

**Are you presently holding a valid Florida Educators Certificate?**
No

**Do you hold a valid out of state certificate/license?**
No

**Have you submitted an application with the Florida Department of Education?**
No

If not, please use this email to make an inquiry: Email FL DOE
(http://www.fldoe.org/teaching/certification/staff-contact/contact-us.stml)

**I currently hold these Florida Department of Education endorsements:**

**Are you able to upload a transcript?**
Yes

If you are able to upload a transcript, please do so on the Attachments page of the application.

**How did you hear about employment opportunities with the District?**
- Other Website

**If "Other," please list**
idealist.org

**\*Are you currently an employee of Pinellas County Schools?**
No

**\*Have you previously worked for Pinellas County Schools?**
No

## Permanent Address (NO PO Boxes)

**\*Street**
2016 W Kennedy Blvd

**Apt. Number**
Apt 2

**\*City**
Tampa

**\*State**
Florida

**\*Zip Code**
33606

**\*Primary Telephone (10 digits, no dashes)**
6093068808

**Secondary Telephone (10 digits, no dashes)**

## Mailing Address (If different than permanent address)

**Street**

**Apt. Number**

**City**

**State**

**Zip Code**



EXHIBIT
Black 5
5-17-17   mc

Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 2 of 10 PageID 328

7/12/2016                SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

**Applicant Type indicates what types of jobs will be displayed on the Jobs menu (All Jobs) for which you can then apply. To see and apply for jobs pertaining to other job types, you need to blend your application by clicking on the words** Change Type which will allow you to select multiple checkboxes. Whatever checkboxes are checked, those will be the types of jobs which will show on the Jobs menu (All Jobs).

| | | |
|---|---|---|
| **Applicant Type** | **Account Creation Date** | **Applicant ID** |
| Instructional/Certified | 06/10/2016 | 3700749914 |
| **Username** | **Activation Date** | |
| eblack | 06/13/2016 | |
| **Last Modified By Anyone** | **Last Date Modified by the Applicant** | |
| 07/12/2016 | 07/12/2016 | |

Please note: You must be eligible for the appropriate Florida teaching certification at time of appointment.

## Employment Preferences

*Are you applying for an instructional position?
Yes

*Are you interested in applying to be an instructional substitute?
No

*Are you interested in an instructional position at a Title I School? (Title I schools are schools in which over half of the student enrollment qualify for free or reduced lunch.) :Yes

*Are you interested in an instructional position at a Turnaround School? (Turnaround Schools are schools that have been identified by the District as ones needing the highest level of support in order to improve student achievement) :Yes

*Do you have any experience teaching/working with students of poverty?
Yes

*Do you have any experience teaching/working with high minority student populations?
Yes

Indicate all grade levels for which you wish to be considered.
- All Grade Levels

Instructional applicants only. Please indicate areas for which you wish to be considered. Please note if you are not currently certified for these areas, you will be required to possess the appropriate certificate at time of hire. (If you are only applying to substitute, you do not have to complete) :
- ATHLETIC COACH
- BIOLOGY-HIGH SCHOOL
- EARLY CHILDHOOD EDUCATION
- ELEMENTARY-GRADES 1-3
- ELEMENTARY-GRADES 4-5
- GIFTED
- HEALTH EDUCATION
- INTEGRATED CURRICULUM - MIDDLE GRADES
- KINDERGARTEN
- SCIENCE-HIGH SCHOOL
- SCIENCE-MIDDLE SCHOOL
- SOCIAL SCIENCE-MIDDLE SCHOOL

## NCLB HQ Teaching Area

## High School

*Are you a high school graduate?
Yes

**High School**
Wissahickon Senior High School

**High School Address (City, State)**
Ambler, PA

| Diploma | GED |
|---|---|
| Yes | No |

*Date of Graduation from High School or Received GED?
06/2001

## Record of Educational And Professional Preparation

Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 3 of 10 PageID 329

7/12/2016                SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

| | |
|---|---|
| *College/University | PRINCETON UNIVERSITY |
| Name of college/university, if not in list | |
| *Degree Awarded | Bachelors |
| If you chose Other, please enter the name of the degree awarded. | |
| *From Date (ex. 07/2001) | 09/2001 |
| *To Date (ex. 07/2001) | 06/2005 |
| *Date Degree Conferred or, if no degree, coursework completion date (ex. 07/2001) | 06/2005 |
| *Major | • History |
| If you chose Other, please enter the name of your major | |
| Second Major | |
| If you chose Other, please enter the name of your second major | |
| Minor | Other |
| If you chose Other, please enter the name of your minor | Latin American Studies |

