# OLSAT

## Otis-Lennon School Ability Test, Sixth Edition

TEACHER: L MULVANEY  
SCHOOL: BLUE BELL  
DISTRICT: WISSAHICKON  

GRADE: 01  
TEST DATE: 01/90  

NORMS: 1988  
MIDYEAR  
LEVEL: B  
FORM: 1  

GRADE 01  
NATIONAL  

**INDIVIDUAL REPORT FOR**  
ELIZAB A BLACK  
AGE  
STUDENT NO. 002793  

| AGE BASED SCORES | NUMBER OF ITEMS | RAW SCORE | SAI | PR-S |
|---|---|---|---|---|
| Total | 60 | 38 | 109 | 71-6 |
| Verbal | 30 | 18 | 109 | 71-6 |
| Nonverbal | 30 | 20 | 107 | 67-6 |

NATIONAL AGE PERCENTILE BANDS  
1  5  10  20  30 40 50 60 70  80  90  95  99

| GRADE BASED SCORES | SCALED SCORE | NAT'L PR-S |
|---|---|---|
| Total | 546 | 65-6 |
| Verbal | 539 | 64-6 |
| Nonverbal | 552 | 62-6 |

NATIONAL GRADE PERCENTILE BANDS  
1  5  10  20  30 40 50 60 70  80  90  95  99

| CLUSTERS | RAW SCORE/ NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| VERBAL | 18/30 | | ✓ | |
| Verbal Comprehension | 7/12 | | ✓ | |
| Verbal Reasoning | 11/18 | | ✓ | |
| NONVERBAL | 20/30 | | ✓ | |
| Pictorial Reasoning | 5/10 | | ✓ | |
| Figural Reasoning | 15/20 | | ✓ | |
| TOTAL | 38/60 | | ✓ | |

Recently this student took the Otis-Lennon School Ability Test (OLSAT). OLSAT measures those reasoning skills that are related to school learning ability. The following is an interpretation of the student's performance on OLSAT.

The student's total OLSAT score is average, both in comparison with students in the same age and in comparison with students in the same grade. The verbal and nonverbal part scores are also in the average range.

The cluster analysis presents performance indicators for this student on each of the clusters in OLSAT. These indicators, which are expressed as above average, average, and below average, describe the student's performance relative to that of other students in the same grade.

Verbal Comprehension refers to the understanding of the structure of language, of relationships among words, and of subtle differences among similar words. Verbal Reasoning refers to the ability to use language for such reasoning tasks as inference, application, and classification. Pictorial Reasoning refers to the ability to make inferences and evaluations using pictorial representations. Figural Reasoning involves geometric shapes rather than words. Pictorial Reasoning and Figural Reasoning are independent of language.

It should be kept in mind that OLSAT scores give only one piece of information about a student. Other factors such as school achievement and interests should also be taken into account.

COPY 1

PROCESS NO. 19006138-2795-0

EXHIBIT  
Black 9  
5-17-17

Copyright © 1989 by Harcourt Brace Jovanovich, Inc.  
All rights reserved. Printed in the United States of America.

THE PSYCHOLOGICAL CORPORATION  
HARCOURT BRACE JOVANOVICH, INC.

# OLSAT

## Otis-Lennon School Ability Test, Sixth Edition

| | | | |
|---|---|---|---|
| SCHOOL: BLUE BELL ELEM | GRADE: 04 | 1988 NORMS: MIDYEAR | GRADE: 04 NATIONAL |
| DISTRICT: WISSAHICKON | TEST DATE: 01/93 | LEVEL: E | FORM: 1 |

**INDIVIDUAL REPORT FOR**
ELIZAB A BLACK
AGE: ▇▇▇
STUDENT NO. 002793

### Age Based Scores

| | NUMBER OF ITEMS | RAW SCORE | SAI | PR-S |
|---|---|---|---|---|
| Total | 72 | 43 | 113 | 79-7 |
| Verbal | 36 | 18 | 107 | 67-6 |
| Nonverbal | 36 | 25 | 118 | 87-7 |

NATIONAL AGE PERCENTILE BANDS
1   5   10   20   30 40 50 60 70   80   90   95   99

### Grade Based Scores

| | SCALED SCORE | NAT'L PR-S | LOCAL PR-S |
|---|---|---|---|
| Total | 617 | 78-7 | 48-5 |
| Verbal | 602 | 62-6 | 32-4 |
| Nonverbal | 632 | 87-7 | 58-5 |

NATIONAL GRADE PERCENTILE BANDS
1   5   10   20   30 40 50 60 70   80   90   95   99

### Clusters

| CLUSTERS | RAW SCORE / NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| VERBAL | 18/36 | | ✓ | |
| Verbal Comprehension | 6/12 | | ✓ | |
| Verbal Reasoning | 12/24 | | ✓ | |
| NONVERBAL | 25/36 | | | ✓ |
| Figural Reasoning | 10/18 | | ✓ | |
| Quantitative Reasoning | 15/18 | | | ✓ |
| TOTAL | 43/72 | | | ✓ |

Recently this student took the Otis-Lennon School Ability Test (OLSAT). OLSAT measures those reasoning skills that are related to school learning ability. The following is an interpretation of the student's performance on OLSAT.

