## MAT6 METROPOLITAN ACHIEVEMENT TESTS SURVEY

PUPIL PROFILE FOR **ELIZAB A BLACK**

| | |
|---|---|
| TEACHER | L. MULVANEY |
| SCHOOL | BLUE BELL ELEMENTARY |
| SYSTEM | WISSAHICKON |
| GRADE | 1 |
| LEVEL | PRIMARY 1 |
| FORM | L |
| AGE | [redacted] |
| TEST DATE | 4/90 |
| MAT6 NORMS | 1.7 |

| TESTS AND TOTALS | NATIONAL PR | S |
|---|---|---|
| VOCABULARY | 97 | 9 |
| WORD RECOGNITION SKILLS | 72 | 6 |
| READING COMPREHENSION | 94 | 8 |
| MATHEMATICS: CONCEPTS | 46 | 5 |
| MATHEMATICS: COMPUTATION | 84 | 7 |
| MATHEMATICS: PROBLEM SOLVING | 94 | 8 |
| SPELLING | 56 | 5 |
| LANGUAGE | 79 | 7 |
| SCIENCE | 69 | 6 |
| SOCIAL STUDIES | 72 | 6 |
| TOTAL READING | 94 | 8 |
| TOTAL MATHEMATICS | 80 | 7 |
| TOTAL LANGUAGE | 69 | 6 |
| TOTAL BASIC BATTERY | 86 | 7 |
| TOTAL COMPLETE BATTERY | 90 | 8 |

NATIONAL PERCENTILE BANDS
1  5  10  20  30  40  50  60  70  80  90  95  99
BELOW AVERAGE — AVERAGE — ABOVE AVERAGE

HOW TO INTERPRET THESE SCORES:
    The above report shows the Percentile Rank (PR) and Stanine (S) scores this student earned on the Metropolitan Achievement Tests.
    Stanine scores range from a low of 1 to a high of 9. Stanines 4, 5, and 6 are considered to be average; Stanines 1, 2, and 3, below average; and Stanines 7, 8, and 9, above average.
    Percentile Ranks range from a low of 1 to a high of 99. If a student has a Percentile Rank of 70, for example, it means that this student obtained a score that is equal to or higher than 70 percent of the students in the comparison group.
    The group with which the student is compared is shown above the PR and S heading. "National" means that the student is compared with a nationally representative sample of students in the same grade.
    The Percentile Bands to the right show that scores are approximate indicators of achievement. By comparing the bands, you can see whether the student did better in some subjects than in others. If two bands do not overlap, you may conclude that the difference between those two scores is indeed meaningful.

EXHIBIT
Black 10
5-17-17  me

PROCESS NO
COPY 1

Copyright © 1985 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED
Printed in the U.S.A.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

EB - 0013 CONFIDENTIAL

| | | | |
|---|---|---|---|
| **MAT** METROPOLITAN ACHIEVEMENT TESTS **SURVEY** | | | **PUPIL PROFILE** |
| TEACHER  E SMITH | GRADE 2 | AGE ▓▓▓▓▓ | FOR |
| SCHOOL  BLUE BELL ELEMENTARY | LEVEL PRIMARY 2 | TEST DATE  4/91 | ELIZAB A BLACK |
| SYSTEM  WISSAHICKON | FORM L | MAT6 NORMS  2.7 | |

| TESTS AND TOTALS | NATIONAL PR | S |
|---|---|---|
| VOCABULARY | 85 | 7 |
| WORD RECOGNITION SKILLS | 38 | 4 |
| READING COMPREHENSION | 90 | 8 |
| MATHEMATICS: CONCEPTS | 81 | 7 |
| MATHEMATICS: COMPUTATION | 55 | 5 |
| MATHEMATICS: PROBLEM SOLVING | 61 | 6 |
| SPELLING | 52 | 5 |
| LANGUAGE | 99 | 9 |
| SCIENCE | 72 | 6 |
| SOCIAL STUDIES | 95 | 8 |
| TOTAL READING | 76 | 6 |
| TOTAL MATHEMATICS | 69 | 6 |
| TOTAL LANGUAGE | 91 | 8 |
| TOTAL BASIC BATTERY | 81 | 7 |
| TOTAL COMPLETE BATTERY | 85 | 7 |

