# The College Board SAT

**Score Report of:**
Last Name: BLACK
First Name: ELIZABETH
Sex: F
DOB:
Social Security No.:

## SAT II: Reasoning Test Scores

| Test Date | Grd Level | Verbal | Math |
|---|---|---|---|
| OCT00 | 12 | R 650 | R 610 |
| MAY00 | 11 | R 610 | R 630 |
| APR00 | 11 | R 640 | R 610 |

R = RECENTERED SCORE

## SAT II: Subject Test Scores

| Test Date | Grd Level | Test 1 | Subscores MC/Listen | Write | Read | Usage | Test 2 | Test 3 |
|---|---|---|---|---|---|---|---|---|
| DEC00 | 12 | SP R540 | 60 | 42 | | | LR R540 | 1C R530 |
| NOV00 | 12 | WR R530 | 50 | 46 | | | 1C R610 | |
| JUN00 | 11 | WR R470 | | | | | | |

### SAT II Subject Test Codes

- AH = American History/Social Studies
- BY = Biology
- CH = Chemistry
- CL = Chinese w/Listening
- EB = Eco Biology
- EP = English Lang Prof
- FL = French w/Listening
- FR = French
- GL = German w/Listening
- GM = German
- IT = Italian
- JL = Japanese w/Listening
- KL = Korean w/Listening
- LR = Literature
- LT = Latin
- MT = Math Level I
- 1C = Math Level 1C
- 2C = Math Level IIc
- MB = Mol Biology
- MH = Modern Hebrew
- PH = Physics
- SL = Spanish w/Listening
- SP = Spanish
- UH = US History
- WH = World History
- WR = Writing

Recipients:
O O 6
O O

EB-530

ELIZABETH A BLACK
1019 EVANS RD
GWYNEDD VALLEY    PA 19437

PENGAD 800-631-6989
EXHIBIT
Black 11
5-17-17 mc