2/16/2017                              Institution View Score Report | MCAT Score Reporting

Medical College Admission Test   Score Reporting

# MCAT Scores For ELIZABETH ANN BLACK

Home / Score Report

## MCAT Scores
### For exams taken after January 31, 2015
### No Scores Available

## MCAT Scores
### For exams taken before January 31, 2015

| Exam Date | Total Score | Confidence Band [1] | MCAT Total Percentile Rank of Score [2] | Physical Sciences Score | Percentile Rank of Score [2] | Verbal Reasoning Score | Percentile Rank of Score [2] | Writing Sample Score | Percentile Rank of Score [2] | Biological Sciences Score | Percentile Rank of Score [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/2009 | 29O | 27 to 31 | 73% | 10 | 79% | 08 | 52% | O | 53% | 11 | 88% |
| 04/18/2009 | 22N | 20 to 24 | 32% | 07 | 40% | 07 | 37% | N | 40% | 08 | 41% |

### Notes

[1] Test scores, like other measurements, are not perfectly precise. The confidence bands that are shown for the Total Scores above mark the ranges in which the test taker's true scores probably lie. To obtain the confidence band for each section score, subtract one point from and add one point to the score (or, in the case of the Writing Sample, subtract and add one letter).

[2] The percentile ranks of scores are the percentages of test takers who received the same scores or lower scores. The percentile ranks are based on tests administered from January 2012 through September 2014.



AAMC 001