# PRINCETON UNIVERSITY

TRANSCRIPT EXPLANATION PRINTED ON REVERSE SIDE

EXHIBIT Black 14 5-17-17

ELIZABETH ANN BLACK entered Princeton as a Freshman on 09/13/01.
Received AB degree concentrating in the Department of History on 05/31/05. This transcript prepared on 03/22/17.

### Fall Term 2001-2002 (Freshman)

| | | | Grade | Courses |
|---|---|---|---|---|
| CHM | 201 | General Chemistry I | B+ | 1.0 |
| MAT | 103 | Calculus | B- | 1.0 |
| SPA | 105 | Intermediate Spanish | A- | 1.0 |
| WRI | 124 | Writing Seminar | B | 1.0 |

### Spring Term 2001-2002 (Freshman)

| | | | Grade | Courses |
|---|---|---|---|---|
| ART | 101 | Introduction to the History of Art | A | 1.0 |
| CHM | 202 | General Chemistry II | B | 1.0 |
| FRS | 114 | Art Motive in Modern Photography | B+ | 1.0 |
| MAT | 104 | Calculus | B- | 1.0 |
| SPA | 108 | Advanced Spanish | A- | 1.0 |

### Fall Term 2002-2003 (Sophomore)

| | | | Grade | Courses |
|---|---|---|---|---|
| CHM | 303 | Organic Chm I - Biological Emphasis | C | 1.0 |
| EEB | 211 | The Biology of Organisms | C+ | 1.0 |
| PSY | 252 | Social Psychology | D | 1.0 |

### Spring Term 2002-2003 (Sophomore)

| | | | Grade | Courses |
|---|---|---|---|---|
| HIS | 280 | Approaches to American History | B+ | 1.0 |
| HIS | 304 | Modern Latin America since 1810 | B | 1.0 |
| MOL | 214 | Intro to Cellular & Molecular Biology | C- | 1.0 |
| POL | 367 | Latin American Politics | B+ | 1.0 |

### Fall Term 2003-2004 (Junior)

| | | | Grade | Courses |
|---|---|---|---|---|
| ANT | 335 | Medical Anthropology | B- | 1.0 |
| HIS | 303 | Colonial Latin America to 1810 | B+ | 1.0 |
| HIS | 400 | Junior Seminar | B | 1.0 |
| SPA | 222 | Intr Span-Amer Culture:Discovery-Present | B | 1.0 |
| HIS | | Junior Independent Work | B+ | 1.0 |

### Spring Term 2003-2004 (Junior)

| | | | Grade | Courses |
|---|---|---|---|---|
| HIS | 350 | The History of France 1685-1800 | B+ | 1.0 |
| HIS | 376 | The American Civil War & Reconstruction | B | 1.0 |
| HIS | 408 | History of Modern Argentina | B | 1.0 |
| POL | 392 | American Foreign Policy | P | 1.0 |
| HIS | | Junior Independent Work | B- | 1.0 |

### Fall Term 2004-2005 (Senior)

| | | | Grade | Courses |
|---|---|---|---|---|
| AAS | 391 | Race, Class, & Intelligence in America | B+ | 1.0 |
| CLA | 212 | Classical Mythology | P | 1.0 |
| HIS | 380 | The United States and World Affairs | B- | 1.0 |
| HIS | 389 | American Cultural History since 1876 | B | 1.0 |

### Spring Term 2004-2005 (Senior)

| | | | Grade | Courses |
|---|---|---|---|---|
| ECO | 100 | Introduction to Microeconomics | D | 1.0 |
| HUM | 447 | Human Rights: A Media Perspective | A- | 1.0 |
| HIS | | Senior Departmental Exam | B+ | 1.0 |
| HIS | | Senior Thesis | B | 2.0 |

REMARKS:
Granted 1 Unit of Advanced Placement in Mathematics
Received the Latin American Studies Certificate at Graduation

RE

General Counsel
USA

End of transcript

Poly Winfrey Griffin, Registrar

THE BORDER OF THIS DOCUMENT IS PRINTED IN ORANGE INK
THIS OFFICIAL PRINCETON UNIVERSITY TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL.
THE WORDS "UNOFFICIAL COPY" APPEAR WHEN PHOTOCOPIED

