

# ARCADIA UNIVERSITY

The College of Global Studies
450 S. Easton Road
Glenside, PA 19038-3295

**TRANSCRIPT for STUDY ABROAD**

Transcript date: MAY 17 2011

Student Name: Black, Elizabeth A
Student ID:
Date of Birth:
Home Institution: Princeton Univ

Study Period: Summer 2003
Program Abroad: Mexico
Universidad Panamericana

| Dept/Code | Course Title | Credit | Grade |
|---|---|---|---|
| Summer Program | | | |
| SPN301 | Advanced Spanish I | 3 | A- |
| LIT404 | Mexican Culture and Literature | 2 | A- |

----------End of Transcript----------

USF COL OF MED
ADMISSIONS OFFICE
11 MAY 20 PM 2:32

EXHIBIT
Black 15
5-17-17  ruc
PENGAD 800-631-6989

11550

Not valid as an Official Transcript without seal of University.

William S. Elnick, Registrar

Elizabeth A Black
1019 Evans Rd
Gwynedd Valley, PA 19437

In compliance with the Family Rights and Privacy Act of 1974, the information contained on this transcript is released on the condition that the recipient will not permit any other party to have access to such information without the written consent of the student.

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING DOCUMENT



Office of the Registrar
103 Taylor Hall
450 S. Easton Road
Glenside, PA 19038-3295
Phone: 215-572-2100
Fax: 215-572-2126
e-mail: registrar@arcadia.edu

## ACCREDITATION

Arcadia University (formerly Beaver College) is accredited by the Commission on Higher Education of the Middle States Association of Colleges and Schools, an institutional accrediting agency recognized by the U.S. Secretary of Education and the Commission on Recognition of Postsecondary Accreditation.

## CREDIT AND ACADEMIC LOAD

The credit value of each course is expressed in semester hours. Students in Arcadia University's overseas programs enroll for a full load of courses as determined by the host institution and Arcadia University. Normally, a full-year program carries 30-33 semester hours of credit; one term, 10-14 semester hours; two terms, 18-21 semester hours; a single semester, 15-16 semester hours. Part-time study is not permitted.

## EVALUATION

Academic work undertaken abroad is evaluated in accordance with the standards of the host institution or of The College of Global Studies (formerly the Center for Education Abroad). Final letter grades are usually based on the results of final examinations or projects and continuous assessment. Study abroad courses may not be taken on a pass/fail basis without special permission.

## GRADING SYSTEM

Courses are graded using the conventional letter system: A, excellent; B, good; C, satisfactory; D, poor but passing; F, failing.

The addition of a plus or minus gives opportunity to differentiate performance within each of the stated grades.

## GRADE POINT AVERAGE

The grade point average (GPA) is computed using the following scale to assign grade points (called quality points):

| | | | | | |
|---|---|---|---|---|---|
| A+ | 4.0 | B- | 2.7 | D | 1.0 |
| A | 4.0 | C+ | 2.3 | D- | 0.7 |
| A- | 3.7 | C | 2.0 | F | 0.0 |
| B+ | 3.3 | C- | 1.7 | | |
| B | 3.0 | D+ | 1.3 | | |

The GPA is calculated by dividing the total quality points (QPnts) by the total number of credits (GPACrd) for each term.

## OTHER GRADE DESIGNATIONS

NR     Grade not reported. Another transcript will be issued when is is received.

W     Withdrew

These results are not included in the GPA calculations.

## TRANSCRIPT VALIDATION

A transcript is official when imprinted with the embossed seal of Arcadia University and the facsimile signature of the Registrar. An official transcript issued to the student is so identified.

---

**Test for Authenticity**

The face of this document has a multi-toned background which changes color gradually and evenly from dark to light with darker areas both top and bottom on white paper. The back of this document contains an artificial watermark. Hold at an angle to view when checking document. Ensure the serial number is visible on both sides of the document.