UNIVERSITY OF SOUTH FLORIDA
COLLEGE OF MEDICINE
TECHNICAL STANDARDS FOR MEDICAL STUDENT
ADMISSION, ACADEMIC PROGRESSION AND GRADUATION

The College of Medicine acknowledges section 504, of the 1973 Vocational Rehabilitation Act and PL 101-336 of Americans with Disabilities Act (ADA). Reasonable accommodation will be provided for medical students with disabilities. A professional evaluation diagnosing the disability will be required. The evaluation will be at the expense of the student. The Office of Student Affairs will advise students on acceptable evaluations.

The Technical Standards for Medical Student Admission, Progression and Graduation from the University of South Florida, College of Medicine are attached and a summary of those standards follow:

1) The candidate must be able to observe demonstrations and participate in experiments in the basic sciences.
2) The candidate must be able to analyze, synthesize, extrapolate, solve problems, and reach diagnostic and therapeutic judgments.
3) The candidate must have sufficient use of the senses of vision and hearing and the somatic sensation necessary to perform a physical examination. Can the candidate perform palpation, auscultation, and percussion.
4) The candidate must reasonably be expected to relate to patients and establish sensitive, professional relationships with patients.
5) The candidate must reasonably be expected to communicate the results of the examination to the patient and to his colleagues with accuracy, clarity and efficiency.
6) The candidate must reasonably be expected to learn and perform routine laboratory tests and diagnostic procedures.
7) The candidate must reasonably be expected to perform routine invasive procedures as a part of training using universal precautions without substantial risk of infection to patients.
8) The candidate must reasonably be expected to perform with precise, quick and appropriate actions in emergency situations.
9) The candidate must reasonably be expected to display good judgment in the assessment and treatment of patients.
10) The candidate must reasonably be expected to possess the perseverance, diligence, and consistency to complete the medical school curriculum and enter the independent practice of medicine.
11) The candidate must reasonably be expected to accept criticism and respond by appropriate modification of behavior.

1. Based upon these Technical Standards, do you have any condition(s) that would require reasonable accommodation?

Yes _____  No __✓__

2. Do you have any condition(s) that would preclude your successful completion of the University of South Florida, College of Medicine Curriculum?

Yes _____  No __✓__

If you answered yes to either of the above, please attach a brief explanation of your condition(s), and accommodation(s), auxiliary aids or services required to enable you to meet the above standards. A copy of the Professional evaluation diagnosing the disability or condition must be returned with this form. A request for accommodations must be submitted in writing to the Associate Dean for Student Affairs prior to enrollment.

_Elizabeth A. Black_      _Elizabeth A. Black_
Name (Print)              Name (Signature)

_12849523   U34264740_    _5/11/11_
AMCAS/USF Student ID#      Date


EXHIBIT
Black 17
5-17-17