



Office of the General Counsel

**Jerome Smalls**
Administrator of *Real Estate Services*
Direct Dial: 215-746-5277
jerome.smalls@ogc.upenn.edu

March 31, 2017

**VIA EMAIL to robert.burgoyne@nortonrosefulbright.com**
Robert A. Burgoyne, Partner
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, DC  20001-4501

     Re:   Elizabeth Black

Dear Mr. Burgoyne:

     In response to the authorization to release records directed to the University of Pennsylvania in connection with the above matter, I am forwarding the enclosed documents.

     Upon receipt of this letter, please remit the $25 payment for file retrieval and copying as listed on the enclosed invoice.

                Sincerely,

                Jerome Smalls

Enclosures

**EXHIBIT**
*Black 18*
5-17-17   mc







**Penn**
UNIVERSITY of PENNSYLVANIA

Office of the General Counsel

**Penn Medicine**

**Jerome Smalls**
Administrator of *Real Estate Services*
Direct Dial: 215-746-5277
jerome.smalls@ogc.upenn.edu

# INVOICE

DATE:             March 31, 2017

ATTENTION:        Robert A. Burgoyne, Partner
                  Norton Rose Fulbright US LLP
                  799 9th Street NW, Suite 1000
                  Washington, DC  20001-4501

RE:               Eilzabeth A. Black

DESCRIPTION:
                  The Trustees of the University of Pennsylvania requires a check
                  payable to them for the production of documents requested via
                  subpoena or authorization in civil matters.

AMOUNT DUE:   $25

**PLEASE SEND CHECK TO ATTENTION:**    JEROME SMALLS

# UNIVERSITY of PENNSYLVANIA

OFFICE OF THE UNIVERSITY REGISTRAR PHILADELPHIA, PA 19104-6291

| RECORD OF: | ELIZABETH A. BLACK | | RECORD OF WORK DONE |
| ID NUMBER: | XXX-XX-1747 | BIRTHDATE: ███████ | |
| DATE OF ISSUE: | 02/17/17 | | |

UNIVERSITY REGISTRAR

PAGE 1 OF 1

PENN SR - 001

```
* * * * * * * *   A C A D E M I C   P R O G R A M   * * * * * * * *

          School: ARTS & SCIENCES
        Division: COLLEGE OF LIBERAL & PROF STUDIES
 Degree Program: NON DEGREE PROGRAM POST-BAC CAREER
          Major: NO MAJOR
Special Program: POST-BACC PRE-HEALTH PGM

* * * * * UNIVERSITY OF PENNSYLVANIA COURSE WORK * * * * * *

Summer 2007   COLLEGE OF LIBERAL & PROF STUDIES
  BIOL 101    INTRO BIOLOGY A              1.50 CU   A+
  BIOL 102    INTRO BIOLOGY B              1.50 CU   A+
              Term Statistics:            3.00 CU   GPA 4.00
              Cumulative:                 3.00 CU   GPA 4.00

Fall 2007     COLLEGE OF LIBERAL & PROF STUDIES
  CHEM 241    ORGANIC CHEMISTRY I          1.00 CU   A-
  CHEM 245    EXPERIMTL ORGAN CHEM I      (1.00) CU
  PHYS 101    CLASSICAL PHYSICS            1.50 CU   B+
              Term Statistics:            2.50 CU   GPA 3.46
              Cumulative:                 5.50 CU   GPA 3.75

Spring 2008   COLLEGE OF LIBERAL & PROF STUDIES
  CHEM 242    ORGANIC CHEMISTRY II         1.00 CU   B+
  CHEM 246    EXPERIMTL ORGAN CHEM I       1.00 CU   A-
  PHYS 102    MODERN PHYSICS               1.50 CU   A-
              (Quantitative Data Analysis Course)
              Term Statistics:            3.50 CU   GPA 3.71
              Cumulative:                 9.00 CU   GPA 3.74

Summer 2008   COLLEGE OF LIBERAL & PROF STUDIES
  BIOL 215    VERTEBRATE PHYSIOLOGY        1.00 CU   A+
  BIOL 404    IMMUNOBIOLOGY                1.00 CU   A+
              Term Statistics:            2.00 CU   GPA 4.00
              Cumulative:                11.00 CU   GPA 3.79

* * * * * * NO OFFICIAL ENTRIES BEYOND THIS POINT * * * * * * *
```

VOID VOID VOID VOID VOID VOID VOID VOID (repeated watermark)

# TRANSCRIPT INTERPRETATION

## GENERAL INFORMATION

Current official transcripts are printed on tinted paper; erasures will be apparent, and photocopies will say VOID across them. An official University Signature will appear in the top right corner of the document in blue ink.

### Course Numbering System

| | |
|---|---|
| 1-399 | Undergraduate courses |
| 400-499 | Mixed courses primarily for Undergraduate students |
| 500-599 | Mixed courses primarily for Graduate students |
| 600-989 | Graduate courses |
| 990-999 | Graduate individual study (thesis/dissertation) courses |

### Course Units, Semester Hours and Credit Hours

Credit information appears to the right of the course information on the transcript.

Effective Spring 2014, a course unit should be converted to Semester Hours at a ratio of 1:4. Previous to Spring 2014 a course unit should be converted to Semester Hours at a ratio of 1:3.

A course unit (CU) generally represents one course that meets for 3 hours per week of class time, 4 hours of laboratory, or 5 hours of class time in beginning language courses, in a course that lasts for one term (semester).

A semester hour (SH) is defined as one hour per week of class time per term, or equivalent in other course-related activities.

Courses for which no credit is awarded appear with parentheses around their credit value, for example (1.00).

Penn Equivalent Credit is added to the credit total under the last term appearing on the transcript. It includes internal and external transfer credit, advanced placement, and credit by examination.

An H or GR preceding the course number indicates an honors course.

Free-form text included in current transcripts is concluded by ǂ.

At the end of the transcript message NO OFFICIAL ENTRIES BEYOND THIS POINT appears.

### Key to Grades

#### Term and Cumulative Averages

Not all schools use grade-point averages on the transcript. When averages appear, they are calculated according to this scale (except for the School of Dental Medicine):

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | 5.0 | B+ | 3.3 | C+ | 2.3 | D+ | 1.3 |
| A- | 4.0 | B | 3.0 | C | 2.0 | D | 1.0 |
| B+ | 4.0 | B- | 2.7 | C- | 1.7 | D- | 0.7 |
| B | 3.7 | | | | | F | 0.00 |

#### Key to Wharton Graduate Grades, Effective Summer 2006

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A+ | 4.00 | B+ | 3.33 | C+ | 2.33 | D+ | 1.33 |
| A | 4.00 | B | 3.00 | C | 2.00 | D | 1.00 |
| A- | 3.67 | B- | 2.67 | C- | 1.67 | D- | 0.67 |
| | | | | | | F | 0.00 |

### INTERPRETING GRADES

The various schools and divisions of the University use different grading systems. The first section of the transcript, ACADEMIC PROGRAM, includes school division, and degree information. Find the table that corresponds to that information below. Exceptions will be noted in the appropriate table.

#### Table 1
Annenberg School of Communications
Graduate Arts & Sciences
Graduate School of Education
School of Design, formerly known as Graduate School of Fine Arts
Ph.D. programs – All PhD programs and School of Engineering and Applied Sciences Graduate and executive masters programs, effective Spring, 2003 (see Table 3 for data prior to Spring 2003)
Law Students, when taking courses outside the Law School; otherwise see Table 5 & Table 6

| | |
|---|---|
| +,A,A- | Distinguished |
| +,B,B- | Good ( in Annenberg, B- = Unsatisfactory) |
| +,C,C- | Unsatisfactory |
| +,D | Poor |
| | Poor (not used for Grad. Ed. Annenberg) |
| F | Failure |
| | Pass = A+ to D- (not used for Ph.D. Annenberg, Fine Arts-Harrisburg) |
| S | Satisfactory progress (not used for Law students) |
| U | Unsatisfactory (not used for Law students) |
| I | Incomplete |
| I* | Permanent Incomplete (Ph.D. only) |
| / | Withdrew (Ph.D., Annenberg, Fine Arts-Harrisburg only) |
| R | No grades reported for course |
| GR | No grade reported for student |
| AUD | Audit(not used for Law students) |

### INTERPRETING GRADES - Continued

#### Table 2
College Arts & Sciences, undergraduate
College of General Studies
College of Liberal and Professional Studies
Summer Sessions
School of Nursing, undergraduate (effective Fall, 1994)
Wharton Evening School (effective Fall, 1994)
Wharton Graduate School (effective Summer, 2006)
Wharton School, undergraduate (effective Fall, 1994)
School of Engineering and Applied Science, undergraduate

| | |
|---|---|
| A+ | Distinguished |
| A,A- | Excellent |
| B+,B,B- | Good |
| C+,C,C- | Average |
| D+,D | Below Average |
| F | Failure |
| P | Pass = A+ to F |
| S | Satisfactory progress |
| U | Unsatisfactory |
| I | Incomplete |
| II | Extended Incomplete (College Only) |
| I* | Permanent Incomplete |
| W | Withdrew |
| NR | No grades reported for course |
| GR | No grade reported for student |
| AUD | Audit |
| X | Academic Violation (CGS, Nursing & Engineering) |

#### Table 3
School of Engineering and Applied Science –
Undergraduates through Fall, 1996 (see Table 1 for data effective Spring, 1997)
Graduate Programs & Executive Management Programs through Fall, 2002 (see Table 1 for data effective Spring, 2003)
School of Nursing (through Summer, 1994) except for Ph.D. programs (see Table 1)

| | |
|---|---|
| A | Distinguished |
| B | Good |
| C | Average (in graduate programs, C = Unsatisfactory) |
| D | Below Average (in graduate programs, D = Poor) |
| F | Failure |
| P | Pass = A+ to D |
| S | Satisfactory progress |
| U | Unsatisfactory |
| I | Incomplete |
| W | Withdrew |
| NR | No grades reported for course |
| GR | No grade reported for student |
| AUD | Audit |
| X | Academic Violation (undergraduate only) |

#### Table 4
Dental School

| | |
|---|---|
| A | Distinguished |
| B, B+ | Good |
| C, C+ | Average |
| E | Exempt |
| F | Failure |
| RA | Failed then Pass – Repeated Exams |
| GR | No grade reported for student |
| NR | No grades reported for course |
| H | Honors |
| I | Incomplete |
| IW | Incomplete (Withdrew) |
| P | Pass |

#### Table 5
Law School (through Summer, 1995) except for courses outside the Law School (see Table 1)

| | | |
|---|---|---|
| O | Outstanding | |
| S | Satisfactory | These grades apply to first year course in Professional Responsibility |
| U | Unsatisfactory | |
| DD | Distinguished | |
| E | Excellent | |
| G | Good | |
| Q | Qualified | |
| U | Unsatisfactory, with credit | |
| UNC | Unsatisfactory, no credit | |
| F | Failure | |
| P | Pass | |
| I | Incomplete | |
| W | Withdrew | |
| NR | No grades reported for course | |
| GR | No grade reported for student | |
| CR | Credit | |

