

UNIVERSITY OF
SOUTH FLORIDA

## MEMORANDUM OF ACCOMMODATIONS

Date:    March 11, 2013

To:      Dr. Specter, College of Medicine Student Affairs

From:    Deborah McCarthy    ⟨⟩ຣe·

Re:      Elizabeth Black      USFID: U34264740      Term: Spring 2013
Course:  MEL 9996 001

This student presented Students with Disabilities Services (SDS) with documentation of a disability which significantly impacts academic performance. SDS staff reviewed the documentation of the disability and found that the documentation meets established guidelines for accommodations. Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act require that the University of South Florida provide reasonable classroom accommodations to otherwise qualified students who have documented disabilities. Some accommodations may be addressed directly by you with the student. Other accommodations may require the assistance of SDS staff. The student will work with you and the SDS office to implement the stated accommodations as authorized by the professionals in SDS. Please note, all accommodations information is considered to be confidential.

To assist with the accommodations process, SDS will forward a copy of the student's accommodation letter to the Associate Dean of Undergraduate Medical Education within the College of Medicine. The College of Medicine will consult with Students with Disabilities Services to arrange appropriate accommodations. Given the specialized nature of the exams administered, SDS may not be able to administer an exam. In such cases, SDS will work with the College of medicine to ensure appropriate accommodations. Accommodations for clinical experiences and exams must be discussed with the College of Medicine and Students with Disabilities Services.  The additional time (1.5 x) noted in exam accommodations below does not apply to the clinical setting.

### Quiz / Test / Exam accommodations
• Additional Time: 1.5x
• Reduced distraction testing

In the event that the student requests additional accommodation(s) which are not listed here, please contact Deborah McCarthy, Director of Students with Disabilities Services at (813) 974-4309 or dmccarthy@usf.edu. SDS thanks you for your assistance in creating barrier-free learning environments for students with disabilities at The University of South Florida.

### *** CONFIDENTIAL ***

STUDENTS WITH DISABILITIES SERVICES • STUDENT AFFAIRS

University of South Florida • 4202 East Fowler Avenue, SVC1133 • Tampa, FL 33620-6923
(813) 974-4309 • Fax (813) 974-7337 • www.sds.usf.edu



EXHIBIT
Black 33
5-17-17 ᕄ