

**USF**
**HEALTH**

April 23, 2013

Elizabeth Black
2116 Imperial Golf Course Blvd.
Naples, FL 34110

Re: Leave of Absence

Dear Elizabeth:

This letter will confirm that I have received notification of your request for your leave of absence in order to prepare to take your Step 1 exam.

Your leave has been approved and your return date is scheduled for June 10, 2013.

Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SP:llk

Cc: Marrissa Cook
    Michelle Williamson



EXHIBIT
*Black 34*
5-17-17   *mc*

OFFICE OF STUDENT AFFAIRS • MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd, MDC Box 4 • Tampa, FL 33612-4799
(813) 974-2068 • Fax 813) 974-8181

CONFIDENTIAL

NBME 00130



June 19, 2013

Elizabeth Black
2116 Imperial Golf Course Blvd.
Naples, FL 34110

Re: Extension of Leave of Absence

Dear Elizabeth:

This letter will confirm that I have received notification of your request to extend your
leave of absence in order to further prepare to take your Step 1 exam.

Your leave has been approved and your return date is scheduled for July 8, 2013.

Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SP:llk

Cc:  Marrissa Cook
     Michelle Williamson

CONFIDENTIAL

NBME 00132





**USF**
**HEALTH**

July 5, 2013

Elizabeth Black
2116 Imperial Golf Course Blvd.
Naples, FL 34110

Re: Extension of Leave of Absence

Dear Elizabeth:

This letter will confirm that I have received notification of your request to extend your leave of absence in order to further prepare to take your Step 1 exam.

Your leave has been approved and your return date is scheduled for August 5, 2013.

Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SP:llk

Cc: Marrissa Cook
    Michelle Williamson



OFFICE OF STUDENT AFFAIRS • MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd, MDC Box 4 • Tampa, FL 33612-4799
(813) 974-2068 • Fax 813) 974-8181

CONFIDENTIAL

NBME 00133



July 30, 2013


Elizabeth Black
3211 W. Swann Ave.
Unit 1111
Tampa, FL 33609

Re:  Leave of Absence

Dear Elizabeth:

This letter will confirm that I have received notification of your request for your leave of
absence in order to prepare for your Step 1 exam.

Your leave has been approved and your return date is tentatively scheduled for
September 3, 2013.  Please be aware that if you are unable to return by this date it will be
necessary to consider a year long leave.

Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine


SP:llk

Cc:  Marrissa Cook
      Michelle Williamson

CONFIDENTIAL

NBME 00134



August 28, 2013


Elizabeth Black
3211 W. Swann Ave.
Unit 1111
Tampa, FL 33609

Re:  Leave of Absence

Dear Elizabeth:

This letter will confirm that I have received notification of your request to extend your leave of absence in order to prepare for your Step 1 exam.

Your leave has been approved and your return date is tentatively scheduled for September 30, 2013.

Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SP:llk

Cc:  Marrissa Cook
     Michelle Williamson


OFFICE OF STUDENT AFFAIRS • MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd, MDC Box 4 • Tampa, FL 33612-4799
(813) 974-2068 • Fax 813) 974-8181



CONFIDENTIAL

NBME 00135



October 22, 2013


Elizabeth Black
3211 W. Swann Ave.
Unit 1111
Tampa, FL 33609

Re:  Leave of Absence

Dear Elizabeth:

This letter will confirm that I have received notification of your request to extend your
leave of absence for 1 additional month in order to prepare for your Step 1 exam.

Your leave has been approved and your return date is scheduled for November 25, 2013.
Since the next rotation begins on January 6, 2014, you will need to work with Marrissa
Cook, our Registrar to schedule an elective.

Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SP:llk

Cc:  Marrissa Cook
     Michelle Williamson


OFFICE OF STUDENT AFFAIRS  •  MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd, MDC Box 4  •  Tampa, FL 33612-4799
(813) 974-2068  •  Fax 813) 974-8181

CONFIDENTIAL

NBME 00136



November 14, 2013

Elizabeth Black
3211 W. Swann Ave.
Unit 1111
Tampa, FL 33609

Re:  Leave of Absence Extension

Dear Elizabeth:

This letter will confirm that I have received notification of your request to extend your
leave of absence in order to prepare for your Step 1 exam.

Your leave has been approved and your return date is scheduled for January 6, 2014.

Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SP:llk

Cc:  Marrissa Cook
    Michelle Williamson

OFFICE OF STUDENT AFFAIRS  •  MORSANI COLLEGE OF MEDICINE
University of South Florida  •  12901 Bruce B. Downs Blvd, MDC Box 4  •  Tampa, FL 33612-4799
(813) 974-2068  •  Fax 813) 974-8181

CONFIDENTIAL

NBME 00137



February 17, 2014

Elizabeth Black
3211 W. Swann Avenue
Unit 1111
Tampa, FL 33609

Re: Leave of Absence Extension

Dear Elizabeth:

This letter will confirm that I have received notification of your request for an extension of your leave of absence.

Your request for an extension has been approved. Your return date will be May 5, 2014 to resume year three with the Class of 2016. Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SS:ds

Cc: Marrissa Cook
    Michelle Williamson



OFFICE OF STUDENT AFFAIRS • MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd, MDC Box 4 • Tampa, FL 33612-4799
(813) 974-2068 • Fax 813) 974-8181

CONFIDENTIAL

NBME 00139



**USF**
**HEALTH**

May 19, 2014

Elizabeth Black
3211 W. Swann Avenue
Unit #1111
Tampa, FL 33609

Re: Leave of Absence Extension

Dear Elizabeth:

This letter confirms I have received notification of your request for an extension of your leave of absence.

Your request for an extension has been approved. Your return date will be June 9, 2014 to resume year three with the Class of 2016. Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SS:ds

cc: Marrissa Cook
    Michelle Williamson



OFFICE OF STUDENT AFFAIRS • MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd, MDC Box 4 • Tampa, FL 33612-4799
(813) 974-2068 • Fax 813) 974-8181

CONFIDENTIAL

NBME 00140



June 3, 2014

Elizabeth Black
3211 W. Swann Avenue
Unit #1111
Tampa, FL 33609

Re: Leave of Absence Additional Time

Dear Elizabeth:

This letter confirms I have received an additional notification of your request for an extension to your leave of absence.

Your request has been approved. Your new return date will be July 7, 2014. Please let me know if you need further assistance.

Sincerely,

Steven Specter, Ph.D.
Associate Dean Student Affairs
Professor, Molecular Medicine

SS:ds

cc: Marrissa Cook
    Michelle Williamson

CONFIDENTIAL

NBME 00141



September 26, 2014

Elizabeth Black
3211 W. Swann Avenue
Unit #1111
Tampa, FL 33609

Re: Leave of Absence Additional Time

Dear Elizabeth:

This letter confirms I have received an additional notification of your request for an extension to your leave of absence.

Your request has been approved. Your new return date will be October 27, 2014. Please let me know if you need further assistance.

Sincerely,

Kira Zwygart, MD, FAAFP
Associate Dean Student Affairs
Associate Professor, Family Medicine

KZ:ds

cc: Marrissa Cook
    Michelle Williamson

OFFICE OF STUDENT AFFAIRS • MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd, MDC Box 4 • Tampa, FL 33612-4799
(813) 974-2068 • Fax 813) 974-8181

CONFIDENTIAL

NBME 00144



October 24, 2014

Elizabeth Black
3211 W. Swann Avenue
Unit #1111
Tampa, FL 33609

Re: Leave of Absence Additional Time

Dear Elizabeth:

This letter confirms I have received notification of your request for an additional
extension to your leave of absence as you continue to prepare for and retake the USMLE
Step I.

Your request has been approved with the requisite to continue study skills meetings with
Dr. O'Callaghan. Your new return date will be November 24, 2014.

Any subsequent request for an extension to your leave of absence will be presented to the
Academic Performance Review Committee.

Please let me know if you need further assistance.

Sincerely,

Kira Zwygart, MD, FAAFP
Associate Dean Student Affairs
Associate Professor, Family Medicine

KZ:ds

cc: Marrissa Cook
    Michelle Williamson

CONFIDENTIAL

NBME 00145



November 24, 2014

Elizabeth Black
3211 W. Swann Avenue
Unit #1111
Tampa, FL 33609

Re:  Leave of Absence Additional Time

Dear Elizabeth:

This letter confirms I have received notification of your request for an additional
extension to your leave of absence as you apply for testing accommodations with the
National Board of Medical Examiners and continue to prepare for and retake the USMLE
Step I.

Considering the possible timing of allowance of accommodations by the NBME, we have
approved a request for extension of your leave of absence.  You will be provided with a
total of ninety days from the date of this letter to receive accommodations and then retake
the USMLE Step 1.

