8/3/2015          RE: Step 1 and following plans - Black, Elizabeth

# RE: Step 1 and following plans

**Black, Elizabeth**

Mon 3/30/2015 2:37 PM

To: Zwygart, Kira <kzwygart@health.usf.edu>;

Thank you so much, Dr. Zwygart! There will be no more changes. Thanks again.

Best,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808

---

**From:** Zwygart, Kira
**Sent:** Monday, March 30, 2015 2:36 PM
**To:** Black, Elizabeth
**Subject:** RE: Step 1 and following plans

Elizabeth,

I am ok with this change. But NO MORE delays after this! You will need time to study for the Medicine exam.

Dr. Zwygart

---

**From:** Black, Elizabeth
**Sent:** Monday, March 30, 2015 2:30 PM
**To:** Zwygart, Kira
**Subject:** RE: Step 1 and following plans

I realized you may have Doctoring or clinic duties this afternoon and be unable to check your email. I went ahead and moved my date to next week--April 9th at 9am. I apologize for doing this at the last minute and very much appreciate your understanding. Thanks so much.

Best,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808

---

**From:** Black, Elizabeth



EXHIBIT
Black 40
5-17-17

EB - 0505 CONFIDENTIAL

**Sent:** Monday, March 30, 2015 1:46 PM
**To:** Zwygart, Kira
**Subject:** RE: Step 1 and following plans

Additionally, since you don't know me/my history that well, my problems with taking Step 1 in the past were not due to self doubt or being afraid to take the exam; my problem was actually studying for the exam in a consistent manner. So this additional week of studying is not because of doubt, it's actually because of excitement that I could do better on the exam than just passing it.

Thanks,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808

---

**From:** Black, Elizabeth
**Sent:** Monday, March 30, 2015 1:16 PM
**To:** Zwygart, Kira
**Subject:** RE: Step 1 and following plans

Hi Dr. Zwygart,

I know this is very last minute (I've been debating whether or not it is a good idea even to ask), but I was wondering if it would be OK to take Step one next week. It took me a little longer to finish my Qbank than I had hoped, and I think it would be extremely beneficial to me to have the week to review my incorrect answers. Right now I've been scoring around 200 on my practice tests, and I really feel like 1 final week of review could help revive some of the information I learned at the beginning of my studying.

Thanks for your understanding.

Best,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808

---

**From:** Black, Elizabeth
**Sent:** Monday, March 30, 2015 1:12 PM
**To:** Zwygart, Kira
**Cc:** Collins, Roberta; Mccarthy, Kelly
**Subject:** RE: Step 1 and following plans

Hi Dr. Zwygart,

Thanks for the update and my apologies for my delayed response. Taking the Medicine NBME on May 1st is perfect, and I would like to request accommodations for the exam. Thanks so much!

EB - 0506  CONFIDENTIAL

8/3/2015 RE: Step 1 and following plans - Black, Elizabeth

Best,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808

---

**From:** Zwygart, Kira
**Sent:** Tuesday, March 24, 2015 9:39 AM
**To:** Black, Elizabeth
**Cc:** Collins, Roberta; Mccarthy, Kelly
**Subject:** Step 1 and following plans

Elizabeth,

I understand you are scheduled to take Step 1 on March 30. I hope all goes well!

I connected with Dr. O'Brien, and your only requirement for the Internal Medicine Clerkship is to complete the NBME. The next scheduled offering is Friday, May 1. Let's plan on that. Do you wish to request accommodations for that exam? I have copied Ms. Collins and Ms. McCarthy on this email, so you can convey to them your desires for the test.

Good luck with your exams.

Dr. Zwygart

*Kira Zwygart, MD*
Associate Dean, Student Affairs
Associate Professor, Family Medicine
Morsani College of Medicine
University of South Florida
813-974-2068