**Bies, Stephanie**

| | |
|---|---|
| **From:** | McCarthy, Deborah <dmccarthy@usf.edu> |
| **Sent:** | Thursday, August 20, 2015 6:46 PM |
| **To:** | Black, Elizabeth |
| **Cc:** | Owens, David |
| **Subject:** | RE: draft of appeal letter |

Elizabeth:

I can't comment on the administration issues you've experienced with COM. I've found the new administration to be very responsive but I'm not a student. I would encourage you to talk directly with COM regarding your concerns about the transition, and any assistance you have/have not received. Similarly, if you want to request a change in the academic schedule such that you be allowed to do rotations, then ask. As your advocate, my role is educate you. I don't believe that COM will honor that request and I can't argue that honoring the request to change the academic schedule is necessary. (I understand that it's preferable to you but that doesn't mean it's the only way
In terms of taking your Step 1 before you hear about your accommodations appeal, I strongly advise against that for several reasons.

1) If you do poorly, I won't be able to argue that you should be allowed to take the exam a 5th time with accommodations if you try to rush the current process by taking step 1 before you hear about your accommodations appeal. My current position is that it's reasonable for us to allow you to utilize accommodations from NBME if they are offered to you. If you rush the process, then you are indicating that you don't need accommodations.

2) Presuming that you do in fact need the accommodations from NBME for a minimum of Step 2, you will be hurting yourself if you attempt the Step 1 exam before you have the answer to your appeal. If you take Step 1 now without accommodations and pass it, then you are presenting more proof to NBME that you don't need accommodations. Unfortunately, failing the exam a 4th time isn't going to add any credibility to your case with NBME – especially since you've filed for an appeal.

3) If after working with your tutor you believe you can pass NBME without accommodations then I can contact COM and let them know that you are rescinding your appeal to NBME and that COM should go ahead and make a decision on your situation at this point. The tricky part is that if you are then dismissed and appeal I won't be able to support your appeal for disability reasons because you will have effectively refused accommodations in the process of trying to speed up your timeline.

4) You can ask COM to alter when the NBME is required for you. My understanding is that COM will refuse that request stating that you 1) need to wait for the outcome of your accommodations request or 2) that that is not an alternation that COM will do for any student. COM has the right to set and interpret program standards for their individual program. The kind of change you are requesting would typically be a college-wide change – not something done for an individual student.

5) I'm sorry that you believe that your best interests aren't at the heart of this decision. My role is to work with the student and represent USF. Because you won't be able to take NBME multiple more times, I am advocating that you wait until NBME has granted your accommodations before you attempt the exam again. Presuming you have one more attempt, give yourself the best advantages possible. If for some reason you are not granted accommodations or not allowed to take the exam a 4th time, then you won't have spent additional funds paying tuition for rotations that ultimately don't lead to a degree because you can't get passed the NBME.

EXHIBIT
Black 45
5-17-17 nc

1

Regards,
Deb

Deborah McCarthy
Director
Students with Disabilities Services
University of South Florida
4202 E. Fowler Ave. SVC 1133
Tampa, FL 33620
813-974-4309 (office)
813-974-7337 (fax)
813-974-8135 (direct)
dmccarthy@usf.edu



*Inspiring learning, changing lives, one student at a time.*

**From:** Black, Elizabeth [mailto:eblack1@health.usf.edu]
**Sent:** Thursday, August 20, 2015 3:59 PM
**To:** McCarthy, Deborah
**Cc:** Owens, David
**Subject:** Re: draft of appeal letter

Thanks for your quick response, Deb. I really do appreciate you taking the time to explain and clarify things. I am a little confused as to why you seem to be the only person willing to do such things.

