

UNIVERSITY OF
SOUTH FLORIDA

## CONFIDENTIAL
## PSYCHOEDUCATIONAL EVALUATION

*The information in this report is privileged and confidential and should be used for professional purposes only.*

### IDENTIFYING INFORMATION:
Name: Elizabeth Black
Client Number: 5796
Date of Birth: ▮▮▮▮
Clinician: Megan McMurray, M.A.
Supervisor: Margaret Booth-Jones, Ph.D.
Date of Evaluation: 10/9/2014
Date of Report: 10/21/2014

### REASON FOR REFERRAL:
Elizabeth Black, a right-handed 31-year-old Caucasian female, was referred to the University of South Florida (USF) Psychological Services Center (PSC) by Dr. Feldman at the USF Counseling Center (USF CC). Ms. Black is seeking an ADHD evaluation to update her diagnosis documentation so that she may continue receiving her psychostimulant medication from the USF CC. Ms. Black's chief academic complaints are distractibility, forgetfulness, and difficulty paying attention.

### HISTORY OF PRESENTING PROBLEMS:
Ms. Black is a third-year medical student at USF who lives with a roommate in Tampa, FL. She reported that she was diagnosed with ADHD by a psychiatrist in 2009 after presenting with difficulty focusing while studying for the MCAT. Due to recent policy changes at the USF CC, Ms. Black requires updated documentation to continue receiving psychiatric services for ADHD. She is currently prescribed 40 mg of Vyvanse daily, which she takes regularly, and 10 mg of Adderall as needed, which she takes very rarely and only when she needs to study for long periods of time. She reported that Vyvanse works effectively for her for about 8-10 hours, and that she takes Adderall only if she needs to study for more than 8-10 hours at a time. She reported that she has tried Ritalin and Concerta in the past with little or no benefit. Ms. Black has also received academic accommodations for ADHD, including extended time on exams and the option to take her exams in a quiet testing environment. Ms. Black reported that she utilizes the time and a half accommodation for her medical school exams but refuses accommodations on national standardized tests (e.g., the MCAT) because she does not want to share her private medical information or be "singled out." She reported that she has not utilized her quiet testing accommodation for her medical school exams because she does not want her accommodations to be obvious to her peers.

Ms. Black reported a lifetime history of difficulty with concentration and staying focused. When she was younger, she reported that she took longer to complete her work than her peers, and that

PSYCHOLOGICAL SERVICES CENTER • DEPARTMENT OF PSYCHOLOGY
University of South Florida • 4202 East Fowler Avenue, PCD 4118 • Tampa, FL 33620
(813) 974-2496 • Fax (813) 974-4454



EB - 0112 CONFIDENTIAL

she had to re-read whole pages in textbooks several times in order to retain the information. While an undergraduate at Princeton University, she reported spending "hours and hours" in the library "without getting anything accomplished." She reported that she has always been high functioning and that structure has always been beneficial in helping her succeed academically; she noted that she performed well in high school and in her post-baccalaureate program at the University of Pennsylvania because they were both very structured, but she did not perform as well in college because of the lack of structure. Ms. Black reported that she sometimes experiences negative side effects from taking her ADHD medications, specifically an increase in anxiety, but that it is very difficult for her to focus and complete her work when she does not take her medication. She noted that she would like to continue taking her ADHD medications until she is finished with medical school.

**PSYCHIATRIC HISTORY:**
Ms. Black reported that she saw a therapist for a few sessions in 2009 due to difficulty studying for the MCAT. The therapist eventually referred Ms. Black to a psychiatrist who diagnosed her with ADHD; Ms. Black initiated psychostimulant medication at that time. Since coming to USF's medical school in 2011, Ms. Black been treated for ADHD by a psychiatrist at the USF CC, Dr. Feldman. Ms. Black also reported seeing a psychologist at the USF CC to learn skills to help her achieve and maintain a work/life balance. She reported that her mood has been "good" lately and denied any significant problems with her mood in the past. She denied a history of psychiatric hospitalization, self-injurious behavior, and suicidal and/or homicidal ideation.

