

1653660 5-283-137-5
Step 1 Request Form

United States Medical Licensing Examination® (USMLE®)

# REQUEST FOR TEST ACCOMMODATIONS

*Use this form if you are requesting accommodations on USMLE for the first time*

**The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program**

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing each time you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org for a detailed description of how to document a need for accommodation.
- Complete all sections of this request form and submit it together with all required documentation at the same time you submit your Step exam application.
- Incomplete, illegible, or unsigned request forms and/or insufficient supporting documentation will delay processing of your request.
- Do not send originals. Please retain the originals of all documentation that you submit as we are unable to return submissions or provide duplicate copies to third parties.
- Submitting duplicate and/or bound documentation may delay processing of your request.
- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within a few days of submitting your request, please contact Disability Services at 215-590-9700. You may be asked to submit additional documentation to complete your request.
- Requests are processed in the order in which they are received. Allow at least 60 days for processing of your request. Processing cannot begin until sufficient information is received by NBME and your Step exam registration is complete.
- The outcome of our review will not be released via telephone. All official communications regarding your request will be made in writing. If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

RECEIVED NOV 26 2014 Disability Services

**You MUST provide supporting documentation verifying your current functional impairment.**

In order to document your need for accommodation, **submit** the following with this form:

✔ A **personal statement** describing your disability and its impact on your daily life and educational functioning.

✔ **Supporting documentation** such as psychoeducational evaluations; medical records; copies of report cards, academic and score transcripts; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; verification of prior academic/test accommodations; etc.

✔ A **complete and comprehensive evaluation**. Reports from qualified professionals must be typewritten on letterhead, signed and include the professional's qualifications.

**USMLE® Request for Test Accommodations**

**Section A: Exam Information**

Place a check next to the examination(s) for which you are currently registered and requesting test accommodations: (Check all that apply)

- [x] Step 1
- [ ] Step 2 CK (Clinical Knowledge)
- [ ] Step 2 CS (Clinical Skills)
- [ ] Step 3

**Section B: Biographical Information**
Please type or print.

B1. Name: BLACK (Last) ELIZABETH (First) A. (Middle Initial)

B2. Gender: ☐ Male ☒ Female

B3. Date of Birth: [redacted]

B4. USMLE # 5-293-137-5 (required)

B5. Address: 3211 W. Swann Ave, Unit 1111
Street

Tampa (City) FL (State/Province) 33609 (Zip/Postal Code)

USA
Country

609-306-8808
Daytime Telephone Number

RECEIVED
NOV 2? 2014
Disability Services

—
Alternate Telephone Number

eblack1@health.usf.edu
E-mail address

B6. Medical School Name: Univ. of South FL Morsani College of Med.

Country of Medical School: USA Date of Medical School Graduation: ______

**USMLE® Request for Test Accommodations**

**Section C: Accommodations Information**

C1. Do you require wheelchair access at the examination facility? ☐ Yes ☒ No
If yes, and you require an adjustable height computer table, indicate the number of inches required from the bottom of the table to the floor: ________

C2. Describe the accommodation(s) you are requesting. Accommodations must be appropriate to the impairment within the context of the examination task and setting:

Time & 1/2 over 2 days.

C3. Check **ONLY ONE** box for the exam(s) for which you are registered.

**STEP 1:**

**Additional Break Time**
- ☐ Additional break time over 1 day
- ☐ Additional break time over 2 days

**Additional Testing Time**
- ☐ 25% Additional test time (Time and 1/4) over 2 days
- ☒ 50% Additional test time (Time and 1/2) over 2 days
- ☐ 100% Additional test time (Double time) over 2 days

☐ Additional break time and 50% Additional test time (Time and 1/2) over 2 days

**STEP 2 CK:**

**Additional Break Time**
- ☐ Additional break time over 2 days

**Additional Testing Time**
- ☐ 25% Additional test time (Time and 1/4) over 2 days
- ☐ 50% Additional test time (Time and 1/2) over 2 days
- ☐ 100% Additional test time (Double time) over 2 days

☐ Additional break time and 50% Additional test time (Time and 1/2) over 2 days

RECEIVED
NOV 2 6 2014
Disability Services

**STEP 3:**

**Additional Break Time**
- ☐ Additional break time over 4 days

**Additional Testing Time**
- ☐ 25% Additional test time (Time and 1/4) over 3 days
- ☐ 50% Additional test time (Time and 1/2) over 4 days
- ☐ 100% Additional test time (Double time) over 5 days

☐ Additional break time and 50% Additional test time (Time and 1/2) over 4 days

**STEP 2 CS:**

Describe the accommodations you are requesting for each section of Step 2 CS (i.e., patient encounter, patient note). If you are requesting additional time, state the amount of additional time you require in minutes per encounter/note.

☐ Patient Encounter: ________________________________

☐ Patient Note: ________________________________

**USMLE® Request for Test Accommodations**

## Section D: Information About Your Impairment

**D1.** Check the box that best describes the nature of your impairment and list the year it was first diagnosed by a qualified professional. Check only those for which you are requesting accommodations.

| | Year first diagnosed |
|---|---|
| **Sensory** | |
| ☐ Hearing | ______ |
| ☐ Vision | ______ |
| ☐ Other (specify): ______ | ______ |
| **Learning** | |
| ☐ Reading | ______ |
| ☐ Writing | ______ |
| ☐ Mathematics | ______ |
| ☐ Other (specify): ______ | ______ |
| **Language** | |
| ☐ Expressive | ______ |
| ☐ Receptive | ______ |
| ☐ Other (specify): ______ | ______ |
| **Physical** | |
| ☐ Mobility/motor | ______ |
| ☐ Endocrine | ______ |
| ☐ Neurological | ______ |
| ☐ Other (specify): ______ | ______ |
| **Psychiatric** | |
| ☐ Anxiety Disorder | ______ |
| ☐ Depression/Mood Disorder | ______ |
| ☒ Attention Deficit/Hyperactivity Disorder | 2008/2009 |
| ☐ Other (specify): ______ | ______ |
| **Other Impairment** (specify) ______ | ______ |

RECEIVED
NOV 26 2014
Disability Services

**D2.** List your **current** DSM/ICD diagnosis/diagnoses for which you are requesting accommodations:

DSM-5: 314.01-Attention deficit hyperactivity disorder with combined presentation.

**D3. Personal Statement**

**Attach a signed and dated personal statement describing your impairments(s) and their impact on daily life.** Narratives should not be confined to standardized test performance. The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limit your current functioning in a major life activity. In your own words, discuss how your impairment(s) would interfere with your access to the relevant USMLE Step and how the specific accommodation(s) you are requesting will alleviate this impact.

