# DECLARATION OF DR. BOB PARRINO

1. My name is Bob Parrino. I have personal knowledge of the matters stated below and am otherwise competent to provide this Declaration.

2. I am a licensed psychologist in the State of Florida.

3. In or around June 2013, Elizabeth Ann Black was referred to me by Dr. Phyllis Feldman to provide counselling services relating to test anxiety that Ms. Black was experiencing in advance of taking Step 1 of the United States Medical Licensing Examination.

4. I provided services to Ms. Black over a period of approximately six months, from June 2013 through December 2013.

5. Attached to this Declaration at <u>Exhibit A</u> are copies of Progress Notes that I prepared in connection with my sessions with Ms. Black. The primary purpose of the Notes was to summarize information provided by Ms. Black during our sessions, along with studying and preparation strategies that we discussed.

6. Apart from the numbers (EB-0200 through EB-0239) and the "CONFIDENTIAL" designation that appear at the bottom of each page, these documents are true and accurate copies of the Progress Notes that I prepared. These Notes were prepared at or around the time the services were provided, as reflected on the dates shown on the Notes. These Notes were made and kept in the ordinary course of business by the University of South Florida Counseling Center, where I was working at the time I prepared these Notes.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5-17-17

_Bob Parrino, PhD_
Dr. Bob Parrino, PhD
Licensed Psychologist

28307288.1