# EXHIBIT A

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 06/25/2013 11:00 AM |

**Narrative:**

Elizabeth preparing for step one(national boards)...postponed from first days of july to 26th....working on balance and conflict resolution.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/12/2013 10:24 AM

## USF Counseling Center
Note

| Name: Elizabeth Ann Black | ID: u34264740 |
|---|---|
| Type: Progress Note | |
| Counselor: Parrino, Bob | Date and time: 06/26/2013 09:00 AM |

**Narrative:**

Work on Contracts of Intentions for National Boards preparation (now referred to as Step One exam. Finding it difficult to translate distal intentions into proximal intentions...recommended Seligman's Learned Optimism book....cognitive ecology with words   "Need....should...." Also, he made me nervous"...aware of distinctions between needs and desires..
Frequent contact in next ten days prior to exam.   B.Parrino, Ph.D.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/02/2013 8:31 AM

Elizabeth Ann Black u34264740

EB - 0201  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 06/28/2013 09:00 AM |

**Narrative:**

Elizabeth mildly late following phone call to let me know...this appears to be a pattern for her arriving slightly off sched. time but informing by phone in appropriate manner.
Tendency to over schedule and underestimate amount of time required to do things....going back to days as undergraduate at Princeton where she was NCAA athlete and student of biology and history.
Working on "operationalizing" her proximal intentions ...----taken from master list (i.e., distal intentions)...also, facial relaxation and philosophical perspective about approxal treadmill....PUT OFF DATE OF EXAM UNTIL JULY 26th....
B.Parrino,Ph.D.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/02/2013 8:27 AM

Elizabeth Ann Black u34264740

EB - 0202  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 07/02/2013 10:00 AM |

**Narrative:**

Elizabeth not pleased with her preparation for upcoming exam since she was distracted by move to new apt. in south Tampa...closer to tampa general and third year medical rotations. Some consideration of her sabotaging med. school exam and solving conflict of whether this is something she wishes to do as profession..

Time in the Dominican Rep. was most satisfying and peaceful of her life....the culture, work with needy patients, speed of environment.

Completed first relaxation session....meditation on her own since she has practiced in past yoga, etc...

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/02/2013 12:10 PM

Elizabeth Ann Black u34264740

EB - 0203  CONFIDENTIAL

# USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 07/09/2013 09:00 AM |

**Narrative:**

Elizabeth finding it difficult to avoid many creative obstacles to study including AC breakdown in new apt...however, now is getting close to time for the STep exam(National Board Part I) for m ed school third year..
CONFLICT OVER MED SCHOOL OR MORE honorable calling, including work in DOmenican Republic.....Frequently drifts away f rom clear decision to finish what she started here at USF.....
Will work to keep client on track...no meds at this time th ough has used ritalin in past...

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/09/2013 11:53 AM
Bob Parrino, PhD, Licensed Psychologist 07/09/2013 11:54 AM

**USF Counseling Center**
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 07/12/2013 10:00 AM |

**Narrative:**

Elizabeth beginning to create daily balance and creating daily contracts of intentions. Study environment now  arranged, along with chronobiology(wake up time, quiet afternoon time, etc.). Friend here from med.school will be helping  her this Sunday. Working out twice daily...

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/12/2013 12:00 PM
Bob Parrino, PhD, Licensed Psychologist 07/12/2013 12:00 PM

Elizabeth Ann Black u34264740

EB - 0205  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 07/16/2013 10:00 AM |

**Narrative:**

Elizabeth has moved her Step exam to the first days of august....thus, allowing more preparation time since the passing of this exam at a higher level will allow choices and locations on her later residency programs..

Some discussion of marriage and offspring since she is now 30 yoa and is anticipating a number of academic years ahead.

Did study with friend from Israel and med.school on sunday..found this helpful.

GAVE HER PERFORMANCE MODEL AND TEST TIPS....REVIEW NEXT LATER THIS WEEK..

