## DECLARATION OF SCOTT A. FLEISCHER, M.D.

Scott A. Fleischer, M.D., declares and states as follows:

1. I am a psychiatrist practicing in Fort Washington, Pennsylvania. I have personal knowledge of the facts stated below, based on my own interactions with Elizabeth Black and a review of records from my office.

2. Elizabeth Black ("Ms. Black") was seen in my office on five occasions in 2009: March 24, 2009; March 31, 2009; April 7, 2009; June 23, 2009; and August 11, 2009.

3. According to my records, Ms. Black was planning to take the MCAT exam and reported that she was having some difficulties with her concentration and focus.

4. True and correct copies of all medical records maintained by my office relating to Ms. Black are attached to this Declaration at Exhibit A. These records were made or received on or near the dates shown on the documents by individuals employed in my office who have knowledge of the matters addressed therein, in the course of regularly conducted activities of my office. These records were made and have been maintained as a regular part of the activities of my office.

5. During her initial visit in March 2009, I conducted a consultation and brief psychiatric evaluation of Ms. Black, for which she was charged $132. Information provided by Ms. Black during that consultation is shown on the Office Consultation/Evaluation form that is attached to this declaration at Exhibit B (also included in Exhibit A). Some of the handwriting on the form is Ms. Black's (including the background information, check marks, and current medications shown on page 1; and the information regarding family history, social history, education, work, substance use, and medical history shown on page 2). The darker handwriting shown on pages one, two, three and four of Exhibit B is mine, while the handwriting shown on

1

page four, under the heading "Recommendations & Plan," is one of my nurse practitioner's handwriting.

6. On her initial visit, Ms. Black disclosed that she was currently taking various medications, including medications that are often prescribed to treat anxiety (Effexor/venlafaxine -- Klonopin/clonazepam).

7. At the time of Ms. Black's initial visit (2009), I conducted an informal interview of Ms. Black in order to determine whether she was experiencing symptoms that are consistent with ADD, and that might respond positively to appropriate medications. As reflected in my notes on the right side of page one of <u>Exhibit B</u>, Ms. Black informed me that she had trouble focusing, her mind wandered and she sometimes blurted things out and she had trouble pacing her mind – all of which are symptoms that are consistent with ADD and reflective of different presentations of ADD, per Dr. Mel Levine. She also reported experiencing anxiety, along with an increased appetite, as noted on page one of <u>Exhibit B</u>.

8. I did not administer any screening tests, ratings scales, continuous performance tests, or neuropsychological measures to Ms. Black during my evaluation; review any of her educational or employment records; seek information about Ms. Black from third parties; or otherwise attempt to measure the extent of the functional limitations that she reported. The primary purpose of my evaluation was to determine what symptoms she reported experiencing and how those symptoms might respond to medications – including her current medications and other possible medications.

9. Based on my evaluation of Ms. Black and the information she provided, I diagnosed her with two disorders: "GAD" (General Anxiety Disorder) and "ADD" (Attention Deficit Disorder). These diagnoses are shown on page 3 of <u>Exhibit B</u>. As shown on page 4 of

2

Exhibit B, I recommended that she: (1) discontinue taking Effexor ("D/C effexor"), (2) continue taking Klonopin ("Ct Klonopin"), (3) begin taking Ritalin ("Trial of Ritalin"), and (4) consider taking Effexor or a selective serotonin reuptake inhibitor in the future for her anxiety ("T/C effexor or SSRI down the road for GAD").

10. The purpose of Ms. Black's last four visits to my office was to manage her medications. On each of those four visits she was seen not by me but by one of the nurse practitioners in my office. An Evaluation & Consultation Form was completed for each of those four visits. Copies of those Forms are included as the final four pages of Exhibit A to this declaration.

11. Ms. Black did not return to my office for any treatment or medication management after August 11, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2017.

_____
Scott A. Fleischer, M.D.

3