# EXHIBIT A

(1)

SCOTT A FLEISCHER MD PC
PATIENT REGISTRATION

Account# 17232

Name: ELIZABETH BLACK Middle Init.: ___

DOB: [redacted] Age: 33 yrs Sex: Female Marital Status: S/M/D/W

Address: 1019 EVANS RD
City: GWYNEDD VALLEY State: PA Zip: 19437-

Phone-Home: 609-306-8808 Phone-Business: ____-____-______ ext. __

Phone-Cell: ____-____-______ E-mail: ____________________

Social Sec. # ______-____-________ Driver's License# ____________________

Occupation: ____________________ Employer: ____________________
Address: ______________________________________________

Allergies: ______________________________________________
______________________________________________

Emergency Phone Contact: (Not home #) ____________________
Phone# (____) ____-________

Spouse/Parent/Guardian: ELIZABETH BLACK
Soc. Sec.# _____-___-_______ Relation: SELF
Address: 1019 EVANS RD Phone: 609-306-8808
GWYNEDD VALLEY, PA 19437

Insurance Type: Comm D/A: ____/____/______

PRIMARY INSURANCE
Name of Co.: AETNA STUDENT HEALTH
Address: PO BOX 15708
City: BOSTON State: MA Zip: 02215-0014
Policy/ID# W15685238401 Group# ____________________
Claim# ______________ Pol. Hold: BLACK, ELIZABETH Relation: Self

SECONDARY INSURANCE
Name of Co.: ____________________
Address: ____________________
City: ______________ State: ____ Zip: __________-______
Policy/ID# ______________ Group# ____________________
Claim# ______________ Pol. Hold: ______________ Relation: ________

Attorney: ____________________ Phone: (____) ____-________
Address: ______________________________________________
City: ____________________ State: ______ Zip: __________-______

Referring Doctor: ____________________ Phone: (____) ____-________
Address: ______________________________________________
City: ____________________ State: ______ Zip: __________-______

Signature ____________________

PAGE 3/17 * RCVD AT 3/10/2017 1:03:04 PM [Central Standard Time] * SVR:FJRFAX1/8 * DNIS:24643 * CSID:2157939007 * DURATION (mm-ss):09-38

C2

INSURANCE INFORMATION

03/06/2017

Patient: ELIZABETH BLACK
1019 EVANS RD, GWYNEDD VALLEY, PA 19437
(609) 306-8808 - home

DOB: [redacted]

Account#: 17232
Attending: SCOTT FLEISCHER, MD

AETNA STUDENT HEALTH
PO BOX 15708, BOSTON, MA 02215-0014
Subscriber: Patient
Policy #: W15685238401

PRECERTIFICATION/PRIOR AUTHORIZATION

No procedures are scheduled in current practice.

(3a)

STATEMENT OF ACCOUNT, PAGE 1

SCOTT A FLEISCHER MD PC
455 PENNSYLVANIA AVENUE
SUITE 105
FORT WASHINGTON, PA 19034-3404

PATIENT: **ELIZABETH BLACK**
ACCOUNT: **17232**
DATE: **02/23/17**

ELIZABETH BLACK
1019 EVANS RD
GWYNEDD VALLEY, PA 19437

FOR STATEMENT INQUIRIES

215-793-4546, 8:00-4:00
BILLING DEPT

**PAY THIS AMOUNT:** **$0.00**

**INSURANCE: PLEASE MAKE CORRECTIONS**

AESTU AETNA STUDENT HEALTH
W15685238401

Please detach and return this portion with your payment

LOCATION

SCOTT A FLEISCHER MD PC

SCOTT A FLEISCHER MD PC
455 PENNSYLVANIA AVENUE
SUITE 105
FORT WASHINGTON, PA 19034-3404

ATTENDING PHYSICIAN

SCOTT FLEISCHER MD

PATIENT: **ELIZABETH BLACK**
ACCOUNT: **17232**
DATE: **02/23/17**
*

| DATE | DIAG | PROC | MOD | PROCEDURE DESCRIPTION | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | **Payment of $25.00 received. Thank you.** | | | |
| | | | | **Payment of $25.00 received. Thank you.** | | | |
| | | | | **Credit card payment of $25.00 received. Thank you.** | | | |
| | | | | **Credit card payment of $25.00 received. Thank you.** | | | |
| | | | | **Payment of $25.00 received. Thank you.** | | | |
| **03/24/09** | 311 | 90801 | | **PSYCHIATRIC EVALUATION** | 132.00 | | |
| 03/24/09 | | | | PAYMENT CASH | | 25.00 | |
| 04/16/09 | | | | AETNA STUDENT HEALTH PAYMENT | | 107.00 | |
| | | | | | | | ** .00 |
| **03/31/09** | 311 | 90862 | | **MEDICATION MANAGEMENT** | 50.00 | | |
| 03/31/09 | | | | PAYMENT CASH | | 25.00 | |
| 04/16/09 | | | | AETNA STUDENT HEALTH PAYMENT | | 25.00 | |
| | | | | | | | ** .00 |

