# EXHIBIT B



## SCOTT FLEISCHER, M.D., DFAPA & ASSOCIATES
## OFFICE CONSULTATION/EVALUATION
TELEPHONE (215) 793-4546 FAX (215) 793-9007
SCOTT A. FLEISCHER, M.D., DFAPA

Patient Name _Elizabeth Black_ Date _3/24/09_
Age _25_ Referring Doctor _____ Tel.# _609-306-8808_
Pharmacy _Village Pharmacy, Springhouse_ Tel.# _?_
Chief Complaint: __agitated __depressed __wandering _X_anxious
VS _____

### History of The Present Illness
Please check all of the symptoms below that apply
___Mood: depressed/euphoric/diurnal variation/mixed mood
_✓_Sleep: (initial)/middle insomnia early morn. awakening/hypersomnia
_✓_Interest level: __increased _✓_decreased
___Energy level: __increased __decreased
_✓_Concentration: _✓_decreased
___Guilty feeling
___Hopelessness/Worthlessness/Suicidal Ideation/Plan _____
_✓_Appetite: _✓_increased __decreased __wt. Δ (__lbs.)/time _____
_✓_Anxiety: __calling out __Panic attacks
___Heart races/shortness of breath/sweating/want to run away/nausea
___Feel euphoric
___Racing Thoughts __Shopping Sprees __Talk fast __Life of the party
___Obsessive thoughts __compulsive rituals _____
___Sexual problems _____
___Irritability __In pain:cause _____
___Paranoid Delusions: elaborate/memory type _____
___Hallucinations: auditory/visual _____
___Agitation/ Time of Day _____ Trigger _____
_✓_Memory impairment / Impaired Language _____

[handwritten notes illegible]

CURRENT MEDICATIONS:
1. _allse - birth control_  4. _just started last wk. venlafaxine? Effexor_  10. ____
2. _Zyrtec - allergies_  5. ____  8. ____  11. ____
3. _just started_  6. ____  9. ____  12. ____
_last wk - clonazepam_
Allergies _____

PAGE 10/17 * RCVD AT 3/10/2017 1:03:04 PM [Central Standard Time] * SVR:FJRFAX1/8 * DNIS:24643 * CSID:2157939007 * DURATION (mm-ss):09-38

1

Patient Name _Elizabeth B'ke___

**PAST /FAMILY AND SOCIAL HISTORY**
**PAST PSYCHIATRIC HISTORY** (include dates & response)
Treatment & Hosp _N/_ _____
_B was prescribed Celexa O.D. _____
Antidepressants _Effexor_____ Celexa _____
Dementia _____
Antipsychotics _____
Antianxiety/Hypnotics _Klonopin_____
Antimanic _____
ADHD Drugs _____

Family History _nothing treated_____
_mom & maternal grandmother worry/anxious_____
_father & one brother may have ADHD - never treated or tested_

Social History
Key Life Events _twin brother, played field hockey in college, spent_
_summers in the Dominican Republic_____
_____
_____

Education/ Grade completed _College & post-bacc program to finish Sci. classes for med school_
Marriage/Dating _Single, broke up w/ boyfriend of little over a yr._
_in the fall_____

Work _Volunteer @ AIDS Clinic in the Dominican Republic_
_____

Substance Use: EtOH / Tobac / Caff / MJ / Cocaine/ _occasional social drinks, use_
_of caff. varies._____

**Past Medical History**
 Past Medical Hz _____
 Past Surgical Hz _____

**MEDICAL HISTORY:**
 Current Medical Dx _Dr. Maas - haven't seen in quite some time_
 Primary Care Doctor _due to moving & insurance_ tel. # _____

 Review of Systems: ___ 1 Constitutional: Fever /fatigue/Wt. loss _____
  2Allergic/Immunologic seasonal allergies/immunosupp. _____
  3Eyes: ⇓ vision/burning/ _____
  4ENT: ⇓ hearing, ⇓swallowing _____
  5CV: palp / chest pain / syncope _____
  6Resp: dry mouth / SOB / cough/ _____
  7GI: AP / N. / V / D /C _____
  8GU: dysuria / urgency / incont. / sexual dysfunct _____

2

Patient Name _Elzilett Blad_

9 Integment: Skin rash _____
10 Neuro: HA / blurry vision /dizzy / numbness / ataxia/cogwheel/tremor _____
11 Psychiatric: see above
12 Endocrine: cold intol/ heat intol./hot flashes _____
13 MusculoSkel: weakness/pain/gait _____
14 Hematologic: fatigue/ bruising/bleeding _____

