UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

    Plaintiff,

vs.                      CASE NO.: 8:16-cv-02117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendant.

_____/

## INDEX OF PLAINTIFF'S EXHIBITS FILED IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Elizabeth A. Black files the following documents in support of its Response to Defendant's Motion for Summary Judgment, filed contemporaneously herewith. The numbering of the documents in this Index corresponds with the exhibit numbers contained in Plaintiff's Response:

1. Excerpts from Deposition of Elizabeth Black;

2. Exhibit 25 of the Deposition of Elizabeth Black – Initial Consultation Summary, July 19, 2012;

3. Exhibit 23 of the Deposition of Elizabeth Black – Initial Consultation Summary, September 6, 2011;

4. Exhibit 6 of the Deposition of Dr. Kevin Murphy – Test Results and Clinical Impressions, October 22, 2012;

5. Exhibit 8 of the Deposition of Ashley Vigil-Otero, Psy.D. – Records Relating to Plaintiff;

6. Deposition of Ashley Vigil-Otero, Psy.D.;

7. Excerpts from Deposition of Dr. Margret Booth-Jones;

8. Excerpts from Deposition of Catherine Farmer, Psy.D.;

9. Excerpts from Exhibit 16 of the Deposition of Catherine Farmer, Psy.D. – USMLE Step Exams PowerPoint, 2015;

10. Exhibit 43 of the Deposition of Elizabeth Black – Email Exchange Between Elizabeth Black, James Mayer, and Kira Zwygart;

11. Exhibit 42 of the Deposition of Elizabeth Black – Email from Elizabeth Black to Kira Zwygart;

12. Excerpts from Deposition of Dr. Kevin Murphy;

13. Defendant's Response to Plaintiff's Fourth Request for Production; and

14. Plaintiff's Response to Defendant's First Set of Interrogatories.

Dates of birth and social security numbers/taxpayer identification numbers have been redacted from these documents.

Respectfully submitted: July 14, 2017

**Curtis Filaroski**
FL Bar No. 111972
curtisf@disabilityrightsflorida.org
**Megan Collins**
FL Bar No. 119112
meganc@disabilityrightsflorida.org
**Ann Siegel**
FL Bar No. 166431
anns@disabilityrightsflorida.org
**Attorneys for Plaintiff Elizabeth Black**
Disability Rights Florida
2473 Care Drive, Suite 200
Tallahassee, FL 32308

Phone: 850-488-9071
Fax: 850-488-8640

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

GREGORY A. HEARING
ghearing@tsghlaw.com
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin Street, Suite 1600
Post Office Box 639 (33601)
Tampa, Florida 33602

ROBERT A. BURGOYNE
robert.burgoyne@nortonrosefulbright.com
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501

Attorneys for National Board of Medical Examiners

Curtis Filaroski
Attorney for Plaintiff