Elizabeth A. Black vs National Board of Medical Examiners
ELIZABETH ANN BLACK VOLUME I on 05/17/2017

```
 1   IN THE UNITED STATES
     DISTRICT COURT FOR
 2   THE MIDDLE DISTRICT
     OF FLORIDA
 3   TAMPA DIVISION

 4   CASE NO.:  8:16-cv-2117-T-23TGW

 5

 6

 7

 8   ELIZABETH A. BLACK,

 9             Plaintiff,

10   -vs-

11   NATIONAL BOARD OF MEDICAL EXAMINERS,

12             Defendant.

13   ---------------------------------------/

14

15

16   DEPOSITION OF:    ELIZABETH ANN BLACK

17   DATE TAKEN:       May 17, 2017

18   TIME:             8:06 a.m.

19   PLACE:            Thompson, Sizemore,
                         Gonzalez & Hearing, P.A.
20                    201 North Franklin Street, Suite 1600
                      Tampa, Florida  33602
21
     REPORTED BY:      Michele Coburn
22                     Professional Court Reporter

23

24                     (Volume I, Pages 1 - 101)

25
```

```
 1   APPEARANCES:

 2
     CURTIS FILAROSKI, ESQUIRE
 3        Disability Rights Florida
          2473 Care Drive, Suite 200
 4        Tallahassee, Florida   32308
          850-488-9071
 5        850-488-8640
          CurtisF@DisabilityRightsFlorida.org
 6   -and-
     MEGAN COLLINS, ESQUIRE
 7        Disability Rights Florida
          1930 Harrison Street, Suite 104
 8        Hollywood, Florida   33020
          850-488-9071
 9        850-488-8640
          MeganC@DisabilityRightsFlorida.org
10
               APPEARING ON BEHALF OF THE PLAINTIFF
11

12   ROBERT A. BURGOYNE, ESQUIRE
          Norton Rose Fulbright US, LLP
13        799 9th Street NW, Suite 1000
          Washington, D.C.   20001-4501
14        202-662-4513
          robert.burgoyne@nortonrosefulbright.com
15
               APPEARING ON BEHALF OF THE DEFENDANT
16             (Pro Hac Vice)

17
     BENJAMIN W. BARD, ESQUIRE
18        Thompson, Sizemore, Gonzalez & Hearing, P.A.
          201 North Franklin Street, Suite 1600
19        Tampa, Florida   33602
          813-273-0050
20        813-273-0072
          bbard@tsghlaw.com
21
               APPEARING ON BEHALF OF THE DEFENDANT
22

23   ALSO PRESENT:

24        Ann Marie Cintron-Siegel,
          Director of Advocacy, Education and Outreach
25        Disability Rights Florida
```

INDEX

|                                          | PAGE |
|------------------------------------------|------|
| Direct Examination by Mr. Burgoyne       | 9    |
| Cross-Examination by Mr. Filaroski       | 206  |
| Certificate of Reporter                  | 214  |
| Oath of Reporter                         | 215  |

```
 1                           EXHIBITS

 2                                                     PAGE

 3       Black Exhibit 1
             "Plaintiff's Response to Defendant
 4           NBME's First Set of Interrogatories"      46

 5       Black Exhibit 2
             "Defendant's Notice of Deposition
 6           Duces Tecum to Elizabeth A. Black"        54

 7       Black Exhibit 3
             "Plaintiff's Response to Defendant
 8           National Board of Medical Examiners'
             First Set of Requests for Admissions"     55
 9
         Black Exhibit 4
10           Curriculum Vitae                          59

11       Black Exhibit 5
             "Printable Application - Elizabeth
12           Black"                                    70

13       Black Exhibit 6
             "Patient Prescription Record"             73
14
         Black Exhibit 7
15           "Informed Consent for Psychotropic
             And Other Medications"                    77
16
         Black Exhibit 8
17           "Hobbit House Inventory of what
             Elizabeth Black can do."                  81
18
         Black Exhibit 9
19           "Otis-Lennon School Ability Test,
             Sixth Edition"                            84
20
         Black Exhibit 10
21           "Metropolitan Achievement Tests
             Survey"                                   85
22
         Black Exhibit 11
23           SAT Score Report                          86

24       Black Exhibit 12
             "MCAT Scores for Elizabeth Ann
25           Black"                                    88
```

```
 1    Black Exhibit 13
          "Princeton University Application:
 2            Part 1"                                  92

 3    Black Exhibit 14
          Transcript from Princeton University         95
 4
      Black Exhibit 15
 5        "Transcript for Study Abroad"                97

 6    Black Exhibit 16
          "AMCAS Summary Application Report -
 7        2011 Entering Class," Report
          Date 01/28/11                                99
 8
      Black Exhibit 17
 9        "Technical Standards for Medical
          Student Admission, Academic
10        Progression and Graduation"                  99

11    Black Exhibit 18
          3/31/17 Letter to Robert A.
