# Initial Consultation Summary

**Name:** Elizabeth Black  **Student ID#:** U34264740  **Date:** 7/19/12

**Referral Source:** self

**Reason for Referral/Chief Complaint:** transition to medical school, maintaining healthy relationships

### Presenting Issues (Check all that apply)

| | | |
|---|---|---|
| ☐ Academic Difficulties<br>  ☐ Grade Decline ☐ Study/Testing Skills<br>  ☐ Procrastination ☐ Motivation<br>☒ Life Skills & Planning<br>  ☐ Time Management ☐ Organization<br>  ☐ Career Exploration ☐ Social skills<br>  ☒ Adjustment to college<br>☒ Attention Deficit Disorder (ADD/ADHD)<br>☐ Learning or Developmental Disability<br>☐ Impaired Coping ability<br>  ☐ Stress management<br>  ☐ Mood/affect regulation<br>  ☐ Self-defeating thinking & behavior | ☐ Self-Esteem, Self-Image, Self-Confidence; Body-Image<br>☐ Diversity Issues<br>  ☐ Sexuality/gender identity<br>  ☐ Cultural/religious struggles<br>☒ Interpersonal Difficulties<br>  ☐ Family ☐ Peer ☒ Romantic<br>  ☐ Loss of relationship ☐ Violence<br>☐ Death, Dying and Grief<br>☒ Anxiety<br>  ☐ Panic Attacks ☐ Social ☐ Specific Phobia<br>  ☒ Performance (e.g. test) ☒ Generalized<br>  ☐ Obsessive/Compulsive ☐ Post-Trauma | ☐ Mood Disturbance<br>  ☐ Depression ☐ Mania<br>  ☐ Mood swings ☐ Agitation<br>☐ Trauma/Abuse<br>  ☐ Recent ☐ Past<br>☐ Medication Management<br><br>(If any following box is checked see narrative for additional information)<br>  ☐ Safety Concerns<br>  ☐ Substance Abuse<br>  ☐ Disordered Eating<br>  ☐ Psychotic Processes |

**Comments & Additional Information:**
Preventative counseling to have a healthy dating relationship and maintain a balanced lifestyle while starting medical school. History of dx with ADD and generalized anxiety, treated with medication and therapy.

### Current Functioning/Mental Status

| | | |
|---|---|---|
| **Appetite:** ☒ Unimpaired ☐ Varies<br>☐ Increased ☐ Decreased | **Mood:** ☒ Euthymic ☐ Sad ☐ Depressed<br>☐ Agitated ☐ Anxious ☐ Elated | **Concentration:** ☒ Intact ☐ Impaired |
| **Sleep:** ☒ Unimpaired ☐ Varies<br>☐ Insomnia ☐ Hypersomnia ☐ Nightmares<br>☐ Difficulty falling/staying asleep/rising | **Affect:** ☒ Appropriate ☐ Tearful ☐ Flat<br>☐ Labile ☐ Constricted ☐ Inappropriate<br>☐ Blunted ☐ Expansive ☐ Euphoric | **Orientation:** ☒ Oriented<br>☐ Disoriented to:<br>☐ Time ☐ Place ☐ Person ☐ Situation |
| **Grooming & Hygiene:** ☒ Appropriate<br>☐ Inappropriate ☐ Disheveled<br>☐ Odorous | **Attitude:** ☒ Cooperative<br>☐ Guarded ☐ Suspicious ☐ Apprehensive<br>☐ Uncooperative ☐ Apathetic<br>☐ Belligerent | **Thought Process:** ☒ Normal ☐ Bizarre<br>☐ Obsessive/Compulsive ☐ Circumstantial<br>☐ Disorganized/Tangential ☐ Hyper-vigilant<br>☐ Memory Deficiencies |
| **Eye Contact:** ☒ Normal for culture<br>☐ Poor ☐ Avoids ☐ Intense | **Judgment:**<br>☒ Good ☐ Fair ☐ Impaired ☐ Poor | **Hallucinations:** ☒ None Apparent ☐ Denies<br>☐ Auditory ☐ Visual ☐ Olfactory ☐ Tactile |
| **Motor Activity:** ☒ Normal ☐ Increased<br>☐ Decreased ☐ Unusual Mannerisms | **Insight:**<br>☒ Good ☐ Fair ☐ Limited ☐ Poor | **Delusions:** ☒ None Apparent<br>☐ Paranoid ☐ Grandiose ☐ Religious ☐ Other |
| **Speech:** ☒ Unimpaired<br>☐ Rapid, Pressured ☐ Slow, Halting | **Treatment Compliance:** ☒ Appropriate<br>☐ Ambivalent ☐ Resistant | **Comments:** |

