## Initial Consultation Summary

**Name:** Elizabeth Black  **Student ID#:** U34264740  **Date:** 9/6/11
**Referral Source:** Self
**Reason for referral/Chief complaint (in his/her own words):** "I would like to continue my Ritalin prescription."

### Presenting Issues (Check all that apply)

- ☒ Academic Difficulties/Study Skills
- ☐ Anxiety/Panic Attacks
- ☒ Attention Deficit Disorder (ADD/ADHD)
- ☐ Body Image/Eating Disorders
- ☐ Career Exploration/Life Planning
- ☐ Coping with Stress
- ☐ Death/Loss of significant relationship
- ☐ Depression/Thoughts of Self-Harm
- ☐ Family Problems
- ☐ Interpersonal/Relationship Problems
- ☐ Managing Feelings/Emotions
- ☐ Medication Management
- ☐ Self-Defeating Thinking & Behavior
- ☐ Self-Image, Self-Esteem, Self-Confidence
- ☐ Sexual/Sexuality Issues
- ☐ Substance Use and Addictions Issues
- ☐ Test-Taking Skills/Test Anxiety
- ☐ Time Management/Procrastination
- ☐ Trauma/Abuse
- ☐ Other (specify):

**Comments & Additional Information:**
Easily distracted during study, poor concentration.

### Current Functioning/Mental Status

| | | |
|---|---|---|
| **Appetite:** ☒ Unimpaired<br>☐ Increased ☐ Decreased | **Mood:** ☒ Euthymic<br>☐ Depressed ☐ Agitated ☐ Anxious<br>☐ Elated ☐ Other: | **Concentration:** ☐ Intact ☒ Impaired |
| **Sleep:** ☒ Unimpaired<br>☐ Insomnia ☐ Difficulty falling asleep<br>☐ Hypersomnia ☐ Difficulty rising<br>☐ Difficulty staying asleep ☐ Nightmares | **Affect:** ☒ Appropriate<br>☐ Labile ☐ Euphoric ☐ Constricted<br>☐ Inappropriate ☐ Tearful ☐ Flat<br>☐ Blunted | **Orientation:** ☒ Oriented<br>☐ Disoriented to:<br>☐ Time ☐ Place ☐ Person ☐ Situation |
| **Grooming & Hygiene:** ☒ Appropriate<br>☐ Inappropriate ☐ Disheveled<br>☐ Odorous | **Attitude:** ☒ Cooperative<br>☐ Guarded ☐ Suspicious ☐ Belligerent<br>☐ Uncooperative ☐ Apprehensive<br>☐ Apathetic ☐ Cynical | **Thought Process:** ☒ Normal<br>☐ Disorganized/Tangential ☐ Hyper-vigilant<br>☐ Bizarre ☐ Memory Deficiencies<br>☐ Obsessive/Compulsive ☐ Circumstantial |
| **Eye Contact:** ☒ Normal for culture<br>☐ Poor ☐ Avoids ☐ Intense | **Judgment:** ☒ Good<br>☐ Fair ☐ Impaired ☐ Poor | **Hallucinations:** ☒ None Apparent<br>☐ Visual ☐ Olfactory<br>☐ Tactile ☐ Auditory |
| **Motor Activity:** ☒ Normal<br>☐ Increased ☐ Decreased<br>☐ Unusual Mannerisms | **Insight:** ☒ Good<br>☐ Fair ☐ Limited ☐ Poor | **Delusions:** ☒ None Apparent<br>☐ Persecutory ☐ Paranoid ☐ Grandiose<br>☐ Somatic ☐ Religious |
| **Speech:** ☒ Unimpaired<br>☐ Rapid, Pressured ☐ Slow, Halting | **Treatment Compliance:** ☒ Appropriate<br>☐ Minimal motivation ☐ Ambivalent<br>☐ Non-compliant/Resistant | **Comments:** |

### Substances

| | | | |
|---|---|---|---|
| **Alcohol** | Do you drink? | ☒ Yes ☐ No | If yes, date of last use? Past Saturday<br>What was consumed? 1 beer |
| | Does anyone complain about your drinking? | ☐ Yes ☒ No | |
| | Have you ever had a drinking problem? | ☐ Yes ☒ No | |
| **Drugs** | Have you ever used illegal drugs? | ☐ Yes ☒ No | If yes, what? |
| | Any use of illegal drugs in the past 30 days? | ☐ Yes ☒ No | If yes, what? |

### Risk Assessment

| | | |
|---|---|---|
| **Eating/Weight:** Do you or others have concerns about your eating behaviors and/or weight? | Current:<br>☐ Yes ☒ No | |
| | Past:<br>☐ Yes ☒ No | |
| **Non-Suicidal Self-Injury:** Do you ever cut, scratch, burn or otherwise harm yourself without intent to die? | Current:<br>☐ Yes ☒ No | |
| | Past:<br>☐ Yes ☒ No | |
| **Suicide Risk:** Current thoughts, plans or | Ideation: | |

EXHIBIT
Black 23
5-17-17  nkc

## Initial Consultation Summary

| intent of harming self? | ☐ Yes ☒ No | |
| --- | --- | --- |
| | Plan:<br>☐ Yes ☒ No | |
| | Intent:<br>☐ Yes ☒ No | |
| **Homicide Risk:** Current thoughts, plans or intent of harming others? | Ideation:<br>☐ Yes ☒ No | |
| | Plan:<br>☐ Yes ☒ No | |
| | Intent:<br>☐ Yes ☒ No | |
| **Suicide or Homicide History:** History of ideations, gestures or attempts? | Suicide:<br>☐ Yes ☒ No | |
| | Homicide:<br>☐ Yes ☒ No | |

Treatment History

| Current outpatient mental health/AOD treatment? | ☐ Yes ☒ No | |
| --- | --- | --- |
| Past outpatient mental health /AOD treatment? | ☒ Yes ☐ No | Assessment by Dr. Fleischer for inattention and anxiety in 2009<br>Counseling for anxiety and inattention for studying and academic concerns in 2009 |
| Past psychiatric/AOD hospitalization? | ☐ Yes ☒ No | |
| **Medical Problems:** | Current:<br>☐ Yes ☒ No | |
| | Past:<br>☐ Yes ☒ No | |
| **Medications:** | Current:<br>☒ Yes ☐ No | Ritalin 5mg prn – takes for studying and tests, MVI, birth control, anti-histamine |
| | Past:<br>☒ Yes ☐ No | Klonopin 0.5.mg BID prn<br>Ritalin 5mg TID prn |

| **Client's Treatment Goals:** | Continue medication management of inattention. |
| --- | --- |

Disposition (Check all that apply)

| | |
| --- | --- |
| ☐ Referred for Personal Counseling | ☐ Referred for ARC Consultation |
| ☒ Referred for Psychiatric Treatment | ☐ Referred for an ADD/ADHD Screening |
| ☐ Referred for Couples Counseling | ☐ Referred to On-Campus Services (specify): |
| ☐ Referred to CASA | ☐ Referred Off-Campus (specify): |
| ☐ Referred for Group Therapy | ☐ Other (specify): |
| ☐ Referred to Workshops | ☐ No follow-up (elaborate): |
| ☐ Referred to OEP/AAP | |

Counseling Center Policies Reviewed

☒ Confidentiality Statement
☒ Cancellation and Missed Appointment Policy
☒ Counseling Center Services

**Comments & Recommendations:**
Client will request records from Dr. Fleischer in PA prior to psychiatric appointment and is instructed to bring prescription bottles with her.

Heidi Ison, LCSW
Clinician