## Test Results & Clinical Impressions

Client:  Elizabeth Black
Date:    10-22-2012

| | |
|---|---|
| **Adult ADHD Self-Report Scale (ASRS) Part A (Inattentive) 29** | ☐ Unlikely to have ADHD (0-16)<br>☐ Likely to have ADHD (17-23)<br>☒ Highly likely to have ADHD (24+) |
| **Adult ADHD Self-Report Scale (ASRS) Part B (Impulsivity) 28** | ☐ Unlikely to have ADHD (0-16)<br>☐ Likely to have ADHD (17-23)<br>☒ Highly likely to have ADHD (24+) |
| **Brief Test of Attention Form N (Numbers) 7 Form L (Letters) 8 Combined (L+N) 15** | ☐ Scores are significantly below Average and suggestive of impaired auditory attention<br>☐ Scores are below Average and suggestive of problems with auditory attention<br>☒ Scores are in the Low Average range<br>☐ Scores are within or above normal limits |
| **Conners' Continuous Performance Test (CPT)** | ☒ Valid Administration<br>☐ Invalid Administration<br>   54 % Probability of symptoms indicating ADHD<br>   46 % Probability of symptoms within normal limits |
| **TIME Validity Scale** | ☐ Test results appear to be valid.<br>☐ Test results indicate symptom exaggeration; measures should be interpreted with caution.<br>☒ Test results indicate a tendency to minimize personal issues; measures should be interpreted with caution.<br>☐ Test results indicate inconsistent responding; measures should be interpreted with caution.<br>☒ Test results suggest that the client is motivated for treatment.<br>☐ Test results suggest that the client is somewhat motivated for treatment.<br>☐ Test results suggest that the client's motivation for treatment is low. |
| **College Adjustment Scale (CAS)** | ☐ Test results are suggestive of issues with anxiety<br>☐ Test results are suggestive of issues with depression.<br>☐ Test results are suggestive of issues with substance abuse.<br>☐ Test results are suggestive of academic and career issues.<br>☐ Test results are suggestive of issues with self-esteem and/or self-confidence.<br>☐ Test results are suggestive of interpersonal issues or family problems<br>☒ Test results did not reveal any obvious personal problems. |

**Overall Clinical Impression:**

☐ The client's symptoms appear primarily related to personal issues, not ADHD.

☐ The client's symptoms appear related to personal issues, with possible ADHD symptoms.

☐ The client's symptoms appear related to both personal issues and ADHD symptoms.

☒ The client's symptoms may indicate ADHD symptoms.

☐ The results do not reveal any obvious personal problems or ADHD symptoms.

**Additional Comments & Recommendations:**

**Attachments: CPT-II Profile Report, TIME Profile Plot, CAS Profile Plot**

NOTE: The above comments are based on psychological screening measures used to assist in treatment decisions. Additional information (e.g., personal and family history, behavioral observations) and a comprehensive psychological assessment would be needed to fully support specific DSM diagnoses (e.g., ADHD) and identify possible functional limitations.



COUNSELING CENTER
813-974-2831 - SVC 2124
usf.edu/counsel

USF STUDENT AFFAIRS
UNIVERSITY OF SOUTH FLORIDA

EXHIBIT

Murphy 6
PB      5/16/17

6-1



## Conners' Continuous Performance Test II (CPT II V.5)

*By C. Keith Conners, Ph.D. and MHS Staff*

## Profile Report

| | |
|---|---|
| **Client Name:** | **Elizabeth Black** |
| Age: | 29 |
| Gender: | Female |
| Education: | n/a |
| Grade: | n/a |
| Administration Date: | October 19, 2012 |
| School/Facility: | n/a |
| Current Medication(s): | n/a |

Caution: This report is intended to be used by the test administrator as an interpretive aid. This report should not be used as the sole basis for clinical diagnosis or intervention.

 Copyright © 2000, 2004 Multi-Health Systems Inc. All rights reserved.
P.O. Box 950, North Tonawanda, NY 14120-0950
3770 Victoria Park Ave., Toronto, ON M2H 3M6

6·2

## Introduction

The Conners' Continuous Performance Test II (CPT II) is a valuable assessment tool that can reveal important information about an individual's functioning. The instrument is helpful when a diagnosis of ADHD is being considered.

