Vigil-Otero 0001
AVU 0001

## New Patient Information Form

**Patient Name** First Elizabeth  Middle Ann  Last Black

**Date of Birth** ▮▮▮▮▮  Referred by Dr. Abigail Sancholtz

**Today's Date** 6|10|13  Age 30  SSN ▮▮▮-▮▮-▮▮▮▮

**Sex:** Male (Female)  **Highest Level of Education** bachelors  **Email** elizabeth.a.black@gmail.com

**Complete Mailing Address** 3211 W. Swann Ave, Apt 1111, Tampa, FL 33609

**Insurance Company Name** United Healthcare (USF student plan)  **Policy Number** 2012-3163-2  ID#: 4041207

**Policy Holder's Name** Elizabeth Black

**Phone: Home** ____  **Work** ____  (Cell) 609-306-8888
*Please circle preferred contact number*

Can I leave a message at each number above? (Y) or N   If not, please describe special instructions regarding leaving voice mails at any of the above numbers _____

**Occupation and Employer** Medical Student - USF Health

**Ethnic Identity/Race** White   **Religion** Lutheran

**If a student, where do you attend school?** USF

List any major physical illness, hospitalizations, accidents that you have had and at what age they occurred.

_____

_____

_____



EXHIBIT
Vigil-Otero 8
5-16-17

2   AV00002

Previous Therapy experience, including name of prior provider and year of treatment:

Dr. Abigail Saneholtz, USF Counseling Center: 2012-2013 ~ 6mo.

Counselor in Philadelphia - 2009 ~ 3mo.

Have you had past psychiatric hospitalizations? Y or (N) If yes, list where & reason for hospitalization.

Please list all prescribed medications and dosage.

Vyvanse - 40mg; 10mg adderall - when needed;

orsythia - birth control; Clonazepam 0.5mg when needed;

cetirizine 10mg seasonal allergies, when needed; doxycycline - 50mg -
rosacea - when
needed.

Please list the name of Primary Care Physician, Psychiatrist and/or Neurologist.

USF Student health & Counseling Center

Do you consider substance use to be a problem?  Y or (N)  If yes, please describe.

Do you have difficulties with sleep? (Y) or N  If yes, please describe.

Only when stressed

3

AV00003

Do you have difficulties with eating habits? Y or (N) If yes, please describe.

_____

_____

What activities do you enjoy in your free time?

Spending time w/friends & family, travel, yoga, horse back riding, reading, horses...

Who provides you with support and encouragement?

friends & family

_____

Which of the following applies to you?

[X] Single  [ ] Married  [ ] Partnered  [ ] Divorced  [ ] Widowed  [ ] Other_____

Are you currently in a romantic relationship? Y or N        Do you live with your partner or spouse? Y or N

Name of spouse or partner:   NA

What is your partner or spouse's occupation?  NA

Please list the names and ages of your children, if any.

| Name | Age | Relationship to you (biological, adopted child, stepchild) |
|------|-----|-----------------------------------------------------------|
| NA   |     |                                                           |

Please list all individuals that live in your current home?  1 roommate

_____

_____

4 AVO 000²

Please check any past or impending issues that apply to you, your parent, siblings, or partner.

| | Self | Mother | Father | Sibling | Partner |
|---|---|---|---|---|---|
| Alcohol Abuse | | | | | |
| Drug Abuse | | | | | |
| Psychiatric Hospitalization | | | | | |
| Anxiety | ✓ | ✓ | never a diagnosis → | ✓ | |
| Depression | | | | | |
| Bipolar Disorder | | | | | |
| Other Mental Illness ADHD | ✓ 2009 | | | ✓ | (not diagnosed ADHD) |
| Psychosis | | | | | |
| Serious Physical Illness | | | | | |
| Weight/eating problems | | | | | |
| Anorexia | | | | | |
| Bulimia | | | | | |
| Insomnia | | | | | |
| Attempted Suicide | | | | | |
| Epilepsy | | | | | |
| Physical Abuse | | | | | |
| Sexual Abuse | | | | | |
| Learning Problems | | | | | |
| Death | | | | | |
| Divorce | | | | | |
| Financial Crisis | | | | | |
| Legal Problems | | | | | |

Are your parents married or divorced? __married__

How much emotional support does your immediate family provide for you? Please Circle.

