ELIZABETH A. BLACK vs NATIONAL BOARD OF MEDICAL EXAMINERS
MARGARET BOOTH-JONES, PH.D. on 05/15/2017

```
 1    IN THE UNITED STATES
      DISTRICT COURT FOR
 2    THE MIDDLE DISTRICT
      OF FLORIDA
 3    TAMPA DIVISION

 4    CASE NO.:  8:16-cv-2117-T-23TGW

 5

 6

 7

 8    ELIZABETH A. BLACK,

 9              Plaintiff,

10    -vs-

11    NATIONAL BOARD OF MEDICAL EXAMINERS,

12              Defendant.

13    --------------------------------------/

14

15

16

17    DEPOSITION OF:    MARGARET BOOTH-JONES, Ph.D.

18    DATE TAKEN:       May 15, 2017

19    TIME:             8:23 a.m.

20    PLACE:            Thompson, Sizemore,
                          Gonzalez & Hearing, P.A.
21                      201 North Franklin Street, Suite 1600
                        Tampa, Florida  33602
22
      REPORTED BY:      Michele Coburn
23                      Professional Court Reporter

24

25
```

```
 1    APPEARANCES:


 2

      MEGAN COLLINS, ESQUIRE
 3         Disability Rights Florida
           1930 Harrison Street, Suite 104
 4         Hollywood, Florida   33020
           850-488-9071
 5         850-488-8640
           MeganC@DisabilityRightsFlorida.org
 6    -and-
      CURTIS FILAROSKI, ESQUIRE
 7         Disability Rights Florida
           2473 Care Drive, Suite 200
 8         Tallahassee, Florida   32308
           850-488-9071
 9         850-488-8640
           CurtisF@DisabilityRightsFlorida.org
10
                APPEARING ON BEHALF OF THE PLAINTIFF
11

12    ROBERT A. BURGOYNE, ESQUIRE
           Norton Rose Fulbright US, LLP
13         799 9th Street NW, Suite 1000
           Washington, D.C.   20001-4501
14         202-662-4513
           robert.burgoyne@nortonrosefulbright.com
15
                APPEARING ON BEHALF OF THE DEFENDANT
16              (Pro Hac Vice)

17
      PATRICK J. McNAMARA, ESQUIRE
18         de la Parte & Gilbert, P.A.
           101 East Kennedy Boulevard, Suite 2000
19         Tampa, Florida   33602
           813-229-2775
20         813-229-2712
           pmcnamara@dgfirm.com
21
                APPEARING ON BEHALF OF WITNESS
22

23    ALSO PRESENT:

24         Ann Marie Cintron-Siegel,
           Director of Advocacy, Education and Outreach
25         Disability Rights Florida
```

ELIZABETH A. BLACK vs NATIONAL BOARD OF MEDICAL EXAMINERS
MARGARET BOOTH-JONES, PH.D. on 05/15/2017                                    Page 3

```
 1                            INDEX

 2
                                               PAGE
 3
     Direct Examination by Mr. Burgoyne          5
 4
     Cross-Examination by Ms. Collins           68
 5
     Certificate of Reporter                    71
 6
     Oath of Reporter                           72
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ELIZABETH A. BLACK vs NATIONAL BOARD OF MEDICAL EXAMINERS
MARGARET BOOTH-JONES, PH.D. on 05/15/2017                                    Page 4

```
 1                          EXHIBITS

 2                                                        PAGE

 3       Booth-Jones Exhibit 1
              "Notice of Subpoena Duces Tecum"             5
 4
         Booth-Jones Exhibit 2
 5            2/23/17 Letter To Whom It May
              Concern from Jack Darkes                     5
 6
         Booth-Jones Exhibit 3
 7            Curriculum Vitae                             5

 8       Booth-Jones Exhibit 4
              "The Diagnosis and Neuropsychological
 9            Assessment of Adult Attention Deficit/
              Hyperactivity Disorder, Scientific
10            Study and Practical Guidelines"             33

11       Booth-Jones Exhibit 5
              "University of South Florida
12            Psychological Services Center Adult
              Assessment/LD Evaluation Intake Form"       35
13
         Booth-Jones Exhibit 6
14            4/13/17 Letter from Jack Darkes,
              Attaching "Session Notes"                   38
15
         Booth-Jones Exhibit 7
16            "Confidential Psychoeducational
              Evaluation"                                 42
17
         Booth-Jones Exhibit 8
18            "Office Consultation/Evaluation"
              by Scott Fleischer, M.D.                    44
19
         Booth-Jones Exhibit 9
20            8/25/15 Letter To Whom It May Concern
              from Margaret Booth-Jones                   60
21

