**Atkinson-Baker Court Reporters**
www.depo.com

```
          UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF FLORIDA
                 TAMPA DIVISION

ELIZABETH A. BLACK,            :
                               :
          Plaintiff            :
     vs.                       :
                               :No.
                               :8:16-cv-02117-T-23TGW
NATIONAL BOARD OF MEDICAL      :
EXAMINERS,                     :
          Defendants           :
                               :
                               :
  ------------------------------x
```

DEPOSITION OF

DR. CATHERINE FARMER

PHILADELPHIA, PENNSYLVANIA

May 10, 2017


ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: PATRICIA BROWN

FILE NO. AB03C77

1

**Dr. Catherine Farmer**
**May 10, 2017**

Atkinson-Baker Court Reporters
www.depo.com

```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

ELIZABETH A. BLACK,                  :
                                     :
                Plaintiff            :
                                     :
        vs.                          :No.
                                     :8:16-cv-02117-T-23TGW
                                     :
NATIONAL BOARD OF MEDICAL            :
EXAMINERS,                           :
                                     :
                Defendants           :
                                     :
-----------------------------------x


 Deposition of Dr. Catherine Farmer, taken on behalf
of Defendants, at 3750 Market Street, Philadelphia,
    Pennsylvania 19104 commencing at 8:14 a.m.
  Wednesday, May 10, 2017, before Patricia Brown.
```

2

**Dr. Catherine Farmer**
**May 10, 2017**

Atkinson-Baker Court Reporters
www.depo.com

```
 1                A-P-P-E-A-R-A-N-C-E-S
 2       FOR PLAINTIFF:
      LAW OFFICES OF DISABILITY RIGHTS FLORIDA
 3    BY:   MEGAN COLLINS, Esq.
      1930 Harrison Street
 4    Suite 104
      Hollywood, Florida 33020
 5    Phone #850-488-9071
      E-mail: MeganC@DisabilityRightsFlorida.org
 6
      LAW OFFICES OF DISABILITY RIGHTS FLORIDA
 7    BY:   CURTIS FILAROSKI, Esq.
      2473 Care Drive
 8    Suite 200
      Tallahassee, Florida 32308
 9    Phone #850-488-9071
      E-mail: CurtisF@DisabilityRightsFlorida.org
10
      LAW OFFICES OF DISABILITY RIGHTS FLORIDA
11    BY: ANN MARIE CINTRON-SIEGEL, Esq.
      1930 Harrison Street
12    Suite 104
      Hollywood, Florida 33020
13    Phone# 850-488-9071
      E-mail: AnnS@DisabilityRightsFlorida.org
14
         FOR DEFENDANTS:
15     LAW OFFICES OF NORTON ROSE FULBRIGHT
       BY: ROBERT A. BURGOYNE, Esq.
16     799 9th Street, NW
       Suite 1000
17     Washington, DC 20001
       Phone# 1-202-662-4513
18     E-mail:robert.burgoyne@nortonrosefulbright.
       com
19
         ALSO PRESENT
20    NATIONAL BOARD OF MEDICAL EXAMINERS
      SUZANNE WILLIAMS, Esq.
21    3750 Market Street
      Philadelphia, Pennsylvania 19104
22    Phone# 215-590-9538
      E-mail: Swilliams@nbme.org
23
24
25
```

3

**Dr. Catherine Farmer**
**May 10, 2017**

**Atkinson-Baker Court Reporters**
www.depo.com

```
                    I N D E X

      WITNESSES:  DR. CATHERINE FARMER

         EXAMINATION                           PAGE

            By MS. COLLINS                      6

            By MR. FILAROSKI                   81
```

```
                    E X H I B I T S

 NUMBER              DESCRIPTION              PAGE
 No.  1  Dr. Booth Jones letter                40
 No.  2  Memo from Deb McCarthy                46
 No.  3  Test Accommodations                   53
 No.  4  USF Health document                   67
 No.  5  12/16/16 Dr. Murphy letter            94
 No.  6  Disability Services Consultant
         Orientation and Training              99
 No.  7  Settlement agreement                 105
 No.  8  Test Accommodations                  106
 No.  9  Test Accommodations                  109
 No. 10  3-28-16 letter to Ms. Black          112
 No. 11  Test Accommodations                  118
 No. 12  Policies & Procedures                122
 No. 13  Recent Trends 72-75                  124
 No. 14  Recent Trends 76-79                  130
 No. 15  Disability Services document         132
 No. 16  USMLE Step Exam                      136
```

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | No. 17 Best Practices Panel | 142 |
| 2 | No. 18 Decision sheet | 157 |
| 3 | No. 19 Two apps for accommodations | 159 |
| 4 | No. 20 Step 1 score reports | 165 |

INSTRUCTIONS NOT TO ANSWER:

PAGELINE

--          --

INFORMATION REQUESTED:

(None)

