

# USMLE Step Exams
## 2015

NBME 00301
CONFIDENTIAL



# Step 1 (~May 2016)

- **Computer-based multiple choice exam (MCQ)**
- **One-day exam (8 hours total)**
- **280 MCQ**
- **7 test blocks;** 40 items/block; **60 minutes/block**
- **15 minute tutorial (optional)**
- **45 minutes break time**
- Can increase available break time by finishing a test block or the tutorial in less than time allotted
- Scoring: three-digit score (Pass: 192)

NBME 00303

CONFIDENTIAL

30B6 - 096