8/3/2015                                                Re: IM Shelf Exam - Black, Elizabeth

# Re: IM Shelf Exam

## Black, Elizabeth

Mon 6/29/2015 6:43 PM

To:Mayer, James <jmayer@health.usf.edu>; Zwygart, Kira <kzwygart@health.usf.edu>;

Thank you both very much!

Best,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808

---

From: Mayer, James
Sent: Friday, June 19, 2015 3:53 PM
To: Zwygart, Kira; Black, Elizabeth
Subject: RE: IM Shelf Exam

Best of luck on the exam Ms Black, get a good night sleep.

Jimmy Mayer MD

-----Original Message-----
From: Zwygart, Kira
Sent: Friday, June 19, 2015 3:20 PM
To: Black, Elizabeth; Mayer, James
Subject: RE: IM Shelf Exam

Elizabeth,

I see that you have rescheduled your exam.
Dr. Mayer and I have spoken about your situation, and this is what we have approved:

1. An absolute deadline by which to take Step 1 of July 2 (no further delays will be permitted) 2. You will register for the Clinical Enrichment Elective with Dr. Kiluk and notify Marrissa Cook (I see that you have already contacted Dr. Kiluk) 3. You may take the Internal Medicine exam on July 31.

These are absolute deadlines because they will allow you to graduate on time with the class of 2017.

I hope your tests go well!

Dr. Zwygart

EXHIBIT
Black 43
5-17-17
PENGAD 800-631-6989

EB - 0465 CONFIDENTIAL

8/3/2015                                             Re: IM Shelf Exam - Black, Elizabeth

-----Original Message-----
From: Black, Elizabeth
Sent: Tuesday, June 16, 2015 8:30 AM
To: Zwygart, Kira; Mayer, James
Cc: Smith, Patricia
Subject: Re: IM Shelf Exam

Thanks to both of you for getting back to me so quickly! With my unexpected move and various personal events that have come up recently, I would like to take an additional week or two to study and work on my timing for Step 1. For this reason, I was hoping to take my IM shelf after the month of my Clinical Enrichment elective, which would be both advantageous for my Step 1 score as well as my IM exam score.

I really appreciate your time and consideration regarding this matter!

Best,

Elizabeth Black
M.D. Candidate
USF Morsani College of Medicine
eblack1@health.usf.edu
609-306-8808

From: Zwygart, Kira
Sent: Tuesday, June 16, 2015 8:22 AM
To: Mayer, James; Black, Elizabeth
Cc: Smith, Patricia
Subject: RE: IM Shelf Exam

Elizabeth,

Dr. Mayer and I will discuss this. I see you are scheduled to take Step 1 this Thursday. Please don't worry about the Medicine shelf now - just focus on your step 1 exam this week.

Dr. Zwygart

-----Original Message-----
From: Mayer, James
Sent: Monday, June 15, 2015 11:25 PM
To: Black, Elizabeth; Zwygart, Kira
Cc: Smith, Patricia
Subject: Re: IM Shelf Exam

Ms Black,

Please contact Ms Patricia Smith, she schedules my appointments. I am happy to discuss, will review with Dr Zwygart, but I am unsure if I would be inclined to change decisions previously made. But am happy to discuss and keep an open mind, to your concerns,

Jimmy

EB - 0466 CONFIDENTIAL

8/3/2015                                                    Re: IM Shelf Exam - Black, Elizabeth

Jimmy Mayer MD
Associate Professor, USF IVF
Clinical office: 813-974-7027
email: jmayer@health.usf.edu

This e-mail, including attachments, may include confidential information that may be legally privileged, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

---

From: Black, Elizabeth
Sent: Monday, June 15, 2015 7:02 PM
To: Zwygart, Kira
Cc: Mayer, James
Subject: IM Shelf Exam

Hi Dr. Zwygart,

I was wondering if there is any flexibility with when I take the Internal Medicine shelf exam. If I'm remembering correctly, it was Dr. Stevenson who decided that I needed to take the exam prior to starting clinical rotations. Since he is no longer at USF and his decision was not based on any school policy, I was hoping another option might be considered.

I will be starting with the Clinical Enrichment elective (internal medicine/CACL) with Dr. Kiluk that will allow me to practice clinical skills that I think need work and/or review. Doing this elective would assist my studying for the shelf exam and considerably augment my performance on the exam. Since the elective doesn't have a final exam and essentially covers topics of internal medicine, I was hoping that you might allow me to take the shelf exam at the end of July. Taking the shelf at the end of July would still have me taking the exam before starting any required third year rotations, as I start surgery in August (I believe this stipulation was part of Dr. Stevenson's previous decision).

Additionally, I've had some personal events come up that leave me wanting more time to study and work on my timing for Step 1 (namely, unexpectedly having to find a new apartment and move by July 1). At this point Step 1 is the most important item to focus on, however, I also don't want to comprise my preparation for the IM exam.

I am truly not trying to skirt the system; I know myself, and I know taking the IM exam after my elective in July would be the most advantageous for me. I really appreciate your time and consideration, and I'm also happy to come in and speak with you further, if that would be helpful.

As I'm unsure of the protocol, I cc-ed Dr. Mayer as well.

Thanks so much in advance.

Best,
Elizabeth Black

EB - 0467  CONFIDENTIAL