2016 W. Kennedy Blvd.
Apt. 2
Tampa, FL 33606

June 12, 2016

Kira Zwygart, MD
Associate Dean for Student Affairs
USF Morsani College of Medicine
12901 Bruce B. Downs Blvd., MDC 4
Tampa, FL 33612-4799

Dear Dr. Zwygart,

I received the letter from Dr. Bognar and the Academic Performance Review Committee (APRC), dated May 24, 2016, on Saturday, June 4, 2016. I appreciate the clarity of the letter, the consideration that was given to my current situation, and the opportunity to take the Step 1 exam a fourth time. However, per the USF Morsani College of Medicine Handbook, I respectfully appeal the decision by the APRC to keep my status pended while I wait for a final determination with regards to my federal law suit against the National Board of Medical Examiners. As an appeal is my only option to give my own voice to my request, I would like the opportunity to stand before the committee and state my case. I thank you for the opportunity and look forward to information as to when I am able to represent myself.

Best Regards,


Elizabeth Black
MD Candidate
USF Morsani College of Medicine


Cc: Bryan Bognar, MD, MPH, FACP
Chair, Academic Performance Review Committee
Vice Dean for Educational Affairs


Signed: _____   Date: _____

EXHIBIT
Black 42
5-17-17

EB - 0512  CONFIDENTIAL