Atkinson-Baker Court Reporters
www.depo.com

```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF FLORIDA
                  TAMPA DIVISION


ELIZABETH A. BLACK,                :
                                   :
             Plaintiff             :
                                   :
        vs.                        :No.
                                   :8:16-cv-02117-T-23TGW
                                   :
NATIONAL BOARD OF MEDICAL          :
EXAMINERS,                         :
             Defendants            :
                                   :
                                   :
------------------------------------x




              DEPOSITION OF

           DR. KEVIN MURPHY

        PHILADELPHIA, PENNSYLVANIA

              May 11, 2017




ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com


REPORTED BY:  PATRICIA BROWN

FILE NO.  AB03C78
```

1

**Dr. Kevin Murphy
May 11, 2017**

Atkinson-Baker Court Reporters
www.depo.com

```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION


   ELIZABETH A. BLACK,                :
                                      :
              Plaintiff               :
                                      :Civil Action No.
         vs.                          :8:16-cv-02117-T-23TGW
                                      :
                                      :
   NATIONAL BOARD OF MEDICAL          :
   EXAMINERS,                         :
                                      :
              Defendants
   -----------------------------------x







      Deposition of DR. KEVIN MURPHY, taken on behalf
   of Defendants, at 3750 Market Street, Philadelphia,
      Pennsylvania 19104, commencing at 8:07 a.m.
   Thursday, May 11, 2017, before Patricia Brown.
```

2

**Dr. Kevin Murphy**
**May 11, 2017**

Atkinson-Baker Court Reporters
www.depo.com

```
 1                A-P-P-E-A-R-A-N-C-E-S
 2      FOR PLAINTIFF:
      LAW OFFICES OF DISABILITY RIGHTS FLORIDA
 3     BY:  MEGAN COLLINS, Esq.
      1930 Harrison Street
 4    Suite 104
      Hollywood, Florida 33020
 5    Phone #850-488-9071
      E-mail: MeganC@DisabilityRightsFlorida.org
 6
      LAW OFFICES OF DISABILITY RIGHTS FLORIDA
 7    BY:  CURTIS FILAROSKI, Esq.
      2473 Care Drive
 8    Suite 200
      Tallahassee, Florida 32308
 9    Phone #850-488-9071
      E-mail: CurtisF@DisabilityRightsFlorida.org
10
      LAW OFFICES OF DISABILITY RIGHTS FLORIDA
11    BY: ANN MARIE CINTRON-SIEGEL, Esq.
      1930 Harrison Street
12    Suite 104
      Hollywood, Florida 33020
13    Phone# 850-488-9071
      E-mail: AnnS@DisabilityRightsFlorida.org
14
         FOR DEFENDANTS:
15     LAW OFFICES OF NORTON ROSE FULBRIGHT
      BY: ROBERT A. BURGOYNE, Esq.
16    799 9th Street, NW
      Suite 1000
17    Washington, DC 20001
      Phone# 1-202-662-4513
18    E-mail:robert.burgoyne@nortonrosefulbright.
      com
19
      NATIONAL BOARD OF MEDICAL EXAMINERS
20    BY: SUZANNE WILLIAMS, Esq.
      3750 Market Street
21    Philadelphia, Pennsylvania 19104
      Phone# 215-590-9538
22    E-mail: Swilliams@nbme.org
23
24
25
```

3

**Dr. Kevin Murphy**
**May 11, 2017**

Atkinson-Baker Court Reporters
www.depo.com

```
               I N D E X

WITNESSES:  DR. KEVIN MURPHY

      EXAMINATION                         PAGE

    By MS. CINTRON-SIEGEL                 5
    By MR. BURGOYNE                       128


               E X H I B I T S

NUMBER            DESCRIPTION             PAGE

No. 1  CV= KRM 1-24                        54
No. 2  Request for test accommodations     56
No. 3  Results submitted on 12-29-14       63
No. 4  Request for test accommodations     84
No. 5  View results                        98
No. 6  Test results & clinical impressions 113



         INSTRUCTIONS NOT TO ANSWER:

               PAGELINE
                --                --


         INFORMATION REQUESTED:

                  (None)
```

4

**Dr. Kevin Murphy**
**May 11, 2017**

Atkinson-Baker Court Reporters
www.depo.com

```
 1  anything.  Since you said that you have seen adults
 2  who come to you for a diagnosis later on in their
 3  life, then it is possible for them not to have been
 4  evaluated or diagnosed rather earlier on and yet
 5  have managed to function to adulthood?
 6  A.     Yes.
 7  Q.     And in your practice do you solely rely on the
 8  observations of family members and friends or do you
 9  have the opportunity to observe the patient
10  themselves?
11  A.     I observe the patients in the context of the
12  evaluation.  And I observe them though the
13  inspection of historical records.
14  Q.     But not in any other setting other than the
15  evaluation process?
16  A.     Typically not.
17  Q.     How would you diagnose somebody without the
18  ability to have done the assessment yourself?
19  A.     I don't diagnose people that way.
20  Q.     How would you determine the impact of
21  someone's disability based just on a record review?
22  A.     I don't base it just on a record review.
23  Q.     What else do you base it on?
24  A.     The response to my interview.  I look at how
25  they respond to questions, any evidence for again
```

