# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **ELIZABETH A. BLACK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 8:16-CV-2117-T-23TGW** |
| ) | |
| **NATIONAL BOARD OF** ) | |
| **MEDICAL EXAMINERS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT NBME'S FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Plaintiff Elizabeth A. Black hereby responds to Defendant National Board of Medical Examiners' ("NBME") requests that Plaintiff answer fully, in writing and under oath, the following interrogatories:

1.    Identify all Impairments that you claim to suffer from which you believe entitle you to testing Accommodations on the USMLE Step 1 exam and, for each such Impairment, state when you were first professionally diagnosed as having that Impairment by a health care professional, and identify that professional.

**Response:**

27880010.1

1. DSM- 5: 314.01 Attention Deficit Hyperactivity Disorder with Combined Presentation. This Impairment was professionally diagnosed in March 2009 by Dr. Scott Fleischer.

2. Convergence Insufficiency. This impairment was first professionally diagnosed April 3, 2015 by Dr. Erich Breunig.

2.     For each Impairment identified in response to Interrogatory number 1, state all functional limitations that you experience because of that impairment, describe the severity of those limitations, and identify the major life activity or activities that you claim are affected by those limitations.

**Response**:

1. ADHD. I am affected by my ADHD in the major life activities of learning, reading, memory, and concentrating. I am easily distracted and have particular difficulty concentrating during reading. I am also impacted in my ability to organize, initiate, and complete tasks.

2. Convergence Insufficiency. I am affected by this impairment in the major life activities of learning, reading, and concentrating. My convergence insufficiency makes it difficult for me to focus and complete reading activities.

3.    State the date of onset for each Impairment identified in response to Interrogatory number 1, and state whether any claimed functional limitations resulting from each Impairment have stayed the same, improved or gotten worse over time.

**Response:**

1. It is difficult to determine an exact date of onset, but I was diagnosed with ADHD under the DSM-5, which requires that symptoms be present before age 12. My functional limitations resulting from my ADHD have gotten worse over time.

2. I was diagnosed with Convergence Insufficiency in April 2015, though the problem is exacerbated by aging and is heading toward presbyopia which is causing it to slowly manifest and causing my functional limitations to worsen over time.

4.    Identify all health care or other professionals (*e.g.*, medical doctors, psychologists, neuropsychologists, counselors, etc.) whom you have consulted regarding any Impairment identified in response to Interrogatory number 1, above, and, for each such professional, state when you first consulted that professional and the date range within which you were treated or evaluated by that professional.

**Response:**

For ADHD

1. Dr. Scott Fleischer. First consulted in March 2009. Consulted for approximately three months in 2009.

2. Dr. Swapna Mukherjea. First consulted in 2011 at the USF counseling center. I saw Dr. Mukherjea from 2011-2012.

3. Dr. Phyllis Feldman. I first consulted Dr. Feldman through the USF counseling center in 2012. I saw Dr. Feldman from 2012-2014.

4. Dr. Joseph Marcus Grover. I first consulted with Dr. Grover through the USF counseling center in 2014. I saw Dr. Grover for a short period of time between 2014-2015.

5. Dr. Margaret Booth Jones. I first consulted Dr. Margaret Booth Jones in 2014 and saw her for a brief time in 2014.

6. Dr. Judith Grimmond. I first consulted with Dr. Grimmond through the USF counseling center in 2015. I saw Dr. Grimmond from 2015-2016.

Convergence Insufficiency

1. Dr. Erich Breunig. I first consulted Dr. Breunig in early childhood and I continue to utilze Dr. Breunig as my family eye doctor.

5.      Identify and describe all mitigating measures that you use or have used to address the functional limitations that you experience or have experienced as a result of your Impairments, and, in the case of any medications, state the name and dosage of each such medication, whether you are currently taking those medications, and, if so, the name and dosage of the medications you are currently taking.

