IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

        Plaintiff,

vs.                                CASE NO.:  8:16-cv-02117-SDM-TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.
_____/

**INDEX TO DOCUMENTS IN SUPPORT OF**
**DEFENDANT'S SUMMARY JUDGMENT REPLY BRIEF**

Defendant National Board of Medical Examiners files the following documents in support of its Summary Judgment Reply Brief, filed contemporaneously herewith:

1. Excerpts from the Deposition of Elizabeth Black (May 17, 2017)

2. Excerpts from the Deposition of Kevin Murphy, Ph.D. (May 11, 2017)

3. Excerpts from the Deposition of Ashley Vigil-Otero, Psy.D. (May 16, 2017)

4. Excerpts from Plaintiff's Response to Defendant National Board of Medical Examiners' First Set of Interrogatories (March 6, 2017)

Dated:  July 26, 2017        Respectfully submitted,

                                        /s/ Gregory A. Hearing
                                        GREGORY A. HEARING
                                        Florida Bar No. 817790
                                        ghearing@tsghlaw.com
                                        Thompson, Sizemore, Gonzalez & Hearing, P.A.
                                        201 N. Franklin Street, Suite 1600
                                        Post Office Box 639 (33601)
                                        Tampa, Florida 33602
                                        Tel:  (813) 273-0050
                                        Fax: (813) 273-0072

> ROBERT A. BURGOYNE
> robert.burgoyne@nortonrosefulbright.com
> Norton Rose Fulbright US LLP
> 799 9th Street, NW, Suite 1000
> Washington, DC 20001-4501
> Tel: (202) 662-4513
> Fax: (202) 662-4643
>
> Attorneys for National Board of Medical Examiners

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

> Curtis Filaroski
> Anthony J. DePalma
> Megan Collins
> Disability Rights of Florida
> 2473 Care Drive, Suite #200
> Tallahassee, Florida 32308
>
> curtisf@disabilityrightsflorida.org
> tonyd@disabilityrightsflorida.org
> meganc@diabilityrightsflorida.org
>
> Attorneys for Plaintiff

              */s/ Gregory A. Hearing*
              Attorney