IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ELIZABETH A. BLACK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 8:16-CV-2117-T-23TGW |
| NATIONAL BOARD OF MEDICAL EXAMINERS, INC., | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT NBME'S FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Plaintiff Elizabeth A. Black hereby responds to Defendant National Board of Medical Examiners' ("NBME") requests that Plaintiff answer fully, in writing and under oath, the following interrogatories:

1. Identify all Impairments that you claim to suffer from which you believe entitle you to testing Accommodations on the USMLE Step 1 exam and, for each such Impairment, state when you were first professionally diagnosed as having that Impairment by a health care professional, and identify that professional.

**Response:**

27880010.1

1. DSM-5: 314.01 Attention Deficit Hyperactivity Disorder with Combined Presentation. This Impairment was professionally diagnosed in March 2009 by Dr. Scott Fleischer.

2. Convergence Insufficiency. This impairment was first professionally diagnosed April 3, 2015 by Dr. Erich Breunig.

2. For each Impairment identified in response to Interrogatory number 1, state all functional limitations that you experience because of that impairment, describe the severity of those limitations, and identify the major life activity or activities that you claim are affected by those limitations.

**Response:**

1. ADHD. I am affected by my ADHD in the major life activities of learning, reading, memory, and concentrating. I am easily distracted and have particular difficulty concentrating during reading. I am also impacted in my ability to organize, initiate, and complete tasks.

2. Convergence Insufficiency. I am affected by this impairment in the major life activities of learning, reading, and concentrating. My convergence insufficiency makes it difficult for me to focus and complete reading activities.

3.      State the date of onset for each Impairment identified in response to Interrogatory number 1, and state whether any claimed functional limitations resulting from each Impairment have stayed the same, improved or gotten worse over time.

**Response:**

1. It is difficult to determine an exact date of onset, but I was diagnosed with ADHD under the DSM-5, which requires that symptoms be present before age 12. My functional limitations resulting from my ADHD have gotten worse over time.

2. I was diagnosed with Convergence Insufficiency in April 2015, though the problem is exacerbated by aging and is heading toward presbyopia which is causing it to slowly manifest and causing my functional limitations to worsen over time.

4.      Identify all health care or other professionals (*e.g.*, medical doctors, psychologists, neuropsychologists, counselors, etc.) whom you have consulted regarding any Impairment identified in response to Interrogatory number 1, above, and, for each such professional, state when you first consulted that professional and the date range within which you were treated or evaluated by that professional.

**Response:**

<u>For ADHD</u>

1. Dr. Scott Fleischer. First consulted in March 2009. Consulted for approximately three months in 2009.

2. Dr. Swapna Mukherjea. First consulted in 2011 at the USF counseling center. I saw Dr. Mukherjea from 2011-2012.

3. Dr. Phyllis Feldman. I first consulted Dr. Feldman through the USF counseling center in 2012. I saw Dr. Feldman from 2012-2014.

4. Dr. Joseph Marcus Grover. I first consulted with Dr. Grover through the USF counseling center in 2014. I saw Dr. Grover for a short period of time between 2014-2015.

5. Dr. Margaret Booth Jones. I first consulted Dr. Margaret Booth Jones in 2014 and saw her for a brief time in 2014.

6. Dr. Judith Grimmond. I first consulted with Dr. Grimmond through the USF counseling center in 2015. I saw Dr. Grimmond from 2015-2016.

<u>Convergence Insufficiency</u>

1. Dr. Erich Breunig. I first consulted Dr. Breunig in early childhood and I continue to utilze Dr. Breunig as my family eye doctor.

AFFIDAVIT
STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

I, __Elizabeth Black__ having this day personally appeared before the notary public whose signature and seal are affixed to this document, having been either ☒ personally known by the notary public or having produced the following identification _____ _____ and not otherwise being a person whose document the notary public is prohibited from notarizing under Section 117.05 (6), Florida Statues, duly swear, depose, and state that I have executed the foregoing interrogatories under oath and that the responses are true and correct.

SIGNATURE: _____
NAME: __Elizabeth Black__

Sworn to and subscribed before me this __15th__ day of __March__ 2017.

[SEAL: ZOE REEBER, MY COMMISSION # FF 934618, EXPIRES: November 8, 2019, Bonded Thru Notary Public Underwriters]

Notary Public State of _____

Print Name: _____

My Commission expires: _____

- 18 -