**Atkinson-Baker Court Reporters**
www.depo.com

```
1              UNITED STATES DISTRICT COURT
2              MIDDLE DISTRICT OF FLORIDA
3                   TAMPA DIVISION
4
   ELIZABETH A. BLACK,              :
5                                   :
              Plaintiff             :
6                                   :
         vs.                        :No.
7                                   :8:16-cv-02117-T-23TGW
                                    :
8  NATIONAL BOARD OF MEDICAL        :
   EXAMINERS,                       :
9              Defendants           :
                                    :
10                                  :
                 -------------------------------x
11
12
13
14                  DEPOSITION OF
15                 DR. KEVIN MURPHY
16             PHILADELPHIA, PENNSYLVANIA
17                   May 11, 2017
18
19
20
   ATKINSON-BAKER, INC.
21 COURT REPORTERS
   (800) 288-3376
22 www.depo.com
23
   REPORTED BY:   PATRICIA BROWN
24
   FILE NO.  AB03C78
25
```

1

**Dr. Kevin Murphy**
**May 11, 2017**

**Atkinson-Baker Court Reporters**
www.depo.com

```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                   TAMPA DIVISION


ELizabeth A. BLACK,                  :
                                     :
          Plaintiff                  :
                                     :Civil Action No.
     vs.                             :8:16-cv-02117-T-23TGW
                                     :
                                     :
NATIONAL BOARD OF MEDICAL            :
EXAMINERS,
          Defendants
     ---------------------------------x




   Deposition of DR. KEVIN MURPHY, taken on behalf
of Defendants, at 3750 Market Street, Philadelphia,
   Pennsylvania 19104, commencing at 8:07 a.m.
 Thursday, May 11, 2017, before Patricia Brown.
```

2

**Atkinson-Baker Court Reporters**
**www.depo.com**

```
 1                A-P-P-E-A-R-A-N-C-E-S
 2        FOR PLAINTIFF:
         LAW OFFICES OF DISABILITY RIGHTS FLORIDA
 3       BY:  MEGAN COLLINS, Esq.
         1930 Harrison Street
 4       Suite 104
         Hollywood, Florida 33020
 5       Phone #850-488-9071
         E-mail: MeganC@DisabilityRightsFlorida.org
 6
         LAW OFFICES OF DISABILITY RIGHTS FLORIDA
 7       BY:  CURTIS FILAROSKI, Esq.
         2473 Care Drive
 8       Suite 200
         Tallahassee, Florida 32308
 9       Phone #850-488-9071
         E-mail: CurtisF@DisabilityRightsFlorida.org
10
         LAW OFFICES OF DISABILITY RIGHTS FLORIDA
11       BY: ANN MARIE CINTRON-SIEGEL, Esq.
         1930 Harrison Street
12       Suite 104
         Hollywood, Florida 33020
13       Phone# 850-488-9071
         E-mail: AnnS@DisabilityRightsFlorida.org
14
            FOR DEFENDANTS:
15       LAW OFFICES OF NORTON ROSE FULBRIGHT
         BY: ROBERT A. BURGOYNE, Esq.
16       799 9th Street, NW
         Suite 1000
17       Washington, DC 20001
         Phone# 1-202-662-4513
18       E-mail:robert.burgoyne@nortonrosefulbright.
         com
19
20       NATIONAL BOARD OF MEDICAL EXAMINERS
         BY: SUZANNE WILLIAMS, Esq.
21       3750 Market Street
         Philadelphia, Pennsylvania 19104
22       Phone# 215-590-9538
         E-mail: Swilliams@nbme.org
23
24
25
```

