# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ELIZABETH A. BLACK,

        Plaintiff,

vs.                   CASE NO.: 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.

_____/

## PLAINTIFF'S RULE 26(a)(2) DISCLOSURES

Pursuant to Fed. R. Civ. Pro. 26(a)(2), Plaintiff produces the following

expert witness disclosures and accompanying expert reports:

    1.  Dr. Margret Booth-Jones, Ph.D.
        Moffitt Cancer Center
        12902 USF Magnolia Drive
        Tampa, FL 33612
        Phone: (813) 745-4673

<u>Subject Matter on which the Witness is Expected to Present Evidence</u>: This

witness is expected to present evidence relating to the Plaintiff's diagnosis of

Attention Deficit Hyperactivity Disorder (ADHD). In 2014, this individual

oversaw a "re-evaluation" diagnosis of Plaintiff for ADHD, which included a

battery of tests designed to confirm the diagnosis of ADHD that had been made by

# EXHIBIT 1

previous professionals. This witness can speak to the nature of the evaluation conducted on Plaintiff to confirm her diagnosis of ADHD and to the types of behaviors and impairments reflected in the evaluation conducted on the Plaintiff.

Summary of Facts and Opinions to which the Witness is Expected to Testify: This witness is expected to testify to the fact that the Plaintiff was diagnosed with ADHD and that the re-evaluation she supervised in 2014 confirmed this diagnosis of ADHD. The witness will explain how the evaluation was completed, what testing made up the evaluation, and how the evaluation was able to confirm Plaintiff's diagnosis. The witness is also expected to testify as to her opinion on how Plaintiff is impaired and to what magnitude Plaintiff is impaired, based on the information gather via the re-evaluation. Finally, the witness is expected to testify as to information contained in a letter written on behalf of Plaintiff's application for testing accommodations, which contains facts regarding Plaintiff's ADHD diagnosis and opinions related to how the witness feels Plaintiff is impaired.

2. Ashley Vigil-Otero, Psy.D.
   200 S Hoover Blvd #165
   Tampa, FL 33609
   Phone: (813) 530-5859

Subject Matter on which the Witness is Expected to Present Evidence: This witness is expected to present evidence related to her evaluation and treatment,

through therapy, of Plaintiff's ADHD and symptoms related to ADHD, such as testing anxiety and "work-life balance." This witness not only treated Plaintiff for ADHD but also independently evaluated Plaintiff for ADHD and confirmed her diagnosis of ADHD in 2013. This witness will speak to the nature of the evaluation conducted on Plaintiff to confirm her ADHD diagnosis as well as speak to the impairments affecting Plaintiff.

Summary of Facts and Opinions to which the Witness is Expected to Testify: This witness is expected to testify to the fact that Plaintiff was diagnosed with ADHD and that she was able to confirm this diagnosis through evaluation and treatment of Plaintiff. Additionally, this witness will testify as to her opinions on how Plaintiff's ADHD diagnosis and symptoms substantially limited and otherwise impaired Plaintiff's function in multiple settings, including in school and in her relationships. This will include testifying as to Plaintiff's substantially limitation in concentrating and thinking.

3. Prof. Ruth Colker, Esq.
   Distinguished University Professor and Heck Faust Memorial Chair in Constitutional Law
   The Ohio State University, Moritz College of Law
   55 West 12th Avenue
   Columbus, OH 43210-1391
   Phone: (614) 292-2631

A copy of the expert report prepared by Prof. Colker, pursuant to Fed. R. Civ. P.

26(a)(2)(b), is attached herein at Appendix A. Her curriculum vitae is attached

herein at Appendix B.

    4. Prof. Charles Golden, Ph.D.
       Department of Clinical and School Psychology
       Nova Southeastern University, College of Psychology
       3301 College Avenue
       Fort Lauderdale, Florida 33314-7796
       Phone: 800-541-6682

A copy of the expert report prepared by Prof. Golden, pursuant to Fed. R. Civ. P.

26(a)(2)(b), is attached herein at Appendix C. His curriculum vitae is attached

herein at Appendix D.

**Curtis Filaroski**
Florida Bar No. 111972

**Anthony J. DePalma**
Florida Bar No. 16488

**Megan Collins**
Florida Bar No. 0119112
**Attorneys for Plaintiff**
Disability Rights Florida
2473 Care Drive, Suite #200
Tallahassee, Florida 32308
(850) 488-8640
curtisf@disabilityrightsflorida.org
tonyd@disabilityrightsflorida.org
meganc@disabilityrightsflorida.org

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a true and correct copy of the foregoing was emailed on June 1, 2017, to

the following individuals:

GREGORY A. HEARING
Florida Bar No.:  817790
ghearing@tsghlaw.com
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin St., Suite 1600
Post Office Box 639 (33601)
Tampa, Florida  33602
Tel:  (813) 273-0050
Fax: (813) 273-0072

ROBERT A. BURGOYNE
Appearing *Pro Hac Vice*
D.C. Bar No.: 366757
robert.burgoyne@nortonrosefulbright.com
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501
Tel:  (202) 662-4513
Fax: (202) 662-4643

/s/ Megan Collins
Megan Collins, Esq.

# APPENDIX A

Report of
Professor Ruth Colker, Esq.

*Elizabeth A. Black v. National Board of Medical Examiners*, Civil Action 8:16-cv-02117-SDM-TGW

## I. INTRODUCTION

This report has been prepared at the request of Disability Rights Florida.  In compliance with Fed R. Civ. P. 26(a)(2)(B), I provide the following background information:

- I have been asked to answer the following questions:
  - Does the processing of and the decision regarding Elizabeth Black's accommodations application, for accommodations of the USMLE Step One examination administered by Defendant, represent "best practices" for entities administering standardized tests, as outlined in the LSAC Best Practices Panel report and pursuant to the policies and law/legal analysis guiding the LSAC Best Practices Panel report?
  - If not, how is Defendant's analysis of Ms. Black's accommodation request inconsistent with the ADA?

- In order to answer those questions, I reviewed the following material:
  - Final Report of the "Best Practices" Panel (January 26, 2015)
  - DSM-5 Definition of Attention-Deficit/Hyperactivity Disorder
  - Elizabeth Black 2014 Accommodation Application
  - Elizabeth Black 2016 Accommodation Application
  - Elizabeth Black transcripts at high school, Princeton, University of Pennsylvania, and USF Medical School
  - NMBE Responses and Reports
  - Elizabeth Black Psychological Evaluations
  - Plaintiff's Initial Complaint
  - Elizabeth Black's SAT and MCAT scores
  - The ADA and accompanying regulations and guidance
  - NMBE contract with Kevin Murphy
  - Confidential Memo by NBME entitled: "Recent Trends in Requests for Test Accommodations"
  - 2014-2015 USMLE Step Exam Powerpoint
  - 2015 Consultants Meeting Powerpoint
  - 2015 USMLE Step Exam Powerpoint
  - 2016 Consultants Webinar Powerpoint
  - USMLE Testing Accommodation Policy (from website)
  - Policies and Procedures Regarding USMLE Test Administration for Examinees with Disabilities
  - USMLE website changes (May 5, 2017)
  - NBME Response to Plaintiff's first set of interrogatories (May 2, 2017)
  - Dr. Kevin Murphy's Deposition (May 11, 2017)
  - Dr. Catherine Farmer Deposition (May 10, 2017)

- My resume, with a list of publications will be provided at the end of this report. In addition to my work on the Americans with Disabilities Act, since it was enacted in 1990, I have served as one of the authors of the "Best Practices" Report prepared as a result of the consent decree between the California Department of Fair Employment and Housing, the United States of America and the Law School Admission Council, Inc., Case No. CV 12-1830-EMC.  I have also done work in the testing field since I was hired as a trial attorney in the Civil Rights Division at the United States Department of Justice in 1981, where I worked on cases to invalidate standardized tests used to hire police and firefighters due to their racial and gender bias.  I also conducted empirical studies in the field of psychology when I was an undergraduate at Harvard University and co-authored an article in that field as a college senior.

- In the last four years, I have not testified as a witness as an expert at trial or by deposition.

- I am compensated at $125/hour (with a daily cap of $1,000) for the preparation of this expert report and resulting testimony.

## II. COMPARISON WITH PRACTICES SUGGESTED BY THE FINAL REPORT OF THE BEST PRACTICES PANEL

### A.  INTRODUCTION

The Best Practices Panel was created as part of a settlement between the California Department of Fair Employment and Housing (DFEH), the United States of America (DOJ) and the Law School Admission Council (LSAC), Case No. CV 12-1830-EMC.  Although the parties were able to agree on important modifications of LSAC's accommodation practices, such as granting automatic approvals to all candidates who had received accommodations on other standardized exams such as SAT or ACT, they were not able to reach agreement on how to treat applicants who did not fall into that category.  The Best Practices Panel consisted of four individuals in the field of educational psychology, with two chosen by LSAC and two by DOJ/DFEH.  Those four panelists chose me as the lawyer on the panel from a list of legal experts compiled by DOJ/DFEH.  Our final report was signed by four of five panel members, including one educational psychologist chosen by LSAC (who had also served as their external consultant for many years).

As we said in the Introduction to our Report, we found it necessary to write our recommendations, in part, to "facilitate a climate change within LSAC to be more supportive of the rights of candidates with disabilities." (p. 3) Further, we found that LSAC's documentation requirements were "excessive." (p. 4) Finally, we found that LSAC staff "does not give adequate weight to prior testing accommodations received

by a candidate if the candidate was not previously provided testing accommodations on standardized examinations." (p. 11)

My review of Ms. Black's file and NBME's material relating to the treatment of candidates suggests that NBME's process has these same failures to comply with the ADA.  For example, their memorandum on recent trends in requests for test accommodations emphasizes that "The number of requests based on neurodevelopmental disorders such as LD and/or ADHD diagnosed in adulthood while in or after graduating from medical school continues to be sizable." (p. 3) Further, it appears they had a high denial rate of candidates seeking additional testing time although they report their data in a way that it makes it difficult to analyze.  For 2015-16, for example, they report that 236 Step 1 requests were " granted" and that 80 candidates were granted additional breaks with standard testing time in their document entitled "Recent Trends in Requests for Test Accommodations."  Were the 80 a subset of the 236? Or is that an additional category?  They also report that 132 candidates were "denied" accommodations but do not specify how many of them sought extra time.  (Table 1, p. 3) I would speculate that a high proportion of candidates with ADHD who sought extra time had their request denied and that figure was likely higher for those who NBME described as "diagnosed in adulthood," based on Dr. Murphy's evaluation letter. Dr. Murphy's letters reviewing Ms. Black's files suggest that he rarely would conclude a candidate could have an adult diagnosis of ADHD sufficient to justify extra time on the NMBE.[1]  The use of a diverse set of reviewers with an automatic review/appeal process, as suggested by the Best Practices Report, would help ensure that systematic reviewer bias was not adversely affecting the consideration of NBME candidates.  Although further data would be useful, there is strong evidence of such systemic bias necessitating changes in protocol like those suggested by the Best Practices Report.

B. COMPARISON[2]

    1. <u>Diversification of expert consultants</u>

    <u>Current Practice</u>

---

[1] His first letter of denial also mistakenly says that Ms. Black scored on the 75th percentile on the MCAT.  She, in fact, took the test twice earning a score in the 32nd percentile on the first attempt and a score in the 73rd percentile on the second attempt.  Dr. Murphy offers no explanation for why a Princeton graduate with strong grades in science classes at the University of Pennsylvania would have such weak scores on the MCAT. His superficial statement that she scored in the 75th percentile on the MCAT suggests a sloppiness in his examination of her standardized testing record and a tendency to review her file from a negative, denial mindset.
[2] The numbering reflects the numbering in the Final Report of the Best Practices Panel based on the list of issues we were asked to consider.

4

From the information I have been able to review, NMBE appears to have used only one outside expert to review Ms. Black's request for accommodation as an individual with ADHD. The same expert was used to review both of Ms. Black's requests for accommodation.

Panel's Recommendation

We recommended that a testing entity have a list of 25-40 outside consultants with a variety of areas of expertise to review about 300 files each year. NBME appears to deny accommodation requests to about 200 people each year so it might be able to meet that level of demand by having 20-30 outside consultants.

2.  Documentation

Current Practice

NMBE appears to offer general guidelines for the kind of documentation that individuals must submit. As reflected in its treatment of Ms. Black, NMBE does not appear to give deference to the documentation from qualified professionals. Instead, it has substituted its own judgment for that of the treating professionals. Further, at the time they considered Ms. Black's request, they refer to DSM-IV guidelines rather than DSM-5. Although that practice may have been subsequently changed[3], it was their practice at the time her application was considered.

The reference to DSM-IV is problematic for two reasons: (1) DSM-5 relaxed the age of onset criteria. DSM-5 only requires evidence of *symptoms* before age 12, not evidence of *impairment.* Further, the evidence need only be from age 12, not age 7. (2) DSM-5 also relaxed the multiple settings requirement. There only needs to be evidence of *symptoms* in two or more settings; there need not be evidence of an *impairment* in those settings. As applied to Ms. Black's situation, NMBE does not appear to be using current diagnostic criteria to assess whether she has a disability.[4]

Panel's Recommendation

Elizabeth Black's request would fit into "category 2" for the Panel's Recommendation. She is providing documentation to support an ADHD diagnosis and is requesting up to 50 % additional time. She should be considered disabled if she provides documentation from a qualified professional who examined her after

---

[3] At the time Ms. Black's request was pending, their published guidance explicitly referred to DSM-IV. As of May 5, 2017, they no longer refer to the DSM specifically and thereby do not state whether they rely on DSM-IV or DSM-5 when making decisions.

[4] In Dr. Murphy's deposition, he says he used DSM-5 criteria yet he testified repeatedly about the need to find an onset of impairment in childhood. See Murphy Deposition at pp. 9, 37, 59 & 99.

5

age 13 and provides a statement that provides a reasonable explanation for why she needs the testing accommodation to best ensure that the test results accurately reflect the aptitude or achievement of the candidate.

Deference to Ms. Black's treating professionals is appropriate because they properly relied on DSM-5 criteria to make their determination.

3. Reviewers

Current Practice

The correspondence with NMBE is signed by Catherine Farmer, Psy.D. It is not clear how NMBE makes its decisions internally and the qualifications of the staff members. From the Defendant's Response to Plaintiff's First Set of Interrogatories, it appears that Michelle Goldberg, Ph.D., Susan Conroy, Kelly Delaney, and Erin Convery reviewed one or more of her requests for accommodations.

Panel's Recommendation

Testing entities should have reviewers with a wide range of disability expertise.

4. Qualified Professionals

Current Practice

It appears that an internal decision to deny testing accommodations can be made without any outside consultation.

Panel's Recommendation

We recommended that all testing accommodation requests that are not granted in full must be reviewed by two outside consultants.

5. Criteria and guidelines for reviewers

Current Practice

The criteria and guidelines used by NMBE are not clear; however, the overly intrusive nature of the review of Ms. Black's file is apparent.

Panel's Recommendation

Under the Panel's recommendation, Ms. Black would qualify as someone who has a "record of a disability" because she had documentation from a qualified professional to support her receipt of extra time during medical school. Because

6

more weight should be given to the views of a qualified professional who has examined the candidate, than the paper-record review by NMBE, Ms. Black should be found to be a person with a record of a disability.

Even if NMBE would not consider Ms. Black to have a "record of a disability," she should be found to currently have a disability based on her current psycho-educational examinations. Specifically, the Best Practices Report cautioned that a testing entity should not create an adverse inference merely because someone does not have a record of using testing accommodations on standardized exams. Many of the factors listed on page 14 of the Best Practices Report apply to Ms. Black's situation:

- An older student who was diagnosed later in life
- Prior reluctance to disclose evidence of disability for fear of stigma or discrimination because of the flagging of test results
- History of receiving intensive tutoring to overcome barriers to performance

Under the Best Practices recommendations, Ms. Black would be found to be a person with a disability. The next question would be to determine what testing accommodations would be appropriate. We suggested that considerable weight be given to past accommodations provided in a postsecondary testing situation. In Ms. Black's case, considerable weight should be given to the decision by her medical school to provide her with 50 % extra time. Further, the panel recommended that it is important to have consistent treatment of candidates with similar disabilities. Hence, as someone with documented evidence of ADHD, Ms. Black would be provided with 50 % extra time.

6 & 7. <u>Written explanations for denials of testing accommodation requests</u>

<u>Current Practice</u>

Ms. Black was provided an explanation for her denial.

<u>Panel's Recommendation</u>

The Panel recommended that the candidate should be provided with an explanation for why her request for accommodation was denied and what additional information, if any, could lead the testing entity to approve the requests in the future.

While Ms. Black was provided with information about why her request was denied, it does not appear that NMBE was willing to genuinely reconsider its decision after receipt of more information. With respect to information from childhood, the DSM-5 specifically cautions: "[A]n early age at onset is not specified because of difficulties in establishing precise childhood onset retrospectively. Adult

7

recall of childhood symptoms tends to be unreliable, and it is beneficial to obtain ancillary information." (DSM-5, at 61). Rather than insist that NBME rely on her " adult recall," Ms. Black submitted documentation from earlier periods in her life. As someone who was not diagnosed with ADHD until adulthood, using DSM-5 criteria, it is unrealistic to expect further documentation to be available. NBME's failure to accept this documentation is akin to NBME not recognizing adult diagnosis of ADHD. The DSM-5, however, specifically recognizes the possibility of diagnosis of ADHD in adults.

8. <u>Automatic review of partial and full denials</u>

<u>Current Practice</u>

NMBE does not appear to have any kind of automatic review procedure.

<u>Panel's Recommendation</u>

The Panel placed great weight on the importance of providing candidates with prompt resolutions of their request for accommodation because of the impact that testing accommodations would have on their preparation for the exam and anxiety as they prepared for the exam. It is important to study for a standardized exam under the actual testing conditions in order for such studying to be effective.

The Panel recommended that the disability specialist should make a preliminary determination within two business days of receiving a completed file. The Manager of Accommodated testing would then have two business days to review that recommendation. When the Manager rejects a request for accommodation then an outside consultant would be contacted who would have 2 days to review the file. In this case, the outside consultant also rejected the request for accommodations. If the outside consultant rejects the request then another outside consultant would be selected to review the request. Under these procedures, Ms. Black would only have been told that her request was rejected after two outside consultants ratified the internal rejection. Further, she would have been notified much more quickly of the NBME's decision to approve or reject her request.

9. <u>Timely/streamlined appeals process</u>

<u>Current practice</u>

NMBE's consideration of Ms. Black's "appeal" appears to actually be a reconsideration of her original request from the same personnel. There is no genuine appeals process.

