# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ELIZABETH A. BLACK,

          Plaintiff,

vs.                            CASE NO.:  8:16-cv-02117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

          Defendant.

_____/

## PLAINTIFF'S EXHIBIT LIST

      Pursuant to the Local Rule 3.06(c)(4) and the Joint Pre-Trial Stipulation, Plaintiff hereby

lists its exhibits is proposes to present at trial:

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 1. | | | | | Deposition Transcript of Elizabeth A. Black (ECF Nos. 32, 39-2 (portions thereof)) |
| 2. | | | | | Deposition Transcript of Dr. Margret Booth-Jones (ECF Nos. 35, 39-8 (portions thereof)) |
| 3. | | | | | Deposition Transcript of Dr. Ashley Vigil-Otero (ECF No. 39-7) |

---

[1] Exhibit Nos. used in Plaintiff's Rule 26(a)(3) Disclosures.

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 4. | | | | | Deposition Transcript of Catherine Farmer (ECF Nos. 36, 39-9 (portions thereof)) |
| 5. | | | | | Deposition Transcript of Dr. Kevin Murphy (ECF Nos. 33, 39-13 (portions thereof)) |
| 6. | | | | | Declaration of Catherine Farmer (ECF No. 36) |
| 7. | | | | | Declaration of Dr. Scott A. Fleischer, with Documents Included as Exhibits A and B (May 30, 2017) (ECF No. 38, ECF Nos. 38-1 and 38-2) |
| 8. | | | | | Dr. Ashley Vigil-Otero CV (Vigil-Otero Dep. Ex. 1) |
| 9. | | | | | New Patient Information Form, with Disclosure Authorization Forms Attached (dated June 10, 2013) (Included in Vigil-Otero Dep. Ex. 8 (AVO 0001- AVO 0006)) |
| 10. | | | | | Initial Assessment Form (June 10, 2013) (Included in Vigil- Otero Dep. Ex. 8 (AVO 0016- AVO 0017)) |
| 11. | | | | | Handwritten Notes of Dr. Vigil- Otero (dated June 12, 2012) (Included in Vigil-Otero Dep. Ex. 8 (AVO 0018)) |
| 12. | | | | | Progress Notes of Dr. Vigil-Otero (June 26, 2013- September 9, 2013) (Included in Vigil Otero Dep. Ex. 8 (AVO 0021, 0025,-0027, 0030, 0033, 0046, 0048) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 13. | | | | | Dr. Margaret Booth-Jones CV (Booth-Jones Dep. Ex. 3) |
| 14. | | | | | Letter from Jack Darkes with Session Notes from the USF Psychological Services Center Attached. (Booth-Jones Dep. Ex. 6.) |
| 15. | | | | | University of South Florida Psychological Services Center Adult Assessment/LD Evaluation Intake Form (dated October 9, 2014) (Booth-Jones Dep. Ex. 5) |
| 16. | | | | | 8/25/15 Letter To Whom it May Concern from Margaret Booth Jones (Booth-Jones Dep. Ex. 9) |
| 17. | | | | | Expert Report of Prof. Ruth Colker (Plaintiff's 26(a)(2) Disclosures) |
| 18. | | | | | Prof. Ruth Colker CV (Plaintiff's 26(a)(2) Disclosures) |
| 19. | | | | | Expert Report of Dr. Charles Golden (Plaintiff's 26(a)(2) Disclosures) |
| 20. | | | | | Dr. Charles Golden CV (Plaintiff's 26(a)(2) Disclosures) |
| 21. | | | | | Dr. Charles Golden's Clinical Evaluation of Elizabeth A. Black (Plaintiff's 26(a)(2) Disclosures (as supplemented on August 10, 2017)) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 22. | | | | | Final Report of the Best Practices Panel, dated January 26, 2015, written pursuant to a consent decree in Dep't of Fair Employment and Housing v. Law School Admission Council, Inc., 896 F.Supp.2d 849 (N.D. Cal. 2012) (Farmer Dep. Ex. 17) |
| 23. | | | | | DSM-5 Diagnostic Criteria for ADHD (ECF No. 31-5) |
