IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

_____  )
                                  )
ELIZABETH A. BLACK,               )
                                  )
            Plaintiff,            )
                                  )
vs.                               )   CASE NO.:  8:16-cv-02117-SDM-TGW
                                  )
NATIONAL BOARD OF                 )
MEDICAL EXAMINERS,                )   ❏ Evidentiary
                                  )   ✓ Trial
            Defendant.            )   ❏ Other
_____  )

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST

| Exhibit No. | Description | Objections |
|---|---|---|
| 1. | Deposition Transcript of Elizabeth A. Black | FRE 802 |
| 2. | Deposition Transcript of Dr. Margaret Booth-Jones | FRE 802 |
| 3. | Deposition Transcript of Dr. Ashley Vigil-Otero | FRE 802 |
| 4. | Deposition Transcript of Catherine Farmer | FRE 802 |
| 5. | Deposition Transcript of Dr. Kevin Murphy | FRE 802 |
| 6. | Declaration of Catherine Farmer | FRE 802 |
| 7. | Declaration of Dr. Scott Fleischer with Documents Included as Exhibits A and B (May 30, 2017) | |
| 8. | Dr. Ashley Vigil-Otero CV | FRE 802 |

**EXHIBIT B**

| Exhibit No. | Description | Objections |
|---|---|---|
| 9. | New Patient Information Form, with Disclosure Authorization Forms Attached (dated June 10, 2013) | FRE 802 |
| 10. | Initial Assessment Form (June 10, 2013) | FRE 802 |
| 11. | Handwritten Notes of Dr. Vigil-Otero (dated June 12, 2012) | FRE 802 |
| 12. | Progress Notes of Dr. Vigil-Otero (June 26, 2013 – September 9, 2013) | FRE 802 |
| 13. | Dr. Margret Booth-Jones CV | |
| 14. | Letter from Jack Darkes with Session Notes from the USF Psychological Services Center Attached. | |
| 15. | University of South Florida Psychological Services Center Adult Assessment/LD evaluation Intake Form, (dated October 9, 2014) | |
| 16. | 8/25/15 Letter to Whom It May Concern from Margaret Booth-Jones | |
| 17. | Expert Report of Prof. Ruth Colker | FCRP 26<br>FRE 402<br>FRE 403<br>FRE 802 |
| 18. | Prof. Ruth Colker CV | FCRP 26<br>FRE 402<br>FRE 403<br>FRE 802 |
| 19. | Expert Report of Dr. Charles Golden | FCRP 26<br>FRE 802 |
| 20. | Dr. Charles Golden CV | FCRP 26<br>FRE 802 |
| 21. | Dr. Charles Golden's Clinical Evaluation of Elizabeth A. Black | FCRP 26<br>FRE 802 |

| Exhibit No. | Description | Objections |
|---|---|---|
| 22. | Final Report of the Best Practices Panel, dated January 26, 2015, written pursuant to a consent decree in *Dep't of Fair Employment and Housing v. Law School Admission Council, Inc.*, 896 F. Supp.2d 849 (N.D. Cal. 2012) | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 23. | DSM-5 Criteria for ADHD | |
| 24. | Elizabeth Black Request for Test Accommodations on USMLE (November 25, 2014), with Supporting Documentation | |
| 25. | Plaintiff's 2016 Request for Accommodations to National Board of Medical Examiners | |
| 26. | Plaintiff's Secondary and Post-Secondary Report Cards and Transcripts | |
| 27. | Catherine Farmer CV | FRE 802 |
| 28. | USDOJ Technical assistance | FRE 802 |
| 29. | Letters from Catherine Farmer to Elizabeth A. Black regarding her Requests for Accommodations (March 28, 2016 and March 2, 2015) | |
| 30. | 2014 Psychoeducational Evaluation on Plaintiff, supervised by Dr. Booth-Jones | |
| 31. | 2012 "Test Results and Clinical Impressions" administered by USF Counseling Center on Plaintiff | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 32. | College Board SAT Scores for Elizabeth Black | |
| 33. | MCAT Scores for Elizabeth Black | |
| 34. | 2015 "Recent Trends in Requests for Test Accommodations" – NBME Policy Document | FRE 402<br>FRE 403 |
| 35. | 2016 "Recent Trends in Requests for Test Accommodations" – NBME Policy Document | FRE 402<br>FRE 403 |

| Exhibit No. | Description | Objections |
|---|---|---|
| 36. | "Disability Services 2015 Consultants' Meeting" PowerPoint | FRE 402<br>FRE 403 |
| 37. | "USMLE Step Exams 2015" PowerPoint | FRE 402<br>FRE 403 |
| 38. | "Policies and Procedures regarding USMLE Test Administration for Examinees with Disabilities" – NBME Policy Document | FRE 402<br>FRE 403 |
| 39. | "Testing Accommodations – General Guidelines for all Disabilities" – NBME Website, pre-May 2017 | |
| 40. | "Testing Accommodations – General Guidelines for all Disabilities" – NBME Website, post-May 2017 | FRE 402 |
| 41. | "Testing Accommodations – ADHD Guidelines" – NBME Website, pre-May 2017 | FRE 402<br>FRE 403 |
| 42. | "Testing Accommodations – ADHD Guidelines" – NBME Website, post-May 2017 | FRE 402 |
| 43. | USMLE Decision Sheet, regarding Plaintiff's Accommodations Applications | |
| 44. | Defendant's Responses to Plaintiff's First Set of Interrogatories | |
| 45. | Plaintiff's Scoring Sheet on Step I Exam Administrations | FRE 402<br>FRE 403 |