IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ELIZABETH A. BLACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 8:16-cv-02117-SDM-TGW |
| | ) |
| NATIONAL BOARD OF | ) |
| MEDICAL EXAMINERS, | ) ❑ Evidentiary |
| | ) ✓ Trial |
| Defendant. | ) ❑ Other |
| | ) |

## DEFENDANT'S EXHIBIT LIST

In accordance with Local Rule 3.06 and the Court's scheduling order, Defendant, NATIONAL BOARD OF MEDICAL EXAMINERS, ("Defendant"), through its undersigned attorneys, files its list of exhibits, except those used for impeachment or rebuttal, that may be offered at the trial of this matter. If the Court grants Defendant's Omnibus Motion in Limine (Dkt. No. 47), it may obviate the need for some of these exhibits.

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 1. | | | | | Stipulation Regarding the Alleged Impairment that is the Basis of Plaintiff's Claim in this Lawsuit (March 20, 2017) (ECF No. 31-2) |
| 2. | | | | | Stipulation Regarding Plaintiff's Impairment and Use of Medical Records (April 14, 2017) (ECF No. 31-3) |

---

[1] Exhibit Nos. used in Defendant's Rule 26(a)(3) Disclosures.

**EXHIBIT C**

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 3. | | | | | Plaintiff's Response to Defendant's First Requests for Admissions (March 6, 2017) (ECF No. 31-4) |
| 4. | | | | | Plaintiff's Verified Response to Defendant's First Set of Interrogatories (March 15, 2017) |
| 5. | | | | | DSM-5 Diagnostic Criteria for ADHD (ECF No. 31-5) |
| 6. | | | | | Elizabeth Black CV (ECF No. 32-1) |
| 7. | | | | | Elizabeth Black Application to Pinellas County Schools (July 12, 2016) (ECF No. 32-2) |
| 8. | | | | | OLSAT Test Results for Elizabeth Black (grades 1, 4 and 7) (ECF No. 32-3) |
| 9. | | | | | Results from Metropolitan Achievement Tests for Elizabeth Black (grades 1, 2, 3, 4, 5, 6, 7 & 8) (ECF No. 32-4) |
| 10. | | | | | College Board SAT Scores for Elizabeth Black (ECF No. 32-5) |
| 11. | | | | | MCAT Scores for Elizabeth Black (ECF No. 32-6) |
| 12. | | | | | Princeton University Transcript for Elizabeth Black (ECF No. 32-7) |
| 13. | | | | | Arcadia University Transcript for Elizabeth Black (ECF No. 32-8) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 14. | | | | | University of Pennsylvania Transcript for Elizabeth Black (PENN SR-001 - 002) |
| 15. | | | | | Application for Admission to the University of Pennsylvania, with two letters of recommendation and Answers to Application Questions from Elizabeth Black (PENN SR-005 - 006, PENN SR-009 - 017) |
| 16. | | | | | Wissahickon High School Transcript for Elizabeth Black (PENN SR-021 - 024) |
| 17. | | | | | Letter from Elizabeth Black to UPenn Admissions Office, with Updated Resume (PENN SR-028 – 029) |
| 18. | | | | | Medical School Reference Letters for Elizabeth Black from 2007, 2008, 2009 and 2010 (PENN SR-031 – 036; PENN SR-038 – 039; PENN SR-066 – 069) |
| 19. | | | | | Clinician's Communications Form from the Office of Dr. Scott Fleischer (dated August 11, 2009) (PENN SR-045) |
| 20. | | | | | University of South Florida College of Medicine Technical Standards, signed on behalf of Elizabeth Black (dated May 11, 2011) (ECF No. 32-9) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 21. | | | | | USF Memorandum of Accommodations for Elizabeth Black (March 11, 2013) (ECF No. 32-11) |
| 22. | | | | | Composite of sixteen letters from the Morsani College of Medicine Office of Student Affairs to Elizabeth Black re: Her Leaves of Absence (April 23, 2013 – August 18, 2015) (ECF No. 32-12) |
| 23. | | | | | Composite of E-mail Communications between Elizabeth Black and Kira Zwygart (March 24 and March 30, 2015) (ECF No. 32-13) |
| 24. | | | | | Composite of E-mail Communications between Elizabeth Black and Deborah McCarthy (August 12 - 20, 2015) (ECF No. 32-14) |
| 25. | | | | | Psychoeducational Evaluation for Elizabeth Black by USF Psychological Services Center (October 21, 2014) (ECF No. 32-15) |
| 26. | | | | | Letter from Robert Rodgers to Elizabeth Black Regarding Her Visits to the USF Counselling Center (Aug. 19, 2015) (NBME 00122) |
| 27. | | | | | Composite of letters Supporting Elizabeth Black's Request for Accommodations (August 2015) (NBME 00118, 00120, 00180) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 28. | | | | | Letter Supporting Elizabeth Black's Request for Accommodations (November 25, 2014) (NBME 00220) |
| 29. | | | | | Elizabeth Black Request for Test Accommodations on USMLE (January 22, 2016) (ECF No. 32-17) |
| 30. | | | | | Dr. Kevin Murphy CV (ECF No. 33-1) |
| 31. | | | | | Elizabeth Black Request for Test Accommodations on USMLE (November 18, 2014), with Supporting Documentation (ECF No. 33-2) |
