**EXHIBIT D**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

    Plaintiff,

vs.                        CASE NO.: 8:16-cv-02117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendant.

_____/

## OBJECTIONS TO DEFENDANT'S PROPOSED EXHIBITS

Pursuant to Local Rule 3.06(c)(4) and Federal Rule Civil Procedure 26(a)(3)(B), Plaintiff objects to the following exhibits listed by Defendant in Exhibit C of the Joint Pre-Trial Statement and in their Federal Rule of Civil Procedure 26(a)(3) disclosures:

| Exhibit #[1] | Exhibit Description | Basis of Objection |
|---|---|---|
| 8 | OLSAT Test Results for Elizabeth Black (grades 1, 4 and 7) | Objection as to relevancy of exhibit. Federal Rule of Evidence 402. This exhibit does not aid the court in determining whether Plaintiff currently has a disability nor whether she is entitled to accommodations under the Americans with Disability Act, the two broad legal issues in dispute in this case. |

---

[1] As listed in Defendant's Exhibit List, located in Ex. C of the Joint Pre-Trial Disclosures, and as disclosed by Defendant's Rule 26(a)(3) disclosures. This numbering is not intended to reflect the numbering to be used at trial.

| | | |
|---|---|---|
| 9 | Results from Metropolitan Achievement Tests for Elizabeth Black (grades 1, 2, 3, 4, 5, 6, 7 & 8) | Objection as to relevancy of exhibit. Federal Rule of Evidence 402. This exhibit does not aid the court in determining whether Plaintiff currently has a disability nor whether she is entitled to accommodations under the Americans with Disability Act, the two broad legal issues in dispute in this case. |
| 18 | Medical School Reference Letters for Elizabeth Black from 2007, 2008, 2009 and 2010 | Objection as to relevancy of exhibit. Federal Rule of Evidence 402. To the extent Defendant seeks to offer this exhibit to reflect that Plaintiff does not have an impairment that substantially limits one or more major life activities, the exhibit is irrelevant because these are "letters of recommendation" to prospective medical schools, intended to highlight positive aspects of Plaintiff's academic performance, not her struggles. To the extent Defendant is able offer this exhibit as evidence, Plaintiff requests that the exhibit be considered in the context it was originally created for. |
| 69 | Expert Report of Michael Gordon, Ph.D. | Objection as to the exhibit representing needlessly cumulative expert testimony. Federal Rule of Evidence 403. This report was prepared pursuant to the expert disclosure requirements of Federal Rule of Civil Procedure 26(a)(2). Plaintiff objects to this expert testimony due to it being needlessly cumulative on the issue of whether Plaintiff is properly diagnosed with |

|     |     |     |
| --- | --- | --- |
|     |     | ADHD. Plaintiff will seek to exclude this expert's testimony in a forthcoming Motion *In Limine*. |
| 70  | Dr. Michael Gordon's CV | In relation to Plaintiff's request to exclude Dr. Gordon's expert testimony, the presentation of his CV is irrelevant. Federal Rule of Evidence 402. |
| 71  | Expert Report of Michael John Herkov, Ph.D. | Objection as to the exhibit representing needlessly cumulative expert testimony. Federal Rule of Evidence 403. This report was prepared pursuant to the expert disclosure requirements of Federal Rule of Civil Procedure 26(a)(2). Plaintiff objects to this expert testimony due to it being needlessly cumulative on the issue of whether Plaintiff is properly diagnosed with ADHD. Plaintiff will seek to exclude this expert's testimony in a forthcoming Motion *In Limine*. |
| 72  | Dr. Michael John Herkov CV | In relation to Plaintiff's request to exclude Dr. Herkov's expert testimony, the presentation of his CV is irrelevant. Federal Rule of Evidence 402. |

Respectfully submitted this 17th day of August, 2017.

**Curtis Filaroski**
FL Bar No. 111972
curtisf@disabilityrightsflorida.org
**Megan Collins**
FL Bar No. 119112
meganc@disabilityrightsflorida.org
**Ann Siegel**

FL Bar No. 166431
anns@disabilityrightsflorida.org
**Attorneys for Plaintiff Elizabeth Black**
Disability Rights Florida
2473 Care Drive, Suite 200
Tallahassee, FL 32308
Phone: 850-488-9071
Fax: 850-488-8640