**EXHIBIT E**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

Plaintiff,

vs.  CASE NO.: 8:16-cv-02117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

Defendant.

_____/

## PLAINTIFF'S WITNESS LIST

Pursuant to Local Rule 3.06(c)(5), Plaintiff presents this list of all witnesses who may be called at trial:

Elizabeth A. Black, Plaintiff
Dr. Charles Golden, Expert Witness
Prof. Ruth Colker, Expert Witness
Dr. Ashley Vigil-Otero, Expert Witness
Dr. Margret Booth-Jones, Expert Witness
Catherine Farmer, Hostile Witness
Dr. Kevin Murphy, Hostile Expert Witness

Respectfully submitted this 17th day of August, 2017.

*[signature]*

**Curtis Filaroski**
FL Bar No. 111972
curtisf@disabilityrightsflorida.org
**Megan Collins**
FL Bar No. 119112
meganc@disabilityrightsflorida.org
**Ann Siegel**

FL Bar No. 166431
anns@disabilityrightsflorida.org
**Attorneys for Plaintiff Elizabeth Black**
Disability Rights Florida
2473 Care Drive, Suite 200
Tallahassee, FL 32308
Phone: 850-488-9071
Fax: 850-488-8640