IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ELIZABETH A. BLACK, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO.: 8:16-cv-02117-SDM-TGW |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, ) | ❏ Evidentiary |
| ) | ✓ Trial |
| Defendant. ) | ❏ Other |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S WITNESS LIST**

| | Name | Objection |
|---|---|---|
| 1. | Elizabeth A. Black | None. |
| 2. | Catherine Farmer | None. |

**EXHIBIT F**