IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ELIZABETH A. BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 8:16-cv-02117-SDM-TGW |
| ) | |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS, ) | ❏ Evidentiary |
| ) | ✓ Trial |
| Defendant. ) | ❏ Other |

**DEFENDANT'S WITNESS LIST**

In accordance with the Local Rule 3.06 and the Court's scheduling order, Defendant, NATIONAL BOARD OF MEDICAL EXAMINERS ("Defendant"), through its undersigned attorneys, files its list of witnesses who may be called during the trial of this matter, and identifies the following potential witnesses. If the Court grants Defendant's Omnibus Motion in Limine (Dkt. No. 47), it may obviate the need for some of these witnesses.

1. Elizabeth A. Black, Plaintiff

2. Dr. Catherine Farmer
   c/o Robert A. Burgoyne
   Norton Rose Fulbright US LLP
   799 9th Street, NW, Suite 1000
   Washington, DC 20001-4501

3. Dr. Margaret Booth-Jones
   Moffitt Cancer Center
   12902 USF Magnolia Drive
   Tampa, Florida 33612

**EXHIBIT G**

4.  Dr. Bob Parrino
    15961 North Florida Avenue, Suite A
    Lutz, Florida 33549

5.  Kevin Murphy, Ph.D.
    The Adult ADHD Clinic of Central Massachusetts
    Fox Meadow Executive Center
    300 West Main Street, Bldg. B
    Northboro, MA 01532

6.  All witnesses identified by Plaintiff, subject to Defendant's objections thereto.

7.  Any non-objectionable witnesses who have been deposed in this case.

8.  All rebuttal and/or impeachment witnesses as necessary.