# EXHIBIT H

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

        Plaintiff,

vs.                            CASE NO.: 8:16-cv-02117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.

_____/

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S NON-EXPERT WITNESSES

Pursuant to Local Rule 3.06 and the Joint Pre-Trial Stipulation, Plaintiff notifies this Court that she does not have any objections to Defendant's proposed non-expert witnesses.

Respectfully submitted this 17th day of August, 2017.

*/s/ Curtis Filaroski*
**Curtis Filaroski**
FL Bar No. 111972
curtisf@disabilityrightsflorida.org
**Megan Collins**
FL Bar No. 119112
meganc@disabilityrightsflorida.org
**Ann Siegel**
FL Bar No. 166431
anns@disabilityrightsflorida.org
**Attorneys for Plaintiff Elizabeth Black**
Disability Rights Florida
2473 Care Drive, Suite 200
Tallahassee, FL 32308
Phone: 850-488-9071
Fax: 850-488-8640