IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK, )
)
           Plaintiff, )
)
vs. )   CASE NO.:  8:16-cv-02117-SDM-TGW
)
NATIONAL BOARD OF )
MEDICAL EXAMINERS, )   ❏ Evidentiary
)   ✓ Trial
           Defendant. )   ❏ Other
)

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXPERT WITNESS LIST**

|  | **Name** | **Objection** |
|---|---|---|
| 1. | Dr. Charles Golden | Please see the objections raised in Defendant's Motion in Limine filed on August 14, 2017 (Dkt. No. 47) |
| 2. | Professor Ruth Colker | Please see the objections raised in Defendant's Motion in Limine filed on August 14, 2017 (Dkt. No. 47) |
| 3. | Dr. Ashley Vigil-Otero | Please see the objections raised in Defendant's Motion in Limine filed on August 14, 2017 (Dkt. No. 47) |
| 4. | Dr. Margaret Booth-Jones | Please see the objections raised in Defendant's Motion in Limine filed on August 14, 2017 (Dkt. No.47) |
| 5. | Dr. Kevin Murphy | None |

**EXHIBIT J**