IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| ELIZABETH A. BLACK, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 8:16-cv-02117-SDM-TGW |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ❏ Evidentiary |
|  | ) ✓ Trial |
| Defendant. | ) ❏ Other |

**DEFENDANT'S EXPERT WITNESS LIST**

In accordance with the Local Rule 3.06 and the Court's scheduling order, Defendant, NATIONAL BOARD OF MEDICAL EXAMINERS ("Defendant"), through its undersigned attorneys, files its list of expert witnesses who may be called during the trial of this matter, and identifies the following potential expert witnesses.

1. Kevin Murphy, Ph.D.
   The Adult ADHD Clinic of Central Massachusetts
   Fox Meadow Executive Center
   300 West Main Street, Bldg. B
   Northboro, MA 01532

2. Michael Gordon, Ph.D.
   Professor
   SUNY Upstate Medical University
   750 East Adams Street
   Syracuse, NY 13210

3. Michael John Herkov, Ph.D.
   North Florida Clinical Psychology
   3700 NW 91st Street
   Suite 8-200
   Gainesville, Florida 32606

**EXHIBIT K**