# EXHIBIT L

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ELIZABETH A. BLACK,

       Plaintiff,

vs.                  CASE NO.: 8:16-cv-02117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

       Defendant.

_____/

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXPERT WITNESSES

Pursuant to the Joint Pre-Trial Stipulation filed by both parties, Plaintiff files these objections to Defendant's expert witnesses. Plaintiff will be filing a Motion *In Limine* forthcoming explaining in more detail the grounds for these objections and requesting this Court to exclude these witnesses from giving testimony. Accordingly, these objections will just feature a grounds for objecting and a brief explanation of those grounds:

| Defendant's Expert Witness | Grounds for Objection |
|---|---|
| Dr. Michael Herkov | The expert witnesses expected testimony is cumulative and duplicative of expert testimony set to be offered by Defendant's other expert witness, Dr. Kevin Murphy. Federal Rule of Evidence 403. |
| Dr. Michael Gordon | The expert witnesses expected testimony is cumulative and duplicative of expert testimony set to be offered by Defendant's other expert witness, Dr. Kevin Murphy. Federal Rule of Evidence 403. |

Respectfully submitted this 17th day of August, 2017.

**Curtis Filaroski**
FL Bar No. 111972
curtisf@disabilityrightsflorida.org
**Megan Collins**
FL Bar No. 119112
meganc@disabilityrightsflorida.org
**Ann Siegel**
FL Bar No. 166431
anns@disabilityrightsflorida.org
**Attorneys for Plaintiff Elizabeth Black**
Disability Rights Florida
2473 Care Drive, Suite 200
Tallahassee, FL 32308
Phone: 850-488-9071
Fax: 850-488-8640