**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELIZABETH A. BLACK,

               Plaintiff,

vs.                          CASE NO.: 8:16-cv-02117-SDM-TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

               Defendant.

_____/

## DEFENDANT'S RULE 26(a)(2) DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(2), Defendant National Board of Medical Examiners

hereby produces the following expert witness disclosures and accompanying expert reports:

1.     Kevin Murphy, Ph.D.
        The Adult ADHD Clinic of Central Massachusetts
        Fox Meadow Executive Center
        300 West Main Street, Bldg B
        Northboro, MA 01532
        Phone: (508) 393-8388

Dr. Murphy's expert report is attached hereto as Exhibit 1.

2.     Michael Gordon, Ph.D.
        Professor
        SUNY Upstate Medical University
        750 East Adams Street
        Syracuse, NY 13210
        Phone: (315) 464-3100

Dr. Gordon's expert report is attached hereto as Exhibit 2.

3.     Michael John Herkov, Ph.D.
        North Florida Clinical Psychology
        3700 NW 91st Street
        Suite B-200
        Gainesville, FL 3206
        Phone: (352) 678-0010

Dr. Herkov's expert report is attached hereto as Exhibit 3.

Dated:  June 30, 2017    Respectfully submitted,

         /s/ Robert A. Burgoyne
         GREGORY A. HEARING
         Florida Bar No. 817790
         ghearing@tsghlaw.com
         Thompson, Sizemore, Gonzalez & Hearing, P.A.
         201 N. Franklin Street, Suite 1600
         Post Office Box 639 (33601)
         Tampa, Florida 33602
         Tel:  (813) 273-0050
         Fax: (813) 273-0072

         ROBERT A. BURGOYNE
         robert.burgoyne@nortonrosefulbright.com
         Norton Rose Fulbright US LLP
         799 9th Street, NW, Suite 1000
         Washington, DC 20001-4501
         Tel:  (202) 662-4513
         Fax: (202) 662-4643

         Attorneys for National Board of Medical Examiners

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiff on June 30, 2017, by emailing a copy of same to her counsel, in accordance the parties' agreement to accept service by way of email.

Robert A. Burgoyne

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

               Plaintiff,

vs.                           CASE NO.:  8:16-cv-02117-SDM-TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

               Defendant.

_____/

**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS'
RULE 26(a)(2) DISCLOSURES**

# Exhibit 1

## EXPERT REPORT OF KEVIN MURPHY, PH.D.

### I.   INTRODUCTION

1.     I have been retained as an expert on behalf of Defendant National Board of Medical Examiners in the above-captioned matter.

2.     I also have first-hand knowledge of certain underlying facts in my capacity as an external reviewer for NBME.  I reviewed and submitted recommendations to NBME regarding the two requests for testing accommodations on Step 1 of the United States Medical Licensing Exam ("USMLE") submitted by Elizabeth Black ("Ms. Black").

### II.   EXPECTED STATEMENT OF OPINIONS AND BASIS FOR THEM

3.     In the event a trial is held in this case, I anticipate providing testimony regarding the diagnostic criteria for ADHD and the manner in which ADHD is diagnosed and treated.  This will include a discussion of the DSM-5 criteria, as well as the type of evaluation that should be conducted to arrive at a professionally sound and reliable diagnosis.  I also anticipate providing testimony regarding the diagnoses that were provided to Ms. Black by Dr. Scott Fleischer in 2009 and in an evaluation she received in 2014 in a report signed by Megan McMurray and Dr. Margaret Booth-Jones.  Finally, I will be prepared to respond to any testimony that is offered as expert testimony on behalf of Ms. Black.

4.     In general, when assessing whether an adult individual has ADHD, I look for evidence that:  (a) the individual had a childhood onset of symptoms that resulted in clinically-significant impairment, (b) the symptoms have been chronic and have resulted in pervasive impairment over time and across situations, and (c) there was developmental deviance compared to same-aged peers.

5.     It is my opinion that the documentation does not substantiate an ADHD diagnosis for Ms. Black, does not demonstrate that she is substantially limited in a major life activity as a

result of her claimed ADHD, and does not support the conclusion that Ms. Black is disabled within the meaning of the Americans with Disabilities Act.

6.      ADHD is a developmental disability with a childhood onset that typically results in a chronic and pervasive pattern of functional impairment in academic, social, and vocational arenas, and also in daily adaptive functioning.   In my opinion, Ms. Black's documentation and overall history does not reflect or substantiate a magnitude of developmentally deviant symptoms or pervasive impairment that is consistent with ADHD.   Despite Ms. Black's self-reported ADHD-like symptoms, she performed very well in high school, does not appear to have a history of behavioral/self-control problems, gained admission to Princeton University, successfully graduated from Princeton earning mostly A's and B's, performed extremely well in her Post Baccalaureate program at the University of Pennsylvania, scored a 29 on the MCAT (roughly the 75th percentile), and gained admission to medical school.   Moreover, she accomplished all of this while engaging in numerous extracurricular activities, and without the benefit of any accommodations.   This is not the typical profile of someone struggling with ADHD at the magnitude of a clinical diagnosis or a disability.

7.      Ms. Black self-reported that she had a lifetime of difficulty with concentration and staying focused, always took longer than her peers to complete her work, was impulsive and easily distracted, fidgeted, blurted out and interrupted, had to re-read material several times for understanding, and was forgetful.   Ms. Black submitted some early school records, which showed a few teacher comments such as "needs improvement in controlling her urge to talk," needs to chatter less with her friends," "continues to make minor careless mistakes in math," and "takes a long time to complete work."   These stray comments could be made about virtually any elementary school student and are not sufficient evidence to show childhood onset of the type

and level of symptoms and impairment indicative of ADHD. ADHD is a neurodevelopmental disorder that typically results in a chronic and pervasive pattern of developmentally deviant impairment in academic, social, vocational, and daily adaptive domains of functioning. ADHD seriously disrupts one's functioning over time and across situations in multiple areas of functioning and not just in one fairly circumscribed area. The lives of people with ADHD are typically characterized by academic and vocational underachievement, unsatisfactory personal relationships, problems with behavior and self-control, and general difficulty managing the routine tasks of daily life. There is no objective evidence that this is the case for Ms. Black.

8.      A few isolated teacher comments during elementary school are not sufficient to substantiate an ADHD diagnosis or developmentally deviant impairment. In fact, there were far more "positive" comments on her early school records than "negative" ones. For example, her early school records also contained the following teacher comments: "doing fine in all areas," "self-motivated," "easy going," "good listener," "capable of following directions," "very responsible," "displays consistent effort," "conscientious," "cooperative," "hard-working," "work is nicely done," "continues to make excellent academic progress," "matured nicely this year academically and socially," "a delight to teach," "pleasure knowing her," and "loving attitude." In addition, almost all of her teacher ratings in Work Habits and Citizenship were rated as V or V+ or S or S+, indicating at least satisfactory functioning. The teacher comments do not suggest any impairment, much less a magnitude of impairment that would support a clinical diagnosis of ADHD or a disability.

9.      Ms. Black's academic achievement at all levels of her education and on standardized tests also is inconsistent with an ADHD diagnosis or a disability.

10.     Ms. Black's assertion that she was able to successfully compensate for her ADHD symptoms until medical school due to her high intelligence and strong work ethic is not persuasive and is not supported by science. High intelligence does not shut down the expression of ADHD symptoms. Many highly intelligent people are seriously impaired by their ADHD and are unable to control their symptoms despite their high intelligence. In fact, the mark of a disorder is that despite one's best efforts to compensate, the symptoms overwhelm one's ability to manage their symptoms resulting in clinically significant pervasive impairment that seriously interferes in overall life functioning. There is little evidence of this here. Stated another way, if someone can compensate for their ADHD symptoms so successfully and for so long (until medical school) without any extraordinary interventions beyond hard work and dedicated effort, that person is not likely to be considered "disabled" under the ADA's definition.

11.     The fact that Ms. Black may have had some difficulties in the rigorous medical school environment and on the Step 1 exam does not mean that she has ADHD. People can struggle in medical school for all kinds of different reasons besides ADHD. Ms. Black seems to have performed quite well in all aspects of her life until encountering medical school (at least there was little objective documentation to suggest otherwise); indeed, she passed all of her first-year medical school classes without receiving any accommodations. In my opinion, and as discussed further below, her diagnostician did not adequately rule out alternative explanations for the symptoms and difficulties that she reported, such as perhaps making a vocational decision (medical school) that may not be an ideal match for her particular pattern of strengths and weaknesses or having a personal test taking style/preference that may be careful, meticulous, and slow.

- 4 -

12.     Ms. Black's ADHD diagnosis was not adequately substantiated in the report signed by Megan McMurray and Dr. Margaret Booth-Jones, in my opinion.  Her ADHD diagnosis was based mostly on self-report, symptom endorsements on a self-administered ADHD rating scale (CAARS), and test scores that are not diagnostic of ADHD.  This is not sufficient.  Further, almost all of her test scores were within the average range or better, suggesting no neurological dysfunction.  Continuous Performance Tests (such as the Conners CPT) have not been shown to be particularly useful in either confirming or disconfirming an ADHD diagnosis due to their high false positive and false negative rates.  Symptom endorsements on self-administered ADHD rating scales are not by themselves diagnostic of ADHD—especially in the absence of any documented or credible real world functional impairment.  A Processing Speed Index score of 108 (high end of the average range) is not deficient, is not indicative of slow cognitive processing speed, is not diagnostic of ADHD, and is not evidence of impaired functioning.  Average scores or relative weaknesses that still fall within the average range in the context of an overall Superior IQ are not evidence of impaired functioning.  The report did not adequately establish a childhood onset of developmentally deviant problems beyond self-report, did not adequately explain how Ms. Black could have performed so well academically and behaviorally for so long if she was struggling with ADHD, did not solicit or consider any job performance reviews to evaluate whether Ms. Black had experienced any vocational impairment arising from her ADHD symptoms, and did not obtain any narrative data from other collateral informants who knew Ms. Black well (such as parents, teachers, professors, tutors, supervisors, the therapist she saw in 2009, etc.).

13.     Ms. Black indicated she was first diagnosed with ADHD (actually, "ADD") in 2009 by a Dr. Scott Fleischer.  Ms. Black did not provide NBME with any documentation from

- 5 -

Dr. Fleischer in support of her testing accommodation requests, but I have since reviewed the records of his treatment of Ms. Black. The records show that he performed an informal interview of Ms. Black that, in my opinion, would not have provided an adequate basis for making a diagnosis of ADHD (or ADD).

14.     The fact that Ms. Black was prescribed medication that is used to treat ADHD symptoms (Vyvanse and Adderall) in no way substantiates an ADHD diagnosis.

15.     The advocacy letters Ms. Black provided in support of her accommodation request were not particularly helpful in establishing a longstanding history of chronic and pervasive real world impairment necessary to validate an ADHD diagnosis. These kinds of letters would be more persuasive if her other documentation had done a better job of establishing an overall history consistent with ADHD (including a childhood onset of impairment and a chronic and pervasive pattern of real world impairment that could be reliably tied to ADHD).

16.     For all of these reasons, Ms. Black's documentation fails to establish a reasonable basis for making an ADHD diagnosis.

17.     Ms. Black's documentation also fails to adequately show that she has a disability within the meaning of the ADA. To qualify for a disability under the ADA, one must have a physical or mental impairment that substantially limits one or more major life activities. Further, that individual must suffer substantial limitation relative to the average person in the general population. Ms. Black has not shown that she is substantially limited in any major life activity relative to the average person, in my opinion. To the contrary, in all major life activities relevant to taking a standardized examination, she appears to perform at a level that is well above most people in the general population.

18.     In summary, it is my opinion that Ms. Black does not meet the diagnostic criteria for ADHD, and that her alleged ADHD symptoms do not make her "disabled" within the meaning of the ADA.  She does not need accommodations to take the USMLE Step exams in an accessible manner.

## III.   FACTS AND DATA CONSIDERED

19.     I reviewed the following documents in forming my opinions:

a) Elizabeth Black 2014 request for accommodations and supporting materials

b) My December 2014 opinion/recommendation regarding Elizabeth Black's 2014 Accommodation Application

c) March 2015 letter from Dr. Catherine Farmer (NBME) to Elizabeth Black, denying her request for accommodations

d) Elizabeth Black January 2016 appeal of denial of accommodations and supporting materials

e) My notes taken while reviewing Elizabeth Black's 2016 request for accommodations

f) Elizabeth Black SAT Scores

g) Elizabeth Black CV

h) Elizabeth Black MCAT Scores

i) Summary of Elizabeth Black grades prior to medical school

j) Elizabeth Black medical school transcript materials (which I understand were produced in discovery in this case by the University of South Florida's Morsani School of Medicine)

k) Plaintiff's Responses to Defendant's First Set of Interrogatories

l) Records regarding Elizabeth Black which I understand were produced in discovery in this case by the University of Pennsylvania

m) Records regarding Elizabeth Black which I understand were produced in discovery in this case by Dr. Ashley Vigil-Otero

n) Records which I understand were produced in discovery in this case by the University of South Florida's Morsani School of Medicine, Psychological

Services Center, and/or Counselling Center, including records relating to services provided to Elizabeth Black by Dr. Judith Grimmond, Dr. Bob Parrino, and others

o) Certain documents which I understand were produced by Elizabeth Black in discovery in this case (EB 121-122; 162-199; 200-239; 240-249; 255-256; 257-260)

p) The Declaration of Dr. Scott Fleischer, M.D., and documents which I understand were produced by his office during the discovery process

## IV.    EXHIBITS TO BE USED TO SUMMARIZE OR SUPPORT OPINIONS

20.     The exhibits I specifically reference in this report are exemplary and are intended to aid understanding.  If called to testify, I may also use exhibits or portions of exhibits other than those specifically cited in this report.

21.     If called upon to testify, I may testify as to facts, opinions, and other matters relevant to this matter.  I reserve the right to amend and/or supplement my report as necessary to address any such additional matters or information that is made available to me.

22.     I reserve the right to use certain graphic and/or demonstrative materials to illustrate my testimony at trial.  I also reserve the right to rely on testimony or other materials generated in further discovery proceedings or presented at trial.

## V.    QUALIFICATIONS

23.     I have over 35 years of experience in the field of psychology, and I specialize in Attention Deficit Hyperactivity Disorder (ADHD).

24.     I am the President of the Adult Attention Deficit/Hyperactivity Disorder (ADHD) Clinic of Central Massachusetts.  As president of the Adult ADHD Clinic, I evaluate and treat individuals for ADHD.  My area of specialty is adult ADHD.  I am also an Associate Professor of Psychiatry at the University of Massachusetts Medical School.  I am a former member of the

- 8 -

National Advisory Board of Children and Adults with Attention Deficit Disorder (CHADD) and was elected to the CHADD Hall of Fame in 2001.

25.     I have served as an external consultant for various organizations that administer standardized licensing examinations on which individuals sometime request testing accommodations based upon a diagnosis of ADHD. The organizations for which I have served as an external consultant include the National Board of Medical Examiners, the Educational Commission for Foreign Medical Graduates, and the Boards of Bar Examiners for California, Connecticut, Delaware, Florida, Louisiana, Massachusetts, Missouri, New York, Oklahoma, and Washington, D.C.

26.     I have taught and published in the area of ADHD.

27.     Additional qualifications may be found on my CV, a copy of which is attached as Addendum 1 hereto.

28.     A list of publications I have authored in the previous 10 years is included on my CV (Addendum 1 hereto).

## VI.   PREVIOUS TESTIMONY

29.     During the previous four years, I have not testified as an expert at trial or by deposition in any cases.

## VII.   COMPENSATION

30.     I have been compensated for my time spent on this matter at a rate of $225 per hour, which is my standard rate for work of this nature.

The foregoing report reflects my opinions in this matter.

Dated: June 27, 2017                    _Kevin Murphy P.H.D._
                                        Kevin Murphy, Ph.D.

- 9 -

# Addendum 1

KEVIN RICHARD MURPHY, Ph.D.

Current Business Address:                          Home Address:
The Adult ADHD Clinic of Central Massachusetts
Fox Meadow Executive Center
300 West Main Street, Bldg B                        7A South Street
Northboro, MA 01532                                 Shrewsbury,MA 01545
Phone:(508) 393-8388 or cell:(508) 769-6218
Fax: (508) 393-8360
Email: drmurphy@adultadhdclinic.com
Website: www.adultadhdclinicma.com

## EDUCATION

Ph.D. Counseling Psychology.  University of Connecticut, Storrs, CT, 1990
Doctoral Dissertation: Biological Parents of ADHD Children: Degree of
Attention Deficits Relative to the Biological Parents of Normal Children.

Pre-Doctoral Internship Training: Worcester State Hospital & UMass Medical
Center, Department of Psychiatry, Worcester, MA, 1987 - 1988

M.S.  Counseling Psychology.  Florida State University, Tallahassee, FL, 1981

B.A.  Psychology.  Boston College, Chestnut Hill, MA, 1979, Magna Cum Laude.

## PROFESSIONAL EXPERIENCE AND POSITIONS

The Adult ADHD Clinic of Central Massachusetts, 300 West Main Street, Bldg B,
Northboro, MA 01532. Private Practice. January 2003 - Present.

Research Associate Professor, State University of New York Upstate Medical
University, Syracuse, NY.  October 2005 - present.

Associate Professor of Psychiatry & Chief: Adult Attention Deficit
Hyperactivity Disorder Clinic, UMass Medical Center, Worcester, MA.
Ran a specialty clinic devoted to research, assessment, and treatment of
adults with ADHD.  January 1992 - January 2003.

Associate Professor, Adjunct Faculty position, Assumption College Graduate
Program in Counseling Psychology, Worcester, MA  2002 - 2008.

Part Time Research Program Manager in the Bipolar and Psychotic Disorders
Program, UMass Memorial Health Care, Worcester, MA.
Coordinated all phases of a long-term study on treatment of patients with
Bipolar Disorder.  January 2000 - January 2002.

Consultant: Pennsylvania Board of Bar Examiners, 2006 - present.

Consultant: Maine Board of Bar Examiners, 2006 - present.

Consultant:  Oklahoma and Missouri Boards of Bar Examiners, 2004 - present.

Consultant:  Florida Board of Bar Examiners, Tallahassee, FL. 2002 - present.

Consultant: National Board of Medical Examiners, Philadelphia, PA. 1991 -
Present.

2

Consultant: Educational Commission for Foreign Medical Graduates, Philadelphia, PA. 1994 - Present.

Consultant: Louisiana Board of Law Examiners, New Orleans, LA. 2001 - 2004.

Consultant: California Board of Law Examiners, San Francisco, CA. 1999-present.

Consultant: New York State Board of Law Examiners, Albany, NY. 1994 - Present.

Consultant: Connecticut, Massachusetts, and Washington D.C. Boards of Law Examiners. 1995 - Present.

Consultant: New Hampshire Board of Law Examiners, Concord, NH, 2008 - Present.

Employee Assistance Program Manager, ETP, Inc. Windsor, CT. Responsible for developing, implementing and managing local and national EAP contracts. Duties included clinical assessment and counseling, supervisory training, educational seminars, and management consultation. January 1991 - January 1992.

