**Curtis Filaroski**

| | |
|---|---|
| **From:** | Megan Collins |
| **Sent:** | Monday, August 07, 2017 4:17 PM |
| **To:** | ghearing@tsghlaw.com; 'Burgoyne, Robert'; AWhiteside@tsghlaw.com |
| **Cc:** | Ann Siegel; Curtis Filaroski |
| **Subject:** | 26a(3) Disclosures |
| **Attachments:** | 20170807134027.pdf |

Bob,

Please see Plaintiff's Rule 26(a)(3) Disclosures, attached.

Thanks,
Megan

**Megan Collins•** Staff Attorney
850-488-9071 • 800-342-0823

**Disability Rights Florida**
Advocacy. Equality. Dignity
Website • Facebook • Twitter • YouTube

1