UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

    Plaintiff,

vs.                               CASE NO.: 8:16-cv-02117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendant.

_____/

## 26(a)(3) DISCLOSURES

Pursuant to Fed. R. Civ. Pro. 26(a)(3), Plaintiff produces the following pre-trial disclosures:

## WITNESS DISCLOSURES

The following individuals are witnesses that Plaintiff expects to present at trial, unless otherwise noted. Pursuant to Fed. R. Civ. Pro. 26(a)(3)(A)(i), Plaintiff affirms that the addresses and telephone numbers have been previously provided to Defendant in Plaintiff's Initial Disclosures and 26(a)(2) Expert Disclosures, and thus are not reproduced herein:

    Elizabeth A. Black, Plaintiff
    Dr. Charles Golden, Expert Witness
    Prof. Ruth Colker, Expert Witness
    Dr. Ashley Vigil-Otero, Expert Witness
    Dr. Margret Booth-Jones, Expert Witness
    Catherine Farmer, Hostile Witness (may be presented at trial, if need arises)
    Dr. Kevin Murphy, Hostile Expert Witness (may be presented at trial, if need arises)

# EXHIBIT DISCLOSURES

The following disclosures are the exhibits either expected to be offered by Plaintiff at trial or to be offered by Plaintiff if the need arises:

| Exhibit #[1] | Description | Previously Filed/Provided? (If Previously Filed/Provided) | To be Presented at Trial? |
|---|---|---|---|
| 1 | Deposition Transcript of Elizabeth A. Black | ECF Nos. 32, 39-2 (portions thereof) | May offer if need arises |
| 2 | Deposition Transcript of Dr. Margret Booth-Jones | ECF Nos. 35, 39-8 (portions thereof) | May offer if need arises |
| 3 | Deposition Transcript of Dr. Ashley Vigil-Otero | ECF No. 39-7 | May offer if need arises |
| 4 | Deposition Transcript of Catherine Farmer | ECF Nos. 36, 39-9 (portions thereof) | May offer if need arises |
| 5 | Deposition Transcript of Dr. Kevin Murphy | ECF Nos. 33, 39-13 (portions thereof) | May offer if need arises |
| 6 | Declaration of Catherine Farmer | ECF No. 36 | May offer if need arises |
| 7 | Declaration of Dr. Scott Fleischer | ECF No. 38 | Yes |
| 8 | Medical Records of Elizabeth A. Black, from visits with Dr. Scott Fleischer | ECF Nos. 38-1, 38-2 | Yes |
| 9 | Dr. Ashley Vigil-Otero CV | Utilized as an Exhibit in Deposition of Dr. Vigil-Otero | Yes |
| 10 | New Patient Information Form, dated 6/10/13 | Utilized as an Exhibit in Deposition of Dr. Vigil-Otero | Yes |
| 11 | Dr. Margaret Booth-Jones CV | Utilized as an Exhibit in Deposition of Dr. Vigil-Otero | Yes |
| 12 | 4/13/17 Letter from Jack Darkes, Attaching "Session | Utilized as an Exhibit in Deposition of Dr. Booth-Jones | Yes |

---

[1] Please note that the numbering is used for the purposes of this disclosure only, and may differ from the exhibit numbers at trial.

|    | Notes" written by Dr. Booth-Jones re: Plaintiff |    |    |
|----|----|----|----|
| 13 | University of South Florida Psychological Services Center Adult Assessment/LD Evaluation Intake Form, dated 10/9/14 | Utilized as an Exhibit in Deposition of Dr. Booth-Jones | Yes |
| 14 | 8/25/15 Letter To Whom it May Concern from Margaret Booth Jones | Utilized as an Exhibit in Deposition of Dr. Booth-Jones | Yes |
| 15 | Expert Report of Prof. Ruth Colker | Plaintiff's 26(a)(2) Disclosures | May offer if need arises |
| 16 | Prof. Ruth Colker CV | Plaintiff's 26(a)(2) Disclosures | Yes |
| 17 | Expert Report of Dr. Charles Golden | Plaintiff's 26(a)(2) Disclosures | May offer if need arises |
| 18 | Dr. Charles Golden CV | Plaintiff's 26(a)(2) Disclosures | Yes |
| 19 | Dr. Charles Golden's Clinical Evaluation of Elizabeth A. Black | Plaintiff's 26(a)(2) Disclosures (as supplemented on August __, 2017) | Yes |
| 20 | Final Report of the Best Practices Panel, dated January 26, 2015, written pursuant to a consent decree in *Dep't of Fair Employment and Housing v. Law School Admission Council, Inc.*, 896 F.Supp.2d 849 (N.D. Cal. 2012) | Utilized as an exhibit in deposition of Catherine Farmer | Yes |
| 21 | DSM-5 Criteria for Attention Deficit Hyperactivity Disorder | n/a | Yes |
| 22 | Plaintiff's 2014 Request for Accommodations to | ECF No. 31-17 | Yes |

