**Curtis Filaroski**

| | |
|---|---|
| **From:** | Megan Collins |
| **Sent:** | Thursday, August 10, 2017 3:40 PM |
| **To:** | 'Burgoyne, Robert'; ghearing@tsghlaw.com; AWhiteside@tsghlaw.com |
| **Cc:** | Ann Siegel; Curtis Filaroski |
| **Subject:** | Clinical Evaluation |
| **Attachments:** | 20170810142951.pdf |

Bob and Greg,

Please find attached the document listed as exhibit 19 of the 26(a)(3) disclosures, Dr. Golden's clinical evaluation.

Thanks,
Megan

# Megan Collins• Staff Attorney
850-488-9071 • 800-342-0823

# Disability Rights Florida
Advocacy. Equality. Dignity
Website • Facebook • Twitter • YouTube