# Curtis Filaroski

| | |
|---|---|
| **From:** | Burgoyne, Robert <robert.burgoyne@nortonrosefulbright.com> |
| **Sent:** | Wednesday, August 09, 2017 1:00 PM |
| **To:** | Curtis Filaroski |
| **Cc:** | Megan Collins; Ann Siegel; Gregory Hearing (ghearing@tsghlaw.com); Analisa M. Whiteside (AWhiteside@tsghlaw.com) |
| **Subject:** | Black v. NBME: NBME's Rule 26(a)(3) Disclosures |
| **Attachments:** | 28588616_1.pdf |

Please see attached disclosures.

Thanks.

Bob

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.