UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

CASE NO. 8:16-cv-2117-T-23TGW                          DATE: AUGUST 24, 2017

ELIZABETH A. BLACK

-v-

NATIONAL BOARD OF MEDICAL EXAMINERS

### Honorable THOMAS G. WILSON                Courtroom 12A

Deputy Clerk: Dawn M. Saucier                 Tape: Digital
Time: 2:42 - 3:19 (37 min.)                   Court Reporter: N/A

Attorneys for Plaintiff:                      Curtis Filaroski, Megan Collins,

Attorney for Defendant:                       Gregory Hearing

PROCEEDING: FINAL PRETRIAL CONFERENCE

Parties agree to a non-jury trial.

Issues to be tried: Parties are in agreement on issues.

Factual disputes: Plaintiff objects to defendant's factual statement regarding whether Ritalin would have alleviated the plaintiff's need for an accommodation.

Estimated length of trial: 3-5 days.

Witnesses: Parties do not object to lack of an address or telephone number for listed witnesses.

Exhibits: The parties will have until August 31, 2017, to object in writing on the basis that an exhibit has not been disclosed; otherwise, any such objection is waived. Parties will then have until September 7, 2017, to remedy any such objection. Any objection not remedied by the deadline may be objected to at trial on the basis that it was not provided prior to trial.

Pending motions: Defendant's motion for summary judgment, plaintiff's motion for leave to amend complaint, and motions in limine by both parties regarding expert witnesses.

Trial to otherwise proceed based on joint pretrial statement entered by parties.

Pretrial Order to be entered.