UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. BLACK,

    Plaintiff,

v.                                       CASE NO. 8:16-cv-2117-T-23TGW

NATIONAL BOARD OF
MEDICAL EXAMINERS,

    Defendant.
_____

## PRETRIAL ORDER

THIS CAUSE came on to be heard at a final pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., and Local Rule 3.06. It is, therefore, upon consideration,

ORDERED:

1. That this cause shall proceed to trial on the parties' Joint Pretrial Statement (Doc. 48), which, in accordance with Rule 16 and Local Rule 3.06, shall govern the subsequent course of the action unless otherwise modified by order of the court.

2. That the parties have no objection to the lack of a name, address, or telephone number for a listed witness.

3. That, no later than August 31, 2017, a party may file a written objection that an exhibit listed on the opposing side's exhibit list has not been made available for inspection. The failure to object to a specific exhibit on or before that date renders any such objection waived. If an objection is filed, the exhibit shall be provided to the opposing party no later than September 7, 2017. Any exhibit for which an objection is not remedied on or before that date may be objected to at trial.

DONE and ORDERED at Tampa, Florida, this 24th day of August, 2017.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE