# TAB A

# ITEMIZATION AND DOCUMENTATION FOR FEES OF THE CLERK

$   5.00              Clerk, D.C. Court of Appeals
                      Certificate of Good Standing for Pro Hac Application in U.S. District
                      Court for the Middle District of Florida

$150.00              Clerk, U.S. District Court for the Middle District of Florida
                      Pro Hac Motion Filing Fee

**$155.00**

# ⌃ NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
799 9th Street, NW
Suite 1000
Washington, D.C.  20001-4501
United States

August 10, 2016

Direct line +1 202 662 4513
robert.burgoyne@nortonrosefulbright.com

District of Columbia Court of Appeals
Committee on Admissions/CGS
430 E Street, NW
Room 123
Washington, DC 20001

Tel +1 202 662 0200
Fax +1 202 662 4643
nortonrosefulbright.com

Re:    Certificate of Good Standing
       Robert A. Burgoyne, Bar Number 366757

Dear Sir or Madam:

Enclosed please find a check in the amount of $5.00 to cover the cost of an original Certificate of Good Standing.

Thank you for your kind attention and consideration.

Very truly yours,

Robert A. Burgoyne

Enclosure

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein. Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.

27465738.1

**THOMPSON, SIZEMORE, GONZALEZ & HEARING, P.A.**  CHECK  49625

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | **Clerk, U.S. District Court** | | | | |
| 08/16/2016 | 1190.1 NBME/Black; Pro hac vice filing fee - G. Hearing | 081616 | 150.00 | $0.00 | $150.00 |

| CHECK DATE | CHECK # | | | | |
|---|---|---|---|---|---|
| 08/16/16 | 49625 | **TOTALS>** | | | $150.00 |