# TAB B

# ITEMIZATION AND DOCUMENTATION FOR TRANSCRIPT FEES

| | |
|---|---|
| $  525.17 | First Choice Reporting Services<br>Deposition of Dr. Margaret Booth-Jones (5/15/17) |
| $  581.07 | First Choice Reporting Services<br>Deposition of Dr. Ashley Vigil-Otero (5/15/17) |
| $1,427.78 | First Choice Reporting Services<br>Deposition of Elizabeth A. Black (5/16/17) |
| $  541.20 | Atkinson-Baker, Inc.<br>Deposition of Dr. Kevin Murphy (5/11/17) |
| $  706.58 | Atkinson-Baker, Inc.<br>Deposition of Dr. Catherine Farmer (5/10/17) |

**$3,781.80**

# INVOICE



**1st First-Choice REPORTING SERVICES**
121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
www.firstchoicereporting.com
(407) 767-8166 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312770 | 5/24/2017 | 391014 |
| **Job Date** | **Case No.** | |
| 5/15/2017 | 8:16-CV-2117-T-23TGW | |

| Case Name |
|---|
| Black, Elizabeth A. vs National Board of Medical Examiners |

| Payment Terms |
|---|
| Due upon receipt |

Robert A. Burgoyne, Esq.
Norton Rose Fulbright US, LLP
799 9th St NW
Suite 1000
Washington DC  20001-4501

O & 1 - deposition transcript of:

| | | | |
|---|---|---|---|
| Margaret Booth-Jones, Ph.D. | 72.00 | Pages | 345.60 |
| Exhibit | 72.00 | Pages | 36.00 |
| Additional hours | 0.50 | Hours | 27.50 |
| Hourly | | | 75.00 |
| Electronic transcript | | | 0.00 |
| Postage/Handling | | | 41.07 |

**TOTAL DUE  >>>**  $525.17
AFTER 6/23/2017  PAY  $577.69

PAY ONLINE -  Go to www.firstchoicereporting.com and select MAKE PAYMENT

Payment is not contingent upon any third-party reimbursement.  Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees.  The venue for disputes shall be filed in Orange County, FL where payment is due.

Tax ID: 59-347-3648

Phone: 202-662-4513    Fax:

*Please detach bottom portion and return with payment.*

Robert A. Burgoyne, Esq.
Norton Rose Fulbright US, LLP
799 9th St NW
Suite 1000
Washington DC  20001-4501

Job No.      : 391014           BU ID        : Tampa
Case No.    : 8:16-CV-2117-T-23TGW
Case Name : Black, Elizabeth A. vs National Board of Medical Examiners
Invoice No. : 312770           Invoice Date : 5/24/2017
**Total Due   :  $ 525.17**
AFTER 6/23/2017  PAY  $577.69

Remit To: **First-Choice Reporting Services, Inc.**
P.O. Box 865039
Orlando FL  32886-5039

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E



121 South Orange Avenue
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
(407) 767-8166 fax
www.firstchoicereporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 312774 | 5/24/2017 | 391015 |
| Job Date | Case No. | |
| 5/16/2017 | 8:16-CV-2117-T-23TGW | |
| Case Name | | |
| Black, Elizabeth A. vs National Board of Medical Examiners | | |
| Payment Terms | | |
| Due upon receipt | | |

Robert A. Burgoyne, Esq.
Norton Rose Fulbright US, LLP
799 9th St NW
Suite 1000
Washington DC  20001-4501

| | | | |
|---|---|---|---|
| O & 1 - deposition transcript of: | | | |
| Ashley Vigil-Otero, Psy. D. | 80.00 | Pages | 384.00 |
| Exhibit | 52.00 | Pages | 26.00 |
| Additional hours | | | 55.00 |
| Hourly | | | 75.00 |
| Electronic transcript | | | 0.00 |
| Postage/Handling | | | 41.07 |
| | | TOTAL DUE  >>> | $581.07 |
| | | AFTER 6/23/2017  PAY | $639.18 |

PAY ONLINE - Go to www.firstchoicereporting.com and select MAKE PAYMENT

Payment is not contingent upon any third-party reimbursement.  Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees.  The venue for disputes shall be filed in Orange County, FL where payment is due.

