# TAB C

# ITEMIZATION AND DOCUMENTATION FOR WITNESS FEES

| | |
|---|---|
| $ 40.00 | Dr. Ashley Vigil-Otero, Attendance fee for deposition (1 day) |
| 10.80 | Dr. Ashley Vigil-Otero, Mileage (20 miles) |
| $ 40.00 | Dr. Margaret Booth-Jones, Attendance fee for deposition (1 day) |
| 10.80 | Dr. Margaret Booth-Jones, Mileage (20 miles) |
| $ 80.00 | Dr. Kevin Murphy, Attendance fee for deposition & travel (3 days) |
| 480.72 | Dr. Kevin Murphy, Subsistence (hotel, meals, taxis, tolls) |

**$662.32**

# THOMPSON, SIZEMORE, GONZALEZ & HEARING, P.A.

CHECK 50805

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| **Dr. Margaret Booth-Jones** | | | | | |
| 04/21/2017 | NBME/Black; Witness fee and mileage for attendance at deposition. | 042117 | 50.80 | $0.00 | $50.80 |
| | | TOTALS> | | | $50.80 |

| CHECK DATE | CHECK # |
|---|---|
| 04/21/17 | 50805 |

# THOMPSON, SIZEMORE, GONZALEZ & HEARING, P.A.

CHECK 50815

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| **Ashley VIgil-Otero** | | | | | |
| 04/21/2017 | 1190.1 NBME/Black; Witness fee and mileage for attendance at deposition. | 042117 | 50.80 | $0.00 | $50.80 |
| | | | **TOTALS>** | | $50.80 |

| CHECK DATE | CHECK # |
|---|---|
| 04/21/17 | 50815 |



**The Adult ADHD Clinic of Central Massachusetts**

Fox Meadow Executive Center
300 West Main St. Bldg B
Northboro, MA 01532
Tel: 508-393-8388
Cell: 508-769-6218
Email: drmurphy@adultadhdclinic.com
www.adultadhdclinicma.com



RECEIVED
JUL 06 2017
Disability Services

Cathy,                                                                                May 17, 2017

Here is an itemized listing of travel expenses associated with my participation in the Elizabeth Black deposition.

| | |
|---|---|
| Airport Parking | 64.00 (receipt enclosed) |
| Meals while waiting at airport | 52.32 (receipts enclosed) |
| Round trip airfare | 291.40 (receipt enclosed) |
| Taxi from airport to NBME | 29.00 (receipt enclosed) |
| Taxi from NBME to airport | 29.00 (receipt enclosed) |
| Cash tips to taxi drivers | 8.00 |
| Mileage to and from Logan Airport | 86 miles |
| Tolls (Round Trip) (no receipt as I have EZ Pass) | 7.00 |

Total Expenses:   $480.72 plus mileage

Thank you Cathy.

Kevin Murphy

*Kevin Murphy*

Approved by *Shelby*
Date 7/10/17   Unit/subunit Number 05010
Project Number LGL-0000-00046   Task Number 030
Account Number 520110

Bill $480.72 in travel expenses