In accordance with Florida Statutes, 1012.22, salary for instructional personnel hired on or after July 1, 2011, will be paid based on the bachelor degree level and will receive a supplement for an advanced degree if held in the individual's area of certification. The annual supplement for an advanced degree is:
Master - $2,180
Specialist - $3,350
Doctorate - $4,500

| | |
|---|---|
| *College/University | UNIVERSITY OF PENNSYLVANIA |
| Name of college/university, if not in list | |
| *Degree Awarded | Certificate of Advanced Studies |
| If you chose Other, please enter the name of the degree awarded. | |
| *From Date (ex. 07/2001) | 06/2007 |
| *To Date (ex. 07/2001) | 08/2008 |
| *Date Degree Conferred or, if no degree, coursework completion date (ex. 07/2001) | 08/2008 |
| *Major | • Other |
| If you chose Other, please enter the name of your major | post baccalaureate pre medical sciences |
| Second Major | |
| If you chose Other, please enter the name of your second major | |
| Minor | |
| If you chose Other, please enter the name of your minor | |

In accordance with Florida Statutes, 1012.22, salary for instructional personnel hired on or after July 1, 2011, will be paid based on the bachelor degree level and will receive a supplement for an advanced degree if held in the individual's area of certification. The annual supplement for an advanced degree is:
Master - $2,180
Specialist - $3,350
Doctorate - $4,500

| | |
|---|---|
| *College/University | UNIV OF SOUTH FLORIDA-MEDICINE |
| Name of college/university, if not in list | |
| *Degree Awarded | No Degree |
| If you chose Other, please enter the name of the degree awarded. | |

Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 4 of 10 PageID 330

7/12/2016                SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

| | |
|---|---|
| *From Date (ex. 07/2001) | 07/2011 |
| *To Date (ex. 07/2001) | 09/2015 |
| *Date Degree Conferred or, if no degree, coursework completion date (ex. 07/2001) | 09/2015 |
| *Major | - Doctor of Medicine |

If you chose Other, please enter the name of your major

Second Major

If you chose Other, please enter the name of your second major

Minor

If you chose Other, please enter the name of your minor

In accordance with Florida Statutes, 1012.22, salary for instructional personnel hired on or after July 1, 2011, will be paid based on the bachelor degree level and will receive a supplement for an advanced degree if held in the individual's area of certification. The annual supplement for an advanced degree is:
Master - $2,180
Specialist - $3,350
Doctorate - $4,500

## Non-College Education

## Certification Form

## Qualification Exams

Have you taken and passed the General Knowledge test? (Proof of passing score must be provided for applicants who do not hold a valid Professional Educators Certificate.)
No

Please indicate the Florida subject area exams that you have taken and passed.

If other please specify
in process of certification

## Work/Life Experience

*Experience Type
Instructional Experience

Status
Full Time

School Type
Private School

College or University

Employer or School/Department
Saint Thomas School

Address
Calle Juan T. Mejia y Cotes 43

City, State, Zip
Santo Domingo, Dominican Republic

Phone Number (000-000-0000)
809-732-5870

Principal/Supervisor
Joice Marcano

School District

Position                                           If you choose Other, please enter position title
Teaching High School

Assignment(s): Briefly describe your duties/accomplishments

(Be specific with grade level and/or subjects taught)

Taught Physical and Earth Sciences to eighth and ninth grades, including laboratory classes;

Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 5 of 10 PageID 331

7/12/2016                SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

Taught Health to grades eight through ten;

Advisor to the National Honor Society

**From Date**
09/2009

**To Date**
05/2010

**Total years of experience in this position**
1

**Reason for Leaving/Employment Gap**
Started position at the Clinton Heath Access Initiative

**\*Experience Type**
Other Work Experience

**Status**
Full Time

**I am currently working in this position.**
No

**Employer or School/Department**
Shearman & Sterling

**Address**

**City, State, Zip**
New York, New York

**Phone Number (000-000-0000)**
212 848 4000

**Principal/Supervisor**
Karen Doerner

**Position**
Other, please specify

**If you choose Other, please enter position title**
legal assistant

**From Date**
10/2005

**To Date**
08/2006

**Briefly describe your duties and accomplishments**
? Worked with Real Estate/Property Group Partners/Associates on commercial real estate transactions
? Reviewed, drafted, revised and organized legal documents, surveys, title policies and general files in connection to financings, sales and various other real estate deals
? Conducted environmental research in connection to real estate transactions