The student's total OLSAT score is above average in comparison with students of the same age. The nonverbal part score is also in the above-average range, while the verbal part score is average.

In comparison with students in the same grade, the student's total OLSAT score is above average. The nonverbal part score is also in the above-average range, while the verbal part score is average.

The cluster analysis presents performance indicators for this student on each of the clusters in OLSAT. These indicators, which are expressed as above average, average, and below average, describe the student's performance relative to that of other students in the same grade.

Verbal Comprehension refers to the understanding of the structure of language, of relationships among words, and of subtle differences among similar words. Verbal Reasoning refers to the ability to use language for such reasoning tasks as inference, application, and classification. Figural Reasoning involves geometric shapes rather than words. This skill is independent of language. Quantitative Reasoning, which is also independent of language, refers to the ability to reason with numbers and mathematical concepts.

It should be kept in mind that OLSAT scores give only one piece of information about a student. Other factors such as school achievement and interests should also be taken into account.

Scores based on Normative Data Copyright © 1989 by Harcourt Brace Jovanovich, Inc. All rights reserved.
COPY 1
PROCESS NO. 19300340-0253-00556-1

Copyright © 1989 by Harcourt Brace Jovanovich, Inc.
All rights reserved. Printed in the United States of America.

Ⓟ THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

# OLSAT

**Otis-Lennon School Ability Test, Sixth Edition**

| | | | | | |
|---|---|---|---|---|---|
| SCHOOL: | WISSAHICKON MID SCH | GRADE: 07 | 1989 NORMS: FALL | GRADE 07 NATIONAL | |
| DISTRICT: | WISSAHICKON SCH DIST | TEST DATE: 09/95 | LEVEL: FORM: | F 1 | |

**INDIVIDUAL REPORT FOR**
ELIZAB A BLACK
AGE ■■■
STUDENT NO. 002793

| AGE-BASED SCORES | NUMBER OF ITEMS | RAW SCORE | SAI | AGE PR-S | AGE NCE |
|---|---|---|---|---|---|
| Total | 72 | 54 | 114 | 81-7 | 68.5 |
| Verbal | 36 | 24 | 108 | 69-6 | 60.4 |
| Nonverbal | 36 | 30 | 120 | 89-8 | 75.8 |

NATIONAL AGE PERCENTILE BANDS
1   5   10  20  30 40 50 60 70  80   90   95   99



| GRADE BASED SCORES | SCALED SCORE | NAT'L PR-S | NAT'L NCE | LOCAL PR-S | LOCAL NCE |
|---|---|---|---|---|---|
| Total | 659 | 80-7 | 67.7 | 57-5 | 53.7 |
| Verbal | 644 | 66-6 | 58.7 | 49-5 | 49.5 |
| Nonverbal | 677 | 89-8 | 75.8 | 65-6 | 58.1 |

NATIONAL GRADE PERCENTILE BANDS
1   5   10  20  30 40 50 60 70  80   90   95   99

| CLUSTERS | RAW SCORE/ NUMBER OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| VERBAL | 24/36 | | ✓ | |
| Verbal Comprehension | 10/12 | | | ✓ |
| Verbal Reasoning | 14/24 | | ✓ | |
| NONVERBAL | 30/36 | | | ✓ |
| Figural Reasoning | 17/18 | | | ✓ |
| Quantitative Reasoning | 13/18 | | ✓ | |
| TOTAL | 54/72 | | | ✓ |

Recently this student took the Otis-Lennon School Ability Test (OLSAT). OLSAT measures those reasoning skills that are related to school learning ability. The following is an interpretation of the student's performance on OLSAT.

The student's total OLSAT score is above average in comparison with students of the same age. The nonverbal part score is also in the above-average range, while the verbal part score is average.

In comparison with students in the same grade, the student's total OLSAT score is above average. The nonverbal part score is also in the above-average range, while the verbal part score is average.

The cluster analysis presents performance indicators for this student on each of the clusters in OLSAT. These indicators, which are expressed as above average, average, and below average, describe the student's performance relative to that of other students in the same grade.

Verbal Comprehension refers to the understanding of the structure of language, of relationships among words, and of subtle differences among similar words. Verbal Reasoning refers to the ability to use language for such reasoning tasks as inference, application, and classification. Figural Reasoning involves geometric shapes rather than words. This skill is independent of language. Quantitative Reasoning, which is also independent of language, refers to the ability to reason with numbers and mathematical concepts.

It should be kept in mind that OLSAT scores give only one piece of information about a student. Other factors such as school achievement and interests should also be taken into account.

Scores based on Normative Data. Copyright © 1989 by Harcourt Brace Jovanovich, Inc. All rights reserved.
PROCESS NO. 19503360-7196-00100-1

Copyright © 1989 by Harcourt Brace Jovanovich, Inc.
All rights reserved. Printed in the United States of America.

Ⓟ THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.