NATIONAL PERCENTILE BANDS
1   5  10   20   30   40  50  60   70   80   90  95  99
BELOW AVERAGE    AVERAGE    ABOVE AVERAGE

HOW TO INTERPRET THESE SCORES:
 The above report shows the Percentile Rank (PR) and Stanine (S) scores this student earned on the Metropolitan Achievement Tests.
 Stanine scores range from a low of 1 to a high of 9. Stanines 4, 5, and 6 are considered to be average; Stanines 1, 2, and 3, below average; and Stanines 7, 8, and 9, above average.
 Percentile Ranks range from a low of 1 to a high of 99. If a student has a Percentile Rank of 70, for example, it means that this student obtained a score that is equal to or higher than 70 percent of the students in the comparison group.
 The group with which the student is compared is shown above the PR and S heading. "National" means that the student is compared with a nationally representative sample of students in the same grade.
 The Percentile Bands to the right show that scores are approximate indicators of achievement. By comparing the bands, you can see whether the student did better in some subjects than in others. If two bands do not overlap, you may conclude that the difference between those two scores is indeed meaningful.

PROCESS NO 141-00-008302-001
COPY 1

Copyright © 1985 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED
THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

EB - 0014 CONFIDENTIAL



**MAT6** METROPOLITAN ACHIEVEMENT TESTS SURVEY

| | | |
|---|---|---|
| TEACHER | K SHELTON | GRADE 3 |
| SCHOOL | BLUE BELL ELEM | LEVEL ELEMENTARY |
| SYSTEM | WISSAHICKON | FORM M |

TEST DATE 3/92
MAT6 NORMS 3.7
AGE

PUPIL PROFILE FOR
ELIZAB A BLACK

| TESTS AND TOTALS | NATIONAL PR | S |
|---|---|---|
| VOCABULARY | 80 | 7 |
| WORD RECOGNITION SKILLS | 56 | 5 |
| READING COMPREHENSION | 89 | 8 |
| MATHEMATICS: CONCEPTS | 45 | 5 |
| MATHEMATICS: COMPUTATION | 40 | 5 |
| MATHEMATICS: PROBLEM SOLVING | 68 | 6 |
| SPELLING | 34 | 4 |
| LANGUAGE | 82 | 7 |
| SCIENCE | 99 | 9 |
| SOCIAL STUDIES | 96 | 9 |
| RESEARCH SKILLS | 89 | 8 |
| TOTAL READING | 81 | 7 |
| TOTAL MATHEMATICS | 53 | 5 |
| TOTAL LANGUAGE | 66 | 6 |
| TOTAL BASIC BATTERY | 71 | 6 |
| TOTAL COMPLETE BATTERY | 82 | 7 |

NATIONAL PERCENTILE BANDS
1  5  10   20   30   40  50  60   70   80    90  95  99
BELOW AVERAGE    AVERAGE    ABOVE AVERAGE

HOW TO INTERPRET THESE SCORES:
   The above report shows the Percentile Rank (PR) and Stanine (S) scores this student earned on the Metropolitan Achievement Tests.
   Stanine scores range from a low of 1 to a high of 9. Stanines 4, 5, and 6 are considered to be average; Stanines 1, 2, and 3, below average; and Stanines 7, 8, and 9, above average.
   Percentile Ranks range from a low of 1 to a high of 99. If a student has a Percentile Rank of 70, for example, it means that this student obtained a score that is equal to or higher than 70 percent of the students in the comparison group.
   The group with which the student is compared is shown above the PR and S heading. "National" means that the student is compared with a nationally representative sample of students in the same grade.
   The Percentile Bands to the right show that scores are approximate indicators of achievement. By comparing the bands, you can see whether the student did better in some subjects than in others. If two bands do not overlap, you may conclude that the difference between those two scores is indeed meaningful.