# PRINCETON UNIVERSITY

## COURSE OF STUDY

*Undergraduate students* at Princeton enroll in a four-year course of study as candidates for the degree of Bachelor of Arts (A.B.) or the degree of Bachelor of Science in Engineering (B.S.E.). Undergraduate course credit is awarded in the form of course units. Each undergraduate course is one course unit; one course unit may be considered the equivalent of 4.0 semester hours. The A.B. program consists of eight terms of full-time study to satisfy the requirement of 31 courses (30 courses for students matriculating before 2001). Beginning in the junior year, a candidate for the A.B. degree undertakes a program of departmental concentration, including course work, independent study in the junior year, a two-term senior thesis, and a departmental examination at the end of the senior year. The B.S.E. program consists of eight terms of full-time study to satisfy the requirement of 36 courses, which usually include one or two terms of independent work. Prior to fall term 1974-75, an undergraduate's departmental concentration was indicated by a (D) preceding the course title. In addition to the departmental concentration, many students elect to pursue certificates in one or more programs, nearly all of which are interdisciplinary.

*Graduate students* pursue full-time study toward the Ph.D. degree in the arts and sciences, engineering, architecture, and public affairs, and final professional masters degrees in architecture, engineering, finance, Near Eastern studies, public affairs, and public policy. To qualify for the Ph.D., a candidate spends at least one academic year in residence, passes the general examination, presents an acceptable dissertation, and passes the final public oral examination. Additional requirements of the Ph.D. vary by program. Ph.D. candidates may earn a Master of Arts degree incidentally as part of the course of study toward the Ph.D. Requirements for a final professional masters degree vary by program. Graduate students who are enrolled full time are in residence. Students in regular student status as they pursue work toward the degree. Students required to be absent are also enrolled full time but are absent from campus in order to make use of materials, facilities, and expertise not available in residence. In their last year of enrollment, the majority of post-generals Ph.D. students take no courses but pursue full-time research toward completion of the dissertation. Ph.D. students who come to the end of the defined program length without having completed all requirements for the degree may hold Dissertation Completion Enrollment (DCE) status for up to two years; thereafter, enrollment terminates/degree candidate enrollment (ET/DCC) students are not enrolled but they are enrolled to submit a dissertation.

## GRADING SYMBOLS

In undergraduate programs, numbered letter grades and independent work:

A+ Exceptional; significantly exceeds the highest expectations for undergraduate work
A Outstanding; meets the highest standards for the assignment or course
A- Excellent; meets very high standards for the assignment or course
B+ Very good; meets high standards for the assignment or course
B Good; meets reasonably high standards for the assignment or course
B- More than adequate; shows some reasonable command of the material
C+ Acceptable; meets basic standards for the assignment or course
C Acceptable; meets some of the basic standards for the assignment or course
C- While achieving some of the basic standards, work falls short in several ways
D Minimally acceptable; lowest passing grade
F Failing; very poor performance

Grades of A+ through D in courses taken on pass/D/fail basis (prior to 1983-84) were converted to P (Satisfactory).

AUD Course audited (not for credit) on an audit basis
INC Course not completed at end of term (late completion authorized)
NC Course successfully completed at another institution for Princeton credit
NG Course grade not reported by instructor
WD Student withdrew from the University after the term's ninth week of class
W Withdrawal; denotes that the student withdrew from the School of Architecture

In graduate courses numbered 500 and above:

P Passing
F Failing

Grades of A+ through D in courses taken on pass/D/fail basis were converted to P (Satisfactory). No credit.

From the term 2004/05 through spring term 2011/12, the faculty had a common grading standard with the expectation of 35% of grades of A+, A, A- awarded for less than 35 percent of the grades given for undergraduate courses and less than 55 percent of the grades given for junior and senior independent work. In spring term 2014-15, the faculty discontinued setting grading expectations at the department or program level and placed full responsibility at the departmental level for establishing grading standards and for the assessment measures and reviews for the sake of A grade.

GRADING POLICY ADVISORY:

TO TEST THE AUTHENTICITY: Translucent globe icons MUST be visible from both sides when held to a light source. The face of the transcript is printed on "light brown SCRIP-SAFE" paper bordered in orange on four sides. On the face of the institution appearing in white over the face of the entire document.

ADDITIONAL TESTS: The reverse side of an OFFICIAL COPY appears as a latent image. A black and white or color copy of the document is not an original and should not be accepted as an official institutional document. In an original, with the words "Educational Rights and Privacy Act of 1974", the document cannot be released to a third party without the written consent of the student. If you have any questions about the document, please contact us office at registrar@princeton.edu, or (609) 258-3361.

16-7916                                                    SCRIP-SAFE® Security Products, Inc Cincinnati OH