#### Table 6
Law School (effective Fall, 1995) except for courses outside the Law school (see Table 1)

| | |
|---|---|
| A+ | Distinguished |
| A | Excellent |
| B+, B, B- | Good |
| C | Average |
| CR | Credit |
| F | Failure |
| FNC | Failure - No Credit |
| GR | No grade reported for student |
| H | Honors |
| I | Incomplete |
| NR | No grades reported for the course |
| P | Pass |
| S | Satisfactory Progress |
| W | Withdrew |

#### Table 7
School of Social Policy and Practice (formerly known as School of Social Work, DSW) except DSW program (see Table 8) and Ph.D. program (see Table 1).

| | |
|---|---|
| CR | Credit (Passed = B or better at graduate level) |
| F | Failure |
| NCR | Non-Credit course |
| I | Incomplete |
| W | Withdrew |
| WF | Withdrew, Failing |
| NR | No grades reported for course |
| GR | No grade reported for student |
| P | Pass |

#### Table 8
School of Social Policy and Practice (formerly known as School of Social Work, DSW) (through Summer, 2002).

| | |
|---|---|
| A | Distinguished |
| B | Good |
| C | Unsatisfactory |
| F | Failure |
| I | Incomplete |
| W | Withdrew (Social Work doctoral only) |
| WF | Withdrew Failing, (Social Work doctoral only) |
| NR | No grades reported for course |
| GR | No grade reported for student |
| AUD | Audit (Social Work doctoral only) |

#### Table 9
School of Social Policy and Practice (formerly known as School of Social Work, DSW) (effective Fall, 2002).

| | |
|---|---|
| A+ | Distinguished |
| A,A- | Excellent |
| B+,B,B- | Good |
| C+,C,C- | Average |
| D | Below Average |
| F | Failure |
| CR | Credit (Passed = B or better) |
| NCR | Non-Credit course |
| I | Incomplete |
| GR | No grade reported for student |
| NR | No grades reported for course |
| W | Withdrew |

#### Table 10
Wharton Evening School (through Summer, 1994)
Wharton School, undergraduate (through Summer, 1994)

| | |
|---|---|
| A* | Distinguished |
| A | Excellent |
| B | Good |
| C | Average |
| D | Below Average |
| F | Failure |
| P | Pass = A* to C (Wharton courses only, not given in Evening School) |
| I | Incomplete |
| W | Withdrew |
| NR | No grades reported for course |
| GR | No grade reported for student |
| AUD | Audit |
| NC | No credit (not given in Evening School) |
| X | Academic Violation |

#### Table 11
Wharton School, Executive MBA – (through Spring, 2006)
Wharton School, graduate except for Ph.D. programs (see Table 1)

| | |
|---|---|
| DS | Distinguished |
| HP | High Pass |
| P | Pass |
| I | Incomplete |
| NR | No grades reported for course |
| GR | No grade reported for student |
| AUD | Audit |
| NC | No Credit |

This square on an original transcript is printed in thermochromic ink. When color or breathed on it will fade and then gradually return to normal.

This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Education Rights and Privacy Act of 1974.

PENN SR - 002

# Penn
## Arts & Sciences

**Application for Admission • College of General Studies**
**Post-Baccalaureate (Non-Degree) Programs**
*University of Pennsylvania*

Admissions Office
College of General Studies
3440 Market Street, Suite 100
Philadelphia, PA 19104-3335
Telephone: 215.898.7326 • Fax: 215.573.2053

MAR 14 2007
College of General Studies

Semester for which you are applying:
[ ] Fall [ ] Spring [X] Summer   Year 2007

Have you previously applied to the College of General Studies?
[ ] Yes [X] No

Have you ever enrolled in classes at Penn? [ ] Yes [X] No
If yes, what school?

[ ] Fall [ ] Spring [ ] Summer   Year
Have you spoken with an academic or program advisor at Penn?
[ ] Yes [X] No   If yes, name:
School

You plan to study [X] Full-time [ ] Part-time
[X] Day [ ] Evening

PLEASE TYPE OR PRINT WITH INK.

Name: Black   Elizabeth   Ann   *Social Sec. No.: ████████████
Last       First        Middle

Former Name (if applicable):                    **Marital Status: [ ] Married [X] Single   **Sex: [ ] Male [X] Female

**Birthdate: ██████████████         Email Address: elizabeth.a.black@gmail.com
Month Day Year

**Race or Ethnic Group: [ ] American Indian/Alaskan Native [ ] Black/African American [X] White/Caucasian
[ ] Multi-Racial [ ] Asian/Pacific Islander [ ] Hispanic/Latino [ ] Other:

Daytime Telephone: 212-543-5316    Evening Telephone: 601-306-8808

Permanent Address: 1019 Evans Rd.  Gwynedd Valley, PA 19437, USA
Street                           City              State  Zip Code  Country

Temporary Address: 262 W 24th St, Apt. 3D  New York, NY 10011, USA  Summer 2007
Street                           City              State  Zip Code  Country  Until (date)

Employer: Columbia University Eating  Job Title: research assistant [X] Full-Time [ ] Part-Time
Occupation: Disorders Clinic
[ ] Business/Financial [ ] Executive/Mgmt [ ] Not Employed [X] Administrative [ ] Professional/Technical [X] Service [ ] Student
Other

**International Students (Non-U.S. Citizens)**
Country of Birth:                    Country of Citizenship:
Do you have a U.S. Visa? [ ] Yes [ ] No   If yes, indicate what type [ ] Estimated length of time needed to complete program

Check the box of the program to which you are applying.
[ ] Post-Baccalaureate Pre-Health Program   [X] Special Science Program

How did you hear about this program?
[ ] Advisor [ ] Internet [ ] Print Media [ ] Penn Publication [X] Word of Mouth [ ] Other:

Applicant's Signature        Date 3/1/07

All applicants should attach a check or money order in the amount of $70.00, payable to Trustees of the University of Pennsylvania at the bottom right of the application

*Please Note: The University reserves the right to cancel admission and registration of any student if there is a misstatement or omission on the application. No tuition or fees will be returned in such cases.*

*If you do not have a Social Security number, please obtain one and forward it to the CGS Office of Admissions as soon as possible. Non-resident aliens will be assigned a temporary identification number.*

**Though not required, this information is requested for registration and statistical purposes only.*

For Internal Use Only. Do Not Write Inside This Box.   Method of Payment
[X] Check [ ] Cash [ ] Credit Card [ ] Money Order [ ] Not Paid

APPLICATION FOR THE UNIVERSITY OF PENNSYLVANIA POST-BACCALAUREATE PRE-HEALTH PROGRAMS

**Please note:**
*Applicants must send all application materials together, including all transcripts and letters of recommendation in signed and sealed envelopes.*

1. In which healthcare field are you interested? *Medicine*

2. List below, chronologically, the name of every college you have or will attend prior to entering Penn's Pre-Health Programs. If you have previously studied at Penn, please specify which school you attended. Admissions' decisions will be made when all application materials are received.

| Name of Institution | Dates Attended | Degree Received/Major |
|---|---|---|
| Princeton University | 2001-2005 | BA History |
| Universidad Panamericana (Arcadia University) | Summer 2003 | |

*Transcripts must be requested from each of the above institutions. It is the applicant's responsibility to have transcripts sent. All transcripts become property of the College of General Studies and are neither returnable nor transferable to another institution. Admissions decisions will be made when all application materials are received.*

3. Request that your score report for at least one standardized test taken be forwarded to CGS. Use ETS code 2986 to send your SAT scores or enclose a copy of your high school transcripts. For GRE score reports, request a personal copy from ETS, then forward your unopened copy to our office. If you have taken the MCAT, you must send these scores as well. International applicants must also submit TOEFL scores.

   Please indicate which scores you are forwarding: ⊠ SAT ☐ ACT ☐ MCAT ☐ GRE ☐ LSAT ☐ TOEFL

**Please answer the following questions on separate, typed sheets. Responses may be as long or as short as you feel necessary.**

4. Describe the path that brought you to your current interest in the health professions. Give a brief personal history, describing your previous career (or career goals), explaining why you have decided to pursue professional training in the healthcare field. This should include a description of previous experience in health care; please be specific about the amount of time spent (either paid or volunteer).

5. Describe an experience, event or person that has been important to you in your development. Please do not write an essay about why you want to enter the healthcare field. Any other topic will be acceptable.

6. If you believe your transcripts and other records do not present an accurate picture of your ability, please explain.

7. What do you enjoy doing in your spare time?

8. Is there other information about yourself that you consider important that has not been covered in the previous questions?

9. Please list the college-level science courses you have completed, noting grades earned. (Special Science Program applicants may attach a copy of their AMCAS application if available.)

**References**

10. You must submit two letters of recommendation, but you may submit additional letters. List the names and titles of two people whom you have asked to submit letters in support of your application. These may be individuals with whom you have had a close professional or academic association and who know of your desire to enter the healthcare field. If you are applying to the Special Science Program, your Premedical Committee Evaluation may be submitted as one of your letters.

1) *B. Timothy Walsh, MD*
   *Director, Columbia University's Eating*
11. Attach an up-to-date résumé. *Disorders Clinic*

2) *Jeremy Adelman, Head of History*
   *Dept., Princeton University*

3) *Evelyn Attia, MD*
   *Co-Assistant Director, Columbia*
   *University's Eating Disorders Clinic*

The University of Pennsylvania values diversity and seeks talented students, faculty and staff from diverse backgrounds. The University of Pennsylvania does not discriminate on the basis of race, sex, sexual orientation, religion, color, national or ethnic origin, age, disability or status as a Vietnam Era Veteran or disabled veteran in the administration of educational policies, programs or activities; admissions policies; scholarship and loan awards; athletic, or other University administered programs or employment. Questions or complaints regarding this policy should be directed to: Executive Director, Office of Affirmative Action and Equal Opportunity Programs, 3600 Chestnut Street, Sansom Place East, Suite 228, Philadelphia, PA 19104-6106 or 215.898.6993 (Voice) or 215.898.7803 (TDD).

The federal Crime Awareness and Campus Security Act requires Penn to provide information on its security policies and procedures and specific statistics for criminal incidents and arrests on campus to students and employees, and to make information and statistics available to prospective students and employees on request. The College and University Security Information Act requires Penn to provide information on its security policies and procedures to students, employees, and applicants; and to provide crime statistics to students and employees, and make those statistics available to applicants and prospective employees upon request. This information is available by calling the Division of Public Safety at 215.898.7297.