Because you have not yet taken the final exam for the Internal Medicine clerkship and it
has been several months since completion of that course, you will need to petition the
APRC to take this exam after you have completed the USMLE Step 1, before you can re-
enter the third-year curriculum.

Your request has been approved with the requisite to continue study skills meetings with
Dr. O'Callaghan.

Please let me know if you need further assistance.

Sincerely,

Kira Zwygart, MD, FAAFP
Associate Dean Student Affairs
Associate Professor, Family Medicine
cc:  Marrissa Cook
      Michelle Williamson

CONFIDENTIAL

NBME 00146



March 2, 2015


Elizabeth Black
3211 W. Swann Avenue
Unit #1111
Tampa, FL 33609


Re:  Leave of Absence Additional Time


Dear Elizabeth:


This letter confirms the National Board of Medical Examiners reached a decision to not allow testing accommodations for your retake of the USMLE Step 1. Therefore, I have extended your leave of absence until March 31, 2015 so you may continue to prepare for and retake the examination.

Once you complete Step 1, we can meet to discuss scheduling the final examination for the Internal Medicine clerkship and your return to the third-year curriculum.

Please let me know if you need further assistance.

Sincerely,

Kira Zwygart, MD, FAAFP
Associate Dean Student Affairs
Associate Professor, Family Medicine


cc:  Marrissa Cook
     Michelle Williamson


OFFICE OF STUDENT AFFAIRS • MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd, MDC Box 4 • Tampa, FL 33612-4799
(813) 974-2068 • Fax (813) 974-8181

CONFIDENTIAL

NBME 00147



May 7, 2015

Elizabeth Black
3211 W. Swann Avenue
Unit #1111
Tampa, FL 33609

Re: Leave of Absence Additional Time

Dear Elizabeth:

This letter confirms I have received notification of your request for an additional extension to your leave of absence as you continue to prepare for and retake the USMLE Step 1 on June 11, 2015.

Your request has been approved with the requisite to maintain regular communication with Dr. Pamela O'Callaghan, Director of the Academic Support Center. Additionally, you must take the Adult Medicine Shelf Exam on July 2, 2015 before your return to the third-year of the MD curriculum on July 6, 2015.

Please let me know if you need further assistance.

Sincerely,

Kira Zwygart, MD, FAAFP
Associate Dean Student Affairs
Associate Professor, Family Medicine

KZ: ds

cc: Marrissa Cook
    Michelle Williamson

CONFIDENTIAL

NBME 00153



August 18, 2015

Elizabeth Black
3211 W. Swann Ave, Apt 1111
Tampa, FL 33612

Dear Ms. Black:

The Academic Performance Review Committee (APRC) met on August 13, 2015, to review your current status in the Morsani College of Medicine MD Program. The Committee was informed that you recorded a failing score on your third and final sponsored attempt at USMLE Step I. However, the Committee was also informed that you are appealing the previous decision of the National Board of Medical Examiners (NBME) to deny testing accommodations for Step I.

Immediately upon receipt of the NBME's decision regarding your testing accommodations request, you must notify the Associate Dean for Student Affairs, Dr. Kira Zwygart. You will remain on leave of absence pending the receipt of the NBME's decision.

You must sign this letter indicating your receipt and return it within ten (10) working days of receipt. A postage-paid envelope has been provided for your convenience.

A copy of the Medical Student Advancement Policies, Procedures and Due Process is available online on the Student Affairs website at https://documents.health.usf.edu/display/MCOM/MD+Student+Handbook. You are advised to review these policies and note the procedures regarding APRC actions. If you require assistance or advice in any regard, please contact Dr. Kira Zwygart, Associate Dean for Student Affairs at 974-2068. If I can help you in any way, please feel free to contact me.

Sincerely,

Bryan Boghani, MD, MPH, FACP
Chair, Academic Performance Review Committee
Vice Dean for Educational Affairs
Morsani College of Medicine

cc:  Kira Zwygart, MD, Associate Dean for Student Affairs
     Marrissa Cook, MA, Registrar
     Michelle Williamson, Director of Financial Aid

Signed: _____     Date: 8/28/15

OFFICE OF THE VICE DEAN, OFFICE OF EDUCATIONAL AFFAIRS • MORSANI COLLEGE OF MEDICINE
University of South Florida • 12901 Bruce B. Downs Blvd., MDC 54 • Tampa, FL 33612-4799
(813) 974-7131 • Fax (813) 974-2976

CONFIDENTIAL                                                          NBME 00156