I understand the reasoning behind your recommendation to USF MCOM. However, it seems that USF MCOM is really acting in their best interest (to avoid any legal ramifications if they dismissed me prematurely), not mine. As for the USMLE Step 1 exam, I obviously would like to take it with extra time, but I would also like to take it if I, and my tutor, think I'm ready to take it, whether or not I have the accommodations. The resident physician that referred me to this tutor has a nearly identical ADHD and medical school story (liberal arts major/non-traditional med student, diagnosed with ADHD later in life, struggled in medical school, failed Step 1 three times). And she was successful on her 4th attempt without accommodations (she was dismissed from USF first and successfully appealed MCOM's decision). For this reason, I would much rather attempt the exam again without accommodations and move forward with my clinical rotations. I am disappointed that USF MCOM did not offer adequate academic support for Step 1 preparation (both prior to my first attempt or after I didn't succeed), or that they did not clearly identify their '3 times and you're out' policy at some point over this last year (while I know the ultimate responsibility lies with me). Being caught in the changeover of administrations has also resulted in a lack of clarity of the school policies, further complicating matters.

I do understand the USF MCOM Step 1 requirement, but I also feel like there are other reasonable options. The USMLE requirement is unavoidable, and I don't expect to bypass it. What I would essentially be asking them to do is delay when they require the successful completion of the USMLE Step 1 exam. As I believe I mentioned to you when we met previously, many schools across the country have students take USMLE Step 1 and Step 2 at the end of their 3rd year of school. I was told by USF MCOM that the Step 1 requirement was in place between 2nd and 3rd year to ensure that students have sufficient knowledge to move forward into clinical years, as well as not be a danger to patients. I've completed 2 clinical rotations with extremely positive evaluations from faculty, confirming that my knowledge is sound and that I'm an asset to patients. Since I'm not asking USF MCOM to get rid of the Step 1 requirement, only alter when it's required, could my request not be considered within the scope of what's thought to be "reasonable accommodations," as well as not fundamentally alter the USF MCOM program?

2

Again, I really, really appreciate and thank you for what you've done and continue to do. It's become very clear that you are the reason MCOM decided to have a "pre-meeting," and you are the reason I wasn't dismissed outright. So, I want to offer my sincerest thanks and gratitude once again. I will make sure to get on your schedule at some point in the near future as well.

Best,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808


**From:** McCarthy, Deborah
**Sent:** Wednesday, August 19, 2015 6:38 PM
**To:** Black, Elizabeth
**Cc:** Owens, David
**Subject:** RE: draft of appeal letter

Elizabeth:

I'll start by being very honest and acknowledge that you are in an "awkward situation of waiting." I know that's uncomfortable. There's not much I can do to alleviate that discomfort or to change your circumstance. What I can do is attempt to explain where I believe USF is coming from – and why SDS supported the decision to delay a decision about your status until NBME makes a decision.

I advised COM to delay a decision about your status so that USF COM could make the best informed decision possible. No one wants you to repeat your previous experiences with NBME. I've already explained that I believe accommodations should have been provided by NBME. Unfortunately, I don't control that decision. What I do influence are USF decisions. It's not advisable for COM to make a decision about your overall status in the program until we know what NBME will consider as options. If COM dismisses you prior to an NBME decision it could be a premature decision.

If COM allows you to continue on rotations prior to passing NBME, then COM is fundamentally altering the standards of the current COM program. Fundamentally altering standards isn't something that is supported by SDS or the accommodation laws that inform our practices.

Putting your case "on hold" is a way of making sure that whatever decision COM makes about your 4th attempt at NBME is well-informed. COM isn't going to remove the NBME requirement. To do so would be to fundamentally alter the program and thus would not be an appropriate accommodation. Similarly, COM will not allow any student to continue in multiple rotations without NBME because to do so is to create a situation where a student is practicing without meeting prior stated expectations of COM.

You can certainly talk with COM administration regarding your situation. I worry that continuing the conversation will result in more frustration rather than the compromise you're hoping to achieve. All university programs have to consider that what we allow for one student we may have to allow for many and, with that in mind, it's not advisable for COM to allow you to continue rotations without the required NBME scores.

If you want to talk in person I'm happy to do so. You can make an appointment by calling 813-974-4309 and asking to be put on my calendar.