**MEDICAL HISTORY:**
Ms. Black reported that her physical health is "good." She reported that she has not been treated for any major medical illnesses. She reported taking 40 mg of Vyvanse daily and 10 mg of Adderall as needed for her ADHD symptoms. She started taking 10 mg of Lexapro daily 3 months ago due to increased anxiety about taking an important benchmark exam. She also reported taking 0.5 mg of Klonopin as needed for test-related anxiety, but noted that she does not have a current prescription for that medication. Ms. Black reported taking Zyrtec and using rosacea creams for allergy-related concerns. She denied the use of any over-the-counter supplements. She denied a history of head injury and/or loss of consciousness. She reported that her energy level has been "normal" lately. She reported sleeping about 7 hours on an average night except during weeks that she has exams. Ms. Black reported a "normal" appetite and reported that she is currently 5'9" and about 140 lbs. She reported drinking alcohol about 2-3 times a week, consuming 1-2 drinks per typical occasion. She denied the use of tobacco and recreational drugs.

**DEVELOPMENTAL HISTORY:**
Ms. Black has a twin brother and was born approximately 4 weeks premature via Cesarean delivery due to a breach presentation. She reported having mumps as a child but denied any other major childhood illnesses. Ms. Black reported that she did not talk much as a child but had her twin brother talk for her, noting that they had their own "twin language." She denied any other delays in achieving developmental milestones.

2

### SOCIAL/FAMILY HISTORY:
Ms. Black reported that she was born near Philadelphia, PA, and she moved to Florida in 2009 for medical school. She currently lives in an apartment in Tampa with her roommate of three years and noted that they "get along well." Ms. Black is single and she has no children. She reported having a "good" social support network of friends and family members. Ms. Black has a twin brother, two older brothers, and parents who are all "very supportive." When Ms. Black has spare time, she enjoys playing sports, watching movies, reading, and learning new things. Ms. Black reported that taking her Step 1 benchmark exam at the end of October 2014 and financial stressors are her greatest concerns at this time. Ms. Black reported that she is considering a career in OB/GYN, emergency medicine, or internal medicine.

### BEHAVIORAL OBSERVATIONS/MENTAL STATUS EXAMINATION:
Ms. Black completed the clinical interview and all testing in one session. She presented 20 minutes late for our appointment due to difficulty finding the clinic, but she called to notify this provider that she would be late. Ms. Black presented to the clinic alone and was dressed casually with appropriate hygiene. She appeared her stated age, height, and weight. She presented as a polite and pleasant woman. She appeared comfortable interacting with the examiner and rapport was readily established. Eye contact was good. Speech was normal in rhythm, articulation, rate, and spontaneity, but slightly excessive in quantity. Thought processes were slightly tangential and disorganized, but Ms. Black responded well to redirection. There was no evidence of looseness of associations, thought disorder, delusions or obsessions. She demonstrated no evidence of overt psychosis and did not appear to be responding to any internal stimuli. Ms. Black denied auditory and visual hallucinations. Affect was broad and changed with the flow of conversation. Ms. Black laughed somewhat inappropriately at times and appeared to use humor to deflect from uncomfortable topics of conversation. There was some evidence of psychomotor agitation and inattention (e.g., tapping her foot, biting her nails, adjusting her clothing frequently, moving around in her chair, tangential speech). Ms. Black did not appear to be in acute distress and verbally denied suicidal and homicidal ideation.

Ms. Black appeared sensitive to the nature of the tasks and the level of difficulty of the tasks. She reported feeling relieved when a task was untimed, and she took a notably long time to complete untimed tasks. Ms. Black struggled to sustain attention and was easily distracted throughout the tasks, talking out loud about various items and asking several questions that the examiner could not answer due to the nature of the testing. She also appeared to have some difficulty with restlessness and impulsivity during the testing, interjecting irrelevant personal anecdotes during some of the subtests. However, Ms. Black was highly cooperative during the testing. No problems with initiation and persistence were observed. She worked diligently throughout the testing and persevered with all tasks. On the basis of these behavioral observations, this assessment appears to be a valid measure of Ms. Black's functioning at this time. Of note, Ms. Black was not medicated during our testing, thus measures of intellectual ability are likely underestimates of her true intellectual ability.