## Section E: Accommodation History

### STANDARDIZED EXAMINATIONS

**E1.** List accommodations you received for all standardized examinations such as college, graduate and professional school admissions tests and professional licensure and certification examinations. If no accommodations were provided, write NONE.

**Attach copies of official documentation from each testing agency confirming the test accommodations they provided.**

**Attached a copy of your official examination score report(s).**

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ☐ SAT®, ACT® | | |
| ☐ MCAT® | | |
| ☐ GRE® | | |
| ☐ GMAT® | | |
| ☐ LSAT® | | |
| ☐ DAT® | | |
| ☐ COMLEX® | | |
| ☐ Bar Examination(s) | | |
| ☐ Other(s) | | |
| | | |

### POSTSECONDARY EDUCATION

**E2.** List each school and all formal accommodations you receive/received, and the dates accommodations were provided.

**Attach copies of official records from the school(s) listed confirming the accommodations they provided.**

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| Medical/Graduate/ Professional School | USF Morsani College of Med. | time & a half | March 2013 |
| | | | |
| | | | |
| Undergraduate School | | | |
| | | | |

RECEIVED
NOV 26 2014
Disability Services

**E3. Certification of Prior Test Accommodations**

If you receive/received accommodations in medical school and/or residency, the appropriate official at your medical school/residency must complete and submit the **Certification of Prior Test Accommodations** form available at **www.usmle.org**.

CONFIDENTIAL

## PRIMARY AND SECONDARY SCHOOL

E4. List each school and all formal accommodations you received, and the dates accommodations were provided:

- Attach copies of official records from the school(s) listed confirming the accommodations they provided.

| | SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|---|
| High School | | | |
| Middle School | | | |
| Elementary School | | | |

RECEIVED
NOV 26 2014
Disability Services

## Section F: Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate. I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:

- Evaluating my eligibility for accommodations. When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research. Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information. I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information (see "Indeterminate Scores and Irregular Behavior"), if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print): Elizabeth Black

Signature: [signature] Date: 11/18/14

**USMLE® Request for Test Accommodations**

**What to Submit**

- ✓ Legible copies of all documents, not originals
- ✓ Typewritten and signed letters and reports from professionals on their letterhead
- ✓ Complete reports with all pages including test scores
- ✓ All documents in English. You are responsible for providing certified English translations of all non-English documentation
- ✓ Childhood records - if your request is based on a developmental disorder (e.g., LD, dyslexia, ADHD)
- ✓ Official transcripts and standardized test score reports
- ✓ Documentation beyond self-report of your functional impairment
- ✓ Documentation of your functional impairment in activities other than test-taking

**What NOT to Submit**

- ✖ Original documents
- ✖ Handwritten or unsigned letters from physicians or evaluators
- ✖ Copies of reports with redactions or missing pages
- ✖ Multiple copies of documentation (i.e., faxed and mailed copies of a document)
- ✖ Duplicate documentation previously submitted to Disability Services
- ✖ Previous correspondence from Disability Services
- ✖ Research articles, your résumé or curriculum vita
- ✖ Staples, binders, page protectors, folders, or similar items

**Mail, fax or e-mail (as a pdf) your completed request form and supporting documents to the address below at the same time you submit your Step examination application.**

**Disability Services**
**National Board of Medical Examiners**
**3750 Market Street**
**Philadelphia, PA 19104-3190**
**Telephone: (215) 590-9700**
**Facsimile: (215) 590-9422**
**E-mail: disabilityservices@nbme.org**

RECEIVED
NOV 2 6 20..
Disability Services

1683079 5-293-137-5
Personal Statement

Elizabeth Black
ID#: 5-293-137-5
Request for USMLE Step 1 Test Accommodations

Personal Statement

I have had a lifetime history of difficulty with concentrating and staying focused. As a child, it always took me longer to complete my work compared to my peers and twin brother. I remember having to re-read entire pages of textbooks in order to process and retain information, consistently distracting myself. During classes, my ability to focus on the lecture was compromised by my distractibility and impulsivity. In the school setting, while never "hyperactive" in the true sense, I fidgeted, tapped my foot and moved around a lot (and still do) in my chair. I consistently remember impulsively blurting out answers in class, instead of raising my hand. I was noted by family and friends to be a "terrible story teller" due to my inability to focus on the main point and interjecting tangential thoughts often. As an adult, I find that I speak somewhat excessively and interrupt people as they are speaking to add to the conversation.

I was able to overcome my disability without diagnosis or medication as a child because I was in a highly structured school environment with supportive parents. This was again the case in my post-baccalaureate program—I lived at home and my schedule and classes were highly structured, facilitating my success. However, as an undergraduate, I would spend entire days in the library without getting anything I had set out to complete accomplished, constantly distracted. The lack of structure in my college environment led me to struggle more than I ever had academically.

I was diagnosed with ADHD by Dr. Scott Fleischer in March of 2009. I sought treatment with Dr. Fleischer and received my eventual diagnosis as I was attempting to study for the MCAT. I began treatment with stimulants at this point and have continued them since. Additionally due to policy changes at USF, I recently had additional confirmatory testing for my ADHD at the USF Psychological Services Center by Dr. Margaret Booth-Jones, where I was again diagnosed with ADHD with combined presentation (inattentive and hyperactive/impulsive presentation). I am currently treated with 40mg Vyvanse daily and 10mg Adderall as needed. While the medications do help substantially, I still struggle with timing and distractibility. In the spring of 2013 I applied for and received time and a half and quiet environment testing accommodations from USF MCOM.

Additionally, I investigated special time accommodations for the MCAT and prior to taking Step 1 for the first time (July 2014). Regrettably, I never chose to apply for the accommodations based on the fact that I would be singled out on my score report, all the while knowing that additional time would be hugely advantageous to me. Now that reporting of accommodations does not appear along with the test score and knowing my documented trouble with timing and inattention, I would like to receive 50% additional test time over two days to take the USMLE Step 1 exam.

Thank you in advance for your consideration.