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/16/2013 11:45 AM
Bob Parrino, PhD, Licensed Psychologist 07/16/2013 11:45 AM

Elizabeth Ann Black u34264740

EB - 0206  CONFIDENTIAL

## USF Counseling Center
Note

| | | |
|---|---|---|
| **Name:** Elizabeth Ann Black | | **ID:** u34264740 |
| **Type:** Intake (Blank) | | |
| **Counselor:** Parrino, Bob | | **Date and time:** 07/19/2013 10:00 AM |

**Narrative:**

Elizabeth reporting potentially disrupting (that is, distracting and interfering with exam study) events this weekend : learning of death of family member(sister-in-law's brother....Eliz. is godmother to this person's baby)....also, her room mate did not pass the exam she is studying for ..Reports that she actually continued to accomplish study in midst of these variables and was a bit surprised by t his.

FIRST COPING IMAGERY SESSION ATTACHED TO RELAXATION TRAINING AND ISLAND IMAGERY: STUDYING T WO WEEKS BEFORE EXAM IN STUDY AREA...
EXPAND TO NIGHT BEFORE AND TAKING EXAM NEXT WEEK'S SESSIONS.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/19/2013 12:40 PM
Bob Parrino, PhD, Licensed Psychologist 07/19/2013 12:40 PM

Elizabeth Ann Black u34264740

EB - 0207  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 07/23/2013 10:00 AM |

**Narrative:**

Elizabeth reporting B-level weekend of productivity ....studied for the Step One exam with another medical student and felt comfortable about what she accomplished....the recurring problem of getting down to begin study, not avoiding studying, and conflict over continuing in medical school.....often  a variable in performance decrements...

Parents attempting to sell the home that Eliz. grew up in....mood ok...may be able to  postpone exam for another short period but then....if postponed longer will have to take year leave of absence.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/24/2013 11:20 AM
Bob Parrino, PhD, Licensed Psychologist 07/24/2013 11:20 AM

Elizabeth Ann Black u34264740

EB - 0208  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 07/30/2013 10:00 AM |

**Narrative:**

Elizabeth has opted (once again) to postpone STEP ONE exam for one month....her last postponement without penalty involving next year's med. school progress...

Feels she can complete preparation and feel confortable to sit for exam on the 30th of August....
ATTEMPTING TO PACE SELF NOW WITH EARLY RISING....SIESTA'S IN AFTERNOON (or at least the closing of eyes and outside stimulation for brief half hour refreshment.

Discussed quiet time....taking YOGA class in Ybor...gave her quotes of saying less.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 07/30/2013 12:02 PM
Bob Parrino, PhD, Licensed Psychologist 07/30/2013 12:02 PM

Elizabeth Ann Black u34264740

EB - 0209  CONFIDENTIAL

**USF Counseling Center**
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 08/02/2013 10:00 AM |

**Narrative:**

Elizabeth working to set daily contracts of intentions as we discuss Bandura's work and model of proximal and distal intentions across areas contributing to self-esteem.

**Signatures:**

Elizabeth Ann Black u34264740

EB - 0210  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34284740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 08/07/2013 09:00 AM |

**Narrative:**

Elizabeth departing from discussion of preparation for upcoming Step One exam in college oc medicine to discuss two significant male relationships in her life—one past Dominican Republic stage of volunteerism, other here with older ex military fellow who is wanting more time together even though she is attempting to remain "task-relevant" in preparation for exam.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 08/08/2013 8:52 AM
Bob Parrino, PhD, Licensed Psychologist 08/08/2013 8:52 AM

Elizabeth Ann Black u34284740

EB - 0211  CONFIDENTIAL

**USF Counseling Center**
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 08/09/2013 10:00 AM |

**Narrative:**

Elizabeth off by fifteen minutes while working to be on time and punctual in all aspects of her life as third year med.student...
As happens often in her life , unexpected events take her away from task relevant path towards Step I (National Boards) in medical school..
She is learning to be less self punitive when this happens and re-establish direction and efficiency. Her parents stopped by on way to s.florida...
two suitors (one away and one here) are respecting her request for space at present., and mood is good.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 08/09/2013 12:11 PM
Bob Parrino, PhD, Licensed Psychologist 08/09/2013 12:11 PM