continued

3b

STATEMENT OF ACCOUNT, PAGE 2

SCOTT A FLEISCHER MD PC
455 PENNSYLVANIA AVENUE
SUITE 105
FORT WASHINGTON, PA 19034-3404

PATIENT: **ELIZABETH BLACK**
ACCOUNT: **17232**
DATE: **02/23/17**

ELIZABETH BLACK
1019 EVANS RD
GWYNEDD VALLEY, PA 19437

FOR STATEMENT INQUIRIES

215-793-4546, 8:00-4:00
BILLING DEPT

PAY THIS AMOUNT: **$0.00**

INSURANCE: PLEASE MAKE CORRECTIONS

AESTU AETNA STUDENT HEALTH
W15685238401

Please detach and return this portion with your payment

LOCATION

FORT WASHINGTON OFFICE

SCOTT A FLEISCHER MD PC
455 PENNSYLVANIA AVENUE
SUITE 105
FORT WASHINGTON, PA 19034-3404

ATTENDING PHYSICIAN

SCOTT FLEISCHER MD

PATIENT: **ELIZABETH BLACK**
ACCOUNT: **17232**
DATE: **02/23/17**
*

| DATE | DIAG | PROC | MOD | PROCEDURE DESCRIPTION | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| **04/07/09** | 314.00 | 90862 | | **MEDICATION MANAGEMENT** | 50.00 | | |
| 04/07/09 | | | | CREDIT CARD PAYMENT | | 25.00 | |
| 04/27/09 | | | | AETNA STUDENT HEALTH PAYMENT | | 25.00 | |
| | | | | | | | ** .00 |
| **06/23/09** | 314.00 | 90862 | | **MEDICATION MANAGEMENT** | 50.00 | | |
| 06/23/09 | | | | CREDIT CARD PAYMENT | | 25.00 | |
| 07/15/09 | | | | AETNA STUDENT HEALTH PAYMENT | | 25.00 | |
| | | | | | | | ** .00 |
| **08/11/09** | 314.00 | 90862 | | **MEDICATION MANAGEMENT** | 50.00 | | |
| 08/11/09 | | | | PAYMENT CASH | | 25.00 | |
| 09/02/09 | | | | AETNA PAYMENT | | 25.00 | |
| | | | | | | | ** .00 |

Please make checks payable to Scott Fleischer M.D., P.C.
Please remit payment promptly.
For your convenience, we accept Visa, MasterCard, Debit, and Discover Cards. We accept credit card payments by phone.
If you have a question about this statement please call the billing office at 215-793-4546 x16.
Please pay in a timely manner to avoid any late and / or collection fees.

| ACCOUNT BALANCE | INSURANCE | PERS. CURRENT | PERS. PAST DUE | PAY THIS AMOUNT |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(4)

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

AETNA STUDENT HEALTH
PO BOX 15708
BOSTON, MA 02215-0014

01 AESTU

PICA | PICA

1. MEDICARE (Medicare #) / MEDICAID (Medicaid #) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER (ID#): X

1a. INSURED'S I.D. NUMBER (For Program in Item 1): W15685238401

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): BLACK, ELIZABETH

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX: F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial): BLACK, ELIZABETH

5. PATIENT'S ADDRESS (No., Street): 1019 EVANS RD

6. PATIENT RELATIONSHIP TO INSURED: Self X Spouse Child Other

7. INSURED'S ADDRESS (No., Street): 1019 EVANS RD

CITY: GWYNEDD VALLEY STATE: PA

8. RESERVED FOR NUCC USE

CITY: GWYNEDD VALLEY STATE: PA

ZIP CODE: 19437 TELEPHONE (Include Area Code): (609)306-8808

ZIP CODE: 19437 TELEPHONE (Include Area Code): (609) 306-8808

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial): N/A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES / NO: X

a. INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES / NO: X PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES / NO: X

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO *If yes,* complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 03/24/09