SIGNIFICANT LAB FINDINGS: Hb __ /Hct __ WBC __ / Lytes __ | __
Bun ___ Creat ___ TFT's ___ LFT's _____
Ekg_____
Brain Scan _____ B12 __ Folate _____
Others _____

PSYCHIATRIC EXAM: ~cooperative~ __ uncooperative (-for normal;+1-5 [symptoms])
↑2↓ Appearance: sad /worried/hostile/bedridden/agitated/withdrawn/disheveled/alert/lethargic
__2 Speech: coherent/inarticulate/ ↓spontaneity / ↑ ↓ rate/ ↑ ↓ volume _____
__3 Thought Process: Logical/illogical/tangential/abstract reasoning↑ ↓ rate _____
__4 Associations: loose /tangential /circumstantial /aphasic /flight of ideas /intact
__5 Mood: anxious /depressed /elevated /apathetic/ angry /irritable / GDS / Flat Affect _____
__ 6 Thought Content: paranoid /suicidal /hopeless /reduced /hallucinations /delusions / depressed _____
__ Mental Status: 7 Disoriented—time, place, person /8 impaired memory-recent, short, long/9 poor concentration /
10 impaired language/ 11 Fund of knowledge _____
__12 Insight & Judgment: lacking insight / poor judgment _____ MMSE_____

Constitutional Exam (13) T= ___ HR= ___ R= ___ BP= ___ Wt.= ___
Musculoskel. Exam:(14) Muscle strength: rigidity / cogwheeling ___ /flaccid/ weakness arm/leg /(15) Gait:
steady/limp/unsteady/ Station: steady/unsteady

ASSESSMENT:
Diagnoses:
Axis I  GAD
        AOD

Axis II _____

Axis III _____

Axis IV _____

Axis V _____

DSM IV Codes
Alzheimer's Dementia with Delusions (290.20) / Depression (290.21)/
Delirium (290.31)/ Vascular Dementia with Delusions (290.42)/ Depression
(290.43 Delirium (290.41)/ Dementia due to other medical condition
(294.10)/ due to alcohol (291.2)/Mood Disorder secondary to med
Condition_____(243.83)
Delirium due to_____(293.0)

Schizophrenia Chronic-stable (293.92 __ )/Chronic exacerbation (295.94 __ )/
Bipolar Disorder I: manic (296.4__ )/ depressed (296.5__ )/ mixed (296.6__ )
Bipolar Disorder II (mild): hypomanic / depressed (296.89__ )
Major Depression: single episode (296.2__ )/ recurrent 296.3__ )
Dysthymic Disorder (chronic depression) (300.40)
Obsessive-compulsive Disorder (300.3)
Panic Disorder w/o agoraphobia (300.0) / w/ agoraphobia (300.21)
GAD (300.02)
Borderline Personality Disorder (301.83)/ Dependent Personality
(301.60)/Avoidant Personality (301.82)/Nos (301.90)
Polysubstance Dependence (304.80)/Alcohol Dependence (303.90)/abuse(305.00)
Adjustment Reaction: anxious mood (309.24) / depressed mood (309.00)

Codes: 1=mild, 2=moderate, 3=severe, 4=w/psychosis, 5-partial remission,
6-full remiss

03/10/2017  14:57    2157939007           SCOTT FLEISCHER MD                    PAGE  13/17

Patient Name _Elizabeth_

Complexity of Medical Decision  low/ moderate / high/ Morbidity Risk low / high
Discussion of Diagnosis (include risk factors):

_Depressed_
1. _Dr. Effexor_
2. _of Klonopin_
3. _Trial of Ritalin._
4. _T/C Effexor a SSRI slow_
   _the road of 6AD_

RECOMMENDATIONS & PLAN:

Patient's ability/willingness for care _____

Strengths/liabilities _____

Psychotherapy / Individual / Family / social worker / Counseling and Coordination of Care _____

Plan _____

_T/C Effexor_
_Klonopin 0.5 mg BID_
_Ritalin 5 mg BID_

Signature _____   Date _____

PAGE 13/17 * RCVD AT 3/10/2017 1:03:04 PM [Central Standard Time] * SVR:FJRFAX1/8 * DNIS:24643 * CSID:2157939007 * DURATION (mm-ss):09-38

4