12        Burgoyne from Jerome Smalls,
          with Attachments                            110
13
      Black Exhibit 19
14        "Mutual Release of Information
          Authorization Form"                         132
15
      Black Exhibit 20
16        Documents from Scott Fleischer, M.D.        133

17    Black Exhibit 21
          "AMCAS Application Report - 2011
18        Entering Class," Report Date
          08/17/10                                    143
19
      Black Exhibit 22
20        9/2/11 "Counseling Center Services
          Checklist"                                  145
21
      Black Exhibit 23
22        9/6/11 "Initial Consultation Summary"       146

23    Black Exhibit 24
          7/19/12 "Counseling Center Services
24        Checklist"                                  148

25
```

```
 1   Black Exhibit 25
         7/19/12 "Initial Consultation Summary"    150
 2
     Black Exhibit 26
 3       9/3/11 "USF Counseling Center Note"       152

 4   Black Exhibit 27
         6/25/13 "USF Counseling Center Note"      163
 5
     Black Exhibit 28
 6       5/21/14 "USF Counseling Center Note"      167

 7   Black Exhibit 29
         5/29/14 "USF Counseling Center Note"      169
 8
     Black Exhibit 30
 9       6/25/14 "USF Counseling Center Note"      171

10   Black Exhibit 31
         "Client Appointment History for
11       Black, Elizabeth Ann"                     175

12   Black Exhibit 32
         "Application for Accommodations and
13       Services"                                 177

14   Black Exhibit 33
         3/11/13 "Memorandum of Accommodations"    179
15
     Black Exhibit 34
16       4/23/13 Letter to Elizabeth Black
         from Steven Specter, Ph.D., and
17       Other Letters from USF Health             180

18   Black Exhibit 35
         6/25/13 Email to Steven Specter
19       from Philip Tetreault                     181

20   Black Exhibit 36
         Email String ending with 7/28/13
21       Email to Frazier Stevenson from
         Steven Specter                            183
22
     Black Exhibit 37
23       Email String ending with 12/17/13
         Email to Elizabeth Black from
24       Steven Specter                            183

25
```

```
Black Exhibit 38
    Email String ending with 11/5/14
    Email to Pamela O'Callaghan from
    Elizabeth Black                                185

Black Exhibit 39
    Email String ending with 11/20/14
    Email to Pamela O'Callaghan from
    Elizabeth Black                                186

Black Exhibit 40
    Email String ending with 3/30/15
    Email to Kira Zwygart from
    Elizabeth Black                                186

Black Exhibit 41
    5/19/16 Memorandum to Dr. Bognar
    from Elizabeth Black                           187

Black Exhibit 42
    6/12/16 Email to Kira Zwygart
    from Elizabeth Black                           188

Black Exhibit 43
    Email String ending with 6/29/15
    Email to James Mayer from
    Elizabeth Black                                189

Black Exhibit 44
    Email String beginning with 8/10/15
    Email to Kira Zwygart from
    Elizabeth Black                                190

Black Exhibit 45
    Email String ending with 8/20/15
    Email to Elizabeth Black from
    Deborah McCarthy                               191

Black Exhibit 46
    "Analysis of Student Comments"                 192

Black Exhibit 47
    10/21/14 "Confidential
    Psychoeducational Evaluation"                  193

Black Exhibit 48
    "Certification of Prior Test
    Accommodations"                                195
```

```
 1    Black Exhibit 49
          "Request for USMLE Step 1 Test
 2        Accommodations/Appeal of Decision"        198

 3    Black Exhibit 50
          8/19/15 Letter to Elizabeth A.