### Substance Use

| Alcohol | Do you drink? | ☒ Yes ☐ No | If yes, frequency and quantity? 1x weekly |
|---|---|---|---|
| | Have you or others ever had concerns about your drinking? | ☐ Yes ☒ No | |
| Drugs | Have you ever abused drugs? | ☐ Yes ☒ No | If yes, what? Frequency? |
| | Any abuse of drugs in the past 30 days? | ☐ Yes ☒ No | If yes, what? Frequency? |

### Legal History

| | | |
|---|---|---|
| Have you ever been charged with school related sanctions? (SRR, Greek council, academic department, etc.) | ☐ Yes ☒ No | |
| Have you ever been involved in legal proceedings? (arrest, charges, DUI, lawsuit, etc.) | ☐ Yes ☒ No | |

### Risk Assessment

| | | |
|---|---|---|
| **Eating/Weight:** Have you or others ever had concerns about your eating behaviors and/or weight? (restricting, bingeing, purging, diet pills, over-exercising, etc.) | Current: ☐ Yes ☒ No | If yes, frequency and duration? |
| | Past: ☐ Yes ☒ No | If yes, frequency and duration? |
| **Non-Suicidal Self-Injury:** Do you ever cut, scratch, burn or otherwise harm yourself | Current: ☐ Yes ☒ No | |
| | Past: | |

EXHIBIT  Black 25  5-17-17

## Initial Consultation Summary

| when you are distressed? | ☐ Yes ☒ No | |
|---|---|---|
| **Suicide Risk:** Current thoughts, plans or tent of harming self? | Ideation: ☐ Yes ☒ No | |
| | Plan: ☐ Yes ☒ No | |
| | Intent: ☐ Yes ☒ No | |
| **Homicide Risk:** Current thoughts, plans or intent of harming others? | Ideation: ☐ Yes ☒ No | |
| | Plan: ☐ Yes ☒ No | |
| | Intent: ☐ Yes ☒ No | |
| **Suicide or Homicide History:** History of ideations, gestures or attempts? | Suicide: ☐ Yes ☒ No | |
| | Homicide: ☐ Yes ☒ No | |

### Treatment History

| Current outpatient mental health/AOD treatment? | ☒ Yes ☐ No | Dr. Mukherjea medication management |
|---|---|---|
| Past outpatient mental health /AOD/eating disorder treatment? | ☒ Yes ☐ No | Tania Sales PsyD – USF CC 6 sessions 9/2011-4/2012<br>2008-2009 counseling and medication for anxiety and ADHD |
| Past psychiatric/AOD/eating disorder hospitalization? | ☐ Yes ☒ No | |
| **Medical Conditions** | ☐ Yes ☒ No | |
| **Allergies** | ☒ Yes ☐ No | Seasonal environmental allergies |
| **Medications:** | Current: ☒ Yes ☐ No | Clonazepam, Concerta, Methylphenidate, birth control, zyrtec |
| | Past: ☒ Yes ☐ No | Ritalin, Klonopin, Effexor, lorazepam |

| Client's Treatment Goals: | Client would like to maintain a life balance while she begins medical school and minimize anxiety prior to testing. |
|---|---|

### Disposition (Check all that apply)

| | |
|---|---|
| ☒ Referred for Personal Counseling | ☐ Referred for ARC Consultation |
| ☐ Referred for Psychiatric Treatment | ☐ Referred for an ADD/ADHD Screening |
| ☐ Referred for Case Management Intake | ☐ Referred to On-Campus Services (specify): |
| ☐ Referred for Couples Counseling | ☐ Referred Off-Campus (specify): |
| ☐ Referred to CASA | ☐ Other (specify): |
| ☐ Referred for Group Therapy | ☐ No follow-up (elaborate): |
| ☐ Referred to Workshops | |

### Counseling Center Policies Reviewed

☒ Confidentiality Statement
☒ Cancellation and Missed Appointment Policy
☒ Counseling Center Services
☒ Scope of Care Protocol

### Comments & Recommendations:

Client is a 28 year old female medical student returning for brief counseling intervention. Previously received six sessions of counseling from Dr. Tania Sales focused on social and academic transition to medical school. Continues in medication management with Dr. Mukherjea for inattentiveness and performance anxiety.

Heidi Petracco, MSW, LCSW