This report provides information about Elizabeth's CPT II scores, what scales and indexes are elevated and how she compares to the normative group. The non-clinical sample includes 1,920 individuals from the general population. The clinical norm groups include 378 cases with ADHD, and 223 neurologically-impaired adults. For further information refer to the CPT II Technical Guide and Software Manual published by MHS.

**MHS**

6·3

## Respondent Profile Contrasted Against Non-Clinical and ADHD Norms

The following graph compares Elizabeth's T-scores against Non-Clinical and ADHD norms.



Note: For visual display in the graph above, Hit RT is scaled such that for

1. Inattention - slow reaction times produce high T-scores.

2. Impulsivity - fast reaction times produce high T-scores.

**MHS**

6-4

## Confidence Index Associated with ADHD Assessment

The following graph shows Elizabeth's Confidence Index for the clinical and non-clinical profiles.



**Clinical, 53.86% Confidence**

The CPT discriminant function indicates that the results better match a clinical than non-clinical profile. The Confidence Index computed can be readily described in the following way: The chances are 53.86 out of 100 that a significant attention problem exists.

The Confidence Index should always be reviewed in relation to results on the remaining CPT II measures. When the Confidence Index falls close to 50 (providing no decision), however, there is a heightened need to examine all individual index and measure scores, and to consider the inter-relationships between them.

MHS

6-5

9-9

**MHS**

# Summary of Overall Measures

### (general population norms used)

The following table summarizes Elizabeth's overall measures and gives general information about how she compares to the normative group.

| Measure | Value | T-Score | Percentile | Guideline |
|---|---|---|---|---|
| Omissions % | 4 / 1.24 | 54.66 | 71.40 | within average range |
| Commissions % | 23 / 63.69 | 69.08 | 97.16 | MARKEDLY ATYPICAL |
| HR RT | 44.30 | 360.07 | 28.46 | a little fast |
| HR RT Std. Error | 7.46 | 61.98 | 80.27 | MILDLY ATYPICAL |
| Variability | 9.68 | 57.03 | 76.88 | within average range |
| Detectability (d') | 0.35 | 61.60 | 88.59 | MILDLY ATYPICAL |
| Response Style (β) | 0.30 | 46.87 | 37.73 | within average range |
| Perseverations | 3 / 0.83 | 71.36 | 96.36 | MARKEDLY ATYPICAL |
| HR RT Block Change | 0.01 | 53.47 | 63.53 | within average range |
| HR SE Block Change | 0.01 | 53.54 | 67.50 | within average range |
| HR RT ISI Change | 0.09 | 51.66 | 89.66 | MILDLY ATYPICAL |
| HR SE ISI Change | 0.03 | 50.13 | 50.53 | within average range |

# Summary of Inattention Measures

### (general population norms used)

The following table summarizes Elizabeth's inattention measures and gives general information about how she compares to the normative group.

| Measure | Value | T-Score | Percentile | Guideline |
|---|---|---|---|---|
| Omissions % | 4 / 1.24 | 54.66 | 71.40 | OK |
| Commissions % | 23 / 63.69 | 69.08 | 97.16 | Inattention |
| HR RT | 44.30 | 360.07 | 28.46 | OK |
| HR RT Std. Error | 7.46 | 61.98 | 80.27 | Inattention |
| Variability | 9.68 | 57.03 | 76.88 | OK |
| Detectability (d') | 0.35 | 61.60 | 88.59 | Inattention |
| HR RT ISI Change | 0.09 | 51.66 | 89.66 | Inattention |
| HR SE ISI Change | 0.03 | 50.13 | 50.53 | OK |

CPT II V.5 Profile Report for Elizabeth Black                                                                Page 6

## Summary of Impulsivity Measures
### (general population norms used)

The following table summarizes Elizabeth's impulsivity measures and gives general information about how she compares to the normative group.