None     Little     Somewhat     Substantial     (Very strong)

What issue or problem is your main reason for starting therapy?

__desire to maintain a work/life balance & stress__
__w/ school.__

How long this issue has persisted? __2yrs.__

Can you describe a goal you would like to work on? __reducing anxiety & get__
__back to positive thinking__

AVO 0005

# ASHLEY VIGIL-OTERO, PSY. D., LLC
2715 WEST SLIGH AVENUE · TAMPA, FLORIDA 33614 · PH 813-932-3469 · FX 813-933-8214 · WWW.VIGIL-OTERO.COM

## Authorization to Release/Obtain Confidential Records and Information

This form when completed and signed by you authorizes Dr. Vigil-Otero to release and/or obtain protected information from your clinical record to the person designated on this form.

Patient Name __Elizabeth Black__ Date of Birth ~~_____~~

Parent/Guardian Name, if applicable __NA__

Telephone Number __609-806-8808__

I authorize Dr. Ashley Vigil-Otero to release and obtain the following information (please check)

☒ Medical record including mental health or psychological/psychiatric treatment
☐ School Record and information related to school functioning
☐ Other: (please specify) _____

This information will only be released to and obtained from:

Person or Facility Name: __Dr. Abigail Sandwltz & USF Counseling Center__

Relationship to Patient: __School Counseling Center__ Telephone Number __813-974-2831__

Address: __4202 E. Fowler Ave.; Tampa, FL 33620__

This authorization shall remain in effect (please check)
☐ For the duration of treatment        OR        ☒ Until 6 months from the date signed

You have the right to revoke this authorization, in writing, at any time by sending written authorization to my office address. However, your revocation will not be effective to the extent that I have taken action in reliance on the authorization or if this authorization was obtained as a condition of obtaining insurance coverage and the insurer has a legal right to contest a claim.

I understand that Dr. Vigil-Otero generally may not condition psychological services upon my signing an authorization unless the psychological services are provided to me for the purpose of creating health information for a third party. I understand that information used or disclosed pursuant to authorization may be subject to redisclosure by the recipient of your information and no longer protected by the HIPAA Privacy Rule.

Signature _____

Date __6/10/13__        Relationship to Patient: ☒ Self   ☐ Guardian

Witness: __AₓVil-Otero__

AVO 0006

## Authorization to Release/Obtain Confidential Records and Information

This form, when completed and signed by you authorizes Dr. Vigil-Otero to release and/or obtain protected information from your clinical record to the person designated on this form.

Patient Name _Elizabeth Black_ Date of Birth _____

Parent/Guardian Name, if applicable _____

Telephone Number _1009 - 300 - 8808_

I authorize Dr. Ashley Vigil-Otero to release and obtain the following information (please check)

☑ Medical record including mental health or psychological/psychiatric treatment
☐ School Record and information related to school functioning
☐ Other: (please specify) _____

This information will only be released to and obtained from:

Person or Facility Name: _Dr. Pavrino_

Relationship to Patient: _____ Telephone Number _____

Address: _USF Counseling_

This authorization shall remain in effect (please check)
☑ For the duration of treatment     OR     ☐ Until 6 months from the date signed

You have the right to revoke this authorization, in writing, at any time by sending written authorization to my office address. However, your revocation will not be effective to the extent that I have taken action in reliance on the authorization or if this authorization was obtained as a condition of obtaining insurance coverage and the insurer has a legal right to contest a claim.

I understand that Dr. Vigil-Otero generally may not condition psychological services upon my signing an authorization unless the psychological services are provided to me for the purpose of creating health information for a third party. I understand that information used or disclosed pursuant to authorization may be subject to redisclosure by the recipient of your information and no longer protected by the HIPAA Privacy Rule.