22

23

24

25
```

ELIZABETH A. BLACK vs NATIONAL BOARD OF MEDICAL EXAMINERS
MARGARET BOOTH-JONES, PH.D. on 05/15/2017

Page 20

1   treat their cancer.

2           The senior adult program is for people that are

3   either having early onset dementia or early dementia or

4   worsened by the chemotherapy treatment, but we also work

5   with anyone who has cognitive concerns.  So it could be

6   students who are diagnosed relatively young -- teens,

7   20s -- who want to go back to school or back to work and

8   work with their -- they want their full brain capacity.

9           So it's my job to assess them through their

10  treatment and recovery and to document whatever their

11  needs may be and assist when I can.  Refer out when I

12  can, too.

13      Q    To what extent does your work at Moffitt

14  include diagnosing individuals for attention deficit

15  hyperactivity disorder?

16      A    It's pretty common.  The presentation of the,

17  quote, chemo brain is reduced mental stamina, difficulty

18  with new learning, significant problems with sustained

19  attention, word-finding difficulties, tip-of-the-tongue

20  phenomenon.  Pretty similar.

21      Q    And so are you performing diagnoses or

22  evaluations on a regular basis to determine whether an

23  individual has ADHD or is experiencing ADHD?

24      A    With an adult onset after a medical event, I

25  would not typically use that diagnostic code.  I would,

1    "penalty."   What evidence do you have that people are

2    penalized?

3         A    In life or in this specific case?

4         Q    In her specific case, do you have any

5    indication to realize that she's ever been penalized in

6    any context?

7         A    Only the comment that she made to Megan

8    McMurray that she did not want to be singled out.

9         Q    Okay.   Dr. Booth-Jones, Ms. Black graduated

10   from high school with almost all As and a class rank of

11   39 out of 225, I think.   She got into Princeton and got

12   mostly As and Bs with a couple of courses where she

13   didn't do well, and also played Division I field hockey.

14   She had a GPA of roughly 3.8 in her postbaccalaureate

15   program, all without any medical -- all without any

16   accommodations.

17        Any explanation as to how that could happen if

18   she were experiencing disabling limitations as the

19   result of attention deficit disorder?

20        A    The literature and what we learn through your

21   clinical training is that there just gets to be a

22   critical mass of information.   So very bright people --

23   she's gifted.   She's a very bright young lady -- can

24   manage a lot of information, a lot of new learning with

25   and without structure, probably better with structure.

1   And there gets to be a point where they just can't do

2   any more and it presents itself.

3            She was average IQ:   90 to 110 range, 109

4   range.   She probably would have required services sooner

5   if she had attempted to achieve at the level she's

6   achieving.

7       Q    Do you have any knowledge regarding her study

8   habits?

9       A    Only what she presented to Megan McMurray:

10  reading and rereading and rereading and getting nowhere.

11      Q    Do you have any knowledge of what her college

12  major was or her science background was, anything like

13  that?

14      A    Didn't ask those questions.

15      Q    And I believe you testified earlier there may

16  be any number of reasons why people don't do well on a

17  test?

18      A    In testing, per se, on a given test -- I don't

19  want to get into the specifics.   But in testing in

20  general, some people have a lot of difficulty testing.

21      Q    Some people just don't know the material, too.

22  Isn't that correct?

23      A    Of course.   I was thinking more about the

24  testing we were doing.

25      Q    No.   No.

```
1                    CERTIFICATE OF REPORTER

2

3     STATE OF FLORIDA)

4     COUNTY OF HILLSBOROUGH)

5

6              I, MICHELE COBURN, Court Reporter and Notary

7     Public, do hereby certify that I was authorized to and

8     did stenographically report the foregoing deposition;

9     that a review of the transcript was not requested; and

10    that the transcript is a true record of my stenographic

11    notes.

12

13             I further certify that I am not a relative,

14    employee, attorney, or counsel of any of the parties'

15    attorneys or counsel connected with the action, nor am I

16    financially interested in the action.

17

18             Dated:  May 19, 2017.

19

20

21

22             Michele Coburn
               _____
               MICHELE COBURN

23

24

25
```

ELIZABETH A. BLACK vs NATIONAL BOARD OF MEDICAL EXAMINERS
MARGARET BOOTH-JONES, PH.D. on 05/15/2017

Page 72

```
 1                    CERTIFICATE OF OATH
 2
 3    STATE OF FLORIDA)
 4    COUNTY OF HILLSBOROUGH)
 5
 6            I, MICHELE COBURN, Notary Public, State of
 7    Florida, certify that the witness, MARGARET BOOTH-JONES,
 8    Ph.D., personally appeared before me on the 15th day of
 9    May, 2017, and was duly sworn.
10
11            WITNESS my hand and official seal this 19th
12    day of May, 2017.
13
14
15
16
17
18                    MICHELE COBURN
19                    Notary Public
                      State of Florida
20                    Commission # FF169882
                      My Commission Expires:  11/21/18
21
22
23
24
25
```

First Choice Reporting & Video Services
www.firstchoicereporting.com