Atkinson-Baker Court Reporters
www.depo.com

```
 1  implementing the law, the ADA.
 2  Q.    Do you have any other experience other than on
 3  the job training or your educational background that
 4  prepared you for this role?
 5  A.    Nothing I can think of, no.
 6  Q.    What is the purpose of the USMLE exams?
 7  A.    It's a licensing examination for physicians to
 8  practice medicine in the United States.  It is three
 9  steps, four different exams that every individual
10  who wants to practice -- be licensed in the US is to
11  pass.
12  Q.    And specifically the Step 1, what is the
13  purpose of the Step 1?
14  A.    Step 1 is an assessment of basic science
15  knowledge, application of that knowledge.
16  Q.    What was the difference between the purpose of
17  basic science exams in medical school and the
18  purpose of the Step 1 basic science exam?
19  A.    I'm not sure.  I don't deal with the medical
20  school to describe the difference in it.
21  Q.    Are you familiar with the Shelf Exams?
22  A.    I've heard that term, yes.
23  Q.    Would you be able to describe the difference
24  between the Shelf Exams and the Step 1 exam?
25  A.    Shelf Exams are what we call subject exams
```

11

Dr. Catherine Farmer
May 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

1  presumption that the person is not impaired and then
2  look for proof?
3  A.    They don't assume that the person is not
4  impaired; that's correct.
5  Q.    What does the review process look like?
6  A.    The review process starts with the individual
7  submitting documentation to us, a request form where
8  they describe what their disability is.  How it
9  impacts them, describe the request for
10 accommodations, provides supporting documentation.
11 We review it internally to see if there are any
12 pieces that -- gaps, missing information, illegible
13 documentation, things that would slow down the
14 review.
15         If so, we reach out to the individual
16 and ask them to provide those pieces.  It's reviewed
17 internally by staff at a deeper level to see if the
18 documentation is supporting their request.  Is it
19 supporting whatever impairment or disability they've
20 described.  If we think that it's not supporting
21 that, we reach out to them again and see if there's
22 more information that they can provide.  We also
23 recommend that they look at the guidelines that we
24 have again on the post review website.
25         Once we receive information and the

16

Dr. Catherine Farmer
May 10, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1  examinee tells us that they've sent everything that
 2  they want to submit, we decide internally whether
 3  and which expert consultants we have that we need to
 4  send it to.
 5           We have a process of notifying
 6  consultants that a case is ready for them to review,
 7  and they upload a written report back to us with
 8  their review of the documents and their
 9  recommendation regarding whether or not the
10  requested accommodation is appropriate.  We then
11  communicate that decision.  We make the -- I make
12  the decision internally and communicate that
13  decision to the examinee.
14           If accommodations are approved, then
15  we communicate the approved accommodation to the
16  test venue, so that that exam will be given with
17  that accommodation.
18  Q.   So I just want to clarify a couple things you
19  said.  You said we review it internally?
20  A.   Uh-huh.
21  Q.   The application.  Who is we when you say that?
22  A.   Sure.  So currently there are three staff.
23  Myself, the manager, Michele Goldberg and an analyst
24  named Lucia Dwyer, and all three of us have degrees
25  in psychology.  And so then we internally review at
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1  or procedures regarding individuals with adult
 2  diagnosis of ADHD?
 3  A.    No.
 4  Q.    Do you all have -- what kind of accommodations
 5  are typically provided to individuals with ADHD?
 6  A.    I'm not sure what's typically provided to
 7  them -- if there's something that's typically
 8  provided.
 9  Q.    Is there a type of accommodation that you can
10  say statistically is provided a majority of the time
11  or a polarity of the time for individuals with ADHD
12  or is that something you just --
13  A.    I'm not sure that I could say for a specific
14  disability that I've looked at that behavior or
15  thing.
16  Q.    Overall, what is the type of accommodation
17  that you all provide most frequently then?
18  A.    Oh, overall, additional time.
19  Q.    Would you say that's 50 percent or greater
20  than 50 percent or just a polarity?
21  A.    50 percent of what?
22  Q.    The total accommodations that you all do
23  grant?
24  A.    Oh, it's probably the majority probably better
25  than 75 percent.
```

Dr. Catherine Farmer
May 10, 2017

```
 1              REPORTER'S CERTIFICATE
 2
 3         I, PATRICIA BROWN, stenographic reporter,
 4   certify:  That the foregoing proceedings were taken
 5   before  me at the time and place therein set forth,
 6   at time the witness was put under oath by me;
 7         That the testimony of the witness, the
 8   questions propounded, and all objections and
 9   statements made at the time of the examination were
10   recorded stenographically by me and were thereafter
11   transcribed;
12         That the foregoing is a true and correct
13   transcript of my shorthand notes so taken.
14         I further certify that I am not a relative or
15   employee of any attorney of the parties, nor
16   financially interested in the action.
17         I declare under penalty of perjury under the
18   laws of Pennsylvania that the foregoing is true and
19   correct.
20         Dated this 23rd day of May, 2017.
21
22
23   BY:_____
24                Patricia Brown
25
```

174

**Dr. Catherine Farmer
May 10, 2017**