24

Dr. Kevin Murphy
May 11, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1          thanked the kid for giving him -- there
 2          wasn't -- like the parents were crying. It was
 3          like an amazing thing. And this kid went to
 4          college. And two years before it was never
 5          going to happen.
 6                    So he influenced -- and it was because
 7          he did his part, he responded to medication,
 8          and we got clarity on what needed to be done,
 9          and we pushed and encouraged him to follow
10          through and do it. So you see stuff and that's
11          what keeps me going. I do a lot of this kind
12          of stuff for younger people and even college
13          people as well.
14                    So it's a nice thing to see. And now
15          I'll shut up.
16   BY MS. CINTRON-SIEGEL:
17   Q.     Not quite yet. I have a few more questions.
18   A.     All right.
19   Q.     So, when you get the file, why can't you just
20   accept the diagnosis of the disability by the
21   treating physician and skip to the step of
22   determining current impact?
23   A.     Well, there are lots of reasons for that.
24   One, being that you can never assume that a
25   diagnostician knows what they're doing, is
```

Atkinson-Baker Court Reporters
www.depo.com

1  competent, or knows how to diagnose ADHD.  So you
2  don't rubber stamp anything.  You have to do an
3  objective, comprehensive assessment of the
4  documentation that's sent and of the work that the
5  other doctor did.
6              And examples of that, sometimes you
7  get people with big reputations and who have
8  published and written books and basically they're
9  saying, listen, if I say he's got ADHD, he's got
10 ADHD.  I don't have to prove it.  I don't have to do
11 a report.  Just trust me.  He's got it, okay.  And
12 that's not enough in these kinds of situations.  We
13 need to show the data.  We need to show the whole
14 ball of wax.  The whole criteria that I've talked to
15 you about a number of times.
16              There are lots of professionals who
17 are not competent to do this, who are not well
18 trained.  There are people who hire their relatives
19 to do their evaluations who have -- I've had cases
20 like that where somebody's uncle writes the report
21 and does the evaluation.  I've had podiatrists who
22 diagnosed ADHD.  I've had master's level clinicians
23 who you have no idea what the training is who are
24 diagnosing ADHD, and it's not appropriate.
25              They haven't had the range of training

Atkinson-Baker Court Reporters
www.depo.com

1  in the differential diagnosis of ADHD from other
2  adult psychiatric disorders that they've been
3  trained in. So there's a lot of incompetence, and
4  you can never assume anything like that. So you
5  have to always not just jump to the disability
6  accommodation thing.
7  Q.  Are ADHD behaviors always distracting to other
8  people around them?
9  A.  Are they always distracting to other people
10 around them? Often they are because there's
11 disinhibition. There's movement. There's
12 fidgeting. There's loudness, excessive talking, is
13 overbearing, interrupting. There's you know non
14 verbals that tell you you're not behaving very well.
15          So most of the time that's what the
16 exhibited behavior is. So I would say that for the
17 lion's share it's situations that, you know, it does
18 affect other people. You know ask spouses. Ask
19 people who live with these folks and they'll tell
20 you a lot about the overt behaviors that are
21 frustrating and problematic.
22          Sometimes people might say well, when
23 I go to bed at night, my mind is always going. So I
24 can't fall asleep and that may not be observable to
25 other people. So an internal thing like that. Or

125

Dr. Kevin Murphy
May 11, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
1                    REPORTER'S CERTIFICATE
2
3          I, PATRICIA BROWN, stenographic reporter,
4    certify:  That the foregoing proceedings were taken
5    before  me at the time and place therein set forth,
6    at time the witness was put under oath by me;
7          That the testimony of the witness, the
8    questions propounded, and all objections and
9    statements made at the time of the examination were
10   recorded stenographically by me and were thereafter
11   transcribed;
12         That the foregoing is a true and correct
13   transcript of my shorthand notes so taken.
14         I further certify that I am not a relative or
15   employee of any attorney of the parties, nor
16   financially interested in the action.
17         I declare under penalty of perjury under the
18   laws of Pennsylvania that the foregoing is true and
19   correct.
20         Dated this 23nd day of May, 2017.
21
22
23   BY:_____
24                    Patricia Brown
25
```

130

Dr. Kevin Murphy
May 11, 2017