**Response:**

I addressed the functional limitations I experience as a result of my ADHD through maintaining a highly structured setting in my younger years and engaging in structured activities such as extracurricular sports. More recently, I have addressed my functional limitations through a compilation of medication, counseling, and through the use of extended time on my medical school tests, as well as by testing in a distraction free environment. I currently continue to take Adderall XR 15 mg and Adderall 10 mg as needed. My prescription for clonidine 0.3 mg just expired. For a complete list of medications I have taken to address the functional limitations of my ADHD, see the CVS prescription log provided in response to Defendant's first requests for documents.

6.      Identify all employers and internships you have had during the past seven years (paid or unpaid), and provide a description of your work duties for each employer or internship provider.

**Response:**

- From September 2009-May 2010, I was employed as a high school teacher at St. Thomas School in Santo Domingo, Dominican Republic. I taught Physical and Earth Sciences to eighth and ninth grades, including laboratory classes. I also taught Health to grades eight through ten and served as an advisor to the National Honor Society.

- From April 2010- January 2011, I was employed as a Logistics and Procurement Analyst with Clinton Health Access Initiative in Santo Domingo, Dominican Republic. I Organized, coordinated and prioritized delivery of relief goods to Haiti (for Partners in Health (PIH) facilities) through the Dominican Republic. I procured medical supplies, fuel, and goods for PIH facilities in Haiti. I Tracked and organized project finances, and assisted in the organized, successful transfer of HIV patients from a closing facility to new centers.

- From January 2011- July 2011, I was employed as a Consultant in Logistics and Procurement for Partners in Health (PIH) in Santo Domingo, Dominican Republic. I coordinated delivers of donations and other goods for the completion of the PIH Mirebalais Teaching Hospital in Haiti. I also maintained project finances and procured, prioritized delivery, and

organized the logistics of relief goods to Haiti through the Dominican Republic.

- In May and June 2012, I participated in a summer research project for USF which was considered employment. I conducted HIV research in Panama and the Dominican Republic.

- Since August 2016, I have been employed as a 6th grade Science teacher for Pinellas County School District.

7.    Identify all Accommodations that you requested from any employer or internship provider identified in response to Interrogatory number 6 and, for each such employer or internship provider, state when and from whom you requested such Accommodations, whether any Accommodations were granted, and, if so, what those Accommodations were and the reason you requested such Accommodations.

**Response:** I did not request any accommodations from any employer or internship.

8.    Identify all Accommodations that were requested by or for you from any educational institution that you have attended and, for each such institution, identify the educational institution and state when Accommodations were requested,

whether any Accommodations were granted and whether any were denied, what those Accommodations were, and the reason you requested such Accommodations.

**Response:**

On March 7, 2013, I requested and received extended time for tests (time and a half) and testing in an environment free of distractions from the USF Morsani College of Medicine. I requested these accommodations to allow me time to re-read passages, to refocus due to internal and external distractions, and to take breaks from the testing environment. These accommodations were granted March 11, 2013.

9.     Identify all standardized tests that you have taken from elementary school to date and, for each such test, state when you tested (providing all test dates if you took a test multiple times), whether you requested any testing Accommodations, whether the request was granted or denied (in whole or in part), and the testing Accommodations that were granted or denied.

**Response:** Objection, the request to list all standardized tests I have ever taken is unduly burdensome; and in any case I cannot remember each and every standardized test I have taken. Notwithstanding this objection, the only time I have requested testing accommodations was when I was a student at USF on non-standardized tests.

10.     Identify all social media websites and blogs on which you have posted comments or other content over the past three years.

**Response**: Facebook, Instagram, and Snapchat. I created a Pinterest account, but I never posted on it.

11.     Identify all extracurricular activities you participated in during high school, college, graduate school, and medical school, including any volunteer activities, and for each such activity describe your involvement and state how much time you devoted to the activity and approximate dates of your participation.