**Dr. Kevin Murphy**
**May 11, 2017**

**Atkinson-Baker Court Reporters**
www.depo.com

```
 1                        I N D E X
 2   WITNESSES:  DR. KEVIN MURPHY
 3          EXAMINATION                            PAGE
 4       By MS. CINTRON-SIEGEL                     5
         By MR. BURGOYNE                           128
 5
 6
                          E X H I B I T S
 7
     NUMBER             DESCRIPTION                PAGE
 8
     No. 1  CV= KRM 1-24                           54
 9   No. 2  Request for test accommodations        56
     No. 3  Results submitted on 12-29-14          63
10   No. 4  Request for test accommodations        84
     No. 5  View results                           98
11   No. 6  Test results & clinical impressions    113
12
13
14            INSTRUCTIONS NOT TO ANSWER:
15                   PAGELINE
16                   --             --
17
                   INFORMATION REQUESTED:
18
                          (None)
19
20
21
22
23
24
25
```

4

**Dr. Kevin Murphy**
**May 11, 2017**

Atkinson-Baker Court Reporters
www.depo.com

1  Q.    So less stringent than what the ADA requires?
2  A.    Just their burden of proof, so to speak, might
3  be lesser than somebody else.
4  Q.    Do you believe the testing agencies are --
5  their burden of proofs are a higher standard?
6              MR. BURGOYNE:  Object to the form of
7  the question.  Higher standard than colleges?
8              MS. CINTRON-SIEGEL:  Yes.
9              MR. BURGOYNE:  If you know.  Do you
10 have any basis for giving any views on this.
11             THE WITNESS:  I don't know that for
12        sure.  But I do know that it appears to be
13        easier to get accommodations at the
14        undergraduate level, for example.  They don't
15        have as much rigger required in terms of
16        documentation requirements as a board with
17        public safety issues at stake and fairness and
18        that sort of thing.
19 BY MS. CINTRON-SIEGEL:
20 Q.    And what do you mean by public safety issues?
21 A.    Just, when there's minimum requirements to be
22 a certain -- in a licensing test, for example,
23 there's supposed to be minimal competencies.  And
24 this is -- my impression is that this is allowing
25 people to progress into an area that would be -- put

Dr. Kevin Murphy
May 11, 2017

Atkinson-Baker Court Reporters
www.depo.com

```
 1  Examiners.
 2              MR. BURGOYNE:  Well, I don't think
 3      that's what he said.
 4              THE WITNESS:  That's not what I said
 5      either.
 6  BY MS. CINTRON-SIEGEL:
 7  Q.    Okay.  Then what did you testify to?
 8  A.    I said that some places, some places that I've
 9  done work for where there's -- like, for example, if
10  a blind person applied to be a bus driver and said I
11  should be able to -- I want somebody sitting beside
12  me and telling me where to take a left and a right.
13  And I'm going to risk it because I don't want to
14  be -- that would be -- if you allowed somebody to
15  drive a bus blind and have an accommodation effect,
16  that might be a little risky.
17  Q.    Do you think that would be considered a
18  reasonable accommodation?
19  A.    I'm just giving you an example of what I'm
20  saying.  So that's an aspect of the overall
21  landscape of what boards are doing.  They're trying
22  to be fair.  They're trying to be equitable.
23  They're trying to find their own standards.  And at
24  the end of the day whether it's a lawyer, whether
25  it's a doctor, whether it's a bus driver, part of
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3          I, PATRICIA BROWN, stenographic reporter,
 4   certify:  That the foregoing proceedings were taken
 5   before  me at the time and place therein set forth,
 6   at time the witness was put under oath by me;
 7          That the testimony of the witness, the
 8   questions propounded, and all objections and
 9   statements made at the time of the examination were
10   recorded stenographically by me and were thereafter
11   transcribed;
12          That the foregoing is a true and correct
13   transcript of my shorthand notes so taken.
14          I further certify that I am not a relative or
15   employee of any attorney of the parties, nor
16   financially interested in the action.
17          I declare under penalty of perjury under the
18   laws of Pennsylvania that the foregoing is true and
19   correct.
20          Dated this 23nd day of May, 2017.
21
22
23   BY:_____
24                   Patricia Brown
25
```

130

**Dr. Kevin Murphy**
**May 11, 2017**