While the NBME documentation states that candidates should expect to receive a decision within 60 days, that timeline does not appear to have been

followed with respect to Ms. Black. Ms. Black appears to have requested accommodations on November 18, 2014. Her request was denied in a letter dated March 2, 2015. A report by Dr. Kevin Murphy in support of that denial is dated December 29, 2014. Thus, it appears to have taken over four months for Ms. Black to learn that her request for accommodation was denied.

Ms. Black's second request for accommodations is dated January 22, 2016. As part of the consideration process, NBME appears to have sent her additional information to Dr. Murphy to review for a second time. In a letter dated February 26, 2016, he reaches the same conclusion as the first time. Ms. Black's request was denied in a letter dated March 28, 2016 (more than 2 months after her accommodation request). (This letter has a typo and lists the date as March 28, 2015 on the second and subsequent pages.)

### Panel's Recommendation

The candidate should be provided with four days to transmit an appeal, which would be considered by up to two outside consultants, if the first outside consultant rejects the request for accommodation. Each outside consultant will make a determination within 24 hours. Faster processing of the files allows candidates to have more time to prepare for the examination, knowing under what conditions they will take the exam.

### 10. Training

### Current Practice

I have no information about training for staff or outside consultants

### Panel's Recommendation

The Panel recommended an annual two-day training.

### III. PROPER DISABILITY DETERMINATION OF MS. BLACK UNDER THE ADA

When Congress amended the ADA in 2008, it stated that the definition of disability should be "construed in favor of broad coverage of individuals under this chapter, to the maximum extent permitted by the terms of this chapter." 42 U.S.C. § 12102(4)(A). Further, in its findings it stated that "the question of whether an individual's impairment is a disability under the ADA should not demand extensive analysis." 42 U.S.C. § 12101 (b)(5).

On August 11, 2016, DOJ issued new regulations to implement the 2008 Amendments with respect to ADA Title II and III, including the testing provisions. These new regulations added Attention Deficit/Hyperactivity Disorder as an example of a physical or mental impairment in §§ 35.108(b)(2) and 36.105(b)(2).

9

The Department also clarified that it is using the term ADHD "in the same manner as it is currently used in the Diagnostic and Statistical Manual of Mental Disorders: Fifth Edition (DSM-5) (p. 7 n. 3). The revised regulations also state specifically that someone "may achieve a high level of academic success, but may nevertheless be substantially limited in one or more major life activities, including, but not limited to, reading, writing, speaking, or learning because of the additional time or effort he or she must spend to read, write, speak, or learn compared to most people in the general population." § 35.108(b)(3)(iii)

The Guidance accompanying the 2016 regulations could not be clearer in suggesting that someone with Ms. Black's profile is disabled under the ADA. It says:

> For example, if an individual with ADHD seeking a reasonable modification or a testing accommodation asserts substantial limitations in the major life activities of concentrating and reading, then the analysis of whether or not that individual has a covered disability will necessarily focus on concentrating and reading. Relevant considerations could include restrictions on the conditions, manner, or duration in which the individual concentrates or reads, such as a need for a non-stimulating environment or extensive time required to read. Even if an individual has asserted that an impairment creates substantial limitations on activities such as reading, writing, or concentrating, the individual's academic record or prior standardized testing results might not be relevant to the inquiry. Instead, the individual could show substantial limitations by providing evidence of condition, manner, or duration limitations, such as the need for a reader or additional time. The Department does not believe that the testing results or grades of an individual seeking reasonable modifications or testing accommodations always would be relevant to determinations of disability. While testing and educational entities may, of course, put forward any evidence that they deem pertinent to their response to an assertion of substantial limitation, testing results and grades may be of only limited relevance.

Appendix C to Part 35, Guidance regarding Sections 35.108(d)(1)(v) and 36.105(d)(v)

Applying those regulations and guidance, Ms. Black is an individual with a disability as defined by the ADA who needs testing accommodations to best ensure that standardized tests reflect her aptitude and ability rather than her ADHD. *See* 42 U.S.C. § 12189. She attained somewhat below-average grades at Princeton (2.90)[5]

---

[5] Average GPA at Princeton when she was enrolled appears to have been around a 3.25. *See Report from the Ad Hoc Committee to Review Policies Regarding Assessment and Grading* (August 5, 2014), available at https://www.princeton.edu/main/news/archive/S40/73/33I92/PU_Grading_Polic

when she took a full course load and exceptional grades (3.79) at the University of Pennsylvania when she took a reduced course load of science classes.  The profound difference in her grades when she took a lighter load as compared to when she took a full load suggests that the additional time she needs to learn material causes her to perform worse on exams when she has time constraints. Her SAT scores from 2000 placed in her approximately the 80th percentile with her subject scores placing her in approximately the 50th percentile, despite having earned nearly straight A's in high school.  The average admitted applicant to Princeton would have standardized test scores in the 99th percentile.  Thus, her scores would be quite low for an applicant to Princeton University and are well below what one would expect for her IQ score in the 98th percentile. She clearly was admitted to Princeton "despite" rather than "because" of her standardized test scores.  She earned somewhat below-average grades at Princeton, likely because of the heavy time demands of a Princeton education. Despite very high grades from University of Pennsylvania, when she fulfilled the academic requirements to apply to medical school, her MCAT scores were in the 32nd and 73rd percentiles. She was admitted to one medical school "despite" rather than "because of" her standardized test scores.  Even without testing accommodations, and an inability to finish any section of the test, she came very close to passing the Step One medical licensing exam because of her perseverance and very high academic knowledge and aptitude.  As her grades rose from a 2.9 at Princeton to a 3.79 at University of Pennsylvania when she had more time to devote to her studies, one would expect that extra time on the NBME would have a profound impact on the score she is able to attain (and would reflect her actual content knowledge rather than her ADHD).

In considering Ms. Black's request, the NMBE seems to be conflating the question of whether she is "disabled" with the question of what accommodation she needs to demonstrate her knowledge and abilities. The issue of what modifications she should be provided once she is classified as "disabled" under the ADA is governed by 42 U.S.C. § 12189, which under the applicable regulations, requires the testing entity to select and administer the examination so as to "best ensure" that it accurately reflects the individual's achievement level (or whatever else the test is designed to measure). *See* 28 C.F.R. § 36.309. Ms. Black has not been provided with sufficient time to complete the test, so the test is measuring, in part, her ADHD rather than her genuine achievement level.  Because the defendant provides extended time to other students, it cannot argue that extra time invalidates the accuracy of the testing instrument.  In fact, the defendant allows students who were diagnosed with ADHD at an early age to receive extended time.  Thus, once the defendant correctly determines that Ms. Black is an individual with a disability, it has a responsibility to make sure that she can take the examination under conditions that allow her to demonstrate her achievement level.  She should be treated the same as other students with a documented disability of ADHD and be provided with extended time.

y Report 2014 Aug.pdf. In his deposition, Dr. Murphy mistakenly says that Ms. Black had a 3.2 GPA at Princeton.  (Murphy Deposition, p. 43)

The ADA only has one definition of disability.  Individuals seeking accommodations on medical licensing exams must meet the same definition of disability as individuals seeking any other kind of accommodation under the ADA. As reflected in DOJ's Testing Accommodations Guidance, qualified treating professionals, who have met the individual and who rely on the current DSM-5, are in the best position to assess whether Ms. Black is disabled.  *See* https://www.ada.gov/regs2014/testing_accommodations.pdf.

Nonetheless, Dr. Murphy testified in his deposition that medical licensing entities should have a higher standard for determining if someone is disabled because of "public safety issues."  That statement is legally incorrect. The question of what *modifications* an applicant should receive is different than the question of whether the individual is *disabled*.[6] The modification determination should be made under the "best ensure" standard.  Oddly, however, Dr. Catherine Farmer, who is head of defendant's Disability Services, testified in her deposition as the NBME's corporate representative that she was unaware of any studies conducted by the

---

[6] The fact that Dr. Murphy has conflated those two issues becomes apparent when he gives his public safety example of a blind bus driver, who he suggests should not be considered disabled. (Murphy Deposition, p. 95).  Such a person would likely need a state-administered license from a testing entity to be allowed to drive a bus. If the applicant sought such a license, the testing entity would have to conclude that he has a disability – a visual impairment.  The applicant would also be entitled to request reasonable modifications of the testing procedures so that he could demonstrate that he had the skills or abilities being tested by the entity.  The applicant, however, would not be allowed to request a modification to the licensing examination that permitted someone else to take the road test for him.  With such a modification, the examination is no longer testing the applicable skills and abilities – independently driving safely on a public road.  Thus, the licensing entity would be allowed to deny the requested modification, not because the person is not disabled, but because the requested modification is not reasonable.  In the present case, the medical licensing examination purports to test knowledge of certain medical information.  Because of time constraints, Ms. Black has not been able to demonstrate her knowledge of the material.  Dr. Murphy has no professional obligation to refuse to acknowledge that Ms. Black has ADHD in order to protect public safety.  After a valid disability determination has been made, the testing entity would provide the reasonable modifications required under the "best ensure" standard.  Unlike the bus driver, Ms. Black is seeking a reasonable modification of extended time that would still permit the examination to evaluate her knowledge of the content. After the so-called "blind pilot" case, *Sutton v. United Airlines,* 527 U.S. 475 (1999), Congress amended the ADA to broaden the definition of disability so that the inquiry would shift to what accommodations or modifications are appropriate rather than the question of whether the individual is disabled. Dr. Murphy's deposition reflects that he conflated the two issues and applied a standard inconsistent with the ADA.

defendant regarding the validity of its time limits on the examination.  (Farmer Deposition, p. 153).  It is hard to understand how the defendant could be implementing the "best ensure" standard if the head of its Disability Services is unfamiliar with the justifications behind its time constraints.

Dr. Murphy's failure to comply with the ADA is also illuminated in his reference to his responsibility to consider issues of "fairness" when making his determination whether a candidate is disabled. (Murphy deposition, p. 96). Those comments reflect that he did not conduct his determination consistent with the ADA. If Ms. Black were found to be disabled then the testing entity would have to provide her with testing modifications that "best ensured" that her score reflected her content knowledge. Ms. Black is not asking to be "given" a passing grade on the licensing exam; she is asking for an opportunity to demonstrate her content knowledge by having an opportunity to answer all the questions on the licensing exam.  The ADA provides her with that opportunity so that the test can accurately assess her content knowledge.  The medical licensing exam is not a curved exam.  It is a proficiency exam with candidates needing to attain a certain score to pass. Because Ms. Black is not able to finish the test in the time allocated, she is not able to demonstrate her content knowledge.  Despite Dr. Murphy's reference to issues of fairness, no other candidate is adversely affected if Ms. Black is given enough time to demonstrate her content knowledge.  Ms. Black is the only person being treated unfairly by not being offered enough time to demonstrate her content knowledge, as required by the ADA.

Thus, from reading the files and deposition testimony, I conclude that NMBE believes that a candidate can virtually never have ADHD if that person did not have a childhood diagnosis of ADHD and requested extended time on the SAT's and the MCAT. That conclusion is legally impermissible, especially for a candidate who would have taken those standardized tests under accommodated conditions with a " flag." The ADA covers individuals with an adult diagnosis of ADHD and the DSM-5 recognizes that impairment.  Nonetheless, the NMBE appears to set an impossibly high standard for an individual to qualify for testing accommodations due to an adult diagnosis of ADHD.  That conduct is legally impermissible under the ADA.

## IV. CONCLUSION

NBME's treatment of Ms. Black's request for testing accommodations was inconsistent with the rules created by the ADA. Further, a review of her file and other documents suggest that NBME suffers from the same culture of negative consideration of testing accommodation requests[7] as the Best Practices Panel found

---

[7] Dr. Murphy acknowledged in his deposition that he only recommends for approval about 15 to 20 percent of the time when someone has ADHD.  Dr. Murphy also repeatedly suggested that his determination that Ms. Black did not have ADHD was more valid than that of her treating professionals because he is an international expert in ADHD.  When Congress amended the ADA in 2008, however, it emphasized

existed at LSAC.  Thus, I recommend that NBME follow the procedures recommended by the Best Practices Panel to attain compliance with the ADA.

---

that the issue of whether an individual has a disability under the ADA "should not demand extensive analysis."  Findings and Purposes of ADA Amendments Act of 2008, Pub. L. 110-325, § 2, Sept. 25, 2008, 122 Stat. 3553, (b)(5).  *See also* 42 U.S.C. § 12102 (4)(A) ("The definition of disability under this chapter shall be construed in favor of broad coverage of individuals under this chapter, to the maximum extent permitted by the terms of this chapter.")  Ms. Black's diagnosis of ADHD was validly obtained from qualified treating professionals.  The ADA does not require her to seek out treating professionals with an international reputation to obtain a medical prescription, accommodations in graduate school, and accommodations on a licensing examination.

14

# APPENDIX B

# Ruth Colker

614-292-0900 (office)                                    colker.2@osu.edu
317 Drinko Hall                              http://moritzlaw.osu.edu/sites/colker2/
55 West 12th Avenue, Columbus, OH 43210          http://ssrn.com/author=229634
http://moritzlaw.osu.edu/faculty/professor/ruth-colker/              @ruthcolker

## Education

J.D. , Harvard Law School 1981
       Articles Editor, *Harvard Women's Law Journal*
       President, Committee on Gay and Lesbian Legal Issues

A.B., Harvard University (Radcliffe College) 1978
       *cum laude* in Social Studies
       Richard King Mellon National Merit Scholarship Recipient
       President, Radcliffe Student Body
       Captain, Radcliffe Heavyweight Crew (4th Place, single sculls, Nationals)

## Professional Positions

Distinguished University Professor, The Ohio State University, July 2009 – present

Heck-Faust Chair in Constitutional Law, The Ohio State University, August 1997 – present
       affiliated faculty in the Department of Women's Studies & The John Glenn Institute
       University Distinguished Lecturer, 2001-02 academic year
       University Distinguished Diversity Enhancement Award, 2002
       Service-Learning Award recipient, 2002-03 academic year
       University Distinguished Scholar Award, 2003

Professor of Law, University of Pittsburgh, July 1993 - August 1997
       joint appointment in Women's Studies Program

Professor of Law, Tulane University, July 1985 - July 1993
       member of Steering Committee, Women's Studies

Visiting Professor of Law, University of Toronto, Fall 1988 & Spring 1990

Adjunct Professor of Women's Studies, George Washington University, Spring 1985

Trial Attorney, Civil Rights Division, United States Department of Justice, 1981 - 1985
       Special Achievement Award (1985)
       Exceptional Performance Award (1982)

## Books

SPECIAL EDUCATION ADVOCACY: NUTSHELL (West Publishing forthcoming 2017)

SEXUAL ORIENTATION, GENDER IDENTITY, AND THE LAW: NUTSHELL (West Publishing 2017)

THE LAW OF DISABILITY DISCRIMINATION FOR HIGHER EDUCATION PROFESSIONALS (LexisNexis 2014)(with Paul Grossman)

DISABLED EDUCATION (NEW YORK UNIVERSITY PRESS) (2013)

THE LAW OF DISABILITY DISCRIMINATION (8th Edition) (LexisNexis 2013) (with Paul Grossman)

THE LAW OF DISABILITY DISCRIMINATION HANDBOOK: STATUTES AND REGULATORY GUIDANCE (8th edition) (LexisNexis 2013)(with Paul Grossman)

SPECIAL EDUCATION ADVOCACY (with Julie Waterstone, eds.) (LexisNexis 2011)

FEDERAL DISABILITY LAW IN A NUTSHELL (4th Edition)(West Publishing 2010)

WHEN IS SEPARATE INHERENTLY UNEQUAL?: A DISABILITY PERSPECTIVE (Cambridge University Press 2008)

EVERYDAY LAW FOR INDIVIDUALS WITH DISABILITIES (with Adam Milani) (Paradigm Press 2005)

THE DISABILITY PENDULUM: THE FIRST DECADE OF THE AMERICANS WITH DISABILITIES ACT (New York University Press 2005)

AMERICAN LAW IN THE AGE OF HYPERCAPITALISM: THE WORKER, THE FAMILY, AND THE STATE (New York University Press 1998)

HYBRID: BISEXUALS, MULTIRACIALS, AND OTHER MISFITS UNDER AMERICAN LAW (New York University Press 1996) (awarded the 1997 Myers Center Award for the Study of Human Rights in North America for outstanding work on intolerance in North America)

PREGNANT MEN: PRACTICE, THEORY, AND THE LAW (Indiana University Press 1994)

ABORTION AND DIALOGUE: PRO-CHOICE, PRO-LIFE, AND AMERICAN LAW (Indiana University Press 1992) (named an Outstanding Academic Book by the Association of College and Research Librarians)

## Book Chapters

*Rehnquist and Federalism: An Empirical Perspective* in THE REHNQUIST LEGACY (Craig Bradley ed. 2005) (Cambridge University Press) (with Kevin Scott)

*The Death of Section 504* in BACKLASH AGAINST THE AMERICANS WITH DISABILITIES ACT: INTERDISCIPLINARY PERSPECTIVES 323 (Linda Hamilton Krieger ed. 2003) (University of Michigan Press)

*ADA Title III: A Fragile Compromise* in AMERICANS WITH DISABILITIES: EXPLORING IMPLICATIONS OF THE LAW FOR INDIVIDUALS AND INSTITUTIONS 293 (Leslie Pickering Francis and Anita Silvers eds. 2000) (Routledge Press)

*Americans with Disabilities Act in* ENCYCLOPEDIA OF THE AMERICAN CONSTITUTION, SUPPLEMENT II (Leonard W. Levy, Kenneth L. Karst & Adam Winkler eds. 2000)

*Disability Discrimination in* ENCYCLOPEDIA OF THE AMERICAN CONSTITUTION, SUPPLEMENT II (Leonard W. Levy, Kenneth L. Karst & Adam Winkler eds. 2000)

*The Americans with Disabilities Act: A Windfall for Defendants* in CIVIL RIGHTS LITIGATION AND ATTORNEY FEES ANNUAL HANDBOOK vol. 14 (Steven Saltzman ed. 1999)

*Affirmative Action, Reasonable Accommodation and Capitalism: An Irreconcilable Conflict? in* JUSTICE FOR PEOPLE WITH DISABILITIES: LEGAL AND INSTITUTIONAL ISSUES (eds. Marge Hauritz, Charles Sampford and Sophie Blencowe 1998)

*Disembodiment: Abortion and Gay Rights*, *in* RADICAL PHILOSOPHY OF LAW (Steven Jay Gold & David S. Caudill eds.) (Humanities Press 1994)

*Abortion and the Constitution*, *in* THE ENCYCLOPEDIA OF THE AMERICAN CONSTITUTION, SUPPLEMENT I (Leonard W. Levy, Kenneth L. Karst & Adam Winkler eds. 1991)

*Feminism, Sexuality and Authenticity*, *in* AT THE BOUNDARIES OF LAW: FEMINISM AND LEGAL THEORY (M. Fineman & N. Thomadsen eds., 1991)

*Equality as Compassion*, *in* THE EVOLVING U.S. CONSTITUTION 1787-1987 (Institute of American Culture, Republic of China ed.1989)

## Articles

*Universal Design: Stop Banning Laptops!*, CARDOZO L. REV. (forthcoming 2017)

*Formative Assessments: A Law School Case Study,* UNIV. DETROIT L. REV. (forthcoming 2017) (with Ellen E. Deason, Deborah Jones Merritt, Monte Smith & Abigail B. Shoben)

*The Freedom to* Choose *to Marry,* 30 COLUMBIA JOURNAL OF GENDER AND THE LAW 383 (2016)

*Religious Accommodations for County Clerks?,* 76 OHIO STATE LAW JOURNAL FURTHERMORE: SIXTH CIRCUIT REVIEW 87 (2015).