| 24. | | | | | Elizabeth Black Request for Test Accommodations on USMLE (November 25, 2014), with Supporting Documentation (ECF No. 33-2) |
| 25. | | | | | Plaintiff's 2016 Request for Accommodations to National Board of Medical Examiners (Included in ECF No. 33-4 (KRM 057 – KRM 189)) |
| 26. | | | | | Plaintiff's Secondary and Post-Secondary Report Cards and Transcripts (ECF No. 32-7; ECF No. 32-8; included in ECF No. 32-10 (PENN SR-001 – PENN SR-002)) |
| 27. | | | | | Catherine Farmer CV |
| 28. | | | | | USDOJ Technical assistance (Farmer Dep. Ex. 8) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 29. | | | | | Letters from Dr. Catherine Farmer to Elizabeth A. Black, Regarding her Requests for Accommodations (March 28, 2016 and March 2, 2015) (Included in ECF No. 34-1 (30B6-065 – 069)) |
| 30. | | | | | Psychoeducational Evaluation for Elizabeth Black by USF Psychological Services Center (October 21, 2014) (ECF No. 32-15) |
| 31. | | | | | 2012 "Test Results and Clinical Impressions" Administered by USF Counseling Center on Plaintiff (ECF No. 39-5) |
| 32. | | | | | College Board SAT Scores for Elizabeth Black (ECF No. 32-5) |
| 33. | | | | | MCAT Scores for Elizabeth Black (ECF No. 32-6) |
| 34. | | | | | 2015 "Recent Trends in Requests for Test Accommodations" – NBME Policy Document (Farmer Dep. Ex. 13) |
| 35. | | | | | 2016 "Recent Trends in Requests for Test Accommodations" – NBME Policy Document (Farmer Dep. Ex. 14) |
| 36. | | | | | "Disability Services 2015 Consultants' Meeting" PowerPoint (Included in Farmer Dep. Ex. 15 (30B6-083–093)) |
| 37. | | | | | "USMLE Step Exams 2015" PowerPoint (Farmer Dep. Ex. 16) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 38. | | | | | "Policies and Procedures Regarding USMLE Test Administration for Examinees with Disabilities" – NBME Policy Document (Farmer Dep. Ex. 12) |
| 39. | | | | | "Testing Accommodations – General Guidelines for all Disabilities" – NBME Website, pre-May 2017 (Included in Farmer Dep. Ex. 9 (30B6-061 – 062)) |
| 40. | | | | | "Testing Accommodations – General Guidelines for all Disabilities" – NBME Website, post-May 2017 (Included in Farmer Dep. Ex. 3 (NBME-001000 – 001002)) |
| 41. | | | | | "Testing Accommodations – ADHD Guidelines" – NBME Website, pre-May 2017 (Included in Farmer Dep. Ex. 11 (30B6-371 – 374)) |
| 42. | | | | | "Testing Accommodations – ADHD Guidelines" – NBME Website, post-May 2017 (Included in Farmer Dep. Ex. 11 (30B6-375 – 376)) |
| 43. | | | | | USMLE Decision Sheet, regarding Plaintiff's Accommodations Applications (Farmer Dep. Ex. 18) |
| 44. | | | | | Defendant's Responses to Plaintiff's First Set of Interrogatories (Received from Defendant in Discovery) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 45. | | | | | Plaintiff's Scoring Sheet on Step 1 Exam Administrations (ECF No. 39-14) |
| 46. | | | | | All documents used for rebuttal and/or impeachment. |
| 47. | | | | | All documents listed by Plaintiff to which Defendant does not object. |

Respectfully submitted this 17th day of August, 2017,

By:

**Megan Collins**
Florida Bar No. 0119112
**Curtis Filaroski**
Florida Bar No. 111972
**Attorneys for Plaintiff**
Disability Rights Florida
2473 Care Drive, Suite #200
Tallahassee, Florida  32308
(850) 488-8640
curtisf@disabilityrightsflorida.org
meganc@disabilityrightsflorida.org