| 32. | | | | | Dr. Kevin Murphy's Report to NBME on Elizabeth Black's First Request for Accommodations (December 29, 2014) (ECF No. 33-3) |
| 33. | | | | | Elizabeth Black Request for Test Accommodations on USMLE (January 22, 2016), with Supporting Documentation (KRM 057-189) |
| 34. | | | | | Dr. Kevin Murphy's Report to NBME on Elizabeth Black's Second Request for Accommodations (February 26, 2016) (ECF No. 33-5) |
| 35. | | | | | Letters from Dr. Catherine Farmer to Elizabeth Black re: Her Requests for Accommodations (March 28, 2016 and March 2, 2015) (30B6-065 – 069) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 36. | | | | | Declaration of Dr. Bob Parrino, with Documents Included as Exhibit A (May 17, 2017) (ECF No. 37; 37-1) |
| 37. | | | | | Declaration of Dr. Scott A. Fleischer, with Documents Included as Exhibits A and B (May 30, 2017) (ECF No. 38; 38-1; 38-2) |
| 38. | | | | | Elizabeth Black Prescription Record (Black Dep. Ex. 6) |
| 39. | | | | | Composite of Elizabeth Black Prescriptions (Black Dep. Ex. 7) |
| 40. | | | | | Elizabeth Black Application to Princeton University (Black Dep. Ex. 13) |
| 41. | | | | | Clinician Communication Form from Dr. Scott Fleischer (August 11, 2009) (PENN SH-045) |
| 42. | | | | | Mutual Release of Information Authorization Form Signed by Elizabeth Black, with Records from Dr. Fleischer (signed August 6, 2011) (Black Dep. Ex. 19) |
| 43. | | | | | USF Counseling Center Services Checklist Completed by Elizabeth Black (dated September 2, 2011) (Black Dep. Ex. 22) |
| 44. | | | | | Initial Consultation Summary (September 6, 2011) (Black Dep. Ex. 23) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 45. | | | | | USF Counseling Center Services Checklist Completed by Elizabeth Black (dated July 19, 2012) (Black Dep. Ex. 24) |
| 46. | | | | | Initial Consultation Summary (July 19, 2012) (Black Dep. Ex. 25) |
| 47. | | | | | USF Counseling Center Note (September 13, 2011) (EB-0165) |
| 48. | | | | | USF Counseling Center Notes (July 26, 2012 – March 7, 2013) (EB-0183 – 0191, EB-0193, EB-0196) |
| 49. | | | | | USF Counseling Center Note (September 3, 2013) (EB-0217) |
| 50. | | | | | USF Counseling Center Note (November 11, 2013) (EB-0235) |
| 51. | | | | | USF Counseling Center Note (May 21, 2014) (Black Dep. Ex. 28) |
| 52. | | | | | USF Counseling Center Note (May 29, 2014) (Black Dep. Ex. 29) |
| 53. | | | | | USF Counseling Center Appointment History for Elizabeth Black (Black Dep. Ex. 31) |
| 54. | | | | | Dr. Ashley Vigil-Otero CV (Vigil-Otero Dep. Ex. 1) |
| 55. | | | | | CHADD Document, "Diagnosis of ADHD in Adults" (Vigil-Otero Dep. Ex. 4) |
| 56. | | | | | CHADD Document, "The ADHD Diagnostic Process" (Vigil-Otero Dep. Ex. 6) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 57. | | | | | New Patient Information Form, with Disclosure Authorization Forms Attached (dated June 10, 2013) (AVO 0001-0006) |
| 58. | | | | | Composite of Insurance-Related Forms for Elizabeth Black Session on June 10, 2013 (AVO 0013-0015) |
| 59. | | | | | Initial Assessment Form (June 10, 2013) (AVO 0016- 0017) |
| 60. | | | | | Handwritten Notes of Dr. Vigil-Otero (dated June 12, 2012) (AVO 0018) |
| 61. | | | | | Composite of Progress Notes of Dr. Vigil-Otero (Jun 26, 2013 – September 9, 2013) (AVO 0021, 0025-27, 0030, 0033, 0046, 0048) |
| 62. | | | | | Global Assessment of Functioning (GAF) Scale from DSM-IV-TR (Vigil-Otero Dep. Ex. 9) |
| 63. | | | | | Dr. Margaret Booth- Jones CV (Booth-Jones Dep. Ex. 3) |
| 64. | | | | | University of South Florida Psychological Services Center Adult Assessment/LD Evaluation Intake Form (dated October 9, 2014) (Booth-Jones Dep. Ex. 5) |
| 65. | | | | | Letter from Jack Darkes with Session Notes from the USF Psychological Services Center Attached (Booth-Jones Dep. Ex. 6) |

| Exhibit No.[1] | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 66. | | | | | NBME Disability Services Consultant Orientation and Training Document (as updated 11/15) (NBME 001077 – 1078) |
| 67. | | | | | NBME Testing Accommodations Guidelines from the NBME Website (pre-May 2017) (Farmer Dep. Exs. 9 & 11) |
| 68. | | | | | Expert Report of Kevin Murphy, PH.D. |
| 69. | | | | | Expert Report of Michael Gordon, PH.D. |
| 70. | | | | | Dr. Michael Gordon CV |
| 71. | | | | | Expert Report of Michael John Herkov, PH.D. |
| 72. | | | | | Dr. Michael John Herkov CV |
| 73. | | | | | All documents used for rebuttal and/or impeachment. |
| 74. | | | | | All documents listed by Plaintiff to which Defendant does not object. |