SENIOR RESEARCH ASSISTANT to Dr. Russell Barkley, Department of Psychiatry, University of Massachusetts Medical Center.
Managed a large federally funded NIMH grant studying Attention Deficit Disorder in adolescents, family conflicts, and their treatment. September 1998 - July 1990.

CLINICAL PSYCHOLOGY INTERN, Worcester State Hospital and University of Massachusetts Medical Center, Worcester, MA.
APA approved pre-doctoral internship. Duties included inpatient and outpatient counseling, psychological testing, working with the acutely and chronically mentally ill, and outpatient rotations in neuropsychology, behavioral medicine, and outpatient psychiatry. September 1987 - September 1988.

EMPLOYEE ASSISTANCE PROGRAM COUNSELOR, Massachusetts Employee Assistance Program, Fitchburg, MA. Assessment and counseling for Massachusetts State employees. February 1988 - August 1989.

EMPLOYEE ASSISTANCE PROGRAM CONSULTANT, Puzzo Associates, Waterbury, CT.
Performed counseling, training, assessment, and program evaluation for Sikorsky Aircraft, Norden Defense Systems, and Diesel Systems divisions of United Technologies Corporation. Conducted training for local EAP contractors servicing United Technologies operating units in locations throughout the United States. February 1984 - September 1987.

EMPLOYEE SERVICES COORDINATOR, Omega Engineering, Stamford, CT.
Counseled employees and supervisors on personnel problems, employee relations and benefits, developed an employee assistance program. November 1981 - February 1984.

Clinical Psychology Clerkships and Practicums during Graduate and Undergraduate Training: Massachusetts Mental Health Center State Hospital, Butler Hospital, Fall River Center for Alcohol Problems (Detoxification Unit), Counseling Center at Florida State University. 1978 - 1981.

## **GRANT AWARDED**

"An Examination of ADHD Symptomatology in an Adult Community Sample". Basic Research Science Grant through UMASS Medical Center to develop adult norms for the DSM-IV ADHD criteria ($10,000). 1994.

3

**LICENSES/CERTIFICATIONS/PROFESSIONAL MEMBERSHIPS:**

Licensed Psychologist and Health Service Provider, Commonwealth of
Massachusetts (# 6529).
Certified Employee Assistance Professional in past (CEAP).
Certified Alcoholism Counselor.
Former Member of CHADD National Advisory Board.
American Psychological Association.

**HONORS AND AWARDS**

Inducted into the ADHD Hall of Fame, Annual National Meeting of CHADD
(Children and Adults with Attention Deficit Hyperactivity Disorder).  October
2001.

University of Connecticut - Nominated to the Phi Delta Kappa Honor Society.
Boston College - Academic Scholarship.

Nominated to the Cross and Crown Honor Society of Boston College.
Somerset Teacher's Association Scholarship.
Lion's Club Scholarship.

**UNIVERSITY COMMITTEES**

Academic Accommodations Committee for UMASS Medical School, 1997 - 2003.
Medical School Admissions Committee Interviewer, 1999 - 2003.
Compensation Committee, 1995 - 1996.

**TEACHING EXPERIENCE**

Assumption College Graduate School of Counseling Psychology. Taught
"Psychological Measurement" and "Special Topics Seminar on Assessment and
Treatment of Adult ADHD", 2002 - 2005.

Supervisor of several psychology interns and psychiatry residents in the
Department of Psychiatry at UMMC on Adult ADHD assessment and treatment. 1994
- present

Teacher for Dr. Sheldon Benjamin's Biological Psychiatry Seminar on assessment
of Adult ADHD. 1999 - Present.

Presenter for Law and Psychiatry Seminar Series at UMMC on ADHD as it relates
to the Americans with Disabilities Act.  1999.

Presented two Grand Rounds presentations for the Department of Psychiatry at
UMMC. 1993 and 2000.

Teacher for Office of Medical Education ADHD/Learning Disabilities Seminar on
accommodations/eligibility issues for residents and medical students, Hoagland
Pinkus Conference Center.  2000.

Taught psychiatry residents a seminar on Social Phobia.  2001.

Invited to teach a week-long seminar on assessment and treatment of Adult ADHD
for the United States Army mental health professionals in Willingen, Germany.
1996.

Supervisor of Doctoral Dissertation of Anne Marie Samar at UMass Medical
Center.  2000.

4

Teacher/Consultant to University of Massachusetts Undergraduate Counseling Center on issues related to ADHD and Academic Accommodations. Have provided two on site training workshops and provide ongoing telephone consultation to counseling center psychiatrist and other service personnel. 1993 - present.

Presenter for the Division of Forensic Mental Health on ADHD and legal issues. 1994.

Invited speaker to teach on Attention Deficit Disorders in Adults and Adolescents at the Menninger Clinic in Topeka, KS.  1994.

Individualized training and supervision of psychiatry resident Craig Surman for his adult ADHD elective.  1999.

Teacher for the Clinical Training series for Western Massachusetts Department of Mental Health.  1994 - 1995.

Panel member on a live national teleconference entitled "Emerging Disabilities on Campus: What You Need to Know."  2000.

Taught two ADHD seminars and one case conference For Dr. Ken Appelbaum's Forensic Program at Bridgewater Correctional Facility. 1999.

Occasional lectures to Psychiatry residents on ADHD.  1992 - Present

Teaching Assistant in Undergraduate and Graduate School. 1979 - 1981.

## SCIENTIFIC CONTRIBUTIONS

Clinical Consultant on a multi-site grant entitled "Longitudinal Outcomes of College Students with ADHD", 2012-present.

Associate Editor of the ADHD Report. 1993 - Present (New York, Guilford Publications).

Clinical Commentary Editor, Journal of Attention Disorders, 2005 - 2014.

Consulting reference and book reviewer for Journal of Attention Disorders. 2000 - present.

Consultant on "Project Access", a grant from The United States Department of Education aimed at reducing barriers to successful completion of postsecondary education for students with disabilities. 1997-1999.

## PUBLICATIONS

### Books

Barkley, R.A., Murphy, K.R., & Fischer, M. (2008), ADHD in Adults: What the Science Says. New York: The Guilford Press.

Barkley, R. A. & Murphy, K. R. (2006). Attention Deficit Hyperactivity Disorder: A Clinical Workbook (3rd ed.).  New York:  Guilford Press.

Barkley, R.A. & Murphy, K.R., (1998). Attention Deficit Hyperactivity Disorder: A clinical workbook (Second edition). New York: Guilford. A Spanish and Japanese translation has also been published with assistance of Jose J.

5

Bauermeister, Ph.D. and associates.

Murphy, Kevin R., & Levert, Suzanne. "Out of the Fog: Treatment Options and Coping Strategies for Adult Attention Deficit Disorder". Hyperion, 1995.

## Book Chapters

Appelbaum, K. & Murphy, K. R., (2015). Attention Deficit Disorders. Chapter in The Textbook of Correctional Psychiatry, edited by Robert L. Trestman, Kenneth L. Appelbaum, and Jeffrey L. Metzner, 200-204, Oxford University Press.

Murphy, K. R., (2015). Psychological Counseling of Adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Fourth Edition, edited by Russell A. Barkley, New York: Guilford Press,741-756.

Murphy, K.R., & Gordon, M. (2006). Assessment of Adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Third Edition, edited by Russell A. Barkley, New York: Guilford Press, 425-450.

Murphy, K. R., (2006). Psychological counseling of adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Third Edition, edited by Russell A. Barkley, New York: Guilford Press, 692-703.

Murphy, K., (2002). Clinical case studies. In S. Goldstein and A. Teeter-Ellison (Eds.). *Clinical Interventions for Adult ADHD: A Comprehensive Approach*. New York, NY: Academic Press.

Murphy, K.R., & Gordon, M., (1998). Assessment of Adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Revised Edition, edited by Russell A. Barkley, New York: Guilford Press, 345-369.

Murphy, K.R., (1998). Psychological counseling of adults with ADHD. Chapter in Attention Deficit Hyperactivity Disorder: A Handbook for Diagnosis and Treatment, Revised Edition, edited by Russell A. Barkley, New York: Guilford Press, 582-591.

Gordon, M., & Murphy, K.R., (1998). Attention Deficit/ Hyperactivity Disorder (ADHD). Chapter in Accommodations in Higher Education under the Americans with Disabilities Act (ADA): A No-Nonsense Guide for Clinicians, Educators, Administrators, and Lawyers. Edited by Michael Gordon, Ph.D. & Shelby Keiser, M.S., Dewitt, New York, GSI Publications and New York: Guilford Press, 98-129.

Murphy, Kevin R., "Empowering the Adult with ADD". Chapter in A Comprehensive Guide to Attention Deficit Disorder in Adults: Research, Diagnosis, Treatment. Edited by Kathleen G. Nadeau, Brunner/Mazel, 1995.

## Journal Articles

Murphy, K. R. & Appelbaum, K.,(2017). How reliable are prevalence rates of ADHD in prisons? The ADHD Report, Guilford Press, Vol. 25, Number 2, 1-5.

Murphy, K. R. (2012). ADHD Documentation Requirements for Test Accommodations Under the ADA Amendments Act (ADAAA): Impact of the New Department of Justice Regulations for Clinicians. The ADHD Report, Guilford Press.

6

Barkley, R. A., Murphy, K. R., O'Connell, T., & Connor, D. F. (2005). Effects of two doses of methylphenidate on simulator driving performance in adults with attention deficit hyperactivity disorder. Journal of Safety Research, 36, 121-131.

Barkley, R. A., Murphy, K. R., O'Connell, T., Anderson, D., & Connor, D. F. (in press). Effects of two doses of alcohol on simulator driving performance in adults with attention deficit hyperactivity disorder. Neuropsychology.

Knouse, L. E., Bagwell, C. L., Barkley, R. A., & Murphy, K. R. (in press). Accuracy of self-evaluation in adults with attention-deficit hyperactivity disorder. Journal of Attention Disorders.

Murphy, K.R., (2005). Psychosocial treatments for ADHD in teens and adults: A practice-friendly review. Journal of Clinical Psychology/In Session, Vol. 61, (5), 1-13.

Murphy, K.R., & Adler, L.A. (2004). Assessing attention deficit hyperactivity disorder in adults: focus on rating scales. The Journal of Clinical Psychiatry, Supplement 3, 65, 12-17.

Murphy, K., (2004). ADHD documentation for test accommodations under the ADA: Clarifying the confusion. The ADHD Report, Vol. 12, No. 5, October 2004, 1-5.

Gordon, M., Lewandowski, L., Murphy, K., & Dempsey, K. (2002). ADA-Based accommodations in higher education: A survey of clinicians about documentation requirements and diagnostic standards. Journal of Learning Disabilities, 35, No.4, 357-363.

Barkley, R. A., Murphy, K. R., & Bush, T. (2001). Time perception and reproduction in young adults with attention deficit hyperactivity disorder. Neuropsychology, 15, 351-360.

Murphy, K. R., Barkley, R. A., & Bush, T. (2001). Executive functioning and olfactory identification in young adults with attention deficit-hyperactivity disorder, Neuropsychology, 15, 211-220.

Barkley, R.A., Licho, R., McGough, J., Tuite, P., Feifel, D., Mishkin, F., Sullivan, M., Kawamoto, B., Murphy, K., McCracken, J., Corbett, B., Williams, B., Hoh, C., Fischman, A., Trout, J.R., Lanser, M., & Spencer, T. (in press). Excessive Dopamine Transporter Density in Adults with Attention Deficit Hyperactivity Disorder Assessed by SPECT with Altropane. Journal of Nervous and Mental Disease.

Barkley, R. A., Murphy, K. R., DuPaul, G. R., & Bush, T. (2002). Driving in young adults with attention deficit hyperactivity disorder: Knowledge, performance, adverse outcomes, and the role of executive functioning. Journal of the International Neuropsychological Society, 8, 655-672.

Murphy, K. R., Barkley, R. A., & Bush, T. (2002). Young adults with ADHD: Subtype differences in comorbidity, educational, and clinical history. The Journal of Nervous and Mental Disease. Vol. 190, No. 3, 147-157.

Gordon, M., & Murphy, K., (2001). Judging the impact of time limits and distractions on past test performance: A survey of ADHD, clinic-referred, and normal adults. The ADHD Report, Vol. 9, No. 3, June, 2001, 1-5.

Murphy, K., Gordon, M., & Barkley, R.A. (2000). To what extent are ADHD symptoms common? A reanalysis of standardization data from a DSM-IV checklist. The ADHD Report, Vol. 8, No. 3, June, 2000, 1-5.

Murphy, K., (1999). CH.A.D.D. fact sheet on adult ADHD. Children and Adults

7

with Attention Deficit Disorder, Landover, MD.

Gordon, M., Murphy, K.R., & Keiser, S., Attention Deficit Hyperactivity Disorder (ADHD) and Test Accommodations, The Bar Examiner, Vol. 67, No.4, 26-36, 1998.

Gordon, M., Barkley, R.A., & Murphy, K., ADHD on Trial,. The ADHD Report, Vol.5, No.4, August, 1997.

Murphy, K., & Barkley, R.A. (1996). ADHD in Adults: Comorbidities and adaptive impairments. Comprehensive Psychiatry, Vol. 37, No. 6, Nov/Dec 1996: 393-401.

Barkley, R.A., Murphy, K.R., & Kwasnik, D., (1996). Psychological functioning and adaptive impairments in young adults with ADHD. Journal of Attention Disorders, Vol. 1, No. 1, 41-54.

Murphy, K.R., Barkley, R. (1996). Prevalence of DSM-IV Symptoms of ADHD in Adult Licensed Drivers: Implications for clinical diagnosis. Journal of Attention Disorders, Vol. 1, No. 3, 147-161.

Murphy, K.R., (1996). Adults with attention-deficit hyperactivity disorder: Assessment and treatment considerations. Seminars in Speech and Language (Special Issue), Vol. 17, No 3, 245-254.

Murphy, K., & Gordon, M. "ADHD as a basis for test accommodations: a primer for clinicians". The ADHD Report, Vol. 4, No. 6, December, 1996.

Murphy, K.R., & Barkley, R.A.,(1996). Biological parents of ADHD children: Psychological impairment and attentional performance. American Journal of Orthopsychiatry, 66, 93-102.

Barkley, R.A, Murphy, K.R. & Kwasnik, D., (1996). Motor vehicle driving performance and risks in young adults with ADHD. Pediatrics, 98, 1089 - 1095.

Murphy, Kevin R., & Latham, Patricia, "Disclosure of ADHD in the Workplace: Practical and Legal Issues to Consider". The ADHD Report, Vol. 3, No. 4, August, 1995.

Murphy, Kevin R., "Guarding Against Overdiagnosis of ADHD in Adults", The ADHD Report, Vol. 2, No. 6, December, 1994.

Murphy, Kevin R., "Interpersonal and Social Problems in Adults with ADD". Attention Magazine, October/November, 1994.

Barkley, Russell A. & Murphy, Kevin R., "Guidelines for a Written Clinical Report Concerning ADHD Adults". The ADHD Report, Vol. 1, No. 5, October, 1993.

Barkley, Russell A. & Murphy, Kevin R., "Differential Diagnosis of Adult ADHD: Some Controversial Issues". THE ADHD REPORT, Vol. 1, No. 4, August, 1993.

Murphy, Kevin R., "Effectively Communicating Adult ADHD Diagnosis". THE ADHD REPORT, Vol. 1, No. 3, June 1993, p. 6-7.

Murphy, Kevin, R., "Issues in the Assessment of ADHD Adults". THE ADHD REPORT, Vol. 1, No. 1, February, 1993, p. 5-6.

Murphy, Kevin, R., "Coping Strategies for ADHD Adults". CH.A.D.D.ER, Vol. 6, No. 2, Fall/Winter 1992, p. 10-11.

8

## PRESENTATIONS

"ADHD and the ADA: Myths, Realities, and Documentation Requirements", North Carolina AHEAD Conference, Wilmington, NC, October 8, 2004.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Honolulu, Hawaii, July 29, 2004.

"Demystifying Mental Health Issues in the Workplace", UNUM Provident, Worcester, MA, October 16, 2003.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Toronto, Canada, August 9, 2003.

"The Evaluation and Management of Attention Deficit Hyperactivity Disorder in Adulthood", Rhode Island Psychological Association, Warwick, RI, April 25, 2003.

"Diagnosing and Treating ADHD in Adults", Roundtable Presentation as Contribution to Special Supplement to The Journal of Clinical Psychiatry, Ritz-Carlton Hotel, Boston, MA, January 17, 2003.

"Succeeding in a Competitive World: Success Strategies for Adolescents and Adults with ADHD/LD", 2003 Proctor Special Education Symposium, Greensboro College, Greensboro, NC, March 3, 2003.

"Succeeding in a Competitive World: Success Strategies and Transitional Issues for Adolescents and Adults with ADHD/LD". Fletcher Forum on Learning Disabilities, Charlotte, NC, February 3, 2003.

"The Evaluation and Management of ADHD in Adulthood", Pre-conference Institute at the American Psychological Association annual convention, Chicago, Ill., August, 2002.

"Assessment and Treatment of Adult ADHD", Massachusetts Rehabilitation Commission, Hoagland-Pincus Conference Center, Shrewsbury, MA, April 2, 2002.

"Assessment and Treatment of ADHD in College Students", Holy Cross College, Office of Students with Disabilities, Worcester, MA, November 30, 2001.

"ADHD, Test Accommodations, and the American's With Disabilities Act: Myths and Realities", Visiting Scholar Invited Address at James Madison University, Harrisonburg, VA, November 12, 2001.

"ADHD in Young Adults: Assessment and Treatment Issues", Assumption College, Worcester, MA, November 9, 2001.

"Psychosocial Treatment in Bipolar Disorder", Manic Depression Disorder Association, Worcester, MA, October 1, 2001.

"Accurately Assessing ADHD and Common Co-Morbidities in High School and College Students: Implications for Diagnosticians, Educators, and Students", Keynote address at the 4th Annual Timothy B. Burnett Seminar for Academic Achievement, University of North Carolina, Chapel Hill, NC, September 25, 2001.

"ADHD, Academic Accommodations, and the ADA: Myths and Realities", University of Connecticut Post-Secondary Learning Disability Training Institute, Portland, ME, June 5 - 8, 2001.

9

"ADHD: Transition to College, Passport for Success", UMass Medical Center, Worcester, MA, May 19, 2001.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD", Brattleboro Retreat, Brattleboro, VT, May 4, 2001.

"Assessment, Treatment, and Advocacy for Adults with ADHD", University of Alabama, Tuscaloosa, AL, April 27, 2001.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD", Georgia Southern University, Savannah, GA, April 19, 2001.

"Assessment and Treatment of Adult ADHD", Pre-conference Institute at CH.A.D.D National Convention, Chicago, IL. November 2, 2000.

"Adult ADHD: Current Issues in Assessment", Baystate Medical Center Grand Rounds presentation, Springfield, MA. October 11, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder ", Seattle, WA. September 23, 2000.

"Adult ADHD: Assessment and Treatment", Atlantic Counseling and Consultation Workshop, Newton MA, September 14, 2000.