| | | | |
|---|---|---|---|
| | National Board of Medical Examiners | | |
| 23 | Plaintiff's 2016 Request for Accommodations to National Board of Medical Examiners | ECF No. 31-17 | Yes |
| 24 | Plaintiff's Secondary and Post-Secondary Report Cards and Transcripts | Utilized as an exhibit in deposition of Elizabeth A. Black; includes ECF Nos. 32-14, 32-15 | Yes |
| 25 | Catherine Farmer CV | n/a | May offer if need arises |
| 29 | 12/16/16 Contract Dr. Murphy | Utilized as an Exhibit in Deposition of Catherine Farmer | May offer if need arsis |
| 31 | USDOJ Technical assistance | Utilized as an Exhibit in Deposition of Catherine Farmer | Yes |
| 32 | March 28, 2016 and March 2, 2015 Letters to Elizabeth A. Black from Catherine Farmer, on behalf of Defendant | ECF No. 34-1 | Yes |
| 36 | 2014 Psychoeducational Evaluation on Plaintiff, supervised by Dr. Booth-Jones | ECF No. 32-15 | Yes |
| 37 | 2012 "Test Results and Clinical Impressions" Administered by USF Counseling Center on Plaintiff | ECF No. 39-5 | Yes |
| 38 | Plaintiff's MCAT and SAT Scores | ECF Nos. 32-5, 32-6 | Yes |
| 39 | 2015 "Recent Trends in Requests for Test Accommodations" – NBME Policy Document | Utilized as an exhibit in deposition of Catherine Farmer | Yes |

| | | | |
|---|---|---|---|
| 40 | 2016 "Recent Trends in Requests for Test Accommodations" – NBME Policy Document | Utilized as an exhibit in deposition of Catherine Farmer | Yes |
| 41 | "Disability Services 2015 Consultants' Meeting" PowerPoint | Utilized as an exhibit in deposition of Catherine Farmer | Yes |
| 42 | "USMLE Step Exams 2015" PowerPoint | ECF No. 39-10 (portions thereof) | Yes |
| 43 | "Policies and Procedures Regarding USMLE Test Administration for Examinees with Disabilities" – NBME Policy Document | Utilized as an exhibit in deposition of Catherine Farmer | Yes |
| 44 | "Testing Accommodations – General Guidelines for all Disabilities" – NBME Website, pre-May 2017 | Utilized as an exhibit in deposition of Catherine Farmer | Yes |
| 45 | "Testing Accommodations – General Guidelines for all Disabilities" – NBME Website, post-May 2017 | Utilized as an exhibit in deposition of Catherine Farmer | Yes |
| 46 | "Testing Accommodations – ADHD Guidelines" – NBME Website, pre-May 2017 | Utilized as an exhibit in deposition of Catherine Farmer | Yes |
| 47 | "Testing Accommodations – ADHD Guidelines" – NBME Website, post-May 2017 | Utilized as an exhibit in deposition of Catherine Farmer | Yes |
| 48 | USMLE Decision Sheet, regarding Plaintiff's Accommodations Applications | Utilized as an Exhibit in Deposition of Catherine Farmer | Yes |

| | | | |
|---|---|---|---|
| 49 | Defendant's Responses to Plaintiff's First Set of Interrogatories | Received from Defendant in Discovery | Yes |
| 50 | Plaintiff's Scoring Sheet on Step 1 Exam Administrations | ECF No. 39-15 | Yes |

Respectfully submitted this 7th day of August, 2017,

By:

*/s/ Megan Collins*

**Megan Collins**
Florida Bar No. 0119112
**Curtis Filaroski**
Florida Bar No. 111972
**Attorneys for Plaintiff**
Disability Rights Florida
2473 Care Drive, Suite #200
Tallahassee, Florida 32308
(850) 488-8640
curtisf@disabilityrightsflorida.org
meganc@disabilityrightsflorida.org

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was served on Defendant on August 7, 2017, by emailing a copy of same to its counsel, in accordance with the parties' agreement to accept service by way of email:

/s/ Megan Collins
Megan Collins, Esq.