**Tax ID:** 59-347-3648

Phone: 202-662-4513   Fax:

*Please detach bottom portion and return with payment.*

Robert A. Burgoyne, Esq.
Norton Rose Fulbright US, LLP
799 9th St NW
Suite 1000
Washington DC  20001-4501

Job No.     : 391015         BU ID      : Tampa
Case No.    : 8:16-CV-2117-T-23TGW
Case Name   : Black, Elizabeth A. vs National Board of Medical
              Examiners

Invoice No. : 312774         Invoice Date  : 5/24/2017
**Total Due  :  $ 581.07**
AFTER 6/23/2017  PAY  $639.18

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  First-Choice Reporting Services, Inc.
           P.O. Box 865039
           Orlando FL  32886-5039

# INVOICE



**121 South Orange Avenue**
Suite 800
Orlando, FL 32801
(407) 830-9044 voice
www.firstchoicereporting.com  (407) 767-8166 fax

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 313281 | 5/26/2017 | 391016 |
| **Job Date** | **Case No.** | |
| 5/17/2017 | 8:16-CV-2117-T-23TGW | |
| **Case Name** | | |
| Black, Elizabeth A. vs National Board of Medical Examiners | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Robert A. Burgoyne, Esq.
Norton Rose Fulbright US, LLP
799 9th St NW
Suite 1000
Washington DC  20001-4501

O & 1 - deposition transcript of:
    Elizabeth Ann Black - 8:00 am - 2:04 pm      215.00 Pages      999.75
        Exhibit      322.00 Pages      0.00
        Hourly      75.00
        Additional hours      5.00 Hours      275.00
        Litigation Package      35.00
        Electronic transcript      0.00
        Postage/Handling      43.03

**TOTAL DUE >>> $1,427.78**
AFTER 6/25/2017 PAY $1,570.56

PAY ONLINE - Go to www.firstchoicereporting.com and select MAKE PAYMENT

Payment is not contingent upon any third-party reimbursement. Payments after 30 days shall bear an interest rate of 1.5% monthly, plus late fee. Above-named addressee agrees to pay all costs of collection, including court costs and attorney's fees. The venue for disputes shall be filed in Orange County, FL where payment is due.

**Tax ID:** 59-347-3648          Phone: 202-662-4513    Fax:

*Please detach bottom portion and return with payment.*

Robert A. Burgoyne, Esq.
Norton Rose Fulbright US, LLP
799 9th St NW
Suite 1000
Washington DC  20001-4501

Job No. : 391016     BU ID : Tampa
Case No. : 8:16-CV-2117-T-23TGW
Case Name : Black, Elizabeth A. vs National Board of Medical Examiners
Invoice No. : 313281     Invoice Date : 5/26/2017
**Total Due : $ 1,427.78**
AFTER 6/25/2017 PAY $1,570.56

Remit To: **First-Choice Reporting Services, Inc.**
        **P.O. Box 865039**
        **Orlando FL  32886-5039**

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Robert A. Burgoyne
Fulbright & Jaworski L.L.P.
799 Ninth Street Northwest
Suite 1000
Washington, DC 20001-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Jeff Barnes
jbarnes@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Disability Rights Florida |
| Taking Attorney: | Curtis Filaroski |
| Case Name: | Elizabeth Black vs. NBME |
| Case No.: | 8:16-cv-02117-T-23TGW |

| | |
|---|---|
| INVOICE NO. | AB03C78 AB |
| FIRM NO. | 1166647 |
| INVOICE DATE | 06/08/2017 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Electronic transcript of the deposition of Dr. Kevin Murphy, taken 5/11/2017. | $ 541.20 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 541.20 |

A service fee of .75% per month will be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| | |
|---|---|
| BALANCE DUE | $ 541.20 |
| INVOICE NO. | AB03C78 AB |
| FIRM NO. | 1166647 |

From:  Robert A. Burgoyne
Fulbright & Jaworski L.L.P.
799 Ninth Street Northwest
Suite 1000
Washington, DC 20001-

For:  Electronic transcript of the deposition of Dr. Kevin Murphy, taken 5/11/2017.

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| | |
|---|---|
| Robert A. Burgoyne<br>Fulbright & Jaworski L.L.P.<br>799 Ninth Street Northwest<br>Suite 1000<br>Washington, DC 20001- | Please refer to the Invoice No. and your Firm No. in any correspondence.<br>Contact Jeff Barnes<br>jbarnes@depo.com |
| | **ABI'S Federal ID No.:** 95-4189037 |
| **INVOICE NO.** AB03C77 AB<br>**FIRM NO.** 1166647<br>**INVOICE DATE** 06/01/2017<br>**DUE UPON RECEIPT** | **Setting Firm:** Disability Rights Florida<br>**Taking Attorney:** Curtis Filaroski<br>**Case Name:** Elizabeth Black vs. NBME<br>**Case No.:** 8:16-cv-02117-T-23TGW |

| ITEM | LINE TOTAL |
|---|---|
| Electronic transcript of the deposition of Dr. Catherine Farmer, taken 5/10/2017. | $ 706.58 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 706.58 |

A service fee of .75% per month will be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 706.58 |
|---|---|
| INVOICE NO. | AB03C77 AB |
| FIRM NO. | 1166647 |

**For:** Electronic transcript of the deposition of Dr. Catherine Farmer, taken 5/10/2017.

**From:** Robert A. Burgoyne
Fulbright & Jaworski L.L.P.
799 Ninth Street Northwest
Suite 1000
Washington, DC 20001-

**Remit To:** Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.