**Reason for Leaving/Employment Gap**
started working at Columbia

Please note that this section only applies to positions that require a Commercial Drivers License (CDL). If the position you are applying for requires a CDL, this section must be completed. Click the help link to view positions that require a CDL:

In order to be considered for employment, you must answer the questions below based on all alcohol and drug testing results obtained for the last two (2) years of your employment, relative to your participation in alcohol and drug testing. DOT Regulation 49CFR, Part 40 and Part 382.

**Did this employer test you for drugs and/or alcohol?**
No

**If yes, please list date**

**\*Experience Type**
Other Work Experience

**Status**
Full Time

**I am currently working in this position.**
No

**Employer or School/Department**
New York State Psychiatric Institute/Columbia Univ

**Address**

**City, State, Zip**

Case 8:16-cv-02117-SDM-TGW Document 32-2 Filed 06/30/17 Page 6 of 10 PageID 332

7/12/2016                  SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

New York, New York

**Phone Number (000-000-0000)**
646-774-8066

**Principal/Supervisor**
Dr. Evelyn Attia

**Position**             **If you choose Other, please enter position title**
Other, please specify        research assistant

**From Date**                **To Date**
08/2006                    05/2007

**Briefly describe your duties and accomplishments**
? Mayer L.E., Klein D.A., Black E., Attia E., Shen W., Mao X., Shungu D.C., Punyanita M., Gallagher D., Wang J., et al. ? Adipose tissue distribution after weight restoration and weight maintenance in women with anorexia nervosa.? Am. J. Clin. Nutr. 2009;90:1132?1137. doi: 10.3945/ajcn.2009.27820.
? Poster/Presentation: Black EA, Mayer LS, Klein D, Walsh BT: Body Composition, Motivation to Exercise and Treatment Outcome in Weight-Restored Women with Anorexia Nervosa; International Conference on Eating Disorders hosted by the Academy for Eating Disorders, Baltimore, MD, 5/07
? Coordinated research studies involving patients with anorexia nervosa, bulimia nervosa, binge eating disorder and obesity
? Responsible for subject recruitment and screening for research studies
? Assisted with grant and manuscript preparation; analyzed (SPSS), managed and input research data
? Administered research assessments, blood draws and ECGs to patients

**Reason for Leaving/Employment Gap**
started post baccalaureate program at University of Pennsylvania

**Please note that this section only applies to positions that require a Commercial Drivers License (CDL). If the position you are applying for requires a CDL, this section must be completed. Click the help link to view positions that require a CDL:**

In order to be considered for employment, you must answer the questions below based on all alcohol and drug testing results obtained for the last two (2) years of your employment, relative to your participation in alcohol and drug testing. DOT Regulation 49CFR, Part 40 and Part 382.

**Did this employer test you for drugs and/or alcohol?**
No

**If yes, please list date**


**\*Experience Type**
Other Work Experience

**Status**
Full Time

**I am currently working in this position.**
No

**Employer or School/Department**
International Family AIDS Program/Columbia Univ

**Address**

**City, State, Zip**
La Romana, Dominican Republic

**Phone Number (000-000-0000)**

**Principal/Supervisor**
Dr. Juan Carlos Carazas

**Position**            **If you choose Other, please enter position title**
Other, please specify        Internship

**From Date**               **To Date**
09/2008                   06/2009

**Briefly describe your duties and accomplishments**
? Organized and developed a sexual education and school outreach program curriculum
? Helped teach the sexual education class at local public schools
? Shadowed doctors during inpatient hospital visits, outpatient visits and surgery
? Contributed to the IFAP newsletter and created educational waiting room materials for the clinic
? Researched and wrote various site descriptions for the different programs and locations of the clinic

**Reason for Leaving/Employment Gap**

Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 7 of 10 PageID 333

7/12/2016					SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

1 year internship and then started teaching position

Please note that this section only applies to positions that require a Commercial Drivers License (CDL). If the position you are applying for requires a CDL, this section must be completed. Click the help link to view positions that require a CDL:

In order to be considered for employment, you must answer the questions below based on all alcohol and drug testing results obtained for the last two (2) years of your employment, relative to your participation in alcohol and drug testing. DOT Regulation 49CFR, Part 40 and Part 382.