PROCESS NO 126-00-005080-001
COPY 1

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

EB - 0015 CONFIDENTIAL

# MAT6 METROPOLITAN ACHIEVEMENT TESTS SURVEY

| | |
|---|---|
| TEACHER | L. KETTELBERGER |
| SCHOOL | BLUE BELL ELEM |
| SYSTEM | WISSAHICKON |

| | |
|---|---|
| GRADE | 4 |
| LEVEL | ELEMENTARY |
| FORM | L |

| | |
|---|---|
| AGE | |
| TEST DATE | 3/93 |
| MAT6 NORMS | 4.7 |

PUPIL PROFILE FOR
ELIZAB A BLACK

| TESTS AND TOTALS | NATIONAL PR | S |
|---|---|---|
| VOCABULARY | 85 | 7 |
| WORD RECOGNITION SKILLS | 77 | 7 |
| READING COMPREHENSION | 99 | 9 |
| MATHEMATICS: CONCEPTS | 78 | 7 |
| MATHEMATICS: COMPUTATION | 72 | 6 |
| MATHEMATICS: PROBLEM SOLVING | 94 | 8 |
| SPELLING | 68 | 6 |
| LANGUAGE | 82 | 7 |
| SCIENCE | 95 | 8 |
| SOCIAL STUDIES | 80 | 7 |
| RESEARCH SKILLS | 85 | 7 |
| TOTAL READING | 95 | 8 |
| TOTAL MATHEMATICS | 87 | 7 |
| TOTAL LANGUAGE | 81 | 7 |
| TOTAL BASIC BATTERY | 92 | 8 |
| TOTAL COMPLETE BATTERY | 92 | 8 |



NATIONAL PERCENTILE BANDS (1 5 10 20 30 40 50 60 70 80 90 95 99) — BELOW AVERAGE / AVERAGE / ABOVE AVERAGE

HOW TO INTERPRET THESE SCORES:
   The above report shows the Percentile Rank (PR) and Stanine (S) scores this student earned on the Metropolitan Achievement Tests.
   Stanine scores range from a low of 1 to a high of 9. Stanines 4, 5, and 6 are considered to be average; Stanines 1, 2, and 3, below average; and Stanines 7, 8, and 9, above average.
   Percentile Ranks range from a low of 1 to a high of 99. If a student has a Percentile Rank of 70, for example, it means that this student obtained a score that is equal to or higher than 70 percent of the students in the comparison group.
   The group with which the student is compared is shown above the PR and S heading. "National" means that the student is compared with a nationally representative sample of students in the same grade.
   The Percentile Bands to the right show that scores are approximate indicators of achievement. By comparing the bands, you can see whether the student did better in some subjects than in others. If two bands do not overlap, you may conclude that the difference between those two scores is indeed meaningful.

PROCESS NO 121-00-004730-001
COPY 1

Copyright © 1985 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED.
Printed in the U.S.A.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