 COLUMBIA UNIVERSITY

*College of Physicians & Surgeons*

Department of Psychiatry
1051 Riverside Drive
Unit 98
New York, NY 10032
www.columbia.edu

B. Timothy Walsh, M.D.
Ruane Professor of Pediatric Psychopharmacology
Vice Chair for Academic Affairs

Director, Eating Disorders Research Unit
New York State Psychiatric Institute

Phone:   (212) 543-5752
Fax:       (212) 543-6606
Email:    btw1@columbia.edu

March 4, 2007

University of Pennsylvania
Pre-Health Programs
College of General Studies
3440 Market Street, Suite 100
Philadelphia, PA 19104-3335

Dear Madam or Sir:

I am writing to you in regard to the application of Ms. **Elizabeth A. Black** to enter your Post-Baccalaureate Pre-Med program.

Lizzie has worked with our eating disorders program for approximately one year. She graduated from Princeton in 2005, and then worked in a firm in New York related to the legal processing of real estate sales. It is my strong sense that Lizzie joined our group as she came to the conclusion that she was not so well suited to a business-oriented career and wanted greater exposure to health-related work.

Lizzie has worked as a research assistant in our group, and has been terrific. In our clinical research program, the research assistants do the bulk of the "heavy lifting." They conduct the initial screening of potential patients, arrange their appointments, conduct structured interviews, accompany them to research procedures, and de-brief them afterwards. They are also responsible for producing reports on the status of studies for the IRB, and for assembling data for initial review and analysis. Lizzie has performed all of these tasks superbly and with unstinting good humor and enthusiasm. In addition to getting the work done, she's great to have around!

There is no question in my mind that Lizzie is very firmly committed to become a physician, and she will be an excellent one. She has a sharp mind and is terrific with people. Our only regret is that she will be leaving us so soon!

I recommend her to your program with great enthusiasm.

Please let me know if I could answer any additional questions.

Sincerely,

Columbia University Medical Center
PENN SR - 009

Princeton **University**          Department of History
                                  129 Dickinson Hall
                                  Princeton, New Jersey 08544-1017
                                  Telephone: 609.258.4159
                                  Fax: 609.258.5326

1 March 2007

To whom it may concern:

This letter is to endorse Elizabeth Black's application to your program. I was "Lizzie's"
academic advisor during her senior year and supervised her research for her Senior
Thesis. I have never taught her directly, nor did I know her beyond the occasional visits
during office hours as she decided her courses. But she has always had an earnest
interest in working on and living in Latin America. It has not always been easy for her,
however. I mainly got to know her in the spring of her junior year, when she planned to
conduct field research in Argentina and cam to me for advice. This eventually turned
into her Thesis, which was a splendid study of the ways in which the Argentine military
government manipulated national (within Argentina) and international (mainly US)
public opinion. She fastened on a couple of high profile events (the Soccer World Cup in
1978, the handling of the Carter administration's human rights investigations, and
stigmatizing campaigns against Amnesty International), to show that military regimes are
highly attuned to their image, something often underappreciated because we think of
them relying wholly on repressive pillars. The Thesis was well-written, carefully
documented, and showed Lizzie's ability to persevere in the face of obstacles (doing
research in Argentina is not easy).

I have talked to her since about her career aspirations. She has known for some time that
she would like to go into medicine and public health, and has been preparing accordingly.
You will find her intelligent, self-motivated and disciplined. I recommend Lizzie Black
to you most enthusiastically.

Yours,

Jeremy Adelman
Chair, History Department
Walter Samuel Carpenter III Professor of
Spanish Civilization and Culture

Elizabeth Ann Black

**University of Pennsylvania**
**Application for Admission - College of General Studies**
**Post-Baccalaureate Pre-Health Programs**

4. Describe the path that brought you to your current interest in the health professions. Give a brief personal history, describing your previous career (or career goals), explaining why you have decided to pursue professional training in the healthcare field. This should include a description of previous experience in health care; please be specific about the amount of time spent (either paid or volunteer).

From an early age, my parents instilled in me the idea of always helping other people, whether it was something as little as letting someone go through the door first or allowing one of my brothers to watch what he wanted on television. Living in the suburbs of Philadelphia with my family and a slew of domesticated animals on 2.5 acres of land, I grew up with a love of the outdoors and the wildlife that surrounded me.

As a child, I cultivated this desire to help others and my love of animals through reading magazines like National Geographic and 3-2-1 Contact, saving the ants that my brothers were scheming to burn with a magnifying glass, helping the baby birds that were abandoned by their mother in our yard, nursing the garden snake that my dad ran over with his tractor back to health, and taking care of various cats and kittens that my family owned. For the majority of my childhood and early adolescence I was convinced that I wanted to be a zoologist or a veterinarian. However as I matured, I began to wonder if the satisfaction I received from helping and learning about animals could be even more profound when applied to other human beings.

Two primary influences in my personal discovery were my grandmother and my mother, who both chose careers in nursing. My grandmother served in World War II and told my brothers and me countless stories of treating and helping the men of the War. My mother's influence was more immediate, as she is a Professor of Nursing at Gwynedd-Mercy College. My inquisitive nature drove me to spend time looking through her various textbooks, at all of the pictures detailing the intricacies of the physiology of the human body and ask her question after question as she prepared her lectures.

Through my love for animals and the influence of my mother and my grandmother, I was determined to have medicine in my future, whether it was veterinary or medical. When I was in high school, my interest in medicine spurred me to organize blood drives and volunteer opportunities for fellow students as the President of the Health Careers Club and speak as an AIDS and Tobacco peer educator.

In college I continued to investigate my desire to enter the medical field by working at Princeton's McCosh Health Suite (approximately 20 hours per week), volunteering as a foal sitter at the Mid Atlantic Equine Center (8 hour shifts on Friday evenings), and interning at Pennsylvania Oncology Hematology Associates the summer after my freshman year of college (40 hours per week). During my internship, I had the wonderful opportunity to shadow some of the doctors on rounds at Pennsylvania Hospital, and I was also able to observe their private practice visits. The internship confirmed my interest in medicine; however it still did not deny my interest in animals. My experience as a foal sitter was extremely enjoyable and rewarding, but it also served as the deciding factor in what I thought was my ultimate choice to pursue a medical career. Countless, silent hours spent caring for the horses allowed me to realize the

1

Elizabeth Ann Black

value of the spoken word and the powerful connection that forms between a doctor and his/her patient.

I arrived at the point in my college career when I needed to select a major. I was reluctant to select a science major for fear of possibly limiting my college studies and denying my other areas of interest. For that reason, I chose History and eventually Latin American History as my desired area of concentration. Being a History major exposed me to new and varied topics of discussion and allowed my mind to think in different ways than it had been previously trained. It also brought to light the multitude of possibilities for my life and career. One topic that I found myself particularly attracted to was that of human rights and human rights law. At this time I began to wonder, to question myself and my decisions. Had I been too narrow minded before? Was I limiting myself to medicine because I wasn't aware of other career options? I filled the rest of my college career with my required history courses and courses for my Latin American Studies Certificate, while still remaining connected to medicine through working at the McCosh Health Center on campus.

After graduation I felt compelled to investigate and pursue a career in law, one that would eventually lead me to helping people through the means of a human rights organization. My initial job after college allowed me to accomplish just that. As a corporate legal assistant in the real estate group at Shearman and Sterling LLP, I was able to assess various aspects of life as a lawyer. After a year of employment, I knew that being a lawyer was not what I ultimately wanted. Working at Shearman taught me many things: the various and intricate details of real estate law, the inner workings of a corporate office, and the ability to manage multiple projects at one time. Most importantly, I learned something about myself: the value that I placed on interacting with and helping people, which to my surprise, I didn't find as readily in the practice of law as I had anticipated. I also found myself missing and craving the daily intellectual stimulation and challenges that a career in medicine so readily provides. With a renewed certainty and desire to become a physician, I found my current job as a research assistant at Columbia University's Eating Disorders Clinic.

My work as a research assistant provides me with both clinical and research experience. Clinically, I perform blood draws, ECGs, various psychiatric and psychological assessments and obtain vital signs with the patients of the clinic. I have also been exposed to the less glamorous side of medicine and research: the writing and submitting of grants, obtaining IRB approval, keeping accurate and confidential patient charts, and the entering of data. However, I've realized that these less appealing tasks are important to the process of patient care, the development of new treatments, and a better understanding of the diseases that face the field of medicine today. My sincere desire to help these patients on the road to recovery and my fascination with the ever-changing science essential to patient care have further confirmed for me that I truly and whole-heartedly have the ability to make a valuable impact in the medical field.

I believe that my experience and success in medicine and my renewed passion for the field prove my capacity to thrive as a physician. The winding path I took until this point will give me a diversified perspective which will assist me in relating to my patients. Ultimately, because of my time away from medicine, I was able to realize that it is the one field that is able to satiate my inquisitive nature and further cultivate my desire to help people.

2

PENN SR - 012

Elizabeth Ann Black

7.  What do you enjoy doing in your spare time?

I truly value and enjoy my spare time and find it an essential component to maintain focus and dedication to my ultimate goals in life.

In the past, much of my free time was spent playing sports. I dedicated a great deal of energy and many hours to the Princeton Field Hockey team. That effort was rewarded with a trip to the Final Four, 3 Ivy League titles, First Team All Ivy honors, and Third Team All America honors. The awards and honors were an added bonus to the lasting friendships that I established with my fellow teammates and the many lessons that I learned about myself. Playing field hockey allowed me to recognize that I have the ability to physically push myself beyond what I thought was possible, to perform successfully and remain mentally strong in a pressure situation, to work with a group of people towards the same goal, and to enjoy working hard. Although my college hockey days have passed, I still remain active and play with a club team in New York City, Greenwich Field Hockey Club. After a year of playing and being awarded an MVP honor, I find myself appreciating the same things that I have enjoyed with countless other teams:  the camaraderie found with teammates and the gratification of working with others towards a common goal.

I also spend some of my free time volunteering with the Child Life program at Morgan Stanley's Children's Hospital at Columbia University. This program allows me to spend time with amazing children who are suffering from various diseases and disorders. Our time together is spent in the Child Life playrooms or, if the children are too sick to leave their rooms, playing in the patients' rooms. The program does an incredible job to bring the children away from the dreariness of the hospital and their illnesses. The children are really an inspiration, and I look forward to making them smile every Friday night.

Ultimately, I enjoy spending my time with my family and friends, who provide me with constant support and encouragement. I have the pleasure of being the only girl out of four children. Needless to say, I quickly discovered how to fend for myself in a game of monopoly or capture the flag. Along with our many games, my family also spends time together at our family dinners, going to movies or on our many vacations to the Dominican Republic. My friends have also been a steady pillar of support throughout my life. Whether they serve as a companion to a museum or provide a helping hand in a time of need, I constantly look to my friends for guidance and support and of course a good laugh.