3

Deborah McCarthy
Director
Students with Disabilities Services
University of South Florida
4202 E. Fowler Ave. SVC 1133
Tampa, FL 33620
813-974-4309 (office)
813-974-7337 (fax)
813-974-8135 (direct)
dmccarthy@usf.edu

**From:** Black, Elizabeth [mailto:eblack1@health.usf.edu]
**Sent:** Wednesday, August 19, 2015 1:58 PM
**To:** McCarthy, Deborah
**Cc:** Owens, David
**Subject:** Re: draft of appeal letter

Hi Deb,

Thanks for your quick response and your letter! How are you feeling?

I really appreciate you clarifying and confirming things for me. I wasn't told details about my situation, only that my case wouldn't be voted upon right now, and that I couldn't sign up for the exam. I really value your support and advice throughout this process. For that reason, I offer what is written below in an effort to clarify my thinking behind my thought process (my apologies in advance for the lengthy email):

I completely agree that test preparation should be my main focus, and I want to assure you that I'm making it my main focus (as I have for the past 2 years as well, which is already much more time than my peers take in terms of preparation). However, Step 1 is particularly difficult to prepare for with an open-ended timeline, as I've experienced previously while waiting for the NBME to decide on my initial accommodations application. After two years of preparation for the exam, it's clear that beyond a certain period of time studying (usually a couple of months), more studying actually starts to deter from one's preparation. Also, an open-ended timeline makes finding someone/a company willing to hire a person for a limited amount of time more difficult (even nanny positions). However, I have applied for and attempted to obtain many part-time jobs over the past 2 years. Additionally, throughout life I have always dedicated a significant amount of time to volunteering, and I have continued to do so while in medical school. That being said, I will certainly continue to volunteer, as well as continue to look for a job that fits within my variable schedule. Additionally, I have a comprehensive study plan already in place with my tutor, and I will be in contact with Dr. O'Callaghan as well.

Thank you again for confirming that the 6-year clock is not running for me; It's very reassuring (despite the notion of being forced to join the class of 2018 being less than ideal). I would only ask to start rotations after I've completed a period of intense studying for the test (which I started a couple of weeks ago). By that point, I'd be in a maintenance phase of preparation which would not require dedication of 8 hours every day, and it would also serve to reinforce everything I've studied for the test. Also, we unfortunately don't have semesters in medical school; the year is broken up by rotations, the length of which varies between 1mo and 3mos. I can tell you that by the end of September, I'll be 2 months behind the rest of the class of 2017, and by the end of November, I'll be at the maximum limit (arguably past the limit by some people's standards) to still be a member of the class of 2017.

Judging from my past experiences and what I've heard from others, I realistically will not hear from the NBME until December, which is where my concern comes in. The first concern is obviously the significant delay in moving forward with school.

However, my second concern is how my current status as a student at USF seems to be linked to the success of my appeal with the NBME. Despite the fact that I'm "throwing the kitchen sink" at the NBME, there is a very good chance they will reject my appeal. If that's the case, the impression I have thus far, is that USF will most likely dismiss me, and I

4

will need to appeal their decision. This essentially puts me back to where I am right now (and where I was 3 weeks ago). All the while, I will have paid a lot of money to my tutor to have been prepared to take Step 1 a couple of months prior, with or without accommodations. While I know this might seem like a lot of hypothetical thoughts/situations, I believe most people would agree, that they are also the most realistic.

Not having the assurance from USF that I will be allowed to sit for the exam another time, no matter what, is particularly disconcerting for many reasons, but especially when my ability to do so seems to hinge on the antiquated views of those in charge at the NBME.

Again, I hope this clarifies the concerns I was trying to communicate previously. And as always, thanks so much for your support and guidance. I look forward to hearing your thoughts, and I'm also available to come in for a meeting, if that's easier.

Thanks again!

Best,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808


**From:** McCarthy, Deborah
**Sent:** Monday, August 17, 2015 4:10 PM
**To:** Black, Elizabeth
**Cc:** Owens, David
**Subject:** RE: draft of appeal letter

Hi Elizabeth:

Attached is the final copy of the letter on letterhead with my initials. If you want to pick up the original hard copy it's available for you in SDS. Tell the front desk that you are here to pick up a letter or ask for Chris and we'll get it for you.