### ASSESSMENT BATTERY:
Clinical Interview
Beck Anxiety Inventory (BAI)
Beck Depression Inventory – Second Edition (BDI-II)

EB - 0114 CONFIDENTIAL

Conners' Adult ADHD Rating Scales – Self report: Long Version (CAARS – S:L)
Conners' Continuous Performance Test-II (CPT-II)
Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)
   -Subtests 1-10 (Standard Battery)

## ASSESSMENT RESULTS AND INTERPRETATIONS:
### *Psychosocial Functioning*
The Beck Depression Inventory – Second Edition (BDI-II) and the Beck Anxiety Inventory (BAI) were administered to assess Ms. Black's current depression and anxiety symptoms. Ms. Black's score on the BDI-II was 3, indicating minimal depressive symptoms in the two weeks prior to our session. Her score on the BAI was 3, indicating minimal anxiety symptoms in the week prior to our session. Ms. Beck's score on the BAI is likely an underestimate of the anxiety she feels prior to exams, as she reported high levels of anxiety during the week of a scheduled exam.

### *Intellectual Ability*
The Wechsler Adult Intelligence Scale – 4th Edition (WAIS-IV) was administered in order to assess Ms. Black's general intellectual abilities. Her index and subtest scores can be found in the tables below. On the WAIS-IV, index scores have a mean of 100 and a standard deviation of 15. Subtest scores have a mean of 10 and a standard deviation of 3.

Ms. Black's General Ability Index (GAI) is an estimate of her general intellectual abilities. Her GAI of 127 is in the superior range. The percentile rank associated with this score is 96, indicating that Ms. Black's GAI is higher than 96% of her same-age peers. The GAI is comprised of two composite scales that reflect different areas of functioning: the Verbal Comprehension Index (VCI) and the Perceptual Reasoning Index (PRI).

The VCI is thought to be a measure of crystallized intelligence ($Gc$), or of one's ability to work with previously acquired information. This type of intelligence is usually gained via formal education and other informal learning opportunities, including through cultural transmission. Overall, Ms. Black's performance on verbal comprehension tasks is very superior (VCI; SS = 132; 98th percentile). The types of tasks that Ms. Black completed to demonstrate her $Gc$ included describing similarities between concrete and abstract concepts (Similarities; ss = 16; 98th percentile), defining vocabulary words (Vocabulary; ss = 16; 98th percentile), and answering general information questions (Information; ss = 14; 91st percentile). Both the Similarities and Vocabulary subtests emerged as statistically significant personal and normative strengths for Ms. Black, indicating that her abstract verbal reasoning and her ability to comprehend and verbally express vocabulary are very well developed.

The PRI is a reflection of Ms. Black's ability to reason with nonverbal, visual stimuli, including the ability to analyze and synthesize abstract visual stimuli. Ms. Black's performance on perceptual reasoning tasks is high average (PRI; SS = 117; 87th percentile). Perceptual reasoning tasks Ms. Black completed included arranging red and white blocks to look like pictures (Block Design; ss = 13; 84th percentile), identifying the composite pieces of different shapes (Matrix Reasoning; ss = 11; 63rd percentile), and selecting pictures that complete a pattern (Visual Puzzles; ss = 15; 95th percentile).

The Working Memory Index (WMI) is a summary of Ms. Black's ability to hold multiple pieces of information in memory at the same time and to solve problems using that information. Ms. Black's WMI score is average (SS = 105; 63rd percentile). Tasks in this area require examinees to repeat strings of numbers, repeat them backward, and rearrange them in numerical order (Digit Span; ss = 9; 37th percentile) and solve word problems in one's head (Arithmetic; ss = 13; 84th percentile). Ms. Black's Digit Span subtest score reflects a statistically significant personal weakness. On this task, she demonstrated relative weakness in auditory short-term memory and auditory sequential processing. Ms. Black performed significantly better on the Arithmetic subtest, which requires auditory memory, facility with numbers, and numerical reasoning ability. When individuals perform more effectively on the Arithmetic Subtest than on Digit Span subtest, it is often the case that these individuals find it much easier to manipulate and work with information that is posed in the context of a real-life problem than with information that is presented as a random series of numbers and letters that lack any context that might aid in initial registration and manipulation efforts. Although Ms. Black's working memory is average when compared to that of her same-aged peers, it is less developed than her verbal and perceptual reasoning abilities, and emerges as a relative weakness.