RECEIVED
NOV 2 6 2014
Disability Services



1653677 5-293-137-5
CPTA-Testing Accommodatio

United States Medical Licensing Examination® (USM

## Certification of Prior Test Accommodations

**Please type or print. To be completed and signed by medical school official responsible for student disability services.**

**Applicant Name:** ELIZABETH BLACK **USMLE ID#:** 5-293-137-5

I certify that University of South FL (Name of School) has officially approved and continuously provided the following accommodations for the above applicant beginning on 3/2013 (Date (Month/Year))

1. Accommodation(s) provided for **classroom and clinical coursework:**
   Time and 1/2 (1.5x) and reduced distraction for exams
   No other coursework accommodations

   Reason for accommodation(s): 314.01 ADHD

2. Accommodation(s) provided for **written exams:**
   Time and 1/2 and reduced distraction testing

   Reason for accommodation(s): 314.01 ADHD

3. Accommodation(s) provided for **clinical skills exams:**
   NONE

   Reason for accommodation(s): NONE

Name of School Official: DEBORAH A MCCARTHY (Print Name of Official) Title: DIRECTOR (Title of Official)

Signature of Official: [signature] Date: 11/21/14

Telephone Number: (813) 974-8135

RECEIVED
NOV 26 2014
Disability Services

**Mail, fax, or e-mail completed form to:**

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700
FAX: (215) 590-9422
E-mail: disabilityservices@nbme.org
Call or e-mail to verify receipt of Fax and mail submissions

CPTA 2011

1683978 5-293-137-5
CPTA-Testing Recommodatio

United States Medical Licensing Examination® (US

## Certification of Prior Test Accommodations

**Please type or print. To be completed and signed by medical school official responsible for student disability services.**

**Applicant Name:** ELIZABETH BLACK **USMLE ID#:** 5-293-137-5

I certify that University of South FL (Name of School) has officially approved and continuously provided the following accommodations for the above applicant beginning on 3/2013 (Date (Month/Year))

1. Accommodation(s) provided for **classroom and clinical coursework:**
   Time and 1/2 (1.5x) and reduced distraction for exams
   No Other coursework accommodations

   Reason for accommodation(s): 314.01 ADHD

2. Accommodation(s) provided for **written exams:**
   Time and 1/2 and reduced distraction testing

   Reason for accommodation(s): 314.01 ADHD

RECEIVED
NOV 24 2014
Disability Services

3. Accommodation(s) provided for **clinical skills exams:**
   NONE

   Reason for accommodation(s): NONE

Name of School Official: DEBORAH A MCCARTHY (Print Name of Official) Title: DIRECTOR (Title of Official)

Signature of Official: [signature] Date: 11/21/14

Telephone Number: (813) 974-8135

**Mail, fax, or e-mail completed form to:**

Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700
FAX: (215) 590-9422
E-mail: disabilityservices@nbme.org
Call or e-mail to verify receipt of Fax and mail submissions

CPTA 2011

CONFIDENTIAL

# University of South Florida, Morsani College of Medicine
Tampa, Florida

Name: Black, Elizabeth Ann
ID Number: U34264740
Issued To: Kelly Delaney - Disability Services, NBME

Degree Sought: MD
Matriculation Date: 08/01/2011

Academic Year 2011-2012

| Course # | | Course Name | Contact Hours | Grade |
|---|---|---|---|---|
| BMS | 6633 | Cardiovascular/Pulmonary Syst | 178.0 | S |
| BMS | 6639 | GI, Renal, & Endocrine Systems | 160.0 | S |
| BMS | 6640 | Core Prin of Medical Science | 158.0 | S |
| BMS | 6841 | Neurological System | 168.0 | S |
| BMS | 6825 | Doctoring I | 250.0 | S |
| BMS | 6836 | Evid-Based Clin Reasoning I | 28.0 | S |
| BMS | 6991D | Schol Conc 1-Hlth Disparities | 10.0 | S |

Academic Year 2012-2013

| Course # | | Course Name | Contact Hours | Grade |
|---|---|---|---|---|
| BMS | 6041 | Medical Sciences 5 | 190 0 | S |
| BMS | 6042 | Medical Sciences 6 | 165 0 | S |
| BMS | 6043 | Medical Sciences 7 | 135.0 | S |
| BMS | 6826 | Doctoring II | 190.0 | S |
| BMS | 6837 | Evid-Based Clin Reasoning II | 35.0 | S |
| BMS | 6920 | Colloquium - Years I & II | 11 0 | S |
| BMS | 6992D | Schol Conc 2-Hlth Disparities | 10.0 | S |

Academic Year 2013-2014

| Course # | | Course Name | Contact Hours | Grade |
|---|---|---|---|---|
| BCC | 6173 | Introduction to Clerkships | 19.0 | S |

Leave of Absence 05/13/13 - 07/04/14

Academic Year 2014-2015

| Course # | | Course Name | Contact Hours | Grade |
|---|---|---|---|---|
| BCC | 7110 | Adult Medicine Clerkship | 400.0 | I |

Leave of Absence 09/02/14 -

*--Continued on Next Column--*

*--End of Transcript--*

RECEIVED
DEC 9 2014
Disability Services

1003682 B-283-187-3
Univ South Florida COM tr

*CPX: Clinical Performance Examination*
*CCEE: Comprehensive Clinical Evaluation Encounter*

*Prior to the 2000-2001 academic year, contact hours were maintained in a legacy system and were not transferred to the currently used system.*

*The highest grade a student remediating a course is eligible to receive is a P.*

This transcript is not official unless it bears an official signature and the embossed Seal of the Morsani College of Medicine.

Marrissa Cook
Registrar
12901 Bruce B. Downs Blvd., Tampa, FL 33612-4799

19 December 2014
Date Issued

In accordance with the Family Educational Rights and Privacy Act of 1974, information from this transcript may not be released to a third party without written consent of the student.

CONFIDENTIAL

12/18/2014 21:14 8139744619

University of South Florida Morsani College of Medicine and College of Pharmacy

[illegible]

[illegible]

[illegible]

TRANSCRIPT LEGEND

## Morsani College of Medicine

### HISTORY

The Morsani College of Medicine [illegible] comprising USF [illegible] legislature in 1965. [illegible] September [illegible] Physical Therapy [illegible] Florida [illegible] the Doctor of Physical Therapy [illegible] transitional [illegible] Physical Therapy [illegible] offered [illegible] January [illegible]

### ACCREDITATION

The University of South Florida [illegible] program [illegible] Medical [illegible] the American [illegible] Therapy [illegible] accredited [illegible]

EDUCATIONAL PROGRAMS [illegible]

[illegible] MD Program

[illegible]

[illegible] MD Program

[illegible]

[illegible] MD Program

[illegible]

[illegible] MD Program

[illegible]

[illegible] MD Program

[illegible]

[illegible] MD Program

[illegible]

[illegible] DPT Program

[illegible]

[illegible] DPT Program

[illegible]