Elizabeth Ann Black u34264740

EB - 0212 CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Intake (Blank) | |
| **Counselor:** Parrino, Bob | **Date and time:** 08/23/2013 09:00 AM |

**Narrative:**

Elizabeth grading her work productivity past week as C+ with some B and even A-level work. Realizing she is down to final 7 days prior ot Step exam....has not covered everything once but hopes to arrive at that point today. Conflict over total commitment to med school diminished a nd she is preparing as well as she can.
COMPLETED FIRST IMAGERY(COPING)   OF NIGHT BEFORE EXAM A ND M ORNING OF EXAM.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 08/23/2013 11:23 AM
Bob Parrino, PhD, Licensed Psychologist 08/23/2013 11:23 AM

Elizabeth Ann Black u34264740

EB - 0213  CONFIDENTIAL

## USF Counseling Center
Note

| Name: Elizabeth Ann Black | ID: u34264740 |
|---|---|
| Type: Progress Note | |
| Counselor: Parrino, Bob | Date and time: 08/27/2013 10:00 AM |

**Narrative:**

Elizabeth has not taken practice test prior to final decision to take step exam....will take today or tomorrow and is unsure about test on friday...will call her mentor/med.sch.dean to gain his perspective. If she does not take friday will take in two weeks though her third year time table will be altered.

SLEEP DOWN TO FOUR HOURS OR A LITTLE MORE NIGHTLY ....and this will begin to be sign. variable in focus nad performance on exam coming up.

Did assert self wiith suitor in military.....letting him know that it is not good idea to continue relationship.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 08/27/2013 12:16 PM
Bob Parrino, PhD, Licensed Psychologist 08/27/2013 12:16 PM

Elizabeth Ann Black u34264740

EB - 0214  CONFIDENTIAL

**USF Counseling Center**
Note

| Name: Elizabeth Ann Black | ID: u34284740 |
|---|---|
| Type: Progress Note | |
| Counselor: Parrino, Bob | Date and time: 08/27/2013 10:00 AM |

**Narrative:**

Past ten days have gone well for the most part with balance and study on daily basis....two study partners, one has passed the Step exam in medicine...and the second id not pass.  Asserting self iwth others so as to not allow anyone to focus on  negative outcomes and catastrophizing of their own.
Ambivalence over  medical school and  medicine currently  quiet. Mood ok with some diversions into fear and inadequate time appraisals.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 08/20/2013 12:27 PM
Bob Parrino, PhD, Licensed Psychologist 08/20/2013 12:27 PM

Elizabeth Ann Black u34284740

EB - 0215  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 09/03/2013 10:00 AM |

**Narrative:**

Elizabeth has taken sixth practice test last week, spoken with her dean, and decided to postpone Step exam another month.
Reports  having taken five exams between april and june....scores between mid 160's and low 170's with slight improvement each time. Final practice exam, once again, showing slight improvement though still falling short of 188 passing score.
Realizes that quality of study, fund of knowledge, and interfering levels of anxiety are contributing factors.
Reported previous episodes of nausea/throwing up during year of study for post-bac.program at Penn. Also, some somatic responding with headaches.
Recent nausea in may following step exam scores. Understands nature of t hes psycho-genic responses.
Self punitive nature minimized at present...hurry sickness addressed....goals and quality of life pre-requisite to study coming up.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 09/03/2013 12:00 PM
Bob Parrino, PhD, Licensed Psychologist 09/03/2013 12:00 PM

Elizabeth Ann Black u34264740

EB - 0216  CONFIDENTIAL

**USF Counseling Center**
Note

| Name: Elizabeth Ann Black | ID: u34264740 |
|---|---|
| Type: Progress Note | |
| Counselor: Feldman, Phyllis | Date and time: 09/03/2013 11:30 AM |

**Narrative:**

D) Elizabeth states that her work with Dr. Parrino has been very helpful and she feels that she has just been able to begin to effectively study.  However, as she did before the MCAT which she was successful at, she has been taking Klonipin 0.5 mg. a day recently and occasionally 2 a day.  We discussed concerns about addiction and tolerance.  Elizabeth is trying to take as little as possible but also has considerable anxiety about her upcoming STEP exam.  Her mood was positive and affect appropriate.