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E) ICD Ind. 9

A. 311 B. 314.00 C. D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 032409 | | 11 | | 90801 | | A | 132.00 | 1 | | NPI | 1316050693 |
| 033109 | | 11 | | 90862 | | A | 50.00 | 1 | | NPI | 1316050693 |
| 040709 | | 11 | | 90862 | | B | 50.00 | 1 | | NPI | 1316050693 |
| 062309 | | 11 | | 90862 | | B | 50.00 | 1 | | NPI | 1316050693 |
| 081109 | | 11 | | 90862 | | B | 50.00 | 1 | | NPI | 1316050693 |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER [redacted] SSN EIN X

26. PATIENT'S ACCOUNT NO. 17232

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES X NO

28. TOTAL CHARGE $ 332.00

29. AMOUNT PAID $ 332.00

30. Rsvd for NUCC use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SCOTT FLEISCHER, MD

SIGNED 03/06/17

32. SERVICE FACILITY LOCATION INFORMATION

a. b.

33. BILLING PROVIDER INFO & PH. # (215) 793-4546

SCOTT A FLEISCHER MD PC
455 PENNSYLVANIA AVENUE
FORT WASHINGTON PA 19034-3404

a. 1720181720 b. ZZ2084P0800X

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)



USF
UNIVERSITY OF
SOUTH FLORIDA

**Counseling Center**
**4202 E. Fowler Ave., SVC 2124**
**Tampa, FL 33620**
**(813) 974-2831 FAX (813) 905-8969**

## Mutual Release of Information Authorization Form

**This form, when completed and signed, authorizes the USF Counseling Center and the person/agency indicated to release and exchange protected information from the clinical record of:**

**Name:** Elizabeth Black **ID#** U3426-7740
*(Please print)*
**Social Security #:** ____________ **Date of Birth:** [redacted]
*(If applicable)*

I, the above named client or the legal guardian of the above named client, authorize the **USF Counseling Center** and the entity listed below to request from and/or release to each other confidential personal health information. I understand that the information released or exchanged can relate to and include my mental health, psychiatric, substance abuse, and medical health information. Information may be exchanged or released via fax, mail, copies, letters, and/or verbally.

Dr. Scott Fleischer
Name of Person/Agency
455 Pennsylvania Ave Suite 105
Street Address
Fort Washington, PA 19034
City, State, Zip Code
(215) 793-4546
Telephone

I specifically authorize the release and mutual exchange of the following information:
(Please put your initials beside the information you want released or exchanged.)

- X Confirmation of Attendance
- X Summary of Counseling Information
- X Summary of Psychiatric Treatment
- X Progress Notes
- X Psychological Test Results
- ____ Other: ____________
- X Medical History
- X Medication Records
- ____ Laboratory and Radiology Results
- ____ Substance Abuse Evaluation/Treatment Records
- ____ HIV/AIDS Information

I am requesting that this information be released and exchanged for the following reasons:

- X Coordination of health care services
- X Treatment planning
- ____ Personal use by the client or client's legal representative
- ____ Other (please specify): ____________

I understand that signing this authorization is voluntary and my treatment at the USF Counseling Center is not conditional based upon my signing this authorization. In addition, I understand that I have the right to cancel this authorization, in writing, at any time.

[signature] 9/6/11
Signature of Client Date

This authorization is valid for <u>one year</u> from the date of signing by the client <u>or</u> until the following date:
Date of expiration: ____________

If the authorization is signed by a personal representative of the client, a description of such representative's authority to act for the client must be provided.

03/10/2017 14:57 2157939007 SCOTT FLEISCHER MD PAGE 09/17

SCOTT FLEISCHER, M.D. P.C & ASSOCIATES

# MEDICATION FLOW SHEET

## *DO NOT THIN*

SCOTT FLEISCHER, M.D.
KELLY STENGEL, MSN CRNP
PATRICIA VOLPICELLI, MSN, CRNP
LISA RUBIN, MSN, RN,CS
ANNE ROSS, Ph.D, PA-C
(215) 793-4546

PATIENT NAME: Elizabeth Black

| START DATE | MEDICINE | DATE 3/11/09 | DATE [illegible] | DATE 3/13/09 | DATE [illegible] | DATE 4/23/09 | DATE [illegible] |
|---|---|---|---|---|---|---|---|
| [illegible]/09 | Ritalin 5mg BID | ~10.5 | 5 90 x1 | ✓ | 5 90 x1 | 5 90 x2 | 5 90 x2 |
| [illegible]/09 | Klonopin 0.5mg BID | ✓ | | 0.5 100 x3 | | 0.5 100 x3 | 0.8 100 x2 |
| | Depakote | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DO NOT REMOVE FROM CHART

PAGE 9/17 * RCVD AT 3/10/2017 1:03:04 PM [Central Standard Time] * SVR:FJRFAX1/8 * DNIS:24643 * CSID:2157939007 * DURATION (mm-ss):09-38