 4        Black and Other Letters                   200

 5    Black Exhibit 51
          "Request for Test Accommodations"         203
 6
      Black Exhibit 52
 7        Email String ending with 5/3/17
          Email to Curtis Filaroski from
 8        Elizabeth Black                           205

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  or anything like that?
2     A   I was -- well, at this point I'm not in
3  classes.  I'm in clinical rotations.
4     Q   Are you paying tuition or anything right now?
5     A   Right now?  No.
6         In 2016 -- you're going to have to bear with me
7  because I have been on a leave of absence.  But even on
8  certain leave of absences I did pay tuition.  As of 2016
9  I'd have to go back and check.
10    Q   The reason I ask is your resume says you were
11 in medical school from 2011 till 2013.
12    A   Oh.  Well, that's more just for my job thing.
13 I could put -- no.  I think it says till 2016.
14    Q   Well, we'll look at it in a minute.  Okay.  I
15 was just curious because I understood you were on a --
16    A   Or it was -- or I put until 2013, the time of
17 the two years of classroom -- classroom work that I did
18 and completed successfully.  And then I've been in this
19 on-and-off again thing.  I've done some of third year.
20 I'm sure I'll have to redo it at this point because of
21 how much time has passed.
22    Q   When did you last take any medical school
23 classes?
24    A   Clinical rotation would be, I think, after I
25 was -- after I failed the third time I was in the middle

1  can't tell you. If I maybe saw them, I could maybe see
2  if I saw my answers. But it's a combination of both.
3     Q   When you guessed did you pick a particular
4  answer or do anything in particular as some students do
5  when guessing?
6     A   I often pick B. However, I can't say that
7  that's exactly what I did on that day.
8     Q   You indicate that your ADHD went undiagnosed in
9  your K through 12 years in part because it was a
10 highly-structured school environment.
11         What was particularly structured about your
12 school environment versus any other school environment?
13    A   I mean, all K through whatever is a
14 highly-structured school environment, and my parents are
15 highly structured. So --
16    Q   Any reason you think your parents were more
17 supportive than the parents of other children?
18    A   Yeah. I have really good parents.
19    Q   Good.
20    A   I'm lucky.
21    Q   You indicated that one of the -- the reason you
22 didn't apply for accommodations on the MCAT was you
23 didn't want to be singled out?
24    A   Yeah. I called and asked for how I would get
25 accommodations. And they say just like the NBME did

1  when I called and -- before I took the Step 1 exam for
2  the first time.  They flag your score report, and -- and
3  so it would be -- I was told that there would be some
4  sort of thing on it that would say "Accommodations were
5  provided for this student during their examination." So
6  then -- and they don't elaborate on what kind of
7  accommodations.
8       And I didn't even want to give my name when I
9  called.  That's how much I didn't want to be on some
10 sort of flagged list of people with accommodations.
11    Q   Did you have any factual basis from thinking
12 you would somehow be disadvantaged if your score was
13 annotated?
14    A   Every person that advised me on medical school.
15    Q   Advised you what?  Don't request
16 accommodations?
17    A   Yeah.  That it would be bad.
18    Q   And what did they base that on?
19    A   Experiences, I guess, that they had had with
20 other medical students.  I have no idea.  Their career
21 in advising medical students.
22    Q   Okay.
23    A   I can't speak to that.
24    Q   Do you know other people who received
25 accommodation on the MCAT?

1  idea, though.

2  Q   Okay.  Do you remember the name of the person
3  you saw other than Dr. Fleischer?

4  A   No.

5  Q   And how long were those visits?  Were those
6  principally just to update your medications?

7  A   Probably.  I don't know how long they were.  I
8  don't remember.