| Measure | Value | T-Score | Percentile | Guideline |
|---|---|---|---|---|
| Commissions % | 23 63.89 | 69.06 | 97.16 | Impulsive |
| Hit RT | 360.07 | 44.30 | 28.46 | Fast |
| Perseverations % | 3 0.93 | 71.36 | 96.36 | Impulsive |

## Summary of Vigilance Measures
### (general population norms used)

The following table summarizes Elizabeth's vigilance measures and gives general information about how she compares to the normative group.

| Measure | Value | T-Score | Percentile | Guideline |
|---|---|---|---|---|
| Hit RT Block Change | 0.01 | 53.47 | 63.53 | OK |
| Hit SE Block Change | 0.01 | 53.54 | 67.50 | OK |

## About the Summary Measures

Conversions were made for d' so that high T-scores (i.e., >= 60) indicate poor performance for ALL measures listed in the table.

For β, both high AND low scores are noteworthy, indicating unusual response styles.

Likewise, both high and low Hit RT T-scores can be significant. Low T-scores (unusually fast RTs) may be associated with impulsivity, and high T-scores (unusually slow RTs) may indicate inattentiveness.

In general, the more measures that are atypical, the more likely that a problem exists. The presence of only one atypical measure does not usually indicate a problem.

MHS

6-7

## ADULT SELF-REPORT SCALE (ASRS) SYMPTOM CHECKLIST

Name: __Elizabeth Black__   Date: __10/19/12__

Please answer the questions below, rating yourself on each of the criteria shown using the scale below. As you answer each question, circle the correct number that best describes how you have felt and conducted yourself over the past 6 months.

__w/o meds.__

| | Never | Rarely | Some-times | Often | Very Often |
|---|---|---|---|---|---|
| 1. How often do you make careless mistakes when you have to work on a boring or difficult project? | 0 | 1 | 2 | 3 | (4) |
| 2. How often do you have difficulty keeping your attention when you are doing boring or repetitive work? | 0 | 1 | 2 | 3 | (4) |
| 3. How often do you have difficulty concentrating on what people are saying to you, even when they are speaking directly to you? | 0 | 1 | 2 | (3) | 4 |
| 4. How often do you have trouble wrapping up the final details on a project once the challenging parts have been done? | 0 | 1 | 2 | 3 | (4) |
| 5. How often do you have difficulty getting things in order when you have to do a task that requires organization? | 0 | 1 | (2) | 3 | 4 |
| 6. When you have a task that requires a lot of thought, how often do you avoid or delay getting started? | 0 | 1 | 2 | 3 | (4) |
| 7. How often do you misplace or have difficulty finding things at home or at work? | 0 | 1 | (2) | 3 | 4 |
| 8. How often are you distracted by activity or noise around you? | 0 | 1 | 2 | 3 | (4) |
| 9. How often do you have problems remembering appointments or obligations? | 0 | 1 | (2) | 3 | 4 |

6 + 2 + 20 Part A total __(29)__

| | Never | Rarely | Some-times | Often | Very Often |
|---|---|---|---|---|---|
| 10. How often do you fidget or squirm with your hands or feet when you have to sit down for a long time? | 0 | 1 | 2 | 3 | (4) |
| 11. How often do you leave your seat in meetings or other situations in which you are expected to remain seated? | 0 | 1 | (2) | 3 | 4 |
| 12. How often do you feel restless or fidgety? | 0 | 1 | 2 | 3 | (4) |
| 13. How often do you have difficulty unwinding and relaxing when you have time to yourself? | 0 | 1 | 2 | 3 | (4) |
| 14. How often do you feel overly active and compelled to do things, as if you were driven by a motor? | 0 | 1 | (2) | 3 | 4 |
| 15. How often do you find yourself talking too much when you are in a social situation? | 0 | 1 | 2 | 3 | (4) |
| 16. When you're in a conversation, how often do you find yourself finishing the sentences of the people you are talking to, before they can finish them themselves? | 0 | 1 | 2 | (3) | 4 |
| 17. How often do you have difficulty waiting your turn in situations when taking turns is required? | 0 | 1 | (2) | 3 | 4 |
| 18. How often do you interrupt others when they are busy? | 0 | 1 | 2 | (3) | 4 |