Signature _____

Date _02.10.13_   Relationship to Patient: ☑ Self   ☐ Guardian

Witness: _PSW qrPD_

UnitedHealthcare Insurance Company
PO BOX 809025
DALLAS, TX 75380

**Questions?**
Please contact Customer Service at
(800) 767-0700

| CHECK NO. | CHECK DATE | CHECK AMOUNT |
|---|---|---|
| 3588828 | 07/01/13 | $45.50 |

1 OF 2

ENV 14336

**Electronic Service Requested**

3-DIGIT 336

14336 0.5234 AT 0.381
|դեկ||դ|դ||Ապ|ողՈՆ||դ||ոլ||դ||դ|մ||ոլմ||դ|մ||դ||դ|
ASHLEY VIGIL-OTERO PSYD LLC          46
2715 W SLIGH AVENUE
TAMPA, FL 33614-4343

CLAIM #: 12103260-01-04-001
POLICY #: 12-0363-02
ID NUMBER: 4041207
SCHOOL ID: U34264740
INSURED: ELIZABETH A BLACK
PATIENT: ELIZABETH A BLACK
PATIENT ACCT. #:
PAYEE:   ELIZABETH A BLACK
ADDRESS:   10420 N. MCKINLEY DR.
            APT 9302
            TAMPA  FL  33612

A160013

BILLING NPI:
PROVIDER: ASHLEY VIGIL-OTERO PSYD LLC
PROVIDER NPI:

## EXPLANATION OF BENEFITS - This is NOT a Bill
### Payment

| Ref # | Service | Dates of Service From To | Proc. Code | Amount Claimed | Ineligible | Discount | Total Covered | Service Deductible | Policy Deductible | Total Benefits | Patient Balance | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOCTOR VISIT | 05/10/13-06/10 | 90791 | 140.00 | | | 140.00 | | 75.00 | 45.50 | 94.50 | |
| | | Totals: | | 140.00 | | | 140.00 | | 75.00 | 45.50 | 94.50 | |

**Remarks:**
Patient Balance: Service Deductible, Policy Deductible, Co-Insurance & All Amounts Over Policy Limits.
UnitedHealthcare StudentResources is going green. Simply go to uhcsr.com and log into my account or create an account
to start receiving important correspondence electronically!
*HELP FIGHT FRAUD!! Review Your Health Care Invoice against this EOB. Call the Anti-Fraud Hotline with Any Discrepancies. HOTLINE # (866)*
*497-2445.*
"This claim and all other claims shall remain subject to all Policy provisions and Exclusions/Limitations. We reserve the right to investigate for Pre-Existing Conditions
and applicable Exclusions/Limitations."
*Please see attached sheet for additional information/assistance you may request regarding your claim.*

EOB (8/12)

AVO 0014

You or your authorized representative, such as a family member or physician, may request an internal appeal of this determination. The request for an internal appeal must be made within 180 days from the date you receive this statement. Please call our Customer Service Department at 800-767-0700 if you have any questions regarding this determination or to begin the appeal process. Please send your written request for an internal appeal, along with any written comments, documents, records or other material relevant to the claim, to:
UnitedHealthcare/StudentResources, PO Box 809025, Dallas TX 75380-9025.

You may also request copies, free of charge, of information relevant to your claim by contacting us at the address shown above.

If you need diagnosis and/or treatment code information related to this claim, please call the number shown on your ID card or the Customer Service Department at the number shown above.

You may request, free of charge, a copy of the internal rule, guideline or protocol, or an explanation of the scientific basis and/or clinical judgment we relied upon in making this decision regarding your claim.

You may have the right to have this decision reviewed by an external independent third party who has no association with us. This external review right is available after the internal appeal process is completed. In addition, and under limited circumstances, a request for an expedited external review may be requested at the same time you submit an internal appeal request. For details, contact our Customer Service Department at the number shown above.

SPANISH (Español): Para obtenerasistencia en Español, llame al 800-767-0700
TAGALOG   (Tagalog):   Kung   kailanganninyoangtulongsa   Tagalog   tumawagsa   800-767-0700.
CHINESE (中文): 如果需要中文的帮助，请拨打这个号码 800-767-0700.
NAVAJO (Dine): Dinek'chgoshikaat'ohwolninisingo, kwiijigoholne' 800-767-0700.

AVO ~~adj to~~
dais

## RECORD OF PSYCHOLOGICAL SERVICE

Patient Name:  Elizabeth Black

Dates of Service: 6/10/13

DSM Code: 314.00

Location Code: 11

CPT Code:    90791

☐ 90791 Initial Interview
☐ 90832 Psychotherapy, 30 minutes
☐ 90834 Psychotherapy, 45 minutes
☐ 90837 Psychotherapy, 60 minutes
☐ 90846 Family therapy without patient present
☐ 90847 Family therapy with patient present
☐ 96101 Psychological Testing with written report

Private Health Information is protected by HIPAA and the regulations of the State of Florida.