**Response**:

<u>High School</u>

- 10th grade: JV Basketball, Varsity Club, Key Club, Lacrosse, Health Careers Club, Student Council, Field Hockey. I also I also participated in the Wissahickon Valley Watershed Spring Cleanup and in various church activities.

- Summer Grade 11: I was a counselor at Katie Coll's Field Hockey Camp for one week; I spent one week participating in the Field Hockey National Tournament; I spent one week participating in the James Madison University Field Hockey Team Camp; I spent one week participating in the Junior Olympics for Field Hockey; I spent one week participating in

the Keystone State Games for Field Hockey; and I spent 3 weeks participating in the High School Pre-season camp for Field Hockey.

- 11th grade: Varsity Club, Winter Track, Key Club, Lacrosse, Health Careers Club, Junior Class Officer, Student Council, Field Hockey. I also participated in various church activities.

- Summer Grade 12: I was a counselor at Katie Coll's Field Hockey Camp for one week; I spent one week participating in the Old Dominion Team Field Hockey Camp; I spent one week participating in the FDIC Hockey Camp; I spent one week participating in the Keystone State Games for Field Hockey; and I spent 3 weeks participating in the High School Pre-season camp for Field Hockey.

- 12th grade: Varsity Club, Winter Track, Key Club, Lacrosse, Health Careers Club, Student Council, Field Hockey. I also organized a coat drive, volunteered at the Artman Home, and participated in various church activities.

College and Graduate School

- 2001-2004 I was a member of the Varsity Field Hockey team at Princeton University. My senior season I acted as the field captain.

- 02/2003-06/2003 I volunteered as a foal sitter at an Equine Intensive Care Nursery. I assisted once per week in the care of critically ill mares and foals.

- 01/2007-05/2007 I volunteered as a child life department volunteer at Columbia University. I spent approximately six hours every week volunteering with the Columbia University Child-Life Department at Morgan Stanley's Children's Hospital/ New York Presbyterian.

- In March 2007 I went on a Medical Mission Trip to La Romana, Dominican Republic. I joined my mother, a nurse, her nursing students, and a team of doctors from Boston and we traveled to rural villages to deliver health care.

- From 09/2008-06/2009, I volunteered with the International Family AIDS Program at Columbia University. I organized and developed a secual educationa and school outreach program curriculum. I also contributed to the newsletter, created educational waiting room materials for the clinic and researched and wrote various site descriptions for the different programs and locations of the clinic.

- Volunteer at New York-Presbyterian Columbia Hospital: Child Life Program: January 2007-May 2007

- Medical Mission Trip Volunteer, Buen Samaritano Hospital, La Romana, Dominican Republic: March 2007

- Volunteered at The Mid Atlantic Equine Center, New Jersey, foal sitting

- Member of the University Cottage Club, Princeton University

Medical School

For a full list of extracurricular and volunteer activities I have completed while in medical school, please see my USF Health Service Corps Individual Service Hours sheet included in my response to Defendant's first document requests.

12.    Identify all tutors and test preparation services you have worked with in connection with preparing to take a USMLE Step 1 exam and state, for each one, when you utilized their services.

**Response**:

- I utilized various tutors provided through USF between March 2013 and May 2015.

- I utilized Becker Professional Education in January and February 2014 in Dallas, Texas and another individual who's name I do not recall fully (first name Justin) periodically between September 2015 and Spring 2016 in Tampa, Florida via Skype.

13.     Identify any first-degree biological relatives who have been professionally diagnosed with ADHD, and state the age at which they were diagnosed and the professional(s) who made the diagnosis.

**Response**: Objection, the legal issues presented in this case, as it relates to Plaintiff, is whether the Defendant violated, and continues to violate, the Americans with Disabilities Act ("ADA") by denying Plaintiff's request for accommodations based on *her* diagnosed ADHD. Therefore, the diagnostic status of individuals in her family are not relevant to this case.