*The Americans with Disabilities Act is Outdated,* 63 DRAKE LAW. REV. 787 (2015).

*Blaming Mothers: A Disability Perspective*, 95 B.U. L. Rev. 1205 (2015).

*California Year in Review: 2013 Special Education ALJ Decisions*, 34 JOURNAL OF THE NATIONAL ASSOCIATION OF ADMINISTRATIVE LAW JUDICIARY 47 (2014)

*Special Education Complaint Resolution: Ohio*, 29 OHIO STATE JOURNAL ON DISPUTE RESOLUTION 371 (2014)

*Politics Trump Science: The Collision Between No Child Left Behind and the Individuals with Disabilities Education Act*, 42 J. OF LAW AND EDUCATION 585 (2013)

*California Hearing Officer Decisions*, 32 J. OF NATIONAL ASS'N OF ADMIN. LAW JUDICIARY 463 (2013)

*Response: Hybrid Revisited,* 100 GEORGETOWN L.J. 1069 (2012)

*The Learning Disability Mess*, 20 AMERICAN U. J. OF GENDER, SOCIAL POLICY & THE LAW 81(2011) (symposium)

*Speculation about Judicial Outcomes Under 2008 ADA Amendments: Cause for Concern*, 2010 UTAH L. REV. 1029 (symposium)

*Reflections on Race: The Limits of Formal Equality*, 69 OHIO STATE L. J. 1089 (2008).

*Extra Time as an Accommodation*, 69 U. PITT. L. REV. 413 (2008)

*The Mythic 43 Million Americans with Disabilities*, 49 WM. & MARY L. REV. 1 (2007)

*Anti-Subordination Above All: A Disability Perspective*, 82 NOTRE DAME L. REV. 1415 (2007)

*Absentee Voting by People with Disabilities: Promoting Access and Integrity*, 38 MCGEORGE L. REV. 1015 (with Daniel P. Tokaji)

*Justice Sandra Day O'Connor's Friends,* 68 OHIO STATE L.J. 517 (2007)

*Marriage Mimicry: The Law of Domestic Violence*, 47 WM. & MARY L. REV. 1841 (2006).

*The Disability Integration Presumption: Thirty Years Later*, 154 U. PENN. L. REV. 789 (2006).

*Homophobia, HIV Hysteria, and the Americans with Disabilities Act*, 8 J. OF GENDER, RACE, AND JUSTICE 33 (2004).

*The ADA's Journey Through Congress*, 39 WAKE FOREST L. REV. 1 (2004).

*Empirical Studies: How Do Discrimination Cases Fare in Court?: Proceedings of the 2003 Annual Meeting of the Association of American Law Schools, Section on Employment Discrimination*, 7 EMPLOYEE RIGHTS AND EMPLOYMENT POLICY JOURNAL 533 (2003).

*Book Review: Ruth O'Brien, Crippled Justice: The History of Modern Disability Policy in the Workplace* in 27 JOURNAL OF HEALTH POLITICS, POLICY AND LAW 1043 (2002).

*The Supreme Court's Historical Errors in* City of Boerne v. Flores, 43 B.C. L. REV. 783 (2002).

*Dissing States?: Invalidation of State Action During the Rehnquist Era*, 88 VA. L. REV 1301(2002) (with Kevin M. Scott).

*The Post-*Garrett *World: Insufficient State Protection Against Disability Discrimination*, 53 UNIV. OF ALABAMA L. REV. 1075 (2002) (with Adam Milani).

*Middle-Class White Privilege*, 6 REVIEW OF CONSTITUTIONAL STUDIES 324 (2002).

*Dissing Congress*, 100 MICH. L. REV. 80 (2001) (with James J. Brudney).

City of Boerne *Revisited*, 70 UNIV. OF CINCINNATI L. REV. 455 (2002).

*The Death of Section 504*, 35 UNIV. OF MICHIGAN J. OF LAW REF.219 (2001-02).

*Winning and Losing Under the Americans with Disabilities Act*, 62 OHIO STATE L.J.239 (2001).

*ADA Title III: A Fragile Compromise*, 21 BERKELEY JOURNAL OF EMPLOYMENT AND LABOR LAW 377 (2000).

*The Section Five Quagmire*, 47 UCLA L. REV. 653 (2000).

*The Americans with Disabilities Act: A Windfall for Defendants*, 34 HARV. CIV. RTS-CIV. LIBERTIES L. REV. 99 (1999).

*Hypercapitalism: Affirmative Protection for People with Disabilities, Illness and Parenting Responsibilities Under United States Law*, 9 YALE J. L. & FEMINISM 213 (1997).

*Sexual Orientation: Militarism, Moralism, and Capitalism*, 6 HASTINGS L.J. 1201 (1997).

*Pregnancy, Parenting and Capitalism*, 58 OHIO ST. L.J. 61 (1997)

*Pregnant Men Revisited or Sperm is Cheap, Eggs are Not*, 47 HASTINGS. L.J. 1063 (1996).

*Whores, Fags, Dumb Ass Women, Surly Blacks, and Competent Heterosexual White Men: The Sexual and Racial Morality Underlying Anti-Discrimination Doctrine*, 7 YALE J.L. & FEMINISM 196 (1995).

*BI: Race, Sexual Orientation, Gender, and Disability*, 56 OHIO ST. L.J. 1 (1995)

*An Embodied Bisexual Perspective,* 7 YALE J.L. & HUMAN. 139 (1995)

*Abortion and Violence*, 1 WM. & MARY WOMEN'S L.J. 93 (1994)

*Pregnant Men*, 3 COLUM. J. GENDER & L. 449 (1993)

*A Bisexual Jurisprudence,* 3 LAW & SEXUALITY: REVIEW OF LESBIAN AND GAY LEGAL ISSUES 127 (1993)

*Equality Theory and Reproductive Freedom*, 3 TEXAS J. OF WOMEN & LAW 99 (1993)

*The Practice of Theory*, 87 NW. U. L. REV. 1273 (1993)

*Teaching From a Feminist Perspective: An Occupational Hazard?*, 1 VA. J. OF LAW & SOC. POL'Y 153 (1993)

*Reflections on Abortion: A Role of the Dice in Louisiana*, 46 SMU L. REV. 47 (1992)

*The Example of Lesbians: A Posthumous Reply to Professor Mary Joe Frug*, 105 HARV. L. REV. 1084 (1992)

*The Practice/Theory Dilemma: Personal Reflections on the Louisiana Abortion Case*, 43 HASTINGS L.J. 1195 (1992)

*Section 1, Contextuality, and the Anti-Disadvantage Principle*, 42 U. TORONTO L.J. 77 (1992)

*An Equal Protection Analysis of United States Reproductive Health Policy: Gender, Race, Age, and Class*, 1991 DUKE L.J. 324

*Marriage*, 3 YALE J. L. & FEMINISM 321 (1991)

*The Female Body and the Law: On Truth and Lies*, 99 YALE L.J. 1159 (1990)

*Feminist Consciousness and the State: A Basis for Cautious Optimism*, 90 COLUM. L. REV. 1146 (1990)

*Feminist Litigation: An Oxymoron?*, 13 HARV. WOMEN'S L.J. 137 (1990)

*Reply to Sarah Burns*, 13 HARV. WOMEN'S L.J. 207 (1990)

*Abortion and Dialogue*, 63 TUL. L. REV. 1363 (1989)

*Feminism, Theology, and Abortion: Toward Love, Compassion, and Wisdom*, 77 CAL. L. REV. 1011 (1989)

*Administrative Prosecutorial Indiscretion*, 63 TUL. L. REV. 877 (1989)

*Feminism, Sexuality and Self: A Preliminary Inquiry into the Politics of Authenticity*, 68 B.U. L. REV. 217 (1988)

*The Anti-Subordination Principle: Applications*, 3 WIS. WOMEN'S L.J. 59 (1987)

RUTH COLKER page 7 of 14

*Anti-Subordination Above All:  Sex, Race, and Equal Protection*, 61 N.Y.U. L. REV. 1003 (1986)

*Published Consentless Sexual Portrayals:  A Proposed Framework for Analysis*, 35 BUFF. L. REV. 39 (1986)

*Rank-Order Physical Abilities Selection Devices for Traditionally Male Occupations as Sex-Based Employment Discrimination*, 19 U.C. DAVIS L. REV. 761 (1986)

*Legislative Remedies for Unauthorized Sexual Portrayals*, 20 NEW ENG. L. REV. 687 (1985)

*Pornography & Privacy:  Towards the Development of a Group-Based Theory for Sex-Based Intrusions of Privacy*, 1 L. & INEQ. J. OF THEORY & PRAC. 191 (1983)

## Student-Written Work

Editor's Note, *Privacy or Sex Discrimination:  Must There be a Choice?*, 4 HARV. WOMEN'S L.J. ix (1981)

Note, *Unemployment Compensation Benefits for the Victim of Work-Related Sexual Harassment*, 3 HARV. WOMEN'S L.J. 173 (1980)

## Publications in Nonlegal Journals

*Disabled Education*, 28 RETHINKING SCHOOLS 20 (2013).

*Women's Labor History*, 8 WOMEN IN FORESTRY 62 (Spring 1986)

*Moving Toward Common Ground on the Pornography Issue*, 15 OFF OUR BACKS 10 (June 1985)

*Civil Rights in the Land of the Free*, 69 RADCLIFFE Q. 17 (December 1983)

*Correlates of Female Athletic Participation: Masculinity, Femininity, Self-Esteem & Attitudes Toward Women*, 6 SEX-ROLES 47 (1980) (with Widom)

*An Examination of the Feminist Spectrum*, Seventh Sister 7 (December 1978)

*Testimony of a High School Pitcher* (reprinted by K.N.O.W. Press) (1975)

## Major Presentations

"Special Education Complaint Decisions," AALS Section on Dispute Resolution Panel, AALS Conference, Washington, D.C. (January 4, 2015)

"The ADA is Outdated," AALS Section on Employment Discrimination Panel, AALS Conference, Washington, DC. (January 3, 2015)

 "Blaming Mothers," Boston University Law School (Nov. 15, 2014)

"Politics Trump Science:  The Collision Between No Child Left Behind and the Individuals with Disabilities Education Act," University of Iowa Law School (April 10, 2014)

"California Hearing Officer Decisions," Los Angeles, CA (Feb. 8, 2014)

"Politics Trump Science: The Collision Between No Child Left Behind and the Individuals with Disabilities Education Act," Special Education Conference, Loyola Law School, New Orleans, LA (March 2013)

"Access to Justice," Ohio Municipal/County Judges Association Conference, Columbus, OH (January 2013)

"Affordable Care Act," Central Ohio Labor and Employment Relations Ass'n, Columbus, OH (December 2012)

"Access to Justice," Ohio Common Pleas Justice Association Conference, Columbus, OH (December 2012)

"Response to Intervention," Faculty Workshop, Quinnipiac Law School, Hamden, CT (November 2012)

"Disabled Education," Training Session for California Hearing Officers, Los Angeles, California (April 2012)

"Disabled Education," Special Education Conference, Pepperdine Law School (February 2012)

"Disabled Education," Faculty Workshop, University of Iowa Law School (October 2011)

"Hybrid Revisited," Faculty Workshop, Hofstra Law School (September 2011)

"The Constitutional Rights of Individuals with Disabilities," Ten Broek Symposium, National Federation of the Blind (April 2011)

"The Learning Disability Mess," American University Washington College of Law (February 2011)

"2008 ADA Amendments Act," Cleveland Marshall Faculty Workshop (March 2010)

"2008 ADA Amendments Act," Northern Kentucky Law Review Symposium (February 2010) (cancelled due to adverse weather)

"Disability Discrimination After the 2008 Amendments Act," AALS Section on Disability Law, AALS Conference, New Orleans, LA (January 2010)

Labor & Employment Law, Columbus Bar Association, Master Series (September 10, 2009)

"Why I No Longer Give Time-Pressured Exams: A Disability Perspective," Thornburgh Family Endowed Lecture in Disability Law and Policy, University of Pittsburgh Law School (September 27, 2007)

"Is Separate Inherently Unequal: A Race and Disability Perspective," Constitution Day, Ohio University (September 18, 2007)

"Why I No Longer Give Time-Pressured Exams: A Disability Perspective," Emory Law School (September 8, 2007)

"The Mythic 43 Million Americans with Disabilities," Cincinnati Law School (November 13, 2006)

"Voting Rights of Individuals with Disabilities," Columbus State Community College (October 13, 2006)

"Anti-Subordination Above All:  A Disability Perspective," U. of Chicago Law School (October 9, 2006)

"Special Education Advocacy," Multiple Perspectives on Access, Inclusion & Disability Conference, Ohio State University (April 17, 2006)

"Everyday Law for Individuals with Disabilities," Florida ADA Conference, Orlando, FL (August 28, 2005)

"Rehnquist and Federalism: An Empirical Perspective," Indiana University School of Law, Bloomington, IN (April 2, 2005)

Merck Visiting Scholar, Seton Hall Law School, Newark, NJ (September 20-24, 2004)

"Same-Sex Marriage and the Constitution," Athens County Bar Association, Athens, Ohio (May 6, 2004)

"The Law of Disability Discrimination in the Age of Hypercapitalism," Amherst College, Amherst, MA (April 2, 2004)

"Americans with Disabilities Act: Past, Present and Future Developments," Florida ADA Conference, Orlando, Florida (November 4, 2003)

"Homophobia, HIV Hysteria, and the Americans with Disabilities Act," Iowa College of Law, Iowa City, Iowa (October 11, 2003)

"Americans with Disabilities Act," Federal Bench Bar Conference, Columbus, OH (October 3, 2003)

"The Fascination with Win-Loss Data," Rights and Realities Conference, Stanford Law School (March 24, 2003)

"The Americans with Disabilities Act: The First Decade of Enforcement," Employment Discrimination Section, Annual Meeting of the American Association of Law Schools (January 4, 2003)

"Gay 201: Addressing the Myths About GLBT Issues and the Workplace," The Ohio State University, Fisher College of Business Executive Education Seminar (November 21, 2002)

"Modeling Federalism," University of Georgia College of Law, Faculty Workshop Series (October 16, 2002)

"The Post-*Garrett* World," Presentation to the Tenth Circuit Judicial Conference, Santa Fe, New Mexico (June 27, 2002)

"The Post-*Garrett* World: Insufficient Protection Against Disability Discrimination," Judge's Day, Michael E. Moritz College of Law (Feb. 26, 2002)

"Dissing States?," Michael E. Moritz College of Law, Faculty Workshop Series (January 15, 2002)

"ADA Update," Governor's Council on Disability, Columbus, OH (November 13, 2001)

"Remedies for Discrimination by Public Entities in a Post-Garrett World," University of Alabama (October 26, 2001) (presented by Adam Milani)

"ADA: First Decade of Enforcement," Ohio State University Distinguished Lecture (October 17, 2001)

"ADA: Enforcement Results," State of Florida Disability Convention, Orlando, FL (August 17, 2001)

"ADA Update," Ohio Developmental Disabilities Council, Ramada Inn, Columbus, OH (July 12, 2001)

"Disability Law in Ohio," Ohio Legal Rights Commission, OLRS Building, Columbus, OH (June 25, 2001)

"ADA Update," ADA-Ohio, Whetstone Library, Columbus, OH (June 4, 2001)

"Current Status of the ADA," Ohio State University, College of Law (April 17, 2001)

"Employment Law Update," Ohio Judicial College (November 30, 2000)

"*City of Boerne* Revisited," University of Cincinnati Law School, Taft Symposium (February 20, 2001)

"The Death of Section 504," University of Michigan College of Law (November 4, 2000)

"Dissing Congress," Villanova Law School (September 13, 2000)

"Winning and Losing Under the ADA or It's the Judges Stupid," ADA Symposium, Ohio State University College of Law (April 7, 2000)

"The Section Five Quagmire," Graylyn Lecture, Wake Forest Law School, Winston-Salem, North Carolina (February 2, 2000)

"The Americans with Disabilities Act: Individual and Group Rights," The Labor Law Group, Scottsdale, AZ (December 10, 1999)

"Assessing Judicial Outcomes Effectively," Center for Law, Policy & Social Science, The Ohio State University, Columbus, OH (September 23, 1999)

"The Americans with Disabilities Act: Recent Developments," Columbus Bar Association, Columbus, OH (October 8, 1999)

"ADA Title III: A Fragile Compromise," University of California at Berkeley (March 13, 1999)

"ADA Update," Interview with Barbara Bradley on *Morning Edition*, National Public Radio (November 26, 1998)

"The Americans with Disabilities Act: Recent Developments," National Judicial Center Conference for Judges of the Eleventh Circuit, St. Simons Island, Georgia (April 1, 1998)

"Domestic Partnership Benefits for Same-Sex Couples," Faculty Club, Ohio State University (October 1997) (lunchtime speaker)

"Sexual Orientation and Economic Class," Hastings Law School (March 1997)

"Hypercapitalism: Affirmative Protections for People with Disabilities, Illness and Parenting Responsibilities Under United States Law," Yale Law School (Nov. 6, 1996)

"Affirmative Action, Reasonable Accommodation, and Capitalism: Irreconcilable Differences?," National Institute of Law, Ethics, and Public Affairs, Griffiths University, Brisbane, AUSTRALIA (April 18, 1996) (keynote speaker)

"Pregnant Men Revisited or Sperm is Cheap, Eggs are Not," Hastings Law School (Feb. 10, 1996)

"Pregnant Men: A Feminist Perspective on the Disposition of Frozen Embryos Following Divorce," University of Pittsburgh Medical School, Ethics for Lunch Series (Jan. 25, 1996)

"Disembodiment," Yale Law School (April 2, 1994)