"Assessment and Treatment of Adult ADHD", Pre-conference Institute at American Psychological Association's annual convention, Washington, D.C. August 4, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Westchester, NY. August 3, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Short Hills, NJ. July 20, 2000.

"ADHD and the ADA: Test Accommodations on the Bar Exam, California Board of Bar Examiners, San Francisco, CA. May 5, 2000.

"Psychotherapy as an Integral Part of Bipolar Treatment", Symposia entitled "An Integrated Approach to the Long-term Management of Bipolar Disorder", Atlanta, GA. April 28, 2000.

"Adult ADHD: Assessment and Treatment", Juvenile Justice Department Personnel, Plainville, CT. June 26, 2000.

"Differentiating ADHD from Bipolar Disorder, OCD, and Substance Dependence via Case Presentations," Education and Training Programs, East Hartford, CT. April 14, 2000.

"ADHD and Test Accommodations on the USMLE", Northeast Regional Conference of Medical School Administrators, Baltimore, MD. March 30, 2000.

"Assessment and Treatment of Adult ADHD", University of North Carolina at Greensboro Third Annual Conference on ADHD; Strategies for Identification and Treatment Across the Life Span. Greensboro, NC, March 20, 2000.

"Emerging Disabilities on Campus: What You Need to Know". National Teleconference panel member, University of Vermont, Burlington, VT. March 13, 2000.

"Assessment and Treatment of Adult ADHD". Grand Rounds for University of Maine Medical Center, Portland, ME, March 1, 2000.

10

"Assessment and Treatment of ADHD in Adults". Education and Training Programs, East Hartford, CT. November 19, 1999.

"Case Conference". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. November 16, 1999.

"Case Studies of Adults with ADHD". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. October 26, 1999.

"Accomodations in Higher Education under The ADA". Panel presentation at CH.A.D.D. Annual Convention, Washington, D.C. October 8, 1999.

"Identification of ADHD and Classroom Interventions". Navajo Reservation Leupp Elementary School, Navajo Nation, AZ. July 27, 1999.

"Comorbidity of ADHD and Substance Abuse". Education and Training Programs, East Hartford, CT. July 22, 1999.

"Treatment of Adult ADHD in the Prison Population". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. July 20, 1999.

"Assessment of Adult ADHD in the Prison Population". Bridgewater State Hospital Corrections Facility, Bridgewater, MA. May 11, 1999.

"Assessment and Differential Diagnosis of Adult ADHD". Education Associates Inc., Myrtle Beach, SC. April 23, 1999.

"Contemporary Issues in Adult ADHD". CH.A.D.D. Meeting, Baystate Medical Center, Springfield, MA. April 20, 1999.

"ADHD and Test Accommodations on the Bar Exam". National Conference of Bar Examiners, Norfolk, VA. April 16, 1999.

"Adults with ADHD". University of North Carolina at Greensboro Second Annual Conference on ADHD: Strategies for Identification and Treatment Across the Life Span, Greensboro, NC. February 22, 1999.

"Assessment and Treatment of Adult ADHD". Maine Psychological Association, Portland, ME. November 20, 1998.

"Assessment and Treatment of ADHD in Adults". Preconference Institute for CH.A.D.D.'s Annual Convention, New York, NY. October 15, 1998.

"Americans with Disabilities Act-The Basics and Beyond". Counsel on Licensure, Enforcement and Regulation Annual Conference, Denver, CO. September 17-19, 1998.

"Empirically Validating Assessment and Service Delivery for ADHD in College Students". Annual convention of the American Psychological Association, San Francisco, CA. August, 1998.

"Assessment, Differential Diagnosis, and Treatment of Adult ADHD". Education and Training Programs, Inc., East Hartford, CT. May 1, 1998.

"Treatment of Adult ADHD". Women's Wellness Seminar, St. Vincent's Hospital, Worcester, MA. April 15, 1998.

"Motor Vehicle Driving Risks and ADHD". Attention Deficit Disorder Association's Annual Conference, Washington, DC. March 27, 1998.

"Assessment and Psychosocial Approaches to the Treatment of Adults with ADHD". CH.A.D.D. Eighth Annual International Conference, Chicago, IL. November 14, 1996.

11

"Controversy Regarding Special Accommodations for High Achieving Adults with ADHD: Legitimate or Not?" CH.A.D.D. Eighth Annual International Conference, Chicago, IL, November 15, 1996.

"Assessment and Treatment of Adult Attention Deficit Disorder". Ohio Psychological Association Fall 1996 Convention, Columbus, OH. November 7, 1996.

"ADHD in Adults: Assessment and Treatment". Oklahoma Department of Mental Health and Substance Abuse Services. Oklahoma City, OK. July 12, 1996.

"Treatment Issues in Adult ADHD". Grand Rounds presentation at Norwood Hospital, Norwood, MA. May 21, 1996.

"Assessment and Treatment of ADHD in Adults". Atlantic Counseling and Consultation Inc., Dedham, MA. May 10, 1996.

"Preliminary Data on the Driving Behavior of Young Adults with ADHD". Second Annual National ADDA Adult ADD Conference, Pittsburgh, PA. May 3, 1996.

"Adult ADHD": Current Approaches to Diagnosis and Management", Group Health Cooperative of Puget Sound, Seattle, WA. April 12, 1996.

"Identification and Treatment of ADHD in Adolescence". Special Conference on Learning Disabilities in Adolescence, San Juan, Puerto Rico. March 29, 1996.

"Assessment and Coping Strategies for Adults with ADHD". Jewish Social Service Agency of Metropolitan Washington. March 21, 1996.

"ADHD: Fad or Reality?" Grand Rounds presentation, Baystate Medical Center, Springfield, MA, January 11, 1996.

"Assessment and Treatment of ADHD in College Students". University of Massachusetts Boston. November 17, 1995.

"Current Issues in Adult ADHD". Grand Rounds presentation at Norwood Hospital, Norwood, MA. November 21, 1995.

"The Nature of Adult ADHD: Clinical Assessment and Differential Diagnosis". Presented at CH.A.D.D. Seventh Annual Conference, Washington, DC. November 9, 1995.

"Driving Behavior of Adults with ADHD: Preliminary Data". CH.A.D.D. Seventh Annual Conference, Washington, DC. November 10, 1995.

"Clinical Assessment and Psychosocial Treatment of Adult ADHD". Atlantic Counseling Services, Randolph, MA. May 19, 1995.

"Assessment, Diagnosis, and Cognitive Strategies for College Students with ADHD". Presented at first annual Learning Disabilities Conference at University of Massachusetts, Lowell, MA. April 7, 1995.

"Treatment Issues in Adult ADHD". Continuing education workshop for Primary and Family Care Physicians at Burbank Hospital, Fitchburg, MA. April 6, 1995.

"Current Issues in Adult ADHD". Presented at CH.A.D.D. meeting of Pioneer Valley, Springfield, MA. March 21, 1995.

"Identification of ADHD in Adults". Continuing education workshop for Primary and Family Care Physicians at Burbank Hospital, Fitchburg, MA. March 9, 1995.

"Adult ADHD: Assessment and Treatment". Grand Rounds presentation at Marlborough Hospital, Marlboro, MA. January 18, 1995.

12

"Clinical Management and Treatment of Adults With ADHD".  Grand Rounds presentation at St. Vincent's Hospital, Worcester, MA.  December 6, 1994.

"Teaching Clinicians How to Help ADHD Adults Cope: Skill Building Techniques and Instilling Hope".  Presented at Cambridge Hospital's ADHD Conference, Boston, MA.  December 3, 1994.

"ADHD In Adults".  Presented at Bedford CH.A.D.D. meeting, Bedford, MA. October 19, 1994.

"Psychosocial Treatment of Adults with ADHD".  Presented at CH.A.D.D. National Convention, New York, NY. October 13, 1994.

"Assessment, Treatment, and Differential Diagnosis of ADHD In Adults". Presented For Army Psychologists/Psychiatrists, Fort San Houston, San Antonio, TX. August 3, 1994.

"Assessment and Treatment of Adult ADHD".  Grand Rounds presentation at Syracuse University, Syracuse, NY. June 8, 1994.

"ADHD in Adolescents and Adults".  Presented at CH.A.D.D. of Windham County Meeting, Storrs, CT. May 3, 1994.

"Adult ADHD: Issues for College Students".  Presented at Clark University, Worcester, MA. April 27, 1994.

"Assessment and Diagnosis of Adult ADHD".  Presented at Menninger Clinic Continuing Education Conference, Topeka, KS. April 22, 1994.

"ADHD in Adults".  Presented at CH.A.D.D. of Greenfield Meeting, Greenfield, MA. April 13, 1994.

"Differential Diagnosis of Disruptive Behavioral Disorders in Adolescence". Presented at Law and Psychiatry Program on Court-Ordered Assessments of Adolescents' Clinical Needs, Worcester, MA. March 24, 1994.

"ADHD in Adolescence and Adults".  Presented at CH.A.D.D. of East Aurora Conference, Buffalo, NY. March 18, 1994.

"Social Conversation Skills of ADHD, ADHD/ODD, and Normal Adolescents". Presented at Association for Advancement of Behavior Therapy Annual Convention, Atlanta, GA.  November 21, 1993.

"Assessment and Treatment Issues for ADHD Adults".  Presented at the Center for Children and Youth, Westfield, MA.  November 19, 1993.

"Assessment, Diagnosis, and Treatment of Adult ADHD".  Grand Rounds presentation at Wing Memorial Hospital, Palmer, MA.  November 3, 1993.

"Assessment and Diagnosis of Adult ADHD".  Presented at Canadian Academy of Child Psychiatry Symposium, Banff, Canada. October 4, 1993.

"Overview of Adult ADHD and Treatment Issues".  Presented at CH.A.D.D. of Pioneer Valley Meeting, Springfield, MA.  June 15, 1993.

"Assessment and Treatment of Adult ADHD".  Presented to University Health and Counseling Center Staff of the University of Massachusetts, Amherst, MA.  May 26, 1993.

"Taking Care of the Caregiver" and Chaired a Panel of ADHD Adults.  Presented at AD-IN's annual conference held at Bentley College, Waltham, MA.  May 22, 1993.

13

"Assessment of Adult ADHD" and "Treatment of Adult ADHD".  Presented at CH.A.D.D. conference held at Brockton High School, Brockton, MA.  May 1, 1993.

"Assessment of Adult ADHD and DSM-IV Criteria: Implications for School Psychologists".  Presented at the National Association of School Psychologists Annual Conference, Washington, DC.  April 16, 1993.

"The Nature and Assessment of Adult ADHD" and "Clinical Management and Treatment Considerations in Adult ADHD".  Keynote presentations at Attention Disorders Conference held at the Institute of Living, Hartford, CT.  April 2, 1993.

"Behavioral Issues, Assessment and Management of ADHD Patients".  Presented at Saint Vincent's Hospital, Worcester, MA.  November, 1992.

"Assessment and Treatment of ADHD Adults".  Presented at CH.A.D.D.'s Fourth Annual Conference on Attention Deficit Disorders, Chicago, IL.  October, 1992.

"Attention Deficit Hyperactivity Disorder in Adults".  Presented at Wayne State University School of Medicine, Detroit, MI.  February, 1992.

"Biological Parents of ADHD Children:  Degree of Attention Deficits Relative to the Biological Parents of Normal Children."  Presented at the American Psychological Association Annual Convention, Boston, MA.  August, 1990.

"The Effects of Employee Assistance Program Intervention on the Job Performance of a Sample of Substance Abusers."  Presented at United Technologies Annual EAP Meeting, Orlando, FL.  October, 1986.

"Evaluation Study of Treatment Outcomes and Job Performance Outcomes of a Sample of Substance Abusers."  Presented at United Technologies Annual EAP Meeting, Boston, MA.  November, 1985.


I have presented more than 100 invited lectures, grand rounds, seminars, and full day workshops to various professional groups throughout North America. The topics have included assessment and treatment of Attention Deficit Hyperactivity Disorder, academic and workplace accommodations, and the Americans with Disabilities Act.  I have appeared on several local and regional radio shows and appeared on Good Morning America in June of 1994.  I have also appeared in two of Dr. Russell Barkley's educational video tapes on ADHD and a video entitled "Accommodating Invisible Disabilities: An Expert Briefing".  I have assisted the following magazines and newspapers with stories on ADHD: Newsweek, The Wall Street Journal, The New York Times, The Boston Globe, The Worcester Telegram, Men's Health, Reader's Digest, Dr. Phil's Newsletter, and Entrepeneur.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELIZABETH A. BLACK,

               Plaintiff,

vs.                                  CASE NO.:  8:16-cv-02117-SDM-TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

               Defendant.

_____/

**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS'**
**RULE 26(a)(2) DISCLOSURES**

# Exhibit 2

## EXPERT REPORT OF MICHAEL GORDON, PH.D.

1.      I have been retained as an expert on behalf of Defendant National Board of Medical Examiners ("NBME") in the above-captioned matter.  NBME asked me to review documentation submitted by or on behalf of Elizabeth Black in connection with requests she made for accommodations on the United States Medical Licensing Examination ("USMLE"), as well as additional documentation that I understand to have been provided in the course of the litigation, and to provide my opinions regarding whether Ms. Black has a disability (ADHD) that warrants her requested accommodations.

2.      In summary, and as explained below, my opinions are as follow:  (a) Ms. Black does not meet professional criteria for a diagnosis of Attention Deficit/Hyperactivity Disorder ("ADHD"); and (b) even if one accepts the diagnosis, any limitations that she experiences as a result of her alleged impairment do not rise to the level of substantial limitations when compared to the average person in the general population.

3.      In the event a trial is held in this case, I also anticipate providing testimony regarding the diagnoses that were provided to Ms. Black by Dr. Scott Fleischer in 2009 and in an evaluation she received in 2014 from the University of South Florida Psychological Services Center.  In addition, I will be prepared to respond to any testimony that is offered as expert testimony on behalf of Ms. Black.

## I.      EXPECTED STATEMENT OF OPINIONS AND BASIS FOR THEM

### A.      Testing and ADA Accommodations

4.      It is a common practice for testing entities to hire external experts to review documentation submitted in support of a request for accommodations and to provide an opinion on whether the diagnosis assigned is supported by the documentation, the level and type of functional impairment demonstrated by the applicant, and the appropriateness of specific test

accommodations in a given case if accommodations are warranted.  This practice is similar to the process in other contexts where benefits are provided if a person meets a given definition of disabled.  Examples include requests for disability benefits under federal and state programs, and requests for accommodations by college and university students.  The practice of reviewing supporting documentation and providing an opinion based upon that documentation is both well established and professionally sound.  It is especially appropriate in the case of ADHD, given that so much of the diagnosis relies on clinical and academic history, not behavior in a clinician's office.

### B.   Professional Criteria for ADHD

5.   To evaluate a patient for ADHD, clinicians must follow generally-accepted diagnostic criteria.  These diagnostic guidelines are set forth in the Diagnostic and Statistical Manual of Mental Disorders, the most recent edition of which is the Fifth Edition (DSM-5).  For adults, the consensus guidelines set forth certain criteria that must be present to justify a diagnosis of ADHD.  These guidelines are discussed below.

6.   The diagnosis of ADHD depends on evidence of a significant impairment that has a childhood onset.  It must be documented beyond self-report that such symptoms have consistently and pervasively disrupted the individual's functioning.  Without compelling evidence of early-appearing and chronic impairment across settings (*e.g.*, home, school, work), the diagnosis is inappropriate.  It must also be demonstrated that the symptoms cannot be better explained by other factors (*e.g.*, anxiety).

#### 1.   Age of Onset

7.   First, and most importantly, evidence must exist that the individual experienced meaningful impairment since early in life.  The requirement for a childhood onset flows from ample evidence that ADHD is a neurodevelopmental disorder that, by definition, must appear

during development.  The logic underlying this criterion is as follows:  Extensive research has shown that individuals with ADHD, largely because of genetics and/or birth-related factors, come into the world with a diminished ability to inhibit behavior and focus attention.  Since the ability to pay attention and exert self-control is central to a child's healthy growth and adjustment, the impact of those deficits would necessarily be discernible during childhood.  In fact, much of what children need to learn, whether at home, in the classroom, or on the playground, hinges on the capacity to stop their behavior long enough to allow for a considered response.  Without an adequate ability to inhibit behavior and deploy attention, children will inevitably encounter trouble learning rules, getting along with others, controlling emotions, acquiring academic skills, benefiting from past experience, and anticipating future events.  The capacity to exert self-control and concentrate is so necessary for normal development that any significant deficits in these areas would unavoidably have an early and observable impact on adjustment in the same way that a reading disability would be obvious during the years children typically learn to read.  The main point, though, is that an individual does not "come down" with ADHD later in life.  The symptoms must be evident and problematic from early on.

8.      According to current criteria, symptoms must be evident prior to age 12.  Because children are prone, by nature, to be inattentive and impulsive, it is assumed that any symptoms of ADHD must cause, according to the DSM-5 criteria, a "substantial clinical presentation during childhood."

9.      The early onset of symptoms must be documented through tangible evidence of impairment during childhood.  Hard evidence is required because many non-ADHD adults self-report that they experienced the ADHD symptoms of inattentiveness and disorganization as children.  For example, in a published study reporting on the standardization of an ADHD rating

scale, 719 normal individuals were asked if they experienced ADHD symptoms during childhood. On average, 80% of these normal adults reported having experienced at least 6 of the 18 symptoms listed in the DSM-5 criteria at least "sometimes" during childhood. Twenty-five percent endorsed at least 6 items as having occurred "often." It is therefore quite normal for people to look back on their childhood and identify themselves as having ADHD-like symptoms. Because of this tendency to over-report such childhood symptoms, professional guidelines require evidence of impairment.

10.     For individuals who meet the criteria for the diagnosis, providing such evidence is almost always a straightforward task. They can provide clinicians with numerous documented accounts of poor academic or work performance, impaired social adjustment, and, in many cases, highly impulsive and unruly behavior. It has been well established empirically that many individuals who were diagnosed during childhood as having ADHD often suffer from a range of impairments as adults. These limitations might include academic under-attainment, diminished job success, a lower socioeconomic status relative to siblings, as well as higher rates of substance use, divorce, out-of-wedlock pregnancies, sexually transmitted diseases, legal problems, and motor vehicle accidents. It should also be noted that these ADHD symptoms emerge despite reasonable efforts at compensation on the part of the individual, parents, and teachers.

### 2.     Consistency and Pervasiveness of Symptoms

11.     The next two elements of the diagnosis focus on the pervasiveness and consistency of the impairment. ADHD symptoms not only appear early in life, but they disrupt someone's adjustment with relative consistency from year to year and from setting to setting (namely, home, school, work and the community). Therefore, ADHD affects more than just discrete slices of social interaction or job performance. The concept here is that this disorder represents a "hard-wired," enduring set of characteristics that have a broad impact on a person's

functioning.   Except in unusual circumstances, an individual with ADHD will show those characteristics most of the time and in most situations.