Did this employer test you for drugs and/or alcohol?
No

If yes, please list date

*Experience Type
Other Work Experience

Status
Full Time

I am currently working in this position.
No

Employer or School/Department
Clinton Health Access Initiative

Address

City, State, Zip
Santo Domingo, Dominican Republic

Phone Number (000-000-0000)
617-774-0110

Principal/Supervisor
Thomas Light

| Position | If you choose Other, please enter position title |
|---|---|
| Other, please specify | logistics and procurement analyst |
| From Date | To Date |
| 04/2010 | 01/2011 |

Briefly describe your duties and accomplishments
? Organized, coordinated and prioritized delivery of relief goods to Haiti (for PIH facilities) through the Dominican Republic
? Procured medical supplies, fuel and goods for PIH facilities in Haiti
? Tracked and organized project finances
? Assisted in the organized, successful transfer of HIV patients from a closing facility to new centers

Reason for Leaving/Employment Gap
continued working with Partners In Health

Please note that this section only applies to positions that require a Commercial Drivers License (CDL). If the position you are applying for requires a CDL, this section must be completed. Click the help link to view positions that require a CDL:

In order to be considered for employment, you must answer the questions below based on all alcohol and drug testing results obtained for the last two (2) years of your employment, relative to your participation in alcohol and drug testing. DOT Regulation 49CFR, Part 40 and Part 382.

Did this employer test you for drugs and/or alcohol?
No

If yes, please list date

*Experience Type
Other Work Experience

Status
Full Time

I am currently working in this position.
No

Employer or School/Department
Partners In Health

Address

City, State, Zip
Santo Domingo, Dominican Republic

Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 8 of 10 PageID 334

7/12/2016                SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

Phone Number (000-000-0000)
(857) 880-5100

Principal/Supervisor
Kathryn Kempton

| Position | If you choose Other, please enter position title |
|---|---|
| Other, please specify | logistics and procurement consultant |
| From Date | To Date |
| 01/2011 | 07/2011 |

Briefly describe your duties and accomplishments
? Coordinated deliveries of donations and other goods for the completion of the PIH Mirebalais Teaching Hospital in Haiti
? Procured, prioritized delivery and organized the logistics of relief goods to Haiti through the Dominican Republic
? Maintained project finances

Reason for Leaving/Employment Gap
started medical school at USF Morsani College of Medicine

> Please note that this section only applies to positions that require a Commercial Drivers License (CDL). If the position you are applying for requires a CDL, this section must be completed. Click the help link to view positions that require a CDL:

In order to be considered for employment, you must answer the questions below based on all alcohol and drug testing results obtained for the last two (2) years of your employment, relative to your participation in alcohol and drug testing. DOT Regulation 49CFR, Part 40 and Part 382.

Did this employer test you for drugs and/or alcohol?
No

If yes, please list date

# Military Experience

## Veterans' Preference

*Are you claiming Veteran's Preference?                                                                                                  No

> If yes, please attach and email a copy of U.S. Department of Defense form DD-214, or other documentation evidencing eligibility (See "Upload a File" button below)

> If active service, you must have a military experience record to be considered for Veterans' Preference.

To receive benefits as a wartime veteran, a veteran must have served during one of the following periods of wartime service; please check the selection that applies to you:

Also, please check the following appropriate statement as it applies to you:

Note: In order to receive Veterans Preference, it is required that proof such as DD-214 (Military discharge papers) or its equivalent from the VA showing military status, dates of service and discharge type or other type of proof from the DD or VA MUST BE SUBMITTED WITH THIS APPLICATION. Spouses, widows, or widowers qualifying for Veterans' employment preference MUST SUBMIT with this application, the required documents in order to receive such Veterans' Employment preference.