# MAT6 METROPOLITAN ACHIEVEMENT TESTS SURVEY

INDIVIDUAL REPORT

| | |
|---|---|
| TEACHER | R YARNALL |
| SCHOOL | BLUE BELL ELEM |
| SYSTEM | WISSAHICKON |

| | |
|---|---|
| GRADE | 5 |
| LEVEL | INTERMEDIATE |
| FORM | M |

| | |
|---|---|
| AGE | |
| TEST DATE | 3/94 |
| MAT6 NORMS | 5.7 |

PROCESS NO 138-00-005709-001

FOR: ELIZAB A BLACK

| | NUMBER OF ITEMS | RAW SCORE | SCALE SCORE | NATL PR-S | LOCAL PR-S | GRADE EQUIV |
|---|---|---|---|---|---|---|
| VOCABULARY | 24 | 22 | 673 | 76-6 | 41-5 | 8.0 |
| READING COMPREHENSION | 60 | 50 | 688 | 89-8 | 66-6 | 10.7 |
| MATHEMATICS: CONCEPTS | 35 | 24 | 655 | 84-7 | 42-5 | 8.2 |
| MATHEMATICS: PROBLEM SOLVING | 30 | 27 | 683 | 89-8 | 60-6 | 10.0 |
| MATHEMATICS: COMPUTATION | 30 | 24 | 654 | 69-6 | 43-5 | 7.4 |
| SPELLING | 25 | 19 | 640 | 62-6 | 39-4 | 6.5 |
| LANGUAGE | 50 | 40 | 669 | 93-8 | 84-7 | 11.8 |
| SCIENCE | 50 | 39 | 655 | 92-8 | 66-6 | 11.0 |
| SOCIAL STUDIES | 50 | 41 | 659 | 91-8 | 72-6 | 10.2 |
| RESEARCH SKILLS | 56 | 46 | 668 | 96-9 | 79-7 | 12.0 |
| TOTAL READING | 84 | 72 | 685 | 87-7 | 63-6 | 9.6 |
| TOTAL MATHEMATICS | 95 | 75 | 661 | 85-7 | 48-5 | 8.5 |
| TOTAL LANGUAGE | 75 | 59 | 660 | 88-7 | 73-6 | 9.5 |
| TOTAL BASIC BATTERY | 254 | 206 | 667 | 89-8 | 64-6 | 9.1 |
| TOTAL COMPLETE BATTERY | 354 | 286 | 664 | 91-8 | 67-6 | 9.5 |



NATIONAL PERCENTILE BANDS

STUDENT NO 002793

**INDEPENDENT READING LEVEL**
GRADE 6

**INSTRUCTIONAL READING LEVEL**
GRADE 7-8

**FRUSTRATION READING LEVEL**
GRADE 9-10

**READING PERFORMANCE BY GRADE LEVEL OF READING PASSAGES**

| PASSAGE LEVEL | RS/NP |
|---|---|
| Grade 3 | 6/6 |
| Grade 4 | 11/11 |
| Grade 5 | 9/11 |
| Grade 6 | 14/16 |
| Grade 7-8 | 7/11 |
| Grade 9-10 | 3/5 |

**HIGH ORDER THINKING SKILLS**
CODE T7-01  RS/NP = 56/69
HIGH

**INSTRUCTIONAL MATHEMATICS LEVEL**
GRADE 7-8

| | | RAW SCORE/NO. POSSIBLE | |
|---|---|---|---|
| A | VOCABULARY | 22/24 | ✓ |
| C | READING COMPREHENSION | 50/60 | ✓ |
| C4-01 | Literal Comprehension | 16/17 | ✓ |
| C4-02 | Inferential Comprehension | 20/25 | ✓ |
| C4-03 | Critical Analysis | 14/18 | ✓ |
| D | MATHEMATICS: CONCEPTS | 24/35 | ✓ |
| D1 | Numeration | 16/22 | ✓ |
| D2 | Geometry & Measurement | 8/13 | ✓ |
| E | MATHEMATICS: PROBLEM SOLVING | 27/30 | ✓ |
| E1 | Problem Solving | 21/24 | ✓ |
| E1-05 | Add/Subtract with Regrouping | 6/6 | ✓ |
| E1-06 | Multiply/Divide Basic Facts | 6/6 | ✓ |
| E1-07 | Multiply/Divide Beyond Basic Facts | 5/5 | ✓ |
| E1-09 | Decimals & Fractions | 1/3 | ✓ |
| E1-11 | Multi-Step | 3/4 | ✓ |
| | Choose | 9/9 | ✓ |
| | Solve | 12/15 | ✓ |
| E2 | Graphs & Statistics | 6/6 | ✓ |
| F | MATHEMATICS: COMPUTATION | 24/30 | ✓ |
| F1 | Computation: Whole Numbers | 20/22 | ✓ |
| F1-05 | Add/Subtract with Regrouping | 5/5 | ✓ |
| F1-06 | Multiply/Divide Basic Facts | 4/4 | H✓ |
| F1-07 | Multiply/Divide Beyond Basic Facts | 5/6 | ✓ |
| F1-09 | ASMD Unlimited | 3/4 | ✓ |
| F1-10 | Estimation | 3/3 | ✓ |
| F2 | Computation: Decimals & Fractions | 4/8 | ✓ |