Whether I spend my time with my friends and family, playing field hockey, or volunteering, I've come to realize that it's an integral part of my continued dedication and commitment to my goal of entering into the medical field.

5

PENN SR - 013

Elizabeth Ann Black

5. Describe an experience, event or person that has been important to you in your development. Please do not write an essay about why you want to enter the healthcare field. Any other topic will be acceptable.

Two Is Always Better Than One

I am usually described by many of the same types of defining characteristics as most people: tall, brown hair, blue eyes, smart, athletic, etc. However, I have always had one additional defining trait that not as many people can use to describe themselves: I have a twin brother, or as he likes to refer to himself, an older brother (please let the record state that he is just one minute older than me). His name is Andy, and I owe a great deal of who I've become today to him and his influences on me.

From an early age we were known as the outgoing and the shy twin; I was the shy one. Speaking to people other than Andy was something that I initially struggled with. Sometimes even my parents needed Andy to ask me simple questions like, "Did I want my apple juice now or later?" Andy was my protector; I looked to him for guidance and help—what to do on the first day of kindergarten, how to line up for the bus, where to sit in the lunchroom, and all of the other stressful decisions a child has to make. His outgoing demeanor, constant encouragement to speak my mind, and the comfort that his presence brought me allowed me to slowly break out of my shell, initially in the classroom and then on the athletic field. My social progress has advanced so much throughout the years that when I mention to new friends my shyness as a young girl, they often laugh in disbelief.

Once I grew comfortable in my surroundings in school, Andy took on a different form of inspiration. Not only did I want to make my parents proud with my performance in the classroom, but I also felt compelled to make Andy proud as well. Of course I'd be lying if I didn't say that there wasn't also a healthy bit of competition between the two of us—who did better on Mr. Walker's history test, who received First Team All Area honors for our respective sports, and who was most actively involved in the student body. Andy's presence spurred me to strive for success and challenge myself, and I hope that my presence in his life has served the same purpose.

Entering into yet another new stage in my life, the post-college time of career development, I find myself looking to Andy again. Andy still inspires and challenges me in the same way that he did in the past, but now I find myself trying to learn from his decisiveness and knowingness with respect to his career and his future. He made the choice in college to major in accounting, and now he is embracing that decision with a job at Deloitte. He instinctively chose a career that he knew would make him happy, and he was not afraid to commit to that decision with vigor and passion. It is exactly that active decision making process that I hope to take from my brother and employ in my life. I've learned from his example, once again: I am ready to pursue a career in medicine with enthusiasm and dedication.

3

PENN SR - 014

Elizabeth Ann Black

6.  If you believe your transcripts and other records do not present an accurate picture of your ability, please explain.

I do not believe that my college transcript accurately reflects my ability to perform in a challenging academic setting.  Upon entering Princeton, I was immediately advised to jump into completing my medical school requirements.  Not only was I taking a rigorous course load, but I was also faced with adjusting to the physical, mental and time demands of college athletics.  As a Division I field hockey player, I spent countless hours on the field practicing, off the field training and traveling to various locations to play opponents.  My ability to balance academics, athletics, and the other distractions of a college campus improved with time.  When I graduated I was more mature, realizing what was important to me, and better able to balance the numerous aspects of school life.  And now, as I have continued that process through two years of work experience, I believe I am ready and committed to focusing on my schoolwork and my ultimate goal of becoming a physician.

PENN SR - 015

Elizabeth Ann Black

8.   Is there other information about yourself that you consider important that has not been covered in the previous questions?

PENN SR - 016

Elizabeth Ann Black

9.   Please list the college-level science courses you have completed, noting grades earned. (Special Science Program applicants may attach a copy of their AMCAS application if available.)

College-level science courses
| | |
|---|---|
| General Chemistry I | B+ |
| General Chemistry II | B |
| The Biology of Organisms | C+ |
| Introduction to Cellular and Molecular Biology | C- |
| Organic Chemistry I – Biological Basis | C |
| Multivariable Calculus | B- |

PENN SR - 017

THE BORDER OF THIS DOCUMENT IS PRINTED IN ORANGE INK

TRANSCRIPT EXPLANATION PRINTED ON REVERSE SIDE

# PRINCETON UNIVERSITY

ELIZABETH ANN BLACK entered Princeton as a Freshman on 09/13/01.
Received AB degree concentrating in the Department of History on 05/31/05.  This transcript prepared on 02/27/07.

## Fall Term 2001-2002 (Freshman)

| | | Course | Grd | Hrs |
|---|---|---|---|---|
| CHM | 201 | General Chemistry I | B+ | 4.0 |
| MAT | 103 | Calculus | B- | 4.0 |
| SPA | 105 | Intermediate Spanish | A- | 4.0 |
| WRI | 124 | Writing Seminar | B | 4.0 |

## Spring Term 2001-2002 (Freshman)

| | | Course | Grd | Hrs |
|---|---|---|---|---|
| ART | 101 | Introduction to the History of Art | A | 4.0 |
| CHM | 202 | General Chemistry II | B | 4.0 |
| FRS | 114 | Art Motive in Modern Photography | B+ | 4.0 |
| MAT | 104 | Calculus | B+ | 4.0 |
| SPA | 108 | Advanced Spanish | A- | 4.0 |

## Fall Term 2002-2003 (Sophomore)

| | | Course | Grd | Hrs |
|---|---|---|---|---|
| CHM | 303 | Organic Chm I f Biological Emphasis | C+ | 4.0 |
| EEB | 311 | Biology f Organisms | C- | 4.0 |
| PSY | 252 | Social Psychology | D | 4.0 |

## Spring Term 2002-2003 (Sophomore)

| | | Course | Grd | Hrs |
|---|---|---|---|---|
| HIS | 280 | Approaches to American History | B+ | 4.0 |
| HIS | 304 | Modern Latin America since 1810 | B | 4.0 |
| MOL | 214 | Intro to Cellular & Molecular Biology | C- | 4.0 |
| POL | 367 | Latin American Politics | B+ | 4.0 |

## Fall Term 2003-2004 (Junior)

| | | Course | Grd | Hrs |
|---|---|---|---|---|
| ANT | 335 | Medical Anthropology | B- | 4.0 |
| HIS | 303 | Colonial Latin America to 1810 | B+ | 4.0 |
| HIS | 400 | Junior Seminar | B | 4.0 |
| SPA | 222 | Intr Span-Amer Culture:Discovery-Present | B | 4.0 |
| HIS | | Junior Independent Work | B+ | 4.0 |

## Spring Term 2003-2004 (Junior)

| | | Course | Grd | Hrs |
|---|---|---|---|---|
| HIS | 350 | The History Of France 1685-1800 | B+ | 4.0 |
| HIS | 376 | The American Civil War & Reconstruction | A- | 4.0 |
| HIS | 398 | Modern Argentina | B | 4.0 |
| POL | 392 | American Foreign Policy | D | 4.0 |
| HIS | | Junior Independent Work | A- | 4.0 |

## Fall Term 2004-2005 (Senior)

| | | Course | Grd | Hrs |
|---|---|---|---|---|
| AAS | 391 | Race, Class & Intelligence in America | B+ | 4.0 |
| CLA | 212 | Classical Mythology | P | 4.0 |
| HIS | 380 | The United States and World Affairs | B- | 4.0 |
| HIS | 389 | American Cultural History since 1876 | B | 4.0 |

## Spring Term 2004-2005 (Senior)

| | | Course | Grd | Hrs |
|---|---|---|---|---|
| ECO | 100 | Introduction to Microeconomics | B+ | 4.0 |
| HUM | 447 | Human Rights: A Media Perspective | A | 4.0 |
| HIS | | Senior Departmental Exam | .a | |
| HIS | | Senior Thesis | B | |

REMARKS:
Granted 1 Unit of Advanced Placement in Mathematics
Received the Latin American Studies Certificate at Graduation

End of transcript

University of Pennsylvania
College of ...

MAR 0 5 2007

Pennsylvania University, Admissions      RE
College of General Studies
3440 Market Street, Suite 100
Philadelphia, PA 19104-3335
US

THIS OFFICIAL TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

THE WORDS "UNOFFICIAL COPY" APPEAR WHEN PHOTOCOPIED

# ARCADIA
## UNIVERSITY

450 S. EASTON ROAD
GLENSIDE, PA 19038-3295

FEB 28 2007
COLLEGE OF GENERAL STUDIES

**TRANSCRIPT for STUDY ABROAD**
Transcript date:

SEP 09 2003

Student Name:   Black, Elizabeth A
Student ID:
Date of Birth:
Home Institution: Princeton Univ

Study Period:     Summer 2003
Program Abroad: Mexico
    Universidad Panamericana

| Dept/Code | Course Title | Credit | Grade |
|---|---|---|---|
| Summer Program | | | |
| SPN301 | Advanced Spanish I | 3 | A- |
| LIT404 | Mexican Culture and Literature | 2 | A- |

---------------------------End of Transcript---------------------------

Not valid as an Official Transcript without seal of University.

Elizabeth A Black
1019 Evans Rd
Gwynedd Valley, PA  19437

William S. Elnick, Registrar

In compliance with the Family Rights and Privacy Act of 1974, the information contained on this transcript is released on the condition that the recipient will not permit any other party to have access to such information without the written consent of the student.