Regarding your asking the College of Medicine to continue with your rotations:

- I know you don't want more time to go by without making progress. The best progress you can make right now is to focus on learning to take the test and getting through the test(s) with a passing grade.

- My understanding is that a request to continue rotations at this point will be denied. Your case was suspended until you have an answer from NBME which is an appropriate and reasonable accommodation from the College of Medicine.

- I've confirmed that currently the "6 year clock" is not running for you. A suspended case means that COM will make no further decisions about anything related to your case until the situation with NBME is resolved. The time that it takes to resolve the NBME issue does not count against you.

- One of the arguments that you are making to NBME is that it takes you much more time to prepare than your peers. You can't successfully make the argument that you took time off to study for the NBME if you are doing rotations at the same time. Don't give NBME any more reasons to question your situation by acting in a way that conflicts with what you've had me and others document. If you haven't heard from NBME by the end of the semester let me know and we'll discuss what if any changes are reasonable at that time.

5

- If you need to be "busy" in order to study productively then you can consider volunteering, get a part time job or work with me or your tutor to develop a comprehensive study schedule for the exam.

Best,

Deb

Deborah McCarthy
Director
Students with Disabilities Services
University of South Florida
4202 E. Fowler Ave. SVC 1133
Tampa, FL 33620
813-974-4309 (office)
813-974-7337 (fax)
813-974-8135 (direct)
dmccarthy@usf.edu


**From:** Black, Elizabeth [mailto:eblack1@health.usf.edu]
**Sent:** Sunday, August 16, 2015 7:31 PM
**To:** McCarthy, Deborah
**Cc:** Owens, David
**Subject:** Re: draft of appeal letter

Deb,

I hope you're feeling better! And thank you so much for your letter and continued support. I really appreciate it!

I also don't know if you spoke with Dr. Zwygart further regarding my situation (besides the initial email--thanks again!), but she informed me last week that my case would not be voted on by the APRC review committee while I was in the process of appealing the national board (NBME). Apparently, an unknown group of people had a pre-meeting before the actual meeting and decided not to vote on my situation at this current time. I finally received further clarification today about the decision to postpone the discussion of my case. And apparently, my ability to sign up for and re-take the exam is dependent upon the NBME's decision regarding my appeal. I am not allowed to sign up for or take the exam until I receive a response (presumably a 'yes' response).

In this case, I'm wondering what you think about me proposing to the administration a plan where I continue working with my tutor but that I also am allowed to start a rotation at the end of September/beginning of October, if I still haven't had a response from the NBME and haven't been able to take Step 1? (Realistically, the chance of me not hearing by the end of September is very high.) As we discussed, I want to avoid wasting anymore time/extending my time in medical school, as well as not waste my money working with a tutor when I have no idea as to when I'll hear a final decision from the NBME.

Additionally, I met with a private lawyer and spoke again with a lawyer from Disability Rights FL. Finally, I received confirmation from Disability Rights FL (DRF) that they would support my case and provide a letter. I am going to forward your letter along to the DRF lawyer and see if he has any concerns. After I receive his OK, I'll let you know right away.

Again, I really appreciate your help and advice.

Thanks so much!

6

Best,
Elizabeth


Sent from my iPhone

On Aug 12, 2015, at 6:39 PM, McCarthy, Deborah <dmccarthy@usf.edu> wrote

> Elizabeth
>
> I hope you are well. Please review the attached draft of an appeal letter for USMLE. If you approve, I will print on letterhead and sign. I'm working off campus tomorrow (Thursday) and Friday of this week so it will be Monday before I can get a final draft to you.
>
> Regards,
>
> Deb McCarthy
>
> Deborah McCarthy
> Director
> Students with Disabilities Services
> University of South Florida
> 4202 E. Fowler Ave. SVC 1133
> Tampa, FL 33620
> 813-974-4309 (office)
> 813-974-7337 (fax)
> 813-974-8135 (direct)
> dmccarthy@usf.edu
>
> <image001.jpg>
>
>
> <black appeal - draft 1.docx>