The PSI is a summary of processing speed (*Gs*), or Ms. Black's ability to complete simple tasks quickly. Overall, Ms. Black's performance on processing speed tasks is average (PSI; SS = 108; 70th percentile). Activities that contribute to this score include searching for a symbol among an array (Symbol Search; ss = 13; 84th percentile), and quickly copying symbols corresponding to numbers (Coding; ss = 10; 50th percentile). Ms. Black's performance on the Coding subtest represents a statistically significant personal weakness. Coding requires visual-motor coordination, motor and mental speed, and visual working memory, and these results demonstrate that Ms. Black has relative weakness in these areas. Although Ms. Black's processing speed is average when compared to that of her same-aged peers, it is less developed than her verbal and perceptual reasoning intellectual abilities and emerges as a relative weakness.

Wechsler Adult Intelligence Scale--Fourth Edition (WAIS--IV)
Results Overview

| Scale | Standard Score | 95% Confidence Interval | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| General Ability Index (GAI) | 127 | 121-131 | 96 | Superior |
| Verbal Comprehension Index | 132 | 125-136 | 98 | Very Superior |
| Perceptual Reasoning Index | 117 | 110-122 | 87 | High Average |
| Working Memory Index | 105 | 98-111 | 63 | Average |
| Processing Speed Index | 108 | 96-116 | 70 | Average |

**Verbal Comprehension Core Subtest Scores**

| Subtest | Scaled Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Similarities | 16 | 98 | Very Superior |
| Vocabulary | 16 | 98 | Very Superior |
| Information | 14 | 91 | High Average |

5

### Perceptual Reasoning Core Subtest Scores

| Subtest | Scaled Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Block Design | 13 | 84 | High Average |
| Matrix Reasoning | 11 | 63 | Average |
| Visual Puzzles | 15 | 95 | Superior |

### Working Memory Core Subtest Scores

| Subtest | Scaled Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Digit Span | 9 | 37 | Average |
| Arithmetic | 13 | 84 | High Average |

### Processing Speed Core Subtest Scores

| Subtest | Scaled Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Symbol Search | 13 | 84 | High Average |
| Coding | 10 | 50 | Average |

***Attention/Concentration***

Connors' Adult ADHD Rating Scales (self-report and observer versions) were used to gather information about Ms. Black's reported inattention symptoms. Collection of scores from an examinee and a collateral allows for comparison of an individual's self-concept to outside observation of an examinee's behavior. Ms. Black completed the CAARS-S:L and her roommate of three years (with whom she currently lives) completed the CAARS-O:L. Responses on the CAARS are compiled into eight subscales, reflecting factors that could produce ADHD-like symptoms, major components of ADHD, and DSM-IV ADHD symptoms. $T$-scores are used to compare responses on the CAARS to established norms. $T$-scores have an average of 50 and a standard deviation of 10; scores at or above 70 are considered clinically elevated.

Ms. Black's responses on the CAARS-S:L resulted in clinically significant elevations on the Inattention/Memory Problems scale ($T = 73$), the Hyperactivity/Restlessness scale ($T = 73$) the Impulsivity/Emotional Lability scale ($T = 70$), the DSM-IV Inattentive Symptoms scale ($T = 78$), the DSM-IV Hyperactive-Impulsive Symptoms Scale ($T = 77$), the DSM-IV ADHD Symptoms Total scale ($T = 82$), and the ADHD Index Scale ($T = 75$). Responses on the CAARS-O:L completed by Ms. Black's roommate closely mirrored Ms. Black's responses, confirming Ms. Black's self-reported difficulties with inattention, hyperactivity, and impulsivity.

Together, the CAARS-S:L and CAARS-O:L support Ms. Black's self-reported difficulty with focus and attention, and offer support for clinically significant ADHD symptoms. Further behavioral testing was undertaken to gather additional information about Ms. Black's inattention difficulties.

Conners' Continuous Performance Test-II (CPT-II) was administered to Ms. Black to assess her attention/concentration ability. The CPT-II is a computer-based assessment of attention

6

disorders and neurological functioning. Results from the CPT-II can explicate the presence and nature of attention deficits, and identify problems with impulsiveness, arousal, and vigilance. The CPT-II presents individual letters at varying intervals on a computer screen and asks individuals to press a keyboard or mouse button in response to every letter presented except "X." This allows for analysis of individuals' response time, ability to inhibit inappropriate responses (i.e. not respond to "X"), and ability to attend to changes in inter-stimulus intervals and adapt response patterns accordingly.