[illegible]

RECEIVED

DEC 19 2014

Disability Services

[illegible]

OFFICIAL TRANSCRIPTS BEAR THE OFFICIAL [illegible] EMBOSSED SEAL OF THE OFFICE OF THE REGISTRAR OF THE UNIVERSITY OF SOUTH FLORIDA MORSANI COLLEGE OF MEDICINE AND COLLEGE OF PHARMACY

## College of Pharmacy

### HISTORY

In the year 2007 the University of South Florida [illegible] College of Pharmacy [illegible] August [illegible]

### ACCREDITATION

The [illegible] Pharmacy [illegible] College of Pharmacy [illegible]

[illegible] Pharmacy [illegible]

[illegible]

[illegible]

PAGE 03/03

KRM 036

12/18/2014 21:14 8139744619 PAGE 01/03

RECEIVED
DEC 19 2014
Disability Services

# facsimile transmittal

| | | | |
|---|---|---|---|
| To: | Disability Services, NBME<br>Attn: Kelly Delaney | | 215 590-9422 |
| From: | Macaulay Cardinal, Assistant Registrar | Date: | December 19, 2014 |
| Re: | Elizabeth Black | Pages: | Including Cover Sheet 3 |
| Cc. | | Sender's Phone: | (813) 974-4089 |

☒ Urgent ☐ For review ☐ Please comment ☐ Please reply ☐ Please recycle

**CONFIDENTIALITY NOTICE:**

*The information contained in this facsimile message may be legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile message is strictly prohibited. If you have received this facsimile message in error, please immediately notify us by telephone and destroy the original message. Thank you.*

OFFICE OF THE REGISTRAR • MORSANI COLLEGE OF MEDICINE
University of South Florida •12901 Bruce B. Downs Blvd • Tampa, FL 33612-4799
(813)974-0828 • FAX (813)974-4619 • www.hsc.usf.edu/medicine/registrar

CONFIDENTIAL

THE BORDER OF THIS DOCUMENT IS PRINTED IN ORANGE INK

# PRINCETON UNIVERSITY

ELIZABETH ANN BLACK entered Princeton as a Freshman on 09/13/01.
Received AB degree concentrating in the Department of History on 05/31/05. This transcript prepared on 07/08/09.

| | | Fall Term 2001-2002 (Freshman) | Grade | Courses |
|---|---|---|---|---|
| CHM | 201 | General Chemistry I | B+ | 1.0 |
| MAT | 103 | Calculus | B- | 1.0 |
| SPA | 105 | Intermediate Spanish | A- | 1.0 |
| WRI | 124 | Writing Seminar | B | 1.0 |

| | | Spring Term 2001-2002 (Freshman) | Grade | Courses |
|---|---|---|---|---|
| ART | 101 | Introduction to the History of Art | A | 1.0 |
| CHM | 202 | General Chemistry II | B | 1.0 |
| FRS | 114 | Art Motive in Modern Photography | B+ | 1.0 |
| MAT | 104 | Calculus | B- | 1.0 |
| SPA | 108 | Advanced Spanish | A- | 1.0 |

| | | Fall Term 2002-2003 (Sophomore) | Grade | Courses |
|---|---|---|---|---|
| CHM | 303 | Organic Chm I - Biological Emphasis | C | 1.0 |
| EEB | 211 | The Biology of Organisms | C+ | 1.0 |
| PSY | 252 | Social Psychology | D | 1.0 |

| | | Spring Term 2002-2003 (Sophomore) | Grade | Courses |
|---|---|---|---|---|
| HIS | 280 | Approaches to American History | B+ | 1.0 |
| HIS | 304 | Modern Latin America since 1810 | B | 1.0 |
| MOL | 214 | Intro to Cellular & Molecular Biology | C- | 1.0 |
| POL | 367 | Latin American Politics | B+ | 1.0 |

| | | Fall Term 2003-2004 (Junior) | Grade | Courses |
|---|---|---|---|---|
| ANT | 335 | Medical Anthropology | B- | 1.0 |
| HIS | 303 | Colonial Latin America to 1810 | B+ | 1.0 |
| HIS | 400 | Junior Seminar | B | 1.0 |
| SPA | 222 | Intr Span-Amer Culture:Discovery-Present | B | 1.0 |
| HIS | | Junior Independent Work | B+ | 1.0 |

| | | Spring Term 2003-2004 (Junior) | Grade | Courses |
|---|---|---|---|---|
| HIS | 35[illegible] | The History of France 1685-1800 | B+ | 1.0 |
| HIS | 376 | The American Civil War & Reconstruction | B | 1.0 |
| HIS | 408 | History of Modern Argentina | B | 1.0 |
| POL | 392 | American Foreign Policy | P | 1.0 |
| HIS | | Junior Independent Work | B- | 1.0 |

| | | Fall Term 2004-2005 (Senior) | Grade | Courses |
|---|---|---|---|---|
| AAS | 391 | Race, Class, & Intelligence in America | B+ | 1.0 |
| CLA | 212 | Classical Mythology | P | 1.0 |
| HIS | 380 | The United States and World Affairs | B- | 1.0 |
| HIS | 389 | American Cultural History since 1876 | B | 1.0 |

| | | Spring Term 2004-2005 (Senior) | Grade | Courses |
|---|---|---|---|---|
| ECO | 100 | Introduction to Microeconomics | D | 1.0 |
| HUM | 447 | Human Rights: A Media Perspective | A | 1.0 |
| HIS | | Senior Departmental Exam | B+ | |
| HIS | | Senior Thesis | B | 2.0 |

REMARKS:
Granted 1 Unit of Advanced Placement in Mathematics
Received the Latin American Studies Certificate at Graduation

Disability Services
DEC 1
RECEIVED

RE

Elizabeth Black
PO Box 234
Gwynedd Valley, PA 19437

Polly Winfrey Griffin
Polly Winfrey Griffin, Registrar

End of transcript

THE WORDS "UNOFFICIAL COPY" APPEAR WHEN PHOTOCOPIED

TRANSCRIPT EXPLANATION PRINTED ON REVERSE SIDE

THIS OFFICIAL TRANSCRIPT IS PRINTED ON SCRIP-SAFE® SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

KRM 038

12/16/2014

MCAT THx

1083750 5-293-137-5
MCAT-Test Scores (MCAT, G

MCAT® is a program of the Association of American Medical Colleges

**Name:** BLACK, ELIZABETH ANN
**AAMC ID:** 12849523
**Date of Birth:** [redacted]
**Gender:** Female
**Verification Code:** OJEJ-GQRM-F7F8-QWF7