P) Given 2 scripts of #30 tabs of Adderall 10 mg., 2 scripts of #30 tabs of Vyvanse 40 mg., and Clonazepam 0.5 mg. - 1/2 to 1 tab twice a day prn panic.  Will f/u in 2 months.

**Signatures:**

Phyllis Feldman, MD, Staff Psychiatrist 09/03/2013 3:52 PM

## USF Counseling Center
Note

| Name: Elizabeth Ann Black | ID: u34264740 |
|---|---|
| Type: Intake (Blank) | |
| Counselor: Parrino, Bob | Date and time: 09/05/2013 09:00 AM |

**Narrative:**

Work to maximize the balance and productivity of daily life and long-term distination in c hosen profession of???????That , of course, may be the hidden interfering variable.
Elizabeth, with all of her credentials and abilities in both sport and academic cannot seem to totally embrace med school, and possibly, other life areas including relationships, etc..
Simple daily contracats and focus on short term(priximal) intentions important for now.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 09/06/2013 11:55 AM
Bob Parrino, PhD, Licensed Psychologist 09/06/2013 11:55 AM

## USF Counseling Center
Note

| Name: Elizabeth Ann Black | ID: u34264740 |
|---|---|
| Type: Progress Note | |
| Counselor: Parrino, Bob | Date and time: 09/10/2013 10:30 AM |

**Narrative:**

Elizabeth rating self C plus on various aspects of study and clarity of direction (without conflict ) over current med school direction. Will continue to strive daily to relax body, visualize (coping/mastery) imagery on Step exam.   Some avoidance study but not on previous levels.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 09/10/2013 11:51 AM
Bob Parrino, PhD, Licensed Psychologist 09/10/2013 11:51 AM

## USF Counseling Center
### Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 09/12/2013 10:00 AM |

**Narrative:**

Eliz. overslept this morn....calling and rushing to get her...speech speed indicating that condition of urgency when she is tension and behind. Opportunity to take inventory again of why these behaviors of tension, under-estimating time to do things, etc. resurface(spont. recovery, etc.).

Contracting with self improved and has purchased counter for variety of behaviors, etc..

Beginning exercise program again following two week period of sedentary life-style, associated with feelings of displeasure with self.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 09/12/2013 12:16 PM

Bob Parrino, PhD, Licensed Psychologist 09/12/2013 12:16 PM

Elizabeth Ann Black u34264740

EB - 0220  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 09/17/2013 10:00 AM |

**Narrative:**

Elizabeth dicussing absence of roommate, spending time for roommate with her aunt/uncle who served role of parents (traditional Indian family) and roommates not telling them she had not passed her Step exam. Elizabeth's early years with twin brother, her sign. shyness and speaking with brother in twin language.

Pushed her way through this shynessin many ways including participation in athletics.

Will set some clear exam-related intentions to work on prior to thursday apt. less than month to go for exam or she will have to take year off, or fall back in m.d. time table.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 09/17/2013 12:14 PM

Bob Parrino, PhD, Licensed Psychologist 09/17/2013 12:14 PM

Elizabeth Ann Black u34264740

EB - 0221  CONFIDENTIAL

## USF Counseling Center
Note

| | | |
|---|---|---|
| **Name:** Elizabeth Ann Black | | **ID:** u34264740 |
| **Type:** Progress Note | | |
| **Counselor:** Parrino, Bob | | **Date and time:** 09/19/2013 11:00 AM |

**Narrative:**

Elizabeth reporting on her contract of intentions for today....note that wake up time, exercise period, study (somewhat ambiguous), and bed time specified.
Working out system of daily check in as monitor of contracts. Will call in the morning .