**SCOTT FLEISCHER, M.D., DFAPA & ASSOCIATES**
**OFFICE CONSULTATION/EVALUATION**
**TELEPHONE (215) 793-4546 FAX (215) 793-9007**
**____ SCOTT A. FLEISCHER, M.D., DFAPA**

**Patient Name** Elizabeth Black **Date** 3/24/09
**Age** 25 **Referring Doctor** — **Tel.#** 609-306-8808
**Pharmacy** Village Pharmacy, Springhouse **Tel.#** ?
**Chief Complaint:** __agitated __depressed __wandering ✓anxious
**VS** ____

## History of The Present Illness

Please check all of the symptoms below that apply

- ___Mood: depressed/euphoric/diurnal variation/mixed mood
- 2 Sleep: (initial)/middle insomnia early (morn. awakening)/hypersomnia
- ✓ Interest level: __ increased ✓decreased
- ___Energy level: __ increased __decreased
- ✓Concentration: ✓decreased
- ___Guilty feeling
- ___Hopelessness /Worthlessness/Suicidal Ideation/Plan
- ✓Appetite: ✓increased __ decreased __wt. Δ (__lbs.)/time
- ✓Anxiety: __ calling out __ Panic attacks
- ___Heart races/shortness of breath/sweating/want to run away/nausea
- ___Feel euphoric
- ___Racing Thoughts __Shopping Sprees __Talk fast __Life of the party
- ___Obsessive thoughts __ compulsive rituals
- ___Sexual problems
- ___Irritability __In pain:cause
- ___Paranoid Delusions: elaborate/memory type
- ___Hallucinations: auditory/visual
- ___Agitation/ Time of Day ____ Trigger ____
- ___Memory impairment / Impaired Language

[handwritten notes in margins and narrative lines, largely illegible: "Better ... Sleeping" (left margin); "0 Yet 24 ..." (right box); "No focus ... 1) ... 2) Trouble ... 3) Trouble to focus ... 4) Mind wanders" (right margin); "Princeton ... post M..." (left margin); narrative: "Pt ... Pt applied to med school ... acceptance to Jefferson ... Pt couldn't focus ... put off with Jefferson. Pt has been seeing LCSW ... clonazepam 0.5 ... sleeping better ..."]

**CURRENT MEDICATIONS:**

1. aulese - birth control
2. Zyrtec - allergies
3. just started last wk. clonazepam
4. just started last wk. venlafaxine? Effexor
6. ____
8. ____
9. ____
10. ____
11. ____
12. ____

**Allergies** ____

PAGE 10/17 * RCVD AT 3/10/2017 1:03:04 PM [Central Standard Time] * SVR:FJRFAX1/8 * DNIS:24643 * CSID:2157939007 * DURATION (mm-ss):09-38

Patient Name Elizabeth Bre[illegible]

**PAST /FAMILY AND SOCIAL HISTORY**

**PAST PSYCHIATRIC HISTORY** (include dates & response)

Treatment & Hosp [illegible]

Antidepressants [illegible]

Dementia

Antipsychotics

Antianxiety/Hypnotics [illegible]

Antimanic

ADHD Drugs

**Family History** nothing treated
mom & maternal grandmother worry/anxious
father & one brother may have ADHD - never treated or tested

**Social History**
Key Life Events twin brother, played field hockey in college, spent summers in the Dominican Republic
[illegible]

Education/ Grade completed College & post-bacc program to finish Sci. classes for med school

Marriage/Dating Single, broke up w/ boyfriend of little over a yr. in the fall

Work Volunteer @ AIDS Clinic in the Dominican Republic

Substance Use: EtOH / Tobac / Caff / MJ / Cocaine/ occasional social drinks, use of caff. varies.

**Past Medical History**
**Past Medical Hz**
**Past Surgical Hz**

**MEDICAL HISTORY:**
**Current Medical Dx** Dr. Maas - haven't seen in quite some time
**Primary Care Doctor** due to moving & insurance tel. #

**Review of Systems:** ____ **1 Constitutional:** Fever /fatigue/Wt. loss

**2Allergic/Immunologic** seasonal allergies/immunosupp.

**3Eyes:** ⇓ vision/burning/

**4ENT:** ⇓ hearing, ⇓swallowing

**5CV:** palp / chest pain / syncope

**6Resp:** dry mouth / SOB / cough/

**7GI:** AP / N. / V / D /C

**8GU:** dysuria / urgency / incont. / sexual dysfunct

Patient Name Elizabeth Black

9Integment:Skin rash ____
10Neuro: HA / blurry vision /dizzy / numbness / ataxia/cogwheel/tremor ____