9  Q   All right.  And the first one -- let's see
10 here.  Then there's a reference on a couple of these to
11 taking the MCAT.

12      Did you go in to get these medications to help
13 you prepare for the MCAT?

14 A   No.  I went in to see someone because I wasn't
15 able to prepare for the MCAT as well as I had been able
16 to in the past.  And I was referred to a psychiatrist.

17      So, no.  I didn't go into there seeking
18 medication at all.  In fact, I typically like to not
19 take medication.  And I don't.  As you can see, the only
20 listed medications prior to this point were birth
21 control and seasonal allergy medication.

22      So, no.  I in no way was -- and I didn't want
23 to take the medication anyway, but I did.

24 Q   You were already on medications at that time
25 because you had already been to another psychiatrist who

```
 1   to stand before the committee and state your case.
 2          Did you ever have that hearing?
 3      A   Yes.
 4      Q   And was that for purposes of deciding whether
 5   they would allow you to continue your leave of absence?
 6      A   No.  They tried to kick me out.
 7      Q   Okay.  What was the point of the hearing?
 8      A   For -- let me see.  I have to place myself.
 9          Oh, okay.  So this is after -- I was still on a
10   leave of absence.  And I was trying to get them to allow
11   me to continue on in my clerkships, my third-year
12   rotations and take Step 1 at the end of the third year,
13   as many medical schools do.
14          And I petitioned them and spoke before this
15   academic review committee and stated my case of, "I have
16   demonstrated to you I'm not a danger to patients and I
17   am competent, and I would like to continue on."
18          And they said I have to wait until this is
19   done.  So they said no.
20          (Black Exhibit 43 marked for identification.)
21   BY MR. BURGOYNE:
22      Q   All right.  Black 43 appears to be some
23   additional email exchanges between you and Dr. Zwygart
24   dated June 2015.  Is that accurate?
25      A   It looks like it.
```

1  A    Yes.

2  Q    Okay.

3  A    What do you consider it?

4  Q    Not a learning disability, it's my
5  understanding.  But I'm a lawyer, not a doctor.

6       Did you prepare this letter?

7  A    Yes.

8  Q    Did you get input from anybody on this --
9  anybody at your school?

10 A    No.

11 Q    Okay.

12 A    I don't believe so.

13      (Black Exhibit 50 marked for identification.)

14 BY MR. BURGOYNE:

15 Q    Black Exhibit 50 is a letter to you from Robert
16 Rodgers, licensed psychologist at the counseling center
17 at USF.  Is that correct?

18 A    Yeah.  I don't know who he is, though.  Oh,
19 this is the letter.

20 Q    So this is the letter that we saw the earlier
21 clinical note about.  Is that correct?

22 A    Yeah.  Something Durr or something -- that
23 lady.  This is who she talked to to confirm -- he's the
24 associate director at the counseling center.

25 Q    Okay.  And in this letter he confirms that you

1    were seen for both counseling and psychiatric services
2    for anxiety-related concerns and attentional and
3    academic concerns?
4         A    That's what it says.
5         Q    And that's similar, in all events, if not
6    identical to the language we looked at earlier?
7         A    I think that's probably why she used the
8    quotation marks.
9         Q    Okay. And then he puts in here, "Please note,
10   this letter should not be construed to imply or indicate
11   that the USF Counseling Center is recommending any
12   academic or any other accommodations be made for you in
13   any student or other like role."
14        Do you know why that language is there?
15        A    I would imagine it's a disclaimer they have to
16   put on everything.  I have no --
17        Q    They didn't discuss that with you at the time,
18   to your recollection?
19        A    No.
20        Q    Okay. And then the next page -- could you just
21   confirm that this is a letter from Jennifer Carangi that
22   was submitted on your behalf --
23        A    Yes.
24        Q    -- to the NBME?
25        A    Yes.

1  exam to me and charge me $1,000 and write a report.
2      Q   So the evaluations you were looking at outside
3  of USF were just cost-prohibitive then, or was it a
4  mixture of it being cost-prohibitive and sort of sketchy
5  like you say?