6 + Part B total __(28)__

6-B

## BRIEF TEST OF ATTENTION
### Form L (Letters)

*N = 7*
*L = 8*
*C = 15*

Directions: This is a brief test of attention. A voice on the CD will read a list of letters and numbers. You are to keep track only of how many letters you hear. Then, tell me how many letters were on the list. While the list is being read, make your hands into fists and put them on the table on somewhere I can see them. We will begin with two examples to make sure you have the idea. Remember, tell me how many letters are on the list.

| Item | Correct Answer | Response | | | Item Score |
|------|:---:|:---:|:---:|:---:|:---:|
| Example 1. F – 3 – 6 | 1 | ✓ | | | |
| Example 2. 7 – B – X | 2 | ✓ | | | |
| 1. 5 – K – 7 – H | 2 | 2 | | | 1 |
| 2. T – 6 – 1 – A – 6 – T | 3 | 3 | | | 1 |
| 3. L – 1 – 3 – Q – J – 2 – N – F – 8 | 5 | 5 | | | 1 |
| 4. 9 – X – 9 – 7 – Y – F – 8 – X – 5 | 4 | 4 | | | 1 |
| 5. 1 – Q – 2 – U – 2 – Q – 3 – 4 – 5 – Q – 6 – U | 5 | 6 | | | 0 |
| 6. K – 3 – G – 3 – X – B – C – 3 – B – 1 – 3 – Z | 7 | 8 | | | 0 |
| 7. K – 4 – 2 – K – A – 8 – K – H – 8 – A – J – 8 – K – 2 – U | 9 | 9 | | | 1 |
| 8. 7 – U – 2 – 5 – 3 – C – 2 – 3 – V – B – G – 6 – 3 – 6 – G | 6 | 6 | | | 1 |
| 9. 9 – M – 1 – N – 9 – 1 – N – 1 – 9 – A – 8 – 8 – 8 – N – 8 – N – 3 – 1 | 6 | 10 | | | 1 |
| 10. C – Z – 3 – T – B – 4 – C – 3 – T – D – P – 3 – T – Z – 3 – T – 4 – B | 12 | 11 | | | 0 |
| Administer up to two additional trials of each example item. If the respondent fails all three trials of both examples, discontinue the test. | | Total raw score | | | 7 |

6-9

## BRIEF TEST OF ATTENTION
### Form N (Numbers)

Directions: This is a brief test of attention.  A voice on the CD will read a list of letters and numbers.  You are to keep track only of how many numbers you hear.  Then, tell me how many numbers were on the list.  While the list is being read, make your hands into fists and put them on the table on somewhere I can see them.  We will begin with two examples to make sure you have the idea.  Remember, tell me how many numbers are on the list.

| Item | Correct Answer | Response | Item Score |
|---|---|---|---|
| Example 1.  7 – B – X | 1 | ✓ | |
| Example 2.  F – 3 – 6 | 2 | ✓ | |
| 1. 5 – K – 7 – H | 2 | 2 | 1 |
| 2. T – 6 – 1 – A – 6 – T | 3 | 3 | 1 |
| 3. L – 1 – 3 – Q – J – 2 – N – F – 8 | 4 | 4 | 1 |
| 4. 9 – X – 9 – 7 – Y – F – 8 – X – 5 | 5 | 5 | 1 |
| 5. 1 – Q – 2 – U – 2 – Q – 3 – 4 – 5 – Q – 6 – U | 7 | 6 | 0 |
| 6. K – 3 – G – 3 – X – B – C – 3 – B – 1 – 3 – Z | 5 | 5 | 1 |
| 7. K – 4 – 2 – K – A – 8 – K – H – 8 – A – J – 8 – K – 2 – U | 6 | 6 | 1 |
| 8. 7 – U – 2 – 5 – 3 – C – 2 – 3 – V – B – G – 6 – 3 – 6 – G | 9 | 9̸ | 0 |
| 9. 9 – M – 1 – N – 9 – 1 – N – 1 – 9 – A – 8 – 8 – 8 – N – 8 – N – 3 – 1 | 12 | 12 | 1 |
| 10. C – Z – 3 – T – B – 4 – C – 3 – T – D – P – 3 – T – Z – 3 – T – 4 – B | 6 | 7 | 0 |

Administer up to two additional trials of each example item.  If the respondent fails all three trials of both examples, discontinue the test.