---

### RECEIPT OF PSYCHOLOGICAL SERVICES

Fee for Service        $140.00

Amount Received      $140.00

Received From        Elizabeth Black

Payment            #1175

Ashley Vigil-Otero, Psy.D., LLC
2715 W. Sligh Avenue
Tampa, FL 33614
813-932-3469
Tax ID Number 27-2099288
Florida License PY7979
NPI Number 1982806568

AVO 0016

**INITIAL ASSESSMENT**

Client's Name: _Elizabeth_ _Block_ _____ Birthdate: ▓▓▓▓

Parents (if minor): _____

AXIS I:
309.0 Adjust, w/ Dep          309.24 Adjust, w/ Anx          309.28 Adjust, w/ Anx & Dep
309.3 Adjust, w/ Conduct      309.4 Adjust, Mood & Cond     309.9 Adjust, Unspecified

9/9/1
6/10/18  12.45 - 1.15

300.4 Dysthymic              311 Depression NOS
296.2 Major Dep 1st          296.3 Major Dep, recurrent      1=Mild     2=Mod     3=Severe   4=Psychotic

300.02 GAD                   308.3 Acute Stress              300.00 Anxiety NOS
300.01 Panic w/o Agor        300.21 Panic w/ Agor            300.3 OCD     300.23 Social Phobia

314.01 ADHD comb.            314.00 ADHD-Inattentive        314.01 ADHD hyper-imp
313.81 Oppos. Def.           312.9 Disruptive Beh NOS        299.80 Asperger's

Other _____ Secondary _____ Rule out _____

AXIS II:   (None)   Yes: _____

AXIS III:  (None)   Yes: _____

AXIS IV:  Prim. Supn Grp   (Social)  (Education)  (Occupation)  Housing  Economic  Healthcare  Legal  Other

AXIS V:  Current GAF: 80   Highest in past 12 months: 80

| 100 | 90 | 80 | 70 | 60 | 50 | 40 | 30 | 20 | 10 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Superior | Minimal | Transient | Mild | Moderate | Serious | Major | Not Func | Some Dngr | Severe |

**CURRENT MENTAL STATUS**

| | | | | | |
|---|---|---|---|---|---|
| Appearance: | well-groomed | disheveled | bizarre | inappropriate | |
| Attitude: | cooperative | guarded | suspicious | uncooperative | belligerent |
| Motor Activity: | calm | hyperactive | agitated | tremors/tics | muscle spasm |
| Affect: | appropriate | labile | expansive | constricted | blunted | flat |
| Mood: | calm | depressed | anxious | angry | euphoric |
| Speech: | normal | delayed | soft | slurred | incoherent |
| | | pressured | loud | excessive | perseverating |

| | | | | | |
|---|---|---|---|---|---|
| Thot. Process: | normal | circumstantial | loose assoc. | tangential | flight of ideas |
| Thot. Content: | normal | hallucinations: | auditory | visual | olfactory |
| | | delusions: | persecutory | being-contrld | thought insert.  bizarre |

| | | | | | |
|---|---|---|---|---|---|
| Self-Preception: | normal | depersonalizn. | derealization | | |
| Orientation: | normal | disoriented: | time | place | person |
| Memory: | intact | impaired: | immediate | recent | remote | amnesia |
| Judgement: | intact | impaired: | minimal | moderate | severe |
| Insight: | intact | impaired: | minimal | moderate | severe |

| | | | | |
|---|---|---|---|---|
| Sleep: | normal | hypersomnia | early awaken | diff falling asleep |
| Appetite: | normal | decreased | increased | |
| Concentration: | normal | decreased | | |

Risk Factors:   (none reported)   suicidality   homicidality   medical risk   impulse control
                 self-injurious    alcohol abuse  substance abuse  victim of abuse  perpetrator of abuse

Comments about risk factors: _N/A_____

© Eileen Kennedy-Moore, PhD ~ www.eileenkennedymoore.com

AVO 0017

Client's Name: Elizabeth Black Birthdate: [redacted]

Parents (if minor): N/A

**Presenting problem**

Anxiety (all aspects/things); work/life balance

pt currently has difficulty studying/staying consistent c̄ step | exam next month/

**Current & past medications / relevant medical issues** Dx ADHD in 2006; hx Rx @ campus [illegible]

Vyvanse - 40mg; long Adderall PRN; birth control (consistent)