14.     State how you determined the amount of extra testing time that you requested on the USMLE Step 1 exam.

**Response**: I requested the amount of extra testing time for the Step 1 exam based on the time I was receiving in school at the recommendation of student disability services at USF and others familiar with ADHD. Further, in my experience with practice tests, that is the amount of time I require to take the test.

15.     Identify all medications that you have taken over the past ten years for any mental or physical impairment, including but not limited to ADHD, identifying for each such medication the name of the medication, whether it was prescribed for

you by a healthcare professional, when it was prescribed and by whom, the symptoms it is intended to treat, and the applicable dosage. If a medication and/or dosage has changed over time, identify all such medications and dosages and the time period when each was taken.

**Response**: The following is my personal recollection, but a more complete record of this information will likely be reflected on the CVS medicine list provided in my response to Defendant's first document request:

- Ritalin- prescribed by Dr. Fleischer in 2009 to treat ADHD – unsure of the dosage;

- Adderall XR 15mg; Amphetamine salts 10mg (Adderall); Clonidine 0.1mg, 0.2mg, 0.3mg; Vyvanse 40mg (prodrug of Adderall)—ADHD;

- Clonazepam 0.5mg, Escitalopram 10mg--could also be included within ADHD, but anxiety from the meds used to treat ADHD;

- Doxycline 20mg, Finacea, Tretinoin--Acne Rosacea;

- Pataday--Allergies (eye drops);

- Fluconazole, Metronidazole--vaginal yeast infection;

- Caffeine- this was not prescribed but I did utilize it to manage my symptoms.

16.    Identify all persons who prepared or assisted in the preparation of responses to these interrogatories, as well as the interrogatories on which they assisted.

**Response**: Megan Collins, all interrogatories.


17.    Identify all experts you have consulted in connection with this case and

all experts who may be called to testify.

**Response**: I have no personal knowledge of this information except that I

know Dr. Margret Booth-Jones may be called as an expert witness.


Respectfully submitted, this 6th day of March, 2017

Curtis Filaroski, Esq.
Disability Rights Florida
Counsel for Petitioner
Florida Bar Number 0111972
2473 Care Drive, Suite 200
Tallahassee, FL 32308
Telephone: (850) 488-9071, ext. 9717
Facsimile: (850) 488-8640
curtisf@disabilityrightsflorida.org

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was provided via email to the following individuals on March 6, 2017:

GREGORY A. HEARING
Florida Bar No.:  817790
ghearing@tsghlaw.com
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida  33602
Tel:  (813) 273-0050
Fax:  (813) 273-0072

ROBERT A. BURGOYNE
Appearing *Pro Hac Vice*
D.C. Bar No.: 366757
robert.burgoyne@nortonrosefulbright.com
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501
Tel:  (202) 662-4513
Fax:  (202) 662-4643

Curtis Filaroski, Esq.
Disability Rights Florida
Counsel for Petitioner
Florida Bar Number 0111972
2473 Care Drive, Suite 200
Tallahassee, FL  32308
Telephone: (850) 488-9071, ext. 9717

Facsimile: (850) 488-8640
curtisf@disabilityrightsflorida.org

AFFIDAVIT
STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, _Elizabeth Black_ having this day personally appeared before the notary public whose signature and seal are affixed to this document, having been either ☒ personally known by the notary public or having produced the following identification _____ _____ and not otherwise being a person whose document the notary public is prohibited from notarizing under Section 117.05 (6), Florida Statues, duly swear, depose, and state that I have executed the foregoing interrogatories under oath and that the responses are true and correct.

SIGNATURE: _____

NAME: _Elizabeth Black_

Sworn to and subscribed before me this _15th_ day of _March_ 2017.

ZOE REEBER
MY COMMISSION # FF 934618
EXPIRES: November 8, 2019
Bonded Thru Notary Public Underwriters

Notary Public State of _____

Print Name: _____

My Commission expires: _____

- 18 -