"Pro-Choice Strategies for the 1990's," Board of Friends of Women's Studies, Pittsburgh, PA (February 28, 1994)

"Abortion and Violence," Women's Bar Association, Pittsburgh, PA (November 9, 1993)

"Equality Theory," University of Texas Law School (March 5, 1993)

"Sexual Harassment and Defamation," American Philological Association Convention, New Orleans, Louisiana (December 29, 1992)

"The Example of Lesbians," Lavender Law Conference, Chicago, Illinois (October 25, 1992)

"Abortion and Violence," University of North Carolina Law School Faculty Workshop, Chapel Hill, NC (October 1, 1992)

"The Future of Abortion Law in the United States: A Southern Perspective," International Conference on Law & Medicine, Toronto, Ontario, CANADA (July 23, 1992)

"Feminist Perspectives on Pornography," Distinguished Visiting Atwell Professor of Law, SMU Law School, Dallas, TX (April 6-10, 1992)

"The Practice of Theory," Northwestern Law School, Chicago, IL (March 26, 1992)

"Sexual Harassment," Presentation to National Association of Black Accountants, New Orleans, LA (November 23, 1991)

Panelist, "It's the Law," (Cable T.V.), New Orleans, LA (September 30, 1991)

"Lesbian and Gay Rights and the Family," University of Tennessee, Knoxville, TN (April 3, 1991)

Panelist, Frontiers of Legal Thought: Gender, Race and Culture in the Law, Duke Law School, Durham, NC (January 26, 1991)

Program Organizer, Lesbian and Gay Family Law Conference, Tulane Law School, New Orleans, LA (October 5, 1990)

"Authenticity: Toward a Theological Conception of the Self," XVIth International Congress of the International Academy of Law and Mental Health, Toronto, Ontario, CANADA (June 20, 1990)

"Abortion & the Law," International Family Planning Conference sponsored by Alan Guttmacher Institute, Toronto, Ontario, CANADA (May 2, 1990)

"AIDS and the Law," Program Organizer for AIDS CLE, Tulane Law School, New Orleans, LA (Sept. 22, 1989)

"Abortion & Dialogue," Osgoode Hall Law School, Toronto, Ontario, CANADA (November 1988)

"Feminism, Theology & Abortion," Critical Legal Studies Conference, Washington, D.C. (Oct. 1, 1988)

"Equality as Compassion," Conference on the United States Constitution sponsored by the Institute of American Culture, Taipei, TAIWAN (June 2-4, 1988)

"The Constitution and Sexuality," Groves Center on Marriage and the Family, New Orleans, LA (May 6, 1988)

"Feminist Jurisprudence," Celebration 35 Program at Harvard Law School, Cambridge, MA (April 9, 1988)

"Consciousness and Love," South Central Women's Studies Association Conference, Tulane University, New Orleans, LA (March 27, 1988)

"Consciousness and Love," University of Toronto Legal Theory and Feminist Theory Workshops, Toronto, Ontario, CANADA (February 10, 1988)

"Feminism, Sexuality and Personhood," Feminist Legal Institute, University of Wisconsin-Madison, Madison, WI (July 30, 1987)

"Pornography," New York City Bar Association, New York, NY (May 27, 1987)

"Affirmative Action," Roundtable Discussion for Public Forum on Race and the Constitution, Tulane Law School, New Orleans, LA (February 21, 1987)

"Equal Protection and the Constitution," Citizens' Forum on the Bicentennial of the American Constitution, Tulane University, New Orleans, LA (October 20, 1986)

"Anti-Subordination Above All," Feminist Legal Institute, University of Wisconsin-Madison, Madison, WI (July 18, 1986)

"Affirmative Action," Community Forum on Affirmative Action Sponsored by the Louisiana Advisory Committee to the United States Commission on Civil Rights held in New Orleans, LA (May 16, 1986)

"AIDS and Civil Liberties," Conference on Constitutional Rights in Louisiana, ACLU of Louisiana, New Orleans, LA (April 19, 1986)

"Women's Labor History," Women in Natural Resources Conference, Society of American Foresters, Dallas, TX (December 4, 1985)

## Service

Member, Board of Directors, American Civil Liberties Union, 2013 – present

Member, Board of Directors, Disability Rights Ohio, 2013 – 2015

Member, President and Provost's Advisory Council, 2010 – present

Faculty Advisor, Ability, 2008 – 2009

Faculty Advisor, Women's Law Association, 2001 – present

Faculty Advisor, Moritz ACLU Chapter, 2015 - present

Founder and Co-Director, Adam A. Milani Legal Writing Competition, 2005 - present

Member, Academic Affairs Committee, College of Law, 2002-2004, 2007-2008, 2014-2015
    Chair, Academic Affairs Committee, College of Law, 2003-2004

Member, Appointments Committee, 2012-2013, 2013-2014

Member, Promotion and Tenure Committee, College of Law, 1997-2002, 2005-2007, 2009-2010
    Chair, Promotion and Tenure Committee, College of Law, 1998-2000, 2006-2007, 2014-2015, 2016-2017

Member, Faculty Workshop Committee, College of Law, 2000-2004
    Chair, Faculty Workshop Committee, 2000-2001

Member, Ohio Advisory Committee to United States Civil Rights Commission, 2008 – 2012

Member, Provost's Advisory Council on Women's Issues, 1998-2000

Member, Selection Committee, University Distinguished Professor Award, 1999-2000, 2003-2004

Member, Women's Studies Selection Committee for Critical Difference for Women Grants, Spring 2001

Steering Committee Member, Center for Law, Policy and Social Science, College of Law, 1998 - 2010

## Outside Grants

Adam A. Milani Writing Competition (obtained major grants from Lexis Publishing and Paradigm Press, among others, to help endow competition) (2005 - 2006)

ADA-Ohio ($500 grant to help provide disability access during ADA conference) (2002)

Anderson Publishing ($2000 grant to help provide disability access during ADA conference) (2002)

LEND Grant (administered through Ohio State University Medical Center) ($24,000 over three years to support adjunct professor in special education course) (2006 - 2008)

Ohio Dept. of Education ($5000 to support placement of students with supervision at Ohio Dept. of Education) (2005)

Ohio State Bar Foundation ($10,000 to support curriculum development for special education course) (2006)

Ohio State Service-Learning Grant ($5,000 to support curriculum development placement of students with supervision at Ohio Dept. of Special Education) (2004)

USX Foundation ($15,000 grant to support empirical research on the ADA) (1999)

# APPENDIX C

# Charles J. Golden, Ph.D.

Board Certified (ABPP)
Clinical Neuropsychology and Clinical Psychology
Florida License PY-5226

**Home:**
2862 NE 35th Court
Lighthouse Point, Fl 33064

(954) 663-1004

**Office:**
College of Psychology
Nova Southeastern University
3301 College Avenue
Fort Lauderdale, Fl 33314
(954) 262-5715 (office)

Internet: charlesjgolden@gmail.com

May 25, 2017

I was requested to review records in the matter of Elizabeth Ann Black vs. NBME.  This has involved only a record review now.

### I.          Opinions

It is my opinion that the rejection of the clients application for accommodations was inappropriate.

### II.          Basis

This is based on the review of the client's previous psychological testing (all records are listed below), SAT scores, MCAT scores, and her medical records from Dr. Fleischer and based o best practices guidelines which apply to this case. The data clearly support that she has been diagnosed with ADHD by competent professionals following customary guidelines and her scores on previous standardized testing without accommodations, which clearly demonstrates that she performs below expectations based on her cognitive and intellectual abilities.  In such a case, accommodations should be approved.

**Records reviewed and considered in this Opinion:**

2014 Application for Accommodations
2016 Application for Accommodations
An Excel spreadsheet averaging GPA of Ms. Black
Transcripts from Princeton, Arcadia University, Wissahickon High School
SAT Scores 2000
Transcript from Heathwood Hall Episcopal School
ACT report
Transcript University of Pennsylvania
LSAC best practices report
Dr. Murphy NBME contract
NBME Response to PIs first set of Interrogatories
NBME response to Ms. Black March 28, 2016

NBME response to Ms. Black dated March 2, 2015
Dr. Murphy Report to NBME dated December 29, 2014
Dr. Murphy report to NBME dated February 26, 2016
Plaintiffs Initial Complaint
PU Grading Policy Report August 2014
MCAT scores from 2009
2014 Report from Dr. Jones and records
2009 Dr. Fleischer records
USF Counseling Center records 2012

### III.          Exhibits

None

### IV.          Qualifications

A copy of my CV is attached.

### V.          Previous depositions and testimony

A copy is attached.

### VI.          Compensation

My fee is $500 per hour for all services.

# APPENDIX D

Golden      1

## CURRICULUM VITAE

Charles J. Golden

| | |
|---|---|
| Address: | 2862 NE 35th  Court |
| | Lighthouse Point, Florida 33064 |
| | CELL 954-663-1004 |
| | |
| Current Position: | Professor of Psychology |
| | Nova Southeastern University |
| | 3301 College Avenue |
| | Ft. Lauderdale, FL  33314 |
| | 954- 262-5715 |
| | charlesgolden@comcast.net |

Education:

| 9/67 - 6/71 | Pomona College, Claremont, CA |
|---|---|
| | BA - Psychology |
| 8/71 - 8/73 | University of Hawaii, Honolulu |
| | MA - Clinical Psychology |
| 8/73 - 5/75 | University of Hawaii, Honolulu |
| | Ph.D. - Clinical Psychology |
| | APA Approved Program |

| Current Licensure: | Florida PY 5226 |
|---|---|
| | Alabama 1199 |

Board Certification:

| 1981 | American Board of Professional Psychology - Clinical (3282) |
|---|---|
| 1982 | American Board of Professional Neuropsychology (0003) |
| 1984 | American Board of Professional Psychology - Clinical Neuropsychology |
| 1994 | American Board of Assessment Psychology |

Golden     2

Honors and Awards:

| | |
|---|---|
| 2003 | National Academy of Neuropsychology Distinguished Neuropsychologist Award Recognition of a Career of Exemplary Scholarly And Clinical Contribution to Clinical Neuropsychology |
| 1985 | Fellow, American Psychological Association |
| 1981 | President and Fellow, National Academy of Neuropsychologists |
| 1981 | National Academy of Neuropsychologists Outstanding and unusual contributions to the Science and Profession of Neuropsychology |
| 1982 | National Academy of Neuropsychologists Distinguished Leadership in Neuropsychology |
| 1984-1994 | Board of Directors, American Board of Clinical Neuropsychology (ABPP) |
| 1997 | Presidents Award, National Academy of Neuropsychology |
| 1995-present | Board of Directors, American Board of Assessment Psychology (Vice-President) |
| 2002 | President, Section 9 (Assessment Psychology), Division 12 of APA. |
| 2003 | Distinguished Neuropsychologist Lifetime Award |

Professional Experience:

| | |
|---|---|
| 1994-present | Professor of Psychology; Director, Neuropsychology Assessment Center, Nova Southeastern University |
| 1993-1994 | Chesapeake Rehabilitation Hospital Director, Neurorehabilitation Services; Executive Staff |
| 1990-1993 | Director of Operations and Director of Neuropsychology Head Injury Recovery Associates |

Golden     3

| 1987 - 1990 | Director of Neuropsychology Clinic<br>Professor of Neuropsychology,<br>Drexel University |
| 1978- 1987 | Director, Psychological Assessment Center<br>Director, Pain Management and Rehabilitation Center<br>Director, Neuropsychological Assessment<br>Professor of Psychology<br>University of Nebraska Medical Center |
| 1975 - 1978 | University of South Dakota<br>Head, Neuropsychology Laboratory and Clinic |
| 1974 - 1975 | Hawaii State Hospital<br>Internship in Child and Adult<br>Neuropsychology Assessment and Therapy |
| 1974 - 1975 | University of Hawaii, Lecturer in<br>Continuing Education |
| 1974 - 1975 | Leeward Community College; Lecturer |
| 1971 - 1975 | University of Hawaii; Graduate<br>Assistant and Lecturer |

Academic Appointments:

| 1994 | Professor of Psychology<br>Nova Southeastern University |
| 1987 | Professor of Neuropsychology<br>Drexel University |
| 1983 | Professor of Medical Psychology<br>University of Nebraska Medical Center |
| 1979 | The University of Nebraska at Lincoln;<br>Professor of Psychology (clinical appointment) |
| 1979 | Associate Professor of Medical Psychology<br>University of Nebraska Medical Center |
| | Assistant Professor of Medical Psychology |

Golden     4

| | |
|---|---|
| 1978 | University of Nebraska Medical Center |
| 1975 | The University of South Dakota;<br>Assistant Professor of Psychology |

Memberships and Offices in Professional Societies:

American Psychological Association
National Academy of Neuropsychologists, Secretary, 1977; Vice President, 1978 - 1979;
President, 1980 – 1982; Chair, Grant's Committee, 2002-present.
American Board of Professional Neuropsychology; Secretary - Treasurer, 1982 - 1983.
American Board of Clinical Neuropsychologists; Governing Board, 1983 - 1992
American Board of Assessment Psychology - Executive Board, 1995-present.
Section 9 (Assessment), Division 12 (Clinical), American Psychological Association:
    President, 2002; Past-president, 2003.

Editorial Positions:

International Journal of Clinical Neuropsychology - Editor, 1980-1993
Computers in Human Behavior - Editorial Board Member, 1980-1993
Journal of Consulting & Clinical Psychology - Consulting Editor, 1985 - 1986.
Journal of Psychoeducational Assessment - Editorial Board Member
Neuropsychology - Editorial Board
Neuropsychology Review - Editorial Board Member
Clinical Psychology Review - Editorial Board
Psychological Assessment - Consulting Editor, 1991 - Present.
Journal of Aggression and Violence- Editorial Board
Archives of Clinical Neuropsychology- Editorial Board
Reviewer for multiple journals.
Associate Editor, International Journal of Assessment (2009—resent)

Golden    5

Publications

Books

1. Golden, C.J.  Diagnosis and Rehabilitation in Clinical Neuropsychology.  Springfield, Illinois: Charles C. Thomas, 1978.

1a. Golden, C.J.  Diagnosis and Rehabilitation in Clinical Neuropsychology.  Second Edition. Springfield, Illinois: Charles C. Thomas, 1981.

2. Golden, C.J.  A Manual for the Clinical and Experimental Use of the Stroop Color and Word Test.  Chicago, Illinois: Stoelting, 1978.

3. Golden, C.J., Purisch, A.D., & Hammeke, T.A.  The Luria-Nebraska Neuropsychological Battery: A Manual for Clinical and Experimental Uses.  Lincoln, Nebraska: University of Nebraska Press, 1979.

3a. Golden, C.J., Purisch, A.D., & Hammeke, T.A.  The Luria-Nebraska Neuropsychological Battery: Manual (Revised).  Los Angeles: Western Psychological Services, 1980.  (Also adapted into Greek, Portuguese, Czech, Chinese, Japanese, Hungarian, and Spanish versions.)

4. Golden, C.J., & Anderson, S.  Learning Disabilities and Brain Dysfunction.  Springfield, Illinois: Charles C. Thomas, 1979.  (Also published in Spanish and Japanese versions.)

5. Golden, C.J.  Clinical Interpretation of Objective Psychological Tests.  New York: Grune and Stratton, 1979.

6. Golden, C.J., Osmon, D., Moses, J.A., Jr., & Berg, R.A.  Interpretation of the Halstead-Reitan Neuropsychological Battery: A Casebook Approach.  New York: Grune and Stratton, 1980.

7. Golden, C.J., Alcaparras, S.A., Strider, F.D., & Graber, B.  Applied Techniques in Behavioral Medicine and Medical Psychology.  New York: Grune and Stratton, 1981.

8. Golden, C.J., Hammeke, T.A., Purisch, A.D., Berg, R.A., Moses, J.A., Jr., Newlin, D.B., Wilkening, G.N., & Puente, A.E.  Item Interpretation of the Luria-Nebraska Neuropsychological Battery.  Lincoln, Nebraska: University of Nebraska Press, 1982.

9. Golden, C.J., Moses, J.A., Jr., Coffman, J.A., Miller, W.R., & Strider, F.D.  Clinical Neuropsychology: Interface with Neurologic and Psychiatric Disorder.  New York: Grune and Stratton, 1983.

10. Moses, J.A., Jr., Golden, C.J., Ariel, R., & Gustavson, J.L.  Interpretation of the Luria-Nebraska Neuropsychological Battery.  (Vol. 1)  New York: Grune and Stratton, 1983.

11. Golden, C.J.  Current Topics in Rehabilitation Psychology.  New York: Grune and Stratton, 1984.

12. Golden, C.J., & Vincente, P.  Foundations of Clinical Neuropsychology.  New York: Plenum, 1984.

13. Moses, J.A., Jr., Golden, C.J., Wilkening, G., & Ariel, R.  Interpretation of the Luria-Nebraska Neuropsychological Battery.  (Vol. 2)  New York: Grune and Stratton, 1984.

14. Golden, C.J., Purisch, A.D., & Hammeke, T.A.  Luria-Nebraska Neuropsychological Battery: Forms I & II.  Los Angeles, California: Western Psychological Services, 1985.

15. Incagnoli, T., Goldstein, G., & Golden, C.J. (Eds.)  Clinical Application of Neuropsychological Test Batteries.  New York: Plenum Press, 1986.

16. Golden, C.J. and Strider, M.A. (Eds.)  Forensic Neuropsychology.  New York: Plenum, 1986.

17. Golden, C.J.  The Luria-Nebraska Childrens Battery.  Los Angeles: Western Psychological Services, 1987.

18. Golden, C.J.  Screening Battery for the Luria-Nebraska Adult and Childrens Battery.  Los Angeles: Western Psychological Services, 1987.

19. Golden, C.J., Zillmer, E., and Spiers, M.  Neuropsychological Assessment and Rehabilitation, Springfield, Illinois: Charles C. Thomas, 1992.

20. Golden, C.J.  Clinical Interpretation of Objective Psychological Tests.  Boston:Taylor and Francis (Second Revised Edition), 1991.

21. Golden, C. J.,  Espe-Pfeifer, & Wachsler-Felder, J. (2000)  Neuropsychological Interpretation of Objective Psychological Tests.  New York: Kluwer.

22. Golden, C. J., Warren, W. L., and Espe-Pfeiffer, P.  (2000).  LNNB Handbook: 20th Anniversary.  Los Angeles: Western Psychological Services.

23. Golden, C. & Freshwater, S. (2002).  A manual for the adult Stroop Color and Word Test.  Chicago, IL: Stoelting.

24. Golden, C.,  Freshwater, S., & Golden, Z.  (2002).  A manual for the child Stroop Color and Word Test.  Chicago, IL: Stoelting.