12.     Studies that have followed ADHD children through their lives have amply documented the impact of the disorder on adjustment.  In almost all areas of functioning, from academics to occupational performance to marital adjustment to vulnerability to substance abuse, ADHD individuals demonstrate widespread maladjustment.  As an example, less than 5% of the sample in one scientific study was able to gain admission to postsecondary/undergraduate education (as compared to roughly 25% of the normal population).  This same group of studies indicates that the effects of chronic and serious impulsive/inattentive behavior are so great that only a fraction of a percent of individuals properly identified as ADHD are able to pursue graduate studies.

### 3.     Evidence of Impairment

13.     In the case of ADHD, DSM-5 has moved from requiring symptoms that cause "clinically significant impairment" to "clear evidence that the symptoms interfere with, or reduce the quality of, social, academic, or occupational functioning."   Regardless of the specific wording of impairment criteria, it is assumed by the clinical research community that psychiatric diagnoses should only be assigned to individuals who function abnormally relative to most other people of the same age.

14.     Because many psychiatric symptoms tend to represent extremes of universal human traits, it becomes even more important for clinicians to ensure that they identify a disorder only when it causes significant functional impairment.  If not, definitions of mental disorders can be stretched so thin that they encompass either normal expressions of personality style or expectable reactions to common life events (like failing a class exam or being fired from a job).  The sine qua non of a disorder is clear evidence of functional impairment or what has

- 5 -

been termed "harmful dysfunction." Such impairment emerges as a significantly diminished capacity to meet age-appropriate expectations in major life activities, such as work, school, social relations, and self-care. In clinical parlance, the individual shows significant deficits in adaptive functioning.

15.     It is considered inappropriate by clinical researchers to assign a psychiatric diagnosis to someone who functions well, but perhaps not as well as he or she might prefer. To do so would be like considering an individual to be physically disabled because he could run fast, but not as fast as he would prefer or would predict based on his overall athletic ability. Furthermore, having a high IQ is not a guarantee for unlimited success in every endeavor. Very intelligent people can nonetheless underperform relative to their abilities for any number of reasons. Those might include motivational factors, substance use disorders, test anxiety, subclinical mood problems, personality issues, economic stressors, and severe mental illness. For ADHD, impairment is determined by the extent to which the symptoms preclude an individual from managing, as well as most others, routine life tasks across multiple settings (home, school, work, and the social environment). As indicated above, an extensive literature supports the notion that children diagnosed as ADHD during the early years evidence pervasive and chronic maladjustment.

16.     Clinicians have the option of assigning clinical diagnoses to individuals who show mild symptoms that have only limited impact on actual functioning. This wide berth for what is considered diagnosable is often regarded as responsible for an explosion in the rates of ADHD identifications. According to a report by the Centers for Disease Control and Prevention, 15% of all high school students have been assigned the diagnosis, even though research estimates put the prevalence at roughly 5% of the population. Twenty percent of children

between the ages of 4 and 17 will have received an ADHD diagnosis at some point in their lives, a 16% increase since 2007 and a 41% rise over the past 10 years.  The literature has noted a similar increase in the number of individuals receiving an initial ADHD diagnosis as an adult.

### 4.    Ruling Out Other Possible Explanations for Inattention and Poor Self-Control

17.    Inattention is a highly non-specific symptom that can emerge as a feature in any number of psychiatric, educational, medical, or routine life circumstances, from schizophrenia, depression, and anxiety to migraine headaches, boredom, and unrecognized cognitive limitations. Inattention as a symptom therefore resembles fever or chest pains in that its presence alone does little to narrow the field of diagnostic possibilities.  It simply means that the individual experiences sufficient distress or distraction to affect concentration.  Because an individual can be inattentive for so many reasons, the DSM-5 and the consensus of professional opinion require that other disorders and circumstances be ruled out as explanations for ADHD-type symptoms. ADHD assessments should pursue a differential diagnosis by gathering information from multiple domains and sources to verify that any inattention is not due to some other factor.

### C.    Diagnosis Versus Disability

18.    The DSM-5 expressly notes that clinical criteria may not be directly relevant in making decisions as to whether someone is disabled in a nonclinical context.  According to DSM-5, in "most situations, the clinical diagnosis of a DSM-5 mental disorder ... does not imply that an individual with such a condition meets a legal criteria for the presence of a mental disorder or a specified legal standard....  For the latter, additional information is usually required beyond that contained in the DSM-5 diagnosis, which might include information about the individual's functional impairments and how these impairments affect the particular abilities in question."  (DSM-5, American Psychiatric Association, at p. 25 (2013)).  The DSM-5 further

states that "[a]ssignment of a particular diagnosis does not imply a specific level of impairment or disability."

19.     Several surveys indicate that many clinicians fail to understand (or at least fail to reflect in their recommendations) the distinction between a clinical diagnosis and a legal determination.  They proceed as if a clinical diagnosis is tantamount to a legal qualification of disability.  There may be a difference, however, between having a diagnosable impairment, and having an impairment that rises to the level of a "disability" for the purposes of a particular law.

20.     In the context of reviewing requests for accommodations on standardized tests, the legal criteria are supplied by the Americans with Disabilities Act ("ADA").  It is my understanding that an impairment does not rise to the level of a "disability" for purposes of ADA coverage unless it results in a substantial limitation on an individual's ability to perform one or more major life activities, as compared to most people.  Thus, when considering whether testing accommodations are warranted for a given individual, a clinician must consider not only whether the individual meets the DSM-5 criteria for an ADHD diagnosis, but also whether the individual functions at least as well as most other people notwithstanding the diagnosed impairment.  Accommodations would not be warranted simply because an individual might underperform in certain areas relative to others in a particular educational cohort (such as individuals who take the USMLE), or as compared to their aspirations or measured abilities.  The extent of the impairment must also be considered, relative to the average person.

### D.     Ms. Black Does Not Meet ADHD Criteria

21.     As indicated above, the diagnosis of ADHD hinges on evidence of clinically significant impairment that has a childhood onset, and it must be documented that such symptoms have consistently and pervasively disrupted the individual's functioning across a range of settings.  Without compelling evidence of early-appearing and chronic impairment

across settings, the diagnosis is regarded as inappropriate.  Finally, it must also be demonstrated that the symptoms cannot be better explained by other factors.  In Ms. Black's case, I do not believe that any of these criteria were met.

### 1.    No Evidence of Impairment During Childhood

22.    Nothing in Ms. Black's documentation indicates that Ms. Black experienced anything that approached significant problems in childhood.  To the contrary, report cards from elementary school paint a picture of a highly competent pupil who performed well in all the academic, social, and behavioral tasks required of her.  For example, her third grade teacher graded her "commendable" in the areas of, among other things, "completes assignments on time," "works independently," "works well with group," and "uses self-control."  Similarly, she was described by her fourth grade teacher as "doing a fine job in all areas," and as being "self-motivated," "a good listener," and "very capable with following directions."  To say the least, these are not the type of descriptors a teacher would assign to a child with ADHD. Were Ms. Black truly impaired by the disorder, her teachers would have described her in starkly different (and far more negative) terms.

### 2.    No Evidence of Impairment During Adolescence or Young Adulthood

23.    Ms. Black's normal, and indeed well above-average, academic progress persisted through middle school and high school.  She graduated on time, without accommodations, and performed sufficiently well in high school and on timed standardized tests, without accommodations, to be admitted to Princeton University.  She was virtually a straight-A student in high school, where she took mostly Honors courses and also participated in an extensive and demanding collection of extra-curricular activities.  She was similarly successful in college, where she earned solid grades even though she was a Division 1 athlete.  The letters of recommendation she submitted to enter medical school also described her as able to manage

complicated tasks unusually well.  One professor wrote the following: "In our clinical research program, the research assistants do the bulk of the 'heavy lifting.'  They conduct the initial screening of potential patients, arrange their appointments, conduct structured interviews, accompany them to research procedures, and de-brief them afterwards.  They are also responsible for producing reports on the status of studies to the IRB, and for assembling data for initial review and analysis.  Lizzie has performed all of these tasks superbly and with unstinting good humor and enthusiasm."  Her evaluations on clinical rotations in medical school were also extremely positive, particularly regarding her thoughtfulness and discipline.  One representative comment stated the following:  "Her clinical documentation is very thorough.  She was meticulous and detail oriented."  It is extremely unlikely that someone who was pathologically inattentive and disorganized could be characterized in this way.  In reality, most of us who teach in medical schools would be delighted to have students who were "meticulous and detail oriented" in their charting.

24.    According to her records, neither she nor her parents ever pursued an evaluation for ADHD during her childhood or high school years, or ever expressed any concerns that Ms. Black was experiencing any type of impairment in her ability to read, focus, concentrate, pay attention, or learn.

25.    Ms. Black scored between the 69.6th and 75.2th percentile on the Medical College Admission Test ("MCAT") without testing accommodations.  This is a percentile as compared to a cohort of other students seeking entry to a highly competitive postgraduate program.  Because only a very small percentage of students even apply for postgraduate training, her percentile score would be far higher if it were normed based on an average population.  This history shows that Ms. Black clearly has the neuropsychological capacity to take complex, timed

tests under standard time constraints and perform not only as well as most others in the general population would perform, but better than a cohort of her highly qualified peers would perform.

26.     Ms. Black did not obtain an ADHD diagnosis until she was 26 years old, and did not seek testing accommodations until medical school.  The psychoeducational evaluation from October 2014 that she submitted fails to provide evidence of significant impairment.  It bases the diagnosis entirely on self-report and the over-interpretation of psychological test scores that have never been established as gold standards.  Indeed, on the one test at all related to the assessment of ADHD (the Conners Continuous Performance Test – II) , Ms. Black's scores were essentially normal -- contrary to how the psychology graduate student who conducted the testing characterized them.

### 3.     No Evidence of ADHD-Type Problems in Multiple Settings

27.     Evidence is also missing from Ms. Black's documentation to support the other requirements for an ADHD diagnosis.

28.     Ms. Black has held numerous jobs, many of which presumably required a great deal of focus and attention.  She did not receive accommodations in any of those jobs, and appears to have performed successfully in each of the jobs.

29.     There was nothing in the record that I reviewed reflecting clinically significant issues in her social life.  She reports that she has a close and loving family with whom she is very close and that she has a strong network of friends; she appears to have had positive working relationships in each of her jobs; she received excellent recommendations from past employers and professors regarding both her personality and her work ethic; and she has apparently been in one or more relationships.

30.     In short, there was no meaningful evidence that she has experienced impairment (much less clinically significant impairment) in the educational, vocational or social realms of

her life.  To the contrary, the documentation establishes conclusively that she has excelled across the breadth of her experience, in no small part because she has always been so competent, diligent, and focused.  The only area in which she appears to have struggled at all has been in mastering certain highly complex, demanding, and competitive exam content associated with her medical training.  However, problems passing postgraduate exams are not alone symptomatic of ADHD or any other psychiatric illness, especially when judged against the backdrop of consistently high functioning.  If failing a Step exam were a pathognomonic sign of disability, then most people could fairly be considered disabled given that only a tiny fraction of the general population has the capability required to sit for such a test, let alone pass it.  Someone of Ms. Black's abilities and achievements cannot reasonably be characterized as disabled simply because she has a highly circumscribed difficulty passing a challenging exam.

**E.    Regardless of Whether Ms. Black Has Been Properly Diagnosed, She is Not Substantially Limited in Her Ability to Perform Any Major Life Activities**

31.    Implicit in the discussion above regarding the absence of any evidence of Ms. Black experiencing symptoms of ADHD-type impairment across settings is a related conclusion: Even if one were to accept as proper the ADHD diagnoses that she received, there is no evidence that she experiences any substantial limitations in her ability to perform any major life activity that is relevant to taking the USMLE.

**F.    Conclusion**

32.    Based on my review of Ms. Black's supporting documentation and the other documents referenced below, it is my opinion that Ms. Black cannot appropriately be considered as having ADHD under any reasonable construction of professional guidelines for diagnosing ADHD.  It is my further opinion that, even if one were to accept her diagnosis, she is not

28453724.1

- 12 -

substantially limited in her ability to perform any major life activities relevant to taking the USMLE.

## II.    FACTS AND DATA CONSIDERED

33.    I reviewed the following documents in forming my opinions:

a)   Elizabeth Black 2014 request for accommodations and supporting materials

b)   Dr. Kevin Murphy's December 2014 recommendation regarding Elizabeth Black's 2014 accommodation request

c)   March 2015 letter from Dr. Catherine Farmer (NBME) to Elizabeth Black, denying request for accommodations

d)   Elizabeth Black January 2016 request for accommodations and supporting materials

e)   Dr. Kevin Murphy's February 26, 2016 recommendation regarding Elizabeth Black's 2014 request for accommodations

f)   March 28, 2016 letter from Dr. Catherine Farmer (NBME) to Elizabeth Black, denying request for accommodations

g)   Ms. Black's SAT Scores

h)   Ms. Black's CV

i)   Ms. Black's MCAT Scores

j)   Summary of Ms. Black's grades prior to medical school

k)   Ms. Black's medical school transcript materials

l)   Plaintiff's Responses to Defendant's First Set of Interrogatories

m)   Records regarding Elizabeth Black that I understand to have been produced in discovery in this case by the University of Pennsylvania, which included her application to the University, her transcript from the University, her high school transcript, and various letters of recommendation

n)   The Declaration of Dr. Scott Fleischer, M.D., with attachments

o)   The Declaration of Dr. Bob Parrino, with attachments

p)   The transcript of the deposition taken in this case of Dr. Margaret Booth-Jones (without the attachments)

q) The transcript of the deposition taken in this case of Elizabeth Black (without the attachments)

III.   **EXHIBITS TO BE USED TO SUMMARIZE OR SUPPORT OPINIONS**

34.    The exhibits I specifically reference in this report are exemplary and are intended to aid understanding.  If called to testify, I may also use other exhibits or portions of exhibits other than those specifically cited in this report.

35.    If called upon to testify, I may testify as to facts, opinions, and other matters relevant to this matter.  I reserve the right to amend and/or supplement my report as necessary to address any such additional matters or information that is made available to me.

36.    I reserve the right to use certain graphic and/or demonstrative materials to illustrate my testimony at trial.  I also reserve the right to rely on testimony or other materials generate in further discovery proceedings or presented at trial.

IV.   **QUALIFICATIONS**

37.    I am a clinical psychologist and Professor Emeritus of Psychiatry on the faculty of SUNY Upstate Medical University.  Among other duties within the Department of Psychiatry, I have been director of the Department's ADHD Program.  I am also Adjunct Professor of Psychology at Syracuse University.

38.    I specialize in the evaluation and treatment of children and adults with ADHD having worked in this area since the 1970's.  I have published numerous articles, books, and book chapters and delivered many paper presentations on this topic.  I have developed a system for diagnosing ADHD that is relied upon by clinical practitioners internationally.

39.    In addition to my faculty and patient responsibilities, I have served as an independent reviewer for numerous organizations that administer or rely upon standardized tests.

For each of these organizations, I have reviewed documentation submitted by examinees seeking test accommodations based, at least in part, on an ADHD diagnosis. In the course of this work, I routinely apply, and have become very familiar with, the standards of the Americans with Disabilities Act ("ADA"). I have also consulted to the *Consortium on ADHD Documentation* about appropriate documentation review guidelines. More recently, I was the lead author of a chapter about ADA accommodations relative to ADHD in the standard textbook for the management of the disorder.

40.     I have personally evaluated hundreds of individuals with ADHD-type symptoms. I have also conducted hundreds of documentation reviews for schools and testing entities.

41.     For more than 35 years I have taught college students, trained graduate students in psychological assessment and diagnostic practices, and supervised psychology interns, medical students, social works, and psychiatry and family practice residents in schools, clinics, hospitals, and other agencies. I have published over one hundred professional articles, chapters and books in the areas of ADHD, learning disorders, psychological testing, and disability assessment. Much of my research over the past 15 years has focused on test accommodations for individuals with disabilities.

42.     Additional qualifications may be found on my CV, a copy of which is attached as Addendum A hereto.

43.     A list of all publications I have authored in the previous 10 years is included on my CV (Addendum A hereto).

## V.     PREVIOUS TESTIMONY

44.     During the previous four years, I have not testified as an expert at trial or by deposition in any cases.

## VI.   COMPENSATION

45.    I have been compensated for my time spent on this matter at a rate of $225 per hour, which is my standard rate for work of this nature.


The foregoing report reflects my opinions in this matter.

Dated: June 29, 2017

Michael Gordon, Ph.D.

# Addendum A

## *VITA*
**Michael Gordon, Ph.D.**

**Personal Information**

Work Address:       SUNY Upstate Medical University
                    Division of Child and Adolescent Psychiatry
                    750 East Adams Street
                    (315) 464-3100

E-Mail Address:     gordonm@upstate.edu

Born:               May 30, 1952

Marital Status:     Married, two children

**Education**

Amherst College                   1970-74 B.A. magna cum laude
Amherst, Massachusetts            Major: Psychology
                                  Minor: Spanish Literature

The Ohio State University          1974-77 Ph.D.
Major: Clinical Child Psychology   Minor: Developmental Psychology

(Doctoral Dissertation:  The Assessment of Impulsivity and Mediating Behaviors in Hyperactive and Nonhyperactive Boys Performing on DRL.)

**Present Position**

Professor, Department of Psychiatry, SUNY Upstate Medical University at Syracuse, New York.

Lecturer, Program in Medical Humanities

**Editorial Positions and Professional Awards**

Associate Editor, The ADHD Report
Reviewer, Journal of Learning Disabilities
Reviewer, Archives of Clinical Neuropsychology
Reviewer, Journal of Attention Disorders
Reviewer, Perceptual and Motor Skills

2

Inductee, CHADD Hall of Fame
Winner, Keith Conners' Award for Scientific Contribution to the Field of ADHD

**Professional Affiliations**

Member, American Psychological Association
Member, Central New York Psychological Association
Member, Society for Behavioral Pediatrics
Member, Sigma XI Research Society
Member, Central New York Association for Learning Disabilities
Member, Council for Exceptional Children
Member, International Neuropsychological Society
Member, Society for Research in Child and Adolescent Psychopathology

**Certification**

State of New York, Certification Number 5965
Member, National Register of Health Care Providers in Psychology

**Internship**

Department of Psychiatry, Division of Clinical Psychology
        (Clinical Child specialization), SUNY Upstate Medical Center, Syracuse, New
        York.

**Past Employment**

Staff Psychologist, Psychiatric Services, St. Joseph's Hospital Health Center,
        Syracuse, New York.

**Research Grants**

"The Testing of the Gordon Diagnostic System" funded by Clinical Diagnostics, Inc.,
1983 - 1986.

"The Development of Gordon's Measure of Impulsivity for Clinical, Educational and
Research Applications" funded by the New York State Division of Research Resources,
1980 - 1987.

"The Psychosocial Effects of Short Stature" funded by the New York State Health
Research Council (co-investigator with Robert A. Richman, M.D.),
1978 - 1980.

"Study on the long term outcomes of very low birth weight infants at school age" funded

3

by the Robert Wood Johnson Foundation (co-investigator with Steven Gross, M.D.), 1987 - 1988.

"Pediatric survey of relationship disturbance in low birth weight infants" funded by the March of Dimes (co-investigator with Barbara Fiese, Ph.D. and Martin Irwin, M.D.), 1991-1992.