Choose "Yes" if you agree to the above:

## Multilingual Abilities

| *Language | Spanish |
|---|---|
| If you choose Other, please enter the name of the language. | |
| *Abilities | ReadSpeak FluentlyTranslateUnderstandWrite |

## References/Employment Verifications

| Reference Status | Pending |
|---|---|
| *Position Applying For | • Instructional/Administrative |
| I would like my reference to know that I am applying for the following position(s): | Teaching Position |
| Employer | Saint Thomas School |
| *Name of Supervisor | Joice Marcano |
| Position/Title | Principal |
| Relationship to Candidate | |

Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 9 of 10 PageID 335

7/12/2016    SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

| | |
|---|---|
| *Phone Number (000-000-0000) | 809-732-5870 |
| *Email Address | marcanojoice@hotmail.com |
| *I further understand and agree that by checking this box and clicking the "SAVE and NEXT" button, an automatic reference will be sent immediately to the reference I have indicated above if a valid email address is provided. | Yes |
| Reference Status | Returned |
| *Position Applying For | • Instructional/Administrative |
| I would like my reference to know that I am applying for the following position(s): | Teaching Position |
| Employer | USF Morsani College of Medicine |
| *Name of Supervisor | Dr. Laurie Woodard |
| Position/Title | |
| Relationship to Candidate | |
| *Phone Number (000-000-0000) | 813-974-2445 |
| *Email Address | lwoodard@health.usf.edu |
| *I further understand and agree that by checking this box and clicking the "SAVE and NEXT" button, an automatic reference will be sent immediately to the reference I have indicated above if a valid email address is provided. | Yes |
| Reference Status | Pending |
| *Position Applying For | • Other |
| I would like my reference to know that I am applying for the following position(s): | applying for science teacher position |
| Employer | Partners in Health |
| *Name of Supervisor | Kathryn Kempton (has subsequently left PIH) |
| Position/Title | Director of Supply Chain and Logistics Operations |
| Relationship to Candidate | |
| *Phone Number (000-000-0000) | 617-384-5463 |
| *Email Address | HR@pih.org |
| *I further understand and agree that by checking this box and clicking the "SAVE and NEXT" button, an automatic reference will be sent immediately to the reference I have indicated above if a valid email address is provided. | Yes |

## Background Information

**Work Eligibility**

*Are you a U.S. citizen or otherwise legally authorized to work in the U.S.?
Yes

*Federal immigration laws (Immigration Reform and Control Act of 1986) require employers to verify and attest to the employment eligibility of new employees to work in the United States. This requirement applies to all applicants. Are you legally authorized to work in the United States?
Yes

*Are you able to perform the essential functions of the position for which you are applying, with or without reasonable accommodations?
Yes

If you answer 'Yes' to any of the questions, please use the box provided to give a detailed explanation, including the date of the charge, the court action, and the address of the court involved. Please note that a "Yes" answer to these questions may not necessarily disqualify you from consideration for employment.
Have you ever:

*#1 Have you ever had a certificate or professional license suspended or revoked or have you been placed on probation by the certifying or licensing agency?
No

Case 8:16-cv-02117-SDM-TGW   Document 32-2   Filed 06/30/17   Page 10 of 10 PageID 336

7/12/2016                    SearchSoft - Pinellas County Schools - Printable Application - {{applicant.FIRST_NAME}} {{applicant.LAST_NAME}}

\*#2 Have you ever been suspended without pay, or dismissed from employment, or resigned or retired while an investigation was in progress for possible disciplinary action?
No

\*#3 Have you ever been dismissed from or disciplined in any position for immoral or unprofessional conduct?
No

\*#4 Have you ever been a defendant in a civil (i.e., not criminal not divorce) lawsuit?
No

\*#5 The School Board of Pinellas County complies with the Drug-Free Workplace Act of 1988. In the past 60 days, have you used any illegal substances?
No

\*#6 Have you ever been confirmed as a child abuser by any agency in any state?
No

\*#7 Have you ever been convicted of, had adjudication withheld in, pled nolo contendere (no contest) to, or entered a pre-trial intervention program for a misdemeanor or felony charge, or are there currently any criminal charges pending against you?

Convicted means a conviction by a jury or by a Court and shall also include the forfeiture of any bail, bond, or other security deposited to secure appearance by a person charged with having committed a felony or misdemeanor, the payment of a fine, a plea, of nolo contendere, the imposition of a deferred or suspended sentence by the Court, adjudication withheld, finding or admission of guilt in or out of Court, a plea of no contest, or participation in a pre-trial intervention, pre-trial diversion, or similar program.
No

I certify that all the information in this application is accurate.

Applicant's Signature_____