| | | RAW SCORE/NO. POSSIBLE | |
|---|---|---|---|
| G | SPELLING | 19/25 | ✓ |
| G1-04 | Grade 4 | 3/3 | H✓ |
| G1-05 | Grade 5 | 6/8 | ✓ |
| G1-06 | Grade 6 | 8/9 | ✓ |
| G1-07 | Grade 7 | 2/5 | ✓ |
| H | LANGUAGE | 40/50 | ✓ |
| H2 | Punctuation & Capitalization | 16/20 | ✓ |
| H3 | Usage | 9/10 | ✓ |
| H4 | Written Expression | 8/10 | ✓ |
| H5 | Study Skills | 7/10 | ✓ |
| J | SCIENCE | 39/50 | ✓ |
| J1 | Physical | 15/17 | ✓ |
| J2 | Earth & Space | 10/16 | ✓ |
| J3 | Life | 14/17 | ✓ |
| K | SOCIAL STUDIES | 41/50 | ✓ |
| K1 | Geography | 12/14 | ✓ |
| K2 | Economics | 5/10 | ✓ |
| K3 | History | 6/8 | ✓ |
| K4 | Political Science | 10/10 | ✓ |
| K5 | Human Behavior | 8/8 | ✓ |
| L | RESEARCH SKILLS | 46/56 | ✓ |

Copyright © 1984 by Harcourt Brace Jovanovich, Inc. ALL RIGHTS RESERVED.
Printed in the U.S.A.

THE PSYCHOLOGICAL CORPORATION
HARCOURT BRACE JOVANOVICH, INC.

See back for aids for interpretation.

# METROPOLITAN ACHIEVEMENT TESTS
## SEVENTH EDITION SHORT FORM

**INDIVIDUAL REPORT FOR**
**ELIZAB A BLACK**

TEACHER: MR HERBEIN
SCHOOL: WISSAHICKON MIDDLE
DISTRICT: WISSAHICKON

GRADE: 06
TEST DATE: 03/95

1992 NORMS: SPRING
MAT7 FORM: S
LEVEL: INTERMED 2

AGE: 

| TESTS | NO. OF ITEMS | RAW SCORE | NATL PR-S | NATL NCE | LOCAL PR-S | LOCAL NCE |
|---|---|---|---|---|---|---|
| Reading Comp. | 30 | 26 | 85-7 | 71.8 | 73-6 | 62.9 |
| Concepts & Problem Solving | 30 | 27 | 98-9 | 93.3 | 86-7 | 72.8 |
| Language | 30 | 21 | 60-6 | 55.3 | 44-5 | 46.8 |
| Thinking Skills | 29 | 25 | 94-8 | 82.7 | 76-6 | 64.9 |
| Short Form Total | 90 | 74 | 89-8 | 75.8 | 71-6 | 61.7 |

NATIONAL GRADE PERCENTILE BANDS (1, 10, 30, 50, 70, 90, 99)

A short time ago, this student took the MAT7 Short Form. The types of scores, abbreviations, and footnotes used are explained briefly on the back of this report. The scores above describe the student's performance compared to the 1992 performance of students in the same grade from across the country.

The Short Form Total score provides a global indication of performance. This student scored in a high range for the grade, which means that performance was well above average. It is important to note areas of relative strength and/or need. The test for which performance was highest relative to the others is Concepts & Problem Solving. The tests for which performance was poorest relative to the others are Language and Reading Comprehension. Performance on all of the other tests was well above average, and scores are not significantly different from one another.

It is important to keep in mind that achievement test scores provide only one picture of how students are doing in school and that many things can affect these scores. Therefore, it is important to consider other kinds of information, such as curriculum and textbook emphases, relative to what is being measured by the tests; students' motivation to do their best on the tests; familiarity with test-taking procedures and strategies; and the conditions under which the tests were actually administered.