THIS MULTITONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS LEFT, RIGHT, AND BOTTOM. THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING DOCUMENT.

```
Date:  6/25/2001     WISSAHICKON HIGH SCHOOL TRANSCRIPT        Page:  1 of  2
```

Name: BLACK ELIZABETH ANN
Sex:  F  DOB:  ████████  SS# ████████

WISSAHICKON HIGH SCHOOL
521 HOUSTON ROAD

Parent:   MR & MRS WILLIAM BLACK
Address:  1019 EVANS RD
          PO BOX 234
          GWYNEDD VALLEY     PA  19437

AMBLER              PA  19002

Phone:  215-591-8400

Phone:   215-646-3251

CEEB School Code: 390065

Anticipated Graduation:  6/2001
Graduated? YES

University of Pennsylvania   MAR 1 3 2007   Office of Student Studies

---

## ACADEMIC HISTORY

### Grade 09     Year 1997-1998

| Course | Grade | Credit |
|---|---|---|
| MAJOR AMER WRITERS H | A | .500 |
| MAJOR AMER WRITERS H | A | .500 |
| WESTERN CULTURE I H | A | .500 |
| WESTERN CULTURE II H | A | .500 |
| GEOMETRY H | A | .500 |
| GEOMETRY 12 H | A | .500 |
| PHYSICAL SCIENCE H | B | .500 |
| PHYS SCIENCE 12 H | A | .500 |
| SPANISH 21 H | A | .500 |
| SPANISH 22 H | A | .500 |
| TYPEWRITING 1 | A | .500 |
| WORD PROCESSING | A | .500 |
| 9TH GRADE HEALTH | A | .250 |
| 9TH GRADE HEALTH 12 | A | .250 |
| PHYSICAL EDUCATION | A | .125 |
| PHYSICAL EDUCATION | A | .125 |

      Credits Earned        6.750

Cum. GPA  3.926 Rank   16/ 344
Absent

### Grade 10     Year 1998-1999

| Course | Grade | Credit |
|---|---|---|
| WORLD LITERATURE H | A | .500 |
| WORLD LITERATURE H | A | .500 |
| GLOBAL STUDIES I H | A | .500 |
| GLOBAL STUDIES II H | A | .500 |
| ALGEBRA 21 H | A | .500 |
| ALG 22/TRIG H | A | .500 |
| BIOLOGY 11 H | A | .500 |
| BIOLOGY 12 H | A | .500 |
| SPANISH 31 H | A | .500 |
| SPANISH 32 H | A | .500 |
| DESKTOP PUBLISHING | A | .500 |
| COMPUTER GRAPHICS | A | .500 |
| RECREATIONAL ACT | A | .125 |
| RECREATIONAL ACT | A | .125 |

      Credits Earned        6.250

Cum. GPA  3.962 Rank    9/ 332
Absent       1.5

### Grade 11     Year 1999-2000

| Course | Grade | Credit |
|---|---|---|
| MAJ BRIT WRITERS H | A | .500 |
| MAJ BRIT WRTS H | A | .500 |
| AMER POLI SCI H | A | .500 |
| MOD AMER HIST H | A | .500 |
| PRE-CALC 11 H | A | .500 |
| PRE-CALC 12 H | A | .500 |
| CHEMISTRY 11 H | A | .500 |
| CHEMISTRY 12 H | A | .500 |
| SPORTS MEDICINE CP | A | .500 |
| SPANISH 41 H | A | .500 |
| SPANISH 42 H | A | .500 |
| 11TH GRADE HEALTH | A | .500 |
| RECREATIONAL ACT | A | .125 |
| RECREATIONAL ACT | A | .125 |

      Credits Earned        6.250

Cum. GPA  3.974 Rank    6/ 317
Absent       3.0

### Grade 12     Year 2000-2001

| Course | Grade | Credit |
|---|---|---|
| AP ENGLISH H | B | .500 |
| AP ENGLISH  H | A | .500 |
| ECONOMICS H | A | .500 |
| AP CALC 11 H | A | .500 |
| AP CALC 12 H | B | .500 |
| PHYSICS 11 CP | A | .500 |
| PHYSICS 12 CP | A | .500 |
| SPANISH 51 H | A | .500 |
| SPANISH 52 H | A | .500 |
| PHOTOGRAPHY I | A | .500 |
| PHOTOGRAPHY II | A | .500 |
| CERAMICS | A | .500 |
| GRAD PROJ SEMINAR | P | |
| RECREATIONAL ACT | A | .125 |
| RECREATIONAL ACT | A | .125 |

      Credits Earned        6.250

Cum. GPA  3.941 Rank    9/ 295
Absent       6.0

---

## ACADEMIC SUMMARY

| Category | ENGLISH | SOC ST | MATH | SCIENCE | FOR LANG | BUS ED | IND ARTS |
|---|---|---|---|---|---|---|---|
| Credits | 4.000 | 3.500 | 4.000 | 4.500 | 4.000 | 1.500 | 1.000 |

| Category | HOME EC | FINE ART | HEALTH | PHYS ED | VOTECH | Elective | TOTAL |
|---|---|---|---|---|---|---|---|
| Credits | | 1.000 | 1.000 | 1.000 | | | 25.500 |

PENN SR - 021

```
Date:  6/25/2001     WISSAHICKON HIGH SCHOOL TRANSCRIPT     Page:  2 of 2
```

```
Name: BLACK ELIZABETH ANN                  WISSAHICKON HIGH SCHOOL
Sex:  F  DOB:  ██████████  SS# ██████████  521 HOUSTON ROAD

Parent:  MR & MRS WILLIAM BLACK            AMBLER             PA  19002
Address: 1019 EVANS RD
         PO BOX 234                        Phone: 215-591-8400
         GWYNEDD VALLEY      PA  19437

Phone:  215-646-3251                       CEEB School Code: 390065

Anticipated Graduation:  6/2001
Graduated? YES
```

## STUDENT ACTIVITIES, HONORS AND AWARDS

| Name | 97-98 | 98-99 | 99-00 | 00-01 |
|------|-------|-------|-------|-------|
| ALL LEAGUE HOCKEY | X | X | X | 1ST |
| HONOR SOCIETY | | | X | |
| KEY CLUB | X | X | X | X |
| STDNT COUNCIL REP | | X | X | |
| VARSITY CLUB | X | X | X | X |
| PEER EDUCATORS | | X | X | |
| ALL AMERICAN HOCKEY | | | 2ND | X |
| WHO'S WHO PA LANGUAG | | | X | |
| 9TH BASKETBALL | X | | | |
| JV BASKETBALL | | X | | |
| VARSITY FIELD HOCKEY | X | X | X | CAPT |
| ALL LEAGUE LACROSSE | X | | X | |
| VARSITY LACROSSE | X | | X | |
| VARSITY WINTER TRACK | | | X | |
| HORTICULTURE CLUB | | X | X | |
| JR CLASS COMMITTEE | | | X | |
| JR CLASS OFFICER | | | VP | |
| STDNT COUNCIL SENATE | X | | X | |
| STDNT COUNCIL OFFICR | | | | X |
| HEALTH CAREERS CLUB | X | X | X | X |
| PERFECT ATTENDANCE | 4/4 | 2/3 | 3/4 | 3/4 |
| DIST SCHOLARSHIP | 4/4 | 4/4 | 4/4 | |
| PJAS STATE COMPETITN | | X | | |
| PJAS REG COMPETITION | 2nd | X | | |
| ART CMP GRPHICS AWRD | | INTRO | | |
| SUB I SCHOLAR/ATHLET | X | X | X | HOCKY |

```
SCHOOL OFFICIALS

School Principal:   ROBERT A. ANDERSON

Person to Contact: _____    Title: SCHOOL COUNSELOR

Signature of
Certifying Official: _____   Title: _____

                                        Date: _____
```

WISSAHICKON HIGH SCHOOL

Standardized Test Results

LAST
BLACK

FIRST
ELIZABETII

M.I.
A

TEST DATE
APR00

GRADE
11

SAT I – V
640

SAT I – M
610

SAT Program
The College Board
Scores on Recentered Scale

LAST
BLACK

FIRST
ELIZABETH

M.I.
A

TEST DATE
MAY00

GRADE
11

SAT I – V
610

SAT I – M
630

SAT Program
The College Board
Scores on Recentered Scale

LAST
BLACK

FIRST
ELIZABETH

M.I.
A

TEST DATE
JUN00

GRADE
11

SAT II 1
Total Score
WR470

SAT II Subscore
Multiple Choice
50

SAT II Subscore
Writing Sample
46

SAT Program
The College Board
Scores on Recentered Scale

SAT II 2
1C610

SAT II 3

LAST
BLACK

FIRST
ELIZABETH

M.I.
A

TEST DATE
OCT00

GRADE
12

SAT I – V
650

SAT I – M
610

SAT Program
The College Board
Scores on Recentered Scale

LAST
BLACK

FIRST
ELIZABETH

M.I.
A

TEST DATE
NOV00

GRADE
12

SAT II 1
Total Score
WR530

SAT II Subscore
Multiple Choice
60

SAT II Subscore
Writing Sample
42

SAT Program
The College Board
Scores on Recentered Scale

SAT II 2
LR540

SAT II 3
1C530

LAST
BLACK

FIRST
ELIZABETH

M.I.
A

TEST DATE
DEC00

GRADE
12

SAT II 1
SP540

SAT II 2

SAT II 3

SAT Program
The College Board
Scores on Recentered Scale

# WISSAHICKON HIGH SCHOOL

**521 Houston Road, Ambler, PA 19002**   website:http://whs.wsdweb.org

### Profile 2006-2007

**Phone: (215) 619-8112     Fax: (215) 619-8174**     **CEEB Code: 390-065**

Superintendent: Dr. Stanley J. Durtan
Assistant Superintendent: Mrs. Judith Clark
Principal: Mr. William C. Hayes
Assistant Principal: Mr. Thomas Speakman
Assistant Principal: Mrs. Susan Incorvia
Assistant Principal: Mr. James Cairnes

Counselors: Ms. Maria Salvucci   A-C
            Mrs. Rachel Reavy    D-H
            Ms. Diana Jones      I-Mc
            Ms. Judy Giuliano    Mc-Sa
            Ms. Angie Ganser     Sb-Z



Wissahickon High School is located 22 miles north of Philadelphia, in Montgomery County. The Wissahickon School District has a population of 32,260 and has approximately 4525 students enrolled. The district encompasses Ambler Borough, Lower Gwynedd Township, Whitpain Township and an area of 25 square miles. Wissahickon School District is primarily a diverse social, ethnic and economic residential community.

## SPECIAL PROGRAMS

The curriculum at Wissahickon High School is comprised of yearlong and semester courses.

### HONORS COURSES

English, Mathematics, Science, World Language, (Spanish, French, German, Japanese) Social Studies, Business and Fine Arts. All honors courses are designated on the transcript by "H".

### ADVANCED PLACEMENT COURSES

Biology, Chemistry, Physics B, Computer Science Calculus AB and BC, Statistics, English, Economics European History, and American. History. All AP courses are designated on the transcript with "AP."

### SOCIAL LAB

The Social Lab program has two components: The Social Humanities class and the out of school Internship. This class is a yearlong, double period course that meets the requirements of Senior English, Political Science and Economics. The Internship portion of the program allows students to choose individual community placement.

### GENERAL INFORMATION
Grades 9-12
Enrollment: 1543
Graduating Class: 347
Teaching Faculty: 105
Type of School: Public
Class Periods: 42 minutes

### CONTINUING EDUCATION
For the Class of 2006 approximately 94% of Wissahickon High School graduates continue a program of higher education. Approximately 80% enrolled in 4-year colleges and 14% enrolled in 2-year colleges.

### CLASS RANK

Class rank, if reported, will appear as a percentile. Bonus points will be added to the unweighted GPA according to the following: .075 bonus points for honors courses per .5 credit and .3 bonus points for AP courses. This weighted factor is not in effect for 9th grade.
**For the Class of 2007, reporting class rank is optional.**
GPA is unweighted for all students.

PENN SR - 024

**The College Board SAT**

Score Report of:
Last Name: BLACK
First Name: ELIZABETH

Sex: F    DOB:
Social Security No.