The current administration findings do not indicate timing difficulties or non-compliance, suggesting that the current administration should be considered valid. Overall, Ms. Black's CPT-II profile suggests the presence of ADHD with significant problems with inattention, impulsivity, and vigilance. Ms. Black's CPT-II Clinical Confidence Index is 60.5%, indicating that her results better match a clinical than non-clinical profile, or that the chances are 60.5 out of 100 that a clinically significant problem with ADHD exists. Ms. Black made 20 commissions (responses to non-targets), which is substantially higher than the average of the normative group and indicates problems with inattention. Ms. Black's reaction times were substantially more variable than the normative group average, indicating that her reaction times were highly inconsistent. She had a high number of perseverations, which is indicative of impulsivity. She demonstrated increasingly slower reaction times as the administration progressed and became much less consistent (relative to the norm) as the administration progressed, indicating poor vigilance. In summary, Ms. Black's overall performance is consistent with patterns typically observed in ADHD populations.

**CONCLUSIONS:**
Elizabeth Black, a right-handed 31-year-old Caucasian female, was referred to the University of South Florida (USF) Psychological Services Center (PSC) by Dr. Feldman at the USF Counseling Center (USF CC). Ms. Black is seeking an ADHD evaluation to update her diagnosis documentation so that she may continue receiving her psychostimulant medication from the USF CC. Ms. Black's chief academic complaints are distractibility, forgetfulness, and difficulty paying attention. Ms. Black has a lifetime history of difficulty with attention, concentration, and impulsivity. She was previously diagnosed with ADHD by a psychiatrist in 2009 and has been receiving psychostimulant medication since that time. Dr. Feldman at the USF CC currently handles her medication management, but due to recently policy changes Ms. Black must update her ADHD diagnosis documentation in order to continue receiving her medication.

Findings from this assessment are consistent with result patterns that typically indicate clinically significant attention problems. Specifically, Ms. Black's pattern of performance in the current assessment, while unmedicated, is indicative of ADHD. Ms. Black currently takes 40 mg of Vyvanse a day and 10 mg of Adderall as needed, and reported good benefit from her medications. Ms. Black reports symptoms indicative of ADHD symptomology, and the current assessment supports a diagnosis of ADHD. Her self-report and her roommate's report were corroborated by her performance on the CPT-II, which indicated problems with inattention, impulsivity, and vigilance. Her overall pattern of testing results, were also typical of an ADHD population, as they indicated relative weakness in working memory and processing speed. Ms.

7

Black also exhibits problems with anxiety a result of her academic difficulties, which likely exacerbate her ADHD symptoms.

The results of this assessment indicate that Ms. Black meets DSM-5 criteria for ADHD with combined presentation (inattentive and hyperactive/impulsive presentation).

**DSM-5 DIAGNOSES:**
314.01         Attention deficit hyperactivity disorder with combined presentation

**RECOMMENDATIONS:**
It is hoped that the recommendations offered here will help foster continued success for Ms. Black:

1) Ms. Black should receive academic accommodations for ADHD (at her discretion). Specifically, Ms. Black should be allowed extended time for testing and quiet testing accommodations in all courses and standardized tests to maximize her ability to focus.

2) Ms. Black should continue to see her psychiatrist for pharmacological management of her ADHD and test-related anxiety symptoms.

3) Ms. Black reported some difficulty with anxiety symptoms. In addition to medication management with her psychiatrist, Ms. Black may benefit from Cognitive Behavioral Therapy (CBT) to help her identify automatic negative thoughts related to her academic performance and to learn behavioral skills to help her cope with symptoms of anxiety. Low-cost therapy services are available at the USF Psychological Services Center (PSC) in the Department of Psychology. A PSC Clinic Assistant can be reached at (813) 974-2496.

We appreciated the opportunity to work with Ms. Black. If you have any questions regarding the results of this report, please feel free to contact the University of South Florida Psychological Services Center at (813) 974-2496.

Megan V. McMurray, M.A.
Clinical Psychology Trainee

Margaret Booth-Jones, Ph.D.
Supervising Psychologist
PY5406