2 MCAT exam(s) since 1991. 2 MCAT exam(s) included in this report.

| Test Date | 09/12/2009 | Score | Percentile |
| --- | --- | --- | --- |
| Scores: | Verbal Reasoning | 08 | 37.9 - 52.7 |
| | Physical Sciences | 10 | 70.8 - 81.9 |
| | Writing Sample | O | 44.2 - 57.3 |
| | Biological Sciences | 11 | 77.0 - 89.1 |
| | Total Score | 29O | 69.6 - 75.2 |

| Test Date | 04/18/2009 | Score | Percentile |
| --- | --- | --- | --- |
| Scores: | Verbal Reasoning | 07 | 27.2 - 37.8 |
| | Physical Sciences | 07 | 25.3 - 43 |
| | Writing Sample | N | 35.2 - 44.1 |
| | Biological Sciences | 08 | 26.[illegible] - 41.7 |
| | Total Score | 22N | 2[illegible].4 - 33.3 |

Please go to https://services.aamc.org/mcat_verify/ to verify the scores on this report.

This report will no longer be able to be verified after 03/16/2015.

Score legend

H or HD - scores are currently on hold.

C or CD - scores have been cancelled.

D or DD - scores have been deleted.

© 1995-2014 AAMC

CONFIDENTIAL



# TAR Manual Email

**From:** disabilityservices@nbme.org
**Sent:** 12/16/2014 04:00:04 PM
**To:** eblack1@health.usf.edu
**Created:** 12/16/2014 03:59:48 PM
**Cc:**
**Employee:** Michelle Goldberg
**Subject:** Request for Step 1

Dear Ms. Black,

The National Board of Medical Examiners (NBME) processes requests for test accommodations on behalf of the United States Medical Licensing Examination (USMLE) program. We have begun reviewing your request for test accommodations on the USMLE Step 1 examination.

Please provide complete copies of your college and medical school transcripts, as well as a copy of the American Association of Medical Colleges (AAMC) report of your scores for each administrations of the MCAT examination that you have taken. You should be able to access your MCAT scores online from the website of the AAMC, if you do not already have them available.

The additional documents can be submitted by email, fax, or mail. If you would like to email documents, please send them as pdf attachments to disabilityservices@nbme.org. Our mailing address is Disability Services, 3750 Market St. Philadelphia, PA 19104-3102, and fax number is 215-590-9422 (call 215-590-9700 to verify receipt).

We will continue processing your request as soon as we receive this documentation. Your Disability Services Specialist, Kelly Delaney, is available to assist you by telephone (215-590-9700) or email (disabilityservices@nbme.org) if you have any questions.

Thank you.
Sincerely,

Michelle M. Goldberg, Ph.D.
Manager, Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
215-590-9700
disabilityservices@nbme.org

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.





USF
HEALTH

1083075 5-293-137-5
O'Callaghan, P 11/25/14-L

November 25, 2014

Dr. Catherine Farmer
Director of Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, Pennsylvania 19104-3102

Dear Dr. Farmer,

I write you in full support of Elizabeth Black, DOB [redacted] a second year medical student at the University of South Florida Morsani College of Medicine (USF COM), who is requesting testing accommodations for USMLE Step 1. In order to graduate from USF COM, our students must pass Step 1 and 2 of the USMLE. Ms. Black is requesting special testing accommodations due to the clinically diagnosed disability, Attention Deficit Hyperactivity Disorder, Combined Presentation.

Ms. Black's disability impacts her everyday functioning by significantly extending the duration under which she can perform the major life activities of learning, memory and concentrating. Ms. Black is easily distracted and has difficulties controlling impulsive responses. Her inability to block out distractions interferes with her ability to concentrate, especially while reading. She also experiences difficulties organizing and completing tasks. Therefore, the specific accommodations of 50% additional test time over two days, in a quiet room, are needed to mediate Ms. Black's functional capacity. These accommodations will provide the necessary time to re-read passages, re focus due to internal or external distractions and take breaks from the testing environment, resulting in a more accurate assessment of her knowledge and thinking abilities.

While enrolled in medical school, Ms. Black has received special testing accommodations which include: 1) testing in an environment free of distractions (i.e., written examinations isolated from others students), and 2) time and one half testing time on formal written examinations.

This letter is to request that Ms. Black receive these special testing accommodations while sitting for her board examinations. It is my belief that if provided this much needed accommodation, she will be successful in passing these examination requirements. Should you require further information, please contact me at 813-974-5815. Thank you in advance for your cooperation and consideration.

Sincerely,

RECEIVED
NOV 26 2014
Disability Services

Pamela O'Callaghan, PhD
Director, Academic Support Center
Assistant Professor, Department of Family Medicine
pocallag@health.usf.edu

 

**CONFIDENTIAL**
**PSYCHOEDUCATIONAL EVALUATION**

*The information in this report is privileged and confidential and should be used for professional purposes only.*

**IDENTIFYING INFORMATION:**
Name: Elizabeth Black
Client Number: 5796
Date of Birth: [redacted]
Clinician Megan McMurray, M.A.
Supervisor Margaret Booth-Jones, Ph.D.
Date of Evaluation: 10.9.2014
Date of Report: 10/21/2014

RECEIVED
NOV 26 2014
Disability Services

**REASON FOR REFERRAL:**
Elizabeth Black, a right-handed 31-year-old Caucasian female, was referred to the University of South Florida (USF) Psychological Services Center (PSC) by Dr. Feldman at the USF Counseling Center (USF CC). Ms. Black is seeking an ADHD evaluation to update her diagnosis documentation so that she may continue receiving her psychostimulant medication from the USF CC. Ms Black's chief academic complaints are distractibility, forgetfulness, and difficulty paying attention.

**HISTORY OF PRESENTING PROBLEMS:**
Ms. Black is a third-year medical student at USF who lives with a roommate in Tampa, FL. She reported that she was diagnosed with ADHD by a psychiatrist in 2009 after presenting with difficulty focusing while studying for the MCAT. Due to recent policy changes at the USF CC, Ms. Black requires updated documentation to continue receiving psychiatric services for ADHD. She is currently prescribed 40 mg of Vyvanse daily, which she takes regularly, and 10 mg of Adderall as needed, which she takes very rarely and only when she needs to study for long periods of time. She reported that Vyvanse works effectively for her for about 8-10 hours, and that she takes Adderall only if she needs to study for more than 8-10 hours at a time. She reported that she has tried Ritalin and Concerta in the past with little or no benefit. Ms. Black has also received academic accommodations for ADHD, including extended time on exams and the option to take her exams in a quiet testing environment. Ms. Black reported that she utilizes the time and a half accommodation for her medical school exams but refuses accommodations on national standardized tests (e.g., the MCAT) because she does not want to share her private medical information or be "singled out." She reported that she has not utilized her quiet testing accommodation for her medical school exams because she does not want her accommodations to be obvious to her peers.