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 09/19/2013 10:14 AM
Bob Parrino, PhD, Licensed Psychologist 09/19/2013 10:14 AM

Elizabeth Ann Black u34264740

EB - 0222  CONFIDENTIAL

## USF Counseling Center
### Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34284740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 09/24/2013 10:00 AM |

**Narrative:**

Lizabeth has been checking in with daily phone reports spanning weekend and continuing...Attempting to maximize batting average with proximal intentions. Learning how to set meaningful and challenging daily intentions of balance and test preparation. Gave her assessment devices to complete again. History discussion of early years at Princeton...visiting many campuses including Harvard, Univ.North Carolina, Brown, Penn State ,.....deciding on sholarship in women's field hockey at Princeton which was and is one of the top schools in the country in both academics and field hockey.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 09/24/2013 11:42 AM
Bob Parrino, PhD, Licensed Psychologist 09/24/2013 11:42 AM

Elizabeth Ann Black u34284740

EB - 0223  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 09/26/2013 10:00 AM |

**Narrative:**

Elizabeth continuing to work on both skill and hit-rate on daily contracts of intentions. Reporting that she is falling short of 3/4 intentions and this inability to do what she intends to do is unique to her now. That is, she always did what she said she would do. INTRODUCED PREMACK PRINCIPLE AND REVIEWED THE manner of its workings and use of high freq. beh. to reinforce low freq. behavior.                    Will all each morning to report an d monitor and re-structure.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 09/26/2013 11:53 AM

Bob Parrino, PhD, Licensed Psychologist 09/26/2013 11:53 AM

*J*

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 10/01/2013 09:00 AM |

**Narrative:**

Elizabeth continuing to find it difficult to abide by a high percentage of her work/balance intentions in preparation for STEP EXAM I in med.school. Has now compromised much of two months extra in preparation for exam. Down to final 25 days for sitting on 26th of October. Once again we have    reviewed the hypothesis, now even more substantiated, that she deliberately does not study to fullest to preserve alibi  about her abilitites. If her prep. is mediocre then her less than flawless outcome is  not as threatening. Tape measure of life span and her place at thirty.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 10/01/2013 11:40 AM
Bob Parrino, PhD, Licensed Psychologist 10/01/2013 11:40 AM

Elizabeth Ann Black u34264740

EB - 0225  CONFIDENTIAL

# USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 10/03/2013 11:00 AM |

**Narrative:**

Elizabeth reporting improvement in work with daily contracts and actual study/balance accomplishments daily. Will call tomorrow and come in next week.
Mood and productivity ok.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 10/03/2013 11:52 AM
Bob Parrino, PhD, Licensed Psychologist 10/03/2013 11:52 AM

Elizabeth Ann Black u34264740

EB - 0226  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 10/08/2013 10:00 AM |

**Narrative:**

Brief phone contact session with Eliz.. Some self punitive appraisals since she has, once again, fallen short of intentions with study for this exam in twenty days. Will she be prepared at t his pace....unlikely she will sit for Step I unless major changes occur. Full session tomorrow .

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 10/08/2013 11:57 AM
Bob Parrino, PhD, Licensed Psychologist 10/08/2013 11:57 AM

Elizabeth Ann Black u34264740

EB - 0227  CONFIDENTIAL

## USF Counseling Center
### Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 10/11/2013 09:00 AM |

**Narrative:**

Down to final two weeks for elizabeth and step exam preparation. Once again, remaining at C+level of performances across athletic and academic variables.
This weekend will likely solidify the viability of sitting for exam on the 26th. If client does not seize this critical window, then loss of year likely.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 10/11/2013 11:30 AM
Bob Parrino, PhD, Licensed Psychologist 10/11/2013 11:30 AM