11Psychiatric: see above
12Endocrine: cold intol/ heat intol./hot flashes ____
13MusculoSkel: weakness/pain/gait ____
14Hematologic: fatigue/ bruising/bleeding ____

SIGNIFICANT LAB FINDINGS: Hb __/Hct __ WBC __/ Lytes __ | __
Bun ___ Creat ___ TFT's ___ LFT's ____
Ekg ____
Brain Scan ____ B12__Folate ____
Others ____

PSYCHIATRIC EXAM: ✓cooperative __uncooperative (-for normal;+1-5 [symptoms)
+2 1 Appearance: sad /(worried)/hostile/bedridden/agitated/withdrawn/disheveled/alert/lethargic
__ 2 Speech: (coherent)/inarticulate/ ⇓spontaneity / ⇑ ⇓ rate/⇑ ⇓ volume ____
__ 3 Thought Process: (Logical/illogical)/tangential/abstract reasoning⇑ ⇓ rate ____
__ 4 Associations: loose /tangential /circumstantial /aphasic /flight of ideas /(intact)
+ __ 5 Mood:(anxious)/depressed /elevated /apathetic/ angry /irritable / GDS / Flat Affect ____
__ 6Thought Content: paranoid /suicidal /hopeless /reduced /hallucinations /delusions / depressed ____
__ Mental Status: 7 Disoriented--time, place, person /8 impaired memory-recent, short, long/9 poor concentration / 10 impaired language/ 11Fund of knowledge ____
____ MMSE____
__ 12 Insight & Judgment: lacking insight / poor judgment

Constitutional Exam (13) T= ___ HR= ___ R= ___ BP= ___ Wt.= ___
Musculoskel. Exam:(14) Muscle strength: rigidity / cogwheeling ___ /flaccid/ weakness arm/leg /(15) Gait: steady/limp/unsteady/ Station: steady/unsteady

ASSESSMENT:

Diagnoses:
Axis I ① GAD
② ADD
Axis II ____
Axis III ____
Axis IV ____
Axis V ____

DSM IV Codes
Alzheimer's Dementia with Delusions (290.20) / Depression (290.21)/ Delirium (290.31)/ Vascular Dementia with Delusions (290.42)/ Depression (290.43 Delirium (290.41)/ Dementia due to other medical condition (294.10)/ due to alcohol (291.2)/Mood Disorder secondary to med Condition____(243.83)
Delirium due to____(293.0)

Schizophrenia Chronic-stable (293.92 __)/Chronic exacerbation (295.94 __)/
Bipolar Disorder I: manic (296.4__)/ depressed (296.5__)/ mixed (296.6__)
Bipolar Disorder II (mild): hypomanic / depressed (296.89__)
Major Depression: single episode (296.2__)/ recurrent 296.3__)
Dysthymic Disorder (chronic depression) (300.40)
Obsessive-compulsive Disorder (300.3)
Panic Disorder w/o agoraphobia (300.0) / w/ agoraphobia (300.21)
GAD (300.02)
Borderline Personality Disorder (301.83)/ Dependent Personality (301.60)/Avoidant Personality (301.82)/Nos (301.90)
Polysubstance Dependence (304.80)/Alcohol Dependence (303.90)/abuse(305.00)
Adjustment Reaction; anxious mood (309.24) / depressed mood (309.00)
Codes: 1=mild, 2=moderate, 3=-severe, 4=w/psychosis, 5-partial remission, 6-full remiss

Patient Name [illegible]

Complexity of Medical Decision low/ moderate / high/ Morbidity Risk low / high

Discussion of Diagnosis (include risk factors):

[illegible handwriting]

RECOMMENDATIONS & PLAN:

Patient's ability/willingness for care

Strengths/liabilities

Psychotherapy / Individual / Family / social worker / Counseling and Coordination of Care

Plan

D/C [illegible]

Klonopin 0.5 mg BID

[illegible] 5mg BID

Signature [signature] Date

PAGE 13/17 * RCVD AT 3/10/2017 1:03:04 PM [Central Standard Time] * SVR:FJRFAX1/8 * DNIS:24643 * CSID:2157939007 * DURATION (mm-ss):09-38

# SCOTT FLEISCHER, M.D., DFAPA & ASSOCIATES
## EVALUATION & CONSULTATION FORM (v.15)

455 Pennsylvania Ave., Suite 105, Fort Washington, PA 19034 • phone: (215) 793-4546, fax: (215) 793-9007

Scott Fleischer M.D., DFAPA ____ Lisa Rubin MSN, RN, CS ____
Kelly Stengel, CRNP ✓ Patricia Volpicelli, CRNP ____