6      A   Yeah.  It didn't seem very official, and also
7  cost-prohibitive, and they wanted to -- well, yeah.  I
8  wanted to -- mostly the cost and it was weird.  So the
9  most thorough testing I could have had done was the USF
10 one that I did.
11     Q   Okay.  Now, I want to ask you about the three
12 times that you took the Step 1 examinations.  You said
13 earlier in your deposition that you didn't complete a
14 section.
15         Does this also mean that you -- could this mean
16 that you technically completed a section but that you
17 guessed on a few of the questions near the end?
18     A   Yes.
19         So there are some sections that I did not get
20 to put answers down for.  As I got through to the second
21 and third time I made improvements and got to -- if I
22 wasn't finishing I was at least making sure that I
23 guessed an answer for them all.
24     Q   And when you say "guessed an answer," are you
25 talking sort of just --

1  tested on?
2       A    All of them.
3       Q    Okay.  As you recall, earlier in your
4  deposition we reviewed standardized tests from as far
5  back as first grade, I believe.
6            Would you say, in your opinion, including, you
7  know, as far back as then that you performed below your
8  abilities when you take standardized examinations in
9  general?
10      A    Yes.  They have always been a struggle for me.
11 I have grown up thinking that I'm stupid and I watch
12 everyone do everything faster around me, even with my
13 twin brother.  And I just always worked really hard.
14      Q    What is the --
15      A    Not stupid, but not that smart.
16      Q    What is the element of a standardized
17 examination, do you believe, that causes you so much
18 trouble?
19      A    The reading --
20      Q    Okay.
21      A    -- as well as computers particularly as well.
22 That has not been to my advantage.  And, I mean, in
23 general the testing atmosphere.  But the whole setup of
24 the exam, particularly for all of the now computerized
25 exams, and I just don't ever get through.  So I don't

1  know. I don't finish them.
2     Q   So this is a slightly different question.
3        What would you say you are -- how would you say
4  you are impaired in terms of the way you take
5  examinations? Do you have trouble -- what is it that
6  causes so much trouble? I mean, you've described sort
7  of the portions of the exam that you have trouble with.
8        But what is it, I guess internally, that you
9  struggle with when you're taking a standardized exam?
10    A   I would say for -- particularly since Step is
11 my most recent exam, that I have -- the fact that I need
12 to read through the question quickly knowing that I will
13 not finish in time or that I typically don't finish in
14 time. And then I will get distracted while reading the
15 question and have to reread the question, or it takes --
16 I will -- instead of taking the time to think through
17 the question and knowing that I have the time to do
18 that, I will just impulsively pick something not
19 necessarily -- just to move on for timing-wise, not
20 necessarily going through an ordered thought process
21 like I typically would if I didn't have the time
22 pressure.
23        MR. FILAROSKI: Okay. That's all I have.
24        MR. BURGOYNE: No further questions. That's
25    great.

CERTIFICATE OF REPORTER

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

      I, MICHELE COBURN, Court Reporter and Notary Public, do hereby certify that I was authorized to and did stenographically report the foregoing deposition; that a review of the transcript was not requested; and that the transcript is a true record of my stenographic notes.

      I further certify that I am not a relative, employee, attorney, or counsel of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

      Dated: May 24, 2017.

*Michele Coburn*
MICHELE COBURN

```
 1                    CERTIFICATE OF OATH
 2
 3    STATE OF FLORIDA)
 4    COUNTY OF HILLSBOROUGH)
 5
 6            I, MICHELE COBURN, Notary Public, State of
 7    Florida, certify that the witness, ELIZABETH ANN BLACK,
 8    personally appeared before me on the 17th day of May,
 9    2017, and was duly sworn.
10
11            WITNESS my hand and official seal this 24th
12    day of May, 2017.
13
14
15
16
17
                              *Michele Coburn*
18
                              MICHELE COBURN
19                            Notary Public
                              State of Florida
20                            Commission # FF169882
                              My Commission Expires:  11/21/18
21
22
                                  MICHELE COBURN
23                           Notary Public - State of Florida
                             My Comm. Expires Nov 21, 2018
                                Commission # FF 169882
24                           Bonded through National Notary Assn.
25
```