**Total raw score** 8

6-10

## TIME Profile



6-11

Name: __Elizabeth Black__ Student number: __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__

## TIME INVENTORY ANSWER SHEET

**A – Very true**   **B - Mostly true**   **C – Mostly False**   **D – Completely false**

| #  | A | B | C | D |   | #  | A | B | C | D |
|----|---|---|---|---|---|----|---|---|---|---|
| 1. | O | O | ● | O |   | 21. | O | O | ● | O |
| 2. | O | O | O | ● |   | 22. | O | O | ● | O |
| 3. | O | O | O | ● |   | 23. | O | O | ● | O |
| 4. | O | O | O | ● |   | 24. | O | O | O | ● |
| 5. | O | O | ● | O |   | 25. | O | O | ⊗ ⊗ *answer C* |  |  |
| 6. | O | O | O | ● |   | 26. | O | O | O | ● |
| 7. | O | O | O | ● |   | 27. | O | ● | O | O |
| 8. | O | O | O | ● |   | 28. | O | O | O | ● |
| 9. | O | O | O | ● |   | 29. | O | ● | O | O |
| 10.| O | ● | O | O |   | 30. | O | O | O | ● |
| 11.| O | O | ● | O |   | 31. | O | ● | O | O |
| 12.| O | O | O | ● |   | 32. | O | O | O | ● |
| 13.| O | ● | O | O |   | 33. | O | ● | O | O |
| 14.| O | O | O | ● |   | 34. | O | ● | O | O |
| 15.| O | O | ● | O |   | 35. | O | O | O | ● |
| 16.| O | O | O | ● |   | 36. | O | O | O | ● |
| 17.| O | O | ● | O |   | 37. | ● | O | O | O |
| 18.| ● | O | O | O |   | 38. | ● | O | O | O |
| 19.| O | O | ● | O |   | 39. | O | ● | O | O |
| 20.| O | O | O | ● |   | 40. | O | O | O | ● |

26   14   30   10

6-12



**ANSWER SHEET**

Form HS

Name Elizabeth Black   Date 6 / 19 / 12

Sex F  Age 59  Race white  Year in College Medical Student

| F = False, Not At All True | S = Slightly True | M = Mainly True | V = Very True |
| --- | --- | --- | --- |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | S M V | F S M V | F S M V |

| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | S M V | F S M V | F S M V |

| 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

| 100 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V | F S M V |

**PAR** • 16204 N. Florida Ave. • Lutz, FL 33549 • 1.800.331.8378 • www.parinc.com

Copyright © 1991 by PAR. All rights reserved. May not be reproduced in whole or in part in any form or by any means without written permission of PAR. This form is printed in blue ink on carbonless paper. Any other version is unauthorized.

957   Reorder #RO-1933   Printed in the U.S.A.

WARNING! PHOTOCOPYING OR DUPLICATION OF THIS FORM WITHOUT PERMISSION IS A VIOLATION OF COPYRIGHT LAWS.