Clonazepam .5 mg as needed; Cetirizine - long, seasonal (allergies)

Doxycycline 50 mg (rosacea PRN)

**Previous psychological or psychiatric issues / treatment**

Dr. ABBA / Sanchez - USF counselor 2012-2013 met for 6 months. Related to anxiety & ADHD. PT was also seen in [illegible] by a therapist in 2009. PT will [illegible] [illegible] [illegible] [illegible] [illegible]

**Family history of mental illness / substance abuse / physical or sexual abuse / other relevant issues**

Denies abuse hx - believes mother has an anxiety disorder (undx); believes sibling has undx ADHD.

**Family Relationships**

PT has a twin bro + 2 older brothers. Was closest to older brother. When pt moved to the Dominican Republic for 3 years - PT/brother conflict occurred - has never fully recovered according to pt.

**Other Relationships** [illegible]

PT has limited social relationships in Tampa. Has not connected w/ many med school class-mates due to age/cultural differences. PT has been in a romantic Rx for 3 mon - [illegible] [illegible] has become [illegible]/ [illegible]/ perceived abandoned - unclear [illegible] status of current Rx

**Job/School**

3rd year medical student @ USF. PT was not clearly interested in studying medicine, but tried multiple careers - investment banks, law assistant, NY, nonprofit work. Lived in Dominican Republic. PT currently study for step 1

**Major Life Stressors**

[illegible] [illegible] [illegible] vacation [illegible] death; stress of med school.

**Interests and personal strengths**

Many interests - enjoys travel/learning [illegible]

PT [illegible] to use gratitude at night to [illegible]

**Treatment Goals:**

- ✓ improve mood regulation
- ✓ improve behavior regulation
- ___ improve relationships within family
- ✓ improve relationships outside family
- ___ improve occupational or academic functioning
- ✓ maintain functioning / prevent worsening of sympts

**Improvement / maintenance will be evident through:**

- ✓ self-report
- ___ therapist observation
- ___ parent report
- ___ teacher report
- ___ other:

**Initial Treatment Plan:** (Individual therapy) Family therapy w/ client Family therapy w/o client Not Applicable

Refer for: (N/A) psychiatric eval psych/academ testing medical exam other:

Consult w/: (N/A) psychiatrist teacher past therapist physician other:

**Frequency of Sessions:** Once/week (Other:) Biwkly

**Prognosis:** Good Fair Guarded Unable to treat in this setting

**Anticipated Duration of Treatment:** <6 months 6-12 months >12 months Not Applicable

Therapist: [signature] Date: 6/10/13

© Eileen Kennedy-Moore, PhD – www.eileenkennedymoore.com

Elizabeth Block ⟵

6/12/12    AVO 0018

Tc c Abby Senenholtz

- ADHD -↦
- Perfectionist
- Family - Pressure tosucceed

- Med school - Pleasing everyone else

- Relationship - been challenging

- gets Frustrated w/ social
  situation

- Core areas -critical
                -all/nothing

- Critical Brct
- not good enough ! /

Avo 0019

## RECORD OF PSYCHOLOGICAL SERVICE

Patient Name:  Elizabeth Black

Dates of Service: 6/26/13

DSM Code: 314.00

Location Code: 11

CPT Code:      90834

☐ 90791 Initial Interview
☐ 90832 Psychotherapy, 30 minutes
☒ 90834 Psychotherapy, 45 minutes
☐ 90837 Psychotherapy, 60 minutes
☒ 90846 Family therapy without patient present
☐ 90847 Family therapy with patient present
☐ 96101 Psychological Testing with written report

Private Health Information is protected by HIPAA and the regulations of the State of Florida.