25. Gontkovsky, S. T. & Golden, C. J. (2008). *Neuropsychology within the inpatient rehabilitation environments.* New York, NY: Nova Biomedical.

26. Raphael, A., Golden, C. J., & Raphael, M. (2012). *The Advanced Scoring System for the Bender-Gestalt.* Deer Park, NY: Linus Publications.

## Computer Programs

1. Golden, C.J.  Interpretive Program for the Luria-Nebraska Neuropsychological Battery.  Los Angeles: Western Psychological Services, 1987.

2. Golden, C.J.  Interpretation of the Halstead Reitan Neuropsychological Battery.  Minneapolis: National Computer Systems, 1988.

## Book Chapters

1. Golden, C.J.  Organic brain syndrome.  In R. Woody, Encyclopedia of Clinical Assessment. San Francisco:  Josey-Bass, 1980.

2. Golden, C.J.  A standardized version of Luria's neuropsychological tests.  In T. Boll and S. Filskov, Handbook of Clinical Neuropsychology.  New York: Wiley, 1981.

3. Golden, C.J.  The Luria-Nebraska Children's Battery: Theory and Formulation.  In G. Hynd and J. Obrzut, Neuropsychological Assessment and the School-Age Child: Issues and Procedures.  New York:  Grune and Stratton, 1981.

4. Golden, C.J.  The Luria-Nebraska Neuropsychological Battery: Theory and Research.  In P. McReynolds, Advances in Psychological Assessment.  Palo Alto, California: Science & Behavior Books, 1981.

5. Huey, C.J., Graber, B., Kline, G., & Golden, C.J.  Studies of the Circumvaginal musculature in a treatment population.  In B. Graber, Circumvaginal Musculature and Sexual Function. New York: S. Karger, 1982.

6. Moses, J.A., Jr., & Golden, C.J.  The Luria-Nebraska Neuropsychological Battery: Updated review.  In R.N. Malatesha and L.C. Hartlage (Eds.)  Neuropsychology and Cognition - Vol. II.  The Hague; Boston: Martinus Nijhoff Publishers, 1982.

7. Wilkening, G.N., Golden, C.J.  Pediatric neuropsychology: Status, theory, and research.  In P. Karoly, J.J. Steffen and J. O'Grady (Eds.)  Child Health Psychology.  New York: Pergamon Press, 1982.

8. Golden, C.J.  RCBF in schizophrenia.  In P. Flor-Henry & J. Gruzelier, Laterality and Psychopathology.  Elsevier, 1983.

9. Golden, C.J.  Clinical implications of neuropsychological assessment of children.  In R.W. Bell, J. Elias, R.L. Greene, and J.H. Harvey (Eds.)  Interfaces in Psychology: Developmental Psychology and Clinical Neuropsychology.  Lubbock, Texas: Texas Tech Press, 1984.

10. Golden, C.J., Sawicki, R.F., & Franzen, M.D.  Test construction.  In A.S. Bellack and M. Hersen (Eds.)  Research Methods in Clinical Psychology.  New York: Pergammon press, 1984.

11. Golden, C.J., & Hayden, M.D.  Rehabilitation and the Luria-Nebraska Neuropsychological Battery: Introduction to theory and practice.  In B. Edelstein and G. Couture, Behavioral Assessment and Rehabilitation of the Truamatically Brain Damaged.  New York: Plenum, 1984.

12. Golden, C.J., & Sawicki, R.F.  Neuropsychological bases of psychopathological disorders.  In L.C. Hartlage and C.F. Telzrow, The Neuropsychology of Individual Differences.  New York: Plenum, 1985.

13. Golden, C.J., and Robbins, D.E.  Considerations in cases of visual, auditory, or motor impairment.  In Swiercinsky, D.P., Ed.  Testing Adults: A Reference Guide for Special Psychodiagnostic Assessments.  New York: Test Corporation of America, 1985, 200-208.

14. Golden, C.J., and Lovell, M.R.  Forensic issues: Assessments in litigation.  In Swiercinsky, D.P., ed.  Testing Adults: A Reference Guide for Special Psychodiagnostic Assessments.  New York: Test Corporation of America, 1985, 89-200.

15. Golden, C.J., and Maruish, M.  The Luria-Nebraska Neuropsychological Battery.  In Incagnoli, T., Goldstein, G., & Golden, C.J. (Eds.)  Clinical Application of Neuropsychological Test Batteries.  New York: Plenum Press, 1986.

16. Golden, C.J., & Wilkening, G.N.  Neuropsychological bases of exceptionality.  In R. Brown and C. Reynolds (Eds.), Psychological Perspectives on Childhood Exceptionality.  New York: Wiley, 1986.

17. Golden, C.J.  Applications of the Luria-Nebraska Neuropsychological Battery to rehabilitation planning.  In P. Logue and J. Shear, Clinical Neuropsychology--A Multidisciplinary Approach.  Springfield, Illinois: Charles C. Thomas, 1985.

18. Golden, C.J., Sawicki, R.F., & Franzen, M.D.  Assessment and test construction.  In A.S. Bellack and M. Hersen, Research Methods in Clinical Neuropsychology.  New York:

Pergamon Press, 1986.

19. Golden, C.J.  Neuropsychology and medical disorders.  In S.B. Filskov and T. Boll (Eds.) Handbook of Clinical Neuropsychology.  (Vol. 2)  New York: Wiley, 1986.

20. Golden, C.J. Sawicki, R.F., & Franzen, M.D.  Research in test construction.  In M. Hersen and G. Goldstein (Eds.) Handbook of Psychological Assessment.  New York: Pergamon Press, 1986.

21. Golden, C.J.  Forensic neuropsychology: introduction and overview.  In C.J. Golden and M.A. Strider (Eds.) Forensic Neuropsychology.  New York: Plenum, 1986.

22. Golden, C.J. and Maruish, M.  The Luria Nebraska Neuropsychological Battery.  In D. Wedding, A.M. Horton, and J. Webster, The Neuropsychology Handbook.  New York: Springer, 1986.

23. Golden, C.J.  Computers in Neuropsychology.  In J.N. Butcher (Ed.)  Computerized Psychological Assessment: A Practitioners Guide.  New York: Basic Books, 1987.

24. Golden, C.J.  The Luria-Nebraska Neuropsychological Battery.  In C. Newmark (Ed)  Major Psychological Assessment Instruments.  Boston: Allyn and Bacon, 1989.

25. Golden, C.J.  Neuropsychology.  In R.J. Corsini Encyclopedia of Psychology, 1984, 2, 427-431.  New York: John Wiley & Sons.

26. Golden, C.J.  The Luria Nebraska Children's Battery.  In C. Reynolds and E. Fletcher-Janzen, Handbook of Clinical Child Neuropsychology.  New York: Plenum Press, 1989.

27. Golden, C. J. and Grier, C. (1998) Malingering on the Luria-Nebraska Neuropsychological Battery.  In  C. Reynolds Malingering on Neuropsychological Tests.  New York: Plenum.

28. Golden, C. J., Jackson, M., Gontkovsky, S., & Peterson-Rohne, A. (1996)  Psychometric tetsing in lethal violence. In H. Hall Lethal Violence 2000.  Kamuelea, Hawaii: Pacific Institute for the Study of Aggression.

29. Golden, C. & Chronopolous, A.  (1998) Dementia.  In M. Hersen & V. Van Hasselt (Eds) Handbook of Gerontology.  New York: Plenum.

30. Golden, C. J., Jackson, M., & Crum, C. (1999)  Hate crimes: Etiology and intervention.  In H. Hall Lethal Violence 2000 (Second Volume).  Kamuela, Hi: Pacific Institute for the Study of Conflict and Aggression.

31. Golden, C., J. & Hutchings, P. (1998) The Mental status examination.  In Hersen, M. & Van

Hasselt, V.  Introduction to Interviewing.  New York: Plenum.

32. Golden, C. J. (1997) The Nebraska Neuropsychological Children's Battery.  In C. Reynolds
    and E. Fletcher-Jantzen (Eds.) Handbook of Clinical Child Neuropsychology. (2nd
    Edition).  New York: Plenum.

33. Golden, C. J., Freshwater, S. M., & Vayalakkara, J. (2000).  The Luria-Nebraska
    Neuropsychological Battery.  In Groth-Marnat. G. (Ed.), Neuropsychological Assessment
    in Clinical Practice.  New York: Wiley.

34. Golden, C. J. and Espe-Pfeiffer, P.  (2000).  Introduction to the LNNB.  In Golden, C. J.,
    Warren, W. L., and Espe-Pfeiffer, P.  LNNB Handbook: 20th Anniversary.  Los Angeles:
    Western Psychological Services.

35. Golden, C. J. and Warren, W. L. (2000).  The LNNB and Managed Care.  In Golden, C. J.,
    Warren, W. L., and Espe-Pfeiffer, P.  LNNB Handbook: 20th Anniversary.  Los Angeles:
    Western Psychological Services.

36. Golden, C. J. (2000) Abbreviating administration of the LNNB in significantly impaired
    populations.  In Moses, J. A. (Ed.)  LNNB Handbook: 20th Anniversary (Volume II).  Los
    Angeles: Western Psychological Services.

37. McKinzey, R. M., Podd, M. H., & Golden, C. J. (2000).  The screening test for the LNNB:
    Adults and Children.  In Golden, C. J., Warren, W. L., and Espe-Pfeiffer, P.  LNNB
    Handbook: 20th Anniversary.  Los Angeles: Western Psychological Services.

38. Golden, C. J., & Thomas, R. B. (2000). Cross-cultural applications of the luria-nebraska
    neuropsychological test battery and lurian principles of syndrome analysis. In E. Fletcher-
    Janzen, T. L. Strickland & C. R. Reynolds (Eds.), Handbook of cross-cultural
    neuropsychology. (pp. 305-313). Dordrecht, Netherlands: Kluwer Academic Publishers.

39. Golden, C. J. & Freshwater, S.  (2001).  Luria-Nebraska Neuropsychological Battery.  In W.
    Dorfman & M. Hersen (Eds) Understanding Psychological Assessment.  New York:
    Kluwer.

40. Golden, C. J., Jackson, M. L., Peterson-Rohne, A., & Gontkovsky, S. T. (2000).
    Neuropsychological factors in violence and aggression. In V. B. Van Hasselt, & M.
    Hersen (Eds.), Aggression and violence: An introductory text. (pp. 40-53). Needham
    Heights, MA, US: Allyn & Bacon.

41. Golden, Z., Neubauer, R., Golden, C. J., Greene, L., Marsh, J., & Mleko, A. (2002).
    Improvement in cerebral metabolism in chronic brain injury after hyperbaric oxygen
    treatment.  In J. T. Joiner (Ed.), Hyperbaric Oxygenation for Cerebral Palsy and the Brain

Injured Child.  Flagstaff, AZ: Best Publishing Company.

42. Golden, C. J. (2002).  Traumatic brain injury in the workplace.  In J. C. Thomas and M. Hersen (Eds.), Handbook of mental health in the workplace.   Thousand Oaks, CA: Sage..

43. Golden, C. J. (2003). Normative data and scaling issues in neuropsychology.  In Horton, A. & Hartlage, L. (Eds) Handbook of Forensic Neuropsychology.  New York, NY: Springer.

44. Golden, C. J. (2003).  The Adult Luria-Nebraska Neuropsychological Battery.  In Goldstein, G. & Beers, S. R. (Eds) *Comprehensive Handbook of Psychological Assessment*. New York, NY: Wiley.

45. Golden, C. (2004). Ethical challenges in neuropsychological test development: Part I. In Hanson, S., Kerkhoff, T., & Bush, S. (2004) *Health Care Ethics for Psychologists: A Casebook*. Washington, DC: American Psychological Association

46. Golden, C. (2003) The Luria Nebraska Neuropsychological Battery in forensic settings. In A. M. Horton, Handbook of Forensic Neuropsychology.  New York, NY: Springer Publishing Company, Incorporated.

47. Golden, C. J.& Golden, Z. L. (2004). Traumatic brain injury. In J. C. Thomas, & M. Hersen (Eds*.), Psychopathology in the workplace: Recognition and adaptation*. (pp. 226-242). New York, NY, US: Brunner-Routledge.

48. Golden, C. J. (2007). Neurologically impaired children.  In . Reitman, D. & Hersen, M. (Eds.) *Handbook of Psychological Assessment, Case Conceptualization, and Treatment. Volume 2.* New York, NY: Wiley.

49. Golden, C.J. (2008).  Neuropsychological assessment. In Hersen, M. & Gross, A. M. (Eds.), *Handbook of Clinical Psychology. Volume 1. Adults.* New York, NY: Wiley.

50. Golden, C.J. and Golden, Z. L. (2007).  Neurologically impaired clients.  In Hersen, M. & Thomas, J. C. (Eds.), *Handbook of clinical interviewing with adults.*  Thousand Oaks, CA: Sage.

51. Golden, C. J. (2009).  The Nebraska neuropsychological children's battery.  In Reynolds, C. R. & Fletcher-Jantzen, E. *Handbook of Clinical Child Neuropsychology.*  New York, NY: Springer.

52. Golden, C. J. (2008).  *Hallstead-Reitan neuropsychological battery.*  In Gontkovsky, S. T. & Golden, C. J. (eds.)  *Neuropsychology within the inpatient rehabilitation environments.*  New York, NY: Nova Biomedical.

Golden     12

53.  Golden, C. J. (2008).  *Luria-Nebraska neuropsychological battery.*  In Gontkovsky, S. T. &
     Golden, C. J. (Eds)  *Neuropsychology within the inpatient rehabilitation environments.*
     New York, NY: Nova Biomedical.

54.  Golden, C. J. Hines, L. (2010).  Assessment of Executive Functions in a Pediatric
     Population.  In Davis, E. (Ed.) *Pediatric Neuropsychology.* New York, NY: Springer.

55.  Golden, C. J.  (2010).  Luria-Nebraska children's battery.  In Davis, E. (Ed.) *Pediatric
     Neuropsychology.* New York, NY: Springer.

56.  Golden, C. J., Lashley, L., AndreWS, a., Fontanetta, R., and Hickok, K. (2014).  Dementia
     and sensory stimulation.  In S. Gontgovsky (ed.), *The Cognitive Therapeutics Method,*
     Palo Alto, CA: Home Care assistance.

57.  Whitehead, L., Golden, C. J., & McCormick, K. (2014).  Psychological stress and behavioral
     issues in dementia.  In S. Gontgovsky (ed.), *The Cognitive Therapeutics Method,*  Palo
     Alto, CA: Home Care assistance.

Golden   13

Articles

1. Golden, C.J.  Effect of differing number of colors on the Stroop Color and Word Test.
   Perceptual and Motor Skills, 1974, 39, 550.

2. Golden, C.J.  Sex differences in performances on the Stroop Color and Word Test.  Perceptual
   and Motor Skills, 1974, 39, 1067-1070.

3. Marsella, A.J., Murray, M.D., & Golden, C.J.  Ethnic variations in the phenomenology of
   emotions: I. Shame.  Journal of Cross-Cultural Psychology, 1974, 5, 312-328.

4. Golden, C.J.  A group version of the Stroop Color and Word Test.  Journal of Personality
   Assessment, 1975, 39, 386-388.

5. Golden, C.J.  The measurement of creativity by the Stroop Color and Word Test.  Journal of
   Personality Assessment, 1975, 39, 502-506.

6. Golden, C.J., & Golden, E.E.  Resistance to cognitive interference as a function of MMPI
   profile.  Journal of Consulting and Clinical Psychology, 1975, 43, 749.

7. Golden, C.J., Marsella, A.J., & Golden, E.E.  Personality correlates of the Stroop Color and
   Word Test: More negative results.  Perceptual and Motor Skills, 1975, 41, 599-602.

8. Golden, C.J., Marsella, A.J., & Golden, E.E.  Cognitive relationships of resistance to
   interference.  Journal of Consulting and Clinical Psychology, 1975, 43, 432.

9. Golden, C.J.  Identification of brain disorders by the Stroop Color and Word Test.  Journal of
   Clinical Psychology, 1976, 32, 654-658.

10. Golden, C.J.  The identification of brain damage by an abbreviated form of the Halstead-
    Reitan Neuropsychological Battery.  Journal of Clinical Psychology, 1976, 32, 821-826.

11. Golden, C.J.  The value of neuropsychological testing to the physician.  South Dakota Journal
    of Medicine, 1976, 29, 29-31.

12. Golden, C.J.  The role of the psychologist in the training of the neurologically impaired.
    Professional Psychology, 1976, 7, 579-584.

13. Golden, C.J., & Golden, E.E.  A note on self-reported behavioral correlates of resistance to
    interference.  Journal of Genetic Psychology, 1976, 128, 299-300.

Golden    14

14. Golden, C.J.  Validity of the Halstead-Reitan Neuropsychological Battery in a mixed psychiatric and brain-injured population.  Journal of Consulting and Clinical Psychology, 1977, 45, 1043-1051.

15. Golden, C.J., & Anderson, S.M.  Short form of the Speech Sounds Perception Test. Perceptual and Motor Skills, 1977, 45, 485-486.

16. Golden, C.J., Roraback, J., & Pray, B.  Neuropsychological evaluation in remedial education for the American Indian.  Journal of American Indian Education, 1977, 16, 20-24.

17. Gudeman, H.E., Craine, J.F., Golden, C.J., & McLaughlin, D.  Higher cortical dysfunction associated with long term alcoholism.  International Journal of Neuroscience, 1977, 8, 33-40.

18. Golden, C.J.  Cross-cultural second order factor structures of the 16PF.  Journal of Personality Assessment, 1978, 42, 167-170.

19. Kieffer, D.M., & Golden, C.J.  The Peabody Individual Achievement Test with normal and special school populations.  Psychological Reports, 1978, 42, 195-401.

20. Osmon, D.C., Sweet, J.J., & Golden, C.J.  Neuropsychological implications of rhythm and aphasia deficits after unilateral left hemisphere injuries.  International Journal of Neuroscience, 1978, 8, 79-82.

21. Golden, C.J., & Schlutter, L.D.  The interaction of age and diagnosis in neuropsychological test results.  International Journal of Neuroscience, 1978, 8, 61-63.

22. Gudeman, H., Golden, C.J., & Craine, J.  The role of neuropsychological evaluation in the rehabilitation of the brain injured patient: A program in neurotraining.  JSAS Catalog of Selected Documents in Psychology, 1978, 8, (Ms. No.1693).

23. Kuperman, S.K., & Golden, C.J.  Personality correlates of attitude toward death.  Journal of Clinical Psychology, 1978, 34, 661-663.

24. Hammeke, T.A., Golden, C.J., & Purisch, A.D.  A standardized, short, and comprehensive neuropsychological test battery based on the Luria neuropsychological evaluation. International Journal of Neuroscience, 1978, 8, 135-141.