"Advancing ADHD Diagnosis via Standardized Observations" funded by the National Institute of Child Development (co-investigator with Stephanie McConaughy, Ph.D.), 2003-2007.

## Publications

Sorenson, C.A. & Gordon, M. (1975). Effects of 6-hydroxydopamine on shock-elicited aggression, emotionality and maternal behavior in female rats. *Pharmacology, Biochemistry and Behavior, 3*, 331-335.

Gittis, A.G. & Gordon, M. (1979). Developmental analysis of behavioral dysfunction in rats with septal lesions. *Journal of Comparative and Physiological Psychology*, 94-106.

Gordon, M. (1981). The assessment of impulsivity and mediating behaviors in hyperactive and nonhyperactive boys. *Journal of Abnormal Child Psychology, 7*, 317-326.

Gordon, M. & Oshman, H. (1981). Rorschach indices of children classified as hyperactive. *Perceptual and Motor Skills, 52*, 703-707.

Gordon, M., Crouthamel, C., Post, E.M., & Richman, R.A. (1981). Identifying the academic and emotional difficulties associated with short stature. *Pediatric Research, 15*, 411.

Gordon, M. (1982). The egocentric placement of Bender Figure A. *Perceptual and Motor Skills, 54*, 1241-1242.

Gordon, M. & Tegtmeyer, P.F. (1982). The Egocentricity Index and self-esteem in children. *Perceptual and Motor Skills, 55*, 225-227.

Gordon, M. (1983). Responses of internalizing and externalizing children to clinical interview questions. *American Journal of Child Psychiatry, 22,* 444-446.

Gordon, M., Crouthamel, C., Post, E.M., & Richman, R.A. (1982). Psychological aspects of constitutional short stature: Social competence, behavior problems, self-esteem and family functioning. *Journal of Pediatrics, 101*, 477-480.

4

Gordon, M., Post, E.M., Crouthamel, C., & Richman, R.A. (1984). Do children with constitutional growth delay really have more learning problems? *Journal of Learning Disabilities, 17,* 291- 293.

Gordon, M. (1982). Rorschach Scoring Program *(RSCORE).* Tampa: Psychological Assessment Resources.

Gordon, M., Greenberg, R.P., & Gerton, M. (1983). Wechsler discrepancies and the Rorschach Experience Balance. *Journal of Clinical Psychology, 39,* 775-779.

Tegtmeyer, P.F. & Gordon, M. (1983). The interpretation of white-space responses in children's Rorschach protocols. *Perceptual and Motor Skills, 57,* 611-616.

Gordon, M. & Tegtmeyer, P.F. (1983). Oral-dependent content in children's Rorschach protocols. *Perceptual and Motor Skills, 57,* 1163-1168.

Greenberg, R.P. & Gordon, M. (1983). Examiner sex and children's Rorschach productivity. *Psychological Reports, 53,* 355-357.

Gordon, M. (1983). *The Gordon Diagnostic System.* DeWitt, NY: Gordon Systems.

Gordon, M., McClure, F.D., & Post, E.M. (1983). *Interpretive guide to the Gordon Diagnostic System.* DeWitt, NY: Gordon Systems, Inc.

Gordon, M., McClure, F.D., & Post, E.M. (1983). *Instruction Manual for the Gordon Diagnostic System.* Denver: Clinical Diagnostics, Inc.

McClure, F.D. & Gordon, M. (1985). Performance of disturbed hyperactive and nonhyperactive children on an objective measure of hyperactivity. *Journal of Abnormal Child Psychology, 12,* 561-572.

Gordon, M. (1986). Microprocessor-based assessment of Attention Deficit Disorders. *Pharmacology Bulletin, 22,* 288-290.

Richman, R.A., Gordon, M., Tegtmeyer, P., Crouthamel, C., & Post, E.M. (1986). Academic and emotional difficulties associated with constitutional short stature. In B. Stabler & L. Underwood (Eds.), *Growing Up Short: Psychosocial Aspects of Growth Delay.* New York: Lawrence Erlbaum Associates, Inc.

Gordon, M. (1987). How is a computerized attention test used in the diagnosis of Attention Deficit Disorder? In J. Loney (Ed.), *The Young Hyperactive Child: Answers to Questions about Diagnosis, Prognosis, and Treatment* (pp.53-64) New York: Haworth Press.

Gordon, M. (1987).  Errors of omission and commission: A response to Milich and colleagues regarding the Gordon Diagnostic System.  *Psychopharmacology Bulletin, 23(2),* 325-328.

Gordon, M.  & Mettelman, B.B. (1988).  The assessment of attention: I. Standardization and reliability of a behavior-based measure. *Journal of Clinical Psychology, 44,* 682-690.

Gordon, M., DiNiro, D., & Mettelman, B.B.  (1988).  The effect upon outcome of nuances in selection criteria for ADHD/Hyperactivity.  *Psychological Reports, 62,* 539-544.

Gordon, M. (1989).  Classroom management techniques for ADHD children.  *Chadder, 3(1),* 3-4.

Gordon, M., DiNiro, D., Mettelman, B.B., Tallmadge, J. (1989).  Observations of test behavior, quantitative scores, and teacher ratings. *Journal of Psychoeducational Assessment, 7,* 141-147.

Gordon, M., Thomason, D. & Cooper, S. (1990).  To what extent does attention affect K-ABC scores? *Psychology in the Schools, 27,* 144-147.

Bauermeister, J.J., Berrios, V, Jimenez, AI.I., Acevedo, L. &  Gordon, M. (1990).  Some issues and instruments for the assessment of Attention Deficit Hyperactivity Disorder in Puerto Rican children. *Journal of Clinical Child Psychology, 19,* 9-16.

Post, E.M., Burko, M.S., & Gordon, M.  (1990).  Single-component  microcomputer driven-assessment of attention.  *Behavior Research Methods, Instruments, & Computers, 22,* 297-301.

Gordon, M., Thomason, D., Cooper, S., & Ivers, C. (1991).  Non-medical treatment of ADHD/Hyperactivity: The attention training system. *Journal of School Psychology, 29,* 151-159.

Gordon, M. (1991).  *ADHD/Hyperactivity: A consumer's guide for parents and teachers.* Syracuse: GSI Publications.

Gordon, M. (1991).  *Jumpin' Johnny get back to work!: A child's guide to ADHD/Hyperactivity.*  Syracuse: GSI Publications.

Gordon, M. (1992).  *My brother's a world-class pain: A sibling's guide to ADHD/Hyperactivity.* Syracuse: GSI Publications.

6

Gordon, M. (1992). *I would if I could: A teenager's guide to ADHD/Hyperactivity.* Syracuse: GSI Publications.

Gordon, M. (1991). *Jumpin' Johnny get back to work!: A child's guide to ADHD/Hyperactivity* [video]. Syracuse: GSI Publications.

Gordon, M. (1995). *I'd rather be with a real mom who loves me: A story for foster children.* Syracuse: GSI Publications.

Gordon, M. (1995). *How to operate an ADHD clinic or subspecialty practice.* Syracuse: GSI Publications.

Gordon, M. & McClure, F. (1995). *The down and dirty guide to adult ADD.* Syracuse: GSI Publications.

Irwin, M., Kline, P. & Gordon, M. (1991). Adapting milieu therapy to short-term psychiatric hospitalization of children. *Child Psychiatry and Human Development, 21,* 103-201.

Gordon, M. (1993). ADHD: Assessment techniques and differential diagnosis. In: *Pathways to Progress: Proceedings of the CH.A.D.D. Fourth Annual Conference.* Fairfax, VA: Caset Associates.

Gordon, M. (1993). Do computerized measures of attention have a legitimate role in ADHD evaluations? *The ADHD Report, 1(6),* 5-6.

Gordon, M., Mettelman, B.B., & Martin, I. (1994). Sustained attention and grade retention. *Perceptual and Motor Skills, 78,* 555-560.

Jerome, L.J., Gordon, M., & Hustler, P. (1994). A comparison of American and Canadian teachers' knowledge and attitudes towards Attention Deficit Hyperactivity Disorder (ADHD). *Canadian Journal of Psychiatry, 39,* 563-567.

Gordon, M. (1995). *How to operate an ADHD clinic or subspecialty practice.* Syracuse, NY: GSI Publications.

Fischer, M., Newby, R.F., & Gordon. M. (1995). Who are the false negatives on continuous performance tests? *Journal of Clinical Child Psychology, 24(4),* 427-433.

Gordon, M. (1995). ADD: Certainly not a fad, but it can be overdiagnosed. *Attention, 2(2),* 20-22.

Gordon, M. (1996). Must ADHD be an equal opportunity disorder? *The ADHD Report,*

7

*4(2)*, 1-3.

Gordon, M. (1996). Running an ADHD clinic or subspecialty practice. *The Independent Practitioner, 16(2)*, 80-83.

Gordon, M. & Irwin, M. (1997). *ADD/ADHD: A no-nonsense guide for the primary care physician*. Syracuse: GSI Publications.

Murphy, K. & Gordon, M. (1997). ADHD as a basis for test accommodations: A primer for clinicians. *The ADHD Report, 5(1)*, 10-11.

Aylward, G.P. & Gordon, M. (1997). Relationships between continuous performance task scores and other cognitive measures: Causality or commonality? *Assessment, 4(4)*, 325-336.

Gordon, M., Barkley, R.A., & Murphy, K. R. (1997). ADHD on trial. *The ADHD Report, 5(4)*, 1-4.

Gordon, M. (1997). ADHD in cyberspace. *The ADHD Report, 5(4)*, 4-6.

Gordon, M. & Keiser, S., Editors. (1998). *Accommodations in higher education under the Americans with Disabilities Act (ADA): A No-nonsense guide for clinicians, educators, administrators, and lawyers.* NY: Guilford Publications and GSI Publications.

Gordon, M. & Barkley, R.A. (1998). Psychological testing and observational measures. Chapter in: R.A. Barkley (Ed.), *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Second Edition*. Guilford Publications.

Murphy, K. R. and Gordon, M. (1998). The assessment of ADHD in adults. A chapter in: R.A. Barkley (Ed), *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Second Edition*. Guilford Publications.

Goldstein, S., Barkley, R. A., & Gordon, M. (1998). Clarification on ADHD (Letter to the editor). *The APA Monitor, 29(10), 5.*

Gordon, M., Murphy, K., & Keiser, S. (1998). Attention Deficit Hyperactivity Disorder (ADHD) and test accommodations. *The Bar Examiner, 67(4), 26-36.*

Gordon, M. (1999). Clinical grand rounds: "So you're telling me . . . ." *ADHD Report, 7(3)*, 11-13.

Gordon, M., Lewandowski, L., and Keiser, S. (1999). The LD label for relatively well-functioning students: A critical analysis. *Journal of Learning Disabilities, 32(6)*, 485-

8

490.

Gordon, M. (1999). Attention deficit hyperactivity disorder: Diagnosis and management in the USA. *Journal of the Royal Society of Medicine, 92(22),* 1-3.

Gordon, M. and Barkley, R.A. (1999). Is all inattention ADD/ADHD? *The ADHD Report, 7(5),* 1-8.

Gordon, M. and Barkley, R.A. (1999). A reply to Brown. *The ADHD Report, 7(6),* 7-8.

Murphy, K., Gordon, M., and Barkley, R. (2000). To what extent are ADHD symptoms common? A re-analysis of standardization data from a DSM-IV checklist. *The ADHD Report, 8(3),* 1-4.

Gordon, M. (2000). College students and the diagnosis of Attention Deficit Hyperactivity Disorder (Letter to the editor). *Journal of American College Health, 49,* 46-47.

Gordon, M. and Murphy, K. (2001). Judging the impact of time limits and distractions on past test performance: A survey of ADHD, clinic-referred, and normal adults. *The ADHD Report, 9(3),* 1-5.

Lawrence L., Codding, R., Gordon, M., Marcoe, M., Needham, L., and Rentas, J. (2000). Self-Reported LD and ADHD Symptoms in College Students. *The ADHD Report, 8(6),* pp. 1-4.

Fiese, B. H., Poehlmann, J., Irwin, M., Gordon, M., Curry-Bleggi, E. (2001). A pediatric screening instrument to detect problematic infant-parent interactions: Initial reliability and validity in a sample of high- and low-risk infants. *Infant Mental Health Journal, 22(4),* 463-478.

Gordon, M., Lewandowksi, L., Murphy, K. & Dempsey, K. (2002). ADA-based accommodations in higher education: A survey of clinicians about documentation requirements and diagnostic standards. *Journal of Learning Disabilities, 35(4),* 357-363.

Barkley, R. & Gordon, M. (2002). Research on comorbidity, adaptive functioning, and cognitive impairments in Adults with ADHD: Implications for clinical practice. A chapter in: S. Goldstein and A.T.Ellison *Clinician's Guide to Adult ADHD: Assessment and Intervention.* London: Academic Press.

Gordon, M., Goldstein, S., Barkley, R., & Murphy, K. (2003). Response to Nadeau on the subject of ADHD in Women [letter to the editor]. *Psychology Monitor, 34(4),* p. 10.

9

Goldstein, S. & Gordon,M. (2003). Gender Issues and ADHD: Sorting Fact from Fiction. *ADHD Report, 11(4),* 7-16.

Antshel, K. and Gordon, M. (2003). Evaluating and managing ADHD [letter to the editor]. *International Journal of Therapy and Rehabilitation, 10,* 428.

Canu, W. and Gordon, M. (2005). Mother Nature as treatment for ADHD: Overstating the benefits of green. *American Journal of Public Health, 95(3),* 371.

Kleinmann, A., Lewandowski, L., Sheffield, R. & Gordon, M. (2005). Processing speed and ADHD. *ADHD Report, 13(1),* 6-8.

Lovett, B.J. and Gordon, M. (2005). Discrepancies as a basis for the assessment of learning disabilities and ADHD. *ADHD Report, 13(3),* 1-4.

Gordon, M., Antshel, K, Faraone, S., Barkley, R.A., Lewandowski, L., Hudziak, J., Biederman, J., and Cunningham, C. (2006). Symptoms versus impairment: The case for respecting DSM-IV's criterion D. *Journal of Attention Disorders, 11(3),* 465-475.

Gordon, M. & Barkley, R.A. (2006). Psychological Testing and Observational Measures. Chapter in: R.A. Barkley (Ed.). *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Third Edition.* New York: Guilford Publications.

Murphy, K. R. and Gordon, M. (2006). The assessment of ADHD in adults.  A chapter in: R.A. Barkley (Ed) *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Third Edition.* New York: Guilford Publications.

Antshel, K. M., Phillips, M. H., Gordon, M., Barkley, R. A., & Faraone, S. V. (2006). Is ADHD a valid disorder in children with intellectual delays? *Clinical Psychology Review, 26,* 555-572.

Lewandowski, L., Lovett, B., Parolin, R., Gordon, M. & Codding, R. S. (2007). Extended time accommodations and the mathematics performance of students with and without ADHD. *Journal of Psychoeducational Assessment, 25,* 17-28.

Gathje, R., Lewandowski, J., & Gordon, M. (2008). The role of impairment in the diagnosis of ADHD. *Journal of Attention Disorders, 11,* 529-537.

Lewandowski, L., Lovett, B., Codding, R., & Gordon, M. (2008). Symptoms of ADHD and academic concerns in college students with and without ADHD diagnoses. *Journal of Attention Disorders, 12,*156-161.

Gordon, M., Antshel, K.M., Seigers, D., & Lewandowski, L. (2008, March). Missed appointments over the course of child psychiatric treatment. Poster session presented

10

at the 20th Annual Research Conference of the Research and Training Center for Children's Mental Health. Tampa, FL.

Lewandowski, L., Lovett, B., & Gordon, M. (2009).  Measurement of symptom severity and impairment. In S. Goldstein & J. Naglieri (Eds.), *The measurement of clinical impairment in psychiatric diagnosis.*

Lovett, B., Gordon, M. & Lewandowski, L. (2009).   Legal and ethical ramifications of considering impairment in clinical diagnosis. In S. Goldstein & J. Naglieri (Eds.), *The* measurement of clinical impairment in psychiatric diagnosis.

Gordon, M., Antshel, K.M., & Lewandowski, L. (2009, March). The Price of Collaboration: Predictors of Hours Spent in Collateral Contacts. Poster session presented at the 22nd Annual Research Conference of the Research and Training Center for Children's Mental Health. Tampa, FL.

Gordon, M. & McClure, F. (2009). *The down and dirty guide to adult ADHD (second edition).* Syracuse: GSI Publications.

Gordon, M. (2009).  *ADHD on Trial: Courtroom clashes over the meaning of "Disability."* New York: Praeger Publishers.

Gordon, M., Antshel, K., & Lewandowski, L. (2010). The cost of collaboration: Predictors of hours spent in collateral contacts. *Psychiatric Services*, 61 (5), 440-442.

Gordon, M., Antshel, K., Lewandowski, L., & Sieigers, D. (2010). Predictors of missed appointments over the course of child mental health treatment. *Psychiatric Services*, 61 (7), 657-659.

McConaughy, S.H., Volpe, R. J., Antshel, K. M., Gordon, M., & Eiraldi, R.B. (2011). Academic and social impairments of elementary school children with Attention Deficit/Hyperactivity Disorder, *School Psychology Review*, 40 , 200-225.

Gordon, M. (2012). How to Optimize the Use of Outside Consultants for ADA Documentation Reviews. *The Bar Examiner*, 81(3) 17-24.

Lewandowski, L., Hendricks, K. & Gordon, M.  (In press) Test-taking performance of high school students with ADHD. *Journal of Attention Disorders.*

Lewandowski, L., Gathje, R.A., Lovell, B,. and Gordon, M. (2013). Test-taking skills with college studens with and without ADHD. *Journal of Psychoeducational Assessment* 31(1) 41 –52.

Gordon, M., Lewandowski, L., and Lovett, B. (2014). The Assessment of ADHD in the

Context of ADA Accommodations. Chapter in: R.A. Barkley (Ed.). *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Fourth Edition.* New York: Guilford Publications.

**Paper Presentations (selected)**

Gordon, M., Greenberg, R.P., & Gerton, M. (1982). *The Rorschach Experience Balance and WAIS Verbal Performance Discrepancies.* Presented at the Meeting of the Society for Personality Assessment, Tampa.

Greenberg, R.P. & Gordon, M. (1982). *Effects of examiner on children's Rorschach productivity.* Paper presented at the Multi-Ethnic Conference on Assessment, Tampa.

Gordon, M. & McClure, F.D. (1983). *The objective assessment of hyperactivity.* Paper presented at the Annual Meeting of the American Psychological Association, Anaheim.

Gordon, M. (1983). *The evaluation of hyperactivity and attentional problems in school-aged children.* Workshop presented at the Annual Meeting of the New York State Association of School Psychologists, Syracuse.

Gordon, M. (1984). *Evaluating Attention Deficit Disorders in clinical populations.* Paper presented at the 35th Annual Meeting of the American Association of Psychiatric Services for Children, Washington.

Gordon, M. & McClure, F.D. (1984). *The relationship between Rorschach Human Movement and an objective measure of impulsivity.* Paper presented at the Annual Meeting of the Society for Personality Assessment, Tampa.