Scores based on normative data copyright © 1993 by The Psychological Corporation. All rights reserved.
COPY 01                                                                       PROCESS NO. 19523196-2976-04809-1

# METROPOLITAN ACHIEVEMENT TESTS
## SEVENTH EDITION

**INDIVIDUAL REPORT FOR ELIZAB A BLACK**
AGE: [redacted]

TEACHER: GRADE SEVEN
SCHOOL: WISSAHICKON MIDDLE
DISTRICT: WISSAHICKON
GRADE: 07
TEST DATE: 03/96
1992 NORMS: SPRING NATIONAL
LEVEL: INTERMED 3
FORM: S
MAT7

| TESTS | NO. OF ITEMS | RAW SCORE | SCALED SCORE | NATL PR-S | LOCAL PR-S | GRADE EQUIV |
|---|---|---|---|---|---|---|
| Total Reading | 85 | 79 | 723 | 96-9 | 89-8 | PHS |
| Vocabulary | 30 | 25 | 701 | 85-7 | 68-6 | 11.3 |
| Reading Comp. | 55 | 54 | 765 | 99-9 | 98-9 | PHS |
| Total Mathematics | 78 | 57 | 677 | 82-7 | 63-6 | 12.0 |
| Concepts & Problem Solving | 54 | 37 | 674 | 81-7 | 59-5 | 11.8 |
| Procedures | 24 | 20 | 688 | 80-7 | 71-6 | PHS |
| Language | 54 | 43 | 669 | 80-7 | 64-6 | 12.4 |
| Prewriting | 15 | 14 | 705 | 93-8 | 88-7 | PHS |
| Composing | 15 | 12 | 666 | 74-6 | 61-6 | 11.8 |
| Editing | 24 | 17 | 659 | 69-6 | 45-5 | 10.2 |
| Science | 40 | 34 | 686 | 91-8 | 85-7 | PHS |
| Social Studies | 40 | 35 | 700 | 94-8 | 81-7 | PHS |
| Research Skills | 42 | 38 | 711 | 96-9 | 90-8 | PHS |
| Thinking Skills | 103 | 87 | 683 | 93-8 | 81-7 | PHS |
| Basic Battery | 217 | 179 | 689 | 89-8 | 73-6 | PHS |
| Complete Battery | 297 | 248 | 689 | 92-8 | 75-6 | PHS |

NATIONAL GRADE PERCENTILE BANDS: 1  10  30  50  70  90  99

### INSTRUCTIONAL READING LEVEL
Grades 9-10 or Above

### INDEPENDENT READING LEVEL
Grades 7-8

### FRUSTRATION READING LEVEL
Above Test Range

### READING PERFORMANCE

| PASSAGE LEVEL | RS/NP |
|---|---|
| GRADE LEVEL 5 | 5/5 |
| GRADE LEVEL 6 | 12/12 |
| GRADE LEVEL 7+8 | 32/33 |
| GRADE LEVEL 9 | 5/5 |

### THINKING SKILLS

| CONTENT AREA | RS/NP | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| Reading | 18/19 | | | ✓ |
| Mathematics | 14/22 | | | ✓ |
| Language | 13/14 | | | ✓ |
| Science | 23/26 | | | ✓ |
| Social Studies | 19/22 | | | ✓ |

| CONTENT CLUSTERS | RAW SCORE/ NO. OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| Reading Vocabulary | 25/30 | | | ✓ |
| Synonyms | 9/10 | | | ✓ |
| Content Area Vocabulary | 8/10 | | | ✓ |
| Multiple Meaning Words | 8/10 | | ✓ | |
| Reading Comprehension | 54/55 | | | ✓ |
| Initial Understanding | 22/22 | | | ✓ |
| Interpretation | 19/19 | | | ✓ |
| Metacognition | 5/6 | | ✓ | |
| Critical Analysis | 8/8 | | | ✓ |
| Concepts & Problem Solving | 37/54 | | | ✓ |
| Numeration | 5/6 | | ✓ | |
| Patterns & Relationships | 3/4 | | | ✓ |
| Number Theory | 3/6 | | ✓ | |
| Measurement | 4/4 | | | ✓ |
| Geometry | 6/6 | | | ✓ |
| Solution Sentences | 1/3 | | ✓ | |
| Statistics & Probability | 5/8 | | ✓ | |
| Estimation | 3/4 | | ✓ | |
| Strategies in Problem Solv. | 6/10 | ✓ | | |
| Algebra | 3/3 | | | ✓ |
| Research Skills | 4/6 | | ✓ | |
| Mathematics as Communication | 6/9 | | ✓ | |
| Mathematics as Problem Solv. | 9/14 | | ✓ | |
| Mathematics as Reasoning | 13/19 | | | ✓ |
| Mathematics as Connections | 9/12 | | | ✓ |