## SAT I: Reasoning Test Scores

| Test Date | Grd Level | Verbal | Math |
|---|---|---|---|
| OCT00 | 12 | R 650 | R 610 |
| MAY00 | 11 | R 610 | R 630 |
| APR00 | 11 | R 640 | R 610 |

R = RECENTERED SCORE

## SAT II: Subject Test Scores

| Test Date | Grd Level | Test 1 | Subscores MC Listen | Reed | Write Usage | Test 2 | Test 3 |
|---|---|---|---|---|---|---|---|
| DEC00 | 12 | SP R540 | | | | LR R540 | 1C R530 |
| NOV00 | 12 | WR R530 | 60 | 42 | | 1C R610 |  |
| JUN00 | 11 | WR R470 | 50 | 46 | | | |

### SAT II Subject Test Codes

AH = American History/Social Studies
BY = Biology
CH = Chemistry
CI = Chinese w/Listening
EB = Eco Biology
EP = English Lang Prof
FL = French w/Listening
FR = French
GL = German w/Listening
GM = German
IT = Italian
JL = Japanese w/Listening
KL = Korean w/Listening
LR = Literature
LT = Latin
ML = Math Level I
1C = Math Level IC
2C = Math Level IIc
MB = Mol Biology
MH = Modern Hebrew
PH = Physics
SL = Spanish w/Listening
SP = Spanish
UH = US History
WH = World History
WR = Writing

Recipients:

ELIZABETH   A  BLACK
1019 EVANS RD
GWYNEDD VALLEY    PA  19437

University of Pennsylvania

APR 02 2007

Office of Undergraduate Admissions



PENN SR - 025

262 W. 24th Streeet
Apt. 3D
New York, NY 10011

UNIVERSITY OF PENNSYLVANIA

MAR 2 6 2007

COLLEGE OF GENERAL STUDIES

University of Pennsylvania
Admissions Office
College of General Studies
3440 Market Street, Suite 100
Philadelphia, PA 19140-3335

March 21, 2007

To Whom It May Concern:

Enclosed please find an updated resume to be included with my application to the Post-
Baccalaureate Pre-Health (Special Sciences) Program.  Thank you in advance for your
attention to this matter.

Best regards,

Elizabeth A. Black

(SS)

—Pending

file has been
outcarded to you

PENN SR - 028

# ELIZABETH A. BLACK

262 W 24th Street, Apt. 3D • New York, NY 10011 • (609) 306-8808 • elizabeth.a.black@gmail.com

---

**EDUCATION**
2001- 2005     **PRINCETON UNIVERSITY**, Princeton, NJ
Bachelor of Arts in History
Minor - Latin American Studies
Senior Thesis Topic: The Impact of Social Movements on the Demise of the Argentine Military Regime
from 1976 to 1983

Summer 2003     **UNIVERSIDAD PAN AMERICANA**, Guadalajara, Mexico

**EXPERIENCE**

August 2006-     **NEW YORK STATE PSYCHIATRIC INSTITUTE/COLUMBIA UNIVERSITY**
Present     **Research Assistant**
- Poster/Presentation: Walsh BT, Mayer LS, Klein D, Black EA; Body Composition, Motivation to Exercise and Treatment Outcome in Weight-Restored Women with Anorexia Nervosa; International Conference on Eating Disorders hosted by the Academy for Eating Disorders, Baltimore, MD, 5/07
- Coordinate research studies involving patients with anorexia nervosa, bulimia nervosa, binge eating disorder and obesity
- Responsible for subject recruitment and screening for research studies
- Manage and input research data
- Administer research assessments, blood draws and ECGs to patients
- Assist with grant and manuscript preparation

October 2005-     **SHEARMAN & STERLING LLP**, New York, NY
Present     **Legal Assistant**
- Work closely with Real Estate/Property Group Partners and Associates on commercial real estate transactions
- Evaluate, review, draft, revise and organize legal documents, surveys, title policies and general files in connection to financings, construction loans, credit facilities, sales and various other real estate deals
- Interact with and assist clients during transactions
- Conduct environmental research in connection to real estate transactions

Summer 2004     **CBS TELEVISION**, New York, NY
**Intern**
- Worked for the Vice President of Affiliate Relations, Rhonda Troutman, and very closely with other executives
- Reviewed and evaluated legal contracts and new amendments for UPN and CBS affiliate stations
- Compiled information packets for newly established CBS digital stations
- Gathered information and assembled pamphlets for regional directors
- Conducted market research on fall clearances of affiliate sales

Summer 2002     **PENNSYLVANIA ONCOLOGY HEMOTOLOGY ASSOCIATES**, Philadelphia, PA
**Office Intern**
- Collected data and researched patient files for medical presentation on the effective treatments of sarcomas for Dr. Arthur P. Staddon
- Created Power Point presentations to document the findings of the sarcoma study
- Attended patient rounds and medical conferences, Pennsylvania Hospital

**ACTIVITIES**     Volunteer at New York-Presbyterian Columbia Hospital: Child Life Program: 2007-present
Medical Mission Trip Volunteer, Buen Samaritano Hospital, La Romana, Dominican Republic: March 2007
Volunteered at The Mid Atlantic Equine Center, New Jersey: foal sitting
Integral Member of Ivy League Champion Field Hockey Team: 2001, 2002, 2003, 2004
Selected to The NCAA Division I All American Field Hockey Team: 2002, 2003
Chosen to the All Conference Ivy League Field Hockey Team: 2002, 2003, 2004
Member of The University Cottage Club, Princeton University

**INTERESTS**     Proficient in Spanish; spent 15 summers living in La Romana, Dominican Republic
**AND**     Adept with MS Word, Excel, and Power Point
**SKILLS**     Licensed Notary Public



College of Liberal and Professional Studies
3440 Market Street, Suite 100
Philadelphia, PA 19104-3335
Tel 215.898.7326   Fax 215.573.2053
lps@sas.upenn.edu
www.sas.upenn.edu/lps

April 23, 2010

Applicant: Elizabeth Black
AAMC ID#:   12849523

Dear Admissions Committee:

Elizabeth Black is a superb student and a conscientious, dedicated, thoughtful and determined young woman. Elizabeth is friendly and dedicated, compassionate and driven. A former varsity field hockey player, she is currently applying her passion and drive in pursuit of a career in medicine. She has attained substantial clinical and research experience at Columbia University and NY Presbyterian Hospitals and is currently working with International Family Aids Program in the Dominican Republic. We recommend Elizabeth Black with great enthusiasm.

Elizabeth (Lizzie) Black is a 2005 graduate of Princeton University with a Bachelor of Arts degree in History.  Her cumulative GPA was 3.1. Lizzie was a starting member on Princeton's Varsity Field Hockey Team for all four years and all All-American for two years, and was chosen All Conference for three years. Beth Bozman, who was Lizzie's Head Field Hockey Coach at Princeton, said "The commitment, drive, focus and longevity needed to achieve this degree of success at the highest level in the country are rare. They are no doubt qualities that are also imperative in medical school."

Upon graduation, Lizzie spent two years in the workforce as a Research Associate for Columbia University in New York City.  She gained valuable clinical experience, doing first line vital signs, drawing blood samples and taking family histories. Lizzie was lauded for her ability to rise to the occasion in terms of her professional demeanor,

PENN SR - 031

interactions and competency with patient and health care providers. While working full time, Elizabeth also found time to volunteer at the Child Life Program at NY Presbyterian Hospital on evenings and weekends.

In 2007, she enrolled in the Post-Baccalaureate Pre-Health Program at the University of Pennsylvania. She has earned an outstanding 3.79 cumulative sGPA in our rigorous program at Penn. In addition to her coursework, she maintained part time research and volunteer positions.

Elizabeth Black was born and raised in a suburb of Philadelphia and credits her interest in medicine early in life to her Grandfather who practiced OB/GYN and to her mother and grandmother who were both nurses. Lizzie recognized her passion and managed to obtain first-hand exposure to the healthcare field when she took a volunteer position during her summers in an oncology hematology private practice as an intern where she observed physicians with their critically ill patients. She witnessed a patient undergo surgery to remove cancer from her face and neck. This exposure crystallized her sincere desire and enthusiasm to be directly involved in the medical care of others.

Lizzie has an innate desire to contribute to and enhance the world in which she lives, as demonstrated by her selfless participation in a volunteer medical mission trip in March 2007 at Buen Samaritano Hospital in La Romana, Dominican Republic. She attributes her service ethic to the influences inspired by her family's commitment to service and the well being of others. Spending formative summers in the Dominican Republic has enhanced her fervor and dedication of service to others and aid the underprivileged. Lizzie has been volunteering at the International Family Aids Program in the Dominican Republic. The Executive Director of the program, Dr. F Juan Carazas has been most impressed with Lizzie in his work with her at the clinic. Dr. Carazas stated "Having devoted my life to international medicine in developing countries around the world, I have worked with many bright, energetic young people embarking on a path of public service. Elizabeth stands out for many reasons. However her integrity, compassion and drive reflect a unique personal style that I am confident will enable her to make a significant contribution to solving some of the most intractable medical problems that blight our world."

Elizabeth Black is intelligent, has outstanding interpersonal skills, works well with others and will be a vibrant asset to any medical school. In her testimony to Elizabeth's character, Dr.Kieran Dilks, who taught Lizzie in her Introductory Lecture and Laboratory Biology class writes: "With a rare combination of maturity, leadership, intelligence, perseverance and social grace, Ms. Black stood out from the others in the class, as she heavily participated in, and initiated, class discussions and exhibited a deep understanding of the material. She also displayed curiosity and intellect by asking questions and material covered in class that went beyond the required knowledge for exams. In laboratory sessions, Ms. Black demonstrated grace and diligence as she rapidly performed dissections and successfully identified virtually all organs and structures upon assessment." Equally enthusiastic, Drs. Evelyn Attia and B. Timothy Walsh, who supervised Elizabeth's clinical research at the Eating Disorders Research Unit of the Columbia University Medical Center, acknowledged that: "Lizzie was a pleasure to have

as a part of our team. She is energetic and outgoing and helped our research division maintain high spirits and good humor. She has a mature and thoughtful presence that we enjoyed during the year she spent with us and that we know will make her a wonderful physician."

Elizabeth has worked admirably to enhance her academic pedigree by achieving a 3.79 sGPA in our program. She is a natural leader, has an outstanding work ethic, and is mature, focused and compassionate.  She is articulated, has a passion for medicine and is dedicated to service. She will make an excellence physician. We recommend Elizabeth Black with great enthusiasm.