Ms. Black reported a lifetime history of difficulty with concentration and staying focused. When she was younger, she reported that she took longer to complete her work than her peers, and that

she had to re-read whole pages in textbooks several times in order to retain the information. While an undergraduate at Princeton University, she reported spending "hours and hours" in the library "without getting anything accomplished." She reported that she has always been high functioning and that structure has always been beneficial in helping her succeed academically; she noted that she performed well in high school and in her post-baccalaureate program at the University of Pennsylvania because they were both very structured, but she did not perform as well in college because of the lack of structure. Ms. Black reported that she sometimes experiences negative side effects from taking her ADHD medications, specifically an increase in anxiety, but that it is very difficult for her to focus and complete her work when she does not take her medication. She noted that she would like to continue taking her ADHD medications until she is finished with medical school.

**PSYCHIATRIC HISTORY:**
Ms. Black reported that she saw a therapist for a few sessions in 2009 due to difficulty studying for the MCAT. The therapist eventually referred Ms. Black to a psychiatrist who diagnosed her with ADHD; Ms. Black initiated psychostimulant medication at that time. Since coming to USF's medical school in 2011, Ms. Black been treated for ADHD by a psychiatrist at the USF CC, Dr. Feldman. Ms. Black also reported seeing a psychologist at the USF CC to learn skills to help her achieve and maintain a work/life balance. She reported that her mood has been "good" lately and denied any significant problems with her mood in the past. She denied a history of psychiatric hospitalization, self-injurious behavior, and suicidal and/or homicidal ideation.

**MEDICAL HISTORY:**
Ms. Black reported that her physical health is "good." She reported that she has not been treated for any major medical illnesses. She reported taking 40 mg of Vyvanse daily and 10 mg of Adderall as needed for her ADHD symptoms. She started taking 10 mg of Lexapro daily 3 months ago due to increased anxiety about taking an important benchmark exam. She also reported taking 0.5 mg of Klonopin as needed for test-related anxiety, but noted that she does not have a current prescription for that medication. Ms. Black reported taking Zyrtec and using rosacea creams for allergy-related concerns. She denied the use of any over-the-counter supplements. She denied a history of head injury and/or loss of consciousness. She reported that her energy level has been "normal" lately. She reported sleeping about 7 hours on an average night except during weeks that she has exams. Ms. Black reported a "normal" appetite and reported that she is currently 5'9" and about 140 lbs. She reported drinking alcohol about 2-3 times a week, consuming 1-2 drinks per typical occasion. She denied the use of tobacco and recreational drugs.

**DEVELOPMENTAL HISTORY:**
Ms. Black has a twin brother and was born approximately 4 weeks premature via Cesarean delivery due to a breach presentation. She reported having mumps as a child but denied any other major childhood illnesses. Ms. Black reported that she did not talk much as a child but had her twin brother talk for her, noting that they had their own "twin language." She denied any other delays in achieving developmental milestones.

RECEIVED
NOV 26 2014
Disability Services

**SOCIAL/FAMILY HISTORY:**
Ms. Black reported that she was born near Philadelphia, PA, and she moved to Florida in 2009 for medical school. She currently lives in an apartment in Tampa with her roommate of three years and noted that they "get along well." Ms. Black is single and she has no children. She reported having a "good" social support network of friends and family members. Ms. Black has a twin brother, two older brothers, and parents who are all "very supportive." When Ms. Black has spare time, she enjoys playing sports, watching movies, reading, and learning new things Ms. Black reported that taking her Step 1 benchmark exam at the end of October 2014 and financial stressors are her greatest concerns at this time. Ms. Black reported that she is considering a career in OB/GYN, emergency medicine, or internal medicine.

**BEHAVIORAL OBSERVATIONS/MENTAL STATUS EXAMINATION:**
Ms. Black completed the clinical interview and all testing in one session. She presented 20 minutes late for our appointment due to difficulty finding the clinic, but she called to notify this provider that she would be late. Ms. Black presented to the clinic alone and was dressed casually with appropriate hygiene. She appeared her stated age, height, and weight. She presented as a polite and pleasant woman. She appeared comfortable interacting with the examiner and rapport was readily established. Eye contact was good. Speech was normal in rhythm, articulation, rate, and spontaneity, but slightly excessive in quantity. Thought processes were slightly tangential and disorganized, but Ms. Black responded well to redirection. There was no evidence of looseness of associations, thought disorder, delusions or obsessions. She demonstrated no evidence of overt psychosis and did not appear to be responding to any internal stimuli. Ms. Black denied auditory and visual hallucinations. Affect was broad and changed with the flow of conversation. Ms. Black laughed somewhat inappropriately at times and appeared to use humor to deflect from uncomfortable topics of conversation. There was some evidence of psychomotor agitation and inattention (e.g., tapping her foot, biting her nails, adjusting her clothing frequently, moving around in her chair, tangential speech) Ms. Black did not appear to be in acute distress and verbally denied suicidal and homicidal ideation.

Ms. Black appeared sensitive to the nature of the tasks and the level of difficulty of the tasks. She reported feeling relieved when a task was untimed, and she took a notably long time to complete untimed tasks. Ms. Black struggled to sustain attention and was easily distracted throughout the tasks, talking out loud about various items and asking several questions that the examiner could not answer due to the nature of the testing. She also appeared to have some difficulty with restlessness and impulsivity during the testing, interjecting irrelevant personal anecdotes during some of the subtests. However, Ms. Black was highly cooperative during the testing. No problems with initiation and persistence were observed. She worked diligently throughout the testing and persevered with all tasks. On the basis of these behavioral observations, this assessment appears to be a valid measure of Ms. Black's functioning at this time. Of note, Ms. Black was not medicated during our testing, thus measures of intellectual ability are likely underestimates of her true intellectual ability.