EB - 0228  CONFIDENTIAL

## USF Counseling Center
Note

| Name: Elizabeth Ann Black | ID: u34264740 |
|---|---|
| Type: Progress Note | |
| Counselor: Parrino, Bob | Date and time: 10/15/2013 09:00 AM |

**Narrative:**

Elizabeth in Naples, Fl. with family while attempting to accomplish  intentions directed at Step exam on the 26th. Gives herself ok rating for now..back on the 17th here for imaginal rehearsal of exam trial one.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 10/15/2013 12:23 PM
Bob Parrino, PhD, Licensed Psychologist 10/15/2013 12:23 PM

Elizabeth Ann Black u34264740

EB - 0229  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 10/18/2013 09:00 AM |

**Narrative:**

Eliz. drove here on time from Naples. Since our work has, to some extent , targeted  intentions (both proximal as well as distal),  her arrival on  time was predictive of other pre-requisite behaviors attached to the prep for and passing the step exam in her med college education.
Home with parents and twin brother (along with his wife and 11-month child).
COMPLETED SOME MASTERY IMAGERY FOR NEXT TWO DAYS AND  INTO MONDAY MORNING PRACTICE EXAM...Outcome of th is exam will determine decision to take actual exam on Saturday the 26th.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 10/18/2013 11:50 AM
Bob Parrino, PhD, Licensed Psychologist 10/18/2013 11:50 AM

Elizabeth Ann Black u34264740

EB - 0230  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 10/25/2013 09:00 AM |

**Narrative:**

Elizabeth not able to prepare and score highly enough on practice Step I exam in College of Medicine. Date for upcoming exam postponed once again. One month window  to prepare adequately and take t his exam. Mood not negative in any remarkable manner. Contracts and clear daily decisions to follow intentions. Some discussion of relationship with    fellow in Dominican Republic years volunteering and        years ahead and child bearing intentions.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 10/29/2013 10:03 AM
Bob Parrino, PhD, Licensed Psychologist 10/29/2013 10:03 AM

EB - 0231  CONFIDENTIAL

## USF Counseling Center
Note

| Name: Elizabeth Ann Black | ID: u34284740 |
|---|---|
| Type: Progress Note | |
| Counselor: Parrino, Bob | Date and time: 11/05/2013 10:00 AM |

**Narrative:**

Phone session with Elizabeth. She remains in Naples , Florida with family(including father's 66th birthday, and visit from her twin brother. She took one day off to visit with brother and will continue study there for remaining week. Then return home to continue . Working out and running in neighborhood.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 11/05/2013 10:49 AM
Bob Parrino, PhD, Licensed Psychologist 11/05/2013 10:49 AM

Elizabeth Ann Black u34284740

EB - 0232  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob · | **Date and time:** 11/08/2013 10:00 AM |

**Narrative:**

Elizabeth continues in  Naples with family setting and improved study/prep.for Step exam. Father and brother were questioning , to some extent, her continuing situation in med. school. She feels she cannot take exam this  month and will continue until the last possible time in december (second week)..Mood and balance good at present.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 11/08/2013 11:41 AM

Bob Parrino, PhD, Licensed Psychologist 11/08/2013 11:41 AM

Elizabeth Ann Black u34264740

EB - 0233  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 11/12/2013 10:00 AM |

**Narrative:**

Elizabeth here following time with family in Naples, Florida. Revealing that twin brother Andy who is CPA and grad student at NYU in NYCith....offerred typical family motto:

Well....just do it....just study for the exam and get it done.

Very few areas have elicited the complexity of med school for Eliz..

She will again attempt exam in mid December. Setting up soem schedules for leaving house to study and also, for rigorous daily exercise.

Discussed the Select program of med school where percentage of students , following first two years, go to Lehigh Valley for remaining two years of study.