Patient Name Elizabeth Black Date 8/11/05 See reverse for ________

**Interval History** Informants pt Chart

+1-+5 in severity

- ___ Mood: depressed/euphoric — wedding in July. high school / college
- ___ Sleep: Early/Middle/Late — weddings. Nipped for weekends
- ___ Interest level: ⇑/⇓ ___ — One brother living at home
- ___ Energy level: ⇑/⇓ ___ — twin brother lives back
- ___ Appetite: ⇑/⇓ ___ — Older brother - not talking b/c Dominican Rep.
- ___ Anxiety: ⇑/⇓ ___ — MCAT. Sept 11th.
- ___ Hopelessness/Suicidal — Dominican Republic Healthy Science
- ___ Irritability ___ In pain — Health / Testing
- ___ Paranoid/Hallucinations
- ___ Agitation
- ___ Cognitive impairment
- ___ Verbal Abuse/Combative
- ___ Resists direction/Wanders

**Review of Systems/Labs:** Const./Aller/Eyes/ENT/CV/Resp/GI/GU/Integ./Neuro/Psych/Endo./MuscSkel/Hem.

**Medications see med. flow sheet** ☑

**Past Hx/Social/Fam Changes** no change

**PSYCHIATRIC EXAM:** ✓ cooperative __ uncooperative (- for normal; +1-5 symptoms)

- –1 **Appearance:** bedridden/agitated/withdrawn/disheveled/(alert)/lethargic/healthy/thin/obese ____
- –2 **Speech:** (coherent) /inarticulate/⇓spontaneity / ⇑ ⇓ rate/ ⇑ ⇓ volume /reduced ____
- –3 **Thought Process:** (Logical)/illogical/tangential/aphasic/ /⇑ ⇓ rate
- –4 **Associations:** loose /tangential /circumstantial /aphasic /flight of ideas /(intact)
- –5 **Mood:** anxious /depressed /elevated /apathetic/ angry /irritable /hostile /inappropriate /flat /variable /(normal)
- –6 **Thought Content:** paranoid/hallucinations/delusions/reduced/depressed/suicidal/hopeless/anxious — [illegible]
- ___ **Mental Status:** 7 Disoriented--time, place, person /8 impaired memory-recent/short/long/ 9 poor concentration / 10 impaired language/11 Fund of knowledge:⇓ current events/⇓ personal history ____
- ___ 12 **Insight & Judgement:** lacking insight / poor judgment:⇓ social situations/⇓ daily activity ____
- ___ 13 **Constitutional Exam:** T= ____ HR= ____ R= ____ BP= ____ Wt.= ____
- ___ 14 **Musculoskel. Exam:** Muscle strength-- rigidity /cogwheeling ____ /flaccid/ weakness arm/leg
- ___ 15 **Gait:** Steady / limp / unsteady / walker / wheelchair **16 Station:** Steady/ unsteady

**ASSESSMENT:**

**Diagnoses:**

Axis I GAD / ADD

Axis II Deferred

Axis III ____

Axis IV ____

Axis V ____

**Recommendations and Plan:**

f/u 2 mo. pm

Support/reassurance

K Stengel CRNP

[signature]

# SCOTT FLEISCHER, M.D., DFAPA & ASSOCIATES
## EVALUATION & CONSULTATION FORM (v.14)

455 Pennsylvania Ave., Suite 105, Fort Washington, PA 19034 • phone: (215) 793-4546, fax: (215) 793-9007

Scott Fleischer M.D., DFAPA ____ Lisa Rubin MSN, RN, CS ____

Kelly Stengel, CRNP ✓ Patricia Volpicelli, CRNP ____

Patient Name Elizabeth Black Date 4/7/05 See reverse for ________

**Interval History** Informants [illegible]

Patient/Nurse +1-15 in severity

- ___ ___ Mood: depressed/euphoric/ [illegible]
- ___ ___ Sleep: Early/Middle/Late ________
- ___ ___ Interest level: ⇑/⇓ [illegible] sleeping well
- ___ ___ Energy level: ⇑/⇓ ________
- ___ ___ Appetite: ⇑/⇓ [illegible]
- ___ ___ Anxiety: ⇑/⇓ [illegible]
- ___ ___ Hopelessness /Suicidal [illegible]
- ___ ___ Irritability___ In pain [illegible]
- ___ ___ Paranoid/ Hallucinations:auditory/visual taking Klonopin
- ___ ___ Agitation/ Time___Trigger________
- ___ ___ Memory impairment / Impaired Lang. [illegible]
- ___ ___ Verbal Abusive /Resists Care /Combative ________
- ___ ___ Resists Redirection /Paces/Wanders [illegible]

no depression [illegible]