6-13



# CAS

## ANSWER SHEET

Form HS

Name Elizabeth Black   Date 10 / 19 / 12

Sex F  Age 29  Race White  Year in College Medical Student

**Total the circled item scores within each column and record the totals in the spaces provided at the bottom of the columns**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| 1 ② 3 4 | 1 ② 3 4 | 1 ③ 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | 4 3 ② 1 | ① 2 3 4 |
| **10** | **11** | **12** | **13** | **14** | **15** | **16** | **17** | **18** |
| 1 2 3 ④ | ① 2 3 4 | 1 ② 3 4 | 1 ② 3 4 | 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | 4 3 ② 1 | 1 ② 3 4 |
| **19** | **20** | **21** | **22** | **23** | **24** | **25** | **26** | **27** |
| ① 2 3 4 | ① 2 3 4 | 4 3 ② 1 | ① 2 3 4 | 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | 4 3 ② 1 | ① 2 3 4 |
| **28** | **29** | **30** | **31** | **32** | **33** | **34** | **35** | **36** |
| 1 ② 3 4 | ① 2 3 4 | ① ② 3 4 | ① 2 3 4 | 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | 4 3 ② 1 | ① 2 3 4 |
| **37** | **38** | **39** | **40** | **41** | **42** | **43** | **44** | **45** |
| 1 ② 3 4 | 1 ② 3 4 | ① 2 3 4 | 4 3 ② 1 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 |
| **46** | **47** | **48** | **49** | **50** | **51** | **52** | **53** | **54** |
| 4 3 ② 1 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | 4 3 ② 1 | ① 2 3 4 |
| **55** | **56** | **57** | **58** | **59** | **60** | **61** | **62** | **63** |
| 1 2 ② ④ | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 |
| **64** | **65** | **66** | **67** | **68** | **69** | **70** | **71** | **72** |
| ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | 4 3 2 ① |
| **73** | **74** | **75** | **76** | **77** | **78** | **79** | **80** | **81** |
| 1 2 ③ 4 | 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | 1 ② 3 4 | ① 2 3 4 |
| **82** | **83** | **84** | **85** | **86** | **87** | **88** | **89** | **90** |
| 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | 4 3 ② 1 | ① 2 3 4 |
| **91** | **92** | **93** | **94** | **95** | **96** | **97** | **98** | **99** |
| 1 ② 3 4 | ① 2 3 4 | 1 ② 3 4 | ① 2 3 4 | 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | 1 ② 3 4 | ① 2 3 4 |
| **100** | **101** | **102** | **103** | **104** | **105** | **106** | **107** | **108** |
| 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | 1 ② 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 | ① 2 3 4 |

| 27 | 15 | 16 | 14 | 18 | 12 | 12 | 20 | 13 |
|---|---|---|---|---|---|---|---|---|
| AP | AN | IP | DP | CP | SI | SA | SE | FP |

Total Missing _____

6-14





# CAS PROFILE

6-15

## COLLEGE ADJUSTMENT SCALE INTERPRETATION

Student name: *Elizabeth Black* Date: __/__/____

Examination of T scores on individual scales of the CAS can reveal specific areas in which the student may be experiencing difficulty. T scores 49 and below indicate a low degree of difficulty in this area; 50-59 indicate an average degree of difficulty in this area; 60-69 indicate a moderate degree of difficulty in this area; 70 and above indicate a high degree of difficulty in this area. T scores if 60 and above warrant further follow-up.

*Anxiety (AN):*
Scores on this scale reflect the extent to which the student is currently experiencing the physical and psychological symptoms of anxiety.
T score = 40

*Depression (DP):*
This scale measures the extent to which the student is currently experiencing the physical and psychological symptoms of depression.
T score = 43

*Suicidal Ideation (SI):*
Scores on this scale reflect the extent to which the student is reports thinking about suicide or engaging in behaviors associated with suicide attempts.
T score = 44

*Substance Abuse (SA:*
Scores on this scale reflect the extent to which the student is experiencing difficulties in interpersonal, social, academic, and vocational functioning as a result of substance abuse.
T score = 48

*Self-Esteem Problems (SE):*
This scale is a measure of general, or global, self-esteem.
T score = 48

*Interpersonal Problems (IP):*
This scale measures the extent to which the student has difficulty in relating to others in the campus environment.
T score = 43

*Family Problems (FP):*
This scale measures the extent of family problems which are frequently experienced by college students.
T score = 38

*Academic Problems (AP):*
Scores on this scale reflect the extent to which a student is experiencing difficulties in academic performance.
T score = 55

*Career Problems (CP):*
This scale measures difficulties in setting career goals and in making decisions instrumental to career goal attainment.
T score = 51

6-16