### RECEIPT OF PSYCHOLOGICAL SERVICES

Fee for Service       $140.00

Amount Received     $140.00

Received From        Elizabeth Black

Payment                 #1176

Ashley Vigil-Otero, Psy.D., LLC
2715 W. Sligh Avenue
Tampa, FL 33614
813-932-3469
Tax ID Number 27-2090288
Florida License PY7979
NPI Number 1982806568

UnitedHealthcare Insurance Company
PO BOX 809025
DALLAS, TX 75380

**Electronic Service Requested**

3-DIGIT 336

21702 0.5234 AT 0.381

ASHLEY VIGIL-OTERO PSYD LLC                        59
2715 W SLIGH AVENUE
TAMPA, FL 33614-4343

...estions?
Please contact Customer Service at
**(800) 767-0700**

AVO  0020

| CHECK NO. | CHECK DATE | CHECK AMOUNT |
|-----------|------------|--------------|
| 3609167   | 07/16/13   | $98.00       |

1-OF 2

CLAIM #: 12103260-01-04-002
POLICY #: 12-0363-02
ID NUMBER: 4041207
SCHOOL ID: U34264740
INSURED: ELIZABETH A BLACK
PATIENT: ELIZABETH A BLACK
PATIENT ACCT. #:
PAYEE:     ELIZABETH A BLACK
ADDRESS:  3211 W. Swann Ave Unit 1111
           TAMPA FL 33609

BILLING NPI:
PROVIDER: ASHLEY VIGIL-OTERO PSYD LLC
PROVIDER NPI:

ENV 21702

## EXPLANATION OF BENEFITS - This is NOT a Bill
### Payment

| Ref # | Service | Date of Service From To | Proc Code | Amount Claimed | Ineligible | Discount | Total Covered | Service Deductible | Policy Deductible | Total Benefits | Patient Balance | Remark Code |
|-------|---------|------------------------|-----------|----------------|------------|----------|---------------|--------------------|--------------------|----------------|-----------------|-------------|
|       | DOCTOR VISIT | 06/26/13-06/26 | 90834 | 140.00 | | | 140.00 | | | 98.00 | 42.00 | |
|       | Totals: | | | 140.00 | | | 140.00 | | | 98.00 | 42.00 | |

**Remarks:**

Patient Balance: Service Deductible, Policy Deductible, Co-Insurance & All Amounts Over Policy Limits.

UnitedHealthcare StudentResources is going green. Simply go to uhcsr.com and log into my account or create an account
to start receiving important correspondence electronically!

*HELP FIGHT FRAUD!! Review Your Health Care Invoice against this EOB. Call the Anti-Fraud Hotline with Any Discrepancies. HOTLINE # (866)
497-2445.*

"This claim and all other claims shall remain subject to all Policy provisions and Exclusions/Limitations. We reserve the right to investigate for Pre-Existing Conditions
and applicable Exclusions/Limitations."
*Please see attached sheet for additional information/assistance you may request regarding your claim.*

EOB (8/12)

AVO   0012

**Progress Note**

Patient Name: _Elizabeth Block_      Date: _6/20/13_

☐ 90791 Diagnostic Evaluation
☐ 90832 Psychotherapy, 30 minutes
☒ 90834 Psychotherapy, 45 minutes
☐ 90837 Psychotherapy, 60 minutes
☐ 90846 Family therapy without patient present
☐ 90847 Family therapy WITH patient present

☐ 90785 Add-On Code
☐ 90839 Psychotherapy for crisis, first 60 minutes
☐ 90840 Crisis additional 30 minutes
☐ Telephone Call Duration _____
☐ Collateral Contact Duration _____
☐ 96101 Psychological Testing

Session Start time: _3:10_ AM/PM      Session End Time: _4:15_ AM/PM

Individuals Present: _Elizabeth Block_      Session Number _2_

PT continues to procrastinate. Has been seen by PAXWING. PT has not been able to study due to full of ambiguous schedule + does not being able to advance. All on Notes twenty Processes + challenged PT will work on following thorough w/ Rx plan. PT encouraged to focus on present. PT did engage w/ what what well. Discussed family of origin. Describes ambivalence @ Mother. States that she has never been close to Mom. Describes MGT as uptight. PT has feelings of resentment towards MGT. Will be further Discussed at later session. PT tries to explain that she has not studied bc no drug to clean private education home + I showed that bugs to keep track of cleaning. PT refuse to not att contextualized. PT will be seen in 2 weeks.

AVO 0025

**Progress Note**

Patient Name: Elizabeth Black    Date 7/18/13

CPT: 90834 Tx 45 min                          Session:

Session Start time: 3 PM         Session End Time: 4 PM

Individuals Present: Elizabeth Black
Calm. has made some progress with regards to studying. Disovered that pt has ideas that this one test is going to significantly impact the rest of pt's career options. Addressed how this idea is true and not completely true. Pt encouraged to reframe this idea and decrease focus on worst case scenario. Pt's reframe include throughout life I am always able to to get it done, when I am in a clutch, I do get it done, I always try harder. Challenged fears of same thing happening that occurred on MCAT or thesis: "I don't want to be stuck in the middle of nowhere, with no interviews." Pt came up with more realistic goals and coping cards statements (see attached).