25. Osmon, D.C., & Golden, C.J.  Minnesota Multiphasic Personality Inventory Correlates of neuropsychological deficits.  International Journal of Neuroscience, 1978, 8, 112-113.

26. Purisch, A.D., Golden, C.J., & Hammeke, T.A.  Discrimination of schizophrenic and brain damaged patients by a standardized version of Luria's neuropsychological tests.  Journal

of Consulting and Clinical Psychology, 1978, 34, 661-663.

27. Golden, C.J., Hammeke, T.A., & Purisch, A.D.  Diagnostic validity of a standardized neuropsychological battery derived from Luria's neuropsychological tests.  Journal of Consulting and Clinical Psychology, 1978, 46, 1258-1265.

28. Kuperman, S.K., Golden, C.J., Osmon, D., & Blume, H.G.  Prediction of neurosurgical results by psychological evaluation.  Perceptual and Motor Skills, 1979, 48, 311-315.

29. Osmon, D.C., Golden, C.J., Purisch, A.D., Hammeke, T.A., & Blume, H.G.  The use of a standardized battery of Luria's test in the diagnosis of lateralized cerebral dysfunction.  International Journal of Neuroscience, 1979, 9, 1-9.

30. Golden, C.J., Sweet, J.J., & Osmon, D.C.  The diagnosis of brain damage by the MMPI: A comprehensive evaluation.  Journal of Personality Assessment, 1979, 43, 138-142.

31. Marvel, G.A., Golden, C.J., Hammeke, T., Purisch, A., & Osmon, D.  Relationship of age and education to performance on a standardized version of Luria's neuropsychological tests in different patient populations.  International Journal of Neuroscience, 1979, 9, 63-70.

32. Moses, J.A., Jr., & Golden, C.J.  Cross-validation of the discriminative effectiveness of the standardized Luria-Nebraska Neuropsychological Test Battery.  International Journal of Neuroscience, 1979, 9, 149-155.

33. McKay, S., & Golden, C.J.  Empirical derivation of neuropsychological scales for the lateralization of brain damage using the Luria-Nebraska Neuropsychological Test Battery.  Clinical Neuropsychology, 1979, 1, 1-5.

34. Golden, C.J.  Neurotherapy for the brain injured child.  Academic Therapy, 1979, 15, 201-207.

35. Lewis, G., Golden, C.J., Moses, J.A., Jr., Osmon, D.C., Purisch, A.D., & Hammeke, T.A.  Localization of cerebral dysfunction with a standardized version of Luria's Neuropsychological Battery.  Journal of Consulting and Clinical Psychology, 1979, 47, 1001-1019.

36. Kuperman, S.K., Golden, C.J., & Blume, H.G.  Predicting pain treatment results by personality variables in organic and functional patients.  Journal of Clinical Psychology, 1979, 35, 832-835.

37. Golden, C.J.  Identification of specific neurological disorders using double discrimination scales derived from the standard Luria Neuropsychological Battery.  International Journal

Golden      16

of Neuroscience, 1979, 10, 51-56.

38. Golden, C.J., Strider, F.D., Strider, M.A., Moore, G.F., & Gust, W.F.  Neuropsychological effects of acute syphilitic involvement of the central nervous system: A case report. Clinical Neuropsychology, 1979, 1, 24-28.

39. Golden, C.J., Graber, B., Moses, J.A., & Zatz, L.N.  Relationships of neuropsychological test scores to ventricular enlargement in schizophrenic patients.  Symposium Abstract - International Synopses. Journal of Computer Assisted Tomography, 1979, 3, 563.

40. Lewis, G., Golden, C.J., Purisch, A.D., & Hammeke, T.A.  The effects of chronicity of disorder and length of hospitalization on the standardized version off Luria's Neuropsychological Battery in a schizophrenic population.  Clinical Neuropsychology, 1979, 1, 13-18.

41. McKay, S., & Golden, C.J.  Empirical derivation of experimental scales for localizing brain lesions using the Luria-Nebraska Neuropsychological Battery.  Clinical Neuropsychology, 1979, 1, 19-23.

42. Chmielewski, C., & Golden, C.J.  Alcoholism and brain damage: An investigation using the Luria-Nebraska Neuropsychological Battery.  International Journal of Neuroscience, 1980, 10, 99-105.

43. Golden, C.J., & Berg, R.A.  Interpretation of Luria-Nebraska Neuropsychological Battery by item intercorrelation: The Writing scale.  Clinical Neuropsychology, 1980, 2, 8-12.

44. Moses, J., Jr., & Golden, C.J.  The discrimination between schizophrenic and brain damaged patients using the Luria-Nebraska Neuropsychological Battery.  International Journal of Neuroscience, 1980, 10, 121-128.

45. Cochrane-Schlutter, L., & Golden, C.J.  A comparison of treatments for prefrontal muscle contraction headache.  British Journal of Medical Psychology, 1980, 53, 47-52.

46. Golden, C.J. & Kuperman, S.  Graduate training in clinical neuropsychology.  Professional Psychology, 1980, 11, 55-63.

47. Golden, C.J., & Berg, R.A.  Interpretation of the Luria-Nebraska Neuropsychological Battery by item intercorrelation: Items 1-24 of the Motor scale.  Clinical Neuropsychology, 1980, 2, 6-71.

48. Golden, C.J., Moses, J.A., Jr., Zelazowski, R., Graber, B., Zatz, L.M., Horvath, T.B., & Berger, P.A.  Cerebral ventricular size and neuropsychological impairment in younger chronic schizophrenics.  Archives of General Psychiatry, 1980, 37, 619-623.

49. Golden, C.J.  In Reply to Adam's "In search of Luria's battery: A false start."  Journal of Consulting and Clinical Psychology, 1980, 48, 517-521.

50. Golden, C.J., Sweet, J., Hammeke, T., Purisch, A., Graber, B., & Osmon, D.  Factor analysis of the Luria-Nebraska Neuropsychological Battery: I. Motor, Rhythm and Tactile scales.  International Journal of Neuroscience, 1980, 11, 91-99.

51. Golden, C.J., Graber, B., Moses, J.A., Jr., & Zatz, L.  Differentiation of chronic schizophrenics with and without ventricular enlargement by the Luria-Nebraska Neuropsychological Battery.  International Journal of Neuroscience, 1980, 11, 131-138.

52. Golden, C.J., & Berg, R.A.  Interpretation of Luria-Nebraska Neuropsychological Battery by item intercorrelation: Items 25-51 of the Motor scale.  Clinical Neuropsychology, 1980, 2, 105-108.

53. Tramontana, M.G., Sherrets, S.K., & Golden, C.J.  Brain dysfunction in youngsters with psychiatric disorders: Application of Selz-Reitan rules for neuropsychological diagnosis.  Clinical Neuropsychology, 1980, 2, 118-123.

54. Golden, C.J., Kuperman, S., & Osmon, D.  Productivity ratings of psychology programs based on publication in journals.  Professional Psychology, 1980, 11, 797-806.

55. Golden, C.J., Osmon, D., Sweet, J., Graber, B., Purisch, A., & Hammeke, T.  Factor analysis of the Luria-Nebraska Neuropsychological Battery.  III: Writing, arithmetic, memory, left and right.  International Journal of Neuroscience, 1980, 11, 309-315.

56. Golden, C.J., Graber, B., Coffman, J., Berg, R., & Bloch, S.  Brain density deficits in chronic schizophrenia.  Psychiatry Research, 1980, 3, 179-184.

57. Fix, A.J., Daughton, D.M., Kass, I., Bell, C.W., & Golden, C.J.  Emotional, intellectual, and physiological predictors of vocational outcome of pulmonary rehabilitation patients.  Psychological Reports, 1980, 46, 379-382.

58. Golden, C.J., Kane, R., Sweet, J., Moses, J.A., Jr., Cardellino, J.P., Templeton, R., Vicente, P., & Graber, B.  Relationship of the Halstead-Reitan Neuropsychological Battery to the Luria-Nebraska Neuropsychological Battery.  Journal of Consulting and Clinical Psychology, 1981, 49, 410-417.

59. Golden, C.J., Graber, B., Blose, I., Berg, R., Coffman, J., & Bloch, S.  Difference in brain densities between chronic alcoholic and normal control patients.  Science, 1981, 211, 508-510.

60. Golden, C.J., & Kuperman, S.  Training opportunities in neuropsychological diagnosis at APA approved internship settings.  Professional Psychology, 1980, 2, 907-918.

61. Golden, C.J., & Berg, R.A.  Interpretation of the Luria-Nebraska Neuropsychological Battery by item intercorrelation: The Rhythm scale.  Clinical Neuropsycholgy, 1980, 2, 153-156.

62. Newlin, D.B., & Golden, C.J.  Hemispheric asymmetries in manic-depressive patients: Relationship to hemispheric processing of affect.  Clinical Neuropsychology, 1980, 2, 163-169.

63. Marsella, A.J., & Golden, C.J.  The structure of cognitive abilities in Japanese-Americans and Caucasian-Americans.  Journal of Social Psychology, 1980, 112, 19-30.

64. Graber, B., Kline-Graber, G., & Golden, C.J.  A circumvaginal muscle nomogram: A new diagnostic tool for female sexual dysfunction.  Journal of Clinical Psychiatry, 1981, 42, 157-161.

65. Golden, C.J., Hammeke, T., Osmon, D., Sweet, J., Purisch, A., & Graber, B.  Factor analysis of the Luria-Nebraska Neuropsychological Battery: IV: Intelligence and Pathognomonic scales.  International Journal of Neuroscience, 1981, 13, 87-92.

66. Erlandson, G., Osmon, D., & Golden, C.J.  MMPI correlates of the Luria-Nebraska Neuropsychological Battery in a psychiatric population.  International Journal of Neuroscience, 1981, 13, 143-145.

67. Osmon, D., & Golden, C.J.  The relationship between neuropsychological deficits and MMPI profile in chronic schizophrenics.  International Journal of Neuroscience, 1981, 13, 67-74.

68. Newlin, D., Carpenter, B., & Golden, C.J.  Hemispheric asymmetries in schizophrenia.  Biological Psychiatry, 1981, 16, 561-581.

69. Golden, C.J., Fross, K., & Graber, B.  Split-half reliability and item-consistency of the Luria-Nebraska Neuropsychological Battery.  Journal of Consulting and Clinical Psychology, 1981, 49, 304-305.

70. MacInnes, W.D., Forch, J.R., & Golden, C.J.  A cross-validation of a booklet form of the Category Test.  Clinical Neuropsychology, 1981, 3, 3-5.

71. Golden, C.J., & Berg, R.A.  Interpretation of the Luria-Nebraska Neuropsychological Battery by item intercorrelation: The Tactile scale.  Clinical Neuropsychology, 1981, 1, 25-39.

72. Golden, C.J., & Berg, R.A.  Interpretation of the Luria-Nebraska Neuropsychological Battery by item intercorrelation: IV.  The Visual scale.  Clinical Neuropsychology, 1981, 2, 22-

26.

73. Moses, J.A., Jr., Golden, C.J., Berger, P.A., & Wisniewski, A.M.  Neuropsychological deficits in early, middle, and late stage Huntington's disease as measured by the Luria-Nebraska Neuropsychological Battery.  International Journal of Neuroscience, 1981, 41, 95-100.

74. Golden, C.J., Kuperman, S., MacInnes, W.D., & Moses, J.A., Jr.  Cross validation of an abbreviated form of the Halstead Category Test.  Journal of Consulting and Clinical Psychology, 1981, 49, 606-607.

75. Golden, C.J., Moses, J.A., Jr., Fishburne, F.J., Engum, E., Lewis, G.P., Wisniewski, A., Conley, F.K., Berg, R.A., & Graber, B.  Gross validation of the Luria-Nebraska Neuropsychological Battery for the presence, lateralization, and localization of brain damage.  Journal of Consulting and Clinical Psychology, 1981, 49, 491-507.

76. Golden, C.J., Kane, R., Sweet, J., Moses, J.A., Jr., Cardellino, J.P., Templeton, R.T., Vicente, P., Kennelly, D., & Graber, B.  Relationship of Halstead-Reitan Neuropsychological Battery to the Luria-Nebraska Neuropsychological Battery.  Journal of Consulting and Clinical Psychology, 1981, 49, 410-417.

77. Golden, C.J., Moses, J.A., Jr., Graber, B., & Berg, R.A.  Objective clinical rules for interpreting the Luria-Nebraska Neuropsychological Battery.  Journal of Consulting and Clinical Psychology, 1981, 49, 616-618.

78. Lyon, K., Wilson, J., Golden, C.J., Graber, B., Coffman, J.A., & Bloch, S.  Effects of long-term neuroleptic use on brain density.  Psychiatric Research, 1981, 5, 33-37.

79. Berg, R.A., & Golden, C.J.  Identification of neuropsychological deficits in epilepsy using the Luria-Nebraska Neuropsychological Battery.  Journal of Consulting and Clinical Psychology, 1981, 49, 745-747.

80. McKay, S., & Golden, C.J.  Re-examination of the factor structure of the Receptive Language Scale of the Luria-Nebraska Neuropsychological Battery.  International Journal of Neuroscience, 1981, 14, 183-188.

81. McKay, S., & Golden, C.J.  The assessment of specific neuropsychological skills using scales derived from factor analysis of the Luria-Nebraska Neuropsychological Battery.  International Journal of Neuroscience, 1981, 14, 189-204.

82. Golden, C.J., Graber, B., Coffman, J., Berg, R.A., Newlin, D.B., & Bloch, S.  Structural brain deficits in schizophrenia as identified by CT scan density parameters.  Archives of General Psychiatry, 1981, 38, 1014.

83. McKay, S.E., Golden, C.J., & Scott, M.  Neuropsychological correlates of auditory and visual hallucinations.  International Journal of Neuroscience, 1981, 15, 87-94.

84. Golden, C.J., & Berg, R.A.  Interpretation of the Luria-Nebraska Neuropsychological Battery by item intercorrelation.  VII: Receptive Language.  Clinical Neuropsychology, 1981, 3, 21-27.

85. McKay, S.E., Golden, C.J., Moses, J.A., Jr., Fishburne, F., & Wisniewski, A.  Correlation of the Luria-Nebraska Neuropsychological Battery with the WAIS.  Journal Consulting and Clinical Psychology, 1981, 49, 940-946.

86. Klesges, R.C., Wilkening, G.N., & Golden, C.J.  Premorbid indices of intelligence: A review.  Clinical Neuropsychology, 1981, 3, 32-39.

87. Kane, R.L., Sweet, J.J., Golden, C.J., Parson, O.A., & Moses, J.A., Jr.  Comparative diagnostic accuracy of the Halstead-Reitan and standardized Luria-Nebraska Neuropsychological Batteries in a mixed psychiatric and brain damaged population.  Journal of Consulting and Clinical Psychology, 1981, 49, 484-485.

88. Zelazowski, R., Golden, C.J., Graber, B., Blose, I.L., Bloch, S., Moses, J.A., Jr., Zatz, L.M., Stahl, S.M., Osmon, D.C., & Pefferbaum, A.  Relationship of cerebral ventricular size to alcoholics' performance on the Luria-Nebraska Neuropsychological Battery.  Journal of Studies on Alcohol, 1981, 42, 79-756.

89. Golden, C.J., MacInnes, W.D., Ariel, R.N., Ruedrich, S.L., Chu, C.C., Coffman, J.A., Graber, B.,  & Bloch, S.  Cross validation of the ability of the Luria-Nebraska Neuropsychological Battery to differentiate chronic schizophrenics with and without ventricular enlargement.  Journal of Consulting and Clinical Psychology, 1982, 50, 87-95.

90. Coffman, J.A., Mefferd, J., Golden, C.J., Bloch, S., & Graber, B.  Cerebellar atrophy in chronic schizophrenia.  Lancet, March 21, 1981.

91. Golden, C.J., Menolascino, F., Wilkening, G.N., Coffman, J., & Tramontana, M. CT scan in mentally retarded children.  The Journal of Pediatrics, 1981, 99, 327.

92. Golden, C.J., Ariel, R.N., Moses, J.A., Jr., Wilkening, G.N., McKay, S.E., & MacInnes, W.D. Analytic techniques in the interpretation of the Luria-Nebraska Neuropsychological Battery.  Journal of Consulting and Clinical Psychology, 1982, 50, 40-48.

93. Fix, A.J., Golden, C.J., Daughton, D., Kass, I., & Bell, C.W.  Neuropsychological deficits among patients with chronic obstructive pulmonary disease.  International Journal of

Neuroscience, 1982, 16, 99-105.

94. Golden, C.J., Berg, R.A., & Graber, B.  Test-retest reliability of the Luria-Nebraska Neuropsychological Battery in stable, chronically impaired patients.  Journal of Consulting and Clinical Psychology, 1982, 50, 452-454.

95. Golden, C.J., Ariel, R.N., McKay, S.E., Wilkening, G.N., Wolf, B.A., & MacInnes, W.D.  The Luria-Nebraska Neuropsychological Battery: Theoretical orientation and comment.  Journal of Consulting and Clinical Psychology, 1982, 50, 291-300.

96. Graber, B., Hartmann, K., Coffman, J.A., Huey, C.J., & Golden, C.J.  Brain damage among mentally disordered sex offenders.  Journal of Forensic Sciences, 1982, 27, 125-134.

97. Portnoff, L.A., Golden, C.J., Snyder, T.J., & Gustavson, J.L.  Deficits of ideokinetic praxis in chronic schizophrenics on a modified version of the Luria-Nebraska Motor scale.  International Journal of Neuroscience, 1982, 16, 151-158.

98. Golden, C.J., & Berg, R.A.  Item interpretation of the Luria-Nebraska Battery.  VIII: The Expressive Language scale.  Clinical Neuropsychology, 1982, 4, 8-14.

99. Plaisted, J.R., & Golden, C.J.  Test-retest reliability of the clinical, factor, and localization scales of the Luria-Nebraska Neuropsychological Battery.  International Journal of Neuroscience, 1982, 17, 163-167.

100. Newlin, D.B., Golden, C.J., Quaife, M., & Graber, B.  Effect of alcohol ingestion on regional cerebral blood flow.  International Journal of Neuroscience, 1982, 17, 145-150.

101. Golden, C.J., Gustavson, J.L., & Ariel, F.A.  Correlations between the Luria-Nebraska Neuropsychological Battery and the Halstead-Reitan: Effects of partialling out education and postmorbid intelligence.  Journal of Consulting and Clinical Psychology, 1982, 50, 770-771.

102. Golden, C.J., & Urbina, S.P.  An introduction to the Luria-Nebraska Neuropsychological Battery.  Revista De Psicologos, 1982, 5, 5-13.