Gordon, M. & McClure, F.D. (1984). *The evaluation of Attention Deficit Disorders by objective techniques.* Paper presented at the National Association of School Psychologists 1984 Convention, Philadelphia.

Gordon, M. & McClure, F.D. (1984). *Cost-effective assessment of Attention Deficit Disorders.* Paper presented at the National Association of Elementary School Principals Annual Convention, New Orleans.

Gordon, M. & Abrams, P. (1984). *The Rorschach protocols of adolescent firesetters.* Paper presented at the International Rorschach Congress, Barcelona.

Gordon, M. & McClure, F.D. (1984). *Assessment of Attention Deficit Disorders using the Gordon Diagnostic System.* Paper presented at the American Psychological Association Annual Convention, Toronto.

12

Gordon, M. (1985). *The objective assessment of ADD/Hyperactivity: The GDS Pilot Project on Staten Island.* Paper presented at the Second Annual Special Education Institute sponsored by the New York City Board of Education, New York.

Gordon, M. & Meichenbaum, D. (1985). *The objective assessment and effective treatment of ADD/Hyperactivity.* Workshop series presented in Denver, Tampa, Atlanta, and Washington.

Gordon, M. (1985). *Review of current research on the Gordon Diagnostic System.* Paper presented at a symposium on the Gordon Diagnostic System at the American Psychological Association Annual Meeting, Los Angeles.

Gordon, M. (1986). *The assessment of attention: current research.* Symposium presented at the American Psychological Association Annual Meeting, Washington, D.C.

Gordon, M. (1987). *School-based evaluations for attention deficits.* Cumberland County Schools, Cumberland, MD.

Gordon, M. & Mettelman, B. (1987). *Behavior-based assessment of ADD/Hyperactivity: Standardization of the Gordon Diagnostic System.* Presented at the American Psychological Association Annual Meeting, New York, NY.

Gordon, M., Mammen, O., DiNiro, D., & Mettelman, B. (1988). *Source-dependent subtypes of ADHD/Hyperactivity.* Paper presented at the Annual Meeting of the Society for Behav- ioral Pediatrics, Washington, D.C.

Gordon, M., DiNiro, D., Mettelman, B., & Tallmadge, J. (1988). *Quantitative Scores, Observations of Test Behavior, and Behavior Problem Checklists.* Paper presented at the Annual Meeting of the American Psychological Association, Atlanta, GA.

Gordon, M., Mammen, O., DiNiro, D., & Mettelman, B. (1989). *Source-Dependent Subtypes of ADHD: Implications for research criteria and the diagnostic process.* Paper presented at the Society for Research in Child and Adolescent Psychiatry, Miami, FL.

Gordon, M. (1989). *Classroom management of the ADD student.* Invited keynote address presented at the First Annual Conference on Attention Deficit Disorders, Orlando, FL.

Gordon, M., Thomason, D., & Cooper, S. (1989). *To what extent do IQ tests measure attentiveness?* Paper presented at the Annual Meeting of the American Psychological Association, New Orleans, LA.

Gordon, M., Mettelman, B.B., & DiNiro, D.D. (1989). *Are continuous performance tests valid in the diagnosis of ADHD/Hyperactivity?* Paper presented at the Annual Meeting of the American Psychological Association, New Orleans, LA.

Irwin, M., Gordon, M., & Mettelman, B. (1989). *Concurrent validity of the DSM-III-R Criteria for ADHD/Hyperactivity.* Paper presented at the Annual Meeting of the American Psychological Association, New Orleans, LA.

Tallmadge, J.T., Paternite, C.E., & Gordon, M. (1989). *Hyperactivity and aggression in parent-child interactions: Test of a two-factor theory.* Paper presented at the Annual Meeting of the Society for Research in Child Development, Kansas City, MO.

Gordon, M., Mettelman, B., & Irwin, M. (1989). *Cluster analysis of instruments used in the diagnosis of ADHD.* Paper presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY.

Gordon, M. & Irwin, M. (1989). *The practicalities of establishing a specialty ADHD clinic.* Workshop presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY.

Gordon, M., Thomason, D., & Cooper, S. (1990). *Non-medical treatment of ADHD/Hyperactivity: The Attention Training System.* Paper presented at the Annual Meeting of the American Psychological Association, Boston.

Gordon, M., Mettelman, B.B., & Irwin, M. (1990). *The impact of comorbidity on ADHD laboratory measures.* Paper presented at the Annual Meeting of the American Psychological Association, Boston.

Gordon, M. & Irwin, M. (1990). *The practicalities of establishing a specialty ADHD clinic.* Workshop presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, IL.

Gordon, M., Mettelman, B.B., & Irwin, M. (1991). *The relationship between paternal psychopathology and behavior ratings of children referred for ADHD.* Paper presented at the Annual Meeting of the Society for Research in Child and Adolescent Psychopathology, Amsterdam.

Irwin, M., Fiese, B.H., Gordon, M., Poehlmann, J., & Levy, S. (1991). *Pediatric Infant Parent Exam: Screening Technique to Detect Relationship Disturbances.* Paper presented at the annual meeting of the American Academy of Child and Adolescent Psychiatry, San Francisco.

Gordon, M. & Mettelman, B.B. (1994, June). *Gender differences in ADHD referrals: IQ, laboratory measures, and behavior ratings.* Paper presented at the annual

14

meeting of the Society for Research in Child and Adolescent Psychopathology, London.

Gordon, M. & Mettelman, B.B. (1994, June). *The impact of parental psychopathology on parent and teacher ratings of child behavior.* Paper presented at the annual meeting of the Society for Research in Child and Adolescent Psychopathology, London.

Aylward, G., Verhulst, S., Bell, S. & Gordon, M. (1995). *The relationship between computerized CPT scores and measures of intelligence, achievement, memory, learning, and visual-motor functioning.* Paper presented at the Annual Meeting of the Academy of Child and Adolescent Psychiatry, New Orleans.

Gordon, M. Lewandowski, L., Clonan, S., & Malone, K. (1996). *Standardization of the Auditory Vigilance Task.* Paper presented at the Eighth Annual International Conference of CH.A.D.D., Chicago.

Gordon, M. (1998). *ADHD & LD: What are they and how are they diagnosed?* Workshop presented at the National Conference of Bar Examiners 1998 Seminar on Bar Admissions, Chicago, IL.

Gordon, M. (1998). *Emerging trends in mental disability cases.* Paper presented at the National Employment Law Institute=s Americans with Disabilities Act Briefing, Chicago, IL.

Gordon, M. (1998). *Neuropsychologists and the ADA.* Workshop presented at the National Academy of Neuropsychology. Washington, DC.

Gordon, M. (1998). *Should high functioning individuals with LD/ADHD get accommodations?* Symposium presented at the annual meeting of the American Academy of Child and Adolescent Psychiatry, Anaheim, CA.

Gordon, M (1999). *Diagnosis and management of ADHD in the US.* Paper presented at the Royal Society of Medicine joint meeting of the section of pediatrics and the faculty of child psychiatry of the Royal College of Psychiatrists. London, England.

Gordon, M. (2000). *On the assessment of impairment.* University of Massachusetts Memorial Medical Center Grand Rounds, Worcester, MA.

Gordon, M. (2004). *ADA Documentation and ADHD.* National Conference of Bar Examiners National Meeting, New Orleans, LA.

15

Gordon, M. (2006). *The assessment of impairment*. Paper presented at the Royal Society of Medicine Conference on Child Behaviour Disorders. London, England.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELIZABETH A. BLACK,

        Plaintiff,

vs.                          CASE NO.:  8:16-cv-02117-SDM-TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

        Defendant.

_____/

**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS'**
**RULE 26(a)(2) DISCLOSURES**

# Exhibit 3

## EXPERT REPORT OF MICHAEL JOHN HERKOV, PH.D.

I. **INTRODUCTION**

1.     I have been retained as an expert on behalf of Defendant National Board of Medical Examiners ("NBME") in the above-captioned matter. NBME asked me to review documentation submitted by or on behalf of Elizabeth Black ("Ms. Black") and other related materials in connection with requests she made for accommodations on Step 1 of the United States Medical Licensing Examination ("USMLE"), and to provide my opinions regarding whether her documentation supports her assertion that she has an Attention Deficit Hyperactivity Disorder (ADHD) that substantially limits her ability to perform one or more major life activities that are relevant when a person is taking a standardized examination such as the USMLE Step 1 exam.

2.     In summary, and as discussed further below, my opinions are as follow: (a) Ms. Black does not meet professional diagnostic criteria for a diagnosis of ADHD; and (b) even if such a diagnosis had been shown to be proper, any limitations that she experiences as a result of her alleged impairment do not constitute substantial limitations when compared to the average person in the general population, as confirmed by her extensive history of accomplishment in high school, college (Princeton University), and a post-baccalaureate program (the University of Pennsylvania), as well as on other standardized tests; and by the fact that there is no evidence of impairment in other areas such as social or occupational functioning (*e.g.*, she was involved in numerous extracurricular activities such as student government and athletics, and has received outstanding letters of recommendation from individuals who worked closely with her).

3.     In addition to providing the opinions noted above and below, I will also be prepared to respond to any opinions that might be offered at trial on behalf of Ms. Black.

- 1 -

## II.    EXPECTED STATEMENT OF OPINIONS AND BASIS FOR THEM

4.      It is my opinion that Ms. Black does not have ADHD.  Her inability to pass the Step 1 exam has nothing to do with having ADHD.  I have evaluated and treated many individuals who clearly meet the diagnostic criteria for ADHD, as well as individuals who I would put in the category of "borderline cases."  Ms. Black is not in either of those categories. This is not a close case, based upon the documentation that I have reviewed.

5.      The criteria for diagnosis of clinically significant attentional disorder are established in the American Psychiatric Association's Diagnostic and Statistical Manual of Mental Disorders (DSM).  In both the DSM-IV and the DSM-5, the criteria appear under the heading of "Attention-Deficit/Hyperactivity Disorder."  The DSM-IV was in effect when Ms. Black received a diagnosis of "Attention Deficit Disorder" from Dr. Fleischer in 2009.  The diagnosis of "ADD" by Dr. Fleischer was based largely if not entirely on a short interview with Ms. Black and information that Ms. Black provided to Dr. Fleischer.  Review of the information provided by Dr. Fleischer does not, in my professional opinion, document the presence of sufficient ADHD criteria necessary for this diagnosis as set forth in DSM-IV, which was the edition of the DSM that was in place at that time.

6.      Similarly, the ADHD diagnosis that Ms. Black received from the University of South Florida Psychological Services Center did not establish all of the necessary criteria for a diagnosis of ADHD, as set forth in the American Psychiatric Association's DSM-5 (2013), which was the diagnostic standard at the time of that evaluation.  Further, the psychological test results reported in the Center's report do not, in my professional opinion, support the presence of a disability associated with the diagnosis of ADHD.  The deposition transcript of Dr. Margaret Booth-Jones, who supervised that evaluation but never personally met Ms. Black, indicates, among other things, that the evaluation was conducted by a graduate student; was intended not as

a comprehensive evaluation but as a "reevaluation;" came as a result of a referral that was made so that Ms. Black could continue taking certain prescription medications; was based upon an inaccurate assumption that Ms. Black had already been properly diagnosed as having ADHD by one and perhaps two other professionals; did not confirm early onset of ADHD-like symptoms beyond self-report; and did not consider at any length the extent to which Ms. Black experienced clinically significant functional limitations in her academic background, her work history, or her social realm.  For these reasons, it is my opinion that the ADHD diagnosis that Ms. Black received from the Psychological Services Center in 2014 was not sufficient to establish a diagnosis of ADHD under the diagnostic criteria set forth in DSM-5.  In fact, the documents that I have reviewed argue strongly against any such diagnosis being assigned to Ms. Black.

7.      It is my further opinion that, even if her 2009 and 2014 diagnoses were viewed as proper and consistent with applicable diagnostic criteria, any resulting symptoms that Ms. Black experiences do not substantially limit her ability to think, read, learn, or concentrate as compared to the abilities of most people in the general population.  Based upon the documents that I reviewed, Ms. Black is an extremely accomplished individual who has performed at the highest levels academically, athletically, and in various jobs, and without any indication of social maladjustment or impairment in her daily life functioning.

8.      My opinions are based on my review of documentation that I understand was submitted to NBME by Ms. Black in support of her requested accommodations, and of other documents relating to Ms. Black that I understand were obtained or produced during the discovery process in the underlying lawsuit.

### III.   FACTS AND DATA CONSIDERED

9.   I reviewed the following documents in forming my opinions:

a)  Elizabeth Black 2014 request for accommodations and supporting materials

b)  Dr. Kevin Murphy's December 2014 recommendation regarding Elizabeth Black's 2014 accommodation request

c)  March 2015 letter from Dr. Catherine Farmer to Elizabeth Black, denying request for accommodations

d)  Elizabeth Black January 2016 request for accommodations and supporting materials

e)  Dr. Kevin Murphy's February 26, 2016 recommendation regarding Elizabeth Black's 2014 request for accommodations

f)  March 28, 2016 letter from Dr. Catherine Farmer to Elizabeth Black, denying request for accommodations

g)  Elizabeth Black SAT Scores

h)  Elizabeth Black CV

i)  Elizabeth Black MCAT Scores

j)  Summary of Elizabeth Black grades prior to medical school

k)  Plaintiff's Responses to Defendant's First Set of Interrogatories

l)  Records regarding Elizabeth Black from the University of Pennsylvania, including her application to the University, her transcript from the University, her high school transcript, and various letters of recommendation

m) The Declaration of Dr. Scott Fleischer, M.D., with attachments

n)  The transcript of the deposition taken in this case of Dr. Margaret Booth-Jones (without attachments)

o)  The transcript of the deposition taken in this case of Elizabeth Black (without attachments)

**IV.   EXHIBITS TO BE USED TO SUMMARIZE OR SUPPORT OPINIONS**

10.    The exhibits I reference in this report are intended to aid understanding of the opinions I am prepared to offer.   If called to testify, I may also use exhibits or portions of exhibits other than those specifically cited in this report.

11.    If called upon to testify, I may testify as to facts, opinions, and other matters relevant to this matter.   I reserve the right to amend and/or supplement my report as necessary to address any such additional matters or information that is made available to me.

12.    I reserve the right to use certain graphic and/or demonstrative materials to illustrate my testimony at trial.   I also reserve the right to rely on testimony or other materials generated in further discovery proceedings or presented at trial.

**V.    QUALIFICATIONS**

13.    I have over 25 years of experience in the field of psychology.   I am a licensed psychologist, with a focus on psychological and neuropsychological assessment and treatment of children and adults.   I am board-certified in Clinical Psychology by the American Board of Professional Psychology and board-certified in Neuropsychology by the American Board of Professional Neuropsychology.

14.    I been a tenured Associate Professor at the University of Florida College of Medicine and the University of North Florida.   I currently serve as an adjunct professor at the University of Florida in the Department of Psychology , where I specifically teach classes dealing with the assessment and diagnosis of ADHD.

15.    I have served as an external consultant for the Florida Board of Bar Examiners, an organization that administers a standardized licensing examination on which individuals sometimes requesting testing accommodations based upon a diagnosis of ADHD.

16.    Additional qualifications may be found on my CV (Addendum A hereto).

17.     A list of publications I have authored in the previous 10 years is included on my CV (Addendum A hereto).

## VI.     PREVIOUS TESTIMONY

18.     A list of cases in which I have testified as an expert at trial or by deposition within the past four years is attached as Addendum B hereto.

## VII.     COMPENSATION

19.     I have been compensated for my time spent on this matter at a rate of $400 per hour, which is my standard rate for work of this nature.  In the event that I am called upon to testify at trial or deposition, my hourly rate is $500 per hour.

The foregoing report reflects my opinions in this matter.

Dated: June 29, 2017

Michael John Herkov, Ph.D.

# Addendum A

**Curriculum Vitae**

| | |
|---|---|
| **Name:** | Michael John Herkov, Ph.D. |
| | (Formerly Michael J. Hryckowian) |
| | |
| **Updated:** | September 1, 2016 |
| | |
| **Address:** | North Florida Clinical Psychology |
| | 3700 NW 91st Street |
| | Suite B-200 |
| | Gainesville, FL 32606 |
| | |
| **Business Phone:** | 352.678-0010 |
| **Business Fax:** | 352.327-3678 |
| | |
| **Licensure:** | State of Florida |
| | Licensed Psychologist |
| | PY4681 |
| **Board Certifications:** | Diplomate in Clinical Psychology |
| | American Board of Professional Psychology |
| | |
| | Diplomate in Neuropsychology |
| | American Board of Professional Neuropsychology |
| | |
| **Fellow:** | American Academy of Clinical Psychology |
| | American Board of Professional Psychology |
| | |
| **Supervisor Certification:** | Qualified Supervisor for Mental Health Counseling |
| | Florida Department of Health |
| | May 2006 |
| | |
| **Pre-Doctoral Education:** | Baldwin-Wallace College |
| | Berea, Ohio |
| | Degree: B.A., Psychology |
| | 1978-1982 |
| | Honors: Summa Cum Laude |
| | |
| | University of Central Florida |
| | Orlando, Florida |
| | Degree: M.S., Clinical Psychology |
| | 1983-1987 |
| | Honors: Magna Cum Laude |
| | |
| | Auburn University |
| | Auburn, Alabama |
| | Degree: Ph.D., Clinical Psychology |
| | 1985-1990 |

Honors: Magna Cum Laude

Internship
Eastern Virginia Medical School
Norfolk, Virginia
Psychology Intern
1989-1990

**Post-Doctoral
Education:**       Forensic Psychiatry Training Program
University of Florida
Department of Psychiatry
Forensic Psychiatry Division
1992-1994

Neuropsychological Assessment Training
Without Compensation Employee
Veteran's Administration Hospital
Gainesville, Florida
1993-1994

**Academic
Appointments:**    University of Florida
Department of Psychology
Adjunct Professor
April 2013- May 2016

University of Florida
Department of Psychology
Courtesy Professor
August 2014- Present

Department of Psychiatry
Associate Professor- 2009- March, 2013
Chief, Forensic Addiction Medicine-2010- March, 2013
Director, Forensic and Addiction Psychology- 2009-March 2013
Director, P.O.W.E.R Program- 2010-March 2013

University of Florida
Department of Psychology
Associate Professor
Counseling Psychology Doctoral Program- 2009-March, 2013

University of North Florida
Department of Psychology
Associate Professor-2003-2009
Coordinator, MACP Program 2003-2006

University of Florida

**Michael J. Herkov, Ph.D.**                                                   **Page 3**

College of Medicine
Department of Psychiatry
Assistant Professor-1990-1996
Associate Professor-1996-2003

University of Florida
College of Arts and Sciences
Department of Psychology
Affiliate Assistant Professor- 1995-1996
Affiliate Associate Professor-1996-2003

**Tenure:**                University of Florida
Florida Board of Regents
1996

University of North Florida
Board of Trustees
2003

**Positions Held:**
**Clinical**               North Florida Clinical Psychology, Inc.
Licensed Psychologist
Duties: Psychological and Neuropsychological Assessment and
Treatment of Children and Adults
April, 2013-Present