| CONTENT CLUSTERS | RAW SCORE/ NO. OF ITEMS | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|
| Procedures | 20/24 | | | ✓ |
| Computation in Context | 13/16 | | ✓ | |
| Computation | 7/8 | | | ✓ |
| Language | 43/54 | | | ✓ |
| Prewriting | 14/15 | | | ✓ |
| Composing | 12/15 | | ✓ | |
| Editing | 17/24 | | ✓ | |
| Mechanics/Usage | 10/15 | | ✓ | |
| Spelling | 7/9 | | ✓ | |
| Research Skills | 14/15 | | | ✓ |
| Science | 34/40 | | | ✓ |
| Life Science | 12/15 | | | ✓ |
| Physical Science | 10/13 | | | ✓ |
| Earth Science | 12/12 | | | ✓ |
| Science Process Skills | 27/31 | | | ✓ |
| Research Skills | 10/10 | | | ✓ |
| Social Studies | 35/40 | | | ✓ |
| Geography | 6/8 | | ✓ | |
| History | 8/8 | | | ✓ |
| Political Science | 8/9 | | | ✓ |
| Economics | 6/8 | | ✓ | |
| Culture | 7/7 | | | ✓ |
| Research Skills | 10/11 | | | ✓ |
| Research Skills | 38/42 | | | ✓ |
| Thinking Skills | 87/103 | | | ✓ |

Scores based on normative data copyright © 1993 by Harcourt Brace & Company. All rights reserved.
COPY 01    PROCESS NO. 19622395-2705-04506-1

# METROPOLITAN ACHIEVEMENT TESTS
## SEVENTH EDITION SHORT FORM

TEACHER: NO NAME GIVEN

SCHOOL: WISSAHICKON MIDDLE   GRADE: 08

DISTRICT: WISSAHICKON

TEST DATE: 03/97

1992 NORMS: SPRING

LEVEL: INTERMED 4

FORM: S

MAT7

INDIVIDUAL REPORT FOR
ELIZAB A BLACK

AGE

| TESTS | NO. OF ITEMS | RAW SCORE | SCALED SCORE | NATL PR-S | LOCAL PR-S | GRADE EQUIV |
|---|---|---|---|---|---|---|
| Reading Comp. | 30 | 27 | 720 | 90-8 | 68-6 | PHS |
| Concepts & Problem Solving | 30 | 24 | 707 | 94-8 | 70-6 | PHS |
| Language | 30 | 25 | 695 | 92-8 | 80-7 | PHS |
| Thinking Skills | 31 | 26 | 700 | 96-9 | 70-6 | PHS |
| Short Form Total | 90 | 76 | 710 | 95-8 | 76-6 | PHS |

NATIONAL GRADE PERCENTILE BANDS
1   10   30   50   70   90   99

A short time ago, this student took the MAT7 Short Form. The types of scores, abbreviations, and footnotes used are explained briefly on the back of this report. The scores above describe the student's performance compared to the 1992 performance of students in the same grade from across the country.

The Short Form Total score provides a global indication of performance. This student scored in a high range for the grade, which means that performance was well above average. It is important to note areas of relative strength and/or need. The test for which performance was highest relative to the others is Thinking Skills. Performance on all of the other tests was well above average, and scores are not significantly different from one another.

It is important to keep in mind that achievement test scores provide only one picture of how students are doing in school and that many things can affect these scores. Therefore, it is important to consider other kinds of information, such as curriculum and textbook emphases, relative to what is being measured by the tests; students' motivation to do their best on the tests; familiarity with test-taking procedures and strategies; and the conditions under which the tests were actually administered.

Scores based on normative data copyright © 1993 by Harcourt Brace & Company. All rights reserved.
COPY 01                                                           PROCESS NO. 19723048-3010-02600-1