Sincerely,

Dr. David Bieber
M.A
Director of Programs in Natural Sciences
University of Pennsylvania
(215) 573-4395

Cynthia A.  Sprague, Ed.M.,

Pre-Health Programs Adviser

Post-Baccalaureate Pre-Health Program
Victoria C. Ukachukwu, Ph.D., Director

June 29, 2009

### PRE-HEALTH COMMITTEE EVALUATION

**Applicant:**          **Elizabeth Black**
**AAMC ID#:**

Dear Admissions Committee:

We are pleased to recommend Ms. Elizabeth Black as an **excellent candidate** for admission to your 2010 entering class. Elizabeth recently completed her studies as a member of the Post-Baccalaureate Pre-Health Program at the University of Pennsylvania. She has demonstrated the intellect, motivation, and personal qualities essential for success in medical school.

Elizabeth Black is a 2005 graduate of Princeton University with a Bachelor's degree in History and a cumulative GPA of 3.1. Upon graduation, Elizabeth spent two years in the workforce as a Research Associate for Columbia University in New York City, working in their Eating Disorder Clinic where she was actively involved in patient contact, doing first line vital signs, drawing blood and taking a family history. Elizabeth was lauded for her ability to rise to the occasion in terms of her professional demeanor, interactions and competency with patients and health care providers. While working full time Elizabeth found time to volunteer at the Child Life Program at NY Presbyterian Hospital on evenings and weekends.

In 2007, she enrolled in the Post-Baccalaureate Pre-Health Program at Penn. It is noteworthy that Elizabeth did not experience a difficult transition to a full-time load of science courses, while working, after not having studied science formally for nearly 3 years. She has earned an outstanding 3.79 cumulative SGPA in 33 credit hours, in our rigorous program at Penn. In addition to her coursework, she has maintained a part time research position and continues to volunteer. Her first attempt at the Medical College Admissions Test (MCAT) in April 2009 was inconsistent with her academic performance in our program and she plans to retake the test in August.

A talented and dedicated student, and a competitive athlete, Elizabeth was a starting player on the Princeton University Varsity Women's Division 1 Field Hockey Team for four years and an All-American for two years, and chosen All Conference for three.

PENN SR - 034

Elizabeth Black was born and raised in a suburb of Philadelphia and credits her interest in medicine early in life by her Grandfather who practiced OB/GYN and by her mother and grandmother who were both Nurses. Elizabeth recognized her passion and managed to obtained first-hand exposure to the healthcare field when she took a volunteer position during summers in an oncology hematology private practice as an intern where she observed physicians with their critically ill patients. She witnessed a patient undergo surgery to remove cancer from her face and neck.  This exposure crystallized her sincere desire and enthusiasm to be directly involved in the medical care of others.

Her commitment to volunteer work accompanied by her fundamental values also led her to contribute time to the Universidad Pan Americana where she spent the summer of 2003 researching for her senior thesis, *"The Impact of Social Movements on the Demise of the Argentine Military Regime from 1976 to 1983"*. Spending formative summers in the Dominican Republic has enhanced her fervor and dedication of service to others and aide the underprivileged.

Elizabeth has an innate desire to contribute to and enhance the world she lives in, as she demonstrated by her selfless participation in a medical mission trip as a volunteer in March of 2007 at Buen Samaritano Hospital in La Romana, Dominican Republic. We talked extensively about her involvement and her. She credits the influences inspired by her family's commitment to service and the well being of others.

Elizabeth Black intelligent, has outstanding interpersonal skills, works well with others and will be a vibrant asset to any prestigious medical school. In her testimony to Elizabeth's character, Dr. Kiera Dilks who taught Elizabeth in her Introductory Lecture and Laboratory Biology class writes:

*"With a rare combination of maturity, leadership, intelligence, perseverance, and social grace, Ms. Black stood out from others in the class, as she heavily participated in, and initiated, class discussion exhibited a deep understanding of the material. She also displayed curiosity and intellect by asking questions and material covered in class that went beyond the required knowledge for exams. In laboratory sessions, Ms. Black demonstrated grace and diligence, as she rapidly performed dissections and successfully identified virtually all organs and structures upon assessment."*

Equally enthusiastic, Drs. Evelyn Attia and B. Timothy Walsh who supervised Elizabeth's clinical research at the Eating Disorders Research Unit of the Columbia University Medical Center acknowledged that:

*"Lizzie was a pleasure to have as part of our team. She is energetic and outgoing and helped our research division maintain high spirits and good humor. She has a mature and thoughtful presence that we enjoyed during the year she spent with us and that we know will make her a wonderful physician."*

Elizabeth has worked admirably to enhance her academic pedigree achieving a 3.79 SGPA in our rigorous program, has an outstanding work ethic, is mature and compassionate, and has a passion for medicine and a dedication to service. We believe that she will succeed in medical school and become a superb physician. As the Director of the Post-Baccalaureate Pre-Health Program at Penn, I am pleased to recommend her as an **excellent candidate** for admission to medical school. She is among 25% Penn's Post-Baccalaureate Pre-Health applicants this year who received this ranking.

Sincerely

Victoria C. Ukachukwu, Ph.D.
Chair, Pre-Health Committee &
Director, Post-Baccalaureate Pre-Health Program
University of Pennsylvania



July 1, 2008

**Applicant: Elizabeth Black**

Dear Admissions Committee:

As the Director of the Health Professions Program at the University of Pennsylvania, I am writing this recommendation in strong support of the candidacy of Elizabeth Black for linkage to Jefferson Medical College, the 2009 entering class. Elizabeth is a student in the Post-Baccalaureate Pre-Health program at the University of Pennsylvania who has achieved a laudable SGPA of 3.74 in 27 credit hours.

Elizabeth Black is a 2005 graduate of Princeton University with a Bachelor's degree in History and a cumulative GPA of 3.1.  She has maintained an outstanding SGPA of 3.74 during her post-baccalaureate studies in 27 credit hours.

One of the most talented and dedicated students in our Post-Baccalaureate program and a competitive athlete, Elizabeth was a starting player on the Princeton University Varsity Women's Division 1 Field Hockey Team for four years and an All-American for two years, and chosen All Conference for three.  Elizabeth Black was born and raised in a suburb of Philadelphia and credits her interest in medicine early in life by her Grandfather who practiced OB/GYN and by her mother and grandmother who were both Nurses.  Elizabeth recognized her passion and managed to obtained first-hand exposure to the healthcare field when she took a volunteer position during summers in an oncology hematology private practice as an intern where she observed physicians with their critically ill patients. She witnessed a patient undergo surgery to remove cancer from her face and neck.  This exposure crystallized her sincere desire and enthusiasm to be directly implicated in the medical care of others.

Her commitment to volunteer work accompanied by her fundamental values also led her to contribute time to the Universidad Pan Americana where she spent the summer of 2003 researching for her senior thesis, "*The Impact of Social Movements on the Demise of the Argentine Military Regime from 1976 to 1983*". Spending formative summers in the Dominican Republic has enhanced her fervor and dedication of service to others and aide the underprivileged.

Elizabeth has an innate desire to contribute to and enhance the world she lives in, as she demonstrated by her selfless participation when she participated as a medical mission trip volunteer in March of 2007 at Buen Samaritano Hospital in La Romana, Dominican Republic. We talked extensively about her involvement and her commitment

to service and the well being of others.   She credits the influences inspired by her family's desire to do the same.

Upon graduation, Elizabeth spent two years in the workforce as a Research Associate for Columbia University in New York City, working in their Eating Disorder Clinic where she was actively involved in patient contact, doing first line vital signs, drawing blood and taking a family history.   Elizabeth was lauded for her ability to rise to the occasion in terms of her professional demeanor, interactions and competency with patients and health care providers.  While working full time Elizabeth found time to volunteer at the Child Life Program at NY Presbyterian Hospital on evenings and week-ends.

On her matriculation into our Post-Baccalaureate program in the summer of 2007, Elizabeth did not experience the difficult transition many students encounter to a full-time load of science courses, while working, after not having studied science formally for nearly 3 years. She has earned an outstanding 3.8 cumulative SGPA in the suite of upper level science courses, 21 credit hours, in our rigorous program at Penn. In addition to her coursework, she has maintained a part time research position and continues to volunteer.

Elizabeth Black is ready for medical school in every sense. She has outstanding interpersonal skills, works well with others and will be a vibrant asset to any prestigious medical school. She has worked admirable to enhance her academic pedigree achieving a 3.74 in our rigorous program, has an outstanding work ethic, is mature and compassionate, and has a passion for medicine and a dedication to service. We are proud to highly recommend Elizabeth Black for your consideration, as she will undoubtedly enjoy tremendous success in medical school and be a superb physician.

Sincerely,

Grace M. Hershman, M.Ed.
Director, Pre-Health Programs
University of Pennsylvania

### 07 Interview Meeting Record

**PB Student**
**Interview: Elizabeth Black**
**April 11, 2007**

I interviewed **Elizabeth Black** today, via phone, for admission into the Pre-Health Post bac program Summer '07. **Elizabeth Black** currently works as a research associate for Columbia university Eating Disorder clinic, actively involved in patient contact, doing 1st line vital signs, draws blood and takes family history. **Elizabeth Black** graduated Princeton with a BA in History May '05. Her grades at Princeton, Cum 3.1, She has sat's of 1260.

**Elizabeth Black** played Division I Field hockey while at Princeton, all 4 years and was chosen to the All conference Ivy League Field hockey Team three years in a row. She also managed to volunteer during the summers in an oncology hematology private office. Presently she is volunteering at the Child Life Program at NY Presbyterian Hospital.

Elizabeth and I talked extensively about her role at the eating disorder c3enter, her involvement and leaning toward medicine as well as the rigors of U. Penn. She was influenced early in life by her Grandfather who practiced OB/Gyn ( a U. Penn grad). Her mother is a Nurse as is her grandmother. She is aware of the challenges and dedication required for a career in the medical field.

I'm enjoyed my conversation with Elizabeth, She is mature, articulate, animated and realistic. We discussed starting in the summer, the brutal daily schedule of a condensed 5 day a week class and then jumping into three courses come September. I think she is much more focused now that she has been out of school for two years and part of the working community. I think she is prepared to work extremely hard.

Elizabeth came highly recommended by Dr. Joseph Gonnella, emeritus Dean of Jefferson Medical College. We discussed the realities of A grades, mixed with maybe an A-, B+,, achieving a 3.5 and above. She agreed.

**Admit**          *Provisional Admit*          *4.13.07*
                   *Model 56 PA*

Grace Hershman

PENN SR - 052



Thomas | Jefferson
Jefferson | Medical
University | College

Clara A. Callahan, MD
The Lillian H. Brent
Dean of Students and Admissions

July 30, 2007

Founded 1824

Jefferson Medical
College

Jefferson College of
Graduate Studies

Jefferson College of
Health Professions

Jefferson University
Physicians

Elizabeth A. Black
1019 Evans Road
P.o. Box 234
Gwynedd Valley, PA 19437

Dear Elizabeth:

I am sorry to inform you the Committee on Admissions, after careful review of your application, is unable to offer you a provisional acceptance into the 2008 entering class. This difficult and final decision was reached only after a thorough review of your credentials.