**ASSESSMENT BATTERY:**
Clinical Interview
Beck Anxiety Inventory (BAI)
Beck Depression Inventory – Second Edition (BDI-II)

RECEIVED
NOV 2 [illegible]
Disability Services

Conners' Adult ADHD Rating Scales – Self report: Long Version (CAARS – S:L)
Conners' Continuous Performance Test-II (CPT-II)
Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV)
-Subtests 1-10 (Standard Battery)

**ASSESSMENT RESULTS AND INTERPRETATIONS:**

***Psychosocial Functioning***

The Beck Depression Inventory – Second Edition (BDI-II) and the Beck Anxiety Inventory (BAI) were administered to assess Ms. Black's current depression and anxiety symptoms. Ms. Black's score on the BDI-II was 3, indicating minimal depressive symptoms in the two weeks prior to our session. Her score on the BAI was 3, indicating minimal anxiety symptoms in the week prior to our session. Ms. Beck's score on the BAI is likely an underestimate of the anxiety she feels prior to exams, as she reported high levels of anxiety during the week of a scheduled exam.

RECEIVED
NOV 2 6 2014
Disability Services

***Intellectual Ability***

The Wechsler Adult Intelligence Scale – 4th Edition (WAIS-IV) was administered in order to assess Ms. Black's general intellectual abilities. Her index and subtest scores can be found in the tables below. On the WAIS-IV, index scores have a mean of 100 and a standard deviation of 15. Subtest scores have a mean of 10 and a standard deviation of 3.

Ms. Black's General Ability Index (GAI) is an estimate of her general intellectual abilities. Her GAI of 127 is in the superior range. The percentile rank associated with this score is 96, indicating that Ms. Black's GAI is higher than 96% of her same-age peers. The GAI is comprised of two composite scales that reflect different areas of functioning: the Verbal Comprehension Index (VCI) and the Perceptual Reasoning Index (PRI).

The VCI is thought to be a measure of crystallized intelligence (*Gc*), or of one's ability to work with previously acquired information. This type of intelligence is usually gained via formal education and other informal learning opportunities, including through cultural transmission. Overall, Ms. Black's performance on verbal comprehension tasks is very superior (VCI: SS 132; 98th percentile). The types of tasks that Ms. Black completed to demonstrate her *Gc* included describing similarities between concrete and abstract concepts (Similarities; ss = 16; 98th percentile), defining vocabulary words (Vocabulary; ss = 16; 98th percentile), and answering general information questions (Information; ss = 14; 91st percentile). Both the Similarities and Vocabulary subtests emerged as statistically significant personal and normative strengths for Ms. Black, indicating that her abstract verbal reasoning and her ability to comprehend and verbally express vocabulary are very well developed.

The PRI is a reflection of Ms. Black's ability to reason with nonverbal, visual stimuli, including the ability to analyze and synthesize abstract visual stimuli. Ms. Black's performance on perceptual reasoning tasks is high average (PRI; SS = 117; 87th percentile). Perceptual reasoning tasks Ms. Black completed included arranging red and white blocks to look like pictures (Block Design; ss = 13; 84th percentile), identifying the composite pieces of different shapes (Matrix Reasoning; ss = 11; 63rd percentile), and selecting pictures that complete a pattern (Visual Puzzles; ss = 15; 95th percentile).

The Working Memory Index (WMI) is a summary of Ms. Black's ability to hold multiple pieces of information in memory at the same time and to solve problems using that information. Ms. Black's WMI score is average (SS = 105; 63rd percentile). Tasks in this area require examinees to repeat strings of numbers, repeat them backward, and rearrange them in numerical order (Digit Span; ss = 9; 37th percentile) and solve word problems in one's head (Arithmetic; ss = 13; 84th percentile). Ms. Black's Digit Span subtest score reflects a statistically significant personal weakness. On this task, she demonstrated relative weakness in auditory short-term memory and auditory sequential processing. Ms. Black performed significantly better on the Arithmetic subtest, which requires auditory memory, facility with numbers, and numerical reasoning ability When individuals perform more effectively on the Arithmetic Subtest than on Digit Span subtest, it is often the case that these individuals find it much easier to manipulate and work with information that is posed in the context of a real-life problem than with information that is presented as a random series of numbers and letters that lack any context that might aid in initial registration and manipulation efforts. Although Ms. Black's working memory is average when compared to that of her same-aged peers, it is less developed than her verbal and perceptual reasoning abilities, and emerges as a relative weakness.

The PSI is a summary of processing speed (Gs), or Ms. Black's ability to complete simple tasks quickly. Overall, Ms. Black's performance on processing speed tasks is average (PSI: SS = 108; 70th percentile). Activities that contribute to this score include searching for a symbol among an array (Symbol Search: ss = 13; 84th percentile), and quickly copying symbols corresponding to numbers (Coding: ss = 10; 50th percentile). Ms. Black's performance on the Coding subtest represents a statistically significant personal weakness. Coding requires visual-motor coordination, motor and mental speed, and visual working memory, and these results demonstrate that Ms. Black has relative weakness in these areas. Although Ms. Black's processing speed is average when compared to that of her same-aged peers, it is less developed than her verbal and perceptual reasoning intellectual abilities and emerges as a relative weakness.

RECEIVED
NOV 2 5 2014
Disability Services

**Wechsler Adult Intelligence Scale--Fourth Edition (WAIS--IV)**

**Results Overview**

| Scale | Standard Score | 95% Confidence Interval | Percentile Rank | Qualitative Description |
|---|---|---|---|---|
| General Ability Index (GAI) | 127 | 121-131 | 96 | Superior |
| Verbal Comprehension Index | 132 | 125-136 | 98 | Very Superior |
| Perceptual Reasoning Index | 117 | 110-122 | 87 | High Average |
| Working Memory Index | 105 | 98-111 | 63 | Average |
| Processing Speed Index | 108 | 96-116 | 70 | Average |

**Verbal Comprehension Core Subtest Scores**

| Subtest | Scaled Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Similarities | 16 | 98 | Very Superior |
| Vocabulary | 16 | 98 | Very Superior |
| Information | 14 | 91 | High Average |

**Perceptual Reasoning Core Subtest Scores**

| Subtest | Scaled Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Block Design | 13 | 84 | High Average |
| Matrix Reasoning | 11 | 63 | Average |
| Visual Puzzles | 15 | 95 | Superior |

**Working Memory Core Subtest Scores**

| Subtest | Scaled Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Digit Span | 9 | 37 | Average |
| Arithmetic | 13 | 84 | High Average |

**Processing Speed Core Subtest Scores**

| Subtest | Scaled Score | Percentile Rank | Qualitative Description |
|---|---|---|---|
| Symbol Search | 13 | 84 | High Average |
| Coding | 10 | 50 | Average |

***Attention/Concentration***

Conners' Adult ADHD Rating Scales (self-report and observer versions) were used to gather information about Ms. Black's reported inattention symptoms. Collection of scores from an examinee and a collateral allows for comparison of an individual's self-concept to outside observation of an examinee's behavior. Ms. Black completed the CAARS-S:L and her roommate of three years (with whom she currently lives) completed the CAARS-O:L. Responses on the CAARS are compiled into eight subscales, reflecting factors that could produce ADHD-like symptoms, major components of ADHD, and DSM-IV ADHD symptoms. *T*-scores are used to compare responses on the CAARS to established norms. *T*-scores have an average of 50 and a standard deviation of 10: scores at or above 70 are considered clinically elevated.