CONTINUE TO MID/POST TESTING. See SRBS and BECK.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 11/12/2013 11:34 AM

Bob Parrino, PhD, Licensed Psychologist 11/12/2013 11:34 AM

Elizabeth Ann Black u34264740

EB - 0234  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Feldman, Phyllis | **Date and time:** 11/12/2013 11:00 AM |

**Narrative:**

D) Elizabeth states she will be taking the Step Exam in about a month.  She has been trying to structure study time in with some self-care time (running twice a week in the a.m., having spent a day with brother, planning on taking the Thanksgiving weekend off from studying to spend with family).  She finds Vyvanse 40 mg. a day helpful with concentration and focus with occasional Adderall 10 mg. a day.  Elizabeth was taking 1 to 2 Klonipin 0.5 mg.a day but now has been taking 1 in the a.m. to help with anxiety.  She is aware of potential addiction, dependence, and tolerance risk.  She will be lowering to 1/2 tab a day after the exam and then stop Klonipin during the break.  She continues to find her work with Dr. Parrino helpful for anxiety relief.

P) Prescribed Vyvanse 40 mg. a day - #3 scripts of #30,  1 script of Adderall 10 mg. a day - #30, and Klonipin 0.5 mg. - #30 with 1 refill (1/2 to 1 a day prn anxiety).   Will f/u in 3 months.

**Signatures:**

Phyllis Feldman, MD, Staff Psychiatrist 11/12/2013 12:15 PM

Elizabeth Ann Black u34264740

EB - 0235  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 11/15/2013 11:00 AM |

**Narrative:**

Elizabeth has booked the Step One exam date for the 18th...can change this actual time if necessary but very likley will finally sit for this significant hurdle in her medical school journey. Home to Philadelphia for Thanksgiving with brothers and parents. Seems to be studying and following academic intentions.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 11/15/2013 11:40 AM
Bob Parrino, PhD, Licensed Psychologist 11/15/2013 11:40 AM

Elizabeth Ann Black u34264740

EB - 0236  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34284740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 12/04/2013 10:00 AM |

**Narrative:**

Elizabeth rating  herself C-plus or better on use to study/prep. time since our last meeting prior to holiday and home (Pennsylvania ) excursion. Left phone at airport and was without for week-or-so. Found it refreshing and not difficult.

Reports early waking and productivity each day.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 12/04/2013 9:06 AM
Bob Parrino, PhD, Licensed Psychologist 12/04/2013 9:06 AM

Elizabeth Ann Black u34284740

EB - 0237  CONFIDENTIAL

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 12/05/2013 09:00 AM |

**Narrative:**

Elizabeth will be taking her Step exam on the 27 of December in Philadelphia testing center near her home in suburban Philadelphia. Has drifted from flawless preparation and , once again, does not feel prepared enough to pass. Now recovering waking/sleeping/study schedules compatible with academic performance.
Some uneasiness at home with family on holiday when in laws of brother inquire of her progress in areas of marriage, offspring, college of med., etc..
She has responded with 'i don't have time for relationships, etc.".

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 12/05/2013 11:21 AM
Bob Parrino, PhD, Licensed Psychologist 12/05/2013 11:21 AM

## USF Counseling Center
Note

| | |
|---|---|
| **Name:** Elizabeth Ann Black | **ID:** u34264740 |
| **Type:** Progress Note | |
| **Counselor:** Parrino, Bob | **Date and time:** 12/11/2013 10:00 AM |

**Narrative:**

Elizabeth arriving for final session on site...but with several phone sessions arranged prior to her departure for family gathering in Naples,fl...then Pennsylvania for xmas and taking of med school exam on the 27th of december.
Preparation remains not satisfying for her....discussion of mother's style and father's style, her closeness with father and intermittent combativeness with mother.
Mother's rel.with her own parents quite tense and, with mother, combative.

**Signatures:**

Bob Parrino, PhD, Licensed Psychologist 12/11/2013 12:28 PM
Bob Parrino, PhD, Licensed Psychologist 12/11/2013 12:28 PM

Elizabeth Ann Black u34264740

EB - 0239  CONFIDENTIAL