**Review of Systems/Labs:** Const./Aller/Eyes/ENT/CV/Resp/GI/GU/Integ./Neuro/Psych/Endo./MuscSkel/Hem.

[illegible]

**Medications see med. flow sheet** ☐

**Past Hx/Social/Fam Changes** no change

**PSYCHIATRIC EXAM:** ✓ cooperative __ uncooperative (- for normal;+1-5 [ symptoms)

- ___1 **Appearance:** bedridden/agitated/withdrawn/disheveled/alert/lethargic/healthy/thin/obese ________
- ___2 **Speech:** coherent/inarticulate/⇓spontaneity / ⇑ ⇓ rate ⇑ ⇓ volume /reduced ________
- ___3 **Thought Process:** Logical/illogical/tangential/aphasic/ /⇑ ⇓ rate ________
- ___4 **Associations:** loose/tangential /circumstantial /aphasic /flight of ideas/intact ________
- ___5 **Mood:** anxious /depressed /elevated /apathetic/ angry /irritable /hostile /inappropriate /flat /variable /normal
- ___6 **Thought Content:** paranoid /suicidal /hopeless /reduced /hallucinations /delusions /depressed /anxious

[illegible]

___**Mental Status:** 7 Disoriented--time, place, person/ 8 impaired memory-recent/short/long/ 9 poor concentration / 10 impaired language/ 11 Fund of knowledge:⇓ current events/⇓ personal history ________

___12 **Insight & Judgement:** lacking insight / poor judgment:⇓ social situations/⇓ daily activity ________

___13 **Constitutional Exam:** T=____ HR=____ R=____ BP=____ Wt.=________

___14 **Musculoskel. Exam:** Muscle strength-- rigidity /cogwheeling ____/flaccid/ weakness arm/leg

___15 **Gait:** Steady / limp / unsteady / walker / wheelchair **Station:** Steady/ unsteady

**ASSESSMENT:** **Recommendations and Plan:** ________

**Diagnoses:**

Axis I [illegible] — [illegible] Ritalin, Klonopin

no change in meds

Axis II [illegible]

Axis III [illegible] — [illegible]

[illegible]

Axis IV ________ [illegible]

Axis V ________

Signature: [signature] Date: ________

# SCOTT FLEISCHER, M.D., DFAPA & ASSOCIATES
## EVALUATION & CONSULTATION FORM (v.14)

455 Pennsylvania Ave., Suite 105, Fort Washington, PA 19034 • phone: (215) 793-4546, fax: (215) 793-9007

Scott Fleischer M.D., DFAPA ____ Lisa Rubin MSN, RN, CS ____
Kelly Stengel, CRNP ✓ Patricia Volpicelli, CRNP ____

Patient Name Elizabeth Black Date 3/31/09 See reverse for ____

**Interval History** Informants pt ...

Patient/Nurse +1-+5 in severity

- Mood: depressed/euphoric/ much more focused than was before
- Sleep: Early/Middle/Late
- Interest level: ⇑/⇓ no withdraw effects - not jittery
- Energy level: ⇑/⇓
- Appetite: ⇑/⇓ from [illegible] [illegible] not
- Anxiety: ⇑/⇓
- Hopelessness /Suicidal [illegible] [illegible] [illegible]
- Irritability ___ In pain
- Paranoid/ Hallucinations:auditory/visual [illegible] difficulty falling
- Agitation/ Time ___ Trigger ___
- Memory impairment / Impaired Lang. asleep & doesn't feel
- Verbal Abusive /Resists Care /Combative
- Resists Redirection /Paces/Wanders [illegible]

**Review of Systems/Labs:** Const./Aller/Eyes/ENT/CV/Resp/GI/GU/Integ./Neuro/Psych/Endo./MuscSkel/Hem.

**Medications see med. flow sheet** ☐

**Past Hx/Social/Fam Changes** no change

**PSYCHIATRIC EXAM:** ✓ cooperative __ uncooperative (- for normal;+1-5 ↑ symptoms)

- 1 Appearance: bedridden/agitated/withdrawn/disheveled/alert/lethargic/healthy/thin/obese
- 2 Speech: coherent/inarticulate/⇓spontaneity / ⇑ ⇓ rate/ ⇑ ⇓ volume /reduced
- 3 Thought Process: Logical/illogical/tangential/aphasic/ /⇑ ⇓ rate
- 4 Associations: loose/tangential /circumstantial /aphasic /flight of ideas /intact
- 5 Mood: anxious/depressed /elevated /apathetic/ angry /irritable /hostile /inappropriate /flat /variable /normal
- 6 Thought Content: paranoid /suicidal /hopeless /reduced /hallucinations /delusions /depressed /anxious — [illegible] psychosis