*Electronic Signature: Ashley Vigil-Otero, Psy.D.*
*Ashley Vigil-Otero, Licensed Clinical Psychologist, Date 7/18/13*

AVO 0026

This is only 1.5 HOURS.

I CAN Do THIS and call
My Family Friday after.
~~I always~~ Come through.

In the clutch I CAN always get it
Done. I KNOW I CAN Do this.
I just need to break Down My goal
NOT Fixate on years in the future.

AVO 0027

ACTION PLAN:

8-6:30 lecture
• NO wireless
• NO PHONE

AVO   0030

**Progress Note**

Patient Name: Elizebeth Bleck          Date 7.24.13

| | |
|---|---|
| ☐ 90791 Diagnostic Evaluation | ☐ 90785 Add-On Code |
| ☐ 90832 Psychotherapy, 30 minutes | ☐ 90839 Psychotherapy for crisis, first 60 minutes |
| ☒ 90834 Psychotherapy, 45 minutes | ☐ 90840 Crisis additional 30 minutes |
| ☐ 90837 Psychotherapy, 60 minutes | ☐ Telephone Call Duration _____ |
| ☐ 90846 Family therapy without patient present | ☐ Collateral Contact Duration _____ |
| ☐ 90847 Family therapy WITH patient present | ☐ 96101 Psychological Testing |

Session Start time: 2:15  AM/PM    Session End Time: 3:15  AM/PM

Individuals Present: EB          Session Number _____

While still focused PT required to ↑ structure + ↓ procrastination.
continues to experience days where PT will avoid
work. PT appears to get off track + from CtnA
recover + procrastinates entire day. PT therapist armed
UD w/ specific plan that is realistic + allows small windows of
time for breaks of when/ift. PT is not on schedule,
she will remember that when schedule allows
lapses of time. The idea of daily routine the
Decra met Discussed PT will remind herself to trust
she still has time. PT will be seen in 1 week

AVO   0033

## Progress Note

Patient Name: Elizabeth Black    Date 7/31/13

CPT: 90834 Tx 45 min                          Session:

Session Start time: 3 PM        Session End Time: 4 PM

Individuals Present: Elizabeth Black
Pt made some progress with tx plan. Has postponed test until next month. Pt was able to recover
when she got off schedule. Pt and therapist created a new tx plan for the next week and pt will
confirm tx plan tomorrow. Pt found it helpful to have a visual aide to see her study schedule. Pt
will work on complying with more realistic goals and leaving house at night to continue to study.
Pt's ability to recover when she notices herself straying from plan empasized. Pt will be seen in
one week

*Electronic Signature: Ashley Vigil-Otero, Psy.D.*
*Ashley Vigil-Otero, Licensed Clinical Psychologist, Date 7/31/13*

AVD 0048

**Progress Note**

Patient Name Elizabeth Black Date 9/9/13

| | |
|---|---|
| ☐ 90791 Diagnostic Evaluation | ☐ 90785 Add-On Code |
| ☐ 90832 Psychotherapy, 30 minutes | ☐ 90839 Psychotherapy for crisis, first 60 minutes |
| ☒ 90834 Psychotherapy, 45 minutes | ☐ 90840 Crisis additional 30 minutes |
| ☐ 90837 Psychotherapy, 60 minutes | ☐ Telephone Call Duration ________ |
| ☐ 90846 Family therapy without patient present | ☐ Collateral Contact Duration ________ |
| ☐ 90847 Family therapy WITH patient present | ☐ 96101 Psychological Testing |

Session Start time: 2:15 AM/PM Session End Time: 3:00 AM/PM

Individuals Present: E Black Session Number ________

Pt TAD not take test. Plan is to take test
in October. Have continued to "allow things to be real more"
"casually persistently" Interventions to ↓ [illegible] &
limit Distractions Discussed. Pt engaged
& Break Down larger goals into
smaller parts. Use [illegible] on phone. Will
call [illegible] [illegible] [illegible] [illegible]
on friends [illegible], [illegible]
[illegible]