103. Urbina, S.P., Golden, C.J., & Ariel, A.N.  WAIS/WAIS-R: Initial comparisons.  Clinical Neuropsychology, 1982, 4, 145-146.

104. Golden, C.J.  Brain dysfunction in psychiatric population.  Neurologia en Columbia, 1982, 6, 13-28.

105. Golden, C.J.  Reliability and validity studies for the Luria-Nebraska Neuropsychological Battery.  Neurologia en Columbia, 1982, 6, 241-252.

106. Golden, C.J.  Theoretical basis of the Luria-Nebraska Neuropsychological Battery. Neurologia en Columbia, 1982, 6, 253-260.

107. Horton, A., Jr., Scott, M.L., & Golden, C.J.  Discrimination of brain-damaged schizophrenics from non-brain-damaged schizophrenics: Value of the Wiggins MMPI content scales.  Clinical Neuropsychology, 1983, 5, 21-22.

108. Golden, C.J., & Berg, R.A.  Interpretation of Luria-Nebraska Neuropsychological Battery by item intercorrelations: Intellectual processes. Clinical Neuropsychology, 1983, 5, 23-28.

109. Gillen, R.W., Golden, C.J., & Eyde, D.R.  Use of the Luria-Nebraska Neuropsychological Battery with elderly populations.  Clinical Gerontologist, 1983, 1, 3-21.

110. MacInnes, W.D., McFadden, J.M., & Golden, C.J.  A short-portable version of the Halstead Category Test.  International Journal of Neuroscience, 1983, 18, 41-44.

111. Scott, M., Golden, C.J., Ruedrich, S.L., & Bishop R. Ventricular enlargement in major depression.  Psychiatry Research, 1983, 8, 91-93.

112. Quattrocchi, M.M., & Golden, C.J. Peabody vocabulary test-revised and LNNB for children:  Intercorrelations for normal youngsters. Perceptual & Motor Skills, 1983, 5, 632-634.

113. Golden, C.J., & Berg, R.A>  Interpretation of Luria-Nebraska Neuropsychological Battery by item Intercorrelation: The Arithmetic scale.  Clinical Neuropsychology, 1983, 5, 122-127.

114. Golden, C.J., & Berg, R.A.  Interpretation of Luria-Nebraska Neuropsychological Battery by item intercorrelation: The Memory scale.  Clinical Neuropsychology, 1983, 5, 55-59.

115. MacInnes,, W.D., Golden, C.J., Cole, J.K., Greenhouse, A.H., & Uhl, H.S.M.  Aging and performance on the Luria-Nebraska Neuropsychological Battery.  The International Journal of Neuroscience, 1983, 19, 179-190..

116. Plasted, J.R., Gustavson, J.L., Wilkening, G.N., & Golden, C.J.  The Luria-Nebraska Neuropsychological Battery- children's revision:  Theory and current research findings. Journal of Clinical Child Psychology, 1983, 1, 13-21.

117. Fix, J.A., Daughton, D., Kass, I., Smith, J.L., Wickiser, A., Golden, C.J., & Wass, A.R. Urinary alkalinization and smoking cessation.  Journal of Clinical Psychology, 1983, 39, 617-623.

118. Ariel, R.N., Golden, C.J., Berg, r.A., Quaife, M.A., Dirksen, J.W., Forsell, T., Wilson, J., & Graber, B.  Regional cerebral blood flow in schizophrenia with the 133-xexon inhalation method.  Archives of General Psychiatry, 1983, 40, 258-263.

119. MacInnes, W.D., Golden, C.J., McFadden, J., & Wilkening,G.N.  Relationships between the Booklet Category Test and the Wisconsin Card Sorting Test.  International Journal of Neuroscience, 1983, 21, 257-264.

120. Portnoff, L.A., Gustavson, J.L., & Golden, C.J. Diagnostic validity of a short neurobehavioral test for screening of parietal lobe lesions.  International Journal of Neuroscience, 1983, 21, 39-50.

121. Golden, C.J.  RCBF and CO.  Reply - Letter to the Editor.  Archives of General Psychiatry. 1983, 40, 1344.

122. Gillen, R.W., Ginn, C.E., Strider, M.A., Kreuch, T. & Golden, C.J.  The LNNB and the Peabody Individual Achievement Test: A correlational analysis.  International Journal of Neuroscience, 1983, 21, 51-62.

123. Golden, C.J., & Berg, R.A.  Interpretation of Luria-Nebraska Neuropsychological Battery by item intercorrelation: The Reading scale.  Clinical Neuropsychology, 1983, 4, 176-179.

124. Golden, C.J., Carpenter, B., Wlkening, G., Ruedrich S., Chu, C., & Graber, B.  The relationship of the brief psychiatric rating scale to neuropsychological deficits in phenothiazine treated schizophrenics.  Psychopharmacology Bulletin, 1983, 19, 513-517.

125. Bishop, R.J., Golden, C.J., MacInnes, W.D., Chu, C., Ruedrich, S.L., & Wilson, J.  The BPRS in assessing symptom correlates of cerebral ventricular enlargement in acute and chronic schizophrenia.  Psychiatry Research, 1983, 9, 225-231.

126. McKay, S.E., Golden, C.J. & Wolf, B.A.  Effects of age and education on the LNNB performance of selected populations.  International Journal of Neuroscience, 1983, 21, 25-38.

127. Bryant, E.T., Scott, M.L., Golden, C.J., and Tori, C.D.  Neuropsychological deficits, learning disability and violent behavior.  Journal of Consulting and Clinical Psychology, 1984, 52, 323-324.

128. Sawicki, R.F., & Golden, C.J.  Multivariate statistical techniques in neuropsychology:  I. Comparison of orthogonal rotation methods with the receptive scale of the Luria-Nebraska Neuropsychological Battery.  International Journal of Clinical Neuropsychology, 1984, 6, 126-134.

129. Sawicki, R.F., & Golden, C.J.  Examination of two decision rules for the global interpretation of the Luria-Nebraska Neuropsychological Battery summary profile. International Journal of Neuroscience, 1984, 22, 209-220.

130. Bryant, E.T., Maruish, M.E., & Golden, C.J.  Validity of the Luria-Nebraska Battery, Journal of Consulting and Clinical Psychology, 1984, 52, 445-448.

131. Sawicki, R.F., & Golden, C.J.  The Profile Elevation scale and the Impairment scale:  Two new summary scales for the Luria-Nebraska Neuropsychological Battery.  International Journal of Neuroscience, 1984, 23, 81-90.

132. Golden, C.J.  The Luria-Nebraska Neuropsychological Battery in forensic assessment of head injury.  Psychiatric Annals, 1984, 14, 532-538.

133. Franzen, M.D., & Golden, C.J.  Multivariate statistical techniques in neuropsychology:  II. Comparison of number of factors rules with the Motor scale of the Luria-nebraska Neuropsychological Battery.  International Journal of Clinical Neuropsychology, 1984, 6, 165-171.

134. Sawicki, R.F., Leark, R., Golden, C.J., and Karras, D.  The development of the Pathognomonic, Left Sensorimotor, and Right Sensorimotor scales for the Luria-Nebraska Neuropsychological Battery -- Children's revision.  Journal of Clinical Child Psychology, 1984, 2, 165-169.

135. Golden, C.J.  Cognitive analysis, computer models, and the WAIS.  Psychological Reports, 1984, 55, 482.

136. Gustavson, J.L., Golden, C.J., Wilkening, G.N., Hermann, B.P., Plaisted, J.R., & MacInnes, W.D.  The luria-Nebraska Neuropsychological Battery -- Children's revision:  Validation with brain-damaged and normal children.  Journal of psychoeducational Assessment, 1984, 2, 199-208.

137. Scott, M.L., Cole, J.K., McKay, S.E., Golden, C.J., & Liggett, K.R.  Neuropsychological performance of sexual assaulters and pedophiles.  Journal of Forensic Sciences, 1984, 4, 1114-1118.

138. Franzen, M.D., & Golden, C.J.  Case Study: "Report of a case of fluoride poisoning. Clinical Neuropsychology, 1984, 6, 264-269.

139. Knippa, J., Golden, C.J., & Franzen, M. Interpretation and use of the Luria-Nebraska Battery.  Brain and Cognition, 1984, 3, 343-348.

140. MacInnes, W.D., Golden, C.J., Gillen, R.W., Sawicki, R.F., Quaife, M., Uhl, H.S.M., &

Greenhouse, A.J.  Aging, regional cerebral blood flow and neuropsychological functioning.  Journal of the American Geriatric Society, 1984, 32, 712-718.

141. Maruish, M.E., Sawicki, R.F. Franzen, & Golden, C.J. Alpha coefficient reliabilities for the Luria-Nebraska europsychological Battery Summary and Localization Scales by diagnostic category.  The International Journal of Clinical Neuropsychology, 1984, 7, 10-12.

142. Menolascino, F.J., Reudrich, S.L, Golden, C.J., & Wilson, J.  Schizophrenia in the mentally retarded:  A comparative study of the therapeutic efficacy of Thiothixene and Thioridazine.  The Psychiatric Hospital, 1985, 16, 21-25.

143. Golden, C.J.  Disfuncoes cerebais.  Neurosicologia, 1984, 4, 13-25.

144. Menolascino, F.J., Ruedrich, M.D., Golden, C.J., & Wilson, T.E.  Diagnosis and pharmacotherapy of schizophrenia in the retarded.  Psychopharmacology Bulletin, 1985, 2, 316-322.

145. Franzen, M.D. & Golden, C.J. Multivariate techniques in neuropsychology:  III. Discriminant function analysis.  The International Journal of Clinical Neuropsychology, 1985, 7, 80-87.

146. Golden, C.J., Scott, M., Strider, M.A., Chu, C.C., Ruedrich, S., & Graber, B. Neuropsychological deficit and regional cerebral blood flow in schizophrenic patients. The Hillside Journal of Clinical Psychiatry, 1985, 7, 3-15.

147. Fix, A.J., Daughton, D., Kass, I., Bell, C.W., & Golden, C.J.  Cognitive functioning and survival among patients with chronic obstructive pulmonary disease.  International Journal of Neuroscience, 1985, 27, 13-17.

148. Golden, C.J.  Computer models and the brain.  Computers in Human Behavior, 1985, 1, 35-48.

149. Strider, M.A., Chu, C.C., Golden, C.J., & Bishop, R.J. Neuropsychological dimensions of paranoid syndromes.  The International Journal of Clinical Neuropsychology, 1985, 7, 196-200.

150. Henry, P.W., Knippa, J., & Golden, C.J.  A systems model for therapy with brain-injured adults and their families, Family Systems Medicine, 1986, 3, 427-439.

151. Horton A.M., Jr., Timmins, M., & Golden, C.J.  How intelligent are organicity scales of the MMPI?  Clinical Neuropsychology, 1985.

152. McKay, S.E., Scott, M., Golden, C.J., Wolf, B.A., & MacInnes, W.D.  Neuropsychological test performance of assaultive and nonassaultive schizophrenics.  International Journal of Neuroscience, 1985.

153. Wasyliw, O.E. & Golden, C.J.  Neuropsychological Testing in the Evaluation of Personal Injury Claims.  Behavioral Sciences & the Law, 1985, 3, 149-164.

154. Menolascino, F.J., Wilson, J., Golden, C.J., & Ruedrich, S.L.  Medication and treatment of schizophrenia in persons with mental retardation.  Mental Retardation, 1986, 5, 277-283.

155. Quattrocchi, M.M., Walker, A.M., Golden, C.J., & Fix, J. A.  Regional Cerebral Blood Flow and neuropsychological functioning among adolescents.  The Hillside Journal of Clinical Psychiatry, 1986, 2 164-173.

156. Donais, S.H., Golden, C.J., Lovell, M.R., and Vassilopoulou, E.O.  The Luria-Nebraska Neuropsychological Battery:  The standardized Greek version.  Proceedings of the Sixth South-East European Neuropsychiatric Conference, 1985, 606-615.

157. Donias, S.H., Golden, C.J., Lovell, M.R. and Vassilopoulou, E.O.  The standardized Greek version of the Luria-Nebraska Neuropsychological Battery.  International Journal of Clinical Neuropsychology, in press.

158. Golden, C.J.  Screening Batteries for the Luria-Nebraska:  Research Results.  Neuropsychology, in press.

159. Muskin, M. and Golden, C. Lao Depression Inventory.  Journal of Personality Assessment, in press.

160. Golden, C.J.  using the Luria-Nebraska Neuropsychological Examination in cognitive rehabilitation.  Cognitive Rehabilitation, 1988, 6, 26-31.

161. Golden, C.J. Developing scoring systems for neuropsychological tests.  International Journal of Clinical Neuropsychology,  1991, 13, 53-58.

162. Golden, C. J. and Marholin, D. Stroke.  Encyclopedia of Aging, 1995.

163. Golden, C. J. and Marholin, D. Organic brain syndrome.  Encyclopedia of Aging,  1995.

164. Golden, C. J. Clinical memory testing: instrument review.  Encylopedia of Aging, 1995.

165. Golden, C. J.  Luria - Nebraska Neuropsychological Battery.  Encyclopedia of Aging, 1995.

166. Golden, C. J. Frontal lobe dysfunction.  Encyclopedia of Aging, 1995.

167.  Golden, C. J. Atherosclerosis.  Encyclopedia of Aging, 1995.

168. Crum, T. A., Bradley, J. D., Teichner, G., & Golden, C.J. (1998) Analysis of the general intelligence subtest of the Luria-Nebraska Neuropsychological Battery III.  Archives of Clinical Neuropsychology, 13, 20. (Abstract).

169. Crum, T. A., Golden, C. J., Bradley, J. D., & Teichner, G. (1998) Analyzing the concurrent validity of the memory scales of the Luria-Nebraska Neuropsychological Battery III. Archives of Clinical Neuropsychology, 13, 21. (Abstract).

170.  C.J. Golden, M.L. Jackson, A. Peterson-Rohne, & S.T. Gontkovsky.  Neuropsychological Correlates of Violence and Aggression: A Review of the Clinical Literature.  Journal of Aggression and Violent Behavior: A Review Journal, 1996, 1, 3-25.

171.  Golden, C. J. (1997) The relationship between the MAS and the WMS-R (abstract only). Clinical Neuropsychologist, 9, 279.

172. Golden, C.  (in press) The Role of Neuropsychology:  A Comment on the Subcommittee Report on Neuropsychological Testing.  Archives of Clinical Psychology.

173. Van den Broek, A., Golden, C., Loonstra, A. & Ghinglia, K.  (1998) Short forms of the Wechsler Memory Scale Revised.  Psychological Assessment.

174. Thompson, M., Knee, K., & Golden, C. (1998). Olfaction in persons with Alzheimer's disease: A review. Neuropsychology Review, 8, 11-23.

175. Golden, C., White, L., Combs, T., Morgan, M., and McLane, D. (1999)  WMS-R and MAS correlations in a neuropsychological population.  Archives of Clinical Neuropsychology, 14, 265-271.

176. Golden, C. J.  (in press)  Wechsler Memory Scale.  In A. Kazdin Encyclopedia of Psychology.  New York: Oxford.

177. Golden, G., Golden, C., Burns, W., & Roth, L. (1997).  The relationship between Neuropsychological test performance and their money management skills in the chronic psychiatric elderly.  Archives of Clinical Neuropsychology, 12, 324.

178. Van den Broek, A., Golden, C. J., Loonstra, A., Ghinaglia, K. & Goldstein, D. (1997). Short forms of the Wechsler Memory Scale- Revised: A cross validation.  Psychological Assessment, 10, 38-40.

179. Demsky, Y. I., Golden, C., Burns, W. J., Valley, S., & Humphreys, B. (1997).  Landau-

Kleffner Syndrome in an 8 year old male: A case study of neuropsychological test performance. <u>Archives of Clinical Neuropsychology, 12</u>, 307-308.

180.  Demsky, Y., Gass, C., & Golden, C. J. (1998)   Interpretation of VIQ-PIQ and Inter-Subtest Differences on the Spanish Version of the WAIS (EIWA). <u>Assessment, 5</u>, 25-29.

181. Menolascino, F. J., Donaldson, J. Y., Gallagher, T. F., Golden, C. J., & et al. (1988). Orthomolecular therapy: Its history and applicability to psychiatric disorders. <u>Child Psychiatry & Human Development, 18</u>(3), 133-150.

182. Menolascino, F. J., Donaldson, J. Y., Gallagher, T. F., Golden, C. J., Wilson, J. E., Huth, J. A., Ludvigsen, C. W., & Gillette, D. W. (1989). Vitamin supplements and purported learning enhancement in mentally retarded children. <u>J Nutrional  Science and Vitaminology  (Tokyo), 35</u>(3), 181-92.

183.  Golden, C. J.,  Kushner, T.,  Lee, B., & McMorrow, M.A.  (1998). Searching for the meaning of the Category Test and the Wisconsin  Card Sort Test: A comparative analysis. <u>International Journal of Neuroscience, 93</u>, 141-150.

184.  Demsky, Y. I., Gass, C. S., & Golden, C. J. (1997).  Common short forms of the Spanish WAIS. <u>Perceptual and Motor Skills</u>, 85, 1121-1122.

185.  Raphael, A. J. & Golden, C. J. (1997) Prediction of job retention using a brief projective test battery: A preliminary report. <u>International Journal of Selection and Assessment, 5</u>, 229-232.

186.  Schutte, N.S., Malouff, J.M., Hall, L.E., Haggerty, D.J., Cooper, J.T., Golden, C., & Dornheim, L. (1998).  Development and validation of a measure of emotional intelligence.<u> Personality and Individual Differences, 25</u>, 167-177.

187.  Van den Broek, A., Mattis, K., & Golden, C. (1998) Intelligence, memory, and attention in children: A correlational study.   <u>Archives of Clinical Neuropsychology, 13</u>, 87. (Abstract).

188. Golden, C. J. & van den Broek, A. (1998). Potential impact of age and education corrections on the ability of the HRNB to discriminate between subjects with focal brain injury. <u>Archives of Clinical Neuropsychology, 13</u>, 683-694.

189. Demsky, Y., Mittenberg, W., Quintar, B., Katell, A. D., & Golden, C. J. (1998) Bias in the Use of Standard American Norms  with Spanish Translations of the Wechsler Memory Scale- Revised. <u>Assessment, 5</u>, 115-121.

190. Demsky, Y., Gass, C., Edwards, W. T., and Golden, C. J. (1998).  Optimal short forms of

Spanish WAIS (EIWA). Assessment, 5, 361-364.

191. Vayalakkara, J., Devaraju-Backhaus, S., Bradley, J. D. D., Simco, E. R., & Golden, C. J. (2001). Abbreviated form of the Wisconsin Card Sort Test. International Journal of Neuroscience, 103, 131-137.