University of Florida
Department of Psychiatry
Associate Professor
Forensic Institute
Program Director Forensic Psychology
Duties: Psychological and Neuropsychological Assessment
of Children and Adults and Testimony in Civil and Criminal
Matters-
2009-March, 2013

Florida Recovery Center
Program Director Addiction Psychology
Duties: Psychological and Neuropsychological Assessment
of Chemically Dependent Adults and Impaired Professionals-
2009-March, 2013

Florida Recovery Center
Program Director UF P.O.W.E.R. Program
Duties: Evaluation and Treatment of Distressed and
Disruptive Professionals- 2010-March, 2013

**Michael J. Herkov, Ph.D.**                                                                    **Page 4**

North Florida Clinical Psychology, Inc.
Licensed Psychologist
Duties: Psychological and Neuropsychological Assessment of
Children and Adults
Psychological and Addictions Treatment of Children and
Adults- 2005-2009

University of Florida
College of Medicine
Department of Psychiatry
Division of Adult Inpatient Psychiatry
Duties: Psychological and Neuropsychological Assessment and
Treatment of Adult Psychiatric Inpatients- 1990-2003

Division of Adult Outpatient Psychiatry
Duties: Individual Psychotherapy of Adults
1990-2003

Division of Forensic Psychiatry
Duties: Psychological and Neuropsychological Assessment
of Children and Adults and Testimony in Civil and Criminal
Matters- 1990-2003

Consultation and Liaison Service
Duties: Psychological Evaluation of Inpatient Medical
Patients- 1994-1999

Employee Assistance Program
Duties: Crisis Intervention, Individual Psychotherapy-
1992-1997

Director of Psychological Services
Division of Addiction Medicine
Director Psychological Testing
Duties: Psychological Assessment and Treatment Planning with
Chemically Dependent Patients
2000-2001

University of Florida
College of Medicine Office of the Dean
Division of Continuing Education
Program Director, U.F. Comprehensive Assessment and Remedial
Educational Services (U.F. C.A.R.E.S.)
Duties: Evaluation and Skills Assessment of Physicians
1999-2003

**Michael J. Herkov, Ph.D.**                                        **Page 5**

|  |  |
|---|---|
| | Director of Substance Abuse Education |
| | 2002-2003 |
| **Teaching:** | University of Florida |
| | Department of Psychology |
| | Adjunct Professor |
| | April, 2013 to May 2016 |

Department of Psychiatry
Associate Professor
2009-March, 2013

Forensic Psychiatry Fellowship
2009-March, 2013

Course Director
MEL: 4005- Medicine and the Law
2009-2011

Psychiatry Resident Lecture Series
2009-March, 2013

University of Florida
Department of Psychology
Associate Professor
PCO6316C- Assessment I Cognitive and Intellectual
Assessment
2009-March, 2013

University of Florida
Department of Psychology
Adjunct Professor
PCO6316C- Assessment I Cognitive and Intellectual Assessment
April, 2013-May 2016

University of Florida
Department of Psychology
Adjunct Professor
PCO6317C- Assessment II- Personality Assessment
August 2015- May 2016

University of North Florida
Department of Psychology
Associate Professor
2003-2009

**Michael J. Herkov, Ph.D.**                                        **Page 6**

Graduate Classes
Psychological Assessment
2003-2006

Ethics and Legal Issues
2003-2008

Research Design and Program Evaluation
2003-2005

Individual Evaluation and Assessment
2003-2009

Substance Abuse
2008-2009

Graduate Student Clinical Supervision
2003-2007

Undergraduate Classes
Psychology and the Law
2007-2009

Abnormal Psychology
2008-2009

University of Florida
College of Medicine
Assistant Professor
1990-1996

Associate Professor
1996-2003
Course Director
First Year Medical Student
Human Behavior Course
1998-2002

Course Director
First Year Medical Students
Essentials of Patient Care
Communication and Interview Skills Module
1998-2002

Co-Course Director
Psychiatric Residents

Cognitive Behavioral Therapy
1995-1999

Course Director
Psychiatric Residents
Psychological and Neuropsychological Assessment
1999-2003

First Year Medical Student
Didactic Lecture Series
1990-2003

Third Year Medical Student
Psychiatry Clerkship
Didactic Lecture Series
1992-2003

Psychiatric Resident
Didactic Lecture Series
1990-2003

Forensic Fellowship
Didactic Lecture Series
1994-2003

Psychiatric Residents
Clinical Supervisor
1991-2003

Psychology Graduate Student
Clinical Supervisor
1990-2003

Psychology Graduate Student
Lecturer
1990-1998

Physician Assistant Program
Lecturer
1992-2003

College of Medicine
Division of Continuing Medical Education
Founder and Course Director
BMS: 4029 Neurobiology of Addiction
2001-2003

**Michael J. Herkov, Ph.D.**                                             **Page 8**

|                  |                                                    |
|------------------|----------------------------------------------------|
|                  | Department of Counselor Education                  |
|                  | Co-Course Advisor SDS: 3481 Substance Abuse         |
|                  | 1999-2000                                           |
|                  |                                                    |
| **Committee Work:** | University of North Florida                      |
|                  | Distance Learning Committee 2005-2009              |
|                  |                                                    |
|                  | Parking Appeals Committee 2008-2009                |

University of North Florida
Department of Psychology
Developmental Psychology Search Committee
Member, 2004

Clinical/Counseling Health Psychology Search Committee
Chair, 2005

Clinical/Counseling Adolescent Psychology Search Committee
Chair, 2005

Clinical/Counseling Psychology Adolescent Search Committee
Chair, 2006

Psychology By-Laws Committee
Member, 2005

Psychology Ph.D. Development Committee
Chair, 2005

Psychology Promotion and Tenure Committee
Member 2006

University of Florida
College of Medicine
Department of Psychiatry

College of Medicine
Faculty Council Representative 1992-1999

Undergraduate Education Committee Member
1994-1998

University of Florida
Faculty Senate Member
1995-1997

**Michael J. Herkov, Ph.D.**                                         **Page 9**

                                  Addiction Medicine Director
Search Committee Chair 1996

Search Committee Member
College of Medicine
Office of the Dean
Educational Specialist
1998

Department of Psychiatry
Addiction Medicine Medical Director
Florida Recovery Center
1998

College of Medicine
Sexual Harassment Committee
Member
1999-2002

College of Medicine
Sexual Harassment Committee
Co-Chairperson
2002-2003

Florida Bar Association
Fourth Judicial Circuit
Grievance Committee
2003-2006

**Hospital**
**Privileges:**         Shands Hospital at the University of Florida
Gainesville, Florida
Clinical Psychology
1992-2003
2012-March, 2013

Neuropsychology
2002-2003
2012-March, 2013

Shands at Vista Psychiatric Hospital
Gainesville, Florida
Clinical Psychology
1998-2003

**Michael J. Herkov, Ph.D.**                                    **Page 10**

2012-March, 2013

Neuropsychology
2002-2003
2012-March, 2013

**Professional
Societies:**     American Psychological Association
Division 12-Clinical Psychology
Division 40-Neuropsychology
Division 41-American Psychology-Law Society

National Academy of Neuropsychology

American Board of Professional Psychology

American Board of Professional Neuropsychology

International Neuropsychological Society

**Offices Held:**   Florida Psychological Association
Psychology and the Law Committee
Chairperson
1996-1998

Board of Directors
Florida Psychological Association
1996- 1998

**Editorial Boards:**   *Assessment*
Editorial Board
Publisher: Psychological Assessment Resources
1995-2002

**Editorial Review:**   *Journal of Personality Assessment*
Ad hoc Reviewer
1991-2000

*Psychological Assessment*
Ad hoc Reviewer
1995-2003

**Consultant:**   Florida Board of Bar Examiners
Mental Health Consultant
1998-present

**Michael J. Herkov, Ph.D.**                                        **Page 11**

Professionals Resource Network
Consultant to the Florida Board of Psychology
2006-present

**Board Examiner:**     American Board of Professional Psychology
Board Certification Examiner
1997-2000

## Grants and Contracts:

Herkov, MJ, & Biernat, M. (1990). *Examination of student reactions to campus violence.*
Division of Sponsored Research, University of Florida, Gainesville, FL. $1,000.

Herkov, MJ. (1990). *Community reactions, responses, and needs following serial
murder: A guide for law enforcement.* National Institute of Justice, Washington,
DC. $15,000.

Evans, DL, Greer, RA, Herkov, MJ, & Bottom, W. (1992). *A placebo-controlled study of
pramiracetam in depressed inpatients undergoing electroconvulsive therapy.*
Cambridge NeuroScience Incorporated, Research Triangle, NC. $30,000.

Herkov, MJ. (2004). *Adolescent Level II and III Evaluation.* Department of Juvenile
Justice/First Coast Management, Jacksonville, FL. $56,000

Herkov, MJ. (2006). *Adolescent Level II and III Evaluation.* Department of Juvenile
Justice/First Coast Management, Jacksonville, FL. $56,000

## Publications:

Hryckowian, MJ, & Gynther, MD (1988). MMPI item subtlety: Another look. *Journal of
Clinical Psychology, 44,* 148-152.

Hryckowian, MJ, & Gynther, MD (1989). MMPI item subtlety: Familiar vs. unfamiliar
constructs. *Journal of Clinical Psychology, 45,* 778-781.

Herkov, MJ, Archer, RP & Gordon, RA (1991). MMPI response sets among adolescents:
An evaluation of the subtle-obvious scales. *Psychological Assessment: A Journal
of Consulting and Clinical Psychology, 3,* 424-426.

Greer, RA & Herkov, MJ (1992). Erectile dysfunction in geriatric males. *Family Practice
Recertification, 14,* 49-67.

Herkov, MJ, Gordon, RA, Gynther, MD & Greer, RA (1994). Perceptions of MMPI item
subtlety: Influences of age and ethnicity. *Journal of Personality Assessment, 62,*

9-16.

Hankins, G, Barnard, G, Vera, M & Herkov MJ (1994). Patient-therapist sexual involvement: A review of clinical and research data. *Bulletin of the American Academy of Psychiatry and the Law, 22,* 109-126.

Greer, RA & Herkov, MJ (1994). Sexuality within a Russian geriatric sample: A pilot study. *Psychological Reports, 74,* 491-494.

Herkov, MJ, Greer, RA, Blau, BI, McGuire, JM & Eaker, D (1994). Bulimia: An empirical analysis of psychodynamic theory. *Psychological Reports, 75,* 51-56.

Biernat, M & Herkov, MJ (1994). Reactions to violence: A campus copes with serial murder. *Journal of Social and Clinical Psychology, 13,* 309-334.

Herkov, MJ, Myers, WC & Burkett, RC (1994). Children's reactions to serial murder. *Behavioral Sciences and the Law, 12,* 251-259.

Herkov, MJ & Blashfield, RK (1995). Clinician diagnoses of personality disorders: Evidence of a hierarchical structure. *Journal of Personality Assessment, 65,* 313-321.

Shaw, T, Herkov MJ & Greer, RA (1995). Examination of treatment completion and predicted outcome among incarcerated sex offenders. *The Bulletin of the American Academy of Psychiatry and the Law, 23,* 35-41.

Herkov, MJ, Gynther, MD, Thomas, S & Myers, WC (1996). MMPI responding among adolescent rapists, sodomists, and sexual abusers. *Journal of Personality Assessment 66,* 81-90.

Blashfield RK & Herkov, MJ (1996). Investigating clinician adherence to diagnosis by criteria: A replication of Morey and Ochoa. *Journal of Personality Disorders, 10,* 219-228.

Herkov, MJ, & Myers, WC (1996). MMPI profiles of depressed adolescents with and without conduct disorder. *Journal of Clinical Psychology, 52,* 1-6.

Herkov, MJ, & Biernat, M (1997). Assessment of PTSD symptoms in a community exposed to serial murder. *Journal of Clinical Psychology. 53, 809-15.*

Herkov, MJ, & Biernat, M (1997). Perceptions of the media in a community exposed to serial murder. *Journal of Clinical Psychology, 53, 909-15.*

Cheong, JA, Silva, SG, Petitto, JM, Herkov, MJ & Evans, DL (1997). Human immunodeficiency virus- related psychopathology and treatment. In *Current*

**Michael J. Herkov, Ph.D.**                                                    **Page 13**

*Psychiatric Therapy II.* (D.L. Dunner, Ed.) New York: W.B. Saunders.

Gold MS, Herkov MJ. (1998). Tobacco smoking and nicotine dependence; biological
basis for pharmacotherapy from nicotine to treatments that prevent relapse. In MS
Gold (Ed.) <u>Smoking and Illicit Drug Use</u>. (pp. 7-21). New York, NY: Haworth
Medical Press.

Gold, MS & Herkov, MJ. (1998). Tobacco smoking and nicotine dependence: Biological
basis for pharmacotherapy from nicotine to treatments that prevent relapse.
*Journal of Addictive Diseases*, *17*, 7-22.

Gold, MS & Herkov, MJ (1998). The pharmacology of cocaine, crack and other
stimulants. In AW Graham & TK Schultz (eds.) *Principles of Addiction Medicine
2nd Edition.* American Society of Addiction Medicine, Inc. Chevy Chase, MD.

Gold MS, Herkov MJ. (1998). The pharmacology of marijuana. In AW Graham & TK
Schultz (Eds*.) Principles of Addiction Medicine, 2nd Edition* (Chapter 2: pp. 1-13)
Chevy Chase, MD: American Society of Addiction Medicine.

Gold, MS & Herkov, MJ (1999). Close to home: Moyers on addiction review. *Journal of
the American Medical Association, 280:232046-2407.*

Herkov, MJ & Gold, MS (1999). Drugs and Violence. In L. Kurtz, (ed.) Encyclopedia
*of Violence, Peace, and Conflict* San Diego: Academic Press.

Gold, MS & Herkov, MJ (1999). The heroin epidemic: Trends and interventions. In F.
Flach (ed.) *The Hatherleigh Guide to Psychiatric Disorders, Part II.* The
Hatherleigh Company, Ltd.: Long Island City, NY.

Cerda, JJ, VanSusteren, TJ, Hatch, R, & Herkov, MJ (2000). Remedial education: Can
this doctor be saved? Transaction of the American Clinical and Climatological
Association, 111, 188-95.

Herkov, MJ, Gold, MS, Frost-Pineda, K. (2001) Neuropsychological consequences of
MDMA. *Biological Psychiatry, 49,* 164.

Herkov, MJ & Conger, TW. (2002). Neuropsychological assessment: Psychometric and
clinical issues. *Disability Medicine, 2, 46-51.*

Herkov, MJ (2002) Neuropsychological effects of acute, high dose organophosphate
exposure. *Archives of Clinical Neuropsychology,* 17, 752.

Herkov, MJ & Conger, TW. (2002). Neuropsychological assessment: Cognitive
Assessment. *Disability Medicine,* 2, 109-115.

**Michael J. Herkov, Ph.D.**                                      **Page 14**

Herkov, MJ (2003). Neuropsychological testing and PET contributions in differentiating Frontal Lobe Syndrome from Antisocial Personality Disorder in a forensic population. *Archives of Clinical Neuropsychology*, 18, 790.

Myers, WC, Marreno, L & Herkov, MJ. (2005). Forensic psychiatry and forensic psychology: Sex offender- type, assessment & management. *Encyclopedia of Forensic and Legal Medicine (R. Byard, T. Corey C. Henderson and J. Payne-James, Eds.).* Elsevier Academic Press: pp. 444-451.

Gold, MS, Gold, ST & Herkov, MJ (2007). Drugs and Violence. In L. Kurtz, (ed.) *Encyclopedia of Violence, Peace, and Conflict* San Diego: Academic Press.

Herkov, MJ & Morais. H. (2008) Neuropsychological Functioning in Serial Murder: A Case Study of Aileen Wuornos. *Journal of the International Neuropsychological Society, 14, S1*, p. 140

Herkov, MJ, Morais, J., Smith, A., & Slater, R. (2008) Effects of a video camera on neuropsychological testing. *Archives of Clinical Neuropsychology, 23,* p. 748

Herkov, MJ, Morais, H. Slater, R., & Smith, A. (2008). The impact of video camera observer effects on neuropsychological test performance. *Journal of the International Neuropsychological Society, 14, S2*, p. 17

Herkov, MJ, Morais, H and Schwait, A. (2009). Practice effects in a forensic scenario: impact of item familiarity versus procedural familiarity. *Archives of Clinical Neuropsychology, 24 (5),* p. 514

Gold MS, Herkov MJ. (2010) Understanding Addiction from Biology to Behavior. A review of: Pharmacology and Treatment of Substance Abuse: Evidence- and Outcome – Based Research Perspectives. PsycCRITIQUES, 55(9).

Gold MS, Merlo LJ, Bruijnzeel AW, Roytberg A and Herkov M. (2011). Addiction to Drugs, Food, Gambling, Sex, and Technology: *Shared Causal Mechanisms?* In L. Cottler (Ed.) Mental Health in Public Health (pp. 118-148). Oxford University Press: New York, NY.

Herkov MJ and Gold MS (2013). Etiology and Prevention of Stimulants (including cocaine, amphetamines, misuse of prescription stimulants. *Interventions for Addiction: Comprehensive Addictive Behaviors and Disorders Volume 3.* (pp. 815-822). Academic Press/Elsevier: Oxford: UK.

Herkov, MJ (2013). ). Intellectual and Achievement Differences in Delinquent and Sexual Offending Adolescents. *Journal of the International Neuropsychological Society, 19(2), p. 17.*

**Michael J. Herkov, Ph.D.**                                    **Page 15**

Herkov, MJ (2013). Mental Illness and the Practice of Law. *The Bar Examiner. 82 (1),*
  *42-5.*

Herkov MJ, Nias MF, Gold MS (2014). Addiction and Dependence. In Bruce Jennings
  (ed.) Encyclopedia of Bioethics – 4th edition. Macmillan Reference: Farmington
  Hills, MI


**Papers/Poster Presentations:**

Herkov, MJ (March, 1989).  Etiology of bulimia nervosa from a psychodynamic
  perspective. *Southeastern Psychological Association Annual Meeting*:
  Washington, DC.

Herkov, MJ (April, 1990). Use of the Weiner-Harmon subtle-obvious scales in detecting
  malingering and defensiveness among adolescents. *Southeastern Psychological
  Association Annual Meeting*: Atlanta, GA.

Herkov, MJ & Gordon, RA (March 1991). Adolescent MMPI item subtlety: Differences
  in age and race in a forensic population. *Southeastern Psychological Association
  Meeting*: New Orleans, LA.

Biernat, MR & Herkov, MJ (August, 1991). Reactions to violence: A community copes
  with serial murder.  *American Psychological Association Annual Meeting*: San
  Francisco, CA.

Barnard, GW, Herkov, MJ, Vera M & Goetz R. (October, 1991). Patient-therapist sexual
  contact: The forbidden zone. *American Academy of Psychiatry and the Law
  Annual Meeting*: Orlando, FL.

Herkov, MJ (December, 1991). Therapist risk factors in patient-therapist sex. *Risk
  Management Symposium University of Florida*: Gainesville, FL.