We regret the Committee decision was not favorable and we wish you every happiness and success in the future. *We'd be happy to get your application next year.*

Sincerely,

Clara A. Callahan, M.D.
The Lillian H. Brent Dean of Students and Admissions
Chair, Committee on Admissions

CAC:rc

Cc:   Grace M. Hershman, M.Ed.



**FIELD HOCKEY**

NCAA Tournament - 1992, 1998, 1999, 2002, 2003, 2004, 2005, 2006, 2007
NCAA Final Four - 2003, 2004, 2005, 2006
NCAA Championship Game - 2003, 2004, 2005

### Recommendation for Elizabeth A  Black

It is with great enthusiasm that I recommend Elizabeth to the University of
Pennsylvania Medical School  I have known Liz for 9 years, first as a high school
student, then as a member of the team I coached at Princeton  We have
remained in close contact since my departure to Duke University 6 years ago

When choosing an undergraduate school Liz passed up numerous athletic scholarship
offers and chose Princeton because she felt that the academic climate would better suit
her long-term goal of attending medical school  To that end her focus has remained
constant  Since graduating from Princeton she has worked tirelessly and selflessly in
the medical area as a research assistant at the N Y State Psychiatric Institute and as a
volunteer at the International Family Aids Program in the Dominican Republic  She has
also better prepared academically by enrolling in the UPenn Pre-Health Post
Baccalaureate Program

Liz's academic and preparatory credentials for medical school are evident, my objective
is familiarizing you with Liz the person

Liz was a starting member of the Princeton Field Hockey Team during her four years at
Princeton  While being an athlete does not guarantee the qualities necessary to
succeed in the medical profession, I feel strongly that the personal characteristics that
made Liz a top college player will transcend to her chosen career in the medical
profession  She has demonstrated that she cannot only succeed, but she can succeed
at the highest level  During her undergraduate career at Princeton, her team won three
Ivy League Championships and advanced to the NCAA Final Four  The commitment,
drive, focus and longevity needed to achieve this degree of success at the highest level
in the country are rare  They are no doubt qualities that are also imperative in medical
school  Just as in the classroom no area of her life is average  She is committed
and driven to achieve at the highest level regardless of the venue

Liz's has an open and engaging personality  She has a smile that is welcoming
and a demeanor that is inviting  She is also a leader who will guide you into
battle, show you how to win, and teach you how to laugh and enjoy your victory

I hope I have presented a picture of a person who is academically and
professionally competent and committed  A person who is competitive and who
will rise to and accomplish any challenge placed before her  A person who is a
team player but also a natural leader  And a person who is kind, caring and
selfless  That picture is Elizabeth Black  Many of my teams' graduates have gone
on to medical school and Liz is one of our best  I would certainly want her as my doctor

Beth Bozman, Head Coach  //  Jarred  Martin, Assistant Coach  //  Caitlin  Williams, Assistant Coach
Duke Field Hockey  //  118 Cameron Indoor Stadium  //  PO Box 90555, Durham, NC 27708
bozman@duaa duke edu  //  919-684-4116  //  fax 919-681-7866

PENN SR - 066



# Clínica de Familia MIR

June 15, 2009

To Whom It May Concern,

As the director of the Clínica de Familia MIR in La Romana, the Dominican Republic, I have been extremely fortunate to have worked with Elizabeth Black over the past year. Having devoted my life to international medicine in developing countries around the world, I have worked with many bright, energetic, young people embarking on a path of public service. Elizabeth stands out for many reasons. She has demonstrated the wit, ambition, intelligence and leadership that leads to high achievement in any field. However her integrity, compassion and drive reflect a unique personal style that I am confident will enable her to make a significant contribution to solving some of the most intractable medical problems that blight our world.

At the clinic, I have witnessed Elizabeth's pragmatic mind, eloquence in speech and writing, and broad command of the Spanish language. Her primary responsibility has been to develop and coordinate a pilot sexual education outreach program. During her time here, the outreach program was a huge success and effectively taught 679 young adolescents. The clinic was fortunate to have someone so aptly able to combine her education with practical use. Elizabeth has also taken on additional responsibilities, such as contributing to the clinic's newsletter and to the development of the clinic's website. As you can imagine, her departure has left a huge void here in La Romana, and I was very sad to see her leave. However, I believe a medical education will complete the learning experience that she began in the Dominican Republic and help her prepare for a leadership position in the field of medicine and public health.

On paper, Elizabeth's past accomplishments are impressive, but her academic and extracurricular achievements fail to capture the personal characteristics that make her a valued colleague and a supportive leader. Her command of biology and science is clear. But, I am equally impressed by the knowledge and passion she brings to non-academic tasks. I have no doubt that her capacity to learn in medical school will be matched by the contributions she will make in return, as has been the case here at the clinic. I give my highest recommendation to Elizabeth, and I know that her contribution to the academic community will be truly outstanding.

Sincerely,

Dr. F. Juan Carlos Carazas S.
Executive Director
CLINICA DE FAMILIA MIR, INC.

Gastón Fernando Deligne No. 168, La Romana, Rep. Dom. ☏ Tel: 809-813-2934 ▪ Fax: 809-556-3193 ▪ Página Web www.familyaids.org

**The Eating Disorders Research Unit**
**Columbia University Medical Center**
**The New York State Psychiatric Institute**
**1051 Riverside Drive, Unit 98, New York, 10032**

B. Timothy Walsh MD
Director
Evelyn Attia, MD
Associate Director

*Phone* 212.543.5752
*Fax* 212.543.6606

November 23, 2007

To Whom It May Concern,

It is a great pleasure to recommend Ms. Elizabeth ("Lizzie") Black to you as a candidate for medical school.

Lizzie joined our group in August 2006 and worked with us as a research assistant for one year before beginning her post-baccalaureate pre-med program. Our research unit, which is largely supported by research funds, has been able to survive and prosper over the years by hiring very bright young people, like Lizzie, on modest salaries and asking them to shoulder substantial responsibilities. Lizzie played important roles in several studies, prominently one involving measures of body composition in patients with anorexia nervosa. Her role encompassed a wide range of clinical and administrative duties. She conducted the initial screening of potential patients, arranged their appointments, carried out structured diagnostic interviews, such as the SCID, obtained blood samples and ECG's, and accompanied patients to the medical procedures such as MRI and DEXA. She was also responsible for producing reports on the status of the studies for the IRB, and for assembling data for initial review and analysis.

She presented a poster last spring at the International Meeting of Academy for Eating Disorders in Baltimore MD, describing findings from an off-shoot of the body composition study, examining the association between commitment to exercise and likelihood of relapse in weight-restored patients with anorexia nervosa. Lizzie has first-authored a manuscript describing these findings that is currently under review.

Additionally, we commend Lizzie on her clinical sensitivity and abilities. Our clinic screens hundreds of very ill patients annually, and Lizzie was consistently impressive in her ability to evaluate and present patients as part of the initial screening process. She was invited to co-lead a meal process group for eating disorder patients on the inpatient unit, and was well received by patients and clinical staff alike for her work on the unit.

On a personal note, Lizzie was a pleasure to have as a part of our team. She is energetic and outgoing and helped our research division maintain high spirits and good humor. She has a mature and thoughtful presence that we enjoyed during the year she spent with us, and that we know will make her a wonderful physician. We recommend her to you highly, and without reservation.

Please do not hesitate to contact either one of us if we can provide additional information about this very strong applicant.

Sincerely,

Evelyn Attia, MD
Associate Director
Eating Disorders Research Unit
Associate Clinical Professor of Psychiatry
Columbia University

Ea12@columbia.edu

B. Timothy Walsh, MD
Director
Eating Disorders Research Unit
William & Joy Ruane
Professor of Pediatric Psychopharmacology
Columbia University

btw1@columbia.edu

08/12/2009 12:00 FAX 2157939007          DR FLEISCHER                    ☑001

*215 rule 105d*                                        *Audrey UofPenn-DrAmy*
                                                       *Healthcenter      Suhn*

# Scott A. Fleischer, M.D., DFAPA, P.C. & Associates

## Clinician Communication Form

**Patient Name:** *Elizabeth Black*          **Patient Date of Birth:** ▓▓▓▓▓▓

**Clinician Name:**     Scott A. Fleischer, M.D., DFAPA
**Clinician Address:**  455 Pennsylvania Ave, Suite 105
                        Fort Washington, PA 19034
**Clinician Phone/Fax:** 215-793-4546 (phone), 215-793-9007 (fax)

**Dear Colleague:**

I saw the above-named patient, who gave an authorization to release the following information, on
_3-24-09 - 8-11-09_ for _(ADHD) ADD_
(Date)                  (Reason/Diagnosis)
**Brief Summary (if indicated):** _Elizabeth 1st came here for medicine for (ADHD/ADD b/c she was studying_
_for the MCATs - She can't to do so! - She is currently_
_taking Ritalin 5 mg poBID & Klonopin (0.5 mg Bid)_

### Current Treatment (interventions by Scott Fleischer, M.D., P.C. & Associates):

☐ Psychotherapy Prescribed    ☐ Patient Refused Meds    ☐ Evaluation   ☐ Tests Performed (see attached)
☐ Psychotherapy Administered  ☐ Medication Change        ☑ Medication(s) Prescribed (see below)
☐ CBC/Plt   ☐ Thyroid Studies ☐ Lytes/BUN/Creat/Glu      ☐ Liver Fxn   ☐ Lipid Profile
☐ Glucose   ☐ Other: _____  ☐ Serum drug level _____  ☐ Comp Metabolic

_Ritalin 5 mg poBID/TID      (Klonopin 0.5 mg Bid)_
_EKG_

☐ Treatment terminated (date/reason): _____

### Actions Recommended for Primary Care Physician/Specialist
*Please conduct the following Labs/Diagnostic tests and fax results to 215-793-9007:*
☑ CBC/Plt   ☑ Thyroid Studies   ☐ Lytes/BUN/Creat/Glu   ☑ EKG   ☑ Lipid Profile
☐ Liver Fxn ☑ Comp Metabolic    ☐ Glucose               ☐ Other: _____
☐ Serum drug level (specify drug) _____

**Diagnostic Tests:** _____

**Other Treatment Recommendations (interventions requested of PCP or other clinician):**
_Please fax all labs_
_baseline EKG if not completed because taking Ritalin_

The patient ☐ has / ☑ has not  received a copy of this form.

If you have any questions or would like additional information, please contact me.

**Clinician Signature:** *Kelly Stern CRNP*          **Date Sent/Faxed:** _8/11/09_

455 Pennsylvania Avenue • Suite 105 • Fort Washington, Pennsylvania 19034
Phone: (215) 793-4546 • Fax: (215) 793-9007 • Email: SAFMDPC@comcast.net

PENN SH - 045