RECEIVED NOV 2 9 2016 Disability Services

Ms. Black's responses on the CAARS-S:L resulted in clinically significant elevations on the Inattention/Memory Problems scale ($T$ = 73), the Hyperactivity/Restlessness scale ($T$ = 73) the Impulsivity/Emotional Lability scale ($T$ = 70), the DSM-IV Inattentive Symptoms scale ($T$ = 78), the DSM-IV Hyperactive-Impulsive Symptoms Scale ($T$ = 77), the DSM-IV ADHD Symptoms Total scale ($T$ = 82), and the ADHD Index Scale ($T$ = 75). Responses on the CAARS-O:L completed by Ms. Black's roommate closely mirrored Ms. Black's responses, confirming Ms. Black's self-reported difficulties with inattention, hyperactivity, and impulsivity.

Together, the CAARS-S:L and CAARS-O:L support Ms. Black's self-reported difficulty with focus and attention, and offer support for clinically significant ADHD symptoms. Further behavioral testing was undertaken to gather additional information about Ms. Black's inattention difficulties.

Conners' Continuous Performance Test-II (CPT-II) was administered to Ms. Black to assess her attention/concentration ability. The CPT-II is a computer-based assessment of attention

disorders and neurological functioning. Results from the CPT-II can explicate the presence and nature of attention deficits, and identify problems with impulsiveness, arousal, and vigilance. The CPT-II presents individual letters at varying intervals on a computer screen and asks individuals to press a keyboard or mouse button in response to every letter presented except "X." This allows for analysis of individuals' response time, ability to inhibit inappropriate responses (i.e. not respond to "X"), and ability to attend to changes in inter-stimulus intervals and adapt response patterns accordingly.

The current administration findings do not indicate timing difficulties or non-compliance, suggesting that the current administration should be considered valid. Overall, Ms. Black's CPT-II profile suggests the presence of ADHD with significant problems with inattention, impulsivity, and vigilance. Ms. Black's CPT-II Clinical Confidence Index is 60.5%, indicating that her results better match a clinical than non-clinical profile, or that the chances are 60.5 out of 100 that a clinically significant problem with ADHD exists. Ms. Black made 20 commissions (responses to non-targets), which is substantially higher than the average of the normative group and indicates problems with inattention. Ms. Black's reaction times were substantially more variable than the normative group average, indicating that her reaction times were highly inconsistent. She had a high number of perseverations, which is indicative of impulsivity. She demonstrated increasingly slower reaction times as the administration progressed and became much less consistent (relative to the norm) as the administration progressed, indicating poor vigilance. In summary, Ms. Black's overall performance is consistent with patterns typically observed in ADHD populations.

RECEIVED
NOV 2 6 201
Disability Services

**CONCLUSIONS:**
Elizabeth Black, a right-handed 31-year-old Caucasian female, was referred to the University of South Florida (USF) Psychological Services Center (PSC) by Dr. Feldman at the USF Counseling Center (USF CC). Ms. Black is seeking an ADHD evaluation to update her diagnosis documentation so that she may continue receiving her psychostimulant medication from the USF CC. Ms. Black's chief academic complaints are distractibility, forgetfulness, and difficulty paying attention. Ms. Black has a lifetime history of difficulty with attention, concentration, and impulsivity. She was previously diagnosed with ADHD by a psychiatrist in 2009 and has been receiving psychostimulant medication since that time. Dr. Feldman at the USF CC currently handles her medication management, but due to recently policy changes Ms Black must update her ADHD diagnosis documentation in order to continue receiving her medication.

Findings from this assessment are consistent with result patterns that typically indicate clinically significant attention problems. Specifically, Ms. Black's pattern of performance in the current assessment, while unmedicated, is indicative of ADHD. Ms. Black currently takes 40 mg of Vyvanse a day and 10 mg of Adderall as needed, and reported good benefit from her medications. Ms. Black reports symptoms indicative of ADHD symptomology, and the current assessment supports a diagnosis of ADHD. Her self-report and her roommate's report were corroborated by her performance on the CPT-II, which indicated problems with inattention, impulsivity, and vigilance. Her overall pattern of testing results, were also typical of an ADHD population, as they indicated relative weakness in working memory and processing speed. Ms.

Black also exhibits problems with anxiety a result of her academic difficulties, which likely exacerbate her ADHD symptoms.

The results of this assessment indicate that Ms. Black meets DSM-5 criteria for ADHD with combined presentation (inattentive and hyperactive/impulsive presentation).

**DSM-5 DIAGNOSES:**

314.01 Attention deficit hyperactivity disorder with combined presentation

**RECOMMENDATIONS:**

It is hoped that the recommendations offered here will help foster continued success for Ms Black.

1) Ms. Black should receive academic accommodations for ADHD (at her discretion). Specifically, Ms. Black should be allowed extended time for testing and quiet testing accommodations in all courses and standardized tests to maximize her ability to focus.

2) Ms. Black should continue to see her psychiatrist for pharmacological management of her ADHD and test-related anxiety symptoms.

3) Ms. Black reported some difficulty with anxiety symptoms. In addition to medication management with her psychiatrist, Ms. Black may benefit from Cognitive Behavioral Therapy (CBT) to help her identify automatic negative thoughts related to her academic performance and to learn behavioral skills to help her cope with symptoms of anxiety. Low-cost therapy services are available at the USF Psychological Services Center (PSC) in the Department of Psychology. A PSC Clinic Assistant can be reached at (813) 974-2496.

We appreciated the opportunity to work with Ms. Black. If you have any questions regarding the results of this report, please feel free to contact the University of South Florida Psychological Services Center at (813) 974-2496

Megan V. McMurray, M.A.
Clinical Psychology Trainee

Margaret Booth-Jones, Ph.D.
Supervising Psychologist
PY5406

RECEIVED
NOV 26 20[illegible]
Disability Services

8

CONFIDENTIAL

KRM 049