___Mental Status: 7 Disoriented--time, place, person /8 impaired memory-recent/short/long/ 9 poor concentration / 10 impaired language/11 Fund of knowledge:⇓ current events/⇓ personal history

___12 Insight & Judgement: lacking insight / poor judgment:⇓ social situations/⇓ daily activity

___13 Constitutional Exam: T= ___ HR= ___ R= ___ BP= ___ Wt.= ___

___14 Musculoskel. Exam: Muscle strength-- rigidity /cogwheeling ___ /flaccid/ weakness arm/leg

___15 Gait: Steady / limp / unsteady / walker / wheelchair Station: Steady/ unsteady

**ASSESSMENT:** **Recommendations and Plan:**

**Diagnoses:**

Axis I ADD — ✓ [illegible] - [illegible]

MD - few weeks

Axis II deferred — [illegible] [illegible] [illegible]

Axis III — ↑ [illegible] 10 g 1.5 g

Axis IV — [illegible] add. 10 g [illegible]

Axis V — 3 [illegible] 10.3 [illegible] (@HS)

Signature: [signature] Date: ____

# SCOTT FLEISCHER, M.D., DFAPA & ASSOCIATES
## EVALUATION & CONSULTATION FORM (v.15)

455 Pennsylvania Ave., Suite 105, Fort Washington, PA 19034 • phone: (215) 793-4546, fax: (215) 793-9007

Scott Fleischer M.D., DFAPA ____ Lisa Rubin MSN, RN, CS ____
Kelly Stengel, CRNP ____ Patricia Volpicelli, CRNP ____

Patient Name Elizabeth Black Date 6/23/09 See reverse for ________

**Interval History** Informants pt chart

+1-+5 in severity

___ Mood: depressed/euphoric ___ Sleep: Early/Middle/Late ___ Interest level: ⇑/⇓ ___ Energy level: ⇑/⇓ ___ Appetite: ⇑/⇓ ___ Anxiety: ⇑/⇓ ___ Hopelessness/Suicidal ___ Irritability___ In pain ___ Paranoid/Hallucinations ___ Agitation ___ Cognitive impairment ___ Verbal Abuse/Combative ___ Resists direction/Wanders

Handwritten: mom - end of summer. Dominican Republic - Keep for the summer - return mom. no ideal situation - come home. plan - buckle down. [illegible] - no depression - sleepy

**Review of Systems/Labs:** Const./Aller/Eyes/ENT/CV/Resp/GI/GU/Integ./Neuro/Psych/Endo./MuscSkel/Hem. no problem

**Medications see med. flow sheet** ☑

**Past Hx/Social/Fam Changes** / no change

**PSYCHIATRIC EXAM:** ✓ cooperative __ uncooperative (- for normal; +1-5 symptoms)

- 1 Appearance: ~~bedridden~~/agitated/withdrawn/disheveled/(alert)/lethargic/healthy/thin/obese ___
- 2 Speech: (coherent)/inarticulate/⇓spontaneity / ⇑ ⇓ rate/ ⇑ ⇓ volume /reduced ___
- 3 Thought Process: (Logical)/illogical/tangential/aphasic/ ⇑ ⇓ rate ___
- 4 Associations: loose /tangential /circumstantial /aphasic /flight of ideas /(intact)
- 5 Mood: (anxious) /depressed /elevated /apathetic/ angry /irritable /hostile /inappropriate /flat /variable /normal
- 6 Thought Content: paranoid/hallucinations/delusions/reduced/depressed/suicidal/hopeless/anxious — no [illegible]

___ Mental Status: 7 Disoriented--time, place, person /8 impaired memory-recent/short/long/ 9 poor concentration / 10 impaired language/11 Fund of knowledge:⇓ current events/⇓ personal history ___

___ 12 Insight & Judgement: lacking insight / poor judgment:⇓ social situations/⇓ daily activity ___

___ 13 Constitutional Exam: T=____ HR=____ R=____ BP=____ Wt.=________

___ 14 Musculoskel. Exam: Muscle strength-- rigidity /cogwheeling____/flaccid/ weakness arm/leg

___ 15 Gait: Steady / limp / unsteady / walker / wheelchair 16 Station: Steady/ unsteady

**ASSESSMENT:** **Recommendations and Plan:**

**Diagnoses:**

Axis I ADHD ODD

Axis II deferred

Axis III allergies

Axis IV ________

Axis V ________

McDonald
f/u 2mos
Supportive redirection

[signature]