192. Teichner, G., Golden, C. J., Bradley, J. D. D., & Crum, T. A. (1999). Internal consistency and discriminant validity of the Luria-Nebraska Neuropsychological Battery - III. International Journal of Neuroscience, 98, 141-152.

193. Aucone, E. J., Raphael, A. J., Golden, C. J. , Espe-Pfeifer, P., Seldon, J., Pospisil, T., Dornheim, L., Proctor-Weber, Z. & Calabria, M. (1999). Reliability of the Advanced Psychodiagnostic Interpretation (API) Scoring System for the Bender-Gestalt. Assessment, 6, 301-303.

194. Goleburn, C. R. & Golden, C. J. (2001). Traumatic Brain Injury Outcome in Older Adults: A Critical Review of the Literature. Journal of Clinical Gerontology, 7(3), 161-188.

195. Marrero, M. Z., Golden, C. J., & Espe-Pfeifer, P. (2002). Bilingualism, brain injury, and recovery: Implications for understanding the bilingual and for therapy. Clinical psychology review, 22(3), 463-478.

196. Teichner, G., Golden, C. J., Crum, T. A., Azrin, N. A., Donohue, B., & Van Hasselt, V. B. (2000). Identification of Neuropsychological Subtypes in a Sample of Delinquent Adolescents. Journal of Psychiatric Research, 34, 129-132.

197. Teichner, G., Donohue, B., Crum, T. A., Azrin, N.H., & Golden, C.J. (2000). Relating adolescent substance use to neuropsychological functioning. International Journal of Neuroscience, 104, 113-124.

198. Freshwater, S. & Golden, C. J. (2002). Personality changes associated with brain injury in the elderly. Journal of Clinical Geropsychology, 8, 251-277.

201. Golden, C. J. & Espe-Pfeifer, P. (2001). Atherosclerosis. In Maddox, G. (Ed.) The Encyclopedia of Aging. New York: Springer.

202. Golden, C. J. & Devaraju-Backhaus, S. (2001). Frontal lobe dysfunction. In Maddox, G. (Ed.) The Encyclopedia of Aging. New York: Springer.

203. Golden, C. J. & Mahrou, M. (2001). Organic brain syndrome. In Maddox, G. (Ed.) The Encyclopedia of Aging. New York: Springer.

204. Freshwater, S. & Golden, C. J. (2001). Stroke. In Maddox, G. (Ed.) The Encyclopedia of

Golden     30

Aging.  New York: Springer.

205. Wachsler-Felder, J. & Golden, C. J. (2002).  Neuropsychological Consequences of HIV in Children:  A Review of Current Literature.  Clinical Psychological Review, 22, 441-462.

206. Gianarris, W. J., Golden, C. J., & Greene, L. (2001). The Conners' parent rating scales: A critical review of the literature. Clinical psychology review, 21(7), 1061-1093.

207. Bradley, J. D. D. & Golden, C. J. (2001).  Biological contributions to the presentation and understanding of ADHD: A Review.  Clinical Psychological Review, 21(6), 907-929.

208. Devaraju-Backhaus, S., Espe-Pfeifer, P., Mahrou, M. L., & Golden, C. J. (2001). Correlation of the LNNB-III with the WAIS-III in a mixed psychiatric and brain-injured population. International Journal of Neuroscience, 111(3), 235-240.

209. Golden, Z. L., & Golden, C. J. (2001). Do early onset conduct disordered adolescents perform like brain injured or normal adolescents on cognitive tests? International Journal of Neuroscience, 111(1), 109-121.

210. Migoya, J., Zimmerman, S. W., & Golden, C. J. (2002). Abbreviated form of the wechsler memory scale-III faces subtest. Assessment, 9(2), 142-144.

211. Golden, Z. L., Neubauer, R., Golden, C. J., Greene, L., Marsh, J. & Mleko, A. (2002). Improvement in Cerebral Metabolism in Chronic Brain Injury After Hyperbaric Oxygen Therapy.  International Journal of Neuroscience, 112, 119-131.

212. Teichner, G., Golden, C. J., Van Hasselt, V. B., & Peterson, A. (2001).  Assessment of cognitive functioning in men who batter.  International Journal of Neuroscience, 111, 241-253.

213. Golden, Z. L., & Golden, C. J. (2002). Patterns of performance on the stroop color and word test in children with learning, attentional and psychiatric disabilities. Psychology in the Schools, 39(5), 489-496.

214. Raphael, A., Golden, C., & Cassidy-Feltgen, S. (2002).  The Bender-Gestalt in forensic practice.  Journal of Forensic Psychology Practice, 2. 93-106.

215. Golden, Z., & Golden, C. J. (2003). Impact of brain injury severity on personality dysfunction. International Journal of Neuroscience, 113(5), 733-745.

216. Golden, Z., & Golden, C. J. (2003). The differential impacts of alzheimer's dementia, head injury, and stroke on personality dysfunction. International Journal of Neuroscience,

113(6), 869-878.

217. Raphael, A. J. & Golden, C. J. (2002).  Relationships of objectively scored Bender variables with MMPI scores in an outpatient psychiatric population.  Perceptual and Motor Skills, 93, 1217-1232.

218. Ellingstad, T.P., Sobell., L., Sobell, M., Eickleberry, L. & Golden, C. (2006)  Self-change: A pathway to cannabis abuse resolution.  Addictive Behaviors, 31, 519-530.

219. Foley, J., Garcia, J., Harris, K., Todd, M., and Golden, C. (2006). Can the MMPI-2 discriminate between mild-moderate TBI and other neurologic and psychiatric populations? International Journal of Neuroscience, 116, .1377-1389.

220. Foley, J., & Golden, C. (2005). Reinterpretation of the MMPI-2: A new direction? PsycCRITIQUES, 50(23).

221. Golden, C. (2006). Short but not so sweet review of the legal basis of special education. PsycCRITIQUES, 51(50). 222.

222. Golden, C. J. (2007). Can scientific jury selection produce fair juries or just juries with a different bias? PsycCRITIQUES, 52(6).

223. Golden, C. J. (2006). Learning a little about litigation. PsycCRITIQUES, 52 (6).

224. Golden, C. J., & Collins, M. J. (2005). Understanding genetic and environmental influences on psychiatric disorders. PsycCRITIQUES, 50(47).

224. Golden, C. J., Moses, J. A. J., Osmon, D. C., & Berg, R. A. (2006). Goals revisited: A rebuttal to lezak's reviews. PsycCRITIQUES, 50 (10).

225. Golden, C. J., Moses, J. A. J., Osmon, D. C., & Berg, R. A. (2006). Whose goals do we meet. PsycCRITIQUES, 50 (10).

226. Golden, C. J., Shellenberger, T., Garcia, J., & Collins, M. (2005). The golden rule: Choose your tests as you would have them chosen for you. PsycCRITIQUES, 50(10)

227. Golden, C. J., & Simmons, M. (2006). The relevance of the Rorschach inkblot test to modern assessment. PsycCRITIQUES, 51(17).

228. Golden, C., Golden, C. J., & Schneider, B. (2003). Cell phone use and visual attention. Perceptual and motor skills, 97(2), 385-389.

229. Golden, Z., Bouvier, M., Selden, J., Mattis, K., Todd, M., & Golden, C. (2005). Differential

performance of Alzheimer's and vascular dementia patients on a brief battery of neuropsychological tests. International Journal of Neuroscience, 115(11), 1569-1577.

230. Golden, Z., Golden, C. J., & Neubauer, R. A. (2006). Improving neuropsychological function after chronic brain injury with hyperbaric oxygen. Disability and Rehabilitation: An International Multidisciplinary Journal, 28(22), 1379-1386.

231. Golden, C. & Golden, C. J. (in press), "The Impact of Education on Aging of Normal and Brain Damaged Individuals". International Journal of Neuroscience.

232. Foley, J., Golden, C., Simco, E., Schneider, B., McCue, R & Shaw, L. (in press 2007). Corollary and discrepancy-based approaches for examining the appropriateness of premorbid cognitive estimation in geriatric schizophrenia. International Journal of Neuroscience.

233. Foley, J., Garcia, J., Harris, K., Golden, C., & Todd, M. (2006). Can the MMPI-2 discriminate between mild-moderate TBI and other neurologic and psychiatric populations? International Journal of Neuroscience, 116(12), 1377-1389.

234. Golden, C. J., & Collins, M. J. (2005). Understanding genetic and environmental influences on psychiatric disorders. Psyc Critiques, 51.

235. Golden, C., & Figueroa, M. (2007). Facing cultural challenges in personality testing. Psyc Critques, 52.

236. Foley, J., Golden, C., Simco, E., Schneider, B., McCue, R. & Shaw, L. (2008). Pattern of memory compromise in chronic geriatric schizophrenia, frontotemporal dementia, and normal geriatric controls. Acta Neuropsychiatrica, 20 (1), 9-19.

237. Neubauer, R. A. & Golden, C. J. (2005).  Can post-operative cognitive dysfunction be prevented? Journal of American Physicians and Surgeons, 10, 22.

238. Condit, D.C., Mittenberg, W., Golden, CJ., & Shapiro, D. (2008). Third party observation effects via video recording on malingered neuropsychological test performance. The Clinical Neuropsychologist, 22, 394-395.

239. Kohn, L.,  Hooper, E., Ballard, J., Raphael, A., & Golden, C. J. (2009). New Developments in the Role of Neuropsychological and Psychological Assessments in Rehabilitation, Case Management and Life Care Planning. Journal of Life Care Planning, 8, 3-8.

240. Turnbull, H., Greenwood, R., Tworoger, L., & Golden, C. J. (2011).  The inclusion skills measurement profile: Validating an assessment for identification of skill deficiencies in diversity and inclusion.  Journal of Organizational Culture, Communications and Conflict,  15, 12-25.

241. Boddy, R., & Golden, C. (2012). Craniosynostosis. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 238-240). New York, NY: Springer.

242. Boddy, R., & Golden, C. (2012). Rasmussen's Encephalitis. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 623-626). New York, NY: Springer.

243. Boddy, R., & Golden, C. (2012). Tarlov Cysts. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 705-706). New York, NY: Springer.

244. Bolanos, J., & Golden, C. (2012). Cerebro-Oculo-Facio-Skeletal Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 178-180). New York, NY: Springer.

245. Bolanos, J., & Golden, C. (2012). Postural Orthostatic Tachycardia syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 604-605). New York, NY: Springer.

246. Buddin, W. H., & Golden, C. (2012). Antiphospholipid Antibody Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 83-85). New York, NY: Springer.

247. Buddin, W. H., & Golden, C. (2012). Parry-Romberg's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 575-577). New York, NY: Springer.

248. Corsun-Ascher, C., & Golden, C. (2012). Dermatomyositis. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 260-262). New York, NY: Springer.

249. Corsun-Ascher, C., & Golden, C. (2012). Hypotonia. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 369-371). New York, NY: Springer.

250. Corsun-Ascher, C., & Golden, C. (2012). Striatonigral Degeneration. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 682-683). New York, NY: Springer.

251. Dance, D. S., & Golden, C. (2012). Dawson's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 250-252). New York, NY: Springer.

252. Dance, D. S., & Golden, C. (2012). Leigh's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),    *The Encyclopedia of Neuropsychological Disorders* (pp. 419-421). New York, NY: Springer.

253. Dougherty, M. C., & Golden, C. (2012). Alpers's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 60-61). New York, NY: Springer.

254. Dougherty, M. C., & Golden, C. (2012). Coffin-Lowry Syndrom. In C. A. Noggle, R. S. Dean, & A. M. Horton        (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 219-221). New York, NY: Springer.

255. Dougherty, M.C., & Golden, C. (2012). Isaac's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 382-383). New York, NY: Springer.

256. Foley, J., & Golden, C. (2012). Wallenberg's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 751-752). New York, NY: Springer.

257. Foley, J., & Golden, C. (2012). Zellweger's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 775-776). New York, NY: Springer.

258. Frisch, D. L., & Golden, C. (2012). Bloch-Sulzberger Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton        (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 144-145). New York, NY: Springer.

259. Frisch, D. L., & Golden, C. (2012). Causalgia. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 159-160). New York, NY: Springer.

260. Frisch, D. L., & Golden, C. (2012). Infantile Refsum Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 378-380). New York, NY: Springer.

261. Garcia, J., & Golden, C. (2012). de Morsier's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),        *The Encyclopedia of Neuropsychological Disorders* (pp. 252-254). New York, NY: Springer.

262. Hines, L. J., & Golden, C. (2012). Gaucher's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 327-328). New York, NY: Springer.

263. Hines, L. J., & Golden, C. (2012).Machado-Joseph's Disease. In C. A. Noggle, R. S. Dean,

& A. M. Horton *The Encyclopedia of Neuropsychological Disorders* (pp. 452-454). New York, NY: Springer.

264. Holster, J., & Golden, C. (2012). Hereditary Spastic Paraplegia. In C. A. Noggle, R. S. Dean, & A. M. Horton        (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 341-343). New York, NY: Springer.

265. Holster, J., & Golden, C. (2012). Hypertonia. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 367-369). New York, NY: Springer.

266. Holster, J., & Golden, C. (2012). Infantile Neuroaxonal Dystrophy. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 376-378). New York, NY:     Springer.

267. Holster, J., & Golden, C. (2012). Kennedy's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 393-396). New York, NY: Springer.

268. Heyanka, D. J., & Golden, C. (2012). Troyer's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 26-28). New York, NY: Springer.

269. Heyanka, D. J., & Golden, C. (2012). Wolman's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 771-773). New York, NY: Springer.

270. Metoyer, K. E., & Golden, C. (2012). Adult Refsum Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 26-28). New York, NY: Springer.

271. Morrow, J. L., & Golden, C. (2012). Kinsbourne's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 396-398). New York, NY: Springer.

272. Morrow, J. L., & Golden, C. (2012). Sjögren's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 657-659). New York, NY: Springer.

273. Morrow, J. L., & Golden, C. (2012). Todd's Paralysis. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 714-715). New York, NY: Springer.

274. Odland, A. P., & Golden, C. (2012). Fabry's Disease (Anderson-Fabry Disease). In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological*

*Disorders* (pp. 299-301). New York, NY: Springer.

275. Odland, A. P., & Golden, C. (2012). von Economo Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 747-748). New York, NY: Springer.

276. Pless, K. R., & Golden, C. (2012). Sotos' Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 666-667). New York, NY: Springer.

277. Pless, K. R., & Golden, C. (2012). Thyrotoxic Myopathy. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 713). New York, NY: Springer.

278. Pless, K. R., & Golden, C. (2012). Whipple's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 764-765). New York, NY: Springer.

279. Prinzi, L. M. F., & Golden, C. (2012). Blepharospasm. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 141-144). New York, NY: Springer.

280. Prinzi, L. M. F., & Golden, C. (2012). Neurocanthocytosis. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 519-521). New York, NY: Springer.

281. Restrepo, L. M., & Golden, C. (2012). Batten's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 129-131). New York, NY: Springer.

282. Rice, J., & Golden, C. (2012). Angelman Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 80-83). New York, NY: Springer.

283. Rice, J., & Golden, C. (2012). Schilder's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 641-643). New York, NY: Springer.

284. Ritchie, D., & Golden, C. (2012). Infantile Hypotonia. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 374-376). New York, NY: Springer.

285. Rodriguez, M. J., & Golden, C. (2012). Alternating Hemiplegia in Childhood. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 61-64). New York, NY: Springer.

286. Rodriguez, M. J., & Golden, C. (2012). Acute Disseminated Encephalomyelitis. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 1-3). New York, NY: Springer.

287. Robbins, J., & Golden, C. (2012). Cerebral Arteriosclerosis. In C. A. Noggle, R. S. Dean, & A. M. Horton  (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 169-170). New York, NY: Springer.

288. Robbins, J., & Golden, C. (2012). Ohtahara's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 550-552). New York, NY: Springer.

289. Santiso, S. L., & Golden, C. (2012). Charcot-Marie-Tooth Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 185-187). New York, NY: Springer.

290. Santiso, S. L., & Golden, C. (2012). Hughes' Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 353-355). New York, NY: Springer.

291. Scarisbrick, D. M., & Golden, C. (2012). Piriformis Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 591-593). New York, NY: Springer.

292. Scarisbrick, D. M., & Golden, C. (2012). von Hippel-Lindau Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),  *The Encyclopedia of Neuropsychological Disorders* (pp. 749-750). New York, NY: Springer.

293. Silk, E., & Golden, C. (2012). Erb's Palsy. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 294-297). New York, NY: Springer.

294. Silk. E., & Golden, C. (2012). Familial Spastic Paraplegia. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),  *The Encyclopedia of Neuropsychological Disorders* (pp. 308-310). New York, NY: Springer.

295. Silk, E., & Golden, C. (2012). Lambert-Eaton Myasthenia Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 414-415). New York, NY:  Springer.

296. Silk, E., & Golden, C. (2012). Miller Fisher Syndome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),      *The Encyclopedia of Neuropsychological Disorders* (pp. 466-468). New York, NY: Springer.

297. Tireman, E. L., & Golden, C. (2012). Dyssynergia Cerebellaris Myoclonica. In C. A.

Noggle, R. S. Dean, & A.    M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 271-273). New York, NY: Springer.

298. Tireman, E. L., & Golden, C. (2012). Occipital Neuralgia. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),   *The Encyclopedia of Neuropsychological Disorders* (pp. 549-550). New York, NY: Springer.

299. Tireman, E. L., & Golden, C. (2012). Sclerodoma. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),        *The Encyclopedia of Neuropsychological Disorders* (pp. 645-647). New York, NY: Springer.

300. Tireman, E. L., & Golden, C. (2012). Wegener's Granulomatosis. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),  *The Encyclopedia of Neuropsychological Disorders* (pp. 753-755). New York, NY: Springer.

301. Tourgeman, I., & Golden, C. (2012). Melkersson-Rosenthal's Syndrome. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 448-449). New York,    NY: Springer.

302. Tourgeman, I., & Golden, C. (2012). Menkes's Disease. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.),  The Encyclopedia of Neuropsychological Disorders (pp. 452-454). New York, NY: Springer.

303. West, S. E., & Golden, C. (2012). Dejerine-Klumpke. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 254-256). New York, NY: Springer.

304. West, S. E., & Golden, C. (2012). Shingles. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 653-654). New York, NY: Springer.

305. West, S. E., & Golden, C. (2012). Sydenham's Chorea. In C. A. Noggle, R. S. Dean, & A. M. Horton (Eds.), *The Encyclopedia of Neuropsychological Disorders* (pp. 691-692). New York, NY: Springer.

Presentations

Dr. Golden has made over 1000 presentations (oral or poster) to national and international conferences including the National Academy of Neuropsychology, the American Psychological Association, and the International Neuropsychological Society.