Blashfield, RK & Herkov, MJ (March, 1992). Clinical vs. criterion diagnoses of the
  DSM-III-R personality disorders. *Society for Personality Assessment Midwinter
  Meeting*: Washington, DC.

Herkov, MJ (April, 1992). Community responses to serial murder: Implications for law
  enforcement. *Florida Department of Law Enforcement*: Tallahassee, FL.

Herkov, MJ (June, 1992). Development and clinical uses of the MMPI-2. *Florida
  Psychological Association Annual Meeting*: Sanibel Island, FL.

Herkov, MJ, Biernat, MR & Caron, D (March, 1993). Assessment of PTSD criteria in a
  community exposed to serial murder.  *Southeastern Psychological Association*

**Michael J. Herkov, Ph.D.**                                                    **Page 16**

> *Annual Meeting*: Atlanta, GA.

Greer, RA & Herkov, MJ (May, 1993). Sexual dysfunction in Alzheimer's diseased
> patients. *American Psychiatric Association Annual Meeting*: San Francisco, CA.

Blashfield, RK & Herkov, MJ (May, 1993). Hierarchy of DSM-III-R personality
> disorders. *American Psychiatric Association Annual Meeting*: San Francisco, CA.

Herkov, MJ (June, 1993). Development and clinical uses of the MMPI-A. *Florida
> Psychological Association Annual Meeting*: Sarasota, FL.

Herkov, MJ (June, 1993). Reducing risk of employee violence. *North Central Florida
> Association of Human Resource Managers*: Gainesville, FL.

Herkov, MJ & Biernat, MR (August, 1993) Effects of media coverage on community
> reactions to serial murder. *American Psychological Association Annual Meeting*:
> San Francisco, CA.

Herkov, MJ & Biernat, MR (August, 1993) Effects of police activities on community
> reactions to serial murder. *American Psychological Association Annual Meeting*:
> San Francisco, CA.

Herkov, MJ (January 1994; November 1994; October 1995). Assertiveness training.
> *University of Florida Personnel Development:* Gainesville, FL.

Herkov, MJ, Myers, WC & Burkett, RC (March, 1994). Children's reactions to serial
> murder. *Southeastern Psychological Association Annual Meeting*: New Orleans,
> LA.

Herkov, MJ, Barnard, G, Beven, G & Greer RA (March 1994). Personality profiles of
> physician sex offenders. *American Academy of Psychiatry & the Law Annual
> Meeting*: Maui

Herkov, MJ, Gynther, MD & Thomas, S (April, 1994). MMPI responding in adolescent
> sex offenders. *Society for Personality Assessment Midwinter Meeting*: Chicago,
> IL.

Herkov, MJ (May, 1994). Community reactions to serial murder. *Leading Edge
> Seminars*:
> Gainesville, FL.

Herkov, MJ (January, 1995) Neuropsychological consequences of alcohol abuse. *Florida
> Society for Addiction Medicine*: Orlando, FL

Herkov, MJ (January, 1995). Competency and sanity issues in law. *Public Defender*

**Michael J. Herkov, Ph.D.**                                    **Page 17**

*Winter Continuing Legal Education Conference*: Gainesville, FL

Herkov, MJ & Myers WC (March, 1995). Measures of psychopathy in an adolescent inpatient sample. *Southeastern Psychological Association Annual Meeting*: Savanna, GA.

Herkov, MJ & Myers WC (March, 1995). MMPI profiles of depressed adolescents with and without conduct disorder. *Society for Personality Assessment Midwinter Meeting*: Atlanta, GA.

Herkov, MJ (May, 1995). Dealing with the aftermath of serial murder. *Federal Bureau of Investigation Serial Murder Task Force Training Center*: Quantico, VA.

Herkov, MJ (June, 1995). Violence in the workplace. *National Association for Health Care Recruitment Annual Meeting*: Orlando, FL.

Herkov, MJ (March, 1997). Coping with Violence through Assertiveness. *Unmasked: Revealing the Forms and Faces of Campus Violence.* Office of Student Services, Drug and Alcohol Resource Center: Gainesville, FL.

Herkov, MJ (May, 1997). Personality Disorders: Etiology, diagnosis and treatment. *State of Florida Department of Corrections 1997 Psychiatry Conference*: Gainesville, FL.

Herkov, MJ (November, 1997). The role of the forensic psychologist in character and fitness investigations. *Committee of Bar Admission Administrators Fall Meeting.* Oklahoma City, OK

Herkov, MJ (February, 1998). Insanity of addiction? *Southern Coastal Conference: A Medical-Legal Conference on Addiction*: Jekyll Island, GA.

Herkov, MJ (February, 1998). Violence and drugs: Chicken, egg, and insanity. *Southern Coastal Conference: A Medical-Legal Conference on Addiction*: Jekyll Island, GA.

Herkov, MJ (September, 1999) Avoiding the pitfalls of professional practice: Life management. *Florida Veterinary Medical Association.* Orlando, FL.

Herkov, MJ (October, 1998) Disruptive Physician Symposium. *Florida Board of Medicine Quality Assurance Committee*, Orlando, FL

Bradley, K, Herkov, MJ, VanSusteren T & Hatch, R. (October, 1999) Fit for Life. Assessment of physician skills after residency. *Association of American Medical Colleges, 110 Annual Meeting*, Washington, DC.

**Michael J. Herkov, Ph.D.**                                                    **Page 18**

Pomm, R., Thompson, K., and Herkov, MJ (March, 2000). Substance abuse treatment matching with patient criteria. *AMA International Conference on Physician Health.* Seabrook Island, SC.

Herkov, MJ (April 2000). Ask the experts: Sexual boundary violations. *Federation of State Medical Boards Annual Meeting.* Dallas, TX

Cerda, JJ, VanSusteren TJ, & Herkov, MJ (November 2001) Can you teach an old doc new tricks? Cognitive and remedial education. *Proceeds of the American Clinical and Climatological Association*, San Diego, CA.

Hatch, R., Herkov, MJ, VanSusteren, T. (March, 2001). Post licensure skill assessment: Results of the first 35 evaluations. *American Association of Medical Colleges Southern Group on Educational Affairs:* Little Rock, AR.

Herkov, MJ, Gold, MS & Frost-Pineda, K. (May, 2001) Neuropsychological Consequences of MDMA. *Society of Biological Psychiatry Annual Meeting:* New Orleans.

Herkov, MJ (September 2002). Competency Assessment. *Southeast Region Federation of State Physician Health Programs*, Amelia Island, FL

Herkov, MJ (October, 2002). Neuropsychological effects of acute high dose organophosphate exposure. *National Academy of Neuropsychology Annual Meeting,* Miami, FL.

Herkov, MJ (October, 2003). Neuropsychological testing and PET contributions in differentiating Frontal Lobe Syndrome from Antisocial Personality Disorder in a forensic population. *National Academy of Neuropsychology Annual Meeting:* Dallas, TX

Rhoden, B. Herkov, MJ (November 2005). Sexual activity and paraphilia in adolescent sex offenders. *Florida Psychological Association Adult and Juvenile Sex Offender Treatment Conference.* Largo, FL

Herkov, MJ (November, 2006). When practitioners violate provider/patient boundaries. *Florida Department of Health Impaired Practitioners Program Workshop.* Tallahassee, FL.

Athearn, E & Herkov MJ (February, 2007). MMPI-A responses of adolescent sex offenders and delinquents. *Southeastern Psychological Association Annual Meeting:* New Orleans, LA.

Morais, H & Herkov, MJ (2007) MMPI and Rorschach data of serial killer Aileen Wuornos. *Southeastern Psychological Association Annual Meeting:* New Orleans,

Michael J. Herkov, Ph.D.                                    Page 19

LA.

Murray, MR & Herkov, MJ (February, 2007). Paraphilia and sexual dysfunction in adolescent sex offenders. *Southeastern Psychological Association Annual Meeting*: New Orleans, LA.

Morais, H & Herkov, MJ (February 2007) MMPI and Rorschach data of serial killer Aileen Wuornos. *Southeastern Psychological Association Annual Meeting*: New Orleans, LA.

Herkov, M.J. (October 2007). Psychological testing in the assessment of boundary violations. *Professionals Resource Network, Inc. Facilitators and Treatment Providers Meeting*. Amelia Island, FL.

Herkov, M.J. (October 2007). Neuropsychological testing and its relevancy to practice. *Professionals Resource Network, Inc. Facilitators and Treatment Providers Meeting*. Amelia Island, FL.

Herkov, M.J. & Morais, H. (February, 2008) Neuropsychological functioning in serial murder: A case study of Aileen Wuornos. *International Neuropsychological Society, Annual Meeting*, Waikoloa, HI.

Herkov, MJ, Morais, H. Slater, R. & Smith, A. (July, 2008) The impact of video camera observer effects on neuropsychological test performance. *International Neuropsychological Society, Mid-Year Meeting*, Buenos Aries, Argentina.

Slater, R. (October, 2008) Effects of a video camera on neuropsychological testing. *National Academy of Neuropsychology, Annual Meeting*, New York.

Herkov, MJ & Morais (November, 2009) Practice effects in a forensic scenario: Impact of item familiarity versus procedural familiarity. *National Academy of Neuropsychology, Annual Meeting*, New Orleans, LA.

Herkov, MJ (September 2010) Treatment of Disruptive Physicians. *Professionals Resource Network, Intervention Project for Nurses and Florida Lawyers Assistance Program 2010 Annual Conference*, Amelia Island, FL.

Herkov, MJ (October 2010) Managing key but disruptive professionals. Value Options Webinar

Herkov, MJ (November 2010) Psychological Factors in Character and Fitness Evaluation. *Florida Board of Bar Examiners*, Tallahassee, FL

Herkov, MJ (December 2010).Drug Addiction and Brain Disorders. *Florida Public Defender's Association Annual Meeting, Trial with Style XXV*, Daytona Beach,

**Michael J. Herkov, Ph.D.**                                        **Page 20**

FL.

Herkov, MJ & Brown, M. (January 2011) Dealing with Disruptive Professionals. *University of Florida Department of Psychiatry Grand Rounds.* Gainesville, FL

Herkov, MJ (January 2011) Dealing with Disruptive Professionals. *University of Florida Department of Neurology Grand Rounds.* Gainesvlle, FL

Herkov, MJ (February 2011) Dealing with Disruptive Professionals. *University of Florida Department of Medicine Grand Rounds.* Gainesville, FL

Herkov, MJ (J 2011) Dealing with Disruptive Professionals. *University of Florida Department of Urology Grand Rounds.* Gainesville, FL

Herkov, MJ & Teitelbaum, SA, Harden, JR (April 2011) Using old tools in innovative ways: Psychological testing and the 12 steps. *Gateway Community Serivces 2011 Spring Conference: Innovations in treatment,* Jacksonville, FL

Herkov, MJ (May 2011) Dealing with Disruptive Professionals. *University of Alabama-Birmingham Department of Psychiatry Grand Rounds.* Birmingham, AL

Herkov, MJ (June 2011) Dealing with Disruptive Professionals. *University of Florida Department of Urology Grand Rounds.* Gainesville, FL

Herkov, MJ (July 2011) Treatment of Disruptive Professionals. *Florida Lawyers Assistance Program, 25th Annual Workshop: A quarter century of help, hope and healing.* Naples, FL

Schwait, A. Herkov, MJ & Simonsen, M (August 2011) MMPI-A responding among adolescent sex offenders and juvenile delinquents. *American Psychological Association 119th Annual Convention,* Washington, D.C.

Herkov, MJ (September 2011). Dealing with Disruptive Attorneys. *American Bar Association 2011 National Conference for Lawyers Assistance Programs: Lawyers Helping Lawyers.* Tampa, FL

Herkov, MJ (October, 2008). Neuropsychological Assessment in Criminal Cases. *Regional Education Conference of the Barbados Association of Psychiatrists and Association of Psychologists.* Bridgetown, Barbados.

Herkov, MJ (October, 2008). Dealing with Disruptive Professionals. *Regional Education Conference of the Barbados Association of Psychiatrists and Association of Psychologists.* Bridgetown, Barbados.

Herkov, MJ (November 2011). Contemporary Issues in Forensic Neuropsychology. *American Psychological Association Clinician's Corner.* Washington, DC

**Michael J. Herkov, Ph.D.**                                    **Page 21**

Herkov, MJ, D'Andrea, E., Teitelbaum, S., Simonsen, M., Gold, MS., Schwait, A. &
    Hammond, C. (February 2012) Psychiatric Comorbidity in Impaired Attorneys in
    Residential Treatment, *Southeastern Psychological Association 58th Annual
    Meeting*. New Orleans, LA.

Herkov, MJ. Simonsen, M. Hudson, K. Teitelbaum, S. & Schwait, A. (February, 2012).
    MMPI-Differences in Substance and Non-Substance Abusing Delinquents.
    *Southeastern Psychological Association 58th Annual Meeting*. New Orleans, LA.

Hudson, K & Herkov, MJ (March, 2012). MMPI-Differences in Substance and Non-
    Substance Abusing Delinquents. *National Conference on Undergraduate
    Research*. Ogden, UT.

Herkov, MJ (April 2012). A Closer Look at Mental Illness: How to Evaluate Fitness and
    Character. *National Conference of Bar Examiners Annual Meeting*. Savannah,
    GA.

Herkov, MJ (June, 2012). Neuropsychological Testing as a Tool in Addiction Treatment.
    *Florida Society of Addiction Medicine-Florida Medical Professionals Group
    Combined Conference*. Orlando, FL.

Herkov, MJ, Simonsen, M, Palmer, BA. (August 2012). Premorbid Psychiatric Diagnosis
    and Treatment of Juvenile Delinquents: A Case of Too Little Too Late. *American
    Psychological Association 120th Annual Convention*. Orlando, FL.

Herkov, MJ, Simonsen, M, Palmer, B, Schwait, A, Teitelbaum, S & Teitelbaum, SA
    (August, 2012). Development of a MMPI-A Adolescent Sex Offender Scale.
    *American Psychological Association 120th Annual Convention*. Orlando, FL.

Herkov, MJ (March 2013). What are the Addictions? *Fifth Annual Mental and
    Behavioral Health Symposium: Addictions Across the Lifespan, Baptist Health
    South Continuing Medical Education Program*, Miami, FL.

Herkov, MJ (April 2013). A Closer Look at Mental Illness. 2013 *National Conference of
    Bar Examiners Annual Conference* Boston, MA

Herkov, MJ (June 2013). Mental Health in Character and Fitness Evaluations with the
    DSM-5. *Florida Board of Bar Examiners Policy Session*. Pensacola Beach, FL

Herkov, MJ (July, 2013). Intellectual and Achievement Differences in Delinquent and
    Sexual Offending Adolescents. *International Neuropsychological Society Mid-
    Year Meeting*. Amsterdam, The Netherlands

Herkov, MJ (March 2014). Pharmacological Responses of Mentally Disordered People.

**Michael J. Herkov, Ph.D.**                                    **Page 22**

> *Florida Association of Criminal Defense Lawyers Death is Different XX Conference,* Orlando, FL

Herkov, MJ & Rizzardi, K (July 2014). Judicial Well-Being. *2014 Annual Educational Program of the Conference of County Court Judges of Florida,* Ponte Vedra Beach, FL.

Herkov, MJ (March, 2015). Keynote Speaker- Professionalism Among Professionals. *Northwest Colorectal Foundation 3rd Annual Ethics Conference.* Salt Lake City, UT.

Ash, P & Herkov, MJ (May 2015). Exploring the Relationship Between Conduct and Diagnosis in Fitness Determinations. *National Conference of Bar Examiners Annual Meeting.* Chicago, IL

# Addendum B

**Michael J. Herkov, Ph.D.**
**Testimony Case List**
**January 2014-Present**

| Testimony Case List | | 2014-Present |
|---|---|---|
| Christine Grimmett | D | Orlando |
| Dawn Moser | D | Tampa |
| Dana King | P | Jacksonville |
| Barbara Lourie | P | Orlando |
| Cleston Wilcox | P | Tallahassee |
| Debra Natis | D | Orlando |
| Charles Hall | D | Fort Lauderdale |
| Maria Bucheli | P | Miami |
| Perry Poteat | D. | Ocala |
| Robert Merritt | D | Jacksonville |
| Peter Bennett | P | Tallahassee |
| Naomi Williams | P | Seattle, WA |
| Evelyn Alston | D | Orlando |
| Tamar Jones | P | Tallahassee |
| Merlonda Jones | P | Tallahassee |
| George Gionet | D | Atlanta |
| Travis Allen | D | Fargo, ND |
| Max Price | P | Ft. Myers |
| Courtney Potts | D | Jacksonville |
| Kevin Armstrong | D | Jacksonville |
| Jerry Davis | D | Jacksonville |
| Larry Johnson | P | Tampa |
| Green, Tammi | D | St. Petersburg |
| Joel Kun | P | Orlando |
| Donald Pearson | P | Tampa |
| Max Price | P | Ft. Myers |
| Valton Sheffield | P | Orlando |
| Heidi Fortson | D | Orlando |
| Dorothy McCabe | P | Tampa |
| Max Price | P | Ft. Myers |
| Green, Tammi | D | St. Petersburg |
| Dudek, Richard | D | Weston |

| | | |
|---|---|---|
| Astaphan, Jennifer | P | Miami |
| Flaherty, Jordan | P | Louisville, KY |
| Cuscione, Joseph | D | Jacksonville |
| Chessher, Jason | D | Tallahassee |
| Theis, Edward | P | Miami |
| Joki, James | P | Seattle, WA |
| Price, John | P | Jacksonville |
| Kloppenburg, Patricia | P | Miami |
| Brown, Arthur | P. | Jacksonville |
| Ribkee, Karen | D | St. Petersburg |
| Schecter, Linda | P | West Palm Beach |
| Shadd, Ralph | P | Miami |
| Gloger, Irene | P | Ft. Lauderdale |
| Knapstein, Nichole | D | Jacksonville |
| Ilex McGill | D | Jacksonville |
| Daniel Moore | D | Tampa |
| Faulkner, Anastasis | D | Weston |
| Gloger, Irene | P | Ft. Lauderdale |
| Shadd, Ralph | P | Miami |
| Carrico, Diane | P | Jacksonville |
| Reding, Jack | D | St. Petersburg |
| Williams, Mickel | P | Miami |
| Nunez, Bryanna | D | Miami |
| Holcomb, Terry | D | Jacksonville |
| Maloney, Carolyn | P | Ft. Myers |
| Hodges, Delmar | P | West Palm Beach |
| **Criminal Cases** | | |
| V. Babichev | D | Jacksonville |
| J. McMillian | D | Jacksonville |
| A Wilson | D | Tallahassee |
| E. McDonald | D | Tallahassee |
| Jamie James | D | Jacksonville |
| Michael Sayles | D | Jacksonville |
| Michael Crowder | D | Tallahassee |
| Devonte Harrison | D | Orlando |
| Christopher Serna | S | Naples |
| Correnia Bice | C | Ft. Myers |
| Thesia Lipka | D | Gainesville |

| Hicks, Edward | D | Jacksonville |
|---|---|---|
| Crystalus, Donald | D | Jacksonville |
| Troemner, Lisa | S | Naples |
| Grantley, Derrick | C | Punta Gorda |
| | | |
| | | |